Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8385
Fax: (866) 294-8842

David L. May (*Pro Hac Vice Pending*)
dmay@nixonpeabody.com
Jennette E. Wiser (*Pro Hac Vice Pending*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8220
Fax: (202) 585-8080

Attorneys for Stardock Systems, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN AND TRADEMARK DILUTION UNDER THE LANHAM ACT; COPYRIGHT INFRINGEMENT UNDER THE COPYRIGHT ACT; STATUTORY TRADEMARK INFRINGEMENT AND DILUTION AND UNFAIR COMPETITION UNDER CALIFORNIA LAW; AND TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER CALIFORNIA COMMON LAW**<br><br>**DEMAND FOR JURY TRIAL** |

4819-2929-5192.2

1.      Plaintiff Stardock Systems, Inc. ("**Plaintiff**" or "**Stardock**"), by its undersigned attorneys, brings this Complaint against Defendant Paul Reiche III ("**Reiche**") and Defendant Robert Frederick Ford ("**Ford**") (collectively, "**Defendants**" or "**Reiche and Ford**"), for trademark infringement, unfair competition and false designation of origin and trademark dilution under the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*; copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*; and trademark infringement and unfair competition under California common law.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over Stardock's claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the Lanham Act, 15 U.S.C. §§ 1114, 1116, 1125(a) and 1125(c) and the Copyright Act, 17 U.S.C. § 501(a).  In addition, supplemental jurisdiction over the related state law claims is conferred upon this Court by 28 U.S.C. § 1367(a).

3.      This Court has personal jurisdiction over Defendants because, upon information and belief, Defendants have regularly transacted, and continue to transact, business in this State; contract to supply goods and/or services in this State; are causing tortious injury by an act in this State; and are causing tortious injury in this State by an act outside this State where they regularly do or solicit business, engage in other persistent courses of conduct and/or derive substantial revenue from goods used or consumed, or services rendered, in this State.

4.      Defendants, upon information and belief, are residents of this State and otherwise, have sufficient minimum contacts with this State, through at least the promotion, advertising, marketing, offering for sale and/or sale of the Ghosts of Precursors Game (as defined *infra*) and/or

4819-2929-5192.2

the Classic Star Control Games (as defined *infra*) within this State, such that this Court has personal jurisdiction over Defendants.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district and Defendants are subject to personal jurisdiction in this judicial district.

## INTRADISTRICT ASSIGNMENT

6.      A substantial part of the events and omissions giving rise to the claims in this case occurred at least in the County of Marin, including but not limited to the marketing and promotion of Defendants' Ghosts of the Precursors Game, the offering for sale and/or sale of the Classic Star Control Games and the use of Stardock's STAR CONTROL Mark (as defined *infra*).  Accordingly, assignment to the San Francisco Division is proper pursuant to Civil L.R. 3-2(e).

## THE PARTIES

7.      Plaintiff Stardock Systems Inc. is a Michigan corporation with a principal place of business at 15090 Beck Road Plymouth, Michigan 48170.

8.      Defendant Paul Reiche III is an individual with, upon information and belief, a last known place of residence at 2533 Laguna Vista Drive, Novato, California 94945-1562.

9.      Defendant Robert Frederick Ford is an individual with, upon information and belief, a last known place of residence at 730 Eucalyptus Avenue, Novato, California 94947-2835.

## FACTUAL BACKGROUND

### *The Development and Ownership of the Classic Star Control Games*

10.     On October 7, 1988, Accolade, Inc. ("**Accolade**") and Reiche entered into a license agreement pertaining to the development and publishing of computer software programs (the "**1988 Agreement**").

- 3 -
COMPLAINT

4819-2929-5192.2

11.     In 1990, under the terms of the 1988 Agreement, Accolade developed and published *Star Control*, a science fiction video game focused on space combat and featuring space ship characters (hereinafter "**Star Control I**").   Reiche and/or Ford contend that he/they contributed certain undefined material and/or programming to Star Control I, in collaboration with numerous other authors and contributors, to assist Accolade in the development of the game.

