| TO: **Mail Stop 8**<br>    **Director of the U.S. Patent & Trademark Office**<br>    **P.O. Box 1450**<br>    **Alexandria, VA  22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern California on the following:
( ) Patents      or      ( x ) Trademarks

| DOCKET NO:<br>17-cv-07025-MEJ | DATE FILED:<br>December 12, 2017 | UNITED STATES DISCTRICT COURT<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|

| PLAINTIFF:<br>Stardock Systems, Inc. | DEFENDANT: |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED        INCLUDED BY:
                    ( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGEMENT: |
|---|
| |

Susan Y. Soong, Clerk                    (by) Deputy Clerk, Hilary Jackson

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy