# EXHIBIT 8

## Schedule 2.01(b)

## Assumed Contracts

*See Attached*

Star Control 3 Agreements

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Contracting Party** | **Atari Party** | **Agreement Date** | **Expiration Date** | **Expiration Date Note** | **Agreement Type** | **Titles** |
| 2 | Cyberlore | Accolade, Inc. | 8/28/1995 | 8/28/2005 | | License and Development | Star Control 3 |
| 3 | Fat Labs, Inc. | Accolade, Inc. | 4/29/1996 | | Perpetuity | Master Lease License for Computer Game Use | Star Control 3 |
| 4 | GameFly | Atari, Inc. | 3/30/2011 | 3/30/2013 | | Digital Distribution | Star Control 3 |
| 5 | GOG Limited (Good Old Games) | Atari, Inc. | 3/10/2010 | 2/23/2016 | | Digital Distribution | Star Control 3 |
| 6 | Reiche, Paul | Accolade, Inc. | 10/7/1988 | | Agreement term is defined in two ways: until three original products are completed, the Publisher shall have exclusive right to license all original work created or implemented by Developer.  And the agreement shall continue in effect with respect to the sale, licensing and sublicensing of each Work, Derivative Work and Derivative Product for as long as such works are generating royalties to the Developer in at least $1000 per annum. | License Agreement | Star Control 3 |