Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>                    Defendants. | Case No.: 4:17-cv-07025-SBA<br><br>**FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, COUNTERFEITING, UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN AND TRADEMARK DILUTION UNDER THE LANHAM ACT; COPYRIGHT INFRINGEMENT UNDER THE COPYRIGHT ACT; STATUTORY TRADEMARK INFRINGEMENT AND DILUTION AND UNFAIR COMPETITION UNDER CALIFORNIA LAW; AND TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER CALIFORNIA COMMON LAW**<br><br>**DEMAND FOR JURY TRIAL** |

1. Plaintiff Stardock Systems, Inc. ("**Plaintiff**" or "**Stardock**"), by its undersigned attorneys, brings this Complaint against Defendant Paul Reiche III ("**Reiche**") and Defendant Robert Frederick Ford ("**Ford**") (collectively, "**Defendants**" or **"Reiche and Ford"**), for trademark infringement, counterfeiting, unfair competition and false designation of origin and trademark dilution under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*., copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*., and trademark infringement and unfair competition under California common law.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction over Stardock's claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the Lanham Act, 15 U.S.C. §§ 1114, 1116, 1125(a) and 1125(c) and the Copyright Act, 17 U.S.C. § 501(a). In addition, supplemental jurisdiction over the related state law claims is conferred upon this Court by 28 U.S.C. § 1367(a).

3. This Court has personal jurisdiction over Defendants because, upon information and belief, Defendants have regularly transacted, and continue to transact, business in this State; contract to supply goods and/or services in this State; are causing tortious injury by an act in this State; and are causing tortious injury in this State by an act outside this State where they regularly do or solicit business, engage in other persistent courses of conduct and/or derive substantial revenue from goods used or consumed, or services rendered, in this State.

4. Defendants, upon information and belief, are residents of this State and otherwise, have sufficient minimum contacts with this State, through at least the promotion, advertising, marketing, offering for sale and/or sale of the Ghosts of the Precursors Game (as defined *infra*) and/or the Classic Star Control Games (as defined *infra*) within this State, such that this Court has personal jurisdiction over Defendants.

FIRST AMENDED COMPLAINT

4827-6605-6287.1

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district and Defendants are subject to personal jurisdiction in this judicial district.

## INTRADISTRICT ASSIGNMENT

6.      A substantial part of the events and omissions giving rise to the claims in this case occurred at least in the County of Marin, including but not limited to the marketing and promotion of Defendants' Ghosts of the Precursors Game, the offering for sale and/or sale of the Classic Star Control Games and the use of Stardock's STAR CONTROL Mark (as defined *infra*) and other marks that are associated with the goodwill and reputation of the STAR CONTROL Mark and the Classic Star Control Games.  Accordingly, assignment to the San Francisco Division is proper pursuant to Civil L.R. 3-2(e).

## THE PARTIES

7.      Plaintiff Stardock Systems Inc. is a Michigan corporation with a principal place of business at 15090 Beck Road Plymouth, Michigan 48170.

8.      Defendant Paul Reiche III is an individual with, upon information and belief, a last known place of residence at 2533 Laguna Vista Drive, Novato, California 94945-1562.

9.      Defendant Robert Frederick Ford is an individual with, upon information and belief, a last known place of residence at 730 Eucalyptus Avenue, Novato, California 94947-2835.

## FACTUAL BACKGROUND

### *The Development and Ownership of the Classic Star Control Games*

10.      On October 7, 1988, Accolade, Inc. ("**Accolade**") and Reiche entered into a license agreement pertaining to the development and publishing of computer software programs (the "**1988 Agreement**").

- 3 -

11.     In 1990, under the terms of the 1988 Agreement, Accolade developed and published *Star Control*, a science fiction video game focused on space combat and featuring space ship characters (hereinafter "**Star Control I**").   Upon information and belief, Reiche and/or Ford contend that he/they contributed certain undefined material and/or programming to Star Control I, in collaboration with numerous other authors and contributors, to assist Accolade in the development of the game.

12.     Later, in 1992, Accolade developed and published *Star Control II: The Ur-Quan Masters*, a sequel to Star Control I under the 1988 Agreement, and incorporating new characters of space ships and alien races (hereinafter "**Star Control II**").  Similarly, upon information and belief, Reiche and Ford contend that he/they contributed certain undefined material and/or programming to Star Control II, in collaboration with numerous other authors and contributors, to assist Accolade in the development of the game.

13.     Subsequently, in 1996, Accolade published *Star Control III*, as a sequel to Star Control II under the 1988 Agreement (hereinafter "**Star Control III**").  Upon information and belief, Reiche and Ford were offered the right of first refusal to help develop Star Control III but declined to participate and were not otherwise involved in the creation of the game.

14.     Star Control I, Star Control II, and Star Control III are collectively hereinafter referred to as the "**Classic Star Control Games**."

15.     Upon information and belief, pursuant to the 1988 Agreement, Accolade held the exclusive license to, *inter alia*, market, distribute and sell the Classic Star Control Games in exchange for the payment of certain royalties to Reiche.

16.     Separate from the license grant as defined in the 1988 Agreement, the 1988 Agreement also provided to Accolade the sole and exclusive right to create computer software

- 4 -

programs based on or derived from any characters, themes, settings or plot lines from the Classic

Star Control Games and any translation, port or adaptation of the Classic Star Control Games in

exchange for the payment of certain royalties to Reiche.

17.     Also, pursuant to the 1988 Agreement, Accolade was the owner of the title,

packaging concept, and packaging design in and to the Classic Star Control Games and any

trademarks and other intellectual property rights adopted and used by Accolade in the marketing

thereof, including but not limited to the STAR CONTROL Mark and THE UR-QUAN

MASTERS Mark (as defined *infra*) (collectively the "**Accolade Star Control IP**").

18.     In addition, pursuant to the 1988 Agreement, Accolade was the owner of any and

all rights in and to the Star Control Copyrights (as defined *infra*), as Accolade developed the

game without the assistance of Reiche and Ford.

19.     In or around 1999, Atari, Inc. ("**Atari**") acquired Accolade, thereby assuming all

rights and obligations under the 1988 Agreement, including all rights to the Accolade Star

Control IP, including but not limited to the STAR CONTROL Mark, THE UR-QUAN

MASTERS Mark, and any other trademarks originally adopted and used by Accolade in the

marketing and publishing of the Classic Star Control Games,  the Star Control Copyrights, and

publishing rights to the Classic Star Control Games.

20.     In 2013, the 1988 Agreement, along with certain other assets, including certain

trademarks in and to the Classic Star Control Games, including but not limited to the STAR

CONTROL Mark and THE UR-QUAN MASTERS Mark, certain copyrights in and to the Classic

Star Control Games, including but not limited to the Star Control Copyrights, as well as

publishing rights to the Classic Star Control Games (collectively, the "**Atari Star Control**

**Assets**") were assigned to Stardock via an asset purchase agreement and associated intellectual

FIRST AMENDED COMPLAINT

4827-6605-6287.1

property assignment between Stardock and Atari dated July 18, 2013 (hereinafter "**Asset Purchase Agreement**").  A copy of the intellectual property assignment is attached hereto as Exhibit A and is incorporated herein by reference.

21.     The Classic Star Control Games have become widely popular over the last couple of decades in the video game community and the Star Control brand has acquired a valuable fame, reputation and goodwill among the purchasing public as result.

### *Stardock, the STAR CONTROL Mark and the Star Control Copyrights*

22.     Stardock is a preeminent software and video game development, distribution and publishing company founded in 1991 by Bradley Wardell and recognized for its successful computer games, including *Galactic Civilizations*, *Sins of a Solar Empire*, and *Ashes of the Singularity*, to name a few.

23.     Upon information and belief, pursuant to the Asset Purchase Agreement, Stardock owns all rights in and to the Atari Star Control Assets, which include but are not limited to the STAR CONTROL Mark, THE UR-QUAN MASTERS Mark, and any other trademarks originally adopted and used by Accolade in the marketing and publishing of the Classic Star Control Games, as well as the Star Control Copyrights.

24.     In particular, Stardock is the owner of U.S. Trademark Registration No. 2,046,036 for the mark STAR CONTROL in connection with *computer game software, and manuals supplied as a unit therewith* in Class 28 ("**Star Control Trademark Registration**").  Copies of the United States Patent and Trademark Office ("**USPTO**") status report and registration certificate for the Star Control Trademark Registration are attached hereto and incorporated herein by reference as Exhibit B.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

25.     The Star Control Trademark Registration is valid, subsisting, in full force and effect; and, incontestable under U.S. Trademark Act Section 15 (37 USC Sec 1058(a)(1)) as evidenced by the Notice of Acceptance and Acknowledgment attached hereto and incorporated herein by reference as Exhibit C.

26.     Stardock's Star Control Trademark Registration and common law rights in and to the mark STAR CONTROL are collectively herein referred to as the "**STAR CONTROL Mark**." The trademark registration for the STAR CONTROL Mark is in full force and effect. Stardock has continuously used the STAR CONTROL Mark in commerce in the United States since its acquisition of the Atari Star Control Assets by offering for sale and selling the Classic Star Control Games and marketing and promoting Stardock's New Star Control Game (as defined *infra*) under the STAR CONTROL Mark.

27.     The STAR CONTROL Mark has obtained valuable fame, reputation and goodwill as a result of the success of the Classic Star Control Games since their release by Accolade and continued distribution by Atari. As the owner of the STAR CONTROL Mark, the rights inuring from such reputation and goodwill are owned by Stardock.

28.     Upon information and belief, Stardock is also the owner of the mark THE UR-QUAN MASTERS used in connection with Star Control II originally marketed and published by Accolade (herein referred to as "**THE UR-QUAN MASTERS Mark**"), as well as any other trademarks (including but not limited to character names, graphics or design marks) originally adopted and used by Accolade in the marketing and publishing of the Classic Star Control Games. Screenshots and/or images showing use of THE UR-QUAN MASTERS Mark and/or other marks in connection with the Classic Star Control Games are attached hereto as Exhibit D.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

29.     THE UR-QUAN MASTERS Mark and any other trademarks originally adopted and used by Accolade in the marketing and publishing of the Classic Star Control Games are collectively hereinafter referred to as the "**Accolade Mark(s)**".

