UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: March 22, 2018                                         Time in Court: 8 mins

JUDGE: SAUNDRA BROWN ARMSTRONG                Court Reporter: (unreported)

Courtroom Deputy:  Doug Merry

CASE NO.  17-7025 SBA
TITLE:   Stardock Systems v. Reiche, et al

COUNSEL FOR PLAINTIFF:                          COUNSEL FOR DEFENDANT:
Robert Weikert                                              Stephen Steinberg
David May

PROCEEDINGS:  Telephonic Case Management Conference

RESULTS:

| | |
|---|---|
| Deadline to Amend Pleadings: | 7/16/18 |
| Expert Disclosure and Reports: | 10/19/18 |
| Close of Fact Discovery: | 10/19/18 |
| Rebuttal Expert Designation: | 11/19/18 |
| Close of Expert Discovery: | 12/14/18 |
| Law and Motion Cutoff: | 3/13/19 |
| Pretrial Preparation due: | 4/10/19 |
| Motions In Limine / Objections to Evidence: | 4/24/19 |
| Responses to Motions In Limine / Obj. to Evidence: | 5/1/19 |
| Replies due: | 5/8/19 |
| Jury Trial (5-6 day jury trial): | 6/24/19 |
| Pretrial Conference: | 6/12/19 |

Final Mandatory Settlement Conference* to be held between 3/18/19-5/3/19

*To be scheduled in the event the case does not settle at prior mediation/settlement conference.

cc:  Mag Ref Clk