UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-07025-SBA (JCS)

**Case Name:** Stardock Systems, Inc. v. Paul Reiche III, et al.

**Date:** March 28, 2018     **Time:** 30 M

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Dawn Valentine, Robert Weikert *(T)
**Attorney for Defendant:** Stephen Steinberg *(T)

## PROCEEDINGS

( )   Settlement Conference

     ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Settlement Conference

     ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Telephonic Scheduling Conference to set Settlement Conference - Held

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Settlement conference set for 5/14/18 at 11:00 AM. Court to issue Settlement Conference Order.

**cc:**

*Telephonic Appearance