United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL REICHE III, et al., <br><br> Defendants. | Case No. 17-cv-07025-SBA   (JCS) <br><br> **ORDER REGARDING SETTLEMENT DISCUSSIONS** |

IT IS HEREBY ORDERED that all parties and counsel are ORDERED to keep all past, present and future settlement negotiations **CONFIDENTIAL.** All such negotiations, including all offers and demands, shall not be disclosed to anyone other than to the parties without further order of the Court.

**IT IS SO ORDERED.**

Dated: March 29, 2018

JOSEPH C. SPERO
Chief Magistrate Judge