Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| Plaintiff/Counter-Defendant, | **PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants/Counter-Claimants. | |
| AND RELATED COUNTERCLAIM | |

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), by and through its

counsel, responds as follows to Defendants and Counter-Claimants Paul Reiche III's ("Reiche")

and Robert Frederick Ford's ("Ford") (collectively, "Defendants") Counterclaim.

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

**INTRODUCTION**

1.      Stardock denies Defendants' allegation that Stardock is infringing on their alleged copyrights to the games or engaging in any form of unfair competition.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 1 of the Counterclaim, and on that basis denies the allegations.

2.      Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 2 of the Counterclaim, and on that basis denies the allegations.

3.      Stardock admits that, at the very least, it acquired the rights and registration for the STAR CONTROL trademark (U.S. Trademark Registration No. 2,046,036) and the Star Control 3 copyright (U.S. Copyright Registration No. PA 799-000) from Atari in 2013.  Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 3 of the Counterclaim in their entirety.

4.      Stardock admits that it has attempted to resolve this matter informally with Defendants and decided to file this suit as a result of the parties being unable to reach an agreement.  Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 4 of the Counterclaim in their entirety.

**PARTIES**

5.      Stardock admits the allegations in Paragraph 5 of the Counterclaim.

6.      Stardock admits the allegations in Paragraph 6 of the Counterclaim.

7.      Stardock admits that it is a Michigan corporation with a principal place of business in Plymouth, Michigan and formerly had a location in Sunnyvale, California.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other

4811-1614-0898.1

allegations asserted in Paragraph 7 of the Counterclaim, and on that basis denies the allegations.

**JURISDICTION AND VENUE**

8.      Stardock admits the allegations in Paragraph 8 of the Counterclaim.

9.      Stardock admits the allegations in Paragraph 9 of the Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

10.     Stardock admits the allegations in Paragraph 10 of the Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

**INTRADISTRICT ASSIGNMENT**

11.     Stardock admits the allegations in Paragraph 11 of the Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

**FACTUAL BACKGROUND**

***Reiche and Ford's Creation and Development of Star Control and Star Control II***

12.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 12 of the Counterclaim, and on that basis denies the allegations.

13.     Stardock admits that Accolade and Reiche entered into a License Agreement with an effective date of October 7, 1988.  Stardock also admits that the 1988 License Agreement is shown in Exhibit 1 to the Counterclaim and reflects the terms set forth in the agreement. Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 13 of the Counterclaim, and on that basis denies the allegations.

14.     Stardock asserts that the language of the 1988 License Agreement is set forth in

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 14 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

15.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 15 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

16.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations of Paragraph 16 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

17.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 17 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

18.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 18 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

19.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 19 of the Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

20.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 20 of the Counterclaim, and on that basis denies the allegations.

21.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 21 of the Counterclaim, and on that basis denies the allegations.

22.     Stardock admits that other individuals were involved in the development and creation of Star Control I and Star Control II.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 22 of the Counterclaim, and on that basis denies such allegations.

23.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 23 of the Counterclaim, and on that basis denies the allegations.

24.     Stardock admits that Star Control I and Star Control II have become popular over the last couple of decades in the video game community.  Stardock also admits that the following link contains the content associated with it: https://kotaku.com/the-game-that-won-our-classic-pc-games-list-if-it-ha-1349952997.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 24 of the Counterclaim, and on that basis denies such allegations.

25.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 25 of the Counterclaim, and on that basis denies the allegations.

26.     Stardock admits that Exhibit 2 to the Counterclaim shows an unsigned document

4811-1614-0898.1

titled "Addendum No. 1 to License Agreement Between Accolade, Inc. and Paul Reiche III". Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 26 of the Counterclaim, and on that basis denies such allegations.

### *Star Control 3 and 4 and Expiration of the 1988 License Agreement*

27.     Stardock admits that Exhibit 3 to the Counterclaim shows a document titled "Addendum No. 2 to License Agreement Between Accolade, Inc. and Paul Reiche III".  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 27 of the Counterclaim, and on that basis denies such allegations.

28.     Stardock admits that Defendants' Counterclaim defines the "Classic Star Control Games" as Star Control, Star Control II, and Star Control III, collectively.

