STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

MARK S. PALMER (SBN 203256)
 mark@palmerlex.com
4 Meadow Drive
Mill Valley, CA 94941
Telephone: (415) 336.7002
Facsimile: (415) 634-1671

Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>Defendants. | Case No. 4:17-CV-07025-SBA<br><br>**DECLARATION OF SAM SINGER IN SUPPORT OF MOTION TO QUASH SUBPOENA TO SINGER ASSOCIATES, INC.**<br><br>Hearing Date and Time: |
| PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>Counter-Claimants,<br><br>v.<br><br>STARDOCK SYSTEMS, INC.,<br><br>Counter-Defendant. | |

I, Sam Singer, declare as follows:

1. I am the President of Singer Associates, Inc. The matters in this Declaration are true of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. On or about April 3, 2018, Singer Associates was served with a subpoena for documents by Stardock.

3. Singer Associates objects to the subpoena on the grounds that it would subject us to undue burden in that the requested documents are not relevant to this case, and are protected from disclosure by the attorney-client privilege and/or work-product doctrine.

4. I have reviewed the Motion to Quash the Subpoena to Singer Associates, and I further join in moving the Court for an order quashing the subpoena.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration was executed this 27th day of April 2018, at San Francisco, California.

/s/ Sam Singer
SAM SINGER