STEPHEN C. STEINBERG (SBN 230656)
 *ssteinberg@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

MARK S. PALMER (SBN 203256)
 *mark@palmerlex.com*
4 Meadow Drive
Mill Valley, CA 94941
Telephone: (415) 336.7002
Facsimile:  (415) 634-1671

Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>        Defendants.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>        Counter-Claimants,<br><br>      v.<br><br>STARDOCK SYSTEMS, INC.,<br><br>        Counter-Defendant. | Case No. 4:17-CV-07025-SBA<br><br>**DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT OF MOTION TO QUASH SUBPOENA TO SINGER ASSOCIATES, INC.**<br><br>Hearing Date:<br>Hearing Time:<br><br>Complaint Filed:  Dec. 8, 2017<br>Trial Date: June 24, 2019 |

I, Stephen C. Steinberg, declare as follows:

1.      I am an attorney at law admitted to practice in all courts of the State of California. I am a principal in the law firm of Bartko, Zankel, Bunzel & Miller, attorneys of record for Defendants and Counter-Claimants Paul Reiche III ("Reiche") and Robert Frederick Ford ("Ford") (together, "Reiche and Ford") in the above-captioned matter.  The matters in this Declaration are true of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a copy of an online public forum hosted by Stardock at https://forums.starcontrol.com/485378/ghosts-of-the-precursors, as of April 24, 2018, which was initiated by Stardock's owner and CEO, Brad Wardell, on October 9, 2017.  I understand that Mr. Wardell posts to Stardock's forums under the name "Frogboy," and his posts are bracketed in red in this exhibit.

3.      Attached hereto as **Exhibit 2** is a copy of an online public forum hosted by Stardock at https://forums.starcontrol.com/486284/stardock-response-to-paul-and-fred-update, as of April 25, 2018, which was initiated by Mr. Wardell on December 2, 2017.  Mr. Wardell's posts under the name "Frogboy" are bracketed in red in this exhibit.

4.      Attached hereto as **Exhibit 3** is a copy of an online public forum hosted by Stardock at https://www.stardock.com/games/starcontrol/article/487690/qa-regarding-star-control-and-paul-and-fred, as of April 24, 2018, which was initiated by Stardock's Vice President of Marketing and Strategic Partnerships, Kevin Unangst, under the name "DeepSpaceNine." Mr. Wardell's posts under the name "Frogboy" are bracketed in red in this exhibit.

5.      Attached hereto as **Exhibit 4** is a copy of an online public forum hosted by social media platform, Reddit, at https://www.reddit.com/r/starcontrol/comments/75dmw9/official_sequel_to_urquan_masters_ghosts_of_the/, as of April 24, 2018, which was initiated by Mr. Wardell in October 2017.  I understand that Mr. Wardell posts on Reddit under the name "Draginol," and his posts are bracketed in red in this exhibit.

6.      Attached hereto as **Exhibit 5** is a copy of an online public forum hosted by social media platform, Reddit, at https://www.reddit.com/r/starcontrol/comments/8120uu/star_control_legal_issues_megathread/, as of April 24, 2018.  Mr. Wardell's posts under the name "Draginol" are bracketed in red in this exhibit.

7.      Attached hereto as **Exhibit 6** is a copy of an online public forum hosted by The Ur-Quan Masters ("UQM") open-source project at http://forum.uqm.stack.nl/index.php?topic=6968.0, as of April 24, 2018, which was initiated by Mr. Wardell on October 10, 2017.  I understand that Mr. Wardell posts to the UQM forums under the name "Frogboy," and his posts are bracketed in red in this exhibit.

8.      Attached hereto as **Exhibit 7** is a copy of an online public forum hosted by The Ur-Quan Masters ("UQM") open-source project at http://forum.uqm.stack.nl/index.php?topic=7015.0, as of April 24, 2018.  Mr. Wardell's posts under the name "Frogboy" are bracketed in red in this exhibit.

9.      Attached hereto as **Exhibit 8** is a copy of Mr. Wardell's public posts on social media platform, Twitter, under the name "Draginol" from October 8, 2017 through April 24, 2018, many of which relate to Reiche, Ford, and the dispute and case between them and Stardock.

10.      Attached hereto as **Exhibit 9** is a copy of an October 19, 2018 article from a publication called Ars Technica entitled *Stardock CEO talks Star Control: Origins' player crafting and upcoming beta*, which reports on an interview with Mr. Wardell.

11.      In total, the aforementioned exhibits reflect hundreds, perhaps even thousands, of public communications by Stardock beginning in October 2017 before this lawsuit was filed and continuing through the present day, concerning Reiche and Ford, and the dispute, settlement negotiations, and lawsuit between them and Stardock.  In addition, these exhibits are only a sample of the public relations efforts undertaken by Stardock related to this matter.

12.      In response to Stardock's extensive efforts to generate negative press about Reiche and Ford in conjunction with this lawsuit, in mid-February 2018, my firm retained Singer Associates, Inc. ("Singer") to provide communications and public relations counseling services

1  related to this case.  Singer provided input on legal strategy including Reiche and Ford's Answer

2  and Counterclaim, and the initial public communications regarding the case to try to counteract

3  Stardock's numerous false and negative statements.  Singer had a handful of communications with

4  reporters from publications writing articles about the case, including Ars Technica identified

5  above, assisted with a press release concerning the case, and made several posts linking to such

6  articles and press release in late February and early March 2018 (which are being produced), in

7  conjunction with Reiche and Ford's filing of their Answer and Counterclaim.  That is the full

8  extent of Singer's services related to this case and Singer is no longer providing such services.

9      13.    Attached hereto as **Exhibit 10** is a copy of a subpoena for documents served on

10  Singer on or about April 3, 2018, and calling for production of documents by April 13.

11      14.    I was on vacation from March 31 through April 8, 2018, so shortly after I returned,

12  in the morning on April 10, I emailed Stardock's lead counsel, Rob Weikert, asking to meet and

13  confer concerning objections to the subpoena either that day or the following day.  Mr. Weikert

14  said he would call me on April 10 or 11, but I did not hear from him, and I was traveling on April

15  12-13.

16      15.    We finally met and conferred in-person on April 18, 2018, and discussed Reiche

17  and Ford's and Singer's objections to the subpoena on the grounds set forth in the present motion.

18  In an effort to compromise, and because Mr. Weikert otherwise refused to grant us an extension of

19  time to file the present motion to April 27, Singer agreed to produce all posts, comments, or

20  statements made by Singer in any internet or public forum, or other communications not subject to

21  the attorney-client privilege and/or work-product doctrine, *e.g.* with reporters, related to the parties

22  or the case.  Such documents will be produced concurrently with this motion.

23      16.    Attached hereto as **Exhibit 11** is a log of the documents responsive to the subpoena

24  in Singer's possession that are being withheld based on the attorney-client privilege and/or

25  attorney work-product doctrine.  These include communications regarding drafts of and potential

26  exhibits to the Answer and Counterclaim, strategy for responding to initial press inquiries, lists of

27  reporters and press outlets compiled at counsel's request, and drafts of a press release regarding

28  the case that was jointly prepared for potential use in this litigation.  Many of these materials also

1  contain "mental impressions, conclusions, opinions, or legal theories" of myself and/or my

2  co-counsel.

3       I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct, and this Declaration was executed this 27th day of April 2018, at

5  San Francisco, California.

6

7                                        _____
                                              */s/ Stephen C. Steinberg*

8                                         STEPHEN C. STEINBERG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28