# EXHIBIT 1



Email Address   ••••••••   login

Forum Home | Sign Up | Lost Login?



+1836

**Frogboy**
••••
Join Date 03/2001



# Ghosts of the Precursors

October 9, 2017 7:15:00 PM from 🪐 Star Control Forums

Four years ago Stardock acquired Atari's rights to Star Control. I soon got to meet my hero, Paul Reiche. He was, more than anyone else, the person who inspired me to become a game developer over 20 years ago.

Over the past 4 years, we have communicated regarding the progress of Star Control: Origins. He asked us not to try to make a sequel to Star Control 2 and said that he hoped one day to be able to return to the universe he and Fred Ford created.

Recently, Paul told me the good news: Activision was going to let him do a true sequel to their Ur-Quan story.

Today, they posted the news publicly: https://dogarandkazon.squarespace.com/

It's still very early but they will have all the characters from Star Control 2 plus new ones. It's going to be called Ghosts of the Precursors.

For 4 years, people asked me why we weren't going to touch the Star Control 2 story. Now you know. 

As soon as they have an official site for it, we'll let you know.

+2 Karma                                            reply

2 Pages ▾  **1** 2  Next



0

**peachvr2**
•
Join Date 11/2016

Reply #1

October 9, 2017 7:22:55 PM from

I wonder what, if any, this means for Origins?

**Awkbird**

Join Date 07/2012

+87

Reply #2

October 9, 2017 7:44:49 PM from

Just read about this elsewhere online, and after I picked myself up off the floor and slapped myself about seventeen times to make sure I wasn't dreaming or hallucinating, I came here.

Best news in nearly three decades of being a computer gamer. Still sitting here rubbing my eyes to make sure I'm not seeing things. I don't even.

Thank you so so so much, Brad.

♥

**Frogboy**

Join Date 03/2001

Stardock

+1836

Reply #3

October 9, 2017 8:55:03 PM from

Yea, we're pretty excited.

It doesn't affect Origins either way.   What it does do, however, is help people better understand why we had agreed not to use the aliens.  While Stardock does have a license to the setting, characters, etc. Paul had asked us not to use them to leave the door open for them to one day return.  That was 4 years ago.

Now, those efforts have paid off.



**chapel976**

Join Date 10/2012

+3

Reply #4

October 9, 2017 11:47:35 PM from

Will Paul and Fred have any input on your story in order to keep things square with their story?

Is there any concern that there will be reduced interest in Origins with a 'true sequel'? Will there be any cross promotion between the two games? It seems like you guys have had a good working relationship with Paul and Fred up to now. Will that continue?

I'm of the mind set of 'more Star Control is good' either way. Hell, I'm bought in anyway... not like I could go anywhere 😊

Either way, looking forward to it all. I hope both games are made without any drama between the developers and, MOST IMPORTANTLY, BETWEEN THE FANS.

I can see Star Control as a game-style franchise (like Call of Duty) and beyond just a story franchise. I hope my fellow fans can too.

**DoukasIsGod**

Join Date 08/2007

0

Reply #5

October 10, 2017 12:52:20 PM from

If I wasn't at work I would be screaming til I was out of breath at this news.

**scifi1950**

Join Date 02/2005

+12

Reply #6

October 10, 2017 7:33:24 PM from

Brad - While I'm not a diehard "Star Control" fan (never played the originals), I signed up as a founder for Origins because I like the way you make games - with passion. I think the respect you've shown Paul in this dog eat dog world is truly commendable. On behalf of all gamers - thank you!

**YumCimil**

Join Date 03/2005

0

Reply #7

October 10, 2017 10:51:24 PM from

This is awesome news. I was a little twitchy about having backed when I discovered the Toys for Bob guys were also wanting to do something in the future, but this eases my mind - and explains why Stardock have taken the approach they did.