12.     Later, in 1992, Accolade developed and published *Star Control II: The Ur-Quan Masters*, a sequel to Star Control I under the 1988 Agreement, and incorporating new characters of space ships and alien races (hereinafter "**Star Control II**").  Similarly, Reiche and Ford contend that he/they contributed certain undefined material and/or programming to Star Control II, in collaboration with numerous other authors and contributors, to assist Accolade in the development of the game.

13.     Subsequently, in 1996, Accolade published *Star Control III*, as a sequel to Star Control II under the 1988 Agreement (hereinafter "**Star Control III**").  Reiche and Ford were offered the right of first refusal to help develop Star Control III but declined to participate and were not otherwise involved in the creation of the game.

14.     Star Control I, Star Control II, and Star Control III are collectively hereinafter referred to as the "**Classic Star Control Games**."

15.     Pursuant to the 1988 Agreement, Accolade held the exclusive license to, *inter alia*, market, distribute and sell the Classic Star Control Games in exchange for the payment of certain royalties to Reiche.

16.     Separate from the license grant as defined in the 1988 Agreement, the 1988 Agreement also provided to Accolade the sole and exclusive right to create computer software programs based on or derived from any characters, themes, settings or plot lines from the Classic

- 4 -
COMPLAINT

4819-2929-5192.2

Star Control Games and any translation, port or adaptation of the Classic Star Control Games in exchange for the payment of certain royalties to Reiche.

17.     Also, pursuant to the 1988 Agreement, Accolade was the owner of the title, packaging concept, and packaging design in and to the Classic Star Control Games and any trademarks and other intellectual property rights adopted and used by Accolade in the marketing thereof, including but not limited to the STAR CONTROL Mark (collectively the "**Accolade Star Control IP**").

18.     In addition, pursuant to the 1988 Agreement, Accolade was the owner of any and all rights in and to the Star Control Copyrights (as defined *infra*), as Accolade developed the game without the assistance of Reiche and Ford.

19.     In or around 1999, Atari, Inc. ("**Atari**") acquired Accolade, thereby assuming all rights and obligations under the 1988 Agreement, including all rights to the Accolade Star Control IP, including but not limited to the STAR CONTROL Mark and the Star Control Copyrights, and publishing rights to the Classic Star Control Games.

20.     In 2013, the 1988 Agreement, along with certain other assets, including the STAR CONTROL Mark, certain copyrights in and to the Classic Star Control Games, including but not limited to the Star Control Copyrights, as well as publishing rights to the Classic Star Control Games (collectively, the "**Atari Star Control Assets**") were assigned to Stardock via an asset purchase agreement and associated intellectual property assignment between Stardock and Atari dated July 18, 2013 (hereinafter "**Asset Purchase Agreement**").  A copy of the intellectual property assignment is attached hereto as Exhibit A and is incorporated herein by reference.

21.     The Classic Star Control Games have become widely popular over the last couple of decades in the video game community and the Star Control brand has acquired a valuable fame, reputation and goodwill among the purchasing public as result

4819-2929-5192.2

### *Stardock, the STAR CONTROL Mark and the Star Control Copyrights*

22.     Stardock is a preeminent software and video game development, distribution and publishing company founded in 1991 by Bradley Wardell and recognized for its successful computer games, including *Galactic Civilizations*, *Sins of a Solar Empire*, and *Ashes of the Singularity*, to name a few.

23.     Pursuant to the Asset Purchase Agreement, Stardock owns all rights in and to the Atari Star Control Assets, which include but are not limited to the STAR CONTROL Mark and any other trademarks originally adopted and used by Accolade in the marketing of the Classic Star Control Games, as well as the Star Control Copyrights.