30.     Stardock has used the Accolade Marks in commerce in the United States since its acquisition of the Atari Star Control Assets by offering for sale and selling the Classic Star Control Games.

31.     The Accolade Marks have obtained valuable fame, reputation and goodwill as a result of the success of the Classic Star Control Games since their release by Accolade and continued distribution by Atari and their association with the STAR CONTROL Mark.  Stardock, as the owner of such marks associated with the Classic Star Control Games, is also the owner of the rights inuring from such reputation and goodwill in the marks.

32.     Stardock is also the owner of U.S. Copyright Registration No. PA 799-000 for the work titled "Star Control 3," which covers the artwork embodied in Star Control III, namely, any and all audiovisual materials, computer programming, text, graphics in the game and accompanying materials and musical score (the "**Star Control Copyrights**").  Copies of the registration certificate for the Star Control Copyrights and the recordation of the assignment with the Copyright Office is attached hereto and incorporated herein by reference as Exhibit E.

### *The Development of Stardock's New Star Control Game*

33.     In or about 2013, shortly after its acquisition of the Atari Star Control Assets, Stardock decided to create a new game under the STAR CONTROL Mark titled *Star Control: Origins* ("**Stardock's New Star Control Game**"), as a successor to the Classic Star Control Games, and in or about July 2013, Stardock offered Reiche and Ford the right of first refusal to collaborate in the development of Stardock's New Star Control Game.

FIRST AMENDED COMPLAINT

4827-6605-6287.1

34.     On July 23, 2013, in an email to Stardock, Reiche and Ford acknowledged Stardock owns the STAR CONTROL Mark.

35.     On or about September 16, 2013, Reiche and Ford refused Stardock's offer to collaborate in the development of its new game.

36.     In response, on or about October 15, 2013, Stardock offered to transfer to Reiche and Ford Stardock's newly acquired rights to the Atari Star Control Assets and Classic Star Control Games from Atari including, among other rights, all publishing rights for the Class Star Control Games, all code and assets for Star Control III, and the rights to the STAR CONTROL Mark, for the price Stardock paid to acquire the rights, to which Reiche and Ford declined.

37.     On or about October 25, 2013, Stardock further advised Reiche and Ford that it was preparing to substantially invest in the development of Stardock's New Star Control Game, and offered Reiche and Ford another opportunity to purchase the Atari Star Control Assets.  See communications between the Parties attached hereto and incorporated herein by reference as Exhibit F.

38.     On or about October 29, 2013, Reiche and Ford, again, refused Stardock's offer to purchase the Atari Star Control Assets at the same cost Stardock paid to acquire the rights from Atari and to otherwise be involved in the development of Stardock's New Star Control Game. See Exhibit F.

39.     Throughout 2014 and the beginning of 2015, Stardock wrote to Reiche and Ford with updates on the creation of Stardock's New Star Control Game and then on or about September 24, 2015, Stardock reached back out to Reiche and Ford to provide further updates on the progress of Stardock's New Star Control Game, advising that the game was in full production.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

40.     On or about October 18, 2016, Stardock publicly announced its expected release of Stardock's New Star Control Game on its website.  See a copy of Stardock's press release attached hereto and incorporated herein by reference as Exhibit G.

41.     On or about July 28, 2017, Stardock, again, contacted Reiche and Ford providing a status report on the release of Stardock's New Star Control Game, updates with respect to certain features of the game and in light of the 25th anniversary of Star Control II, requested to interview Reiche and Ford about their involvement with Star Control II.

42.     On or about August 1, 2017, Reiche and Ford replied to Stardock's request for an interview by declining the opportunity.

43.     Throughout its communications with Reiche and Ford regarding the release of Stardock's New Star Control Game beginning in 2013, Stardock continuously made its intentions clear that it preferred to collaborate with Reiche and Ford on the project and that Stardock's New Star Control Game would be a successor to the Classic Star Control Games under the STAR CONTROL Mark.

44.     On or about November 16, 2017, Stardock released the Beta 1 of Stardock's New Star Control Game on its website.  See a copy of Stardock's press release of the Beta 1 attached hereto and incorporated herein by reference as Exhibit H.

### *Reiche and Ford and their Infringing Actions*

45.     Reiche and Ford are American game designers and developers who often work together to create computer programs and games.

46.     On or about October 9, 2017, and before the launch of Stardock's New Star Control Game, Reiche and Ford publicly announced their expected release of a new game titled *Ghosts of the Precursors* (hereinafter the "**Ghosts of the Precursors Game**").

- 10 -

47.    Despite having acknowledged Stardock's ownership of the right, title and interest in the STAR CONTROL Mark, including the Star Control Trademark Registration, Reiche and Ford, without the authorization of Stardock, used the STAR CONTROL Mark and Accolade Star Control IP, including the Star Control II cover art in the advertising and promotion of the Ghosts of the Precursors Game.  See a copy of Reiche and Ford's press release for the Ghosts of the Precursors Game attached hereto and incorporated herein by reference as Exhibit I.

48.    Additionally, Reiche and Ford have used THE UR-QUAN MASTERS Mark and other Accolade Marks in the advertising, promotion, sale, offer to sell, marketing and/or publishing of the Classic Star Control Games and in the advertising and promotion of the Ghosts of the Precursors Game without the authorization of Stardock.

49.    The announcement of the Ghosts of the Precursors Game was made despite Reiche and Ford knowing of Stardock's ownership rights to the STAR CONTROL Mark and the Accolade Marks and the valuable fame, goodwill and reputation associated with the STAR CONTROL Mark and the Accolade Marks, and in despite of Stardock's imminent plans to release Stardock's New Star Control Game.

50.    Upon information and belief, Reiche and Ford, recognizing the valuable fame, reputation and goodwill associated with the STAR CONTROL Mark and the Accolade Marks, desired to associate their new Ghosts of the Precursors Game with such valuable fame, reputation and goodwill associated with such marks.  Since their announcement, Reiche and Ford have, without the authorization of Stardock, used the STAR CONTROL Mark and/or the Accolade Marks to market, advertise and promote the Ghosts of the Precursors Game as a "direct sequel" to Star Control II, thereby using Stardock's STAR CONTROL Mark and the Accolade Marks in the advertising and promotion of the Ghosts of the Precursors Game.  A small sample of such false

- 11 -

marketing claims by Reiche and Ford are attached hereto and incorporated herein by reference as Exhibit J. See also Exhibit I.

51.     Reiche and Ford have, without the authorization of Stardock, also used the STAR CONTROL Mark within the hashtag "#starcontrol" in connection with its marketing, advertising and promotion of the Ghosts of the Precursors Game. An example of Reiche and Ford using the #starcontrol hashtag is attached hereto and incorporated by reference as Exhibit K and depicted below.



52.     Reiche and Ford, without the authorization of Stardock, have further used the #urquanmasters hashtag in connection with its marketing, advertising and promotion of the Ghosts of the Precursors Game, as shown in the images in Paragraphs 51 and 54.

53.     Reiche and Ford have, without the authorization of Stardock, also used cover art from the Classic Star Control Games, which is owned by Stardock pursuant to the Asset Purchase Agreement, that prominently displays the STAR CONTROL Mark, in the advertising and promotion of the Ghosts of the Precursors Game. An example of Reiche and Ford using the cover art is attached hereto and incorporated by reference as Exhibit L and depicted in Exhibit I and below.

FIRST AMENDED COMPLAINT

4827-6605-6287.1





54.     Reiche and Ford have over the course of time and up to now repeatedly held themselves out as the "creators" of Star Control I and Star Control II and Star Control in general, especially in their marketing, advertising and promotion of the Ghosts of the Precursors Game. Examples of Reiche and Ford referring to themselves as the "creators of Star Control" are attached hereto and incorporated herein by reference as Exhibit M and depicted below.



55.     However, Reiche's or Ford's advertising that they are the "Creators of Star Control" is false. Upon information and belief, it was Accolade, not Reiche and Ford, that created Star Control I and Star Control II. Upon information and belief, any authorship that Reiche and Ford may have contributed to the Classic Star Control Games was limited, and it was instead a team of many other authors, including numerous artists, animators, musicians, designers and writers, among others, that collaborated together to develop creatives used in Star Control I and II.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

56.     Additionally, holding themselves out as the "Creators of Star Control" is also misleading because it suggests that Reiche and Ford were involved in the creation and development of all three Classic Star Control Games; however, upon information and belief, Reiche and Ford had no involvement whatsoever in the creation and development of Star Control III.

57.     Upon information and belief, and contrary to the common public understanding and what they have portrayed to the public, Reiche and Ford may not have created *any* of the artwork, animation or characters incorporated in the games, or otherwise substantially contributed to the authorship of Star Control I and Star Control II.

58.     Reiche and Ford's advertising themselves as being "the creators" of the Classic Star Control Games is false and misleading, and has been made in an attempt to dishonestly benefit from the goodwill and reputation associated with the STAR CONTROL Mark and the Accolade Marks to which they have never had rights.

59.     Additionally, on or about October 22, 2017, Stardock became aware that Reiche and Ford were, without Stardock's permission, marketing, advertising, promoting, selling, offering for sale, distributing, supplying and/or causing or contributing to the sale and/or distribution of the Classic Star Control Games on GOG, pursuant to an agreement with GOG, in connection with the STAR CONTROL Mark and the Accolade Marks and in violation of the Star Control Copyrights. See a recent posting on Reiche and Ford's website attached hereto and incorporated herein by reference as Exhibit N.

60.     Accordingly, on or about November 9, 2017, Stardock requested that Reiche and Ford immediately cease all sales of the Classic Star Control Games on GOG, thereby, putting Reiche and Ford on notice of their infringement of the STAR CONTROL Mark and the Star Control Copyrights.

FIRST AMENDED COMPLAINT

4827-6605-6287.1

61.     Even as recent as December 4, 2017, after being put on notice of their infringement of the Star Control Mark through the unauthorized sale of the Classic Star Control Games on GOG, and in further blatant disregard of Stardock's registered rights in the STAR CONTROL Mark, Reiche and Ford indicated to the public that they intend to continue to violate Stardock's rights in and to the STAR CONTROL Mark by offering one or more of the Classic Star Control Games for free in the near future.  See Exhibit N.