29.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 29 of the Counterclaim, and on that basis denies the allegations.

30.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 30 of the Counterclaim, and on that basis denies the allegations.

31.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 31 of the Counterclaim, and on that basis denies the allegations.

32.     Stardock admits that Exhibit 4 to the Counterclaim shows a document titled "Addendum No. 3 to License Agreement Between Accolade, Inc. and Paul Reiche III".  Stardock

4811-1614-0898.1

lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 32 of the Counterclaim, and on that basis denies such allegations.

33.     Stardock admits that the purported language from Paragraph 1.5 of Addendum No. 3 is set forth in Exhibit 4 to the Counterclaim and that the document speaks for itself.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 33 of the Counterclaim, and on that basis denies such allegations.

34.     Stardock admits that the purported language from Paragraph 4.1 of Addendum No. 3 is set forth in Exhibit 4 to the Counterclaim.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 34 of the Counterclaim, and on that basis denies such allegations.

35.     Stardock admits that the purported language from Paragraph 7 of Addendum No. 3 is set forth in Exhibit 4 to the Counterclaim.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 35 of the Counterclaim, and on that basis denies such allegations.

36.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 36 of the Counterclaim, and on that basis denies the allegations.

37.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 37 of the Counterclaim, and on that basis denies the allegations.

4811-1614-0898.1
CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

***Accolade's Successors' Abandonment and Fraudulent Renewal***

***of the Registration for the Star Control Trademark***

38.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 38 of the Counterclaim, and on that basis denies the allegations.

39.     Stardock admits that on November 25, 2002, Accolade assigned U.S. Trademark Registration No. 2,046,036 for STAR CONTROL to Infogrames, and on March 17, 2003, Infogrames filed with the United States Patent and Trademark Office ("USPTO") a Declaration of Use and Incontestability along with a specimen of use showing use of the mark of STAR CONTROL.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 39 of the Counterclaim, and on that basis denies such allegations.

40.     Stardock admits that Infogrames was renamed Atari.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 40 of the Counterclaim, and on that basis denies the allegations.

41.     Stardock admits that on September 18, 2007, Atari filed with the USPTO a Declaration of Use in Commerce and Application for Renewal of Registration for U.S. Trademark Registration No. 2,046,036 for STAR CONTROL.  Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 41 of the Counterclaim in their entirety.

***Reiche and Ford's Continued Development of the Star Control Universe***

***Through The Ur-Quan Masters and Agreement with Atari to Resume Sales***

***of the Classic Star Control Games***

4811-1614-0898.1

42.     Stardock denies that Reiche and Ford regained all rights to "their games," including Star Control I and Star Control II.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 42 of the Counterclaim, and on that basis denies such allegations.

43.     Stardock admits that Defendants' Counterclaim defines the "Reiche and Ford's Star Control Games" as Star Control, Star Control II, including The Ur-Quan Masters, and Reiche's Preexisting Characters used in Star Control 3, collectively.  Stardock denies the accuracy of this definition and further denies any suggestion or assertion that Reiche and Ford own any intellectual property in the foresaid defined Reiche and Ford's Star Control Games.

44.     Stardock denies Reiche's and Ford's suggested possession and ownership of Star Control, Star Control II, including The Ur-Quan Masters, and Reiche's Preexisting Characters used in Star Control 3.  Stardock admits that the Classic Star Control Games have become popular over the last couple of decades in the video game community and have acquired a reputation and goodwill among the purchasing public.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 44 of the Counterclaim, and on that basis denies such allegations.

45.     Stardock admits that Exhibit 6 to the Counterclaim shows a copyright registration certificate for the work titled "Star Control II", which purports to list Reiche and Ford as the claimants.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 45 of the Counterclaim, and on that basis denies such allegations.

46.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 46 of the Counterclaim, and on that basis denies

4811-1614-0898.1

the allegations.

47.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 47 of the Counterclaim, and on that basis denies the allegations.

48.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 48 of the Counterclaim, and on that basis denies the allegations.

49.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 49 of the Counterclaim, and on that basis denies the allegations.