**leiavoia**

Join Date 03/2003

+20

Reply #8

October 10, 2017 11:22:30 PM from

I just wanted to point out the potential naming conflict with Ray Fowler's Remnants of the Precursors which is a MOO1 remake that is already pretty well along.

**UrQuan101**

Join Date 09/2017

+3

Reply #9

October 11, 2017 3:39:24 AM from

This is such wonderful news! All the asking nicely, begging, pleading, petitions, threats, etc are finally paying off in a big way!

First Star Control:Origin is on it's way, and now this announcement!

It's time to *play* you *happy campers*!



**robbo007**

Join Date 08/2017

Reply #10

October 11, 2017 7:31:16 AM from

This explains everything. Amazing news!!!



**ravdwalt**

Join Date 12/2015

Reply #11

October 11, 2017 2:05:29 PM from

Good lord, what rock have I been hiding under for the last couple days? This is amazing news! Thanks Brad and Stardock for letting this come true! 



**raziel_of_knaan**

Join Date 04/2017

Reply #12

October 11, 2017 8:30:45 PM from

Incredible times to live in as a 35+ year old gamer - first Gollop comes back to make Phoneix Point, no Paul and Fred returning to make SC3. I feel like a kid all over again. Wonderful time to live gaming-wise (although everything else is pretty terrible, which probably makes escapism via gaming even better really...)



**LORD-ORION**

Join Date 04/2009

  


Reply #13

October 11, 2017 11:52:01 PM from

Good. I can feel your Juffo-Wup. I am Juffo-Wup. Take your Juffo-Wup! Strike me down with all your Juffo-Wup, and your journey towards the Juffo-Wup will be complete!



**DANMAN3712**

Join Date 02/2008

   

Reply #14

October 12, 2017 7:59:24 AM from

OMG.....YYYYEEEEEEEEEESSSSSSSSSSSSSSS!!!!!!!!!!!!!!!

OMG OMG OMG OMG OMG OMG OMG OMG OMG.....

Sorry, I had to smack myself over and over again to make sure I wasn't dreaming!  I cannot freaking believe it!!!  I've waiting over 20 years for this!  I made 7DS because this was not a reality....and NOW IT IS!!!!

As expected of me....FULL support for anything Star Control will be there.  Can't wait for Origins, can't wait for Ghosts of the Precursors!  I hope they having modding capability 😳

DANMAN

**Frogboy**

Join Date 03/2001

+1836

Reply #15

October 13, 2017 9:34:35 PM from

In the long-run the Star Control multiverse will include gateways to many different universes including licensed Sci-Fi universes.

**Kavik_Kang**

Join Date 04/2008

+102

Reply #16

October 14, 2017 2:07:17 PM from

**(X4.1)** Custom Distant System Destinations 😉

Thank you, Kevin Siembieda!

**DANMAN3712**

Join Date 02/2008

+94

Reply #17

October 18, 2017 7:40:11 AM from

Quoting Frogboy, reply 19

> In the long-run the Star Control multiverse will include gateways to many different universes including licensed Sci-Fi universes.

This is excellent. This is the idea I had for the story of my 7DS (7 Deadly Sins) universe. A universe in which all sci-fi genres could exists. This is how I explained having Star Control races such as the Kzer-Za and Kohr-Ah Urquan meet and fight races from the Sins universe, along with Empire from Star Wars, the Antarans from Master of Orion and my Atlantians from my own design, coupled with using ships from Star Gate and other genres. I made it my own "cannon". Its a universe where everything and anything could exist.

That being said, using the multiverse model for the new Star Control means that I can do the very same thing in the new game, and have "official" Star Control races battle against Star Destroyers once again.

One question...will we be able to import models, or do they need to be made inside the game engine like Galactic Civ? If we have the ability to import, especially "mesh" or other formats that are easily available, it would greatly support to the modding community and the game overall.

Thanks for the awesome updates.

DANMAN



**hyunhochang**

Join Date 11/2010



Reply #18

October 20, 2017 12:19:50 PM from

Well, this all makes a lot more sense now. Thanks for keeping us in the loop.