24.     In particular, Stardock is the owner of U.S. Trademark Registration No. 2,046,036 for the mark STAR CONTROL in connection with *computer game software, and manuals supplied as a unit therewith* in Class 28 ("**Star Control Trademark Registration**").  Copies of the United States Patent and Trademark Office ("**USPTO**") status report and registration certificate for the Star Control Trademark Registration are attached hereto and incorporated herein by reference as Exhibit B.

25.     The Star Control Trademark Registration is valid, subsisting, in full force and effect; and, incontestable under U.S. Trademark Act Section 15 (37 USC Sec 1058(a)(1)) as evidenced by the Notice of Acceptance and Acknowledgment attached hereto and incorporated herein by reference as Exhibit C.

26.     Stardock's Star Control Trademark Registration, Star Control Application and common law rights in and to the mark STAR CONTROL are collectively hereinafter referred to as the "**STAR CONTROL Mark**."  The trademark registration for the STAR CONTROL Mark is in full force and effect. Stardock has continuously used the STAR CONTROL Mark in commerce in the United States since its acquisition of the Atari Star Control Assets by offering for sale and

4819-2929-5192.2

selling the Classic Star Control Games and marketing and promoting Stardock's New Star Control Game (as defined *infra*) under the STAR CONTROL Mark.

27.     The STAR CONTROL Mark has obtained valuable fame, reputation and goodwill as a result of the success of the Classic Star Control Games. As the owner of the STAR CONTROL Mark, the rights inuring from such reputation and goodwill are owned by Stardock.

28.     Stardock is also the owner of U.S. Copyright Registration No. PA 799-000 for the work titled "Star Control 3," which covers the artwork embodied in Star Control III, namely, any and all audiovisual materials, computer programming, text, graphics in the game and accompanying materials and musical score (the "**Star Control Copyrights**").  Copies of the registration certificate for the Star Control Copyrights and the recordation of the assignment with the Copyright Office is attached hereto and incorporated herein by reference as Exhibit D.

### ***The Development of Stardock's New Star Control Game***

29.     In or about 2013, shortly after its acquisition of the Atari Star Control Assets, Stardock decided to create a new game under the STAR CONTROL Mark titled *Star Control: Origins* ("**Stardock's New Star Control Game**"), as a successor to the Classic Star Control Games, and in or about July 2013, Stardock offered Reiche and Ford the right of first refusal to collaborate in the development of Stardock's New Star Control Game.

30.     On July 23, 2013, in an email to Stardock, Reiche and Ford acknowledged Stardock owns the STAR CONTROL Mark.

31.     On or about September 16, 2013, Reiche and Ford refused Stardock's offer to collaborate in the development of its new game.

32.     In response, on or about October 15, 2013, Stardock offered to transfer to Reiche and Ford Stardock's newly acquired rights to the Atari Star Control Assets and Classic Star Control Games from Atari including, among other rights, all publishing rights for the Class Star

COMPLAINT

4819-2929-5192.2

Control Games, all code and assets for Star Control III, and the rights to the STAR CONTROL Mark, for the price Stardock paid to acquire the rights, to which Reiche and Ford declined.

33.    On or about October 25, 2013, Stardock further advised Reiche and Ford that it was preparing to substantially invest in the development of Stardock's New Star Control Game, and offered Reiche and Ford another opportunity to purchase the Atari Star Control Assets.  See communications between the Parties attached hereto and incorporated herein by reference as Exhibit E

34.    On or about October 29, 2013, Reiche and Ford, again, refused Stardock's offer to purchase the Atari Star Control Assets at the same cost Stardock paid to acquire the rights from Atari and to otherwise be involved in the development of Stardock's New Star Control Game. See Exhibit E.

35.    Throughout 2014 and the beginning of 2015, Stardock wrote to Reiche and Ford with updates on the creation of Stardock's New Star Control Game and then on or about September 24, 2015, Stardock reached back out to Reiche and Ford to provide further updates on the progress of Stardock's New Star Control Game, advising that the game was in full production.