62.     Upon information and belief, Reiche and Ford's actions in these and other respects have created actual and substantial confusion, mistake and/or deception among consumers in the marketplace with respect to the source or origin of the Ghosts of the Precursors Game and Stardock's New Star Control Game and have caused consumers and will continue to cause consumers to erroneously believe that the Ghosts of the Precursors Game is associated with the goodwill and reputation of the Classic Star Control Games and the STAR CONTROL Mark and brand, and the Accolade Marks, as exemplified from the consumer post within Exhibit O hereto and incorporated herein by reference.

63.     Upon information and belief, Reiche and Ford have intentionally and deliberately tried to delegitimize Stardock's New Star Control Game by using, at the very least, Stardock's STAR CONTROL Mark and the Accolade Marks without Stardock's permission, and have jeopardized the success of Stardock's New Star Control Game, thereby creating substantial and irreparable harm to Stardock given the significant financial resources that Stardock has invested in Stardock's New Star Control Game.

64.     Reiche and Ford's actions as well as their false and misleading misrepresentations to consumers and the media have generated negative press and negative consumer reaction that has

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

caused, and is continuing to cause, substantial and irreparable harm to Stardock, its reputation, and the financial success of its Stardock's New Star Control Game.

65.     By the same means, Reiche and Ford have also created conditions in the marketplace by which Reiche and Ford have profited, and stand to further profit, from free-riding on the goodwill and reputation associated with the STAR CONTROL Mark, the Accolade Marks and the Classic Star Control Games, from passing off the Classic Star Control Games as solely their own creation, and from having publicly made such false and misleading statements to this effect.

66.     Reiche and Ford have long been aware of Stardock and its ownership in and to the STAR CONTROL Mark and the Accolade Marks as evidenced by the years of communications between the Parties leading up to the release of both games.

67.     Upon information and belief, other than perhaps via the 1988 Agreement (which Reiche and Ford contend has been terminated), Reiche and Ford do not have any relationship, affiliation and/or connection with Stardock, nor have they received Stardock's permission to use the STAR CONTROL Mark, the Accolade Marks, or any other marks or source identifying indicia relating to the Classic Star Control Games owned by Stardock, in connection with any game or program whatsoever.

68.     Upon information and belief, Reiche and Ford have taken the aforesaid actions with the intent to pass off on, and associate themselves with, the goodwill and reputation that is associated with Stardock's STAR CONTROL Mark, as well as the Accolade Marks, and to confuse actual and potential customers into believing that Reiche and Ford and the Ghosts of the Precursors Game is affiliated with, endorsed by, or is otherwise associated with Stardock, the Classic Star Control Games, the STAR CONTROL Mark and/or the Accolade Marks.  See examples of consumer confusion attached hereto and incorporated by reference as Exhibit P.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

69.     Upon information and belief, Reiche and Ford are knowingly, intentionally, and willfully infringing upon the STAR CONTROL Mark and the Accolade Marks.

70.     Upon information and belief, Reiche and Ford have acted and continue to act with full knowledge of Stardock's prior rights in and to the STAR CONTROL Mark and the Accolade Marks.

71.     Stardock has made numerous attempts to work with Reiche and Ford to resolve the issues discussed herein and come to a mutually beneficial agreement, yet Reiche and Ford have shown little willingness to cooperate with Stardock, which is exemplified by the fact that Reiche and Ford have made it clear that they intend to move forward with the production and release of a "direct sequel" to the Classic Star Control Games, namely, Star Control II, without the permission of Stardock.

**COUNT I**
**Trademark Infringement**
**(15 U.S.C. § 1114(1))**

72.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

73.     Stardock is the owner of the STAR CONTROL Mark and the Star Control Trademark Registration pursuant to the Asset Purchase Agreement and has continuously used the STAR CONTROL Mark as a source identifier in connection with its products and services, particularly in connection with the Classic Star Control Games and Stardock's New Star Control Game, in interstate commerce within the United States and around the world.

74.     Without authorization or consent of Stardock, Reiche and Ford were, or are still currently, marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

Star Control Games, to the general public and/or to retailers or resellers in the United States using the STAR CONTROL Mark and/or trademarks and designations that are confusingly similar to the STAR CONTROL Mark.

75.     Reiche and Ford's use of the STAR CONTROL Mark and/or similar designations thereto in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic Star Control Games, is likely to cause and has actually caused confusion, mistake, and deception among the general public as to the origin of such goods and/or services, or as to whether Reiche and Ford is sponsored by/affiliated with, or otherwise connected to Stardock in violation of 15 U.S.C. § 1114(1).

76.     By using the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic Star Control Games, in connection with such marks, for profit and without Stardock's authorization, Reiche and Ford are depriving Stardock of its exclusive right to control, and benefit from, the STAR CONTROL Mark.  If permitted to continue, Reiche and Ford's actions will nullify Stardock's right to exclusive use of its the STAR CONTROL Mark, free from infringement, and will have a substantial and adverse effect on Stardock's existing and projected future interstate business of marketing products and services identified by the STAR CONTROL Mark.

77.     Stardock has been damaged by Reiche and Ford's activities and conduct and, unless their conduct is enjoined, Stardock's goodwill and reputation will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.

FIRST AMENDED COMPLAINT

4827-6605-6287.1

78.     By using the STAR CONTROL Mark and/or confusingly similar designations, and marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic Star Control Games, in connection with such marks, Reiche and Ford have intentionally and knowingly infringed Stardock's rights.

79.     Reiche and Ford's trademark infringement actions entitle Stardock to damages under 15 U.S.C. § 1117 in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT II**
**Counterfeiting**
**(15 U.S.C. § 1116(d))**

80.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

81.     As set forth herein, Reiche and Ford were, or are still currently, using marks that are substantially indistinguishable from the STAR CONTROL Mark, which is set forth in the Star Control Trademark Registration, in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic Star Control Games.

82.     Specifically, Reiche and Ford were, or are still currently, using counterfeit reproductions of the registered STAR CONTROL Mark directly on or in connection with the Ghosts of the Precursors Game and/or the Classic Star Control Games, including but without limitation, in connection with the sale of the Classic Star Control Games by Reiche and Ford on GOG.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

83.     Reiche and Ford were, or are still currently, using the registered STAR CONTROL Mark , without authorization, in connection with the Ghosts of the Precursors Game and/or the Classic Star Control Games, which are the same or substantially the same goods and/or services to which the Star Control Trademark Registration is directed, in order to cause the ordinary consumer to be unable to distinguish between the registered STAR CONTROL Mark and Reiche and Ford's counterfeit reproductions of the same.

84.     Reiche and Ford's use of the registered STAR CONTROL Mark without authorization and in connection with the advertising, offering for sale and/or sale of the Ghosts of the Precursors Game and/or the Classic Star Control Games is damaging the reputation and good will associated with Stardock and the STAR CONTROL Mark.

85.     Unless Reiche and Ford's conduct is enjoined from its use of the registered STAR CONTROL Mark, Stardock will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

86.     Reiche and Ford's counterfeiting actions entitle Stardock to equitable remedies and damages pursuant to 15 U.S.C. §§ 1116 and 1117, including but not limited to statutory damages pursuant to 15 U.S.C. § 1117(c) and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

<u>**COUNT III**</u>
**Unfair Competition and False Designation of Origin**
**(15 U.S.C. § 1125(a))**

87.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

88.     Reiche and Ford have used and/or continue to use marks, designations and images that are likely to cause confusion, mistake, and deception among the general public as to the origin

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

of the goods and services, or as to whether Reiche and Ford are sponsored by, affiliated with, or otherwise connected with Stardock in violation of 15 U.S.C. § 1125(a).

89.     Stardock has been damaged by Reiche and Ford's activities and conduct and, unless its conduct is enjoined, Stardock's reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

90.     By using the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark, as well as one or more of the Accolade Marks and/or confusingly similar marks or designations to one or more of the Accolade Marks, and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Ghosts of the Precursors Game and/or the Classic Star Control Games in connection with such marks, Reiche and Ford have intentionally and knowingly infringed Stardock's rights.

91.     Reiche and Ford's unlawful actions entitle Stardock to damages under 15 U.S.C. § 1117 in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

### COUNT IV
**Trademark Dilution**
**(15 U.S.C. § 1125(c))**

92.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

93.     As stated herein, the STAR CONTROL Mark is distinctive, within the meaning of 15 U.S.C. § 1125(c)(1).

94.     Through extensive use, sales, advertising, promotion, and continuity, the STAR CONTROL Mark has become famous within the meaning of 15 U.S.C. § 1125(c)(1-2).

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

95.     Reiche and Ford's use of the STAR CONTROL Mark and/or confusingly similar marks or designations to the STAR CONTROL Mark is impairing the distinctive nature of the STAR CONTROL Mark and is thereby causing dilution by blurring within the meaning of 15 U.S.C. § 1125(c)(1).

96.     Reiche and Ford's willful and intentional actions entitle Stardock to an injunction pursuant to 15 U.S.C. § 1125(c)(1) and damages in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT V**
**Copyright Infringement**
**(17 U.S.C. § 501(a))**

97.     Stardock specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

98.     Stardock is the owner of the Star Control Copyrights, which is protected under U.S. Copyright Registration No. PA 799-000.

99.     Reiche and Ford have actual notice of Stardock's rights in and to the Star Control Copyrights.

100.     Reiche and Ford did not attempt and failed to obtain Stardock's consent or authorization to use, reproduce, copy, display, distribute, sell, perform and/or market Stardock's Star Control Copyrights embodied in the Star Control III game.

101.     Reiche and Ford, without permission, knowingly and intentionally reproduced, copied, displayed, distributed, sold, performed and/or marketed Stardock's Star Control Copyrights, and/or at a minimum, substantially similar works to the Star Control Copyrights, by, at a minimum, marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying the Star Control III game on GOG.

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

102.     Reiche and Ford's unlawful and willful actions constitute infringement of Stardock's Star Control Copyrights, including Stardock's rights, at the very least, to reproduce, distribute and sell the Star Control Copyrights in violation of 17 U.S.C. § 501(a).