50.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 50 of the Counterclaim, and on that basis denies the allegations.

51.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 51 of the Counterclaim, and on that basis denies the allegations.

52.     Stardock admits that Exhibit 7 to the Counterclaim shows a document titled "GOG.com Digital Distribution Agreement" that purports to be between GOG and Defendants. Stardock admits that the agreement in Exhibit 7 includes the language that GOG would obtain "the rights for the Products names and related trademarks … from the respectful [*sic*] rights holder".  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 52 of the Counterclaim, and on that basis denies such allegations.

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

***Stardock Purportedly Buys Star Control Trademark and Star Control 3 Copyright***

53.     Stardock admits that in or around 2013, Atari filed for bankruptcy and put its

assets up for auction, including the Star Control Franchise.  Stardock denies that only Star Control

3 was included in the Star Control Franchise put up for auction.  Stardock admits that Atari sold

its Star Control Assets to Stardock under a Purchase Agreement dated July 18, 2013 and that the

Purchase Agreement defined the Purchased Assets as including the Intellectual Property

identified on Schedule 1.01(a), the contracts listed on Schedule 2.01(b), and certain causes of

action related to the Intellectual Property.  Stardock denies the allegation that any other assets and

properties of Atari were specifically excluded from the Purchased Assets.

54.     Stardock admits that Exhibit 5 to the Counterclaim shows the Purchase Agreement

between Atari and Stardock.  Stardock lacks knowledge or information sufficient to form a belief

about the truth of the allegation that Schedule 1.01(a) and Schedule 2.01(b) to the Purchase

Agreement were not attached to the filing with the bankruptcy court, and on that basis denies such

allegation.  Stardock denies the allegation that any intellectual property or contract rights were not

transferred to Stardock.

55.     Stardock admits the allegations in Paragraph 55 to the Counterclaim.

56.     Stardock denies that the transfer of Atari's Digital Distribution Agreement with

GOG Limited and Accolade's License Agreement with Reiche pertained only to Star Control 3.

Stardock admits the other allegations in Paragraph 56 of the Counterclaim.

57.     Stardock denies the allegation that Atari did not purport to sell, nor did it even own

or have the right to sell, any rights to the alleged Reiche and Ford's Star Control Games to

Stardock, including Reiche's Preexisting Characters used in Star Control 3.  Stardock lacks

knowledge or information sufficient to form a belief about the truth of any and all other

CASE NO. 4:17-CV-07025-SBA

4811-1614-0898.1

1    allegations asserted in Paragraph 57 of the Counterclaim, and on that basis denies such

2    allegations.

3           *Reiche and Ford Repeatedly Reject Stardock's Requests to License Reiche*

4                *and Ford's Star Control Games for Use in Stardock's New Game*

5

6           58.     Stardock admits the allegations in Paragraph 58 of the Counterclaim, but asserts

7    that the statements made in the referenced July 22, 2013 email are being presented out of context

8    and were based on Mr. Wardell's understandings at the time and the representations and

9    warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be

10   false, misstated, and/or misleading.

11          59.     Stardock admits the allegations in Paragraph 59 of the Counterclaim, but asserts

12   that the statements made by Mr. Wardell in the referenced July 23, 2013 email are being

13   presented out of context and were based on Mr. Wardell's understandings at the time and the

14   representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock

15   now believes to be false, misstated, and/or misleading.

16

17          60.     Stardock admits that on or around July 24, 2013, it announced its acquisition and

18   plan to release a new game inspired by Star Control II.  Stardock admits that at that time, the new

19   game was expected to be more of a revisit to Star Control II than a continuation.  Stardock denies

20   the allegation that Mr. Wardell "admitted" that Atari doesn't own the copyright to Star Control I

21   and II and that in order to make a Star Control II HD, a license from Reiche is needed.  Stardock

22   asserts that any such statements made by Mr. Wardell are being presented out of context and were

23   based on Mr. Wardell's understandings at the time and the representations and warranties made,

24   *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated,

25   and/or misleading.