Also, when did the universe decide that all of my favorite games could be remade now? I *never* thought that I would see another X-Com, Star Control, Master of Orion, or Shadowrun game, but here they all are.



**tid242**

Join Date 04/2008




Reply #19

October 22, 2017 2:28:10 AM from

Question that I haven't seen addressed/answered yet.

Since the SC rights are now owned by Stardock. Does the "Activision permission" mean that this newly announced sequel will be under the SD banner with Paul and Fred on loan to SD, or are the rights being licensed to Activision (or someone else) from SD for them to work on it elsewhere? Or is this question spoiling an upcoming announcement?(*)

Good news - although my SC memories are all from console (Sega Genesis).

cheers, and cheers to doing right by the fans and creators,

-tid242

ps: (*) if the above question is getting at disclosing an announcement you're not ready to make, or fueling speculation you don't want right now with respect to new game announcements, or licensing agreements, you have my full permission to editing this post down to just my 'good news' comment. cheers

**Rhonin_the_wizard**

Join Date 10/2009

Moderator

+114

Reply #20

October 22, 2017 3:22:36 AM from

Quoting tid242, reply 23

Since the SC rights are now owned by Stardock.  Does the "Activision permission" mean that this newly announced sequel will be under the SD banner with Paul and Fred on loan to SD, or are the rights being licensed to Activision (or someone else) from SD for them to work on it elsewhere?  Or is this question spoiling an upcoming announcement?(*)

Neither, Activision is only allowing Paul and Fred to work on it in their free time and without the aid of a publisher.

**tid242**

Join Date 04/2008

+17

Reply #21

October 22, 2017 3:42:00 AM from

Quoting Rhonin_the_wizard, reply 24

Neither, Activision is only allowing Paul and Fred to work on it in their free time and without the aid of a publisher.

Ah, interesting.  Thanks for the fast reply Rhonin.

**Lone_Utwig**

Join Date 08/2012

+31

Reply #22

October 25, 2017 4:30:54 AM from

Will GoP use Star Control Origins universe and/or will be the first @licensed@ universe?

**UrQuanian**

Join Date 05/2015

+8

Reply #23

October 26, 2017 12:09:54 PM from

What is this ? ? ? ? i'm usually first at hearing the news here when it breaks now i'm the LAST....!

This is truly Astounding news i am beyond stoked ! ! ! ! !

I don't beleive this  ! ! ! Paul and Fred coming back to continue this masterpiece is The Best news i've heard in over 20 years ! ! ! ! !

I have to say THANK YOU SO MUCH SO VERY VERY VERY VERY MUCH, but then again it's always just been natural for them to come back and continue what is truly fundamentally part of who they are, and i can say it with full pride and respect, this was the best game in Human history, for the Masters to come back and continue their Long awaited journey back home,back where they have always belonged back to STAR CONTROL....IS The BEST News in gaming I've ever heard.

The Legacy LIVES ON !!!

Now i even want to more play Star Control ORIGINS as a build up to Paul And Fred's Sequal.

It's a win win, now more people even would want to play SC ORIGINS as well ! ! ! And then they get a comeback from the Masters Paul and Fred as well with their Sequal.... It's raining sunshine and rainbow worlds again ! ! !  Yes it TRULY IS, i have been waiting so direly long for this day to arrive ! ! ! !

**Congratulations** to the team from Stardock and Paul And Fred from Activision for deciding to Continue this Masterpiece, it's a Win for Every single one of you and us ! ! ! ! !



+94

**DANMAN3712**

Join Date 02/2008



Reply #24

October 26, 2017 3:06:01 PM from

Quoting UrQuanian, reply 23

What is this ? ? ? ? i'm usually first at hearing the news here when it breaks now i'm the LAST....!

This is truly Astounding news i am beyond stoked ! ! ! ! !