36.    On or about October 18, 2016, Stardock publicly announced its expected release of Stardock's New Star Control Game on its website.  See a copy of Stardock's press release attached hereto and incorporated herein by reference as Exhibit F.

37.    On or about July 28, 2017, Stardock, again, contacted Reiche and Ford providing a status report on the release of Stardock's New Star Control Game, updates with respect to certain features of the game and in light of the 25th anniversary of Star Control II, requested to interview Reiche and Ford about their involvement with Star Control II.

38.    On or about August 1, 2017, Reiche and Ford replied to Stardock's request for an interview by declining the opportunity.

COMPLAINT

4819-2929-5192.2

39.     Throughout its communications with Reiche and Ford regarding the release of Stardock's New Star Control Game beginning in 2013, Stardock continuously made its intentions clear that it preferred to collaborate with Reiche and Ford on the project and that Stardock's New Star Control Game would be a successor to the Classic Star Control Games under the STAR CONTROL Mark.

40.     On or about November 16, 2017, Stardock released the Beta 1 of Stardock's New Star Control Game on its website.  See a copy of Stardock's press release of the Beta 1 attached hereto and incorporated herein by reference as Exhibit G.

### *Reiche and Ford and their Infringing Actions*

41.     Reiche and Ford are American game designers and developers who often work together to create computer programs and games.

42.     On or about October 9, 2017, and before the launch of Stardock's New Star Control Game, Reiche and Ford publicly announced its expected release of a new game titled *Ghosts of the Precursors* (hereinafter the "**Ghosts of Precursors Game**").

43.     Reiche and Ford, without the authorization of Stardock, used the STAR CONTROL Mark in the advertising and promotion of the Ghosts of Precursors Game.  See a copy of Reiche and Ford's press release for the Ghosts of Precursors Game attached hereto and incorporated herein by reference as Exhibit H.

44.     This announcement was made despite Reiche and Ford knowing of Stardock's ownership rights to the STAR CONTROL MARK and valuable fame, goodwill and reputation associated with the STAR CONTROL Mark, and in despite of Stardock's imminent plans to release Stardock's New Star Control Game.

45.     Reiche and Ford, recognizing the valuable fame, reputation and goodwill associated with the STAR CONTROL Mark, desired to associate their new Ghosts of Precursors Game with

4819-2929-5192.2

such valuable fame, reputation and goodwill associated with the STAR CONTROL Mark. since their announcement, Reiche and Ford have, without the authorization of Stardock, used the STAR CONTROL Mark to market, advertise and promote the Ghosts of Precursors Game as a "direct sequel" to Star Control II, thereby using Stardock's STAR CONTROL Mark in the advertising and promotion of the Ghosts of Precursors Game.  A small sample of such false marketing claims by Reiche and Ford are attached hereto and incorporated herein by reference as Exhibit I.  See also Exhibit H.

46.    Reiche and Ford have, without the authorization of Stardock, also used the STAR CONTROL Mark within the hashtag "#starcontrol" in connection with its marketing, advertising and promotion of the Ghosts of Precursors Game.  An example of Reiche and Ford using the #starcontrol hashtag is attached hereto and incorporated by reference as Exhibit J and depicted below.



47.    Reiche and Ford have, without the authorization of Stardock, also used cover art from the Classic Star Control Games, which is owned by Stardock pursuant to the Asset Purchase Agreement, that prominently displays the STAR CONTROL Mark, in the advertising and promotion of the Ghosts of Precursors Game.  An example of Reiche and Ford using the cover art is attached hereto and incorporated by reference as Exhibit K and depicted in Exhibit H and below.