103.     Reiche and Ford's knowing and intentional copyright infringement of the Star Control Copyrights has caused substantial and irreparable harm to Stardock and unless enjoined, Reiche and Ford will continue to cause, substantial and irreparable harm to Stardock for which they have no adequate remedy at law.

104.     Stardock is therefore entitled to injunctive relief under 17 U.S.C. § 502, Stardock's actual damages and Reiche and Ford's profits in an amount to be proven at trial and enhanced discretionary damages or, in the alternative, statutory damages for willful copyright infringement of up to $150,000 per infringement under 17 U.S.C. § 504, and reasonable attorney's fees and costs.

## <u>COUNT VI</u>
### California Common Law Trademark Infringement and Unfair Competition

105.     Stardock specifically hereby incorporates by reference the allegations asserted in the preceding paragraphs as if fully set forth herein.

106.     Reiche and Ford's use of the STAR CONTROL Mark, one or more of the Accolade Marks and/or other similar designations to the STAR CONTROL Mark and/or the Accolade Marks in connection with their goods and services, including but not limited to in connection with the Ghosts of the Precursors Game and/or the Classis Star Control Games, without Stardock's permission constitutes common law trademark infringement and unfair competition.

107.     Reiche and Ford's continued use of the STAR CONTROL Mark and/or one or more of the Accolade Marks, as alleged herein, is likely to cause confusion, mistake, and deception

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

among the general public as to the origin of the goods and services, or as to whether Reiche and Ford are sponsored by, affiliated with, or otherwise connected with Stardock.

108.     Stardock has been seriously and irreparably damaged by Reiche and Ford's continued use of the STAR CONTROL Mark, one or more of the Accolade Marks and/or other similar designations to the STAR CONTROL Mark and/or Accolade Marks.

109.     Stardock possesses no adequate remedy at law to address the damage caused by Reiche and Ford's continued use of one or more of the STAR CONTROL Mark, the Accolade Marks or other similar designations to the STAR CONTROL Mark and/or the Accolade Marks.

110.     Reiche and Ford's unlawful actions entitle Stardock to compensatory and other applicable damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Stardock respectfully requests that this Court:

i.      Preliminarily and permanently enjoin Reiche and Ford, and all persons acting in concert with them, or purporting to act on their behalf or in active concert or in participation with them, from using Stardock's trademarks, including but not limited to the STAR CONTROL Mark and the Accolade Marks, and any confusingly similar designations and require Reiche and Ford and the participating persons to discontinue their current infringing practices.

ii.     Enter judgment in favor of Stardock on the counts asserted herein and award Stardock all monetary damages caused by the acts forming the basis of this Complaint, including, without limitation, Reiche and Fords' profits and Stardock's actual and other damages as alleged above.

FIRST AMENDED COMPLAINT

4827-6605-6287.1

iii.    Award of treble damages to Stardock pursuant to 15 U.S.C. § 1117(b) due to Reiche and Fords' willful, knowing, and intentional infringement of Stardock's trademarks.

iv.    Award of statutory damages to Stardock pursuant to 15 U.S.C. § 1117(c) due to Reiche and Fords' counterfeiting of Stardock trademarks.

v.    Award of statutory damages to Stardock pursuant to 17 U.S.C. § 504(c) due to Reiche and Ford's willful, knowing, and intentional infringement of Stardock's registered copyright.

vi.    Award all damages suffered by Stardock pursuant to California common law.

vii.    Order Reiche and Ford to pay Stardock the cost of this action and Stardock's reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and any other applicable statutes.

viii.    Award Stardock such further relief as it deems just, proper and equitable.

///
///
///
///
///
///
///
///
///
///
///

FIRST AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4827-6605-6287.1

## JURY DEMAND

Stardock hereby demands a trial by jury on all issues so triable, pursuant to Federal Rules of Civil Procedure 38.

Dated: March 15, 2018

Respectfully submitted,

**NIXON PEABODY LLP**

By: _/s/ Robert A. Weikert_

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

4827-6605-6287.1

# EXHIBIT A

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "*Agreement*") is entered into as of the Closing Date, as defined in the Purchase Agreement, by and among Atari, Inc., a Delaware corporation, Atari Interactive, Inc., a Delaware corporation, Humongous, Inc., a Delaware corporation, and California U.S. Holdings, Inc., a California corporation (collectively, the "*Assignors*") and Stardock Systems, Inc. ("*Assignee*"). Each capitalized term used and not otherwise defined herein has the meaning given to such term in the Purchase Agreement, dated as of July 18, 2013 (the "*Purchase Agreement*"), by and among Assignors and Assignee.

WHEREAS, the Assignors hold certain right, title and interest in and to the Intellectual Property set forth in <u>Schedule 1</u> attached hereto ("*Assigned Intellectual Property*");

WHEREAS, pursuant to the Approval Order and to the extent permitted by applicable law, on the terms and subject to the conditions set forth in the Purchase Agreement, the Assignor shall sell, convey, transfer, assign and deliver the Assigned Intellectual Property to Assignee; and

WHEREAS, the parties wish to confirm and memorialize their agreement with respect to the Assigned Intellectual Property, and through this Agreement, the parties are consummating said assignment.

NOW, THEREFORE, in consideration of the mutual agreements contained herein and in the Purchase Agreement, and expressly subject thereto, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignors and Assignee, intending to be legally bound, hereby agree as follows:

1. <u>Assignment</u>. The Assignors hereby convey, transfer, assign and deliver (collectively, the "*Assignment*") to Assignee all of Assignors' right, title and interest in and to the Assigned Intellectual Property and any and all goodwill symbolized thereby (as applicable), as set forth on <u>Schedule 1</u> attached hereto.

2. <u>Recordation of Assignment</u>. The Assignment may be made of record in any government and/or administrative authorities, including in the United States Patent and Trademark Office, as appropriate and desired by Assignee.

3. <u>Expenses</u>. Except as otherwise expressly provided in the Purchase Agreement, Assignors and Assignee will each bear its own costs and expenses incurred in connection with the preparation, execution and performance of this Agreement, including all fees and expenses of agents, representatives, financial advisors, legal counsel, and accountants.

4. <u>No Representations</u>. The Assignors and Assignee acknowledge that, other than as expressly provided herein, neither the Assignor nor the Assignee makes any representation or warranty whatsoever, express or implied.

5. <u>No Third-Party Beneficiaries.</u> Nothing in this Agreement shall create or be deemed to create any third party beneficiary rights in any Person not party to this Agreement or

to confer any rights or remedies upon any Person other than the parties hereto and their respective successors and permitted assigns.

6.    <u>Binding Effect</u>.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns.

7.    <u>Interpretation</u>. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms of this Agreement, the terms of the Purchase Agreement will govern.

8.    <u>Amendments and Waivers</u>.  This Agreement may not be amended or waived except in a writing executed by the party against which such amendment or waiver is sought to be enforced. No course of dealing between or among any persons having any interest in this Agreement will be deemed effective to modify or amend any part of this Agreement or any rights or obligations of any person under or by reason of this Agreement.

9.    <u>Governing Law and Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the law of the State of New York, without regard to the conflicts of law rules of such state.  The parties hereto agree that, during the period from the date hereof until the date on which Assignees' Chapter 11 Case is closed or dismissed (the "***Bankruptcy Period***"), any suit, action or proceeding, seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby shall be brought exclusively in the Bankruptcy Court.  The parties further agree that, following the Bankruptcy Period, any suit, action or proceeding with respect to this Agreement or the transactions contemplated hereby shall be brought against any of the parties exclusively in either the United States District Court for the Southern District of New York or any state court of the State of New York located in such district, and each of the parties hereby irrevocably consents to the jurisdiction of such court and the Bankruptcy Court (and of the appropriate appellate courts therefrom) in any such suit, action or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action or proceeding in the such courts or that any such suit, action or proceeding which is brought in such courts has been brought in an inconvenient forum.  Process in any such suit, action or proceeding may be served on any party anywhere in the world, whether within or without the jurisdiction of the Bankruptcy Court, the United States District Court for the Southern District of New York or any state court of the State of New York.  Without limiting the foregoing, each party agrees that service of process on such party as provided in Section 10.01 of the Purchase Agreement shall be deemed effective service of process on such party.

10.    <u>Headings</u>.  The section headings contained in this Agreement are inserted for convenience only and will not affect in any way the meaning or interpretation of this Agreement.

11.    <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Signed PDF copies exchanged via electronic mail or facsimile copies of this Agreement shall legally bind the parties to the same extent as original documents.

2

IN WITNESS WHEREOF, this Agreement has been duly executed as of the Closing Date.

**ASSIGNORS**:

ATARI, INC.
By: _____
Name: _____
Title: _____

ATARI INTERACTIVE, INC.

By: _____
Name: _____
Title: _____

HUMUNGOUS, INC.

By: _____
Name: _____
Title: _____

CALIFORNIA U.S. HOLDINGS, INC.

By: _____
Name: _____
Title: _____

Accepted and agreed as of the Closing Date:

**ASSIGNEE:**

STARDOCK SYSTEMS, INC.