26

27

28

CASE NO. 4:17-CV-07025-SBA

4811-1614-0898.1

61.     Stardock admits that Mr. Wardell contacted Reiche and Ford on July 30, 2013 via email and suggested that Reiche and Ford work with Stardock on the development of Star Control: Origins, but denies any and all of the other allegations in Paragraph 65 of the Counterclaim in their entirety.

62.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 62 of the Counterclaim, and on that basis denies the allegations.

63.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 63 of the Counterclaim, and on that basis denies the allegations.

64.     Stardock admits the allegations in Paragraph 64 of the Counterclaim.

65.     Stardock admits that later that day (September 16, 2013), it acknowledged Reiche's and Ford's response, and that Stardock offered to sell the Star Control IP it acquired from Atari to Defendants.  Except as expressly admitted herein, Stardock denies any and all of the other allegations in Paragraph 65 of the Counterclaim in their entirety.

66.     Stardock admits the allegations in Paragraph 66 of the Counterclaim.

67.     Stardock admits the allegations in Paragraph 67 of the Counterclaim.

***Stardock Begins Making False Statements About Reiche and Ford's Involvement***

***in Its New Game, and Asks Reiche and Ford Again Repeatedly to License***

***Their Star Control Games, Which They Refuse***

68.     Stardock admits that Mr. Wardell participated in an interview on January 3, 2014. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 68 of the Counterclaim, and denies that Mr. Wardell made any false or misleading statements.

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

69.     Stardock admits the allegations in Paragraph 69 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

70.     Stardock admits the allegations in Paragraph 70 of the Counterclaim.

71.     Stardock admits the allegations in Paragraph 71 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

72.     Stardock admits the allegations in Paragraph 72 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

73.     Stardock admits the allegations in Paragraph 73 of the Counterclaim, but asserts that any such statement made by Mr. Wardell is being presented out of context and was based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

74.     Stardock admits the allegation regarding Mr. Wardell's December 3, 2015 email. Stardock admits that it made the quoted statements with respect to the use of basic and

CASE NO. 4:17-CV-07025-SBA

4811-1614-0898.1

unprotectable concepts and ideas from Star Control in Galactic Civilizations.  Stardock denies the allegation that Stardock had already "borrowed" heavily from Star Control II for the Galactic Civilizations game.

75.     Stardock admits that Mr. Wardell sent an email to Defendants on October 12, 2016, which speaks for itself.  Defendants have misstated the contents of that email in Paragraph 75 of the Counterclaim, and further any such statements made by Mr. Wardell in the email are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

76.     Stardock admits that Star Control: Origins and Galactic Civilizations provide modification tools that allow users to build and create things in the game.  Stardock admits that on July 28, 2017, Mr. Wardell asked Reiche and Ford if, in light of the upcoming 25th anniversary of Star Control II, they would do "an interview regarding your work on Star Control 1/2, the Ur-Quan Masters, past, present and future of your universe."  Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that Reiche and Ford later learned that many ships and alien races from the alleged Reiche and Ford's Star Control Games appeared in Galactic Civilizations, and on that basis denies such allegations.  Based on the information that is now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.  Except as expressly admitted herein, Stardock denies any and all of the other allegations in Paragraph 76 of the Counterclaim in their entirety.

77.     Stardock admits the allegations in Paragraph 77 of the Counterclaim.

4811-1614-0898.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

78.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 78 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

79.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 79 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

80.     Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that Reiche or Ford own any intellectual property in Star Control I and Star Control II, and on that basis denies the allegation.  Except as otherwise denied below, Stardock admits the other allegations in Paragraph 80 of the Counterclaim.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

1   denies that allegation.

2       81.     Stardock lacks knowledge or information sufficient to form a belief about the truth

3   of the allegation that the 1988 License Agreement terminated and expired in 2001, and on that

4   basis denies the allegation.  Stardock admits that on October 4, 2017, it advised Reiche and Ford

5   that it had a license to use Reiche's and Ford's intellectual property under the 1988 License

6   Agreement.  Based on the information that is now available to Stardock, it is now Stardock's

7   position that there was no need to seek such permission and/or license from Reiche and Ford.