I don't beleive this  ! ! ! Paul and Fred coming back to continue this masterpiece is The Best news i've heard in over 20 years ! ! ! ! !

I have to say THANK YOU SO MUCH SO VERY VERY VERY VERY MUCH, but then again it's always just been natural for them to come back and continue what is truly fundamentally part of who they are, and i can say it with full pride and respect, this was the best game in Human history, for the Masters to come back and continue their Long awaited journey back home,back where they have always belonged back to STAR CONTROL....IS The BEST News in gaming I've ever heard.

The Legacy LIVES ON !!!

Now i even want to more play Star Control ORIGINS as a build up to Paul And Fred's Sequal.

It's a win win, now more people even would want to play SC ORIGINS as well ! ! ! And then they get a comeback from the Masters Paul and Fred as well with their Sequal.... It's raining sunshine and rainbow worlds again ! ! !  Yes it TRULY IS, i have been waiting so direly long for this day to arrive ! ! ! !

**Congratulations** to the team from Stardock and Paul And Fred from Activision for deciding to Continue this Masterpiece, it's a Win for Every single one of you and us ! ! ! ! !

You took the words right out of my mouth.  I have been waiting for 25 years for this.  I was 13 years old when I first played Star Control.  I am 38 now, and still in love with, in my eyes, is the best space game EVER.  No offense to Sins, but I played Sins because of my love of Star Control, and modded it as such.  That's why I made 7DS, to bring back the Kzer-Za, the Kohr-Ah, the Mycon, the Arilou....so that Star Control could continue to live, and now, it officially does!  In my wildest dreams I hope the mod helped make this happen, but that's a long shot 😵

As I stated, both new games will have my full support, from making content to share to full mods.  I'll be there waiting with bells on 😵

DANMAN



**Sir_On_The_Edge**

Join Date 07/2006



**+4**

Reply #25

November 17, 2017 3:16:33 PM from

Hmm, I'd hope to see them release a standalone on the back of Stardock's engine, to be published by Stardock.

But I'm sure for reasons of personal or business, this has already been discussed and shot down (most likely a non-compete from Activision).

2 Pages ▾   **1** 2   Next

**Welcome Guest! Please take the time to register with us.**

There are many great features available to you once you register, including:

- Richer content, access to many features that are disabled for guests like commenting and posting on the forums.
- Access to a great community, with a massive database of many, many areas of interest.
- Access to contests & subscription offers like exclusive emails.
- It's simple, and FREE!

Login or Create Account

- View all recent posts
- Mark all posts as read
- Delete cookies created by the forum
- Return to Top

### Active Discussions

▸ Stardock response to Paul and Fred [UPDATE]
▸ Star Control: Secret Briefing #2 - The Precursors
▸ Okay, This Is What I Ordered To Rebuild My Main PC
▸ Polymorphic and Metamorphic Viruses...why AV Software fails at times.
▸ Q+A regarding Star Control and Paul and Fred

### Featured Event





GalCiv III: Intrigue and the new v3.0 update released!

## New Events

- GB Gaming: WTH is Star Control Origins?
- Fleet Battles: Friendly Fire -- 10th March 2018
- Fleet Battles: Friendly Fire -- 24th February
- Star Control Chat with Stardock CEO Brad Wardell
- Niche Gamer streaming Star Control: Origins

## Categories

- Everything Else
- Founders Starbase
- PC Gaming
- Personal Computing
- Star Control Classic
- Star Control Fan Art
- Star Control Journals
- Star Control News

## Newsletters

Sign up to receive Stardock's latest news, release information and special offers.

SUBSCRIBE NOW!

## Stay Connected

## Twitch.tv Broadcast

OFFLINE

Tweets by @Stardock

Stardock Retweeted

**Star Control**
@starcontrolgame

Shhh, it's a secret briefing!