COMPLAINT

4819-2929-5192.2




48.     Reiche and Ford have over the course of time and up to now have repeatedly held themselves out as the "creators" of Star Control I and Star Control II, especially in their marketing, advertising and promotion of the Ghosts of Precursors Game.   Examples of Reiche and Ford referring to themselves as the "creators of Star Control" are attached hereto and incorporated herein by reference as Exhibit L and depicted below.

49.     However, Reiche or Ford's advertising that they are the "Creators of Star Control" is false.  As Reiche and Ford know, it was Accolade, not them that created Star Control I and Star Control II.  Upon information and belief, any authorship that Reiche and Ford may have contributed to the Classic Star Control Games was limited, and it was instead a team of many other authors, including numerous artists, animators, musicians, designers and writers, among others, that collaborated together to develop creatives used in Star Control I and II.

COMPLAINT

4819-2929-5192.2

50.     Upon information and belief, and contrary to the common public understanding and what they have portrayed to the public, Reiche and Ford may not have created *any* of the artwork, animation or characters incorporated in the games, or otherwise substantially contributed to the authorship of Star Control I and Star Control II.

51.     Reiche and Ford's advertising themselves as being the "creators" of the Classic Star Control Games is false and misleading, and has been made in an attempt to dishonestly benefit from the goodwill and reputation associated with the STAR CONTROL Mark to which they have never had rights.

52.     Additionally, on or about October 22, 2017, Stardock became aware that Reiche and Ford were, without Stardock's permission, marketing, advertising, promoting, selling, offering for sale, distributing, supplying and/or causing or contributing to the sale and/or distribution of the Classic Star Control Games on GOG, pursuant to an agreement with GOG, in connection with the STAR CONTROL Mark and in violation of the Star Control Copyrights.  See a recent posting on Reiche and Ford's website attached hereto and incorporated herein by reference as Exhibit M.

53.     Accordingly, on or about November 9, 2017, Stardock requested that Reiche and Ford immediately cease all sales of the Classic Star Control Games on GOG, thereby, putting Reiche and Ford on notice of their infringement of the STAR CONTROL Mark and the Star Control Copyrights.

54.     Even as recent as December 4, 2017, after being put on notice of their infringement of the Star Control Mark through the unauthorized sale of the Classic Star Control Games on GOG, and in further blatant disregard of Stardock's registered rights in the STAR CONTROL Mark, Reiche and Ford indicated to the public that they intend to continue to violate Stardock's rights in and to the STAR CONTROL Mark by offering one or more of the Classic Star Control Games for free in the near future.  See Exhibit M.

4819-2929-5192.2

55.     Reiche and Ford's actions in these and other respects have created actual and substantial confusion, mistake and/or deception among consumers in the marketplace with respect to the source or origin of the Ghosts of Precursors Game and Stardock's New Star Control Game and have caused consumers and will continue to cause consumers to erroneously believe that the Ghosts of Precursors Game is associated with the goodwill and reputation of the Classic Star Control Games and the STAR CONTROL Mark and brand, as exemplified from the consumer post within Exhibit N hereto and incorporated herein by reference.

56.     Reiche and Ford have intentionally and deliberately tried to delegitimize Stardock's New Star Control Game using, at the very least, Stardock's STAR CONTROL Mark without Stardock's permission, and have jeopardized the success of Stardock's New Star Control Game, thereby creating substantial and irreparable harm to Stardock given the significant financial resources that Stardock has invested in Stardock's New Star Control Game.

57.     Reiche and Ford's actions as well as their false and misleading misrepresentations to consumers and the media have generated negative press and negative consumer reaction that has created substantial and irreparable harm to Stardock, its reputation, and the financial success of its Stardock's New Star Control Game.

58.     By the same means, Reiche and Ford have also created conditions in the marketplace by which Reiche and Ford stand to profit from having passed off on the goodwill and reputation associated with the STAR CONTROL Mark and the Classic Star Control Games, and from having publicly made such false and misleading statements.

59.     Reiche and Ford have long been aware of Stardock and its ownership in and to the STAR CONTROL Mark as evidenced by the years of communications between the Parties leading up to the release of both games.