By: _____

Name: _Bradley Wardell_____

Title: _President | CEO_____

## **SCHEDULE 1**

See Schedule 1.01(a) of the Purchase Agreement

<u>Schedule 1.01(a)</u>

List of Intellectual Property

*See Attached*

STAR CONTROL DOMAIN

None

Registered Trademark

| Company | Trademark | Territory | Application Number | Filing Date | Registration Number | Registration Date | Due Date | Class Number | Ownership Status |
|---------|-----------|-----------|--------------------|-------------|---------------------|-------------------|----------|--------------|------------------|
| Atari, Inc. (2003) | STAR CONTROL | United States | 75095591 | APR-29-1996 | 2046036 | MAR-18-1997 | MAR-18-2017 | Class 28 (Toys & sporting goods) | Registered |

# Star Control 3 Copyright Registrations

| Game Title | Claimant | Registration # | Registration Date |
|---|---|---|---|
| Star Control 3 | Atari, Inc. | PA 799-000 | 1/24/97 |

| Star Control Franchise |
|---|
| Star Control 3 |

# EXHIBIT B

**Mark:** STAR CONTROL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 75095591 | **Application Filing Date:** | Apr. 29, 1996 |
| **US Registration Number:** | 2046036 | **Registration Date:** | Mar. 18, 1997 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 09, 2016 | | |
| **Publication Date:** | Dec. 24, 1996 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | STAR CONTROL |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | computer game software, and manuals supplied as a unit therewith |

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 14, 1989 | **Use in Commerce:** | Mar. 14, 1989 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | STARDOCK SYSTEMS, INC |

| | |
|---|---|
| **Owner Address:** | 15090 BECK ROAD<br>PLYMOUTH, MICHIGAN 48170<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** MICHIGAN

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | GARY PERLMUTER | **Docket Number:** | STARDOCK/SC |
| **Attorney Primary Email Address:** | gary@perlmuterlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | GARY PERLMUTER<br>Perlmuter Law, P.C.<br>30665 Northwestern Hwy., Ste. 200<br>Farmington Hills, MICHIGAN 48334<br>UNITED STATES |
| **Phone:** | 2486269966 |
| **Correspondent e-mail:** | gary@perlmuterlaw.com gary@gepgloballlc.com |

**Fax:** 2488764001

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 09, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 09, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 85321 |
| Jun. 09, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 85321 |
| Jun. 09, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 85321 |
| Mar. 23, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 18, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 19, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 30, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 30, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 21, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 21, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 18, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Oct. 18, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 25, 2007 | ASSIGNED TO PARALEGAL | 75184 |
| Sep. 18, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 18, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 18, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 18, 2007 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 18, 2007 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 21, 2006 | CASE FILE IN TICRS | |
| Nov. 01, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jul. 19, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 23, 2003 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 21, 2003 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Mar. 19, 2003 | PAPER RECEIVED | |
| Mar. 18, 1997 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 24, 1996 | PUBLISHED FOR OPPOSITION | |
| Nov. 22, 1996 | NOTICE OF PUBLICATION | |
| Oct. 23, 1996 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 1996 | ASSIGNED TO EXAMINER | 69780 |

# Maintenance Filings or Post Registration Information

| Affidavit of Continued Use: | Section 8 - Accepted |
|---|---|
| Affidavit of Incontestability: | Section 15 - Accepted |
| Renewal Date: | Mar. 18, 2017 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | Jun. 09, 2016 |
|---|---|---|---|

# Assignment Abstract Of Title Information

**Summary**

| Total Assignments: | 11 | Registrant: | Accolade, Inc. |
|---|---|---|---|

**Assignment 1 of 11**

| Conveyance: | AMENDMENT TO SECURITY AGREEMENT | | |
|---|---|---|---|
| Reel/Frame: | 1644/0813 | Pages: | 6 |
| Date Recorded: | Oct. 06, 1997 | | |
| Supporting Documents: | No Supporting Documents Available | | |

**Assignor**

| Name: | ACCOLADE, INC. | Execution Date: | Aug. 14, 1997 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| Name: | GREYROCK BUSINESS CREDIT, A DIVISION OF NATIONSCREDIT COMMERCIAL CORPORATION | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |
| Address: | 10880 WILSHIRE BLVD., STE 950 LOS ANGELES, CALIFORNIA 90024 | | |

**Correspondent**

| Correspondent Name: | BROBECK, PHLEGER, HARRISON LLP |
|---|---|
| Correspondent Address: | MS. PATRICIA MARQUEZ ONE MARKET SPEAR ST. TOWER SAN FRANCISCO, CA 94105 |

**Domestic Representative - Not Found**

**Assignment 2 of 11**

| Conveyance: | CHANGE OF NAME | | |
|---|---|---|---|
| Reel/Frame: | 2630/0884 | Pages: | 4 |
| Date Recorded: | Nov. 25, 2002 | | |
| Supporting Documents: | assignment-tm-2630-0884.pdf | | |

**Assignor**

| Name: | ACCOLADE, INC. | Execution Date: | Oct. 21, 1999 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| Name: | INFOGRAMES NORTH AMERICA, INC. | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 5300 STEVENS CREEK BLVD. SAN JOSE, CALIFORNIA 95129 | | |

**Correspondent**

| Correspondent Name: | INFOGRAMES, INC. |
|---|---|
| Correspondent Address: | DOREEN SMALL, ESQ.<br>417 FIFTH AVENUE<br>NY, NY 10016 |

**Domestic Representative - Not Found**

## Assignment 3 of 11

| | |
|---|---|
| **Conveyance:** | MERGER |
| **Reel/Frame:** | 2630/0859 |
| **Date Recorded:** | Nov. 25, 2002 |
| **Supporting Documents:** | assignment-tm-2630-0859.pdf |

**Pages:** 4

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES NORTH AMERICA, INC. | **Execution Date:** | Mar. 07, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES, INC. | **Execution Date:** | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 417 FIFTH AVENUE<br>NEW YORK, NEW YORK 10016 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | INFOGRAMES, INC. |
| **Correspondent Address:** | DOREEN SMALL, ESQ.<br>417 5TH AVENUE<br>NY, NY 10016 |

**Domestic Representative - Not Found**

## Assignment 4 of 11

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 2664/0358 |
| **Date Recorded:** | Feb. 05, 2003 |
| **Supporting Documents:** | assignment-tm-2664-0358.pdf |

**Pages:** 49

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ACCOLADE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI CORPORATION | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI GAMES CORPORATION | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI INTERACTIVE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | GAMES.COM, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | GT INTERACTIVE SOFTWARE CORP. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | HASBRO INTERACTIVE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | HUMONGOUS ENTERTAINMENT, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES INTERACTIVE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES NORTH AMERICA, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | JTS CORPORATION | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | MICROPROSE CALIFORNIA, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | MICROPROSE SOFTWARE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | MIROSPROSE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | PARADIGM ENTERTAINMENT, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | REFLECTIONS INTERACTIVE, LTD. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | SHINY ENTERTAINMENT, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | SINGLETRAC ENTERTAINMENT TECHNOLOGIES, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | SPECTRUM HOLOBYTE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | | | |
|---|---|---|---|
| **Name:** | WIZARDWARE GROUP, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| | |
|---|---|
| **Assignee** | |

| | |
|---|---|
| Name: | GENERAL ELECTRIC CAPITAL CORPORATION, AS AGENT |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | NEW YORK |
| Address: | 335 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NEW YORK 10017 |

| | |
|---|---|
| **Correspondent** | |

| | |
|---|---|
| Correspondent Name: | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| Correspondent Address: | DONNA J. HUNTER, PARALEGAL<br>600 PEACHTREE STREET, N.E.<br>SUITE 2400<br>ATLANTA, GA 30308-2222 |

**Domestic Representative - Not Found**

**Assignment 5 of 11**

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 3420/0045 | Pages: | 6 |
| Date Recorded: | Nov. 01, 2006 | | |
| Supporting Documents: | assignment-tm-3420-0045.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | INFOGRAMES, INC. | Execution Date: | Apr. 30, 2003 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | ATARI, INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 417 FIFTH AVENUE<br>NEW YORK, NEW YORK 10016 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | KRISTEN J. KELLER |
| Correspondent Address: | 417 FIFTH AVENUE<br>NEW YORK, NY 10016 |

**Domestic Representative - Not Found**

**Assignment 6 of 11**

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 3236/0893 | Pages: | 8 |
| Date Recorded: | May 23, 2005 | | |
| Supporting Documents: | assignment-tm-3236-0893.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | ATARI, INC. | Execution Date: | May 13, 2005 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | HSBC BUSINESS CREDIT (USA) INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 452 FIFTH AVENUE<br>NEW YORK, NEW YORK 10018 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | ZEV BOMRIND |
| Correspondent Address: | KRONISH LIEB WEINER & EHLLMAN LLP<br>1114 AVENUE OF THE AMERICAS |

NEW YORK, NY 10036

**Domestic Representative - Not Found**

## Assignment 7 of 11

| | |
|---|---|
| **Conveyance:** | RELEASE OF SECURITY LIEN |
| **Reel/Frame:** | 3350/0463 | **Pages:** 7 |
| **Date Recorded:** | Jul. 18, 2006 |
| **Supporting Documents:** | assignment-tm-3350-0463.pdf |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | GENERAL ELECTRIC CAPITAL CORPORATION | **Execution Date:** | May 31, 2005 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ATARI, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 417 FIFTH AVENUE NEW YORK, NEW YORK 10016 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ATARI, INC., C/O KRISTEN J. KELLER |
| **Correspondent Address:** | 417 FIFTH AVENUE NEW YORK, NY 10016 |

**Domestic Representative - Not Found**

## Assignment 8 of 11

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 3288/0891 | **Pages:** 5 |
| **Date Recorded:** | Apr. 13, 2006 |
| **Supporting Documents:** | assignment-tm-3288-0891.pdf |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | HSBC BUSINESS CREDIT (USA) INC. | **Execution Date:** | Apr. 05, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ATARI, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 417 FIFTH AVENUE NEW YORK, NEW YORK 10016 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | KRISTEN J. KELLER C/O ATARI, INC. |
| **Correspondent Address:** | 417 FIFTH AVENUE NEW YORK, NY 10016 |

**Domestic Representative - Not Found**

## Assignment 9 of 11

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 3422/0480 | **Pages:** 7 |
| **Date Recorded:** | Nov. 06, 2006 |
| **Supporting Documents:** | assignment-tm-3422-0480.pdf |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ATARI, INC. | **Execution Date:** | Nov. 03, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

| | Assignee | |
|---|---|---|
| Name: | GUGGENHEIM CORPORATE FUNDING, LLC | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: DELAWARE |
| Address: | 135 EAST 57TH STREET, 7TH FLOOR NEW YORK, NEW YORK 10022 | |

| | Correspondent | |
|---|---|---|
| Correspondent Name: | DUSAN CLARK, ESQ. | |
| Correspondent Address: | SIDLEY AUSTIN LLP 717 N. HARWOOD ST., SUITE 3400 DALLAS, TX 75201 | |