8   Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic

9   Star Control Games, Stardock denies that allegation.

10      82.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 82

11  of the Counterclaim.  Based on the information that is now available to Stardock, it is now

12  Stardock's position that there was no need to seek such permission and/or license from Reiche

13  and Ford.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in

14  the Classic Star Control Games, Stardock denies that allegation.

15      83.     Stardock denies that Mr. Wardell has made any admissions via its communications

16  with respect to any alleged Reiche and Ford intellectual property alleged in Paragraph 83 of the

17  Counterclaim.  Except as otherwise denied below, Stardock otherwise admits the existence of the

18  communication as set forth in Paragraph 83 of the Counterclaim, but asserts that any such

19  statements made by Mr. Wardell are being presented out of context and were based on Mr.

20  Wardell's understandings at the time and the representations and warranties made, *inter alia*, in

21  the 1988 License Agreement, including Reiche and Ford's representations and warranties with

22  respect to the intellectual property they own related to the Classic Star Control Games, which

23  Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is

17                    CASE NO. 4:17-CV-07025-SBA

now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

84.     Stardock admits the existence of the communication as set forth in Paragraph 84 of the Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 84 of the Counterclaim, and on that basis denies such allegations.

85.     Stardock admits that on October 7, 2017, Reiche and Ford responded and claimed out that they had received no royalties for many years and therefore the 1988 License Agreement had expired.  Stardock also admits that Reiche and Ford also purported to advise Mr.  Wardell that Stardock's planned use of "Super Melee" from Star Control II in Star Control:  Origins was not authorized.  Inasmuch as the allegations within Paragraph 85 of the Counterclaim suggest that Reiche and Ford own any intellectual property as it pertains to the Classic Star Control Games such that Stardock would have been required to seek Reiche and Ford's permission and/or license to use the intellectual property, such allegations are denied.

86.     Stardock admits that it responded later that day, but denies any and all other allegations in Paragraph 86 of the Counterclaim in their entirety.

4811-1614-0898.1

87.     Stardock admits that on October 9, 2017, Reiche and Ford announced their plans to create and develop a new game that would be a sequel to The Ur-Quan Masters to be called "Ghosts of the Precursors" and using the STAR CONTROL mark and UR-QUAN MASTERS mark.

### *Stardock's Copyright and Trademark Infringement and Other Unfair Competition*

88.     Stardock admits that it has sold the Classic Star Control Games through Steam. Stardock also admits that the screenshot from Stardock's website depicted in Paragraph 88 of the Counterclaim shows links to buy these games through Steam, and shows Stardock's use of THE UR-QUAN MASTERS mark.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 88 of the Counterclaim, including the suggestion that Reiche and Ford own any rights (intellectual property rights or otherwise) in and to the Classic Star Control games such that Stardock would have been required to obtain Reiche's and Ford's permission and/or license with respect to the sale thereof.

89.     Stardock admits the allegation that Reiche and Ford sent Steam a notice of infringement and request to remove the Classic Star Control Games.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 89 of the Counterclaim in their entirety.

90.     Stardock admits the allegation that it sent GOG a counter-notice and on that basis GOG resumed selling the Classic Star Control games.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 90 of the Counterclaim in their entirety.

91.     Stardock denies the allegations in Paragraph 91 of the Counterclaim.

92.     Stardock admits the allegations in Paragraph 92 of the Counterclaim.

4811-1614-0898.1

93. Stardock admits the allegations in Paragraph 93 of the Counterclaim.

94. Stardock admits that in November 2017, it released a beta version of Star Control: Origins. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 94 of the Counterclaim in their entirety.

95. Stardock denies that the screenshot in Paragraph 95 of the Counterclaim shows the ships as used in Star Control I or Star Control II. Based on the information that is now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford. Inasmuch as Reiche and Ford allege that they own any intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

96. Stardock admits that Star Control: Origins provides modification tools that allow users to build and create things in the game. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 96 of the Counterclaim in their entirety.

97. Stardock denies the allegations in Paragraph 97 of the Counterclaim in their entirety.

98. Stardock denies the allegation that it has extensively used material from the alleged Reiche and Ford's Star Control Games on Stardock's website and in marketing both the Classic Star Control Games and Star Control: Origins. Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have acquired Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with its website, marketing or otherwise.

99. Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

II. Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have acquired Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with its website, marketing or otherwise.  Stardock admits the other allegations in Paragraph 99 of the Counterclaim.

100.    Stardock admits that the parties were engaged in extensive settlement discussions from October-December 2017.  Stardock denies that it was the party that broke off those settlement negotiations.  Stardock admits that it filed suit against Reiche and Ford in mid-December.  Stardock admits that it owns U.S. Copyright Registration No. PA 799-000.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 100 of the Counterclaim in their entirety.

**FIRST CAUSE OF ACTION**

**(Copyright Infringement – 17 U.S.C. § 501)**

101.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 100 above as if set forth in full.

102.    Stardock denies the allegations in Paragraph 102 of the Counterclaim.

103.    Stardock denies the allegations in Paragraph 103 of the Counterclaim.

104.    Stardock denies the allegations in Paragraph 104 of the Counterclaim.

105.    Stardock denies the allegations in Paragraph 105 of the Counterclaim.

106.    Stardock denies the allegations in Paragraph 106 of the Counterclaim.

**SECOND CAUSE OF ACTION**

**(Declaratory Judgment re: Ownership of Copyrights)**

107.    Stardock realleges and incorporates herein by reference its responses to Paragraphs

4811-1614-0898.1

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM

1 through 106 above as if set forth in full.

108.    Stardock denies the allegations in Paragraph 108 of the Counterclaim.

109.    Stardock denies the allegations in Paragraph 109 of the Counterclaim.

110.    Stardock denies the allegations in Paragraph 110 of the Counterclaim.

## **THIRD CAUSE OF ACTION**

### **(Unfair Competition – Lanham Act § 43(a) (15 U.S.C. § 1125(a))**

111.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 110 above as if set forth in full.

112.    Stardock denies the allegations in Paragraph 112 of the Counterclaim.

113.    Stardock denies the allegations in Paragraph 113 of the Counterclaim.

114.    Stardock denies the allegations in Paragraph 114 of the Counterclaim.

115.    Stardock denies the allegations in Paragraph 115 of the Counterclaim.

116.    Stardock denies the allegations in Paragraph 116 of the Counterclaim.

## **FOURTH CAUSE OF ACTION**

### **(Common Law Trademark Infringement and Unfair Competition)**

117.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 116 above as if set forth in full.

118.    Stardock denies the allegations in Paragraph 118 of the Counterclaim.

119.    Stardock denies the allegations in Paragraph 119 of the Counterclaim.

120.    Stardock denies the allegations in Paragraph 120 of the Counterclaim.

121.    Stardock denies the allegations in Paragraph 121 of the Counterclaim.

122.    Stardock denies the allegations in Paragraph 122 of the Counterclaim.

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

123.    Stardock denies the allegations in Paragraph 123 of the Counterclaim.

124.    Stardock denies the allegations in Paragraph 124 of the Counterclaim.

## FIFTH CAUSE OF ACTION

### (Unfair Competition (Cal. Bus. & Prof. Code § 17200 *et seq.*))

125.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 124 above as if set forth in full.

126.    Stardock denies the allegations in Paragraph 126 of the Counterclaim.

127.    Stardock denies the allegations in Paragraph 127 of the Counterclaim.

128.    Stardock denies the allegations in Paragraph 128 of the Counterclaim.

## SIXTH CAUSE OF ACTION

### (Cancellation of U.S. Trademark Registration No. 2,046,036)

129.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 128 above as if set forth in full.

130.    Stardock denies the allegations in Paragraph 130 of the Counterclaim.

## SEVENTH CAUSE OF ACTION

### (Conversion)

131.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 130 above as if set forth in full.

132.    Stardock denies the allegations in Paragraph 132 of the Counterclaim.

133.    Stardock denies the allegations in Paragraph 133 of the Counterclaim.

134.    Stardock denies the allegations in Paragraph 134 of the Counterclaim.

135.    Stardock denies the allegations in Paragraph 135 of the Counterclaim.

4811-1614-0898.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RESPONSE TO PRAYER FOR RELIEF**

To the extent that this section requires a response, Stardock denies that Defendants are entitled to any relief whatsoever from any of the claims alleged in their purported Counterclaim, including any of the relief alleged and listed in the Counterclaim's Prayer for Relief.