The topic? Precursors. Grab your classified materials and let's get started...
stardock.com/games/article/…

Apr 20, 2018

## SOFTWARE
Object Desktop
Corporate Solutions
Start10
Fences
DeskScapes
Multiplicity
ObjectDock

## GAMES
Star Control
Ashes of the Singularity: Escalation
Galactic Civilizations III
Offworld Trading Company
Sins of a Solar Empire: Rebellion
Sorcerer King: Rivals
The Political Machine

## COMPANY
About
Management Team

Careers
Press Room
Store
Contact Us

## SUPPORT
My Account
Create an Account

Product Keys
Reset Password
Update Account Info

SIGN UP FOR OUR NEWSLETTER

EMAIL ADDRESS

Subscribe

© 2018 Stardock

Site Map    Terms    Privacy    DMCA



# STAR CONTROL

HOME | GAMES | MEDIA

RANKINGS | FORUM | BUY

Forum Home | Sign Up | Lost Login?

## Ghosts of the Precursors

2 Pages ▾  Prev  1 **2**

**athelasloraiel**
Join Date 12/2011

Reply #26

December 1, 2017 6:10:18 PM from

Hi Brad. What the HELL are they talking about??

i really dont trust them, coming out just in time when your game is out in beta, and they got nothing to show - where were they last 20 years?

https://dogarandkazon.squarespace.com/blog/2017/12/1/there-were-many-great-battles-and-some-of-them-involved-lawyers

**Frogboy**
Join Date 03/2001

Stardock

+1836

Reply #27

December 1, 2017 6:56:02 PM from

Quoting athelasloraiel, reply 26

Hi Brad. What the HELL are they talking about??

> i really dont trust them, coming out just in time when your game is out in beta, and they got nothing to show - where were they last 20 years?
>
> https://dogarandkazon.squarespace.com/blog/2017/12/1/there-were-many-great-battles-and-some-of-them-involved-lawyers

I read that this evening too.  I am not sure what to make of it.

Given that we are the ones who have helped publicize Ghosts, it should be self-evident that we support their project.

It should also be pretty well known to the community that they signed a fairly onerous agreement with Accolade many years ago.

We have nothing but respect for Paul and Fred and are sorry to see them put our mutual fans at odds over their misunderstandings with their former partner.

As has been stated on numerous occasions, we will not use the Ur-Quan related IP without Paul and Fred's approval and involvement.

We are, frankly, mystified why we're being brought into this.



+6

**Starkillr**

Join Date 04/2007



Reply #28

December 1, 2017 7:17:02 PM from

Honestly reading what they wrote, it sounds very personal to them and their reaction appears emotional vs grounded in facts. Now, maybe they are correct in all their assertions, but I imagine as part of the sale of IP to Stardock, Stardock's lawyers and Brad probably went over all the details of what they were getting and that's codified in legal documents somewhere. Whether Paul and Fred are aware of what's in those documents isn't clear, but it sounds like they are finally figuring out (bitterly) what was actually sold to Stardock and what they did and didn't maintain the rights to when they signed their agreement with Accolade.

Based on the many years of me buying Stardock products and Brad's interactions with the community, I'm inclined to believe he's an honest and forthright guy and therefore isn't lying in any of the statements he's made. I say this after looking at my Elemental CE box in the corner and how he made good on a promise to fix things. I think the realities of business are just making Paul and Fred upset and the result is that emotional post they put up on their site. I think once all is said and done, they will get what they want and be able to pursue their sequel.





+102

**Kavik_Kang**

Join Date 04/2008



Reply #29

December 1, 2017 7:36:03 PM from

All I know is what has been stated publicly, of course, and I am not some fanatical Stardock "fanboy".  I like Brad's games, and Paul & Fred's games equally... and there are very few computer game designers that I actually admire.

I almost couldn't believe that Stardock would simply not use the original aliens just out of an understanding and respect for someone else's "ownership" of a universe they created regardless of what the contracts actually say.  I can't imagine that Stardock would have bought these rights if they did not give them the right to make Star Control games, obviously.  Most business people would simply say "I bought it, I own it now, I can do what I want with it."