- 13 -

COMPLAINT

60.     Other than perhaps via the 1988 Agreement (which Reiche and Ford contend has been terminated); Reiche and Ford do not have any relationship, affiliation and/or connection with Stardock, nor have they received Stardock's permission to use the STAR CONTROL Mark, or any other marks or source identifying indicia relating to the Classic Star Control Games owned by Stardock, in connection with any game or program whatsoever.

61.     Upon information and belief, Reiche and Ford have taken the aforesaid actions with the intent to pass off on, and associate themselves with, the goodwill and reputation that is associated with Stardock's STAR CONTROL Mark and to confuse actual and potential customers into believing that Reiche and Ford and the Ghosts of Precursors Game is affiliated with, endorsed by, or is otherwise associated with Stardock, the Classic Star Control Games and/or the STAR CONTROL Mark.   See examples of consumer confusion attached hereto and incorporated by reference as Exhibit O.

62.     Upon information and belief, Reiche and Ford are knowingly, intentionally, and willfully infringing upon the STAR CONTROL Mark.

63.     Upon information and belief, Reiche and Ford have acted and continue to act with full knowledge of Stardock's prior rights in and to the STAR CONTROL Mark.

64.     Stardock has made numerous attempts to work with Reiche and Ford to resolve the issues discussed herein and come to a mutually beneficial agreement, yet Reiche and Ford have shown little willingness to cooperate with Stardock, which is exemplified by the fact that Reiche and Ford have made it clear that they intend to move forward with the production and release of a "direct sequel" to the Classic Star Control Games, namely, Star Control II, without the permission of Stardock.

**COUNT I**
**Trademark Infringement**
**(15 U.S.C. § 1114(1))**

4819-2929-5192.2

65.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

66.     Stardock is the owner of the STAR CONTROL Mark and the Star Control Trademark Registration pursuant to the Asset Purchase Agreement and has continuously used the STAR CONTROL Mark as a source identifier in connection with its products and services, particularly in connection with the Classic Star Control Games and Stardock's New Star Control Game, in interstate commerce within the United States and around the world.

67.     Without authorization or consent of Stardock, Reiche and Ford were, or are still currently, marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games, to the general public and/or to retailers or resellers in the United States using the STAR CONTROL Mark and/or trademarks and designations that are confusingly similar to the STAR CONTROL Mark.

68.     Reiche and Ford's use of the STAR CONTROL Mark and/or similar designations thereto in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games, is likely to cause and has actually caused confusion, mistake, and deception among the general public as to the origin of such goods and/or services, or as to whether Reiche and Ford is sponsored by/affiliated with, or otherwise connected to Stardock in violation of 15 U.S.C. § 1114(1).

69.     By using the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games, in connection with such marks, for profit

4819-2929-5192.2

and without Stardock's authorization, Reiche and Ford are depriving Stardock of its exclusive right to control, and benefit from, the STAR CONTROL Mark.  If permitted to continue, Reiche and Ford's actions will nullify Stardock's right to exclusive use of its the STAR CONTROL Mark, free from infringement, and will have a substantial and adverse effect on Stardock's existing and projected future interstate business of marketing products and services identified by the STAR CONTROL Mark.

70.    Stardock has been damaged by Reiche and Ford's activities and conduct and, unless their conduct is enjoined, Stardock's goodwill and reputation will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.

71.    By using the STAR CONTROL Mark and/or confusingly similar designations, and marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games, in connection with such marks, Reiche and Ford have intentionally and knowingly infringed Stardock's rights.

72.    Reiche and Ford's trademark infringement actions entitle Stardock to damages in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT II**
**Counterfeiting**
**(15 U.S.C. § 1116(d))**

73.    Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

74.    As set forth herein, Reiche and Ford were, or are still currently, using marks that are substantially indistinguishable from the STAR CONTROL Mark, which is set forth in the Star Control Trademark Registration, in connection with the marketing, advertising, promoting, selling,

4819-2929-5192.2

offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games.