### Domestic Representative - Not Found

| | | |
|---|---|---|
| Conveyance: | ASSIGNMENT OF SECURITY INTEREST | |
| Reel/Frame: | 3663/0794 | Pages: 8 |
| Date Recorded: | Nov. 16, 2007 | |
| Supporting Documents: | assignment-tm-3663-0794.pdf | |

| | Assignor | |
|---|---|---|
| Name: | GUGGENHEIM CORPORATE FUNDING, LLC | Execution Date: Oct. 23, 2007 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: DELAWARE |

| | Assignee | |
|---|---|---|
| Name: | BLUEBAY HIGH YIELD INVESTMENTS (LUXEMBOURG) S.A.R.L. | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: LUXEMBOURG |
| Address: | C/O BLUEBAY ASSET MANAGEMENT TIMES PLACE, 45 PALL MALL LONDON, UNITED KINGDOM SW1Y 5JG | |

| | Correspondent | |
|---|---|---|
| Correspondent Name: | MATTHEW BART | |
| Correspondent Address: | WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | |

### Domestic Representative - Not Found

| | | |
|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | |
| Reel/Frame: | 5089/0541 | Pages: 23 |
| Date Recorded: | Aug. 12, 2013 | |
| Supporting Documents: | assignment-tm-5089-0541.pdf | |

| | Assignor | |
|---|---|---|
| Name: | ATARI, INC. | Execution Date: Aug. 09, 2013 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: DELAWARE |

| | Assignee | |
|---|---|---|
| Name: | STARDOCK SYSTEMS, INC | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: MICHIGAN |
| Address: | 15090 BECK ROAD PLYMOUTH, MICHIGAN 48170 | |

| | Correspondent | |
|---|---|---|
| Correspondent Name: | GARY PERLMUTER | |
| Correspondent | 32000 NORTHWESTERN HWY. |

**Address:** STE. 275
FARMINGTON HILLS, MI 48334

**Domestic Representative - Not Found**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,046,036

Registered Mar. 18, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## STAR CONTROL

ACCOLADE, INC. (CALIFORNIA CORPORA-
TION)
5300 STEVENS CREEK BLVD.
SAN JOSE, CA 95129

FOR: COMPUTER GAME SOFTWARE, AND
MANUALS SUPPLIED AS A UNIT THERE-

WITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 3–14–1989; IN COMMERCE
3–14–1989.

SER. NO. 75–095,591, FILED 4–29–1996.

JEFFREY SMITH, EXAMINING ATTORNEY

# EXHIBIT C

REGISTRATION NO: 2046036    SERIAL NO: 75/095591    MAILING DATE: 06/23/2003
REGISTRATION DATE: 03/18/1997
MARK: STAR CONTROL
REGISTRATION OWNER: INFOGRAMES, INC.

**CORRESPONDENCE ADDRESS:**
DOREEN SMALL
INFOGRAMES, INC.
417 FIFTH AVENUE
NEW YORK, NY 10016

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
028.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**


**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

# EXHIBIT D

# STAR CONTROL

## II ™

### THE UR-QUAN MASTERS



# Star Control: The Ur-Quan Masters

Community Hub

Sol          Earth

CAPTAIN
Alan
FALCON
FUEL
0

CREW
48

FEB 19-2155

♦ The New Alliance of Free Stars!
♦ The Concordance of Alien Nations!
♦ The United Federation of Worlds!
♦ The Empire of Alan!

## STAR CONTROL
### THE UR-QUAN MASTERS

Explore a vast universe with pulse-pounding action, side-splitting humor, and hair-raising plot twists in these 2 classic space adventure games. The Ur-Quan Masters includes Star Control 1 and 2.

ALL REVIEWS:     Positive (32)

RELEASE DATE:    Nov 17, 1992

DEVELOPER:       Toys for Bob
PUBLISHER:       Stardock Entertainment

Popular user-defined tags for this product:

Action   Adventure   Indie   Strategy   Simulation   +

# INTRODUCTION

*This document ontains everything you need to know to win Star Control II —The Ur-Quan Masters, plus a whole lot more. Secret histories will be revealed and dark motives hauled into the light of day. We'll also provide you with more details about the stars, planets, ships, and alien races than you can absorb in a light year (all right, maybe a light week).*

*There is only one rule about this book; it's not meant to be read. That's right, it's strictly to build your confidence. Having it handy assures that you can always find the answer to a perplexing problem. But to actually read it, well now, that's quite another matter. After all, you don't want to spoil the fun, do you? I mean, if you know all the secrets, the game won't be any challenge! Star Control II was hard to make, so it should be hard to play. Right? What's that? We may be crazier than a lobotomized mooncalf, but you're not! You have a point. Here, read all you want! The answer to every mystery is in your hands at a mere flip of a page. Now, if you'll excuse us, we're due for some serious couch time.*

*Enjoy! Enjoy!*

*(developers of Star Control II)*

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kaye Vogel Clogett*

Acting United States Register of Copyrights and Director

## FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

**PA 799-000**

EFFECTIVE DATE OF REGISTRATION

| 1 | 24 | 1997 |
|---|----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

STAR CONTROL 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

VIDEO GAME INCLUDING AUDIO VISUAL MATERIALS, COMPUTER PROGRAM, TEXT AND GRAPHICS OF ACCOMPANYING MATERIALS AND MUSICAL SCORE.

**2**

**a**

**NAME OF AUTHOR ▼**

ACCOLADE, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
AUDIO VISUAL MATERIALS, COMPUTER PROGRAM MUSIC, INSTRUCTIONAL MATERIALS

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1996
◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 09   Day ▶ 16   Year ▶ 96
USA
◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ACCOLADE, INC.
5300 STEVENS CREEK BLVD
SAN JOSE, CA 95129

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 24 1997     JUL 09 1997
**ONE DEPOSIT RECEIVED**
JUL 09 1997
**TWO DEPOSITS RECEIVED**
JAN 24 1997
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Form DCS** (Document Cover Sheet)
**For Recordation of Documents under 17 U.S.C. §205**

UNITED STATES COPYRIGHT OFFICE

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| | |
|---|---|
| *Volume* _____ | *Document* _____ |
| *Volume* _____ | *Document* _____ |
| *Date of recordation* M _____ D _____ Y _____ | |
| (ASSIGNED BY THE COPYRIGHT OFFICE) | |
| *Funds received* _____ | |

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

*To the Register of Copyrights:  Please record the accompanying original document or its properly certified copy.*

**1** First party name given in the document
Atari, Inc.
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document
Star Control 3

**3** Total number of titles in the document
1

**4** Return receipt requested
☑ If checked, please enclose a self-addressed postage-paid envelope.

**5** Electronic title list enclosed
☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6** Amount of fee calculated
$105

**7** Fee enclosed
☒ Check          ☐ Money order

☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**8** Completeness of document
☑ All attachments referenced in this document are included.

☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9** Certification of photocopied documents
Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual signature.

**NOTE:** This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____     Date **November 1, 2017**

Duly authorized agent of     **Stardock Systems, Inc.**

**10** Return to
Name     David L. May, Nixon Peabody LLP

Number/street     799 9th Street, NW          Apt/suite     500

City     Washington          State     DC          Zip     20001

Phone number     (202) 585-8000          Fax number     (202) 585-8080

Email     nptm@nixonpeabody.com

**SEND TO:** *Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000*

**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "***Agreement***") is entered into as of the Closing Date, as defined in the Purchase Agreement, by and among Atari, Inc., a Delaware corporation, Atari Interactive, Inc., a Delaware corporation, Humongous, Inc., a Delaware corporation, and California U.S. Holdings, Inc., a California corporation (collectively, the "***Assignors***") and Stardock Systems, Inc. ("***Assignee***").  Each capitalized term used and not otherwise defined herein has the meaning given to such term in the Purchase Agreement, dated as of July 18, 2013 (the "***Purchase Agreement***"), by and among Assignors and Assignee.

WHEREAS, the Assignors hold certain right, title and interest in and to the Intellectual Property set forth in Schedule 1 attached hereto ("***Assigned Intellectual Property***");

WHEREAS, pursuant to the Approval Order and to the extent permitted by applicable law, on the terms and subject to the conditions set forth in the Purchase Agreement, the Assignor shall sell, convey, transfer, assign and deliver the Assigned Intellectual Property to Assignee; and

WHEREAS, the parties wish to confirm and memorialize their agreement with respect to the Assigned Intellectual Property, and through this Agreement, the parties are consummating said assignment.

NOW, THEREFORE, in consideration of the mutual agreements contained herein and in the Purchase Agreement, and expressly subject thereto, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignors and Assignee, intending to be legally bound, hereby agree as follows:

1.  Assignment.  The Assignors hereby convey, transfer, assign and deliver (collectively, the "***Assignment***") to Assignee all of Assignors' right, title and interest in and to the Assigned Intellectual Property and any and all goodwill symbolized thereby (as applicable), as set forth on Schedule 1 attached hereto.

2.  Recordation of Assignment.  The Assignment may be made of record in any government and/or administrative authorities, including in the United States Patent and Trademark Office, as appropriate and desired by Assignee.

3.  Expenses.  Except as otherwise expressly provided in the Purchase Agreement, Assignors and Assignee will each bear its own costs and expenses incurred in connection with the preparation, execution and performance of this Agreement, including all fees and expenses of agents, representatives, financial advisors, legal counsel, and accountants.

4.  No Representations.  The Assignors and Assignee acknowledge that, other than as expressly provided herein, neither the Assignor nor the Assignee makes any representation or warranty whatsoever, express or implied.

5.  No Third-Party Beneficiaries.  Nothing in this Agreement shall create or be deemed to create any third party beneficiary rights in any Person not party to this Agreement or

to confer any rights or remedies upon any Person other than the parties hereto and their respective successors and permitted assigns.

6.      <u>Binding Effect</u>.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns.

7.      <u>Interpretation</u>. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms of this Agreement, the terms of the Purchase Agreement will govern.

8.      <u>Amendments and Waivers</u>.  This Agreement may not be amended or waived except in a writing executed by the party against which such amendment or waiver is sought to be enforced. No course of dealing between or among any persons having any interest in this Agreement will be deemed effective to modify or amend any part of this Agreement or any rights or obligations of any person under or by reason of this Agreement.