**GENERAL DENIAL**

Stardock further denies each and every allegation in the Counterclaim that is not specifically admitted, denied, or otherwise responded to in this Answer.

**<u>AFFIRMATIVE DEFENSES</u>**

**FIRST AFFIRMATIVE DEFENSE**

Defendants fail to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendants' claims are barred by the doctrines of estoppel, waiver and/or laches.

**THIRD AFFIRMATIVE DEFENSE**

Defendants are not entitled to injunctive relief because, among other thing, there is no risk of irreparable harm and money damages would be adequate.

**FOURTH AFFIRMATIVE DEFENSE**

One or more of Defendants' claims are barred by preemption.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants lack standing to bring one or more of their causes of action.

**SIXTH AFFIRMATIVE DEFENSE**

On information and belief, Defendants' copyright claims are barred and their claimed work is not entitled to copyright protection because their copyright and/or copyright registration is invalid and/or unenforceable.

CASE NO. 4:17-CV-07025-SBA

4811-1614-0898.1

1

**SEVENTH AFFIRMATIVE DEFENSE**

2

On information and belief, Defendants' copyright claims are barred because they are not

3

the rightful owner of the alleged copyright.

4

**EIGHTH AFFIRMATIVE DEFENSE**

5

6

Defendants' copyright claims are barred and Defendants trademark claims are limited

7

because any alleged infringement was innocent and lacked intent.

8

**NINTH AFFIRMATIVE DEFENSE**

9

On information and belief, Defendants' trademark and related claims are barred because

10

they are based on trademark rights that Defendants do not own.

11

**TENTH AFFIRMATIVE DEFENSE**

12

13

Defendants' trademark and related claims are barred because the alleged infringing use

14

was not as a source identifier.

15

**ELEVENTH AFFIRMATIVE DEFENSE**

16

Defendants' claims are barred, in whole or in part, because Stardock had a license to use

17

the claimed copyrights and/or trademark rights.

18

**TWELFTH AFFIRMATIVE DEFENSE**

19

20

Defendants' claims are barred, in whole or in part, in that Defendants authorized,

21

consented to, and/or acquiesced in Stardock's alleged actions.

22

**THIRTEENTH AFFIRMATIVE DEFENSE**

23

On information and belief, Defendants' alleged copyright claims are barred under 17

24

U.S.C. § 411 and this Court lacks subject-matter jurisdiction over such claims in that Defendants

25

failed to file for and/or obtain a copyright registration for at least some of the claimed copyrights

26

before filing the Counterclaim.

27

28

4811-1614-0898.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendants' remedies for its copyright claims are limited under 17 U.S.C. § 412 in that it failed to obtain a copyright registration within three months after the first publication of the work.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by the doctrine of fair use.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendants' trademark claims are barred by the doctrine of fair use.

**ADDITIONAL AFFIRMATIVE DEFENSES**

Stardock reserves the right to supplement its affirmative defenses as discovery progresses and additional information becomes available.

**JURY DEMAND**

Stardock demands a trial by jury on all issues so triable.

Dated:  April 16, 2018                    Respectfully submitted,

                                          **NIXON PEABODY LLP**

                                          By:   /s/ Robert A. Weikert

                                          Robert A. Weikert (Bar No. 121146)
                                          rweikert@nixonpeabody.com
                                          Dawn N. Valentine (Bar No. 206486)
                                          dvalentine@nixonpeabody.com
                                          NIXON PEABODY LLP
                                          One Embarcadero Center
                                          San Francisco, California 94111-3600
                                          Tel: (415) 984-8200
                                          Fax: (415) 984-8300

                                          David L. May (appearance *pro hac vice*)
                                          dmay@nixonpeabody.com
                                          Jennette E. Wiser (appearance *pro hac vice*)
                                          jwiser@nixonpeabody.com
                                          NIXON PEABODY LLP
                                          799 9th Street NW

4811-1614-0898.1

Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

4811-1614-0898.1

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
DEFENDANTS' COUNTERCLAIM