So, although I only know bits and pieces of this story that have been made public... I am as confused as Brad seems too be.  I would think that Paul & Fred would love Stardock for their stance on this.  I can't imagine what they are thinking.  From what I see, which admittedly isn't much, Stardock is being AMAZING in their respect for Paul & Fred's work and in leaving them with their own universe they created even though they don't have too.

This really is very confusing too me.



**tingkagol**

Join Date 01/2015

+8

Reply #30

December 2, 2017 1:26:35 AM from

I think they're pissed when SC1 and SC2 and SC3 began appearing on Steam's store as of late, especially at the height of the SC:O beta cycle.

What exactly is in that contract when Stardock acquired the Star Control trademark, etc?

Seems like you guys need to have a long talk about this. It's a shame they felt they needed to have their contentions aired out it public. If this doesn't get solved quick, it's the fans that are going to suffer.



**Rhonin_the_wizard**

Join Date 10/2009

 Moderator

+114

Reply #31

December 2, 2017 3:32:20 AM from

> Quoting tingkagol, reply 30
>
> I think they're pissed when SC1 and SC2 and SC3 began appearing on Steam's store as of late, especially at the height of the SC:O beta cycle.



Why would that be a problem?

The old games have been available for purchase on GOG since 2011 and Paul & Fred receive a royalty for them.



**XenialJesse**

Join Date 12/2017

0

Reply #32

December 2, 2017 1:27:49 PM from

All I want to say is, Stardock, if you're in a position to help keep Ghosts safe, please do so. If you're in a position to damage Ghosts, please don't do so.

**Frogboy**





Join Date 03/2001



+1836

Reply #33

December 2, 2017 2:22:34 PM from

> Quoting XenialJesse, reply 32
>
> All I want to say is, Stardock, if you're in a position to help keep Ghosts safe, please do so. If you're in a position to damage Ghosts, please don't do so.

Other than having been nothing but supportive, we're not involved in it.  But we also don't appreciate the implication in their post that somehow we are keeping them from making their game.  Heck, we'd even let them use our engine if that helped.

What I am comfortable publicly saying is that given their post, there is more reason than ever to get them to sign some sort of document that acknowledges that we are not preventing them from making their game.  Given their actions, we're not going to allow ourselves to be set up as the latest reason they use not to make their Ur-Quan follow-up.



**Kavik_Kang**

Join Date 04/2008



+102

Reply #34

December 2, 2017 4:12:17 PM from

Public perception is almost everything these days.  Without getting political... it really could have a detrimental effect on your reputation if you allow such a perception to solidify.



**Frogboy**

Join Date 03/2001



+1836

Reply #35

December 2, 2017 4:14:00 PM from

> Quoting Kavik_Kang, reply 34
>
> Public perception is almost everything these days.  Without getting political... it really could have a detrimental effect on your reputation if you allow such a perception to solidify.

Exactly.  We aren't the ones keeping them from making their game.  We want them to go make their game.



**wbino49**

Join Date 10/2012



+6

Reply #36

December 10, 2017 3:32:39 PM from

Just skimming here.....

Did the two previous developers not want to be part of the Stardock team when you guys bought the name ?

That would have seemed like the perfect combo......

btw :I played this game on my Genesis back in the day..wouldn't seem to have enough strategy for this old man now..... I did enjoy the spinning star systems though....

Would be more of a Starflight guy now.....  (hey Brad that series available)?



+1836

**Frogboy**

Join Date 03/2001



Reply #37

December 10, 2017 11:08:03 PM from

I think EA owns Starflight.

The reason Stardock acquired the rights to Star Control (and people should really avoid perpetuating the myth that it's just the name — by that argument Coca Cola is "just a name". See https://www.upcounsel.com/purpose-of-trademark) was it merged multiple genes together perfectly. Star Control could be described as a genre unto itself.