75.     Specifically, Reiche and Ford were, or are still currently, using counterfeit reproductions of the Star Control Trademark Registration directly on or in connection with the Ghosts of Precursors Game and/or the Classic Star Control Games, including but without limitation, in connection with the sale of the Classic Star Control Games by Reiche and Ford on GOG.

76.     Reiche and Ford were, or are still currently, using the Star Control Trademark Registration, without authorization, in connection with the Ghosts of Precursors Game and/or the Classic Star Control Games, which are the same or substantially the same goods and/or services to which the Star Control Trademark Registration are directed, in order to cause the ordinary consumer to be unable to distinguish between Star Control Trademark Registration and Reiche and Ford's counterfeit reproductions of the same.

77.     Reiche and Ford's use of the Star Control Trademark Registration without authorization and in connection with the advertising, offering for sale and/or sale of the Ghosts of Precursors Game and/or the Classic Star Control Games is damaging the reputation and good will associated with Stardock and Star Control Trademark Registration.

78.     Unless Reiche and Ford's conduct is enjoined from its use of the Star Control Trademark Registration, Stardock will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

79.     Reiche and Ford's counterfeiting actions entitle Stardock to statutory damages pursuant to 15 U.S.C. § 1117(c) and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**COUNT III**
**Unfair Competition and False Designation of Origin**
**(15 U.S.C. § 1125(a))**

4819-2929-5192.2

80.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

81.     Reiche and Ford have used and/or continue to use marks, designations and images that are likely to cause confusion, mistake, and deception among the general public as to the origin of the goods and services, or as to whether Reiche and Ford are sponsored by, affiliated with, or otherwise connected with Stardock in violation of 15 U.S.C. § 1125(a).

82.     Stardock has been damaged by Reiche and Ford's activities and conduct and, unless its conduct is enjoined, Stardock's reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

83.     By using the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark, and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of Precursors Game and/or the Classic Star Control Games in connection with such marks, Reiche and Ford have intentionally and knowingly infringed Stardock's rights.

84.     Reiche and Ford's unlawful actions entitle Stardock to damages in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT IV**
**Trademark Dilution**
**(15 U.S.C. § 1125(c))**

85.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

86.     As stated herein, the STAR CONTROL Mark is distinctive, within the meaning of 15 U.S.C. § 1125(c)(1).

87.     Through extensive use, sales, advertising, promotion, and continuity, the STAR CONTROL Mark has become famous within the meaning of 15 U.S.C. § 1125(c)(1).

4819-2929-5192.2

88.     Reiche and Ford's use of the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark is impairing the distinctive nature of the STAR CONTROL Mark and is thereby causing dilution by blurring within the meaning of 15 U.S.C. § 1125(c)(1).

89.     Reiche and Ford's willful and intentional actions entitle Stardock to an injunction pursuant to 15 U.S.C. § 1125(c)(1) and damages in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT V**
**Copyright Infringement**
**(17 U.S.C. § 501(a))**

90.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

91.     Stardock is the owner of the Star Control Copyrights, which is protected under U.S. Copyright Registration No. PA 799-000.

92.     Reiche and Ford have actual notice of Stardock's rights in and to the Star Control Copyrights.

93.     Reiche and Ford did not attempt and failed to obtain Stardock's consent or authorization to use, reproduce, copy, display, distribute, sell, perform and/or market Stardock's Star Control Copyrights embodied in the Star Control III game.

94.     Reiche and Ford, without permission, knowingly and intentionally reproduced, copied, displayed, distributed, sold, performed and/or marketed Stardock's Star Control Copyrights, and/or at a minimum, substantially similar works to the Star Control Copyrights, by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying the Star Control III game on GOG.