9.      <u>Governing Law and Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the law of the State of New York, without regard to the conflicts of law rules of such state.  The parties hereto agree that, during the period from the date hereof until the date on which Assignees' Chapter 11 Case is closed or dismissed (the "***Bankruptcy Period***"), any suit, action or proceeding, seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby shall be brought exclusively in the Bankruptcy Court.  The parties further agree that, following the Bankruptcy Period, any suit, action or proceeding with respect to this Agreement or the transactions contemplated hereby shall be brought against any of the parties exclusively in either the United States District Court for the Southern District of New York or any state court of the State of New York located in such district, and each of the parties hereby irrevocably consents to the jurisdiction of such court and the Bankruptcy Court (and of the appropriate appellate courts therefrom) in any such suit, action or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action or proceeding in the such courts or that any such suit, action or proceeding which is brought in such courts has been brought in an inconvenient forum.  Process in any such suit, action or proceeding may be served on any party anywhere in the world, whether within or without the jurisdiction of the Bankruptcy Court, the United States District Court for the Southern District of New York or any state court of the State of New York.  Without limiting the foregoing, each party agrees that service of process on such party as provided in Section 10.01 of the Purchase Agreement shall be deemed effective service of process on such party.

10.      <u>Headings</u>.  The section headings contained in this Agreement are inserted for convenience only and will not affect in any way the meaning or interpretation of this Agreement.

11.      <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Signed PDF copies exchanged via electronic mail or facsimile copies of this Agreement shall legally bind the parties to the same extent as original documents.

104932689

IN WITNESS WHEREOF, this Agreement has been duly executed as of the Closing Date.

**ASSIGNORS**:

ATARI, INC.
By: _____
Name: _____
Title: _____

ATARI INTERACTIVE, INC.

By: _____
Name: _____
Title: _____

HUMUNGOUS, INC.

By: _____
Name: _____
Title: _____

CALIFORNIA U.S. HOLDINGS, INC.

By: _____
Name: _____
Title: _____

Accepted and agreed as of the Closing Date:

**ASSIGNEE:**

STARDOCK SYSTEMS, INC.

By: _____

Name: Bradley Wardell

Title: President | CEO

List of Intellectual Property

*See Attached*

# Star Control 3 Copyright Registrations

| Game Title | Claimant | Registration # | Registration Date |
|---|---|---|---|
| Star Control 3 | Atari, Inc. | PA 799-000 | 1/24/97 |

# EXHIBIT F

**On Wed, Oct 16, 2013 at 3:13 PM, Paul Reiche <paulreiche@yahoo.com> wrote:**

Hi Brad,

As always, sorry for the tardy response.  One question Fred and I have -- what are the total Star Control rights and assets you acquired from Atari?

Thanks,

- Paul


**On Wed, Oct 16, 2013 at 4:05 PM, Brad Wardell <brad@stardock.com> wrote:**

Hi Paul,

What we received was the trademark and all of Accolade's publishing rights for the original trilogy (i.e. the ability to sell, distribute, market and promote) plus all code and assets for Star Control 3.

Brad


**On Oct 22, 2013, at 5:55 PM, Paul Reiche <paulreiche@yahoo.com> wrote:**

Hi Brad,

What was your cost on the trademark and publishing rights to SC1-3?

Thanks,

- Paul


**On Friday, October 25, 2013 7:39 PM, Brad Wardell <draginol@gmail.com> wrote:**

Hi guys,

Just wanted to check in to make sure you received my email.  Our cost to acquire the Star Control IP was between $300k and $400k.

It's looking like we're about to pass the point of no return (beginning to hire up for development). That said, even if you aren't looking to acquire the Star Control IP we can work with you in whatever capacity you'd like to help promote the Ur-Quan continuity in a future game.

Cheers,

B

**From: Paul Reiche [mailto:paulreiche@yahoo.com]**
**Sent: Tuesday, October 29, 2013 6:50 PM**

**To:** Brad Wardell
**Cc:** Brad Wardell; Fred Ford; Derek Paxton
**Subject:** Re: Star Control Plans

Hi Brad,

I've talked with Fred and I am afraid at this time we aren't interested in the Star Control assets you purchased from Atari.  Thanks for the offer though.

- Paul

# EXHIBIT G

Our Story        Press Room        Management        Images        Careers        Contact Us

## Stardock Announces Star Control: Origins
*Article posted on 10/18/2016*

**October 18, 2016 – Plymouth Michigan** - Stardock announced Star Control: Origins today.  Star Control: Origins is a sci-fi action/adventure game with many RPG elements set in the future where the player is the captain of Earth's first interstellar starship that explores a procedurally created galaxy, makes contact with various alien races, explores unique worlds, and engages in action packed battles, all while trying to unravel the complex intrigue that has the galaxy on the brink of chaos.

"We Earthlings are the newcomers to the galactic scene," said Brad Wardell, Executive Producer. "The dozen plus space-faring species have been hatching their schemes since before we got out of trees. Now, suddenly, they have to deal with those meddling apes from Sol 3 who threaten to upset the plot."

The game starts in the year 2086 with the unaware humans receiving a distress call from an alien ship that has crashed on the moon of Triton, leading to the formation of Star Control, an international space agency dedicated to protecting the Earth.  The player takes on the role of The Captain of Earth's first interstellar ship whose first mission is to investigate the distress signal.

Star Control: Origins represents a new start for the beloved franchise.  Stardock acquired the rights to Star Control 1/2/3 from Atari and since then has launched a new game studio in Towson Maryland specifically to create the new Star Control title. The classic series is available for sale on Stardock's newly launched StarControl.com website with players also able to pre-order Star Control: Origins and join the Founder's Program.

"Star Control is ultimately about us Earthlings exploring the galaxy, finding and talking to strange alien civilizations, and hopefully living to tell the tale," said Wardell. "We are hopeful those who remember the original trilogy will like the direction we're taking here while at the same time introducing a whole new generation to the awesomeness of a game that combined action, adventure, and roleplaying in a sci-fi game simultaneously."

Star Control: Origins is scheduled for release on PC and consoles with the PC release scheduled for 2017.

Players interested in joining the Founder's program for $35 will gain access to the upcoming beta program as well as access to the Founder's Vault, mod tools, private journals and more.

Visit www.starcontrol.com to join or get more details.

**Screenshots:**

  

Share this article



Recent articles

Long-Time Microsoft Veteran Kevin Unangst joins Stardock's Executive Team - *12/6/2017*

Star Control: Origins Fleet Battle Beta Begins Today - *11/16/2017*

Stardock has a New "Killer" App: Groupy - Organize Your Windows Together - *11/14/2017*

v2.6 for Ashes of the Singularity: Escalation is Now Available - *11/2/2017*

Midweek Madness: Save up to 70% on Galactic Civilizations III: Gold - *10/24/2017*

Star Control: Origins Pre-Orders Begin Today - *10/19/2017*

v2.6 for Galactic Civilizations III and the Crusade Expansion is Now Available - *10/12/2017*

Conspicuous Consumption DLC for Offworld Trading Company is Now Available - *10/9/2017*

Why Space? - *10/5/2017*

Ashes of the Singularity: Escalation Free Juggernaut DLC and v2.5 Update Now Available - *9/14/2017*

Enormous v2.5 Update for Galactic Civilizations III and Crusade Expansion Releases Today - *9/12/2017*

**RETURN TO PRESS ROOM ▶**

SOFTWARE                                              GAMES

# EXHIBIT H

# Star Control: Origins Fleet Battle Beta Begins Today

Published on Thursday, November 16, 2017 By Island Dog In Press Releases (Star Control)

Star Control: Origins is a **science-fiction adventure** game set in an open universe that puts the player as the captain of Earth's first interstellar vessel on a mission to find allies to help save humanity from certain annihilation. The new beta unlocks the **Fleet Battles** feature, where you'll assemble ships in a fleet and **engage in battle** with fleets controlled by either the computer, humans via the Internet, or even friends sitting at the same PC. Learn more here.

WEBSITE　　　PURCHASE　　　COMMENT

0 Comments　　　3 Referrals

Tweet

Share

## Newsletters

Sign up to receive Stardock's latest news, release information and special offers.

**SUBSCRIBE NOW!**

## Stay Connected

       

## Active Discussions

- Galactic Civilization III v2.7 Patch (opt-in 12/7)
- Forum update: November 2017
- Holiday themed ships and weapons
- Stardock response to Paul and Fred
- Microsoft veteran Kevin Unangst Joins Stardock Executive Team

## Featured Event



Strategy Visions Series: New Episode

## New Events

- [a]listdaily: New Stardock VP Kevin Unangst To Focus On Broadening Brand's Reach
- Destructiod: Checking out the battle system of Star Control: Origins
- Hardcore Gamer: Fleet Battles Beta is a Good Start Towards the Return of Star Control: Origins
- Strategy Visions Series: New Episode
- DGA Plays: Star Control: Origins

## Categories

- Planets of the Singularity
- Elemental Series
- Events
- Galactic Civilizations III
- Galactic Civilizations Series
- GalCiv III Dev Journals
- Life, the Universe and Everything
- Offworld Trading Company
- PC Gaming
- Personal Computing
- Sins of a Solar Empire
- Sorcerer King
- Sorcerer King Dev Journals
- Star Control
- Stardock Journals

## Twitch.tv Broadcast



## Polls

Which of these is your favorite RTS of all time?