+94

**DANMAN3712**

Join Date 02/2008

Reply #38

February 1, 2018 10:43:48 PM from

> Quoting Frogboy, reply 37
>
> I think EA owns Starflight.
>
> The reason Stardock acquired the rights to Star Control (and people should really avoid perpetuating the myth that it's just the name — by that argument Coca Cola is "just a name". See https://www.upcounsel.com/purpose-of-trademark) was it merged multiple genes together perfectly. Star Control could be described as a genre unto itself.

Exactly.  People need to understand what is going on.  Fred and Paul made a bad move many years ago and it is still haunting them to this day.  They are pretty cool dudes too, I've spoken with them in the past.  They were always supportive of fans keeping their work alive, such as the Urquan Masters project, the Star Control website that has been up for YEARS before Stardock got involved, and my support with my mods for Sins.  I asked them specifically and they said it was ok to use the aliens, so long as I didn't try ti market it as something that was my own.  I have always gave them credit and praise, and so has Stardock.  I mean, you guys are some of the biggest Star Control fans I know, other than me lol!

Whatever happens, lets just hope the Star Control Origins keeps moving forward, and the Ghosts of the Precursors keeps going as well.  Us, the fans....we have waited far too long...

DANMAN

2 Pages ▾ Prev 1 **2**

**Welcome Guest! Please take the time to register with us.**

There are many great features available to you once you register, including:

- Richer content, access to many features that are disabled for guests like commenting and posting on the forums.
- Access to a great community, with a massive database of many, many areas of interest.
- Access to contests & subscription offers like exclusive emails.
- It's simple, and FREE!

Login or Create Account

- View all recent posts
- Mark all posts as read
- Delete cookies created by the forum
- Return to Top

## Active Discussions

▸ Stardock response to Paul and Fred [UPDATE]
▸ Star Control: Secret Briefing #2 - The Precursors
▸ Okay, This Is What I Ordered To Rebuild My Main PC
▸ Polymorphic and Metamorphic Viruses...why AV Software fails at times.
▸ Q+A regarding Star Control and Paul and Fred

## Featured Event



GalCiv III: Intrigue and the new v3.0 update released!

## New Events

▸ GB Gaming: WTH is Star Control Origins?
▸ Fleet Battles: Friendly Fire -- 10th March 2018
▸ Fleet Battles: Friendly Fire -- 24th February
▸ Star Control Chat with Stardock CEO Brad Wardell
▸ Niche Gamer streaming Star Control: Origins

## Categories

▸ Everything Else
▸ Founders Starbase
▸ PC Gaming
▸ Personal Computing
▸ Star Control Classic
▸ Star Control Fan Art
▸ Star Control Journals
▸ Star Control News

## Newsletters

Sign up to receive Stardock's latest news, release information and special offers.





SUBSCRIBE NOW!

Stay Connected

Twitch.tv Broadcast

OFFLINE

Tweets by @Stardock

Stardock Retweeted

**Star Control**
@starcontrolgame

Shhh, it's a secret briefing!

The topic? Precursors. Grab your classified materials and let's get started...
stardock.com/games/article/…

Apr 20, 2018

SOFTWARE

- Object Desktop
- Corporate Solutions
- Start10
- Fences
- DeskScapes
- Multiplicity
- ObjectDock

GAMES

- Star Control
- Ashes of the Singularity: Escalation
- Galactic Civilizations III
- Offworld Trading Company
- Sins of a Solar Empire: Rebellion
- Sorcerer King: Rivals
- The Political Machine

COMPANY

- About
- Management Team
- Careers
- Press Room
- Store
- Contact Us

SUPPORT

- My Account
- Create an Account
- Product Keys
- Reset Password
- Update Account Info

SIGN UP FOR OUR NEWSLETTER

Subscribe

© 2018 Stardock

Site Map | Terms | Privacy | DMCA