4819-2929-5192.2

95.     Reiche and Ford's unlawful and willful actions constitute infringement of Stardock's Star Control Copyrights, including Stardock's rights, at the very least, to reproduce, distribute and sell the Star Control Copyrights in violation of 17 U.S.C. § 501(a).

96.     Reiche and Ford's knowing and intentional copyright infringement of the Star Control Copyrights has caused substantial and irreparable harm to Stardock and unless enjoined, Reiche and Ford will continue to cause, substantial and irreparable harm to Stardock for which they have no adequate remedy at law.

97.     Stardock is therefore entitled to injunctive relief, Stardock's actual damages and Reiche and Ford's profits in an amount to be proven at trial and enhanced discretionary damages or, in the alternative, statutory damages for willful copyright infringement of up to $150,000 per infringement, and reasonable attorney's fees and costs.

## COUNT VI
### California Common Law Trademark Infringement and Unfair Competition

98.     Stardock specifically hereby incorporates by reference the allegations asserted in the preceding paragraphs as if fully set forth herein.

99.     Reiche and Ford's use of the STAR CONTROL Mark and/or other similar designations in connection with their goods and services, including but not limited to in connection with the Ghosts of Precursors Game and/or the Classis Star Control Games, without Stardock's permission constitutes common law trademark infringement and unfair competition.

100.    Reiche and Ford have infringed the STAR CONTROL Mark, as alleged herein, with the intent to deceive the public into believing that the services they offer are approved of, sponsored by, or affiliated with Stardock. Reiche and Ford's acts, as alleged herein, were committed with an intent to deceive and defraud the public.

4819-2929-5192.2

101.   Stardock has been seriously and irreparably damaged by Reiche and Ford's continued use of the STAR CONTROL Mark and/or other similar designations.

102.   Stardock possesses no adequate remedy at law to address the damage caused by Reiche and Ford's continued use of one or more of the STAR CONTROL Mark or other similar designations.

103.   Reiche and Ford's unlawful actions entitle Stardock to compensatory and other applicable damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Stardock respectfully requests that this Court:

i.      Preliminarily and permanently enjoin Reiche and Ford, and all persons acting in concert with them, or purporting to act on their behalf or in active concert or in participation with them, from using Stardock's trademarks and any confusingly similar designations and require Reiche and Ford and the participating persons to discontinue their current infringing practices.

ii.     Enter judgment in favor of Stardock on the counts asserted herein and award Stardock all monetary damages caused by the acts forming the basis of this Complaint, including, without limitation, Reiche and Fords' profits and Stardock's actual and other damages as alleged above.

iii.    Award of treble damages to Stardock pursuant to 15 U.S.C. § 1117(b) due to Reiche and Fords' willful, knowing, and intentional infringement of Stardock's trademarks.

iv.     Award of statutory damages to Stardock pursuant to 15 U.S.C. § 1117(c) due to Reiche and Fords' counterfeiting of Stardock trademarks.

4819-2929-5192.2

v.   Award of statutory damages to Stardock pursuant to 17 U.S.C. § 504(c) due to Reiche and Ford's willful, knowing, and intentional infringement of Stardock's registered copyright.

vi.   Award all damages suffered by Stardock pursuant to California common law.

vii.   Order Reiche and Ford to pay Stardock the cost of this action and Stardock's reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and any other applicable statutes.

viii.   Award Stardock such further relief as it deems just, proper and equitable.

## JURY DEMAND

Stardock hereby demands a trial by jury on all issues so triable, pursuant to Federal Rules of Civil Procedure 38.

Dated:  December 8, 2017                     Respectfully submitted,

**NIXON PEABODY LLP**

By:   */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8385
Fax: (866) 294-8842

David L. May (*Pro Hac Vice Pending*)
dmay@nixonpeabody.com
Jennette E. Wiser (*Pro Hac Vice Pending*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8220
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

- 22 -

COMPLAINT

4819-2929-5192.2