- ○ Starcraft
- ○ Supreme Commander
- ○ Total Annihilation
- ○ Company of Heroes
- ○ Command & Conquer

LOGIN TO VOTE        VIEW RESULTS

## Tweets by @Stardock

Stardock Retweeted

**AListDaily**
@alistdaily

New @Stardock VP Kevin Unangst To Focus On Broadening Brand's Reach: bit.ly/2ABRMWP

18h

Stardock Retweeted

Object Desktop

Corporate Solutions

Start10

Fences

DeskScapes

Multiplicity

ObjectDock

Star Control

Ashes of the Singularity: Escalation

Galactic Civilizations III

Offworld Trading Company

Sins of a Solar Empire: Rebellion

Sorcerer King: Rivals

The Political Machine

## COMPANY

About

Management Team

Careers

Press Room

Store

Contact Us

## SUPPORT

My Account

Create an Account

Product Keys

Reset Password

Update Account Info



SIGN UP FOR OUR NEWSLETTER

EMAIL ADDRESS     SUBSCRIBE

© 2017 Stardock Corporation

Site Map     Terms     Privacy     DMCA

# EXHIBIT I



CREATORS OF STAR CONTROL II - THE UR-QUAN MASTERS

UPDATES FROM FRED FORD AND PAUL REICHE III

# LAUNCH FIGHTERS!

OCTOBER 09, 2017



It was almost exactly 25 years ago that we released *Star Control II® -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting,

hydra-fighting kind, as well as the exhausting stable-cleaning kind. Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we *don't* make a sequel. Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy. Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II®* -- *The Ur-Quan Masters,* called *Ghosts of the Precursors™.*

This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel. We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan, Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds, Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo), Umgah, Melmorme, Chmmr, Earthlings, Mycon, THE MARK II!, Slylandro, Utwig, Thraddash, Zoq-Fot-Pik, VUX Beast, Pkunk, the Keel-Verezy, and of course all new alien races to discover, befriend ...and/or be annigilate... I mean annihigate.. Damn! Well, you get the idea.

♥ 403 LIKES       ⌁ SHARE

🐦

Follow us on Twitter for news and updates.

# EXHIBIT J



**Fred and Paul** @Dogar_And_Kazon · Oct 11

Star Control 2 Is Getting A Sequel, 25 Years Later | Kotaku Australia (via @KotakuAU)



**Star Control 2 Is Getting A Sequel, 25 Years Later**

There were plenty of gamers who weren't even born when Star Control 2: The Ur-Quan Masters launched 25 years ago. But to mark the game's

kotaku.com.au

💬 1     🔁 10     ♡ 31     ✉



**Fred and Paul** @Dogar_And_Kazon · Oct 10

25 years later, Star Control 2 is getting a direct sequel



**25 years later, Star Control 2 is getting a direct sequel**

The original creators return for Ghosts of the Precursors.

pcgamer.com

 3      31     62    

# EXHIBIT K



**Fred and Paul**
@Dogar_And_Kazon

Creators of Star Control II – The Ur-Quan Masters. Founders of Toys For Bob. #starcontrol #ghostsoftheprecursors

Following

# EXHIBIT L



**Fred and Paul** @Dogar_And_Kazon · Oct 10

25 years later, Star Control 2 is getting a direct sequel



**25 years later, Star Control 2 is getting a direct sequel**

The original creators return for Ghosts of the Precursors.

pcgamer.com

 3   31   62 

# EXHIBIT M



CREATORS OF STAR CONTROL® II

UPDATES FROM FRED FORD AND PAUL REICHE III

# Fred and Paul

@Dogar_And_Kazon

Creators of Star Control® II - The Ur-Quan Masters. Founders of Toys For Bob. #urquanmasters #ghostsoftheprecursors

◎ Novato, CA

🔗 dogarandkazon.squarespace.com

🗓 Joined October 2017

# EXHIBIT N



CREATORS OF STAR CONTROL® II

UPDATES FROM FRED FORD AND PAUL REICHE III



# Star Control® I, II and III aren't for sale on GOG.com anymore -- How come?

DECEMBER 04, 2017

**We've decided to stop selling our old games, because:**

1. We think it's necessary to 'clear the decks' to help resolve our definitely-not-harmonious, until-recently-private, months-long conflict with Brad Wardell and his lawyers at Stardock.
2. The Ur-Quan Masters HD Project is a free, vastly superior experience.  Did we mention it's free?  Fans have been dedicated to improving UQM for 15 years and it is awesome!  Hopefully Star Control I and III will also become available for free in the near future.

**Why was it okay to sell the games on GoG, but not on Steam or elsewhere?**

The simple answer is because we have had our own direct distribution agreement with GOG since 2011 and no agreement with Stardock or Steam or anyone else.  If you're into details, here goes:

- In April 2011, we learned that Star Control I, II and III had been re-published on Good Old Games (GOG) — a big surprise since the games hadn't been sold for years and no one had contacted us for permission to do so.
- We reached out to GOG who said our games had been offered to them by Atari as part of a large batch of older Atari products.  We then contacted Atari to let them know that we were the original authors and owners of the copyright to the games *and* that we had not given permission for them to republish our work.   Atari checked with its lawyers and wrote back confirming our claims, apologizing to everyone for the mistake and informing GOG to remove the games from sale and pay any royalties earned to us.
- Instead we suggested a way that GOG could continue to sell our games.  GOG signed separate, independent contracts with: Atari to license the Star Control trademark, and us to license the rights to the games themselves.  GOG has been selling the games and paying us directly ever since.
- In October of this year, history repeated itself when Stardock began selling our games on Steam and elsewhere (even bundled with theirs), again *without* getting our permission.  This time we couldn't come to an agreement, so we asked that Stardock stop bundling and selling the games. They refused, so

we've decided to end our 2011 distribution agreement with GOG as a first step to having the games pulled down.

♥ 42 LIKES　　　< SHARE

< Newer　　Older >



Follow us on Twitter for news and updates.

**Star Control** is a registered trademark of Stardock Systems, Inc

# EXHIBIT O

Log in or Sign up



>doesn't scale to your level

| Home | **Forums** | Shoutbox | Members |

Recent Posts

Tacticular Cancer: We'll have your balls

Home ▸ Forums ▸ Gaming Discussion ▸ **General Gaming**

Welcome to **rpgcodex.net**, a site dedicated to discussing computer based role-playing games in a free and open fashion. We're less strict than other forums, but please underline the rules.

**"This message is awaiting moderator approval":** All new users must pass through our moderation queue before they will be able to post normally. Until your account has "passed" your posts will only be visible to yourself (and moderators) until they are approved. Give us a week to get around to approving / deleting / ignoring your mundane opinion on crap before hassling us about it. Once you have passed the moderation period (think of it as a test), you will be able to post normally, just like all the other retards.

# Star Control: Ghosts of the Precursors - sequel from original creators!

Discussion in 'General Gaming' started by MRY, Oct 10, 2017.



| Page 1 of 2 | 1 | 2 | Next > |

**MRY**
gender: ⚥
Wormwood Studios
DEVELOPER

WORMWOOD STUDIOS

Joined:         Aug 15, 2012
Parrots:                 3,079
Location:            California

Oct 10, 2017    Stats   Ignoring                                         #1

https://dogarandkazon.squarespace.com/

9 ADHD QUESTIONS YOU MAY BE OVERLOOKING.

FIND OUT MORE ▸

528120 03/17

Click here and disable ads!

## LAUNCH FIGHTERS!

It was almost exactly 25 years ago that we released *Star Control II® -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting, hydra-fighting

kind, as well as the exhausting stable-cleaning kind. Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we *don't* make a sequel. Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy. Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II® -- The Ur-Quan Masters,* called *Ghosts of the Precursors™.*



This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel. We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan,Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds, Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo),Umgah, Melmorme, Chmmr, Earthlings, Mycon, THE MARK II!, Slylandro, Utwig, Thraddash, Zoq-Fot-Pik,VUX Beast, Pkunk, the Keel-Verezy, and of course all new alien races to discover, befriend ...and/or be annigilate... I mean annihigate.. Damn! Well, you get the idea.



O.O

Like a valiant but bumbling soldier whose corpse becomes the stepladder for a hero, *The Long Journey Home* has done the work the gods set for it.

Last edited by a moderator: Oct 10, 2017

Wormwood Studios

**Poos**
gender: ☿
Arcane

Oct 10, 2017   Stats   Ignoring                                    #3

stardock huh



probably going to be burned at the stake here but i absolutely love sins of a solar empire so cautiously optimistic

Old x 1

^ Top

**MRY**
gender: ⚦
Wormwood Studios
DEVELOPER

Joined:       Aug 15, 2012
Parrots:           3,079
Location:      California

Oct 10, 2017   Stats   Ignoring                                    #4

No, Stardock has their own game (old news) that's nearly done. This is separate.

Wormwood Studios

Agree x 1    Yes x 1    Informative x 1

^ Top

# EXHIBIT P



### Star Control creators working on direct sequel to Star Control 2
Polygon - Oct 10, 2017

Fred Ford and Paul **Reiche** III, the designers of the first two **Star Control** games, say they're working on a new title that they describe as a direct **sequel** to **Star Control** 2: The Ur-Quan Masters. Their new game is titled Ghosts of the Precursors and is described as "early, early in development." It's been 25 ...

**25 years later, Star Control 2 is getting a direct sequel**
PC Gamer - Oct 10, 2017

**View all**



### Star Control II developers working on 'direct sequel' 25 years later
VentureBeat - Oct 9, 2017

The brains behind **Star Control** II are resurrecting the series a quarter of a century after the last real entry in the sci-fi series. Creators Fred Ford and Paul **Reiche** III announced today that they are coming back to do a legitimate **sequel**. The project doesn't have a release date, platform, or pricing info yet, but it ...

**25 years later, Star Control II's creators are making a direct sequel**
Critical Hit - Oct 10, 2017

**View all**



### Star Control II devs unite for a 'passion project' sequel
Gamasutra - Oct 11, 2017

Toys for Bob cofounders Fred Ford and Paul **Reiche** III announced this week that they've begun working on a **sequel** to the 1992 space adventure game **Star Control** II called Ghosts of the Precursors. This is a big deal because the pair were the original designers of **Star Control** and **Star Control** II, before ...



### Star Control 2 Is Getting A Sequel, 25 Years Later
Kotaku Australia - Oct 10, 2017

There were plenty of gamers who weren't even born when **Star Control** 2: The Ur-Quan Masters launched 25 years ago. But to mark the game's anniversary, two of the original developers have announced they'll be making a direct **sequel**. Paul **Reiche** III and Fred Ford, creators of the original **Star Control** ...



### It's a good time to be a fan of Star Control
Destructoid - Oct 20, 2017

If you missed it, the original creators of **Star Control** II — Fred Ford and Paul **Reiche** III, whose studio Toys for Bob has understandably kept busy with the Skylanders franchise in recent years — have drawn up plans and gotten approval for a "direct **sequel**" to the 1992 sci-fi game. This new project, Ghosts of ...

Stay up to date on results for *Star Control sequel Reiche*.

[ Create alert ]

