# EXHIBIT 8

## from:draginol since:2017-10-08 until:2018-04-24

**Top**  Latest  People  Photos  Videos  News  Broadcasts

### Search filters · Hide

From anyone ▼

Anywhere ▼

All languages ▼

**Advanced search**

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

### Worldwide trends

**#InMyBloodVideo**
165K Tweets

**#BTS_BBMAs**
1.67M Tweets

**حط_صورتك_وانت_صغير#**
96.6K Tweets

**#Sense8**
9,223 Tweets

**تذاكر_السينما_ب_١٣٠#**
72.2K Tweets

**Ronny Jackson**
69.9K Tweets

**Iran**
139K Tweets

**Macron**
190K Tweets

**Liverpool**
170K Tweets

**Bülent Arınç**
7,618 Tweets

© 2018 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

---

**People**                                                          View all





**Tweets** 26.6K   **Following** 469   **Followers** 41.9K   [ Follow ]

**Brad Wardell**
@draginol

Software Developer. AI programmer. Opinionated Techie. Bee whisperer. CEO of Stardock. My opinions are my own.

Canton, MI • littletinyfrogs.com/about

---

 **Brad Wardell** @draginol · Apr 23
Replying to @KinectechX
Toning I ca. Talk about presently. We are focused on Star Control.



---

 **Brad Wardell** @draginol · Apr 22
.This did not end well...



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Looking very impressive. What engine you doing this in.

♡ 1            ⟲            ♡ 2

**Brad Wardell** @draginol · Apr 22                                    ⌄
Replying to @Warboy
I think you can check in download.stardock.com but I'm not real sure.

♡            ⟲            ♡

**Brad Wardell** @draginol · Apr 22                                    ⌄
Replying to @FelipeBudinich
I think WindowFX does that.

**WindowFX : Software from Stardock**
WindowFX brings you polished and reliable window
enhancement capabilities.
stardock.com

♡ 1            ⟲            ♡

**Brad Wardell** @draginol · Apr 21                                    ⌄
Where do you think you're going? #starcontrol comes this Summer!
#screenshotsaturday

♡ 2            ⟲ 9            ♡ 24

**Brad Wardell** @draginol · Apr 20                                    ⌄
Replying to @JohnnyCiocca
Unlikely.

♡            ⟲            ♡ 1

**Brad Wardell** @draginol · Apr 20                                    ⌄
Replying to @LongwoodGeek
Thanks for sharing that. Was an interesting read. I'm friends with people of all
ideologies too. It makes for a richer intellectual life.

♡ 1    ↻    ♡

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



**Harley Wins Biggest-Ever TradeMark Infringement Case**
Harley Wins Biggest-Ever TradeMark Infringement Case Courts side with
Harley-Davidson in 2017 trademark infringement lawsuit, the marque's b...
yahoo.com

♡ 1    ↻ 3    ♡ 11

**Brad Wardell** @draginol · Apr 18                    ⌄
Replying to @aspringart
Aww. :) thx

♡    ↻    ♡ 2

**Brad Wardell** @draginol · Apr 18                    ⌄
Replying to @devildogff
And we even were able to change the cabinet aa bit. A crisis and award you
addition cabinet members.

♡    ↻    ♡ 1

**Brad Wardell** @draginol · Apr 18                    ⌄
Replying to @MikeMayoral @RaheemKassam
How did she bully him?

♡ 1    ↻    ♡ 1

**Brad Wardell** @draginol · Apr 18                    ⌄
Let's Play Galactic Civilizations III: Intrigue! -- Onyx Hive - Ep 1
youtu.be/sBzpoZ7p0L8 @quill18



♡    ↻ 6    ♡ 13

**Brad Wardell** @draginol · Apr 18                    ⌄
Replying to @SpyParty @checker
Fantastic job! Congratulations!

Fantastic job! Congratulations!

💬      🔁      ♡ 1

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Apr 17                                    ⌄
I really have the best job in the world.  I am constantly humbled at the amazing talent the people I get to work with have.

💬 2      🔁      ♡ 35

**Brad Wardell** @draginol · Apr 17                                    ⌄
Every time I hear the Princess Leia theme I remember that wonderful tribute by John Williams to Carrie Fisher.

💬 1      🔁 4      ♡ 8

**Brad Wardell** @draginol · Apr 17                                    ⌄
Replying to @TheJoeFin
No Amazon Prime yet.

💬      🔁      ♡ 4

**Brad Wardell** @draginol · Apr 17                                    ⌄
Replying to @JohnnyCiocca
Not sure. Wouldn't worry about that one.

💬      🔁      ♡ 1

**Brad Wardell** @draginol · Apr 17                                    ⌄
Ah tax week. Want to hire more engineers and artists but oops, gotta write a big check to the state of Michigan because they're doing so...much...

💬 9      🔁 4      ♡ 29

**Brad Wardell** @draginol · Apr 18                                    ⌄
Replying to @MSamenfink @getongab
Michigan.

💬 1      🔁      ♡

**Brad Wardell** @draginol · Apr 17                                    ⌄
Replying to @kirklandbrewer @starcontrolgame
Yes.

💬 1      🔁      ♡ 1

**Brad Wardell** @draginol · Apr 17                                    ⌄
Replying to @JohnnyCiocca
No comment...;)

💬 1      🔁      ♡ 1

**Brad Wardell** @draginol · Apr 16                                    ⌄
Replying to @Caim_mon
Not for awhile.

💬 1      🔁      ♡



**Brad Wardell** @draginol · Apr 16
Replying to @RepublicOfKek

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · Apr 16
Replying to @RepublicOfKek

Really?  I've never had it crash since it went into internal beta.  If you have a saved game, send me a dropbox link and I'll check it out and send you info on what happened.

💬 1       ⇄       ♡

**Brad Wardell** @draginol · Apr 16
Replying to @RepublicOfKek

Everything is better when you add "space" in front of it!

💬 1       ⇄       ♡ 1

**Brad Wardell** @draginol · Apr 16

Do you care about good game AI? @macperricone does. Check out his review of GalCiv III: Intrigue! gamewatcher.com/reviews/galact...

💬 1       ⇄ 4       ♡ 6

**Brad Wardell** @draginol · Apr 15

What? Split IP? Star Trek Dicovery visual changes appear to be related to different IP holders. io9.gizmodo.com/star-trek-disc...

💬 5       ⇄ 3       ♡ 8

**Brad Wardell** @draginol · Apr 15

Ashes of the Singularity RTS tournament:



**dizzy_plays - Twitch**
Dizzy takes part in the Ashes of the Singularity Tournament!
twitch.tv

💬       ⇄ 4       ♡ 5

**Brad Wardell** @draginol · Apr 13
Replying to @SorenJohnson @cliffski @ProgOrion

Yes. So much this.  At one point, GalCiv III was rated mostly negative on 17 reviews due to a few users not liking an exploit that got fixed.

💬 1       ⇄       ♡ 3

**Brad Wardell** @draginol · Apr 12

The biggest 4X game ever has gotten bigger. The first reviews of Galactic Civilizations III: Intrigue begin to arrive.

**Galactic Civilizations III: Intrigue - Gaming Nexus**
Go to GamingNexus.com for news and reviews on video games, consoles, and PCs.
gamingnexus.com

♡ 2     ⟲ 5     ♡ 14

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts


**Brad Wardell** @draginol · Apr 11                                            ⌄
Ok that was pretty insane! @OtherJoe_AJS now rules the universe.  But as a
trusted engineer, I can work in his underground sugar mines. @AngryJoeShow
galciv3.com

♡ 2     ⟲ 3     ♡ 24


**Brad Wardell** @draginol · Apr 11                                            ⌄
The beatable @quill18 is live streaming GalCiv III: Intrigue. twitch.tv/quill18 Want
a game where you can win via political and diplomatic manipulation rather than
only military might? This is the game for you.


**Quill18 - Twitch**
NO STREAM: I'm watching an Ayr United game live, in
person! | See !nextstream & !whatgame
twitch.tv

♡       ⟲ 5     ♡ 12


**Brad Wardell** @draginol · Apr 11                                            ⌄
It is time for you to conquer the galaxy! steamcommunity.com/app/226860/dis...



♡ 1     ⟲ 6     ♡ 9


**Brad Wardell** @draginol · Apr 11                                            ⌄
Wargaming @OtherJoe_AJS vs. @AngryJoeShow.  It did not go well for Angry
Joe.



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

 **Brad Wardell** @draginol · Apr 11
The Intrigue expansion to Galactic Civilizations III is out! GET IT NOW!
store.steampowered.com/app/747060/Gal...

⬭ 1      ⬭ 10      ♡ 17

 **Brad Wardell** @draginol · Apr 11
Today is the day @AngryJoeShow conquers the known universe!  Head over to
twitch.tv/angryjoeshow at 3pm EST today.  I'll be co-hosting live!



◯ 4      ⬭ 8      ♡ 52

 **Brad Wardell** @draginol · Apr 10
Replying to @Steam_Spy
I liked this being available. Let us get a better idea of what people were really
playing.

◯      ⬭      ♡ 4

 **Brad Wardell** @draginol · Apr 9
I love the custom conversation system!



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Show this thread

 **Brad Wardell** @draginol · Apr 9 ⌄
In a galaxy where giant mechanical space fish roam the...um, space.



💬 4        ⟲        ♡ 9

Show this thread

 **Brad Wardell** @draginol · Apr 9 ⌄
My custom Galactic civilization meets @AngryJoeShow this week. :)



💬 6        ⟲ 9        ♡ 107

Show this thread

**Brad Wardell** @draginol · Apr 8 ⌄



Replying to @jadbox
I am one of those people who want to see them make more things in their

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Replying to @snopes @_snchmbc_ @webprodukt
The same argument could be lazily applied to those who put pronouns in their profiles. So many of those that do that are terrible that it's forever tainted. Therefore, don't supply preferred pronouns.

💬 3     🔁     ♡ 6

**Brad Wardell** @draginol · Apr 7
3 biggest Internet lies:
1. My account was hacked.
2. I have no idea how that got into my browser history.
3. I was banned just for giving constructive criticism.

💬 12     🔁 8     ♡ 51

**Brad Wardell** @draginol · Apr 7
My name isn't Stardock.

> **BlackFish** @BlackFish775
> What a sad life it is to name search yourself so that you drop these scintillating bon mots.
>
> Really sorta proves the point. twitter.com/draginol/statu…

💬 5     🔁 3     ♡ 29

**Brad Wardell** @draginol · Apr 7
Replying to @IslandDog
Yep.  It's all about virtue signalling.  Would it be tacky to point out that since these assholes went after me in 2010 my net worth has more than quadrupled? Their endless promises of boycotting…

💬 3     🔁 1     ♡ 11

**Brad Wardell** @draginol · Apr 7
Two demerits for "He/Him", two more for making me look up what a "chode" was.

> **BlackFish** @BlackFish775
> Stardock is a terrible company and it's a shame they own the name rights for Star Control.
>
> Also Brad Wardell is a chode

💬 8     🔁 1     ♡ 42

**Brad Wardell** @draginol · Apr 7
It's interesting how many people I know are introverts. I'm at the extreme. I'm very typical "American stereotype" that likes to chit chat with total strangers in public.

💬 12     🔁 1     ♡ 14

**Brad Wardell** @draginol · Apr 7
Star Control Screenshot Saturday reddit.co…r/StarControl?…   Also, please

Star Control: Screenshot Saturday! reddit.com/r/StarControlO...  Also, please
subscribe to the Reddit sub here! #theyaregoingtotakemyfingers!

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬         ↻ 4         ♡ 7

 **Brad Wardell** @draginol · Apr 7
If anyone is interested on what my views on #gamergate were and why self-
identifying SJWs look for new reasons to vilify me this is the article they use:
escapistmagazine.com/articles/view/... decide for yourself.



**Brad Wardell GamerGate Interview**
Brad Wardell is founder, president, and CEO of Stardock, a software
entertainment and computer games company. His specialty is the design a...
escapistmagazine.com

💬 4         ↻ 17         ♡ 40

 **Brad Wardell** @draginol · Apr 7
When I wrote the Gamers Bill of Rights gamersbillofrights.com the goal was to
get companies to quit treating gamers like thieves. My support of #gamergate
was to get journalists to quit treating gamers as if they're misogynists. .

💬 4         ↻ 45         ♡ 112

**Brad Wardell** @draginol · Apr 7
I never thought that supporting tolerance of other points of view would become
controversial.

💬 8         ↻ 8         ♡ 54

 **Brad Wardell** @draginol · Apr 7
Yes. MASSIVE. Over 1.21 GIGAgates! Whatever that means.

**Tane Piper** @tanepiper
Replying to @CraigBamford @jearle
Sadly the Stardock CEO is also a massive GamerGater (back in those days)
and actually just a massive douche anyway...

💬 3         ↻ 3         ♡ 23

 **Brad Wardell** @draginol · Apr 7

Make sure you read his full tweet. :)

♡ 2      ⟲ 2      ♡ 14

**from:draginol since:2017-10-08 until:2018-04-24**

Top      Latest      People      Photos      Videos      News      Broadcasts

♡ 10      ⟲ 2      ♡ 36

**Brad Wardell** @draginol · Apr 6

I have even been inspired by music! #Confessions

♡ 2      ⟲ 1      ♡ 12

**Brad Wardell** @draginol · Apr 6

So if you hear that Stardock has had issues with the guys who developed SC2 a quarter century ago, this gives you a glimpse into the mindset we've been dealing with behind the scenes.

♡ 2      ⟲ 3      ♡ 23

Show this thread

**Brad Wardell** @draginol · Apr 6

The worst part is, unless I'm stopped, I may be inspired again in the future!

♡ 7      ⟲ 2      ♡ 26

**Brad Wardell** @draginol · Apr 6

A lawyer actually put this in a legal filing. This is a quote of me that they presumably thought made me look bad.  I have also borrowed ideas from Star Wars, Lord of the Rings, Star Trek,  various Apple II games, Ultima IV.

> I must admit, I borrowed some concepts from Star Control 2. The Precursors were
> not lifted from Babylon 5 or Stargate or whatever. They were inspired from Star
> Control 2. I always dreamed that there'd be a SC3 that would expand on who these
> Precursors and the extra-dimensional beings. I have no idea what they had in mind
> but I thought it was a very cool concept.

♡ 5      ⟲ 7      ♡ 37

Show this thread

**Brad Wardell** @draginol · Apr 6

I've been accused of taking inspiration from other games. (Sobs). It's true. I'm guilty. Art in various forms has inspired me a great deal over the years.

♡ 5      ⟲ 3      ♡ 35

**Brad Wardell** @draginol · Apr 6

Mmmm. Infinite light sources. Thank you, @dankbaker. #starcontrol

from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

And of course, the various, unilateral attacks against Stardock, myself, hiring a crisis PR firm to spread false statements to us, Ars, etc.

💬 1    🔁 4    ♡ 25

Show this thread

**Brad Wardell** @draginol · Apr 6    ⌄

Replying to @TheDiceMustRoll

Arthur blocks lots of people. He's very fragile.

💬 3    🔁    ♡ 17

**Brad Wardell** @draginol · Apr 6    ⌄

Ah, Arthur. Never change.  They got the kid glove treatment until they started filing DMCAs and demanding we pull the ship designer from the new game. twitter.com/arthur_affect/...

| This Tweet is unavailable. |

💬 9    🔁 11    ♡ 52

Show this thread

**Brad Wardell** @draginol · Apr 6    ⌄

Star Control: Screen shot Friday!  #screenshotsaturday #starcontrol starcontrol.com



💬 1    🔁 6    ♡ 13

**Brad Wardell** @draginol · Apr 6    ⌄

Galactic Civilizations III Intrigue - let's talk about happy robots and happy Drengin...stardock.com/games/article/...



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

♡ 3    ♡↻ 4    ♡ 9

 **Brad Wardell** @draginol · Apr 6
By morning, the dog has almost completely taken over our bed...I mean her bed.

♡ 4    ♡↻    ♡ 17

**Brad Wardell** @draginol · Apr 5
So this year Stardock turns 25 years old. The most important ingredient for me is a ceaseless desire to please customers. It's why it sometimes seems like I post everywhere. I'm motivated by people enjoying what we make.

♡ 3    ♡↻ 3    ♡ 45

**Brad Wardell** @draginol · Apr 5
Replying to @PatrickKlug
SJWs have a pretty specific ideology. urbandictionary.com/define.php?ter... It's not "some" interactions. It's years of one-sided attacks that finally made me aware of their distinctive motivation.

♡ 1    ♡↻    ♡ 3

**Brad Wardell** @draginol · Apr 5
And yet, at the same time, if you come to where I work, you will find amazing diversity in every imaginable way. Tolerating other people's identities, beliefs, race, sexuality, builds a much better world than enforced groupthink.

♡ 8    ♡↻ 7    ♡ 27

**Brad Wardell** @draginol · Apr 5
SJWs still complain that I was willing to spend 4 years to extract an apology out of one of their kind for lying about me. They always believe in proportional responses. Proportional responses are how we ended up tip-toeing around the feelings of the least common denominator.

♡ 4    ♡↻ 9    ♡ 48

**Brad Wardell** @draginol · Apr 5
So it is my honor to combine my tireless energy and considerable resources towards making it clear that bullying and lying are a dead end regardless of who you are.

♡ 2    ♡↻ 5    ♡ 33

Show this thread

**Brad Wardell** @draginol · Apr 5
I grew up poor. Like, under the poverty level poor (for the US). While I am

fortunate enough to have resources now, I'd like to think my values haven't changed. Most of my followers don't have the luxury of saying and doing what I

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

The problem with being "the bigger man" is that it won't give you back your reputation when the unscrupulous are done smearing it for their own ends.  Mass social media has changed it and people must adapt.

💬          ⟳ 18          ♡ 57

Show this thread

**Brad Wardell** @draginol · Apr 5                                    ⌄
SJWs rely on people not being willing to bother responding to them in order to create a narrative.  The "good guys" are supposed to turn the other cheek endlessly in the face of defamation.  We are conditioned to be "the bigger man."

💬 3          ⟳ 18          ♡ 64

Show this thread

**Brad Wardell** @draginol · Apr 5                                    ⌄
But if we want a society that values civil behavior, then character assassination must have consequences.  People who try to bully others into getting their way via lying to the public must be made to see the error in their ways.

💬 1          ⟳ 26          ♡ 64

Show this thread

**Brad Wardell** @draginol · Apr 5                                    ⌄
Back in 2010 when someone falsely accused me of sexually harassing them, they wanted a pittance (a tiny pay off to go away).  I spent 100X that to make it clear that I will not tolerate lying.  I won't deny I can be difficult to deal with. You read my tweets.

💬 5          ⟳ 26          ♡ 82

Show this thread

**Brad Wardell** @draginol · Apr 5                                    ⌄
Replying to @Master_Hand @MsBlaireWhite
I dunno.  I am a big fan of her's.  She has a powerful mind.

💬 1          ⟳          ♡ 2

**Brad Wardell** @draginol · Apr 5                                    ⌄
Ok. Some of you don't believe me that SJWs thought this video youtube.com/watch?v=UPc9Z2... was real. Check out the down votes. Yea, they thought it was real.



💬 2          ⟳ 5          ♡ 11



**Brad Wardell** @draginol · Apr 5
Am I the only one who gets shocked when someone apologizes or tries to curry ~~favor with SJWs thinking that this time they will behave like civilized people~~

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

~~Let me tell you guys a hard truth. SJWs, whether they be in the press or just via~~ social media will do anything they can to harm you if they can get away with it. Don't let them.  They will take advantage of your principles to hurt you. Don't let them.

💬 5   🔁 30   ♡ 91

**Brad Wardell** @draginol · Apr 5
Just remember, half the population has an IQ less than 100.  The clinical term for them is SJW.

💬 9   🔁 49   ♡ 160

**Brad Wardell** @draginol · Apr 5
It's true. I once shot a man for snoring too loud.

**But it was I, Bracchidios!** @Pharniel
Replying to @roninkakuhito
Stardock is a local employer. There are Stories about how unimaginably shitty he is beyond his public persona.

💬 11   🔁 4   ♡ 27

**Brad Wardell** @draginol · Apr 5
He/Him in profile. Check.

**Operation Thresher in the Antares System** @EoT_Impulse
FYI, Stardock is a shit company unworthy of your dollars
twitter.com/BootlegGirl/st...
Show this thread

💬 6   🔁 6   ♡ 46

**Brad Wardell** @draginol · Apr 5
Star Control 3: What went wrong?



**So what went wrong with Star Control 3? • r/StarCo...**
While I didn't love Star Control 3 at the time, I didn't hate it either. I just felt like there was something...off about it. Today, SC3 is...
reddit.com

💬 3   🔁 1   ♡ 4

**Brad Wardell** @draginol · Apr 5
Yep. That sounds like the Google search team I know.



## from:draginol since:2017-10-08 until:2018-04-24

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

**The Man Who Spent $100K To Remove A Lie From Google**
In Europe, an Internet user can force Google to hide search results that are inaccurate or just too personal. But Americans don't have the same legal
npr.org

💬 2      🔁 10      ♡ 16

**Brad Wardell** @draginol · Apr 5                                    ⌄
True horror: Upon rebooting your computer this icon appears on your desktop.



💬 6      🔁 2      ♡ 29

**Brad Wardell** @draginol · Apr 5                                    ⌄
I seriously need to write an article about handles and how they wreck your Windows PC.  I doubt most people even know what they are.  It's not RAM you run out of first. It's handles.

💬 6      🔁 2      ♡ 20

**Brad Wardell** @draginol · Apr 2                                    ⌄
Replying to @CraigBamford
You are, in essence saying that Reiche and others created everything but the brand. To which I say, obviously. But who are the others and what are their rights? Do you know? If not, how can you possibly say Paul and a fred created it when you don't really know who did what.

💬 1      🔁                ♡

**Brad Wardell** @draginol · Apr 2                                    ⌄

Replying to @CraigBamford

I think people want to label things. For convenience, we will interchange brand

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

Replying to @CraigBamford

No. I am saying they created whatever they created. But we do know they didn't create Star Control. I've always referred to it as the Ur-Quan universe myself.   But that's just my designation.

♡ 1     ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

Which has no legal meaning. It's doubly true since Accolade is the one with the right to brand the licensed content. You are fixated on the common use vs. legal use. I don't know why since we probably largely agree on the common usage.

♡ 1     ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

Let's assume all Accolade contributed was the name. It would still mean that they legally created that.  So it seems odd you would deny Accolade the one thing that you acknowledge they created.

♡ 1     ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

Indeed, I'm not a lawyer. But I've been through enough IP litigation over the last couple decades to know the difference between copyright and trademarks and what a licensing agreement is.

♡ 1     ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

Stardock isn't going to shut down UQM. They will have an unlimited license. I've been an active member there for years and it's the core of the Star Control:Origins modding community.

♡      ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

Legally it just means they designed it. Not created the brand. You are debating issue X which is t related to the legal meaning. It's like debating what "regulated" means. The common use vs. legal meaning.

♡ 1     ⇄        ♡

**Brad Wardell** @draginol · Apr 2                                     ⌄
Replying to @CraigBamford

It won't set any precedent. Just like when we created a game and, for instance, licensed it to IBM for their OS/2 FunPak.  I created the game. But I can't claim to have created the brand.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

Not really. I've been creating games for 25 years. I know what I've created and what I don't have the right to say I created even when we wrote 100% of the content. As a writer, you should already know that.

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

No luck needed. There are decades of case law on this. But they're not really in trouble about that anyway. They're just using the fact that lay people don't understand the distinction to make people focus on that instead of the main issue.

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

Let's presume that is correct that they created all the work that went into the box. That doesn't make them the legal creator of the brand which is the point the complaint was making. Look at the back of the box. Designed by Reiche. Not created.

**Brad Wardell** @draginol · Apr 2
Replying to @BelgianBoolean

I so enjoy your work. Thank you for sharing it!

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

But we are talking about brands in the complaint. That's what I've been trying to explain to you. Star Control is a brand Accolade created and has paid developers to create content to be licensed and released as part of that brand.

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

He didn't license the rights. Stephen King owns, for example, Carrie. He had a publisher. By contrast, Accolade contracted Reiche to develop a game and license it to them under the Accolade brand, Star Control.

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford

Absolutely. They created a great deal of amazing stuff. But not Star Control. In

layman's terms it's a small distinction, but in the legal sense, it's a big one.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

refer to whatever they'd like except not as Star Control. Do you understand the distinction?

**Brad Wardell** @draginol · Apr 2
Replying to @CraigBamford
Authors do contract work all the time. I've done plenty of writing that has been licensed.  As gamers, we use the word creator differently than lawyers.  There's a different meaning.

💬 1

**Brad Wardell** @draginol · Apr 2
I love playing around with custom civilizations in Galactic Civilizations.  You can even control what they say in various circumstances.



💬 2    ↻ 7    ♥ 22

**Brad Wardell** @draginol · Apr 2
I...overdid it on the chocolate..
💬 7    ↻    ♥ 11

**Brad Wardell** @draginol · Apr 1
I am getting mixed signals today. Are we celebrating the first April Fools joke?
💬 4    ↻ 3    ♥ 10

**Brad Wardell** @draginol · Mar 30
Star Control is returning! #screenshotfriday starcontrol.com

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

○ 1        ⇄ 3        ♡ 12

**Brad Wardell** @draginol · Mar 29
The current economic model for PC games is not viable. It's going to be interesting to see how the industry shakes out.

○ 15        ⇄ 5        ♡ 20

**Brad Wardell** @draginol · Mar 29
It is fascinating how consistent the profiles of hateful people are in now they describe themselves.

○ 9        ⇄ 4        ♡ 26

**Brad Wardell** @draginol · Mar 29
2 seconds to fix the bug the quick way. 2 hours to fix it the "right" way.

○ 4        ⇄        ♡ 17

**Brad Wardell** @draginol · Mar 29
Our lord and master, her royal highness, Bailey, has determined it is time to get up.




○ 1        ⇄ 3        ♡ 19

**Brad Wardell** @draginol · Mar 28
Not sure what I want to do this Easter weekend. I need to get new bee nucs. It's too cold to prep the garden. I could do some software design, eval Vulkan meman, do GalCiv AI, or work on the open universe feature for Star Control.

○ 6        ⇄        ♡ 8

**Brad Wardell** @draginol · Mar 28

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

reddit.com

♡ 1   ⟲   ♡ 8

**Brad Wardell** @draginol · Mar 28
Life at Stardock when you're on the other side of the world...

**Dev Journal: Working For Stardock**
Hey guys! I've been working at Stardock for a bit over a year now as a designer on Ashes of the Singulairty: Escalation. It's been an incredible journey, so I wanted to
stardock.net

♡ 2   ⟲ 3   ♡ 6

**Brad Wardell** @draginol · Mar 27
Speaking of #starcontrol you can see a few screenshots of the new one here:

**Star Control: Origins - Screenshot Saturday #1 • r/S...**
Welcome to what I hope will become a weekly (or near-weekly) occurrence where you can watch as the Star Control game begins to head to the final...
reddit.com

♡   ⟲ 1   ♡ 6

**Brad Wardell** @draginol · Mar 27
Do me a big favor please, subscribe to reddit.com/r/StarControlO... if you're on reddit. Thanks!



**Star Control • r/StarControlOfficial**
The official subreddit for Star Control.
reddit.com

♡ 5   ⟲ 4   ♡ 14

**Brad Wardell** @draginol · Mar 26
The biggest challenge we have with DirectX 12 and Vulkan is memory management. You have to handle it yourself (and I mean, if you run out of GPU memory you have to decide what to do). This is powerful stuff but it requires a lot of work.

♡ 5   ⟲ 2   ♡ 16

**Brad Wardell** @draginol · Mar 26
Hi all! My Friend @IADaveMark, an amazing AI developer, was badly hurt while at GDC. Please consider helping him.

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts



**Friends of Dave Mark**
Dave has been an incredible advocate for the game development community and especially AI developers. He is also a genuinely good
gofundme.com

🗨    ↻ 5    ♡ 4

**Brad Wardell** @draginol · Mar 26
So both DirectX 12 and Vulkan allow for pretty massive increases in draw calls provided you have at least 4 CPU cores. The challenge is that it's still all very new.

🗨 3    ↻ 5    ♡ 17

**Brad Wardell** @draginol · Mar 26
Monday...we meet again...

🗨 2    ↻ 1    ♡ 23

**Brad Wardell** @draginol · Mar 24
And once again, the President of @ToysForBob (@Activision)'s personal PR firm has posted yet another misleading blog. You can read the facts on the matter here: starcontrol.com/article/487690...

🗨 3    ↻ 3    ♡ 12

**Brad Wardell** @draginol · Mar 24
Such a massive disconnect between what they claim their "settlement" states and the actual settlement they post.

🗨 2    ↻ 4    ♡ 25
Show this thread

**Brad Wardell** @draginol · Mar 24
Sorry but you don't get to pretend to be the "good guys" when you hire a PR firm to encourage people to abuse us. twitter.com/Dogar_And_Kazo...

> **Singer Associates PR** @SFPRFirm · 24m
> When @Stardock 's Star Control copyright lawsuit comes to light, Brad Wardell @draginol and Stardock will be publicly humiliated for their theft of Star Control IP from @Dogar_And_Kazon and their deception and attempts at bullying them.
>
> **Fred and Paul** @Dogar_And_Kazon
> Strange Settlement on an Alien Planet dogarandkazon.com/blog/2018/3/18
> ...
>
> 🗨 1    ↻ 6    ♡ 6    ✉

🗨 5    ↻ 31    ♡ 94
Show this thread

 **Brad Wardell** @draginol · Mar 24

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



♡ 4   ⇄ 8   ♡ 36

 **Brad Wardell** @draginol · Mar 24

Replying to @zoeemilybell @TheGameChief @jdhgamedev

You guys are so awesome!

♡   ⇄ 1   ♡ 2

 **Brad Wardell** @draginol · Mar 23

Replying to @dnanoodle @encyclopath

No problem!  Just for you, a screenshot from the debugger.  Cheers!



♡   ⇄   ♡ 1

 **Brad Wardell** @draginol · Mar 23

I wrote this for Stardock's 10 year anniversary -- 15 years ago.  Just moved it to my blog.  Why is Stardock so focused on customers: littletinyfrogs.com/article/488163...

♡ 3   ⇄ 6   ♡ 15

 **Brad Wardell** @draginol · Mar 23

Stardock Groupy saves the day.  #screenshotfriday.  I have to go back and forth constantly between directories. stardock.com/products/groupy



**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

♡ 1          ⇄          ♡ 2

**Brad Wardell** @draginol · Mar 23                                          ⌄
Computers: Our oldest enemy.

♡ 9          ⇄ 1          ♡ 14

**Brad Wardell** @draginol · Mar 23                                          ⌄
I missed GDC but at least I got to spend my week doing memory use analysis on
non-heap allocations...

♡ 5          ⇄ 1          ♡ 12

**Brad Wardell** @draginol · Mar 22                                          ⌄
At some point you have to realize that the people you're dealing with may not be
flying on all thrusters.  And then what do you do?

♡ 13          ⇄ 3          ♡ 15

**Brad Wardell** @draginol · Mar 22                                          ⌄
Ok. Got the fishing pole out...

♡ 2          ⇄          ♡ 2

**Brad Wardell** @draginol · Mar 22                                          ⌄
Replying to @Pugilist9000 @EscapeVelo and 2 others
Yea! Brad Bucks!

♡          ⇄ 1          ♡ 2

**Brad Wardell** @draginol · Mar 22                                          ⌄
Replying to @dsmart
Mostly no.  We aren't allowed to discuss, it was all under rule 408 which they
flagrantly violated.  Just ask yourself, how would you even enforce half that stuff?

♡ 1          ⇄          ♡ 3

**Brad Wardell** @draginol · Mar 22                                          ⌄
Replying to @MrOriKlein @Dogar_And_Kazon
If you want to read a fan vetted recap written by Kevin Unangst, you can read it
here. starcontrol.com/article/487690...

♡ 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Mar 21                                          ⌄
Replying to @VGBounceHouse
And then 1200!

♡ 1          ⇄          ♡ 4

**Brad Wardell** @draginol · Mar 21



**Brad Wardell** @draginol · Mar 21
And I should know. I have moderated forums and even to this day, people who felt slighted by a mere forum ban years ago will still make sure they do me harm

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

**Brad Wardell** @draginol · Mar 21
That is why it is almost always best to try to solve your differences through reasoned discussion. Because the alternative, a motivated opponent, will dedicate their energy to your downfall.

💬 5     🔁 11     ♡ 46

Show this thread

**Brad Wardell** @draginol · Mar 21
You might think attacking a person or group will make them back down. But that's not how it works. It motivates them and escalate things. And you may not like the consequences of that escalation.

💬 1     🔁 14     ♡ 41

Show this thread

**Brad Wardell** @draginol · Mar 21
I've been online since the C-64 BBS days. I've made every mistake you can make. So here's some free advice: don't create motivated opponents. As those who antagonized gamers learned with #GamerGate it doesn't end well.

💬 6     🔁 31     ♡ 77

Show this thread

**Brad Wardell** @draginol · Mar 21
Replying to @MikeShewchukMTL
Awesome!

💬 1     🔁 1     ♡ 2

**Brad Wardell** @draginol · Mar 21
#Vulkan test with #starcontrol. I get up to 80,000 draw calls and keep over 100fps. On DirectX 11 it's about 20fps. starcontrol.com.  #GDC2018 #GDC

💬 5     🔁 1     ♡ 12

**Brad Wardell** @draginol · Mar 21
My dog is so weird. She'll lay on our bed right where my legs go and is fine with me just putting my legs on her. She's snoring.

💬 2     🔁     ♡ 13

**Brad Wardell** @draginol · Mar 21
Replying to @gamasutra
Tired of these games that rely so much on fancy graphics...

💬     🔁     ♡ 1

**Brad Wardell** @draginol · Mar 21
Replying to @MandrakeTheBard @Cyrukus and 3 others
No. I am stating that we are not claiming any copyrights on Star Control II. That doesn't automatically make them the owners of all that IP either.



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Cy rukus**
@Cyrukus

Follow

Replying to @draginol @Shade_Meadows and 2 others

Could be anywhere between 5 to 50% you'll obviously have people buy it that are your fans from Galciv and Sins but if someone were to start a bad review campaign against your game I could see it climbing to higher numbers (Also refunds don't make a review go away)

6:5█ ▢Fred and Paul▢ 018

1 Like  

♡ 1    ⟲    ♡ 1    ✉

Tweet your reply

**Brad Wardell** @draginol · 7m
Replying to @Cyrukus @Shade_Meadows and 2 others

▢    ⟲    ♡ 2

**Brad Wardell** @draginol · Mar 21
Replying to @Cyrukus @Shade_Meadows and 2 others

Let me refresh your memory:  So according to you, at LEAST 5% but possibly up to 50% of Star Control: Origins sales will have been lost because of fan anger based on things they read that originated with Paul and Fred.



**Battle over Star Control franchise escalates, settlement offer leaked …**
Series creators claim Stardock has made "unfathomable" demands
polygon.com

♡ 5    ⟲ 2    ♡ 12    ✉

**Cy rukus**
@Cyrukus

Follow

Replying to @Dogar_And_Kazon

I'm glad this is getting (keeping?) some
~~tration and know that the fans are behind~~

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 2          ⟲          ♡ 2

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
Oh come on. You know exactly where the information originated from.
dogarandkazon.squarespace.com If you're not going to be honest, then why
should I talk to you?


**Updates from Fred Ford and Paul Reiche III**
dogarandkazon.squarespace.com

💬 1          ⟲          ♡ 1

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
Ok. Let's go with the 5%. So you would not find it unreasonable if I were to say
that this whole mess has cost Star Control: Origins at least 5% of its potential
sales. Right?

💬 1          ⟲          ♡ 2

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
I'm not joking. You seem to be representing you know the relative size and
distribution of potential buyers. So, what % of sales do you think this has cost?
I'm not trying to antagonize you. I genuinely want your opinion.

💬 1          ⟲          ♡ 2

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
Well if we're already the bad guys with the fans because of Paul and Fred's antics,
then there is no reason to not seek all remedies available to us. Right?

💬 2          ⟲          ♡ 2

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
Here's their problem: They've been demonizing us to the fan base for months.
That was a bad move because if you are already poisoning the fan base, there's
no reason for us to not fully leverage our legal rights.

💬 1          ⟲          ♡ 1

**Brad Wardell** @draginol · Mar 21                                    ⌄
Replying to @Shade_Meadows @IsletaLeon11 and 2 others
I know. When it comes to someone calling me a thief in a press release, I am, for
some strange reason, sensitive. Perhaps, in hindsight, it wasn't a good move on
~~their part.~~

their part.

💬 1          ⟲          ♡ 1

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts

💬 1          ⟲          ♡ 2

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @MandrakeTheBard @evgasmic and 3 others
We never said they own the names of anything.  All trademarks associated with
Star Control belong to us.  We were willing to be very generous with Paul and
Fred before they decided to try to ruin us.

💬          ⟲          ♡

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @MandrakeTheBard @evgasmic and 3 others
Absolutely true.  The various copyrights with those aliens belong to whoever
created those aliens.  If that's Paul and Fred then that's great.  Has nothing to do
with the names associated with Star Control.  Our Ur-Quan will have a different
background.

💬 1          ⟲          ♡

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
Perhaps Paul and Fred should have considered those consequences before they
launched their smear campaign.  Now they can learn what legal rights we actually
have and what legal rights they actually have.

💬 2          ⟲          ♡ 3

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @Cyrukus @Shade_Meadows and 2 others
I can live with that.  As someone who was a die-hard fan of P&F who has been
abused at their hands, I have no sympathy.  They mistook my fanboyism as
something to take advantage of imo.

💬 4          ⟲          ♡ 4

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @evgasmic @MandrakeTheBard and 3 others
Stardock owns Star Control.  We have invested millions in it.  And at the 11th
hour, former Accolade contractors have decided to announce a sequel and claim
they "created" Star Control, the two of them.   They can own whatever they can
prove they "created". And that's it.

💬 1          ⟲          ♡

**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @Cyrukus @Astrobia @TheLargeOne1234
Few care either way.  We care because we shouldn't have to compete against our
own IP.

💬          ⟲ 1          ♡ 2


**Brad Wardell** @draginol · Mar 21                                  ⌄
Replying to @MandrakeTheBard @evgasmic and 3 others

What copyright have we infringed on?  We aren't using the ship designs.  You can't copyright a word.  Don't expect favors from people you're smearing online.

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

I guess the "advantage" of having lived below the poverty line during my younger years has given me a different perspective of what matters in life.

♡ 6          ↻ 1          ♡ 36

**Brad Wardell** @draginol · Mar 21                                                    ⌄
Replying to @SecBlasphemy

Probably the advantage of having grown up in poverty.  I have no self-respect.

♡           ↻           ♡ 1

**Brad Wardell** @draginol · Mar 21                                                    ⌄
SJW: You can't do that! We'll get you fired!
Me: urbandictionary.com/define.php?ter...

♡ 3          ↻           ♡ 29

**Brad Wardell** @draginol · Mar 21                                                    ⌄
Replying to @Kingbingo_

From here on out, refer to me as SHADOW CEO.  No, wait! Colonel SHADOW CEO!

♡ 1          ↻           ♡ 2

**Brad Wardell** @draginol · Mar 21                                                    ⌄
I should definitely take your advice.

**Cy rukus** @Cyrukus
Replying to @draginol @IsletaLeon11 @Dogar_And_Kazon

If you wish to continue to alienate the people who make up your current (dwindling) fanbase you should definitely keep doing what you're currently doing. If you don't you should be like all the other CEOs and remain that faceless, silent figure in the shadows.

♡ 5          ↻ 1          ♡ 7

**Brad Wardell** @draginol · Mar 21                                                    ⌄
Replying to @SorenJohnson

I'd really like to hear more on this.  PUBG really became a phenomenon.

♡           ↻           ♡ 2

**Brad Wardell** @draginol · Mar 21                                                    ⌄
This week's drama brought to you by..



**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

○ 2     ♻ 5     ♡ 36

**Brad Wardell** @draginol · Mar 21                                                ⌄
Replying to @PCGamesN
Well thank goodness!  Now, where is the pot bellied, middle aged man pack
coming?

○     ♻     ♡ 2

**Brad Wardell** @draginol · Mar 21                                                ⌄
You are so bad, @TychoBrahe ;)

**Penny Arcade - Comic - Sea Of Thief**
Videogaming-related online strip by Mike Krahulik and
Jerry Holkins. Includes news and commentary.
penny-arcade.com

○ 1     ♻ 1     ♡ 3

**Brad Wardell** @draginol · Mar 21                                                ⌄
Whiny blogs on SquareSpace are ok. Commenting on Twitter is not. Got it.

**Isleta Leon** @IsletaLeon11
Replying to @draginol @Dogar_And_Kazon
Sorry, to clarify: I was pointing out how insanely petty this makes you look.

I'll say it again. This ⸜ makes ⸜ you ⸜ look ⸜ petty ⸜ ...

○ 1     ♻ 3     ♡ 20

**Brad Wardell** @draginol · Mar 21                                                ⌄
Replying to @IsletaLeon11 @Dogar_And_Kazon
Ah. So your issue is that I commented on Twitter rather than say, my SquareSpace
blog.  Got it.

○ 3     ♻ 1     ♡ 12

**Brad Wardell** @draginol · Mar 21                                                ⌄
Replying to @toncijukic @bccasteel @Stardock
Heh.  That has come up many times over the years. :)

○ 1     ♻     ♡ 3

**Brad Wardell** @draginol · Mar 21                                                ⌄
Any recommendations for a tool that will let me find out what is consuming
NON-heap memory?  As in, if my heap is 1 gig but it's committing 10gigs, I want
to know what that 9 gigs is for.

○ 9     ♻     ♡ 6



**Brad Wardell** @draginol · Mar 21

Replying to @IsletaLeon11 @Dogar_And_Kazon

**from:draginol since:2017-10-08 until:2018-04-24**

| Top | Latest | People | Photos | Videos | News | Broadcasts |

Replying to @Dogar_And_Kazon

Keep digging deeper.

💬 3   ⟲   ♡ 12

**Brad Wardell** @draginol · Mar 21

Lot of table pounding lately.

"If the facts are against you, argue the law. If the law is against you, argue the facts. If the law and the facts are against you, pound the table and yell like hell"

💬 2   ⟲ 4   ♡ 22

**Brad Wardell** @draginol · Mar 21

Replying to @3headeddingo @Grummz

In England the guy faces jail time. In 'Murcia we just punch the dog.

💬 1   ⟲   ♡ 3

**Brad Wardell** @draginol · Mar 20

Ok. Bed time. DO NOT BURN DOWN THE INTERNET! I'll cancel Christmas. again.

💬 4   ⟲   ♡ 11

**Brad Wardell** @draginol · Mar 20

Replying to @WilhelmDriscoll @LordofKerak @Dogar_And_Kazon

Sorry! Appreciate the note.

💬 1   ⟲   ♡ 2

**Brad Wardell** @draginol · Mar 20

Replying to @WilhelmDriscoll @LordofKerak @Dogar_And_Kazon

The edit log is publicly available. It has not changed.

💬   ⟲   ♡

**Brad Wardell** @draginol · Mar 20

Replying to @WilhelmDriscoll @LordofKerak @Dogar_And_Kazon

These are the facts. starcontrol.com/article/487690…

💬 1   ⟲   ♡ 1

**Brad Wardell** @draginol · Mar 20

Uh, I read a guy's blog on a complex issue. I skimmed it but I think that makes me qualified to opine on as to the right and wrong on a matter. The guy whose blog I read told me who to hate and that's enough for me...

💬 3   ⟲ 3   ♡ 10

**Brad Wardell** @draginol · Mar 20

Replying to @dankbaker

Screw you, Dan Baker! SCREW YOU!

💬   ⟲   ♡ 1



**Brad Wardell** @draginol · Mar 20

It's amazing how many situations this cartoon works for.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



 3     43     154

 **Brad Wardell** @draginol · Mar 20

Replying to @ShapeTweener

Yea, it's just weird that none, zero, of the OS/2 games show up there.

         1

 **Brad Wardell** @draginol · Mar 20

My Moby Games page only has games from the 2000s.

mobygames.com/developer/shee... None of my OS/2 game works are there.

 **Bradley Wardell Video Game Credits and Biograph...**

Bradley Wardell has been credited on games developed by the following companies: Stardock Entertainment, Inc., Wargaming Seattle and Ironclad Games Corporation. ...

mobygames.com

 1         1

 **Brad Wardell** @draginol · Mar 20

There's no technical loophole.  Paul and Fred never had any rights to the Star Control trademark.  It was owned by Accolade at all times. Then Accolade was acquired by Atari. Then Stardock acquired it from Atari.  At no time, ever, did PF have a claim to it.

         1

 **Brad Wardell** @draginol · Mar 20

That's not accurate.  We have owned the Star Control IP since 2013.  Paul and Fred are the ones in 2018 who filed to cancel our trademark. How are we the bad guys?

♡ 1

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Mar 20                                   ⌄
The fact that @stardock happens to employ a lot of women and so-called minorities isn't due to any effort but purely on merit. Everyone knows I'm now an SJW.  Merit works things out.  All you humans look alike to me anyway.

💬 18        ↻ 17        ♡ 85

**Brad Wardell** @draginol · Mar 20                                   ⌄
I don't subscribe to the "self made man" myth.  I may have started with nothing but I was fortunate enough to meet people like @Tallangel and others who helped mentor me.

💬          ↻          ♡ 5

**Brad Wardell** @draginol · Mar 20                                   ⌄
Fun fact: Lead Developer on GalCiv III: Intrigue, is @CariElf.  One of the most talented women in the game industry.  I've had the honor of working with her for...I dunno a very long time.

💬 3        ↻ 2        ♡ 19

**Brad Wardell** @draginol · Mar 20                                   ⌄
Fun fact: Stardock was named after a Magician academy in @refeist series.  The fact that we mostly make space games is purely coincidental. If you haven't read Magician: Greatest fantasy story ever (better than LOTR).

💬 6        ↻ 2        ♡ 13

**Brad Wardell** @draginol · Mar 20                                   ⌄
Tomorrow's schedule: Balance the Star Control module costs/benefits.  Great.  So even in video game land I'm a bean counter!

💬 1        ↻ 2        ♡ 12

**Brad Wardell** @draginol · Mar 20                                   ⌄
Replying to @SorenJohnson

hand-made or scripted?  My "hand-made" AI uses a really basic genetic algorithm in game that does pretty well.

💬          ↻          ♡ 1

**Brad Wardell** @draginol · Mar 20                                   ⌄
Replying to @BitGamerX @Dogar_And_Kazon
Star Control: Origins is definitely coming out.

💬 3        ↻ 1        ♡ 7

**Brad Wardell** @draginol · Mar 20                                   ⌄
The evolution of planet exploration in one year. #GDC2018

## from:draginol since:2017-10-08 until:2018-04-24

Top   Latest   People   Photos   Videos   News   Broadcasts

**32%**  Don't show the in-game UI

151 votes • Final results

◯ 12    ⟲    ♡ 2

**Brad Wardell** @draginol · Mar 20    ⌄
GalCiv III v3 is coming soon! New planet types and a change to the way they
work: forums.stardock.net/487689/galacti...



◯ 2    ⟲ 3    ♡ 6

**Brad Wardell** @draginol · Mar 19    ⌄
Replying to @RobLowe @gfigg42
When my kid got his driver's license...

◯    ⟲    ♡ 1

**Brad Wardell** @draginol · Mar 19    ⌄
Replying to @justinbowes @Fanged_Sniper
You just described the coexistence we had proposed and they rejected back in
October.

◯ 1    ⟲    ♡ 2

**Brad Wardell** @draginol · Mar 19    ⌄
Replying to @KyoshoLP @Stardock
We are chomping at the bit. However, unlike them, we aren't willing to violate
federal court confidentiality provisions. You can check out this thread:
forums.starcontrol.com/487690/get;370... which makes it pretty obvious they're
not being honest.

◯ 1    ⟲    ♡

**Brad Wardell** @draginol · Mar 19    ⌄
Replying to @justinbowes
But not before they had fully cemented that it was the true/direct sequel to Star

Control causing many documented examples of people thinking Star Control: Origins isn't the "real" Star Control.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Star Control (and later call it a "true" sequel). They also claimed they released Star Control (they did not, Accolade did).

**LAUNCH FIGHTERS!**

OCTOBER 09, 2017



It was almost exactly 25 years ago that we released *Star Control II° -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting, hydra-fighting kind, as well as the exhausting stable-cleaning kind.   Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we don't make a sequel.  Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy.  Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II° -- The Ur-Quan Masters*, called *Ghosts of the Precursors".*

This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel.  We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan, Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds.  Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo),

 1        ⟲        ♡ 1

 **Brad Wardell** @draginol · Mar 19                                    ⌄
Replying to @Lakstoties @xBBx
Stardock makes zero copyright contentions in its filing. Paul and Fred, by contrast, filed to cancel (effectively killing) our Star Control mark.  And you believe Stardock are the aggressive ones?

 1        ⟲        ♡ 1

**Brad Wardell** @draginol · Mar 18                                    ⌄
The delicious debunking of an anti-Jordan Peterson video.

⟲ 3        ⟲ 2        ♡ 9

 **Brad Wardell** @draginol · Mar 17                                    ⌄
The Star Control: Multiverse thread. forums.starcontrol.com/488067/star-co...



from:draginol since:2017-10-08 until:2018-04-24

Top   Latest   People   Photos   Videos   News   Broadcasts



💬 2   🔁 1   ♡ 12



**Brad Wardell** @draginol · Mar 17
Just because you can land on a planet doesn't mean you should. #starcontrol
starcontrol.com #screenshotsaturday



💬 6   🔁 2   ♡ 14



**Brad Wardell** @draginol · Mar 16
Theta Pavo B: @starcontrolgame starcontrol.com Coming late Summer 2018.
#screenshotfriday



💬   🔁 2   ♡ 7



**Brad Wardell** @draginol · Mar 16
Exploring Alpha Repeculae. The new Star Control is due out late Summer 2018!
#screenshotsaturday



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 4       ⟲ 11        ♡ 29



**Brad Wardell** @draginol · Mar 16                          ⌄
It's a shame Twitter went the way of a glorified BBS, complete with partisan
moderation, rather than a universal messaging system. #FreeCrowder.

💬 5       ⟲ 8        ♡ 35



**Brad Wardell** @draginol · Mar 14                          ⌄
So...yes. I chose just hang out.  Don't judge me. #starcontrol 2018.



Or we could just hang out.

💬 1       ⟲ 3        ♡ 18



**Brad Wardell** @draginol · Mar 14                          ⌄
Post Windows 10 C2 has not been enjoyable.  Too much crap is getting loaded
that I have no say over.

💬 5       ⟲ 1        ♡ 17



**Brad Wardell** @draginol · Mar 13                          ⌄
My diplomatic efforts have...failed.  galciv3.com.



INCOMING MESSAGE FROM: THALAN CONTINGENCY

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 3      ⇄ 1      ♡ 7

**Brad Wardell** @draginol · Mar 13

And for those commenting. Your dog isn't better than me.  Well, unless it's purebred obviously. I can't compete with that.

💬 1      ⇄      ♡ 3

**Brad Wardell** @draginol · Mar 13

Wife: @AdobePremiere  does not give you time traveling powers.

Me: YOU DON'T KNOW THAT!

💬 3      ⇄ 1      ♡ 6

**Brad Wardell** @draginol · Mar 13

I am getting tired of the dog outsmarting me.  I'm nearly twice as smart as her. Why won't she let me win sometimes?

💬 2      ⇄      ♡ 11

**Brad Wardell** @draginol · Mar 13

So let's say we actually start colonizing other worlds.  How long do you think it will take for politicians to want to tax that? Let's discuss:

**Intrigue Journal #2 - Taxation without representation**
People don't like to be taxed.  They really don't like to be taxed if they don't have a say in it. The principle cause of the American revolution was not taxation in itself, it was
stardock.com

💬 6      ⇄ 1      ♡ 9

**Brad Wardell** @draginol · Mar 13

Replying to @FraserIBrown

Too late...on the left you will see this historical estate once owned by..

💬      ⇄      ♡ 1

**Brad Wardell** @draginol · Mar 12

Replying to @DtoidJoel

NERD!!!

💬      ⇄      ♡ 2

**Brad Wardell** @draginol · Mar 11

Replying to @DanStapleton

This is the thinking we've come to as well. It's why we decided not to put Star Control into early access. It's the first game we've ever done that hasn't had one. I

Control into early access. It's the first game we've ever done that hasn't had one. I
doubt we'll do early access in the future for the same reason.

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 2    🔁 13    ♡ 40

 **Brad Wardell** @draginol · Mar 9
I learned something today.  Don't tell your wife you named a planet after her only
to lose it to alien conquest.  #themoreyouknow. galciv3.com.

💬 2    🔁 2    ♡ 30

 **Brad Wardell** @draginol · Mar 8
Oye. I loathe the Steam review system. Not sure what they can do about it.
Apparently GalCiv III is terrible. store.steampowered.com/app/226860/Gal...

💬 10    🔁    ♡ 7

 **Brad Wardell** @draginol · Mar 8
National Woman's day just means I obey @dtownewardell twice as fast.

💬 2    🔁    ♡ 11

 **Brad Wardell** @draginol · Mar 8
With Stardock Groupy, you can combine any window with other window.  If you
have a laptop, for instance, it's a far superior way of using your PC.
stardock.com/products/groupy



💬 2    🔁 3    ♡ 10

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 1    🔁    ♡ 3

 **Brad Wardell** @draginol · Mar 7
Playing as a synthetic civilization in Galactic Civilizations is always fun.
galciv3.com.



💬 2    🔁 5    ♡ 10

 **Brad Wardell** @draginol · Mar 6
If you had to classify Star Control, what one genre do you think best describes it?

**31%** RPG

**6%** Action

 **42%** Adventure

**21%** Other

106 votes • Final results

💬 5    🔁 4    ♡ 1

 **Brad Wardell** @draginol · Mar 6
Groupy, the new app that lets you merge multiple apps into one, can now save
your tabbed groups.

**Stardock's Groupy can now save existing sets of W…**
Stardock today announced the first big update to Groupy,
its Windows utility that allows users to group apps into

 sets of tabs. The new update can save existing groups ...
neowin.net

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



♡ 5

 **Brad Wardell** @draginol · Mar 5
Do you...play games? Nudge nudge...

4% No / Casual only

34% Strategy

 42% RPG / Adventure

20% Action / Other

283 votes • Final results

💬 21    ↻ 3    ♡ 7

Show this thread

 **Brad Wardell** @draginol · Mar 5
I wish Twitter allowed more choices.

💬 4    ↻ 1    ♡ 6

Show this thread

 **Brad Wardell** @draginol · Mar 5
You can take the test here: 8values.github.io

💬 4    ↻    ♡ 10

Show this thread

 **Brad Wardell** @draginol · Mar 5
My 8values result. I often get accused of being a "right winger" by people who confuse their authoritarian impulses with virtue.

# Results

**Economic Axis:** Centrist

from:draginol since:2017-10-08 until:2018-04-24

Top      Latest      People      Photos      Videos      News      Broadcasts

NATION                                    WORLD

**Civil Axis:** Moderate

LIBERTY  57.7%                            AUTHORITY

**Societal Axis:** Neutral

44.0%

💬 26      🔁 3      ♡ 45

Show this thread

**Brad Wardell** @draginol · Mar 4                                          ⌄
The primary reason I hang out online so much is because I really enjoy interacting
with our customers. They motivate me to work harder to please them.  It honestly
gives me great pleasure when we've done something they like.

💬 5      🔁 7      ♡ 72

**Brad Wardell** @draginol · Mar 4                                          ⌄
Knowing who your customers are and making them happy must be a high priority
if you want to make a successful long term business. It's about what they want.

💬 4      🔁 3      ♡ 25

**Brad Wardell** @draginol · Mar 4                                          ⌄
Video on Last Jedi: Don't piss off your customer demographic:
youtu.be/lzHeDYfkAB0 thoughts?

💬 11      🔁 1      ♡ 15

**Brad Wardell** @draginol · Mar 3                                          ⌄
My qualifications #screenshotsaturday #starcontrol



💬 3      🔁 4      ♡ 32



**Brad Wardell** @draginol · Mar 3

Top   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · Mar 2

Yea, the new Star Control is already super-fun.  With any luck, it'll be ready before end of Summer.  No promises but things are moving fast. starcontrol.com



💬 2     ⇄ 7     ♡ 36



**Brad Wardell** @draginol · Mar 2

My trip to Jupiter.  My job takes me to many interesting places in the community. starcontrol.com/article/487813... #starcontrol



💬 6     ⇄ 5     ♡ 26



**Brad Wardell** @draginol · Mar 2

There's a reason why Tetris is known as "the widowmaker" #gameviolence

💬 3     ⇄ 3     ♡ 23



**Brad Wardell** @draginol · Mar 2

Replying to @BitGamerX

I dunno, I saw pixelated explosions and now...must...murder....

💬 1     ⇄ 1     ♡ 5



**Brad Wardell** @draginol · Mar 2
Ashes of the Singularity: King of the hill = all the explosions.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



 4                    ♡ 21

 **Brad Wardell** @draginol · Mar 2
Games do NOT cause violence.

 **Gamasutra** ✔ @gamasutra
Don't Miss: Video games and gun violence, a year after
Sandy Hook ubm.io/2HYVSvA

 17          ⇄ 38          ♡ 98

 **Brad Wardell** @draginol · Mar 2
This post is one reason I love my @Tesla.

 **Stuck in the slow lane, and I don't care. • r/teslamot…**
So this morning I was stuck in the slow lane of traffic. I
was watching other cars pass me by as my autopilot was
set to 2. Cars are changing…
reddit.com

          ⇄          ♡ 2

 **Brad Wardell** @draginol · Mar 1
64-bit games have freed us of traditional memory restraints.  But now there is a
massive variance of memory configs.  4X games can be memory hungry if they
are managing enough data.  Thus: forums.galciv3.com/487806/map-siz…

 4          ⇄ 4          ♡ 18

 **Brad Wardell** @draginol · Mar 1
Developers: Which do you prefer of these two choices:

Developers. Which do you prefer of these two choices.

**41%** Perforce

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 10        ⇅ 3        ♡ 2

**Brad Wardell** @draginol · Mar 1    ⌄
Ugh. Lousy Smarch weather!

💬 2        ⇅        ♡ 13

**Brad Wardell** @draginol · Mar 1    ⌄
Replying to @mattpeckham
I used to use FB a lot. Unfortunately, it's so full of junk now that it's not very useful for keeping up with friends and family.

💬 1        ⇅        ♡ 1

**Brad Wardell** @draginol · Mar 1    ⌄
Replying to @DtoidJoel @BossFightBooks
Good luck! I remember the boss fight from Doom where it's a giant spider bot in an arena.

💬 1        ⇅        ♡ 1

**Brad Wardell** @draginol · Feb 28    ⌄
Replying to @LeifJohnson
There is something on the wing! THERE IS SOMETHING ON THE WING!

💬        ⇅        ♡ 1

**Brad Wardell** @draginol · Feb 28    ⌄
Oooh. I need this.  A gaming PC in the palm of your hand! Checkit out:

💬 3        ⇅        ♡ 4

**Brad Wardell** @draginol · Feb 28    ⌄
Replying to @Grummz
Awesome!  We're excited to bring it to you!

💬        ⇅        ♡ 6

**Brad Wardell** @draginol · Feb 28    ⌄
Stardock's broken heart: Elemental.  Check out this exclusive Ars Technica war story on what happened and how.



War Stories: Brad Wardell on how poor memory management cripple...

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · Feb 28
Star Control: The art of story telling. starcontrol.com/article/487769...



💬 4    🔁 13    ♡ 41



**Brad Wardell** @draginol · Feb 27
Journalist email: Why do you think P&F's press activities got so little fan reaction? I didn't have an answer at the time. But I think a lot of Star Control fans are over 45 years old and know things aren't black and white. Sometimes there is no good guy or bad guy.

💬 6    🔁 1    ♡ 21



**Brad Wardell** @draginol · Feb 27
Ok. Time to tuck my daughter in for the night.  Good night all!

💬 1    🔁    ♡ 10



**Brad Wardell** @draginol · Feb 27
Replying to @MarredBlank
Thanks! I feel kind of dumb but holy cow is that useful.

💬    🔁    ♡ 1



**Brad Wardell** @draginol · Feb 27
I'm not saying my followers are the best on Twitter. But consider how often people complain about their mentions. MY mentions are full of wonderful people

with interesting stories on tech history.  Maybe I'm merely the luckiest guy on Twitter.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 1          ⟲          ♡ 11

**Brad Wardell** @draginol · Feb 27
Back when I played Star Control II, I remember eating tons of chocolate wafer cookies.  I remember Fall of 1992 so well.

♡ 6          ⟲ 1          ♡ 8

**Brad Wardell** @draginol · Feb 27
Ok...let's talk about how memories affect the brain.  When you think of an Atari 2600 game you loved, can you remember the smells of the time?

♡ 19          ⟲          ♡ 5

**Brad Wardell** @draginol · Feb 27
Replying to @stillgray
Don't judge me!!!!

♡          ⟲          ♡ 3

**Brad Wardell** @draginol · Feb 27
Replying to @spoony_panda
There are some great books on Amazon.  In my case, because it was so long ago, I learned about this stuff on Usenet with @dsmart

♡ 1          ⟲          ♡ 3

**Brad Wardell** @draginol · Feb 27
Replying to @spoony_panda
Depends on what kind of AI you want to write.  If it's game AI, a lot of it comes down to being good at the game.

♡ 1          ⟲          ♡ 2

**Brad Wardell** @draginol · Feb 27
Star Control: The art of story telling.  forums.starcontrol.com/487769/star-co...



♡ 2          ⟲ 2          ♡ 7

**Brad Wardell** @draginol · Feb 27



**Brad Wardell** @draginol · Feb 27
And I did a good job.  You have to take pride in your work.

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

story, as a joke, I once mowed the lawn of an editor's to get coverage.  We would have gotten the coverage anyway but it was funny.  Now, nobody has a sense of humor (but yes, I did mow his lawn).

💬 7          ↻ 6          ♡ 40

Show this thread

**Brad Wardell** @draginol · Feb 27
So...do I thank the SJWs who pushed my follower count above 40k for the first time ever? I mean, who do I tip?

💬 7          ↻ 6          ♡ 37

**Brad Wardell** @draginol · Feb 27
You guys rock! Okay, next up: Who here still has their OS/2 box of Galactic Civilizations for OS/2?

💬 4          ↻ 3          ♡ 6

**Brad Wardell** @draginol · Feb 26
I am not embarrassed to say that Atari Haunted House scared me at the time.

💬 5          ↻ 2          ♡ 13

**Brad Wardell** @draginol · Feb 26
But I'm not saying it doesn't either..

💬          ↻          ♡ 4

Show this thread

**Brad Wardell** @draginol · Feb 26
I want to assure the many MANY hours I put into @TheWesterFront's games is purely market research.  #iamahero.

💬 1          ↻          ♡ 10

Show this thread

**Brad Wardell** @draginol · Feb 26
For those who have been following the kerfuffle between Stardock and the developers of the DOS games from 25 years ago Stardock has posted the order of events. forums.starcontrol.com/487690/ to set the record straight.

💬 2          ↻ 23          ♡ 30

**Brad Wardell** @draginol · Feb 26
This might be...my last tweet for awhile...the geese...they will soon be here..I can't hold them off my longer. ..

💬 11          ↻          ♡ 30

**Brad Wardell** @draginol · Feb 26
The Canadian geese have returned...and they are angry.

💬 4          ↻          ♡ 5



**Brad Wardell** @draginol · Feb 24

Reading @mcmansionhell is a guilty pleasure.  Not the least because my own
home has some of the tell-tale signs. Check out here site here:

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

💬 1          ⟲ 1          ♡ 2

**Brad Wardell** @draginol · Feb 24

Kingdom Come is a huge success! For those of you who have bought it, how did
you first learn of it?

💬 30          ⟲ 4          ♡ 43

**Brad Wardell** @draginol · Feb 24

The history of life on earth...if explained as an MMO: Earth's Worst Balance Patch

💬          ⟲ 2          ♡ 11

**Brad Wardell** @draginol · Feb 24

If you liked Star Trek 2: The Wrath of Khan, watch this...

💬 2          ⟲ 9          ♡ 17

**Brad Wardell** @draginol · Feb 23

Replying to @MassDamGaming

Oh that's a bummer.  You can check download.stardock.com and see if your
registration is on there.

💬 1          ⟲          ♡

**Brad Wardell** @draginol · Feb 23

This comes up when the Terran Alliance (earth) tries to use cultural influence to
persuade outlying planets to rebel and join Earth.

💬 3          ⟲          ♡ 10

Show this thread

**Brad Wardell** @draginol · Feb 23

When I wrote this dialog for the AI, I was thinking of @estherschindler

INCOMING MESSAGE FROM: ALTARIAN RESISTANCE

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



Our people have resisted Titanic Screamer Kings, and Fallen Enchantresses. Do you really think they'll be lured by Chocolate?

You clearly have never tasted chocolate

💬 4    🔁 6    ♡ 27

Show this thread



**Brad Wardell** @draginol · Feb 23                              ⌄
So cool: Star Trek TMP new cgi- Klingon Battle Sequence (CGI Redux)

💬          🔁 1    ♡ 4

**Brad Wardell** @draginol · Feb 23                              ⌄
Replying to @xBBx @rockpapershot @asponge
I trust her. She's a pro.

💬 1        🔁          ♡ 1

**Brad Wardell** @draginol · Feb 23                              ⌄
Replying to @rockpapershot
Stardock does have a response: starcontrol.com/article/487690... (since the article links to Paul and Fred's blog).

💬 1        🔁 2    ♡ 3

**Brad Wardell** @draginol · Feb 23                              ⌄
Sometimes, I feel like I get more abuse from the AI than my Twitter mentions...



We will trade you for this. It seems easier than taking it from you, but only slightly.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Universal Translator
Extreme Colonization

Xeno Adaptation

💬 8          ⟲ 4          ♡ 37

**Brad Wardell** @draginol · Feb 23

Replying to @BradChacos

Eh, you still have that Razor mouse thing going. ;)

💬 1          ⟲          ♡ 1

**Brad Wardell** @draginol · Feb 23

Charming...



💬 5          ⟲          ♡ 7

**Brad Wardell** @draginol · Feb 23

One of the most talented comic book artists in the industry.



**Max Dunbar** @Max_Dunbar

In less than 1 week! I'll be at @emeraldcitycon table AA6! I'll be doing custom D&D character sketches and other commissions! I'll be selling #GearsofWar original pages from issues 1 and 2, as well as other comic art. Come...

💬 1          ⟲ 1          ♡ 2

**Brad Wardell** @draginol · Feb 23

Working on the Galactic Civilizations III tech tree today.  We're adding more types of extreme planets that require a specific technology to colonize.  galciv3.com.

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · Feb 23

Replying to @sfrazer @elmyra

You clearly don't know what harassment is. I don't know you. You contacted me and started calling me names. If we had a way to keep awful people from buying our products we would. Thankfully, at least in your case, you've self-selected.

♡ 2      ↻      ♡ 1

**Brad Wardell** @draginol · Feb 23

Replying to @McCache33 @BrouardMartin @RichardGarriott

Amen. It's amazing how often the fun part gets put to the side in order to push some UI or gameplay gimmick.

♡ 1      ↻      ♡ 3

**Brad Wardell** @draginol · Feb 23

Replying to @McCache33 @BrouardMartin @RichardGarriott

Agreed!

♡ 1      ↻      ♡ 1

**Brad Wardell** @draginol · Feb 23

Replying to @coolegg1211 @luxpork @Larsenex

It's remarkable where their priorities are.

♡ 1      ↻      ♡ 1

**Brad Wardell** @draginol · Feb 23

Replying to @luxpork @Larsenex

They didn't for their Ghosts announcement but did for their suit.

♡ 2      ↻      ♡ 2

**Brad Wardell** @draginol · Feb 23

Replying to @Larsenex

None of this affects the new Star Control.

♡      ↻      ♡ 1

**Brad Wardell** @draginol · Feb 22

Replying to @ZenOfDesign @jfudge @goswym

We've stayed away from the messy licensing agreement. Our focus has been the confusion and unfair competition.

♡ 1      ↻      ♡ 2

**Brad Wardell** @draginol · Feb 22

Replying to @jfudge @ZenOfDesign @goswym

I suspect there is a legal agreement we don't know about. I suspect EA would feel differently if they had a new Ultima game nearing release. I helped promote Ghosts before I realized they were promoting it as a "direct sequel" complete with

the Star Control II box art.

💬 1      ⇄      ♡

Top      Latest      People      Photos      Videos      News      Broadcasts

nour to respond.

💬 1      ⇄      ♡

**Brad Wardell** @draginol · Feb 22                                         ⌄
Replying to @DtoidJoel
Star Control is literally the biggest reason I made game development my career.
So it's been a pretty devaststing to me too.

💬 2      ⇄      ♡ 1

**Brad Wardell** @draginol · Feb 22                                         ⌄
Replying to @DtoidJoel
It's not been too fun here either.  Did you have a chance to read Kevin's
response? forums.starcontrol.com/487690/qa-rega…

💬 1      ⇄      ♡

**Brad Wardell** @draginol · Feb 22                                         ⌄
Replying to @RichardGarriott
Ultima III was the first game I personally saved up for to buy.  I remember to this
day when it came out because I was 12 and used my "life savings" at the time to
buy it.  I still have that Apple II today. Thank you sir!

💬 1      ⇄      ♡ 13

**Brad Wardell** @draginol · Feb 22                                         ⌄
Replying to @ZenOfDesign @jfudge
I'm not a lawyer.  But I imagine there is a threshold where something is
considered a collaborative effort versus there being a sole creator.  For many
years, I thought that Fred did all the programming and Paul did all of the art and
writing and design.

💬 1      ⇄      ♡ 2

**Brad Wardell** @draginol · Feb 22                                         ⌄
Stardock comments on Star Control dispute: stardock.net/article/487690…



# STAR (ONTROL.

💬 9      ⇄ 9      ♡ 23

**Brad Wardell** @draginol · Feb 22                                         ⌄
Replying to @dsmart @deanaaro @Viss
Most people who claim to know law don't.  Even lawyers in my experience.
Litigation is the best teacher. A teacher most of us wish we never had.

💬 1      ⇄      ♡



**Brad Wardell** @draginol · Feb 22
Replying to @Larsenex

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @dsmart @Viss
Yep.  This is definitely the weirdest lawsuit I've ever been involved in.

🗨    ↻ 2    ♡ 3

**Brad Wardell** @draginol · Feb 22
Replying to @Charlie_L_Hall @kevinunangst
Well the epic games one is pretty strange.  The Cyrtek one isn't.  I'm still digesting their claim.  Stardock doesn't claim to own the copyright to SC 1/2 so I'm not sure what their point is.

🗨    ↻    ♡

**Brad Wardell** @draginol · Feb 22
Replying to @Charlie_L_Hall
Why are you personalizing this at me?

🗨 1    ↻    ♡ 1

**Brad Wardell** @draginol · Feb 22
Ugh. I'm going to have to put aside this classic keyboard I just got and go to a "modern" mechanical.  The old click style is just too spongy.

🗨 1    ↻    ♡ 7

**Brad Wardell** @draginol · Feb 22
Replying to @dsmart @BevinWarren
Cool.  And don't you mean to say that SC2 was created by two people? ;)

🗨 1    ↻    ♡ 1

**Brad Wardell** @draginol · Feb 22
Replying to @BevinWarren @dsmart
Thanks. And sadly true. :(

🗨    ↻    ♡ 1

**Brad Wardell** @draginol · Feb 22
If you can't win on the legal merits, you fight in the court of public opinion.  That might sound good on paper but it just makes it harder to reach a later agreement.

🗨 4    ↻ 3    ♡ 23

**Brad Wardell** @draginol · Feb 22
Replying to @dsmart
I highly recommend reading this:

**Stardock Legal Complaint 2635 000 P 2017 12 08 1 ...**
Source document contributed to DocumentCloud by
Cyrus Farivar (Ars Technica).
documentcloud.org

♡ 1       ↻ 1       ♡ 1

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**

**Brad Wardell** @draginol · Feb 22                              ⌄
What's wrong with a mouth? galciv.com  #galciv



♡ 2       ↻ 2       ♡ 9

**Brad Wardell** @draginol · Feb 22                              ⌄
In a world where The Last ajedi got critical acclaim, it amazes me how much grief
Justice League got. It was pretty enjoyable. Check out this clip. JUSTICE LEAGUE –
Superman v. The Justice League

♡ 6       ↻ 3       ♡ 7

**Brad Wardell** @draginol · Feb 21                              ⌄
DEV DIARY: Star Control February update stardock.net/article/487303...





**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



💬 3   🔁 3   ♡ 19

 **Brad Wardell** @draginol · Feb 21   ⌄
Replying to @StSquiggy
That one was satire of that. ;)

💬   🔁   ♡ 1

 **Brad Wardell** @draginol · Feb 21   ⌄
Replying to @GameJournoLit
I am usually...more thorough...

💬 3   🔁 6   ♡ 78

 **Brad Wardell** @draginol · Feb 21   ⌄
An AI that knows when it's beaten is a satisfying AI.



💬 8   🔁 4   ♡ 27

 **Brad Wardell** @draginol · Feb 21   ⌄
Replying to @eXplorminate

No problem.  Yea, we learned on Neowin that Google tends to not index for news articles that don't have 1) an author's name and 2) an author photo (the photo

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

I enjoyed a lot of the video they were making.  But I couldn't see how they were going to monetize it.

💬          🔁          ♡ 11

**Brad Wardell** @draginol · Feb 21                                          ⌄
Replying to @NeowinFeed @realSteveParker
Oye.  I did the alternative OS thing with OS/2.  No thanks. ;)

💬 2          🔁          ♡ 2

**Brad Wardell** @draginol · Feb 21                                          ⌄
Replying to @erikkain
Yea. I am not not sure what can be done.  Intangible benefit is a hard sell to consumers.  Having seen the value of PROFESSIONAL writers and creators,  I'm already convinced that they're valuable. But the average reader...not so much.

💬          🔁 1          ♡ 3

**Brad Wardell** @draginol · Feb 21                                          ⌄
Replying to @PrisonPlanet @EscapeVelo
I actually gained followers.

💬          🔁          ♡ 1

**Brad Wardell** @draginol · Feb 21                                          ⌄
People say they hate click-bait tech articles.  @NeowinFeed wants to know what you'd like it to cover:

💬          🔁 3          ♡ 1

**Brad Wardell** @draginol · Feb 21                                          ⌄
In case you were blocked, he was complaining to his followers that I wasn't taking them seriously enough and suggested littletinyfrogs.com/article/487637... was me being a "victim".

💬 4          🔁 2          ♡ 11

**Brad Wardell** @draginol · Feb 21                                          ⌄
Replying to @iowahawkblog
Hey "David", what is the weather today?

💬          🔁          ♡ 1

**Brad Wardell** @draginol · Feb 21                                          ⌄
Replying to @NickMinutemanC
Just someone who frequently subtweets me despite blocking me.

♡ 2

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**J L** @J_D_LO_56

Replying to @HeroicLeigh @Djw175 and 2 others

either that.....or just blacklist this dev from any purchases/business dealings. Hit "them" hard in their wallets, right?

♡ 5    ⭦ 5    ♡ 24

**Brad Wardell** @draginol · Feb 21                    ⌄

Btw, how many people reading this are blocked from that person's tweet?

♡ 45    ⭦ 1    ♡ 40

Show this thread

**Brad Wardell** @draginol · Feb 21                    ⌄

Replying to @Selenethoa @andreuswolf

You literally have bought into the whole mythology.  You are literally too dumb to engage with.

♡ 1    ⭦    ♡ 1

**Brad Wardell** @draginol · Feb 21                    ⌄

Replying to @andreuswolf

I don't care about what I'm labeled. I do enjoy flame wars.

♡    ⭦    ♡ 6

**Brad Wardell** @draginol · Feb 21                    ⌄

Ah but I don't actually care. I'm not fragile about language or pronouns.

twitter.com/andreuswolf/st...

> This Tweet is unavailable.

♡ 1    ⭦ 1    ♡ 19

**Brad Wardell** @draginol · Feb 21                    ⌄

Replying to @andreuswolf @Selenethoa

Calling someone a dimwit in response to them calling you an asshole.  Do you understand the pattern?

♡ 2    ⭦    ♡ 5

**Brad Wardell** @draginol · Feb 21                    ⌄

Replying to @andreuswolf @Selenethoa

That's nice. The singular it was even earlier. Not that it matters, if you want people to use a specific pronoun, be polite about it.

♡ 4    ⭦    ♡ 2

**Brad Wardell** @draginol · Feb 21                    ⌄

Pointing and laughing at outrage miners is the same as being a victim now.

twitter.com/cranboonitz/st...

This Tweet is unavailable.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 8          ♡ 5

**Brad Wardell** @draginol · Feb 20                                          ⌄
We remain grateful that the dog lets us sleep in her bed most nights.

♡ 2        ⇄ 3        ♡ 30

**Brad Wardell** @draginol · Feb 20                                          ⌄
Replying to @BitGamerX
Yea but I think that was done on MySpace.

♡ 1        ⇄        ♡ 3

**Brad Wardell** @draginol · Feb 20                                          ⌄
Replying to @DrMosesAB @KrisJamesFoster and 2 others
The USA has, you could say, equal people per capita to other countries. I think it's
1.

♡ 1        ⇄        ♡ 9

**Brad Wardell** @draginol · Feb 20                                          ⌄
I think we can all agree that the gun control debate will be finally settled via a
reasonable exchange of ideas on Twitter.

♡ 6        ⇄ 10        ♡ 41

**Brad Wardell** @draginol · Feb 20                                          ⌄
And for tomorrow, let's discuss C++20.

**36%**  Yes! I want modules!

**3%**  No!

**9%**  Oh god no!

**52%** Make the pain stop!

94 votes · Final results

♡ 1        ⇄        ♡ 2

**Brad Wardell** @draginol · Feb 20                                          ⌄
Replying to @LeifJohnson
hah!  I used to have this bizarre recurring dream where I was sent back in time to
get Issac Newton to quit messing with Alchemy and do more calculus work in
order to get our present day technology further ahead...due..to...an impending
alien invasion. Yea, I need therapy...

♡ 2        ⇄        ♡ 2

**Brad Wardell** @draginol · Feb 20                                          ⌄
Replying to @stillgray
Man, if only!

♡ 11

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 20
Replying to @Soren_Ltd
Heh.  Since meeting @ChrisBucholz I've become convinced that good writers can make all the difference in the world.  But the game needs to have tools that empower writers to focus on writing and not be overly technical.

♡ 1          ♡ 1

**Brad Wardell** @draginol · Feb 20
Replying to @you_r_verywrong
It's more of a bang for the buck issue.  Many games will misstep because they couldn't be bothered to spend $10k on a professional writer.

♡          ♡ 1

**Brad Wardell** @draginol · Feb 20
Replying to @mattpeckham @Shadow_ofaDoubt
One of the interesting challenges of Star Control is that we have no random number generator in the game whatsoever.  There is no random call.   Everything is deterministic.  Like, Space Westworld. ;)

♡ 1          ♡ 2

**Brad Wardell** @draginol · Feb 20
Replying to @SummonableTrap
I'm not sure where it is.  I got blocked by so many people it was difficult to assemble.

♡          ♡ 2

**Brad Wardell** @draginol · Feb 20
Replying to @Tesla3D @SummonableTrap
I was battling with Cmake and Perforce yesterday.  Preparation...or in this case, non-preparation meets opportunity.

♡ 1          ♡ 1

**Brad Wardell** @draginol · Feb 20
Me: Why is your fancy mic not picking of my voice?!

Son: Turns the mic around.

Me: Oh.  I'll be good. I promise.

Son: I will be picking your home once mom is gone.  You know that right?

♡ 4     ♡ 5     ♡ 45

**Brad Wardell** @draginol · Feb 20
Replying to @41Strange @waywardstrategy
My god that's amazing.

♡ 2

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

**Brad Wardell** @draginol · Feb 20                                    ⌄
Replying to @3headeddingo
In China, the literal definition of an SJW is "White Left". (the two symbols put together).

💬 2      ⟲ 1      ♡ 2

**Brad Wardell** @draginol · Feb 20                                    ⌄
Replying to @DoktorEvilGamer @aSinister @Gray_DM
Those hateful bigots.

💬 1      ⟲      ♡ 2

**Brad Wardell** @draginol · Feb 20                                    ⌄
Here is a collection of some of my favorite SJW tweets of the last 24 hours. Enjoy!
littletinyfrogs.com/article/487637...

💬 15      ⟲ 13      ♡ 43

**Brad Wardell** @draginol · Feb 20                                    ⌄
Replying to @HeroicLeigh @Djw175 and 2 others
I dunno, shitstain doesn't work well because you get the red squigly thing under it.  I mean, you could do shit-stain which works better but then you have to take your fingers off the home row.

💬 1      ⟲      ♡ 4

**Brad Wardell** @draginol · Feb 20                                    ⌄
In other words, SJWs, you are vastly VASTLY outnumbered.  Remember that next time you threaten me with physical violence, economic ruin or just written abuse.

💬 6      ⟲ 15      ♡ 53

Show this thread

**Brad Wardell** @draginol · Feb 20                                    ⌄
The point of this comparison is to make clear the population gulf.  My quip really wasn't intended to hurt anyone. That said, be cognizant of the population sizes before sending a twitter mob at me.  Persuasion, not coercion should be your tool for social change.

Impressi                              Impressi

Total eng                             Total eng

💬 3        ↻ 12        ♡ 34

Top     Latest     People     Photos     Videos     News     Broadcasts

stop whipping up mobs and protests at people who disagree.  Because as it
stands, I've moved from being apathetic on the issue to being hostile.

💬 2        ↻         ♡ 3

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @rubblewoman
I am glad you see it.  Hopefully you will learn to be self-reflective and less
hysterical.  The first step is to learn to control your emotions a little bit.

💬         ↻ 1        ♡ 2

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @ShadeLiesHeavy @Roran_Stehl
You really can't sue them for a variety of reasons.  First, you would have to show
damage and that is very hard to prove.  For example, since GamerGate, my
company's game revenue has doubled.  SJWs could make the case that their
abuse actually helped me.

💬 1        ↻         ♡ 2

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @Roran_Stehl @ShadeLiesHeavy
Exactly.  What has happened now is that there's an anti-SJW backlash.  When an
outrage mob forms, one can simply bring attention to it and the mob gets push
back.

💬         ↻         ♡ 1

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @Roran_Stehl @ShadeLiesHeavy
The SJWs are outnumbered 50 to 1 in real life.  Step 1, developers have to stop
listening to them.  Step 2, everyone else needs to quit visiting their sites.  Step 3,
targets of SJW abuse must push back hard. Make SJW abuse known so others can
support the push back.

💬 1        ↻ 1        ♡ 4

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @ShadeLiesHeavy @Roran_Stehl
No.  He covered the Kotaku article.  He didn't do any new reporting.  He was
somewhat dishonest in implying that there was "strong evidence" (there are no
evidence) backing up the allegations.

💬 1        ↻         ♡ 1

**Brad Wardell** @draginol · Feb 20                               ⌄
Replying to @NuAngel
Thank you.  My point is, if I had a time machine, I wouldn't have made the joke. It
was a 2-second quip.  And in response, I've received about 3 death threats and
hundreds of vile insults in my mentions.  That's not a proportional response and
makes me less sympathetic to them.

💬          ↻          ♡

Brad Wardell @draginol · Feb 20

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · Feb 20
Replying to @ShadeLiesHeavy @Roran_Stehl
That is the opposite of my experience.  Making the abusers feel pain makes them stop.  They are completely unprepared when they get push back. It makes them stop and not do it again.

♡   ↻   ♡ 1

**Brad Wardell** @draginol · Feb 20
Replying to @ShadeLiesHeavy @Roran_Stehl
I have found ridicule and making sure that their abusive behavior is tied to their professional prospects.  If they want to attack our livelihood I'll make sure their antics are tied to their real world identity.

♡   ↻   ♡ 2

**Brad Wardell** @draginol · Feb 20
Replying to @cliffski @Roran_Stehl
You have taken a step towards where I am now.  In 2010, my studio was known for the Gamers Bill of Rights, a diverse engineering staff, a top-notch work environment and progressive game design goals.  But reality means nothing to SJWs.

♡ 2   ↻ 3   ♡ 13

**Brad Wardell** @draginol · Feb 20
Replying to @Roran_Stehl
This is why SJWs have to be crushed.  They destroy in order to make themselves feel better.  They are a plague on society.

♡ 1   ↻   ♡ 1

**Brad Wardell** @draginol · Feb 20
Replying to @NuAngel
Oh no.  I assure you, I was intending to offend. That is what mockery is.  I am referring to those of you who have chosen to sake that offense to a hysterical level.  A pro-noun joke does not justify death threats and the ensuring melodrama.

♡ 3   ↻   ♡ 1

**Brad Wardell** @draginol · Feb 20
Replying to @NuAngel @Stardock
And your solution is to walk on eggshells around them?  I was actively mocking them to be sure for sub-tweeting my friend while demanding to be called by a specific gender neutral pro-noun.

♡ 1   ↻   ♡ 3

**Brad Wardell** @draginol · Feb 20
Thank you for your nuance.

**Miodrag Kovachevic** @MDKII
Would like to apologize to Brad for referring to him by his job title, as it

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @MDKII
Thank you, my bigoted friend.

💬 1          ⟲          ♡ 6

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @NuAngel @Stardock
Again, I didn't see you in my mentions defending me from days of abuse.  Some
people in your mind deserve abuse and others should be totally shielded from
even the most gentle of mockery.  That's a form of bigotry.

💬 4          ⟲          ♡ 3

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @NuAngel @Stardock
I too am pleased you don't own any of our software. If I could keep hypocritical
bigots from using our software, I would but it's best if they self-select.

💬 2          ⟲          ♡ 4

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @MDKII
Hey, you're the idiot, you use whatever words you're able to grasp.

💬 1          ⟲          ♡ 6

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @MDKII
I don't think you know what a bigot is.  It involves bigotry for instance.

💬 1          ⟲ 1          ♡ 5

**Brad Wardell** @draginol · Feb 20                                               ⌄
XML can be heaven...or hell.  Today it is hell.

💬 6          ⟲ 2          ♡ 14

**Brad Wardell** @draginol · Feb 20                                               ⌄
I'm pretty sure things didn't work out the way the outrage mob thought it would.
At some point, people say "enough".

💬 2          ⟲ 7          ♡ 43

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @_JimmyBarr
Yes. But if you attack first, don't demand mercy because you're smaller.

💬 1          ⟲ 2          ♡ 13

**Brad Wardell** @draginol · Feb 20                                               ⌄
Replying to @Etherwinter
It won't be long until that becomes the understood truth.

It won't be long until that becomes the understood truth.

💬          🔁          ♡ 4

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



Are you proud of yourself? Do you think you've done a good job today?

💬 5          🔁 1          ♡ 29

 **Brad Wardell** @draginol · Feb 20                                     ⌄
Things learned in kindergarten: Don't take a swing at someone bigger than you.

💬 15          🔁 26          ♡ 156

 **Brad Wardell** @draginol · Feb 20                                     ⌄
Replying to @Jean_Stream
Social justice requires the blood of innocents to thrive. ;)

💬 1          🔁 1          ♡ 2

 **Brad Wardell** @draginol · Feb 20                                     ⌄
Companies may come and go but coffee cups are forever. #os2.



💬 2          🔁 2          ♡ 29

**Brad Wardell** @draginol · Feb 20



**Brad Wardell** @draginol · Feb 20
Replying to @StanClaas

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 20
Replying to @SummonableTrap @Grummz @ShasOFaiz
Internet tough-theys..

💬 1        ⟲        ♡ 12

**Brad Wardell** @draginol · Feb 20
Replying to @VTwinTyrant @Grummz
Yea. If OS/2 had won the battle we'd be in a very different place. I had to start over from scratch with Windows.

💬        ⟲        ♡ 2

**Brad Wardell** @draginol · Feb 20
Replying to @Tesla3D @kraftykoz @jordanbpeterson
Great book. People need real life challenges or they will invent them.

💬        ⟲        ♡ 3

**Brad Wardell** @draginol · Feb 20
Replying to @barlowd799
But Americans are a generous people. If people ask nicely they might get better results. Trying to demand it through abuse and coercion is a bad strategy.

💬 1        ⟲        ♡ 4

**Brad Wardell** @draginol · Feb 20
Replying to @LittleBabyRylee
I wrote this 10 years ago. You may enjoy it. forums.galciv2.com

💬        ⟲        ♡ 2

**Brad Wardell** @draginol · Feb 20
Replying to @TheYeefi
It says they're fragile.

💬 1        ⟲        ♡ 16

**Brad Wardell** @draginol · Feb 20
Replying to @Grummz
We make a very special class of app that no one else can make. We are able to inject our tech into other processes and change them. Even MS struggles with that.

💬 7        ⟲        ♡ 8

**Brad Wardell** @draginol · Feb 20
Replying to @LittleBabyRylee
It's not cold hearted. It's called normalizing. Your goal should be to confident enough in your ide tiny that you won't get hysterical if someone ribs you about demanding a specific pronoun.

💬        ⟲        ♡ 1



**Brad Wardell** @draginol · Feb 20
Replying to @LittleBabyRylee

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @stillgray
Yea. We aren't dealing with rational people.

💬 4    🔁 3    ♡ 27

**Brad Wardell** @draginol · Feb 20
Replying to @stillgray
Inclusion consultant? Is that like a wallet inspector?

💬 2    🔁 2    ♡ 14

**Brad Wardell** @draginol · Feb 20
Remember folks, these are the "good guys". Harassing people in the name of
social justice. twitter.com/shasofaiz/stat...

> This Tweet is unavailable.

💬 21    🔁 45    ♡ 150

**Brad Wardell** @draginol · Feb 20
Tell me more about decency.

**Satanás** 🏴 @aranhajerusalem
Replying to @draginol @condorscondor @Stardock
I see only one hysterical little bitch who doesn't have the decency to do the
bare minimum socially.

If someone wants to be called "x" and you intentionally go against that,...

💬 3    🔁 2    ♡ 22

**Brad Wardell** @draginol · Feb 20
Replying to @ZenOfDesign @orbitjuice and 4 others
That's not a very honest description of the exchange.

💬 1    🔁 1    ♡ 13

**Brad Wardell** @draginol · Feb 20
Replying to @Selenethoa
Thank you. After taking years of abuse from them I found the best way to stop
them is to make sure their abuse has consequences.

💬 2    🔁    ♡ 2

**Brad Wardell** @draginol · Feb 19
Replying to @Redshirt71 @stillgray
And it's lead developer is female. That must drive them nuts.

💬    🔁    ♡ 7

**Brad Wardell** @draginol · Feb 19
Replying to @ShasOFaiz @Jed05

Do you know the difference between real and make believe. The bee video was literally a company skit. I mean, sure three people were hospitalized and one of

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

Replying to @draginol @stillgray

If you read my tweet and replies from today, you can See each of the two camps (crazy/non-crazy) dealt with. You make sure they experience twice the pain they intended to inflict upon you.

💬 1      🔁 4      ♡ 20

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @draginol @stillgray

My mentions from the outrage brigade have tapered off as each has run away. Ridicule the crazies and make the consequences for continued harassment clear to the non-crazies.

💬 2      🔁 11      ♡ 63

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @stillgray

Never apologize to SJWs. Crush them. Completely.

💬 16      🔁 71      ♡ 273

**Brad Wardell** @draginol · Feb 19                                    ⌄
One problem I'm concerned with DX12 about is the amount of memory it allocates to store textures and such. It doesn't hurt performance but given how hard it is to increase VM size in Windows 10 we can't ignore it. I hope to have more on this soon.

💬        🔁        ♡ 13

**Brad Wardell** @draginol · Feb 19                                    ⌄
I wonder how many of these people watch Gilligans Isle and think "those poor people."

💬 2      🔁        ♡ 15

Show this thread

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @ShadeInTheFrst

Do you understand what a skit is? It's not real.

💬        🔁 1      ♡ 9

**Brad Wardell** @draginol · Feb 19                                    ⌄
The bee video for the gullible:



💬 4      🔁 2      ♡ 8

Show this thread

**Brad Wardell** @draginol · Feb 19

Top    Latest    People    Photos    Videos    News    Broadcasts

      ◯ 4    ↻ 2    ♡ 18

Show this thread

**Brad Wardell** @draginol · Feb 19      ⌄

Well, I think of myself more as icky or smelly than gross.

> **Francis Coulombe** @FrancisCoulombe
> Replying to @chasepettit @chetfaliszek @Stardock
>
> Whew. Brad Wardell seems pretty gross. I would not buy anything made by a company associated with him, and would warn anyone against applying to work for them as well.

      ◯ 8    ↻ 7    ♡ 51

**Brad Wardell** @draginol · Feb 19      ⌄

Replying to @stillgray

You assumed both his race and gender! You insensitive clod! He might, like most people, might identify as pineapple.

      ◯    ↻    ♡ 15

**Brad Wardell** @draginol · Feb 19      ⌄

Replying to @YPR715 @ks36848645 and 2 others

Not anymore. All digital.

      ◯ 1    ↻    ♡ 8

**Brad Wardell** @draginol · Feb 19      ⌄

Replying to @MrBalantine

Usually I provide the general overview of quests I need and set them loose. Or if it's lore, I'll give the. The general gist of it. Most good writers struggle realizing how unimaginative us boring people are.

      ◯    ↻    ♡ 2

**Brad Wardell** @draginol · Feb 19      ⌄

The problem with insisting someone lacks empathy is that if you're right, they won't care...

      ◯ 10    ↻ 8    ♡ 54

**Brad Wardell** @draginol · Feb 19      ⌄

Replying to @YPR715 @ks36848645 and 2 others

Well, future garbage in the case of groceries. Garbage has to come from somewhere.

      ◯ 1    ↻    ♡ 7

**Brad Wardell** @draginol · Feb 19      ⌄

Replying to @stillgray @cliffski @Spacekatgal

Brianna, he's a really good guy. You'd like him.

○ 2        ⊏⊐ 2        ♡ 30

**from:draginol since:2017-10-08 until:2018-04-24**

Top      Latest      People      Photos      Videos      News      Broadcasts

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DtoidJoel
I agree. Though when I was their age I was no better. Except I glombed on to
OS/2 as the cause and Windows as the villain. Ironically.

○ 1        ⊏⊐        ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @Sushi_Nao
Absolutely. Most of our writers are tortured souls.

○        ⊏⊐        ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DtoidJoel ·
Yea. It was a company skit. But people want something or someone to be against.
Once they find that person or thing they will seek new opportunities to be
outraged.

○ 1        ⊏⊐        ♡ 2

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @ks36848645 @YPR715 and 2 others
Because a SJWs are terrible, pathetic people?

○ 4        ⊏⊐        ♡ 17

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @GGTheMachine
And it's nonsense. Most studios are very tolerant. Very few are bigoted which is
what SJWs are.

○ 1        ⊏⊐        ♡ 2

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @jrb802
Yea, well I think we know why he got hired. He shares their ideology.

○        ⊏⊐        ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
18 core / 36 threads comes in handy when compiling.

○ 6        ⊏⊐        ♡ 17

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @Joshmedia @ZenOfDesign
I mostly stick with angel investing right now. I really enjoy mentoring.

○ 1        ⊏⊐        ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Tip for game designers: One of the best bang for the buck investments you can

make for your game is to hire a professional writer.

💬 12   🔁 17   ❤ 137

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @condorscondor @Stardock
That reminds me, this is our 25th anniversary.

💬 1        🔁           ❤ 2

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @BelgianBoolean
Hang on there buddy! We have "head days" where I work for people who need a
moment to collect. I sometimes think it's the price paid for being so creative.

💬          🔁           ❤ 1

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @Lain_P7
/me lowers head in shame. ;)

💬          🔁           ❤ 2

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @RobotParking @chetfaliszek and 3 others
Definitely.  They'll appreciate it.

💬          🔁           ❤ 4

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @RobotParking @chetfaliszek and 3 others
Fight on, brave brave warrior.

💬 1        🔁           ❤ 4

**Brad Wardell** @draginol · Feb 19                                      ⌄
In an age where notepad.exe uses over a megabyte of private memory, it's hard
to believe that the Amiga could multitask its own OS plus games/apps in 512K.

💬 3        🔁 6        ❤ 29

**Brad Wardell** @draginol · Feb 19                                      ⌄
Replying to @RobotParking @chetfaliszek and 3 others
Um, it's not Tuesday yet.

💬 2        🔁           ❤ 5

**Brad Wardell** @draginol · Feb 19                                      ⌄
Your game sales are largely a result of market size (genre) X hardware
requirements X marketing reach.  With enough data, you can generally predict
within a small % what your product will sell.

💬 3        🔁 3        ❤ 20

Show this thread

**Brad Wardell** @draginol · Feb 19                                      ⌄
And games that do manage to break out today can make many multiples their

And games that do manage to break out today can make many multiples their cost of course.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

it for $600,000.  So things have gotten a lot more expensive but the risk has also been reduced thanks to services like @steam_games , @humble and other digital platforms.

💬 3    🔁 4    ♡ 29

Show this thread

**Brad Wardell** @draginol · Feb 19
On the other hand, games can be reasonably predictable in revenue.  In the mid-market, the going budget today is about $6 million and you can generally expect to make between $8 million to $10 million fairly safely in the product's lifetime.

💬 1    🔁 4    ♡ 18

Show this thread

**Brad Wardell** @draginol · Feb 19
I'd say that new software is less predictable in revenue than new games but have much greater potential profitability.  My favorite Stardock app, DesktopX, was never as popular as Fences. You just never know.

💬 2    🔁 2    ♡ 11

Show this thread

**Brad Wardell** @draginol · Feb 19
Living in the games vs. PC software industries at the same time gives some perspective on relative profitability.  A small app like Start8 can outperform some pretty well known game titles. That said, since 2014, the Stardock games unit has more than doubled its annual revenue.

💬 2    🔁 10    ♡ 50

Show this thread

**Brad Wardell** @draginol · Feb 19
Replying to @RobotParking @chetfaliszek and 3 others
I don't think that word means what you think it means.

💬 1    🔁    ♡ 4

**Brad Wardell** @draginol · Feb 19
Replying to @badneighbor @stillgray
Exactly.  The guy was I literally Old Man Murray and he's tone policing me? What a hypocrite.

💬    🔁    ♡ 2

**Brad Wardell** @draginol · Feb 19
10 hour day.  4 hours doing powerpoint decks. 3 hours working on space ship components. 1 hour on Twitter causing trouble. 1 hour of meetings and 1 hour of fighting with Perforce.

💬 6    🔁 2    ♡ 16

**Brad Wardell** @draginol · Feb 19

 You would not be happy to see our revenue chart over the past few years I suspect. twitter.com/Xythar/status/...

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @RobotParking @chetfaliszek and 3 others

You do realize that if you're the one hearing the dog whistle, you're the dog right?

💬 2    🔁 1    ♡ 6

**Brad Wardell** @draginol · Feb 19                                                    ⌄

Replying to @YPR715 @condorscondor @Stardock

I get called a lot worse on a regular basis.  If you're that fragile, the Internet may not be for you.

💬 5    🔁 1    ♡ 37

**Brad Wardell** @draginol · Feb 19

So I'm at home now with my Razer. I definitely am preferring it to the model M keyboard.

💬    🔁    ♡ 3

**Brad Wardell** @draginol · Feb 19                                                    ⌄

Replying to @YPR715 @condorscondor @Stardock

No.  That is just your silly interpretation.

💬 1    🔁    ♡ 28

**Brad Wardell** @draginol · Feb 19                                                    ⌄

No.  Your obscure forum doesn't need double authentication.

💬 2    🔁 1    ♡ 19

**Brad Wardell** @draginol · Feb 19                                                    ⌄

Replying to @FourEcchiTasty @chasepettit @Stardock

I think you misunderstand the term then. urbandictionary.com/define.php?ter... SJW's are not your friends. They use you to feel good about themselves. Your friends are people who actually put in the work to create welcoming environments for people of all races, sexes, genders and ideologies.

💬 1    🔁    ♡ 3

**Brad Wardell** @draginol · Feb 19                                                    ⌄

Replying to @TheProloe

So...you don't see the irony of complaining about me doing the same thing?

💬 1    🔁    ♡ 2

**Brad Wardell** @draginol · Feb 19                                                    ⌄

Replying to @ardismeade @aSinister and 4 others

Oh I think it's very justifiable to tweak entitled people.  It was intended to be gentler than clearly some people took it but it was intended to be a bit cutting. If you are going to sic your followers on someone for calling you a "her" instead of "they" expect push back.

💬 2    🔁 3    ♡ 3



**Brad Wardell** @draginol · Feb 19
Replying to @arussellsaw @Helge129

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @ExiledVersion2 @aSinister @directhex

Feel free to update your profile.

♡ 1    ♡ 1    ♡ 4

**Brad Wardell** @draginol · Feb 19
Replying to @stillgray

Clearly, making a pro-noun joke is now "punching down" and thus requires righteous and total retribution towards the villain.

♡ 4    ♡ 1    ♡ 25

**Brad Wardell** @draginol · Feb 19
Replying to @ExiledVersion2 @aSinister @directhex

No, you just make up nonsense online from an anonymous Twitter account. You sir, are truly a hero.

♡ 1    ♡    ♡ 3

**Brad Wardell** @draginol · Feb 19
Replying to @arussellsaw @Helge129

I am not surprised that someone who calls people dickholes would not have a strong grasp of what is obnoxious.

♡ 1    ♡    ♡ 15

**Brad Wardell** @draginol · Feb 19
Replying to @shatteredsine @condorscondor and 2 others

Says guy who said "stardick".

♡    ♡    ♡ 5

**Brad Wardell** @draginol · Feb 19
Replying to @arussellsaw @Helge129

Well otherwise I'd need to reflect hard on my own life.  Remember, judge not yourself until you have judged others... Also, wasn't "seeking" anyone out. Just saw someone being obnoxious.

♡ 1    ♡    ♡ 9

**Brad Wardell** @draginol · Feb 19
Replying to @condorscondor @Stardock

Indeed.  And we had.  Until others decided to get hysterical about it.

♡ 4    ♡    ♡ 34

**Brad Wardell** @draginol · Feb 19
Replying to @Helge129 @arussellsaw

Well in Chet's case, it was "I am a good person because I believe X. Here is a bad person. Go get him!"

♡ 1    ♡    ♡ 15

**Brad Wardell** @draginol · Feb 19



Replying to @ardismeade @aSinister and 2 others

So has "it". Which was the point of the joke.

# from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

And of course Fallen Enchantress where the title character is a woman.

💬          ⟲          ♡ 7

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @TheProloe

I'll make sure my followers know not to buy anything from Arpeggio Games. Wouldn't want any unclean customers...

💬 3        ⟲ 7        ♡ 23

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @NicoHijiri @chetfaliszek @Stardock

As opposed to referring to individuals as a plural.

💬 7        ⟲ 3        ♡ 87

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @JHLillevik @chasepettit and 2 others

Indeed.

💬 2        ⟲          ♡ 14

**Brad Wardell** @draginol · Feb 19                                    ⌄

People looking to be offended will always find it. If you always assume the worst of other people, you will always find a reason to believe the worst of what they write.

💬 10        ⟲ 59        ♡ 139

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @chetfaliszek

Whatever value you may once have had is long since gone. You're obviously a nutter now.

💬 4        ⟲ 5        ♡ 47

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @chetfaliszek

You're an idiot. It was in regards to how They is used as gender neutral pro-noun but is typically referred to as a plural. I suggested "It" which is gender neutral. It was a tongue-in-cheek response and if you read the whole conversation you'd know that.

💬 2        ⟲ 5        ♡ 54

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @chetfaliszek

Such a rich charge coming from one of the most dishonest people I've encountered online. Seek help.

💬 2        ⟲ 8        ♡ 74

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @Supa_Kitsune
There's nothing wrong with being gay, non-binary, etc.  They are all part of the

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts

Replying to @Super_Babar @chetfaliszek
He was always a bit of a loser but yea, he's pretty much gone off the deep end at this point.

  Q         t⏎         ♡ 3

**Brad Wardell** @draginol · Feb 19                                    ⌄
It is important to always virtue signal.  Otherwise, people won't know how much you care.

  **Chet Faliszek** ✓ @chetfaliszek
  Life is hard, it is really hard for those who fall outside of
  societal norms and struggle with their identity in a way
  most of us just take for granted....

  Q 14        t⏎ 52        ♡ 261

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @ZenOfDesign @Joshmedia
When I co-founded Oxide, I didn't expect my co-founders to take a huge economic risk.  I needed their genius.  My part was to provide the capital and structure to let them do amazing things.

  Q 1         t⏎         ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @SpectorAlex
I shouldn't.  Just like I shouldn't get flak for suggesting anyone who wants to work here is welcome to send in a resume.

  Q         t⏎         ♡ 4

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @ZenOfDesign @Joshmedia
I didn't go full-time at Stardock until it was generating more income than what I could at a "regular" job.  Most entrepreneurs I know won't go beyond calculated risk-tasking.

  Q 2         t⏎         ♡ 2

**Brad Wardell** @draginol · Feb 19                                    ⌄
Ok my friends, I have to get some work done.  I will be back later. :)

  Q         t⏎         ♡ 4

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @draginol @DrPizza and 2 others
Comparing an actual journalist (say like Andrew C) to the typical freelancer is like comparing a SWAT team to a mall cop.  They both technically be in related fields but that's as far as it goes.

  Q         t⏎         ♡ 1



**Brad Wardell** @draginol · Feb 19                                    ⌄

from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @ArsVampyre
And specifically, people who say they want to ruin my career.

   💬 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @draginol @DrPizza and 2 others
And of course, now, sites like Polygon basically black list us along with a few other
notable ones.  So yea, I feel I'm pretty solid ground in saying much of the games
media is a political cesspool at this point. [end]

   💬 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @draginol @DrPizza and 2 others
Because the game at the time, Elemental, allowed male/female units in full parity
(even though we were a small studio and it was expensive) we actually benefited
from this bias and got a lot of nice coverage of it. [p3].

   💬 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @draginol @DrPizza and 2 others
When we got Impulse going, I started to visit more of these games sites and more
and more often it was with a freelancer who would ask if my game contained
"progressive" elements (whether it be characters, etc.). [p2]

   💬 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
I think that is an over-simplification.  I know what my motivations were in being
sympathetic and it had nothing to do with her even though I do think she's a
terrible person.

   💬            ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
There we disagree because it wasn't really about her.  I didn't even know about
(or care) GG until the "Gamers are Dead" coordination.  And since I used to get
transcripts of that private email list, I knew it was coordinated (now I get the slack
channel transcripts).

   💬 1          ⇄          ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Stardock Groupy: Lets you combine any window with any other on your desktop
as a tab just like you would do with your web browser.
stardock.com/products/groupy It's an absolute must-have.



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 2      ⇄ 4      ♡ 12

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
I have to agree here. Most of my career has not been in dealing with the games
media. It's night and day. I think, Peter, you are projecting your own integrity
onto venues that don't deserve your respect.

♡ 1      ⇄      ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
But that article WAS a prosecution. She literally took out of context snippets from
the court case and made them giant blow up quotes. You only learn much later
that the quote from taken from a "purity test" site that the plaintiff claimed I sent
her a link to (which I hadn't).

♡      ⇄      ♡

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
They're all biased.

♡      ⇄      ♡ 1

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
And that kind of thinking --- selective reporting without judgement, is why I have
been sympathetic with gamergate.  The gaming media is dying because no one
trusts it anymore. And for good reason.

♡ 1      ⇄      ♡ 2

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @DrPizza @TheMarkyX @directhex
I think journalists should cover court cases that are relevant to their users and do
so in a fair and honest way.  If you think the Kotaku coverage was remotely fair or
honest, Peter, then fuck off.

♡ 1      ⇄ 2      ♡ 5

**Brad Wardell** @draginol · Feb 19                                    ⌄

Replying to @DrPizza @directhex

See, that's your misconception. As someone who has been the target of years of

**from:draginol since:2017-10-08 until:2018-04-24**

Top      Latest      People      Photos      Videos      News      Broadcasts

**Brad Wardell** @draginol · Feb 19
Replying to @N7Kopper
Agreed. But knowing one from the other can be a challenge.

💬                    ⟲                    ♡ 6

**Brad Wardell** @draginol · Feb 19                                    ⌄
For many years I abided by the philosophy of "turn the other cheek" or "be the
bigger man". It was a huge mistake because it gave the wretched to defame
without consequence. I've had much more success with making sure they
understand the consequences of defamation.

💬 15              ⟲ 71              ♡ 201

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @3headeddingo
A good summary.

💬                    ⟲                    ♡ 6

**Brad Wardell** @draginol · Feb 19                                    ⌄
As @KurtSchlichter like to say. You won't like the new rules. SJWs have been
threatening people's livelihoods because over politics with impunity. Don't be
surprised when the targets decide to return the favor.

💬 5              ⟲ 34              ♡ 96

**Brad Wardell** @draginol · Feb 19                                    ⌄
That's right. If you are going to attack my livelihood or argue that everything I
post is representative of my employer then your employment is fair game.
twitter.com/directhex/stat...

| This Tweet is unavailable. |

💬 2              ⟲ 9              ♡ 40

**Brad Wardell** @draginol · Feb 19                                    ⌄
I don't recall anyone giving me flak for suggesting Zoe Quinn send me a resume
when she asked me for a job. pbs.twimg.com/media/CG_EySSW...

💬 5              ⟲ 8              ♡ 29

**Brad Wardell** @draginol · Feb 19                                    ⌄
Replying to @directhex
Literally nothing you said in that statement is true. I think I know some people
on the UK Build team at @msdev I wonder what they'd think of this behavior. I'll
have to ask.

💬 4              ⟲ 4              ♡ 13

**Brad Wardell** @draginol · Feb 19                                    ⌄
Repeating a lie doesn't make it true. twitter.com/directhex/stat...

| This Tweet is unavailable. |

💬 1    🔁 5    ♡ 22

💬 1    🔁 1    ♡ 8

 **Brad Wardell** @draginol · Feb 19                                              ⌄
This is what we call a lie. twitter.com/directhex/stat...

> This Tweet is unavailable.

💬 5    🔁 8    ♡ 27

**Brad Wardell** @draginol · Feb 19                                              ⌄
I find it endlessly amusing to read tweets by SJWs offended by something I've
written suggest that they pirate our software. Felonies in the name of social
justice.

💬 9    🔁 10    ♡ 47

**Brad Wardell** @draginol · Feb 19                                              ⌄
I am quite certain that gravity is stronger on Monday mornings.

💬 5    🔁 1    ♡ 19

**Brad Wardell** @draginol · Feb 19                                              ⌄
Replying to @scrowder
George Harrison was nearly killed in England due to a home invader.  Occupied
home invasions are a thing in the U.K. no thank you. I hear someone break into
my house I can defend myself.

💬      🔁      ♡ 6

**Brad Wardell** @draginol · Feb 19                                              ⌄
Replying to @stillgray
While #GamerGate started out as scandal about influence peddling, grew due to
the "gamers are dead" blitz it now acts as a counter to the various radicals who
are trying inject their ideologies into games.

💬 3    🔁 24    ♡ 58

**Brad Wardell** @draginol · Feb 19                                              ⌄
Replying to @stillgray
Ah. Charming.

💬 1    🔁      ♡ 7

**Brad Wardell** @draginol · Feb 19                                              ⌄
Replying to @stillgray
I'm blocked from whoever wrote that.

💬 5    🔁 1    ♡ 20

**Brad Wardell** @draginol · Feb 18                                              ⌄
What I've generally done is have the AI focus on offense mostly but provide just
enough defense to reduce the effectiveness of harassment attacks.  But On the
xenophobic civs I let them turtle.

♡ 6

**Brad Wardell** @draginol · Feb 18

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @stonehenge1992
Well, I find you pretty insensitive. I forgive you.

♡        ⊔        ♡

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @Ficshun @KurtSchlichter
Are you suggesting if the Mars rover discovered a 20 week old "cluster of cells" it
wouldn't be considered life? Btw, I'm pro choice. Just pointing out the hypocrisy.

♡ 1      ⊔        ♡

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @Dave_Cochran @elmyra
No, I'm pretty sure I do.

♡        ⊔        ♡ 2

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @Dave_Cochran @elmyra
I think we know the same guy. Gunther?

♡ 1      ⊔        ♡ 1

**Brad Wardell** @draginol · Feb 18                                    ⌄
GalCiv III really shines at 4K.



♡ 2      ⊔ 2      ♡ 8

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @KurtSchlichter
It's a shame you can't do a town hall with aborted children.

♡ 2      ⊔ 1      ♡ 3

**Brad Wardell** @draginol · Feb 18                                    ⌄
Replying to @USA_Resistance @SpryGuy @scalzi

People who support Nazis and the KKK are racist. Not agreeing with your radical ideology doesn't make one a Nazi or a member of the KKK.

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

◯ 10     �recycle     ♡ 15

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @Fireproof_Barry @EgalitariPoison
Yep. They will keep failing. Which is one reason I have guns. I don't trust the government to protect me or my family in an emergency.

◯ 1     �recycle     ♡

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @JBurtonXP
They're about as effective at stopping bullets as "Gun Free Zone" signs.

◯     �recycle     ♡ 8

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @everywhereist
In Detroit the police recommend arming yourself.

◯     �recycle     ♡

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @Fireproof_Barry @EgalitariPoison
That's an enforcement issue. The FBI had been contacted about this latest guy. They dropped the ball.

◯ 1     �recycle     ♡

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @Fireproof_Barry @EgalitariPoison
It's not a factor. Our gun violence per gun owner is trivial. Americans have always had a lot of guns. The difference now is we have a serious gang violence issue in our inner cities.

◯ 1     �recycle     ♡

**Brad Wardell** @draginol · Feb 17                                    ⌄
Replying to @Fireproof_Barry @EgalitariPoison
I already answered. Western European countries don't have our gang violence problem.

◯ 1     �recycle     ♡

**Brad Wardell** @draginol · Feb 16                                    ⌄
@eXplorminate Suggestion on your articles: Always name the author (don't just

 go by explorminate). Google won't use anonymous articles in their news feeds.
Learned this the hard way over the years from publishing Neowin.

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · Feb 16

A must read: pcgamer.com/how-game-sizes... @tyler_wilde



**How game sizes got so huge, and why they'll get even bigger**
It's the textures above all, and nothing is going to stop them.
pcgamer.com

 5    5    ♡ 18

**Brad Wardell** @draginol · Feb 16

Replying to @Fireproof_Barry @EgalitariPoison

A decent chunk of US inner cities are essentially run by narco based gangs. Until people look at who is committing the gun violence there will be no progress.

 2    ♡ 1

**Brad Wardell** @draginol · Feb 16

Replying to @mambomeyhe

That's my point. I could be persuaded to support those things if it could be shown to save lives.



**Brad Wardell** @draginol · Feb 15

Replying to @Offa_time

I like your ideas.

 ♡ 1

**Brad Wardell** @draginol · Feb 15

Did you know psychopath brains are identifiable via MRI?
newatlas.com/psychopath-bra... they're born this way.



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Inside the brains of psychopaths**
The public seems to be endlessly fascinated with understanding how psychopaths think. As scientists take MRI machines into prisons to scan t...
newatlas.com

💬 3      ↻ 4      ♡ 10

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @redlianak
You have no choice.

💬 1      ↻          ♡ 1

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @BoraxCross @oldgamingdemon
That number was thoroughly debunked. It's just the number of cases where a firearm was discharged on school property.

💬        ↻          ♡ 2

**Brad Wardell** @draginol · Feb 15                                ⌄
Ok I am All ASSERTED out.  Ow go check out the Steam lunar sale and buy some games! store.steampowered.com/search/?term=S...

💬        ↻          ♡ 2

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @Saami_reindeer @joanwalsh
You should totally get some senator to propose that.

💬        ↻ 1        ♡ 4

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @robertmclaws
For about 300,000 years at least.

💬 1      ↻          ♡ 1

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @Testosticles @ScottInSC_
I have only 7 fingers left.

💬        ↻          ♡ 5

**Brad Wardell** @draginol · Feb 15                                ⌄
Replying to @EgalitariPoison
Sure.  But like I said, I can print them out on my 3D printer.  But I also support requiring training and gun transfers through a certified dealer.

💬        ↻          ♡ 1

**Brad Wardell** @draginol · Feb 15                                ⌄

Replying to @EgalitariPoison

This is my shotgun of choice.  Far more lethal than an AR15.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Feb 15

Release with debugging vs. compiling w full debugging has saved me countless development hours.

♡ 7

**Brad Wardell** @draginol · Feb 15

Replying to @EgalitariPoison

I just showed that the gun homicide rate in the US is very low for the Western Hemisphere. I showed there is no relation to guns per capital and gun homicide rate. And I suggested we allow teachers to carry guns.

**Brad Wardell** @draginol · Feb 15

@KurtSchlichter Wednesday: isn't North Korea great? Thursday: we need to confiscate guns.

**Brad Wardell** @draginol · Feb 15

Replying to @EgalitariPoison

Yes. Let me help you.



**Brad Wardell** @draginol · Feb 15

Replying to @EgalitariPoison

There is no evidence to support that. Look at the nations of the Western Hemisphere which have strong gun control laws.

**Brad Wardell** @draginol · Feb 15

Replying to @EgalitariPoison

But doing something is better than nothing.

♡ 1                 ↻                 ♡ 1

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 1                 ↻                 ♡ 1

**Brad Wardell** @draginol · Feb 15                                          ⌄
Replying to @Ermdog24
I actually bought them in the unlikely event there was a natural disaster that
resulted in an extended period without power or civil order.

♡ 1                 ↻                 ♡ 1

**Brad Wardell** @draginol · Feb 15                                          ⌄
Replying to @Ermdog24
I bet 12 million people in Europe wish they had had guns before their
governments rounded them up for extermination.

♡ 1                 ↻                 ♡

**Brad Wardell** @draginol · Feb 15                                          ⌄
Replying to @Ermdog24 @DeplorableSheep
You know nothing on this topic. You don't know the difference between semi auto
and auto or even the percentages.

♡ 1                 ↻                 ♡

**Brad Wardell** @draginol · Feb 15                                          ⌄
Replying to @Ermdog24
I have a number of semi automatic weapons. Sig 556. AR15. ACR. Plus a couple
hunting rifles that are a semi automatic. Most hand guns are semi automatic.

♡ 2                 ↻                 ♡

**Brad Wardell** @draginol · Feb 15                                          ⌄
Watching how long a wait Tesla Superchargers deal w for the local inspector to
show up to approve enabling one makes it clear no one will be competing any
time soon w tesla.

♡ 2                 ↻                 ♡ 2

Show this thread

**Brad Wardell** @draginol · Feb 15                                          ⌄
Truth be known, about 70% of my friends are pretty far left.  I empathize with
their views. But I also live in the world of data collection and often unmoved by
their passion.

♡ 5                 ↻ 1                ♡ 20

**Brad Wardell** @draginol · Feb 15                                          ⌄
Replying to @BoraxCross
And yet those same advocates oppose sealing the borders.

♡ 2                 ↻                 ♡ 2

**Brad Wardell** @draginol · Feb 15                                          ⌄
The funny thing is that I'd support required training to own a gun and purchases

only through certified dealers. But would it save lives or just go directly to a new set of demands?

## from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

♡ 5          ↻          ♡ 7

**Brad Wardell** @draginol · Feb 15                                         ⌄
Diets and programming don't mix. Working on an asynchronous diplomacy AI system that procedurally generates the Success tests (instead of me hard coding them). Sugar is life.

♡ 2          ↻          ♡ 11

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @StefanMolyneux
Have they spoken a Latin based language?

♡ 1          ↻ 4          ♡ 17

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @chetfaliszek @cliffski
I think you're just delusional.  No one would go after you for libel Chet because there'd be no damage.  Any competent attorney would tell you that. Your issue was that you used to pretend to be speaking on behalf of Valve on forums which was a problem.

♡ 1          ↻          ♡

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @chetfaliszek @cliffski
No one cares about you, Chet.  No one cared about you 10+ years ago either except for your habit of pretending to speak on behalf of Valve, which, as noted, you stopped doing after.

♡          ↻          ♡

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @chetfaliszek @cliffski
Lol.  Let's see, step 1, you say something stupid on QT3, step 2, I make a comment on it on my bog. step 3, you throw a temper tantrum libeling my company. step 4, you get a call from the lawyer reminding you to knock it off since you were representing yourself as Valve.

♡ 1          ↻          ♡

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @DanStapleton
You may recall I didn't vote for Trump.  Why are you being so nasty to me btw?  If you can't be civil, go away.

♡          ↻          ♡ 1

**Brad Wardell** @draginol · Feb 15                                         ⌄
Replying to @DanStapleton
Well, you may want to find a different strategy.  Insulting people isn't very persuasive. And I'm fairly middle of the road compared to most Americans. There's a whole world outside the Bay area to convince.

💬 2    🔁    ♡ 1

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 1    🔁    ♡

**Brad Wardell** @draginol · Feb 15    ⌄
Replying to @DanStapleton
The Wiki I sent you earlier showed that the homicide rate per gun in the US is trivial. We had hundreds of millions of guns in the US.

Look, Dan, if you feel so strongly on this, then others like you should organize and get an amendment passed. I don't agree with you.

💬 1    🔁    ♡

**Brad Wardell** @draginol · Feb 15    ⌄
Replying to @DanStapleton
flemishpeaceinstitute.eu/6700-deaths-fi... 6,700 gun deaths in the EU PER YEAR. en.wikipedia.org/wiki/List_of_c... 682 in France.

💬 1    🔁    ♡ 1

**Brad Wardell** @draginol · Feb 15    ⌄
Replying to @MikeMayoral @Supa_Kitsune
Billions? opensecrets.org/orgs/totals.ph... Try about $20 million since 1990. The reason you keep losing the debate is most Americans support the second amendment.

    **National Rifle Assn: Total Contributions**
    opensecrets.org

💬 4    🔁    ♡ 1

**Brad Wardell** @draginol · Feb 15    ⌄
Replying to @DrPizza @chetfaliszek @cliffski
Which I have no problem with. If there is popular support for making them illegal, then organizing to get a constitutional amendment made should be doable. Even the temperance movement managed to get their amendment passed.

💬    🔁    ♡ 1

**Brad Wardell** @draginol · Feb 15    ⌄
Replying to @chetfaliszek @cliffski
What's pointless and empty are people who make appeals to emotion rather than relying on facts. Since you are the one who wants change, the onus is on you to persuade those who don't agree with you.

💬 1    🔁    ♡

**Brad Wardell** @draginol · Feb 15    ⌄
If you want to persuade people to support your cause, the first step is to not be

an asshole to those who don't fully embrace your world view.

♡ 2     ⟲ 5     ♡ 38

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

your point of view.

♡ 1     ⟲

**Brad Wardell** @draginol · Feb 15                                    ⌄
Replying to @EvolveTom @DanStapleton

That is true but look closely at the data.  We have 693 deaths total but look at the demographics break-down.  Presuming one isn't racist and thinks blacks are predisposed to violence, one can conclude that gang violence must be a major cause their demographic being the majority.

♡ 1     ⟲     ♡

**Brad Wardell** @draginol · Feb 15                                    ⌄
Replying to @EvolveTom @DanStapleton

Here are the actual numbers. In a typical year, 693 children (under age of 18) die a year due to gun violence.  Any *honest* debate on guns needs to keep some semblance of perspective on these facts.

TABLE 1 Average Annual Fatal and Nonfatal Child Firearm Injuries and Rates by Sex, Age Group, Race, and Ethnicity, United States, 2012–2014

| | Fatal Firearm Injuries, N (%) | | | | Rate per 100000[a] | | | |
|---|---|---|---|---|---|---|---|---|
| | All[b] | Homicide | Suicide[c] | Unintentional | All[b] | Homicide | Suicide | Unintentional |
| **Total** | 1297 (100.0) | 653 (100.0) | 452 (100.0) | 82 (100.0) | 1.76 | 0.94 | 1.48 | 0.11 |
| **Sex** | | | | | | | | |
| Boys | 1067 (82.3) | 550 (70.4) | 421 (85.4) | 69 (84.1) | 2.84 | 1.48 | 2.48 | 0.18 |
| Girls | 230 (17.7) | 143 (20.9) | 72 (14.6) | 13 (15.9) | 0.64 | 0.40 | 0.44 | 0.04 |
| **Age group** | | | | | | | | |
| 0–12 | 229 (17.7) | 150 (21.7) | 24[d] (4.9) | 50 (62.6) | 0.43 | 0.28 | 0.19 | 0.09 |
| 13–17 | 1068 (82.3) | 543 (78.3) | 469 (95.1) | 32 (39.4) | 5.11 | 2.60 | 2.25 | 0.15 |
| **Race and ethnicity[e]** | | | | | | | | |
| White | 501 (46.3) | 141 (20.5) | 404 (81.9) | 45 (54.5) | 1.50 | 0.55 | 2.18 | 0.11 |
| African American | 457 (35.2) | 389 (56.1) | 31 (6.3) | 20 (31.7) | 4.10 | 3.49 | 0.62 | 0.23 |
| Hispanic | 204 (15.7) | 148 (21.4) | 41 (8.3) | 9 (11.0) | 1.15 | 0.83 | 0.55 | 0.05 |
| American Indian | 16 (1.2) | 7 (1.0) | 7 (1.4) | 2 (2.4) | 2.15 | — | 2.13 | — |
| Asian American | 15 (1.2) | 7 (1.0) | 8 (1.6) | <1 (<1.0) | 0.59 | 0.18 | 0.44 | — |
| | Nonfatal Firearm Injuries, n (%) | | | | Rate per 100000[a] | | | |
| | All[b] | Assault | Self-Harm | Unintentional | All[b] | Assault | Self-Harm | Unintentional |
| **Total** | 5790 (100.0) | 4102 (100.0) | 170 (100.0) | 1244 (100.0) | 7.86 | 5.57 | 0 | 1.68 |
| **Sex** | | | | | | | | |
| Boys | 4850 (83.8) | 3464 (84.5) | 158 (92.9) | 1012 (81.3) | 12.89 | 9.21 | 0 | 2.69 |
| Girls | 940 (16.2) | 637 (15.5) | 12 (7.1) | 245 (18.7) | 2.61 | 1.77 | 0 | — |
| **Age group** | | | | | | | | |
| 0–12 | 684 (11.9) | 379 (9.9) | — | 302 (30.7) | 1.50 | | 0 | |
| 13–17 | 5108 (88.2) | 3835 (93.2) | 170 (100.0) | 802 (69.3) | 24.45 | 18.30 | 0 | 4.18 |

National Vital Statistics System (fatal firearm injuries), NEISS (nonfatal injuries). All estimated injuries reported represent annualized (averaged) numbers. Hence, they may not sum to total because of rounding.
[a] Rates are considered unreliable when the table is calculated with a numerator of 20 or fewer cases (for the 3 years 2012–2014). Unreliable rates are suppressed.
[b] In addition to the firearm-related deaths classified as homicide, suicide, and unintentional, the count for all firearm-related deaths includes those deaths classified as undetermined and legal intervention.
[c] Rates per 100 000 for firearm suicide deaths are calculated by using population estimates for persons 10 years of age and older. Suicide deaths of persons 10 years of age and younger that are reflect only 0 deaths of persons aged 10 years and older. At 1 child under the age of 10 who died by firearm suicide across all years represented.
[d] All race/ethnicity groups are non-Hispanic other than "Hispanic," which includes persons of any race with Hispanic ethnicity indicated.
[e] In addition to the nonfatal firearm injuries classified as assault, self-harm, and unintentional, the count for all nonfatal firearm injuries includes those injuries classified as undetermined and legal intervention.

♡ 2     ⟲     ♡

**Brad Wardell** @draginol · Feb 15                                    ⌄
Replying to @DanStapleton @Logun0 @cliffski

To buy a handgun you have to get a permit. And handguns are the cause of most homicides.   But I thought you were arguing for getting rid of guns, not finding safety features.

♡ 1     ⟲     ♡

**Brad Wardell** @draginol · Feb 15                                    ⌄

Strategy games have beefy requirements but mostly from memory and CPU rather than GPU.

**Galactic Civilizations III: Map Sizes and Memory**
One of the biggest challenges we have faced in

developing Galactic Civilizations III has been map sizes and the memory they require.

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

Replying to @Logun0 @cliffski @DanStapleton

So step 1, be an island?  Seriously.  If people could stop being so emotional on this issue and look into the what and why, you could have constructive discussions.

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton @cliffski @Logun0

Car drivers are not.  And over 3,000 people die a day in auto accidents.  Life is a trade off between risk and liberty.

♡ 1        ♡ 2

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton @Logun0

What's yours?  Why won't you fight for helmets? Quit being an ass, Dan.

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton

No.  I'm going to argue that most of our gun crime is related to gang violence because it is. And we could save a lot of lives if we stopped importing it from central american via our insecure borders.

♡ 1        ♡ 1

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton @Logun0

So what is your measurement for success?  If an activity causes 10 deaths per year should it be outlawed? How about 1,000? Should we ban bathtubs too? Make it illegal to install them in new housing.

♡ 1        ♡ 1

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton @cliffski @Logun0

No.  I'm suggesting that people like you think our liberties are up for trade if it saves a single life.

♡ 1        ♡ 1

**Brad Wardell** @draginol · Feb 15
Replying to @DanStapleton

I am staying on topic.  You seem to think that taking away guns is the solution through a constitutional amendment.  It's people like me you would have to persuade.  Being rude is not persuasive.



# from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

---

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @DanStapleton @Logun0
Let's turn it around.  What is your number?  What is maximum number of deaths
due to an action before you demand the government restrict all our rights?

💬 1          ⟲                ♡ 1

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @DanStapleton
And en.wikipedia.org/wiki/List_of_c.... I presume you support securing our
southern border..

💬 1          ⟲                ♡ 2

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @mattscallan @DanStapleton
There is a term for that style of government.  And concern that you might one
day get your wish is why many Americans support the second amendment.

💬 1          ⟲                ♡

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @Logun0 @DanStapleton
If we're going to talk about ignorance, let's get some actual numbers on the table.
How many children each year die due to guns?  I presume it must be tens of
thousands or hundreds of thousands a year if we're demanding constitutional
amendments.

💬 3          ⟲                ♡

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @cliffski
Indeed.  Right now, GalCiv III has less than 60% on recent reviews.  It's dominated
by people who either don't like 4X games or are abusing the Steam review system
to lobby for a feature they want.

💬          ⟲                ♡ 1

**Brad Wardell** @draginol · Feb 15                                        ⌄
Replying to @BradChacos @LeifJohnson
Indeed. I mean that Apple shipped a product with this issue is..unbelieveable!

💬 1          ⟲                ♡ 1

**Brad Wardell** @draginol · Feb 15                                        ⌄
WhoHahahahah!






## from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

**Windows 10 is adding an Ultimate Performance mode for pros**
When you're creating 3D models or otherwise running intensive tasks, you want to wring every ounce of performance out of your PC as possible. It's a
engadget.com

💬 7          ⟳ 1          ♡ 7



**Brad Wardell** @draginol · Feb 15                    ⌄
If you genuinely believe that gun confiscation is the will of the people then get together and pass a constitutional amendment. Otherwise you're just virtue signaling.

💬 9          ⟳ 8          ♡ 41



**Brad Wardell** @draginol · Feb 15                    ⌄
Replying to @cliffski
Where can you buy automatic weapons? Asking for a friend..

💬 1          ⟳          ♡ 1



**Brad Wardell** @draginol · Feb 14                    ⌄
@RyanOttley thank you so much for the past decade+ of joy you've brought to so many people. This last issue was a wonderful tribute.

💬          ⟳          ♡ 1



**Brad Wardell** @draginol · Feb 14                    ⌄
It's happening! @RyanOttley



♡ 1 ⟳ 1 ♡ 6

**from:draginol since:2017-10-08 until:2018-04-24**

Top | Latest | People | Photos | Videos | News | Broadcasts

♡ 1 ⟳ ♡ 2

**Brad Wardell** @draginol · Feb 13 ⌄
Replying to @SpryGuy @TokyoDan
I think you failed your self-awareness roll again.

♡ 1 ⟳ ♡ 3

**Brad Wardell** @draginol · Feb 13 ⌄
I knew I recognized Kim Yo-jong from somewhere...



♡ 11 ⟳ 39 ♡ 185

**Brad Wardell** @draginol · Feb 13 ⌄
I remember having to put out a patch for The Political Machine 2016 because
Trump was winning most of the simulated elections vs. Hillary. We assumed it was
a bug. politicalmachine.com

♡ 5 ⟳ 6 ♡ 31

**Brad Wardell** @draginol · Feb 13 ⌄
Strange new worlds...#starcontrol. You can keep up with its daily development
progress on the Discord server: discord.gg/8x3ug43

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 3    ♡ 3    ♡ 11

Show this thread

**Brad Wardell** @draginol · Feb 13

Replying to @stillgray @scalzi

Clearly it's because you must be a racist too! They're everywhere!

♡ 2    ♡    ♡ 3

**Brad Wardell** @draginol · Feb 13

Aww man, now I have to change the tilt of Uranus. We already have Triton (Neptune) spinning backwards. youtu.be/chmr7v5R5fo #starcontrol

♡ 3    ♡    ♡ 1

**Brad Wardell** @draginol · Feb 13

I love the performance of DirectX 12...I don't love the lack of documentation.

♡    ♡    ♡ 6

**Brad Wardell** @draginol · Feb 13

Replying to @SpryGuy @scalzi

Because I don't think they're racists or bigots. I think you're filled with hatred for those who don't share your politics and see racism and bigotry where none exists.

♡ 2    ♡    ♡ 25

**Brad Wardell** @draginol · Feb 13

Replying to @SpryGuy @scalzi

Which I suspect describes most people who are to the right of you.

♡ 1    ♡    ♡ 12

**Brad Wardell** @draginol · Feb 13

Replying to @SpryGuy @scalzi

So you just normally refer to people as "pieces of shit" as part of your daily interaction with people?

♡ 1    ♡    ♡ 10

**Brad Wardell** @draginol · Feb 13

Replying to @SpryGuy @scalzi

Yes, the hate-filled guy calling people "pieces of shit" and seeing racism everywhere is the one to listen to for sure.

♡ 2    ♡    ♡ 13



**Brad Wardell** @draginol · Feb 13

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



**Brad Wardell** @draginol · Feb 13
Replying to @TheWesterFront @ebbalj @alexbricca
I really need to get out there to visit you guys (or vice versa).  When the weather is warmer!

  1



**Brad Wardell** @draginol · Feb 12
It's not like the ad at all! youtube.com/watch?v=BRWvfM... IT IS NOT LIKE THE AD!!!

 5    1    9

**Brad Wardell** @draginol · Feb 12
This is my world now.



7    1    16

**Brad Wardell** @draginol · Feb 12
The very last issue of Invincible is this week...@RyanOttley greatest super hero comic ever!

 1    3

**Brad Wardell** @draginol · Feb 12
Replying to @JohnnyCiocca
One example yes. Policy based on race is racism by definition. That doesn't count various personal incidents related to the area I grew up.

 1    8

**Brad Wardell** @draginol · Feb 12

Replying to @JohnnyCiocca
Speak for yourself

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 21   🔁 25   ♡ 104

**Brad Wardell** @draginol · Feb 12
C++ is getting weirder every year. auto&&? In my day, && was a logical AND and we liked it!

💬 13   🔁 1   ♡ 31

**Brad Wardell** @draginol · Feb 11
This matters because CPUs haven't really gotten "faster", we just added more of them and call them "cores". Software that uses those cores can be multiple times faster.

💬 1   🔁   ♡ 13

Show this thread

**Brad Wardell** @draginol · Feb 11
What makes @OxideGames Nitrous so powerful is that it automatically can dissemble a task, send it out to your CPU cores and reassemble it in the right order without a task scheduler.

💬 4   🔁 2   ♡ 24

Show this thread

**Brad Wardell** @draginol · Feb 11
Replying to @RoyCalbeck
Pointers literally "point" to a particular physical memory address. A handle is an abstraction that you send to your software engine to get access to an object. You have to abstract things to make things thread safe efficiently.

💬 1   🔁   ♡ 2

**Brad Wardell** @draginol · Feb 11
Need to get developers to move away from pointers over to handles.

💬 2   🔁   ♡ 7

**Brad Wardell** @draginol · Feb 11
Replying to @AsaTJ
You should see what happens if you google my name. Google search employee with axe to grind.

💬 1   🔁   ♡ 2

**Brad Wardell** @draginol · Feb 11
If CNN had been around in 1938 they'd be doing adoring profiles on Eva Braun.



**CNN** ✔ @CNN
Kim Jong Un's sister is stealing the show at the Winter Olympics cnn.it/2nW0eKA

○ 6    ⇄ 13    ♡ 49

**from:draginol since:2017-10-08 until:2018-04-24**

Top      Latest      People      Photos      Videos      News      Broadcasts

**Brad Wardell** @draginol · Feb 10                                        ⌄
Press asked me for my opinion on @googleresearch and the case with
@JamesADamore.  I pointed them to my own experience with their employees
using their knowledge to mete out social justice.
littletinyfrogs.com/article/484899…

○ 1    ⇄ 8    ♡ 23

**Brad Wardell** @draginol · Feb 10                                        ⌄
Replying to @cliffski
I've used intel inspector, various home grown tools. Heap allocation is fine but
image and private data are the devil.

○      ⇄      ♡ 2

**Brad Wardell** @draginol · Feb 10                                        ⌄
Replying to @Grummz
As a reminder…

**Brad Wardell** @draginol
The correlation between someone being an ass on Twitter and their profile
listing their pro-nouns is about 1.

○ 2    ⇄ 5    ♡ 30

**Brad Wardell** @draginol · Feb 9                                         ⌄
If people could move beyond instant emotional gratification and understand
cause and effect we could have some genuine conversation on a wide range of
topics.

○ 7    ⇄ 13    ♡ 63

**Brad Wardell** @draginol · Feb 9                                         ⌄
Interacting with people on Twitter is often an exercise in trying to keep the kiddie
gloves on.

○ 4    ⇄ 1    ♡ 28

**Brad Wardell** @draginol · Feb 9                                         ⌄
Replying to @scalzi
Which you appear to apply without substantiation or reason.

○ 5    ⇄ 1    ♡ 53

**Brad Wardell** @draginol · Feb 9                                         ⌄
Replying to @scalzi
Or vice versa. But I think we cheapen the racist charge by applying it so
capriciously.

○ 3    ⇄ 1    ♡ 56

**Brad Wardell** @draginol · Feb 9                                         ⌄
Replying to @scalzi

Replying to @scoli.
If you think Tucker Carlson is racist you've set the bar so low as to be meaningless.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 5          �u1          ♡ 2

**Brad Wardell** @draginol · Feb 7                                                    ⌄
Every time I wear my "powered by little tiny ants" I think of @Scobleizer.

💬 2          ↑↓          ♡ 4

Show this thread

**Brad Wardell** @draginol · Feb 7                                                    ⌄
Regarding twitter.com/draginol/statu... it's interesting that they list certain issues as "left" and "right".  I'm pro-choice, pro-free market, agnostic, pro-immigration control, pro-minority rights but I'm not sure I would call myself libertarian per-se and I'm not a moderate.



**Brad Wardell** @draginol
This will no doubt surprise my friends on the left and right. ;)

💬 5          ↑↓ 1          ♡ 6

**Brad Wardell** @draginol · Feb 7                                                    ⌄
This will no doubt surprise my friends on the left and right. ;)



**Brad Wardell** shared a link.
Just now · IDR Labs · 👥

Based on your lifestyle, social scientists would predict that your political views are

**Genuinely in the Middle**

| THE LEFT | | THE RIGHT |
|---|---|---|
| Social Rights | | Property Rights |
| Personal Fulfillment | | Self-Reliance |
| Gun Control | | Right to Bear Arms |
| Minority Rights | | Immigration Control |
| Public Investments | | Free Markets |
| Foreign Policy Doves | | Foreign Policy Hawks |
| Pro-Choice | | Pro-Life |
| Tax Increases | | Tax Cuts |
| Participatory Democracy | | Limited Government |
| Nurture and Forgiveness | | Rewards and Punishments |

💬 16          ↑↓ 10          ♡ 44

**Brad Wardell** @draginol · Feb 6                                                    ⌄
Replying to @stillgray
What is this alleged "bigotry"?  You will occasionally see leftists shriek that I once asked how they would like it if I started firing left-wingers at Stardock. The mere suggestion of it sent them into a rage.

💬 18          ↑↓ 27          ♡ 140

**Brad Wardell** @draginol · Feb 6                                                    ⌄



Replying to @SGBulletins
Most independent studios go through different publishers per title. We love

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @Grummz
It blocked me too.

💬 1    🔁    ♡ 7

**Brad Wardell** @draginol · Feb 5                                    ⌄
Replying to @Grummz
Remember:

**Brad Wardell** @draginol
The correlation between someone being an ass on Twitter and their profile
listing their pro-nouns is about 1.

💬 1    🔁 6    ♡ 45

**Brad Wardell** @draginol · Feb 5                                    ⌄
Replying to @spoony_panda @Sy1K1
We just finished recruiting in that area.

💬 1    🔁    ♡ 4

**Brad Wardell** @draginol · Feb 5                                    ⌄
The correlation between someone being an ass on Twitter and their profile listing
their pro-nouns is about 1.

💬 12    🔁 75    ♡ 252

**Brad Wardell** @draginol · Feb 3                                    ⌄
Speaking of kudos. I've been evangelizing @onedrive to colleagues as it has really
turned the corner this past year. Especially when mixed with @Office 2016.

💬 3    🔁 2    ♡ 5

**Brad Wardell** @draginol · Feb 3                                    ⌄
The @VisualStudio team deserves all the kudos. Like, ALL of them.

💬 1    🔁 1    ♡ 4

**Brad Wardell** @draginol · Feb 3                                    ⌄
Ints, floats, same difference...

💬 6    🔁 1    ♡ 13

**Brad Wardell** @draginol · Feb 3                                    ⌄
The Earth isn't long for this world...

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · Feb 3

With the benefit of hindsight, it was a mistake to declare war on the Drengin Empire.



💬 4        ⟲        ♡ 11



**Brad Wardell** @draginol · Feb 3

A major update to Galactic Civilizations III is coming out next week!  galciv3.com.



💬 6        ⟲ 4        ♡ 21



**Brad Wardell** @draginol · Feb 2

Replying to @SenJohnMcCain

Maybe the FBI should stop engaging in partisan politics then.

💬 1     🔁 2     ♡ 29

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

Good morning! What shall we discuss today?

💬 18     🔁 1     ♡ 10

**Brad Wardell** @draginol · Jan 31
Google Earth is very humbling.

💬 1     🔁     ♡ 11

**Brad Wardell** @draginol · Jan 31
Replying to @GameJournoLit @BevinWarren @redlianak
She's been at Stardock I think 17 years now.

💬 1     🔁 1     ♡ 12

**Brad Wardell** @draginol · Jan 31
Replying to @BevinWarren @redlianak
The lead developer of Galacitc Civilizations is a woman.

💬 4     🔁 4     ♡ 27

**Brad Wardell** @draginol · Jan 31
The Gamers Bill of Rights over @Stardock



💬 16     🔁 100     ♡ 203

**Brad Wardell** @draginol · Jan 30
Replying to @stillgray

Yea she even let's my wife and I sleep in her bed.

💬 1          🔁          ❤️ 7

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

💬          🔁          ❤️ 2

**Brad Wardell** @draginol · Jan 30                                    ⌄
Damn dog tricked me again. Doesn't she realize I'm twice as smart as her?

💬 4          🔁          ❤️ 11

**Brad Wardell** @draginol · Jan 29                                    ⌄
If you use the Steam review system to punish developers for not implementing a
feature you want, don't expect those same developers to pay attention to your
forum posts.

💬 5          🔁 3          ❤️ 38

**Brad Wardell** @draginol · Jan 28                                    ⌄
I will now talk about how games get featured on my channel for just over...
youtu.be/4pRDRCorx14 via @Totalbiscuit

💬 1          🔁          ❤️ 5

**Brad Wardell** @draginol · Jan 28                                    ⌄
Biggest mistake indies commit: not taking marketing seriously. Look at how much
you spend on developing your product. Compare it to your marketing spend.

💬 4          🔁 6          ❤️ 32

**Brad Wardell** @draginol · Jan 27                                    ⌄
Replying to @dasCameo1 @redlianak
So what you're saying is women have to be disagreeable to be successful...

💬 1          🔁          ❤️ 4

**Brad Wardell** @draginol · Jan 27                                    ⌄
Replying to @redlianak
He doesn't say that.

💬 2          🔁          ❤️ 16

**Brad Wardell** @draginol · Jan 25                                    ⌄
BTW, if you don't think you'd use Groupy, I'm telling you, it's super compelling.
Eventually this is how Windows will work. It's free to download and try.



**Groupy: Tabs for Windows**
Groupy enables you to drag and drop application
windows together to group them together under a
common tabbed interface.

stardock.com

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



**Brad Wardell** @draginol · Jan 25

So quick example of this.



🗨 1          ⇄          ♡ 2

Show this thread



**Brad Wardell** @draginol · Jan 25

Here's another example of Groupy in action. Combining various apps together into one.  stardock.com/products/groupy



🗨 1          ⇄ 1          ♡ 2



**Brad Wardell** @draginol · Jan 25

Sets may be gone...but Groupy lives on.  Combine any window with any other window.  Example combining Skype + Discord + Slack together.  Get it at stardock.com/products/groupy.



**from:draginol since:2017-10-08 until:2018-04-24**

| Top | Latest | People | Photos | Videos | News | Broadcasts |

💬 1    🔁 7    ♡ 9

Show this thread

**Brad Wardell** @draginol · Jan 24    ⌄
Galactic Civilizations III: Intrigue - Announcement Trailer

💬 1    🔁 3    ♡ 2

**Brad Wardell** @draginol · Jan 24    ⌄
Replying to @EscapeVelo
He is welcome to fund one.

💬 3    🔁    ♡ 4

**Brad Wardell** @draginol · Jan 24    ⌄
Replying to @cliffski
I've always regretted not being more involved in our industry.  But I might just have grass is greener on the other side syndrome.

💬    🔁    ♡ 3

**Brad Wardell** @draginol · Jan 24    ⌄
Replying to @thurrott
New version of Groupy almost ready anyway.

💬    🔁    ♡ 4

**Brad Wardell** @draginol · Jan 23    ⌄
I'm visiting @SorenJohnson this week. Meanwhile, at home...

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 3    ⟲    ♡ 9

Show this thread



**Brad Wardell** @draginol · Jan 23                                    ⌄
The new Galactic Civilizations III expansion, Intrigue, explores the nature of politics, governments and what it means to rule a far flung interstellar empire.
ign.com/articles/2018/...



💬 2    ⟲ 10    ♡ 23



**Brad Wardell** @draginol · Jan 21                                    ⌄
Every game of Galactic Civilizations III is different. Check out this after action report: forums.galciv3.com/487019/aar---d...

💬 1    ⟲ 1    ♡ 2



**Brad Wardell** @draginol · Jan 21                                    ⌄
Replying to @stillgray
No. He's not. But I like him.

💬 1    ⟲ 1    ♡ 8



**Brad Wardell** @draginol · Jan 21                                    ⌄
At airport. TSA employees don't get paid during a #GovernmentShutdown apparently.

💬 3    ⟲ 2    ♡ 6



**Brad Wardell** @draginol · Jan 19 ⌄

from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts



**Employee Lawsuit Reveals Google as Intolerant Race Cult**
Threats, trials, purges.
pjmedia.com

💬 1    🔁 5    ♡ 9



**Brad Wardell** @draginol · Jan 19 ⌄
A big reason why I participate on forums is to remind myself the 99% of gamers are great. Even 4chan and 8chan. But the messages I get sent to me are sociopathic. 30+ on the Hare test I bet.

💬 7    🔁 1    ♡ 33



**Brad Wardell** @draginol · Jan 19 ⌄
Man, some of the emails I get each week are unspeakably vile and nasty.  Most gamers are great folks but enough of them are evil to give credence to the bad reputation. And I don't use "evil" casually.

💬 16    🔁 3    ♡ 39



**Brad Wardell** @draginol · Jan 19 ⌄
The cost of games:



**The cost of games**
Yesterday I was in Anaheim giving a talk called "Industry Lifecycles." It was intended to be a brief summary of the blog post of the same title, with a dash of material from ...
raphkoster.com

💬 1    🔁 2    ♡ 8



**Brad Wardell** @draginol · Jan 18 ⌄
Once Adventure Studio is ready, going to seek our more great Sci-Fi / comedy writers to ensure the universe is brimming with life.

💬 2    🔁    ♡ 8

Show this thread



**Brad Wardell** @draginol · Jan 18 ⌄
One of the new species coming to Star Control: Origins.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 4    🔁 9    ♡ 22

 **Brad Wardell** @draginol · Jan 18                                    ⌄
What's the best way to describe Star a Control to the uninitiated? One of the fans suggested "Space Skyrim". What say you?



💬 16    🔁 3    ♡ 12

 **Brad Wardell** @draginol · Jan 18                                    ⌄
Big Star Control milestone tomorrow. One of the features is called Adventure Studio. Let's people easily create and share missions for the captain to go on.

💬 1    🔁 2    ♡ 12

 **Brad Wardell** @draginol · Jan 18                                    ⌄
Make sure you check out @AndyChalk's news on the Offsorld Trading Company expansion:



**Offworld Trading Company: Limited Supply DLC swaps stock market...**
The new OTC expansion is all about staying alive.
pcgamer.com

💬 2    🔁 2    ♡ 7

 **Brad Wardell** @draginol · Jan 18                                    ⌄



Replying to @BronxShogun

The last Jedi was liberating. It broke the Star Wars spell that had been cast on me

**from:draginol since:2017-10-08 until:2018-04-24**

| Top | Latest | People | Photos | Videos | News | Broadcasts |

Once Microsoft adds something we did first (like the start menu back in 1995) we take the feature out. When they messed it up, be bring it back. ZIP files as folders? Object Desktop. Skinned UI? Object Desktop. Previous File Versions? Object Desktop. Live Tiles? Object Desktop.

💬     ♻     ♡ 2

**Brad Wardell** @draginol · Jan 17

Object Desktop 2018 delivers over a dozen desktop enhancement tools for Windows 10:

**Object Desktop 2018 arrives with a dozen Windows...**
Object Desktop 2018 is now available, sporting more than a dozen tools to help you customize your Windows desktop.
windowscentral.com

💬 2     ♻     ♡ 5

**Brad Wardell** @draginol · Jan 16

Object Desktop 2018 is announced! youtu.be/iImE6F_qCeo it's like having the next version of Windows today.

💬 2     ♻ 2     ♡ 7

**Brad Wardell** @draginol · Jan 15

Someone emailed this to me this morning. I look like Gollum.

**Brad Wardell, 32**
Biggest achievement: Being able to put together a good working environment for employees and building a profitable company with revenue increases from $50,...
crainsdetroit.com

💬 4     ♻     ♡ 7

**Brad Wardell** @draginol · Jan 13

Replying to @SinsOfProphets

It's like herding cats.

💬 1     ♻     ♡ 5

**Brad Wardell** @draginol · Jan 13

Wow, clearly so e people want to know more about the Oxide Nitrous engine. I'll plan on writing a 2018 update article. With the recent Spectre thing, the benefit

Nitrous tech brings will only be more obvious.

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 6      🔁 1      ♡ 13

Show this thread

**Brad Wardell** @draginol · Jan 13
Which of these three things do you want me to discuss more?

36% The new Star Control game

30% New GalCiv III expansion

34% Oxide's Nitrous tech

202 votes · Final results

💬 6      🔁 5      ♡ 10

Show this thread

**Brad Wardell** @draginol · Jan 13
My typical 10 hour day is 1 hour doing financial reports, budgeting, accounting, 1 hour of legal review, 3 hours of project reviews, 1 hour of AI coding, 1 hour of game design, 2 hours of email responding, 1 hour other (forums, premiere, photoshop, misc. coding, reading).

💬 3      🔁 2      ♡ 5

**Brad Wardell** @draginol · Jan 13
So what would you like to discuss?

6% GAAP

58% Games

11% Windows tech

25% Smiting SJWs

207 votes · Final results

💬 7      🔁 1      ♡ 4

**Brad Wardell** @draginol · Jan 13
Replying to @Grummz
I get called right wing all the time and yet they can never seem to explain what political position I have that makes me "right wing". Free speech? Freedom to associate? Are these right wing now?

💬 6      🔁 2      ♡ 25

**Brad Wardell** @draginol · Jan 13
Replying to @redlianak @HugBoxxNinja @StarkyLuv73
Your original point seemed to me that Trump's base doesn't care about his alleged misdeeds. I agree with you. What I was pointing out is that the issue of

alleged misdeeds. I agree with you. What I was pointing out is that the issue of
personal character was settled pretty definitively in 1998 by Bill Clinton. You seem
to take issue with this.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

what mistake? I am not a Trump supporter. but no Hillary supporter has a moral
high ground here to complain about Trump.

💬 1        ↻ 2        ♡ 7

 **Brad Wardell** @draginol · Jan 13                                              ⌄
The important thing is that she's comfortable.



💬 1        ↻        ♡ 11

 **Brad Wardell** @draginol · Jan 13                                              ⌄
Replying to @cliffski
Your work on this is incredibly impressive!

💬        ↻        ♡ 2

 **Brad Wardell** @draginol · Jan 13                                              ⌄
Replying to @HugBoxxNinja @StarkyLuv73 @redlianak
Entire books have been written on what a monster Hillary is. Her base doesn't
care. Trump's base doesn't care that he's a wretched person either.

When the moral high ground requires you to wear waders it's not really worth
nuancing through.

💬 1        ↻ 6        ♡ 12

 **Brad Wardell** @draginol · Jan 13                                              ⌄
Replying to @redlianak @StarkyLuv73
I see nuance, I just don't think it's relevant.

I don't condescend, I presume those I talk to enjoy dining on sarcasm as I do. :)

I make a game called The Political Machine. So I get to study pearl clutching from
both sides every 4 years.

♡ 1          ♡ 5

**Brad Wardell** @draginol

from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 1          ♡ 5

 **Brad Wardell** @draginol · Jan 13
"WHITE LEFT" : China's New Internet INSULT –



♡ 2    ⟲ 4    ♡ 10

**Brad Wardell** @draginol · Jan 13
Replying to @stillgray
Sounds like it's becoming a shithole...

♡ 2    ⟲ 2    ♡ 31

**Brad Wardell** @draginol · Jan 13
Replying to @redlianak
Clinton's base didn't seem to care about his misdeeds. They only care what they might do to further their agenda.

♡ 2          ♡ 3

**Brad Wardell** @draginol · Jan 12
Replying to @Grummz
What's the ESA?

♡ 2          ♡ 7

**Brad Wardell** @draginol · Jan 12
Hey Google, play the sounds of a country night. There, now I can pretend it's warm out.

♡ 1    ⟲ 1    ♡ 7

**Brad Wardell** @draginol · Jan 12
Being a Social Justice Warrior – Ultra Spiritual Life

♡ 1    ⟲ 3    ♡ 10

 **Brad Wardell** @draginol · Jan 10
Replying to @Kazzerigian
The only reason Google exists is because the DOJ broke up AT&T. That was a

good thing. It's time for Google to go the same way.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Liberal bias on full display
dailycaller.com

💬 3      🔁 6      ♡ 23

**Brad Wardell** @draginol · Jan 10                                    ⌄
Replying to @Grummz
It will be interesting.  But I think we will be surprised by the sheer arrogance. So-called "progressives" tend to be very self-righteous when they do awful things to people.

💬 6      🔁 9      ♡ 43

**Brad Wardell** @draginol · Jan 10                                    ⌄
My 2018 PC: forums.starcontrol.com/486868/brads-t…

💬 6      🔁 1      ♡ 3

**Brad Wardell** @draginol · Jan 10                                    ⌄
Replying to @Astrobia @frank_gaming
I think it has more to do with one being much more streamable than the other. Real time attracts more players.

💬 1      🔁      ♡ 1

**Brad Wardell** @draginol · Jan 9                                     ⌄
CGPGrey video echoes my view. youtu.be/cjq8bNGHIUQ go to around 1 hour and 50 mark for how tlj has changed the way fans will see future Star Wars films.

💬 3      🔁      ♡ 7

Show this thread

**Brad Wardell** @draginol · Jan 9                                     ⌄
Is there a case where the reviewers and the fans are more different in their view?

TOMATOMETER 🟢              All Critics | Top Critics          AUDIENCE SCORE 🟢
🍅 **90%**                                                   🍿 **49%**
                                                                liked it
Average Rating: 8.1/10      Critics Consensus: *Star Wars:*   Average Rating: 3/5
Reviews Counted: 355        *The Last Jedi* honors the saga's  User Ratings: 172,181
Fresh: 321                  rich legacy while adding some
Rotten: 34                  surprising twists – and
                            delivering all the emotion-rich
                            action fans could hope for.

💬 17     🔁 5      ♡ 11

Show this thread

**Brad Wardell** @draginol · Jan 9                                     ⌄
Replying to @chusemann
The PM must arm the PR person. The PR person deals with the media but isnt in charge of the product.

💬 1          🔁          ♡ 2

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

**Brad Wardell** @draginol · Jan 9                                          ⌄
Replying to @Lyde15 @stillgray
Yep. The folks at @PCGamesN should hire @tabatkins their show them how to
manipulate google search results.

💬          🔁 1          ♡ 3

**Brad Wardell** @draginol · Jan 9                                          ⌄
Replying to @chusemann
Yea, a good PM has to genuinely believe their product deserves coverage and be
assertive about going after it.

💬 1          🔁          ♡ 1

**Brad Wardell** @draginol · Jan 9                                          ⌄
Replying to @stillgray
Having talked to some SEOs, they've concluded that Google Employees know the
"secret sauce" to get what they want up at the top. Anyone, in theory could do
the same if they happened to know exactly what to do.

💬 2          🔁 1          ♡ 12

**Brad Wardell** @draginol · Jan 9                                          ⌄
Replying to @stillgray
Just a reminder, a Google search employee intentionally sabotages my Google
search results out of spite: forums.galciv3.com/484899 that's what @Google is
about these days.

💬 3          🔁 12          ♡ 21

**Brad Wardell** @draginol · Jan 9                                          ⌄
Replying to @MoistCr1TiKaL
Yep.  I'm blocked too.

💬 1          🔁          ♡ 7

**Brad Wardell** @draginol · Jan 9                                          ⌄
At some point I really need to hire a Product Manager for Galactic Civilizations.
Someone dedicated to making sure it is the #1 space 4X game.

💬 6          🔁 1          ♡ 14

**Brad Wardell** @draginol · Jan 9                                          ⌄
Game developers for hire...



**Stardock - Careers - View Job Openings and Oppor...**
Stardock is a software and video game publisher with
offices in Plymouth, MI and Baltimore, MD.
stardock.com

♡ 4          ♡ 6          ♡ 8

**Brad Wardell** @draginol · Jan 6

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · Jan 6
I need a good new sci fi book. Seven Eves was great until the end. Loved Daemon.

○ 22          ⇄          ♡ 5

**Brad Wardell** @draginol · Jan 6
Replying to @nebil
I'd say the new one is better. The original cut was..fine but not great.

○ 1          ⇄          ♡ 4

**Brad Wardell** @draginol · Jan 6
Replying to @KainYusanagi @DanStapleton
Well with IMDb you are talking hundreds of thousands. I find IMDB very reliable.
User reviews tend to be  problem because you need so many of them to get a
reasonable measure because of extremists.

○ 3          ⇄          ♡ 4

**Brad Wardell** @draginol · Jan 6
IMDb rating for The last Jedi just dropped below Revenge of the Sith.

○ 11          ⇄ 25          ♡ 79

**Brad Wardell** @draginol · Jan 6
This is:

| ⚙ Settings |  |
| --- | --- |
| ■ Desktop |  |
| □ Development |  |
| 🖼 Blend for Visual Studio 2015 | Brad Wardell |
| 🖼 Blend for Visual Studio 2017 | Documents |
| 🖼 Visual Studio 2015 | Pictures |
| 🖼 Visual Studio 2017 |  |
| ◁ Visual Studio Installer | Music |
| Microsoft Expression |  |
| Microsoft Silverlight | Universal Applications ▶ |
| Microsoft Silverlight 5 SDK |  |
| Microsoft Visual Studio 2010 | This PC |
| Microsoft Visual Studio 2012 | Control Panel |
| Visual Studio 2015 |  |
| Visual Studio 2017 | Settings |
| Windows Kits |  |
| Windows Phone SDK 8.0 | Devices and Printers |
| Windows Phone SDK 8.1. |  |
| Internet |  |
| Microsoft Office |  |

◀ Back

○ 4          ⇄ 1          ♡ 20

Show this thread

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 4        🔁 3        ♡ 19

Show this thread

 **Brad Wardell** @draginol · Jan 6

Every time you set up a new PC and curse at the goofy Windows 10 start menu, remind yourself to go get Start10.  stardock.com/products/start....



💬 7        🔁 15        ♡ 44

Show this thread

 **Brad Wardell** @draginol · Jan 4

Oregon company selling "raw water"? I think they are taking Oregon Trail too literally.

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

💬 1   🔁   ♡ 8

**Brad Wardell** @draginol · Jan 2
The squirrel is safe!

💬 5   🔁   ♡ 13

**Brad Wardell** @draginol · Jan 2
Ok. Some poor squirrel is trapped in the wall. We're going in.

💬 6   🔁   ♡ 8

**Brad Wardell** @draginol · Jan 2
Replying to @erikkain

Man, that Erik guy. He's like, totally the worst you know. I mean, the guy has no idea where his towel is.

💬 2   🔁   ♡ 7

**Brad Wardell** @draginol · Jan 1
2018: The year of Star Control. starcontrol.com



💬 5   🔁 8   ♡ 34

**Brad Wardell** @draginol · Jan 1
Replying to @redlianak

"Rey was forced to live on a desert world which forced her to become an expert in every imaginable area to the point where she could pilot as well as Chewbacca, fix the falcon as well as Han and later out fight Luke Skywalker. "

💬 2   🔁 1   ♡ 15

**Brad Wardell** @draginol · Jan 1
Some of you may enjoy this...

💬 1   🔁   ♡ 3

**Brad Wardell** @draginol · Jan 1
Replying to @doo_rates

This is Bailey, I don't think she's getting up.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 3      🔁 1      ♡ 140

 **Brad Wardell** @draginol · Jan 1                                    ⌄
I didn't like Antman. I couldn't get over the tank keychain plot device because it violated the movie's premise and because it was central to the climax, it ruined the movie for me.

Most people liked Antman and that's ok. But I am not going to be persuaded to like Antman.

💬 9      🔁      ♡ 11

 **Brad Wardell** @draginol · Jan 1                                    ⌄
Replying to @redlianak
Agreed. I have very little issue with Rey. I don't care that she's a Mary Sue. I care that the movie made it clear that there's no "epic overarching plan" to the new Star Wars movies. They're effectively just like every other franchise now.

💬 2      🔁 2      ♡ 7

 **Brad Wardell** @draginol · Jan 1                                    ⌄
Replying to @erikkain @redlianak @TrakkarLP
Same as with Anakin..except minus the skills. Here, the force also apparently awakened the ability to pilot starships, fix starships, effective sword use, force coercion, etc.

If I designed a game where the starting character had all this I'd get rightfully criticized.

💬 2      🔁      ♡ 6

 **Brad Wardell** @draginol · Jan 1                                    ⌄
Replying to @redlianak @erikkain and 2 others
Have you ever tried to fence? Try fencing someone who has had some training. I have. It...well, it didn't go well for me...

💬 3      🔁 1      ♡ 12

**Brad Wardell** @draginol · Jan 1

Replying to @redlianak

I dunno, I haven't seen those. I only see you and Erik trying to defend what I

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts

Replying to @redlianak @erikkain @fraKKarLP

I must have missed the scenes in TPM where Anakin grabbed things using the force and battled Darth Maul.

💬 3          🔁 1          ♡ 5

**Brad Wardell** @draginol · Jan 1

Replying to @redlianak

Why assume people are upset? I am pretty amused by what seems like rabid defense of a mediocre space wizard movie.

💬 1          🔁 1          ♡ 3

**Brad Wardell** @draginol · Jan 1

Replying to @redlianak @erikkain

Alternatively, you can just have all the benefits of training and struggle without having to earn them. Training was keys to both Anakin's arc and Luke's. It was a question of whether it was wise to train people with so much potential if they might use it for evil.

💬 1          🔁          ♡

**Brad Wardell** @draginol · Jan 1

Guy says US crime rate shows we should be more like Europe.

I refer to our demographic complexities.

He calls me a racist.

I point out that Sweden rapes per capita is nearly 3x of the US's.

He says that doesn't count because it's because of the Arab refugees.

💬 14          🔁 17          ♡ 67

**Brad Wardell** @draginol · Jan 1

Ok, so Trump is insulting Pakistan. Ok. Fine. So...how do we reach Afghanistan? It's land locked between Iran and Pakistan.

💬 10          🔁 2          ♡ 5

**Brad Wardell** @draginol · Jan 1

25 years ago AT&T made a bunch of testable tech predictions for this year. How did they do? youtu.be/Cb-z8CUC5lw #2018

💬          🔁 4          ♡ 6



**Brad Wardell** @draginol · Jan 1

**Brad Wardell** @draginol · Jan 1

Replying to @WGladstone

You need to use Ward's suicide note template. It auto-fills that stuff...

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



**F-35 may see combat in 2018**

After a very long and problematic development process, the F-35 Lightning II
is about to serve on the front lines. The US Marine Corps is deploying th...

engadget.com

💬 5          ⟲          ♡ 3

 **Brad Wardell** @draginol · Jan 1

Will 2018 be the year that the media discovers it no longer has the reach to
coerce its targets to comment on hit pieces about themselves?

💬 8          ⟲ 4          ♡ 25

 **Brad Wardell** @draginol · Jan 1

She's not interested in getting up.



💬 1          ⟲ 1          ♡ 7

 **Brad Wardell** @draginol · Jan 1

Happy New Year. A view from the bedroom window.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 5        🔁 1        ♡ 14

 **Brad Wardell** @draginol · Jan 1                                    ⌄
Replying to @cliffski

Amen. The Steam review system is one of the most discouraging things I've dealt
with. I am ok with thumbs up, thumbs down, but getting abused by some kid who
put .2 hours into the game is demotivating.

💬 1            🔁            ♡ 5

 **Brad Wardell** @draginol · Dec 31                                    ⌄
Replying to @erikkain @redlianak

The main character of the previous trilogies required training to use the force.
There's an entire scene in Empire of Luke struggling to move a single stone with
Yoda. Rey being a Mary Sue is low on my issue list though.

💬 1            🔁 1          ♡ 4

 **Brad Wardell** @draginol · Dec 31                                    ⌄
Replying to @stephentotilo

Happy New Year!

💬            🔁            ♡ 2

 **Brad Wardell** @draginol · Dec 31                                    ⌄
Replying to @erikkain @redlianak

That would indicate a consensus.

💬 1            🔁            ♡ 2

 **Brad Wardell** @draginol · Dec 31                                    ⌄
After an evening of playing Secret Hitler I finally understand something, my
children are evil.

💬 5            🔁            ♡ 16

 **Brad Wardell** @draginol · 31 Dec 2017

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

Replying to @ByRosenberg
It's none of the government's business who someone loans money to.

💬 3      ⟲      ♡ 2

 **Brad Wardell** @draginol · 30 Dec 2017
Are you comfortable?



💬      ⟲ 1      ♡ 15

 **Brad Wardell** @draginol · 30 Dec 2017
Replying to @SteOwen159 @Marxismisdumb @stillgray
One can look at Per capita US state, average home size, percent of income spent on food, clothing, shelter and see it's not even close. The US has more extremes, one look at a map of the south and border states makes that clear but most Americans live far better.

💬      ⟲      ♡

 **Brad Wardell** @draginol · 30 Dec 2017
Replying to @SteOwen159 @Marxismisdumb and 2 others
That's cute. en.m.wikipedia.org/wiki/Scandinav... maybe neighboring Russia should try that. Or maybe things operate differently in tiny, homogenous countries.

💬      ⟲      ♡

 **Brad Wardell** @draginol · 30 Dec 2017
Replying to @SteOwen159 @Marxismisdumb @stillgray
And American states with lower taxes absolutely wreck Western European countries in standard of living.   When I travel to Germany the first thing I notice is how relatively primitive it is.  Even friends who love Europe admit it's like "going back in time".

💬 1          ⟲          ♡

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

💬 1          ⟲          ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @stillgray
By that rationale, the Soviet Union should have had a great standard of living.

💬 1          ⟲          ♡ 3

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @MattAlunJordan @SteOwen159 @stillgray
What does paying taxes have to do with charity?

💬 2          ⟲          ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @BronxShogun @stillgray
How am I hurting my own country? By hiring and training people? By providing world class health insuranance? By contrast, you promote the politics of greed and envy. By contrast, all my employees are on paid vacation this week.

💬            ⟲          ♡ 3

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @stillgray @Marxismisdumb
There have been countless demographic studies on life expectancy in the US. There are huge variations. Look them up.

💬 2          ⟲          ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @Marxismisdumb @stillgray
Bulgaria has a much lower life expectancy than Germany (and the US). Both are part of the EU. Maybe their taxes are too low?

💬 2          ⟲          ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @MattAlunJordan @SteOwen159 @stillgray
How much money do you directly pay to others? Wanna compare?

💬 1          ⟲          ♡ 2

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @Marxismisdumb @stillgray
Americans of German descent have the same life expectancy.

💬 2          ⟲          ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017                                    ⌄
Replying to @SteOwen159 @stillgray
If that taxation is being transferred to another individual it is, by definition, theft.

💬 3          ⟲          ♡ 2



**Brad Wardell** @draginol · 30 Dec 2017

`from:draginol since:2017-10-08 until:2018-04-24`

Top    Latest    People    Photos    Videos    News    Broadcasts



Replying to @Grummz
The death of Floyd crushed your spirit.

💬         🔁         ♡ 3



**Brad Wardell** @draginol · 30 Dec 2017
Replying to @stillgray
I was planning to hire more game developers. But yea, we should totally give it to the guvment instead.

💬 1        🔁 5        ♡ 34



**Brad Wardell** @draginol · 30 Dec 2017
Replying to @draginol @stillgray and 2 others
Clearly, Stardockians need to self promote their "progressive" credentials to be counted.



💬 3        🔁 2        ♡ 12



**Brad Wardell** @draginol · 30 Dec 2017
Replying to @scottlee @cliffski
In 20 years it will be silly to have humans doing the infrastructure work.  Stardock and Positech exist because of automation. We are examples of the income disparity because we own armies of software robots. ...mostly I blame cliffski of course. #integrity

💬 2        🔁         ♡ 1



**Brad Wardell** @draginol · 30 Dec 2017
Replying to @draginol @stillgray and 3 others
I also should mention that the lead dev on this game was a woman too a different one.

FALLEN

Top   Latest   People   Photos   Videos   News   Broadcasts



💬 1   🔁 1   ♡ 11

**Brad Wardell** @draginol · 30 Dec 2017   ⌄
Replying to @stillgray @General_Katz @Voidwatcher
Yep. The uncomfortable truth is that a site like @Polygon wouldn't bother to do a profile on the oldest independent game studio in the industry whose best known games were mostly programmed by women and also made Fallen Enchantress because we don't fit their narrative.

💬 3   🔁 16   ♡ 65

**Brad Wardell** @draginol · 30 Dec 2017   ⌄
Replying to @stillgray @General_Katz @Voidwatcher
Never heard of her. Women in the game industry aren't unicorns. Fun fact: lead developer of GalCiv I and II is a woman. Also, lead dev of GalCiv III:Crusade is a woman who also wrote most of the code in the recent 2.71 update.

💬 3   🔁 9   ♡ 59

**Brad Wardell** @draginol · 30 Dec 2017   ⌄
Replying to @cliffski
Taxing won't work. Eventually, people's physical locations will be irrelevant and countries will compete based on low taxation. Long term, taxes will be going down. As is, the government needs people like us a lot more than we need it. That trend will continue to grow.

💬 1   🔁   ♡ 1

**Brad Wardell** @draginol · 30 Dec 2017   ⌄
There's a critter in my attic making noise. Temporary solution to noise at night:

"Hey Google, set volume to maximum. Hey google, play the sound of a cat meowing.".

Attic sounds gone for the night. #GoogleHome

💬 5   🔁 6   ♡ 18

**Brad Wardell** @draginol · 30 Dec 2017   ⌄
Replying to @Grummz
What app is that?

💬 2   🔁   ♡ 2

**Brad Wardell** @draginol · 29 Dec 2017   ⌄

 Some interesting new ship designs made by a fan for Star Control: Fleet Battles beta.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

---

💬 2        ↻ 3        ♡ 5

**Brad Wardell** @draginol · 29 Dec 2017                                    ⌄
Replying to @stillgray
So why would anyone work?

💬 4        ↻ 1        ♡ 7

**Brad Wardell** @draginol · 29 Dec 2017                                    ⌄
My son got me a SD drive that is compatible with my old Apple II!

💬 5        ↻          ♡ 13

**Brad Wardell** @draginol · 29 Dec 2017                                    ⌄
Replying to @Supa_Kitsune @erikkain
PC. Ur-Quan Masters was 2, Kessari Quadrant is 3. The new one is a reboot. So you don't need to have played any of the classics. starcontrol.com.

💬 1        ↻          ♡ 1

**Brad Wardell** @draginol · 28 Dec 2017                                    ⌄
Replying to @erikkain
No. For me the premise killed it. A long slow boring chasecscenecthat made no sense. Pepper it with lots of moments that made it obvious the director wasn't familiar with the lore and you get tlj.

💬 1        ↻          ♡ 1

**Brad Wardell** @draginol · 27 Dec 2017                                    ⌄
Introducing Amazon Hitler

💬 4        ↻ 2        ♡ 5

**Brad Wardell** @draginol · 26 Dec 2017                                    ⌄
Looking for awesome games to play? Stardock's Steam games are on sale right now! store.steampowered.com/search/?develo...



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

 **Brad Wardell** @draginol · 26 Dec 2017

Ok this is pretty cool.  steamcommunity.com/sharedfiles/fi...  So in the new #starcontrol players can design their own ships for the Super-Melee portion of the game (fleet combat).



💬 1       🔁 3       ♡ 9

 **Brad Wardell** @draginol · 24 Dec 2017

Replying to @erikkain

Sure. I'm just saying why it bothered me. From Poe's opening joke on, I didn't feel taken to a galaxy far, far away.

💬 2       🔁        ♡ 3

 **Brad Wardell** @draginol · 24 Dec 2017

Replying to @erikkain

I don't think I'd be accused of having great taste. I just found tlj to be a combination of dull and lazy.

💬 2       🔁        ♡ 5

 **Brad Wardell** @draginol · 24 Dec 2017

Replying to @erikkain

I was a trend setter then.  My immediate reaction was "that was crap."

💬 1       🔁        ♡ 10

 **Brad Wardell** @draginol · 22 Dec 2017

Great article on how far the core i7 has come:

 **2nd-Gen Core i7 vs. 8th-Gen Core i7**
Today we're dusting off our old Core i7-2600K to see how well the seven-year-old CPU holds up in the latest games against Intel's new Core i7-8700K. We know that the
techspot.com

techspot.com

## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · 21 Dec 2017

Replying to @PdxInteractive

Please make sure the office refrigerator has pudding this year. Last year when I broke in it was empty.

💬 1          ⟲          ♡ 7

**Brad Wardell** @draginol · 21 Dec 2017

Replying to @hormiga

You can write a check to the government.

💬 1          ⟲ 1          ♡ 11

**Brad Wardell** @draginol · 21 Dec 2017

As soon as the last engineer leaves the building...it's @IntelGaming Vtune time!

💬 1          ⟲          ♡ 6

**Brad Wardell** @draginol · 21 Dec 2017

Replying to @cliffski

I'm listening...

💬          ⟲          ♡ 2

**Brad Wardell** @draginol · 20 Dec 2017

I love when the family is together for the holidays. I hope this tweet finds you well!

💬 7          ⟲ 3          ♡ 43

**Brad Wardell** @draginol · 20 Dec 2017

MS Sets is starting to show up in Insider builds. Look forward to some head to head comparisons with Groupy.  Task-based computing is the future. Groupy is the way to do it.

**Groupy: Tabs for Windows**

Groupy enables you to drag and drop application windows together to group them together under a common tabbed interface.

stardock.com

💬          ⟲ 2          ♡ 5

**Brad Wardell** @draginol · 20 Dec 2017

Ho Ho Ho.  I snuck in an AI update for Galactic Civilizations III just in time for Christmas. Now available. forums.galciv3.com/486559

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

♡ 3      ↻ 7      ♡ 27

 **Brad Wardell** @draginol · 20 Dec 2017                          ⌄
Replying to @cliffski

The bottom rate pays nothing as-is.  I do agree lowering the top rate was silly.
But the tax reform accomplishes 3 main goals: 1: Lowers corporate rate.s 2:
Eliminates the mandate and 3: Eliminates state tax deductions.

♡          ↻          ♡ 1

**Brad Wardell** @draginol · 19 Dec 2017                          ⌄
Replying to @redlianak

Yep. We've had major game releases and announcements that a certain major site
didn't cover despite previously covering us frequently.

♡ 1       ↻          ♡ 5

**Brad Wardell** @draginol · 19 Dec 2017                          ⌄
Replying to @redlianak

There are a couple well known game sites that don't cover us anymore because of
#GamerGate.

♡ 3       ↻ 5      ♡ 17

**Brad Wardell** @draginol · 18 Dec 2017                          ⌄
Using Groupy to put my various Star Control related windows together into a
single Star Control task.  stardock.com/products/groupy



♡ 3       ↻ 2      ♡ 10

 **Brad Wardell** @draginol · 18 Dec 2017                          ⌄
Replying to @erikkain

It has definitely made marketing more important. Plugging the Star Control

reboot...www.starcontrol.com.

♡ 2

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

 **Brad Wardell** @draginol · 17 Dec 2017

After laying down on the couch, my dog jumps up, lays across my chest and starts snoring.

♡ 3    ♡    ♡ 10

 **Brad Wardell** @draginol · 17 Dec 2017

Replying to @stillgray

Wow. She has a vivid imagination.

♡ 5    ♡ 1    ♡ 31

 **Brad Wardell** @draginol · 16 Dec 2017

Replying to @JamesGunn

That statement could refer to almost any president we've had in recent memory depending on your politics.

♡ 1    ♡    ♡ 4

 **Brad Wardell** @draginol · 16 Dec 2017

Replying to @AngryJoeShow

Same. Possibly the worst movie I've gone to see in a couple years.

♡ 1    ♡    ♡ 5

 **Brad Wardell** @draginol · 16 Dec 2017

Replying to @Grummz

"Went after his ex". If the sexes were switched, she'd been celebrated for exposing her ex's cheating.

♡ 9    ♡ 7    ♡ 78

 **Brad Wardell** @draginol · 15 Dec 2017

Stardock devs getting ready for Star Wars!



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

were more instrumental into turning GamerGate from a minor scandal into a full blown movement.

💬 7    🔁 1    ♡ 26

 **Brad Wardell** @draginol · 14 Dec 2017                              ⌄
Stardock releases a big update to GalCiv III today.  "Triumph of the fans" integrates a host of changes based on player feedback we've collected.

   **Galactic Civilizations III: Triumph of the Fans update!**
Check out new features like toggling between date and turn number, more destructible planetary improvements, and more. For a detailed list of updates, view the chan...

stardock.net

💬 2    🔁 3    ♡ 18

 **Brad Wardell** @draginol · 14 Dec 2017                              ⌄
Something to look forward to in 2018: Star Control: Origins.  starcontrol.com.



💬    🔁 3    ♡ 13

 **Brad Wardell** @draginol · 13 Dec 2017                              ⌄
Replying to @erikkain
What the heck did I miss? That Erik Kain guy riled you up. I told you to stay away from him!

💬 1    🔁    ♡ 4

 **Brad Wardell** @draginol · 13 Dec 2017                              ⌄
There is a living, shared universe game coming out next year where you outfit your own ship...Star Control!





**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



**Brad Wardell** @draginol · 13 Dec 2017
Replying to @erikkain
I'd buy a book about this whole thing. One of the most fascinating sagas in our industry.

💬 3     ↺ 2     ♡ 7



**Brad Wardell** @draginol · 13 Dec 2017
Let it snow! Let it snow!!

💬 3     ↺     ♡ 7



**Brad Wardell** @draginol · 13 Dec 2017
Saw some people seriously arguing that Star Control II had a very serious art style and that the new Star Control needs to try to be photo-realistic.
i.ytimg.com/vi/afuWQonf4D8...

💬 7     ↺ 1     ♡ 9



**Brad Wardell** @draginol · 13 Dec 2017
How Groupy is going to change the way you work:
littletinyfrogs.com/article/486488...



💬 3     ↺ 2     ♡ 8



**Brad Wardell** @draginol · 13 Dec 2017
Groupy + Chrome.  Organizes Chrome.





from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

💬 3          ⟲          ♡ 4



**Brad Wardell** @draginol · 13 Dec 2017                              ⌄
Replying to @TheRichWoods @WithinRafael

Certainly validated the product design. :)

💬          ⟲          ♡ 2



**Brad Wardell** @draginol · 13 Dec 2017                              ⌄
Replying to @TheRichWoods @WithinRafael

Yea, same here.  It's frustrating that they felt the need to essentially promote vaporware.  They're lucky we didn't patent this back 6 years ago when we started working on the tech.

💬 1          ⟲          ♡ 2

**Brad Wardell** @draginol · 13 Dec 2017                              ⌄
Stardock Groupy.  Transforms the way you organize your windows.
stardock.com/products/groupy.



💬          ⟲ 2          ♡ 3

**Brad Wardell** @draginol · 13 Dec 2017                              ⌄
For every success like Groupy, there's 5 programs that did amazing things that we had to terminate because we couldn't make them work 100% of the time in all situations. A good OS extender is good because it works seamlessly with the OS.

💬 1          ⟲ 1          ♡ 9



**Brad Wardell** @draginol · 13 Dec 2017                              ⌄
I remember showing a prototype of what would become called Groupy to the

 press at CES 2013. It is non-trivial to develop a bullet-proof tabbed window manager tech that works natively across Win32 and UWA.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 2    🔁 3    ♡ 14

**Brad Wardell** @draginol · 12 Dec 2017
Now, let's see if Franken actually resigns.

💬 1    🔁 4    ♡ 11

**Brad Wardell** @draginol · 12 Dec 2017
Feeling a bit better about the world tonight. But even if you were willing to hand waive the allegations against Moore, that was just the tip of the iceberg. We elect people, not parties to represent us. Just my 2 cents.

💬 3    🔁 5    ♡ 42

**Brad Wardell** @draginol · 12 Dec 2017
Replying to @asymmetricinfo
Who is also your wife. Sorry, couldn't resist.

💬    🔁    ♡ 5

**Brad Wardell** @draginol · 12 Dec 2017
Dogs are just the best.

💬 1    🔁    ♡ 16

**Brad Wardell** @draginol · 12 Dec 2017
Replying to @erikkain @RareChaz
That's what the robots said!

💬 1    🔁    ♡ 2

**Brad Wardell** @draginol · 12 Dec 2017
Living in both the software world and the games world gives me an opportunity to compare and contrast the quality of journalism. Let's just say I'm thankful most of our income comes from software and not games.

💬 6     🔁 22     ♡ 64

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts



**Brad Wardell** @draginol · 12 Dec 2017
I like @wccftechdotcom for many reasons but I absolutely love their hardware coverage.



**Hardware News - Graphics Card & Processor News**
Hardware News from Wccftech provides you the latest developments and updates in PC Hardware and Technology. Read about the latest news, reviews & g...
wccftech.com

 1           4



**Brad Wardell** @draginol · 12 Dec 2017
Replying to @3headeddingo
After 25 years of marriage this is all we have left!

💬     🔁     ♡ 5



**Brad Wardell** @draginol · 12 Dec 2017
Send me screenshots of how you're using Groupy and I'll RT my favorites.

Here's one of my favorites: I group my various IM apps together into a single app window. stardock.com/products/groupy



💬 2     🔁 2     ♡ 5



**Brad Wardell** @draginol · 12 Dec 2017
Save this prediction: In 5 years, this is the way people will use their PCs.
youtube.com/watch?time_con... stardock.com/products/groupy is now available!



**Groupy: Tabs for Windows**
Groupy enables you to drag and drop application windows together to group them together under a common tabbed interface.

stardock.com

## from:draginol since:2017-10-08 until:2018-04-24

Top   Latest   People   Photos   Videos   News   Broadcasts



♡ 4      ⟲ 11      ♡ 26

 **Brad Wardell** @draginol · 11 Dec 2017                    ⌄
Tomorrow Groupy 1.0 gets released! stardock.com/products/groupy



♡ 7      ⟲ 10      ♡ 23

 **Brad Wardell** @draginol · 10 Dec 2017                    ⌄
Replying to @bdsams
,Start10 my friend.



Ps   Adobe Photoshop CC 2015.5      ▸      | Documents

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

☁ OneDrive

Br   Adobe Bridge CC 2018

AMD Settings

🛍 Microsoft Store      ▸

▸   All Programs

Search programs and files      🔍

| Control Panel
| Settings
| Devices and Printers
|
| Shut down   ▸

💬 2      ⟲ 1      ♡ 6

 **Brad Wardell** @draginol · 9 Dec 2017                    ⌄
Gabriel Vizzard was at IBM helping developers with OS/2. He went out of his way
to advocate for me to make sure I had tools and documentation and contacts to
help me.

💬      ⟲      ♡ 6

Show this thread

**Brad Wardell** @draginol · 9 Dec 2017                    ⌄
A man named @Tallangel at IBM was the single most instrumental person in my
career.

**Anil Dash Dot Com** ✔ @anildash
Who is a person (not counting family) that opened doors for you in your
career when they didn't have to? Anytime is a good time to show gratitude!
Show this thread

💬 2      ⟲      ♡ 7

Show this thread

**Brad Wardell** @draginol · 9 Dec 2017                    ⌄
Also, if you are super lazy, you can also WATCH me get my butt kicked at the beta
of Star Control here: twitch.tv/stardock starting at NOON EST today (15 minutes
from now).



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

youtu.be/a-hng1xlb6Y "If you have pre-ordered the new Star Control you can access the beta. store.steampowered.com/app/271260/Sta...

💬 1    🔁 2    ♡ 4

Show this thread

**Brad Wardell** @draginol · 9 Dec 2017    ⌄

Replying to @Voidy_ @adrianchm

Indeed. I'm not familiar with anyone doing that in the name of gg.

💬        🔁        ♡ 2

**Brad Wardell** @draginol · 9 Dec 2017    ⌄

My followers are in USA(33%), Brazil(8%)

Get your free map tweepsmap.com/!draginol



💬 5    🔁        ♡ 6

**Brad Wardell** @draginol · 9 Dec 2017    ⌄

Replying to @Voidy_ @adrianch

They never actually say what "supporting GamerGate" constitutes? That we agree with their contentions that the gaming press has devolved to the point where coverage is now heavily influenced by the politics of the freelancers? Yes. Because that's a fact.

💬 1    🔁        ♡ 4

**Brad Wardell** @draginol · 8 Dec 2017    ⌄

Reality vs. perception. Do you have a positive or negative impression of Elon Musk?

**75%** Positive

**25%** Negative

395 votes • Final results

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

♡ 11

**Brad Wardell** @draginol · 8 Dec 2017    ⌄
Replying to @orinthomas @lenovo
I need this. For my work.

♡   ↻   ♡ 1

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Replying to @fewrfreyut @KainYusanagi @stillgray
Yes. But we are referring to the difference between the aggressor and the defender.

♡ 3   ↻ 1   ♡ 8

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Ok. The critter in the attic has returned. We've switched rooms for tonight. It won this round...

♡ 4   ↻   ♡ 7

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Replying to @fewrfreyut @KainYusanagi @stillgray
Disagree. That's a fallacy I've seen used to argue moral equivalency. A mugee defending herself does not become a mugger.

♡ 2   ↻ 1   ♡ 10

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Replying to @Not_Silvers @DrPizza @GamerTakes
Please don't attribute quotes from Lincoln to Churchill.

♡   ↻   ♡ 35

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Replying to @stillgray
The vestiges of in-person etiquette in discourse are relied upon by SJWs to hold their foes at bay. The only effective way to deal with SJWs is to crush them. Completely.

♡ 4   ↻ 4   ♡ 30

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Replying to @stillgray
Yep. The more successful you are the more the double standard grows. Someone can call me a whole bunch of racial slurs and if I respond "you're an idiot" they shriek how bad I must made myself look.

♡ 1   ↻   ♡ 8

**Brad Wardell** @draginol · 7 Dec 2017    ⌄
Ok Google Home to the rescue. I told it to play the sounds of Hawks and the sound from the attic abruptly stopped.

💬 1     🔁 3     ♡ 22

## from:draginol since:2017-10-08 until:2018-04-24

Top     Latest     People     Photos     Videos     News     Broadcasts

**Brad Wardell** @draginol · 7 Dec 2017
So do I yell shut up at the ceiling to make our visitor in the attic quiet down? It's 11pm!

💬 6     🔁     ♡ 5

**Brad Wardell** @draginol · 7 Dec 2017
Replying to @draginol @stillgray
Typical scenario: someone will say the most vile, hateful things about me because they found a quote of me saying something 1/10th as mean.

💬 2     🔁 2     ♡ 27

**Brad Wardell** @draginol · 7 Dec 2017
Never trust someone who insists they're a nice guy.

💬 4     🔁 5     ♡ 26

**Brad Wardell** @draginol · 7 Dec 2017
The problem with game awards is knowing how it's done behind the scenes. I suspect it's the same in other industries but at least I don't know how they work.

💬 4     🔁 9     ♡ 16

**Brad Wardell** @draginol · 7 Dec 2017
Replying to @stillgray
Yep.  Double standards all the way down.

💬 1     🔁 2     ♡ 42

**Brad Wardell** @draginol · 7 Dec 2017
That sound I hear in the attic sounds a lot bigger than a mouse.

💬 9     🔁     ♡ 11

**Brad Wardell** @draginol · 7 Dec 2017
Running three 4K monitors together works better in theory than practice.

💬 5     🔁 2     ♡ 11

**Brad Wardell** @draginol · 7 Dec 2017
Galactic Civilizations III v2.7 opt-in arrives for the brave and bold.
forums.galciv3.com/486366/galacti…



## from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · 7 Dec 2017

How long has YouTube been pulling this when you click on an external URL in a creator's description?

⚠ Be careful! This site may be harmful.

The site you are trying to visit (www.patreon.com) may include malware, phishing attempts, or disturbing content.

BACK TO SAFETY

GO TO SITE

♡ 7      ⟲ 11      ♡ 23

**Brad Wardell** @draginol · 6 Dec 2017

Though obviously, as soon as Belize has Amazon Prime...

♡       ⟲       ♡ 7

**Brad Wardell** @draginol · 6 Dec 2017

I wonder if Redmond Washington would be a good place to set up a software and game studio. That's like near Canada right?

♡ 12      ⟲ 3      ♡ 22

**Brad Wardell** @draginol · 6 Dec 2017

As seen at @nichegamer nichegamer.com/2017/12/06/mic... With Stardock's new game engine now in place, Stardock is putting together a team that will help ensure its next endeavors reach their potential.



♡ 5    ⇆ 7    ♡ 20

**Brad Wardell** @draginol · 6 Dec 2017

Top    Latest    People    Photos    Videos    News    Broadcasts



♡ 7    ⇆ 16    ♡ 74

 **Brad Wardell** @draginol · 6 Dec 2017
Replying to @KurtSchlichter
Seriously, their claim is insane.  It has over 4X the gun murder rate as neighbor Idaho which has almost no gun restrictions.  They actually have one of the highest rates in the country.

♡    ⇆ 1    ♡ 9

 **Brad Wardell** @draginol · 6 Dec 2017
Microsoft interviews Kevin Unangst, the man who has helped PC gaming for over two decades. neowin.net/news/career-at...



♡    ⇆ 3    ♡ 7

 **Brad Wardell** @draginol · 6 Dec 2017
You can follow @Stardock to get the latest happenings.

♡ 2    ⇆ 2    ♡ 8

 **Brad Wardell** @draginol · 6 Dec 2017
It'll be interesting to compare coverage from today's industry announcement with the coverage over the kvetching over 25 year old DOS games on GOG we saw recently.

♡ 3    ⊔ 1    ♡ 5

**Brad Wardell** @draginol · 6 Dec 2017

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

57 yesterday. 22 today. Welcome to Michigan.

♡ 3    ⊔    ♡ 8

**Brad Wardell** @draginol · 6 Dec 2017                    ⌄
Replying to @stillgray
I haven't looked but I bet none of our games are on there.

♡ 1    ⊔    ♡ 7

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
Replying to @Astrobia
Your opinions are bad and you should feel bad!

♡    ⊔ 1    ♡ 2

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
I mean, they think they have it bad, I have to deal with me 24/7!

♡ 2    ⊔    ♡ 16
Show this thread

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
(Reads comment threads) man a lot of people really hate me personally. I didn't
think I was famous enough to have that many detractors. I must be efficient.

♡ 14    ⊔    ♡ 23
Show this thread

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
Banned user excuse list (who never connect why they were singled out): you can't
take constructive criticism, you just want to have "fanbois", if you weren't a &$&$
I would t be forced to call you out, piracy isn't theft...

♡ 2    ⊔ 1    ♡ 4
Show this thread

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
Replying to @bluesnewsdotcom
Yea, it's been a surreal week. "Hi honey, what did you do today?" Argue about a
25 year old DOS game. "What's DOS?"

♡ 1    ⊔    ♡ 5

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄
And 10 years later, they're in a @rockpapershot comment thread insisting how
horrible person X is because they banned them for no reason whatsoever.

♡ 1    ⊔    ♡ 6
Show this thread

**Brad Wardell** @draginol · 5 Dec 2017                    ⌄

The song every forum moderator has heard: "You just couldn't accept constructive criticism!" (aka. the words "goat f*cker" might have been in that constructive criticism)

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Probably the single worst PR decision (in hindsight) was to not bring on CMs to manage our forums early enough. Thus, I used to handle forum moderation and nobody ever forgives being banned from a forum.

💬 4     ⎗     ♡ 15

**Brad Wardell** @draginol · 5 Dec 2017
When I was younger, I really thought that if you just were honest and worked really hard that people would respect that.  And most do.  But those people don't respond to news articles.

💬 2     ⎗ 1     ♡ 40

**Brad Wardell** @draginol · 5 Dec 2017
I'm a big fan of Elon Musk. I think he's pretty amazing. Yet, the amount of hate I see online about him made me realize that no matter what, there will be haters.

💬 6     ⎗ 2     ♡ 30

**Brad Wardell** @draginol · 5 Dec 2017
I sometimes wonder what might have been if some publisher had given hundreds of thousands of dollars and let me port GalCiv for OS/2 to Windows NT.  How different things might have been.

💬 1     ⎗ 1     ♡ 8

**Brad Wardell** @draginol · 5 Dec 2017
I bought Teach yourself C in 21 days to learn to program while I paid my own way through school. If an idiot like me can make it, you can too.

💬 5     ⎗ 5     ♡ 30

Show this thread

**Brad Wardell** @draginol · 5 Dec 2017
All those ships I did pixel by pixel in an icon editor.  I worked 3 other jobs to support myself while going to college and writing this.

💬 2     ⎗ 2     ♡ 15

Show this thread

**Brad Wardell** @draginol · 5 Dec 2017
All that art you see on the screen I made with the OS/2 icon editor...poorly.  Some of it was me scanning pictures and turning them into .BMP files. That floppy was a scan of a real floppy.

💬 2     ⎗ 2     ♡ 9

Show this thread

**Brad Wardell** @draginol · 5 Dec 2017
Wrote my first game starting in 1992.  I did all of the writing and most of the art and nearly all the programming.  And you could tell. :) But it was me working out of my dorm room for 2 years on a labor of love. Was worth it.



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



💬 5        ↻ 12        ♡ 63

Show this thread

  **Brad Wardell** @draginol · 5 Dec 2017        ⌄
Dogs are the ultimate foot warmers.

💬 3        ↻ 1        ♡ 20

  **Brad Wardell** @draginol · 5 Dec 2017        ⌄
If you're interested in the classic Star Control games with Star Control: Origins,
you can continue to get them on GOG or Steam.

  **GOG.com**
Download the best classic and new games on Windows,
Mac & Linux. A vast selection of titles, DRM-free, with
free goodies and 30-day money-back guarantee.
gog.com

💬 2        ↻        ♡ 7

  **Brad Wardell** @draginol · 5 Dec 2017        ⌄
Replying to @draginol @AbdulBCRT
Key point: "Second, we have stated, repeatedly and consistently for over four
years that we are not using any of the aliens from the classic series.  As we have
stated, our position is that, to the best of our knowledge, the classic alien IP is
owned by them. "

💬        ↻ 1        ♡ 3

  **Brad Wardell** @draginol · 5 Dec 2017        ⌄
Results from the one Steam game I should get:

**Brad Wardell** @draginol
Wow! Thanks for all the recommendations.  Here's the consensus for the one
2017 game released on Steam this year I should get. What say you?

💬 10        ↻        ♡ 7

  **Brad Wardell** @draginol · 4 Dec 2017        ⌄
Don't you have some windows to smash?

—

**Jim** 🏳 @mr0x20wednesday
Replying to @draginol @Jeridiculous and 3 others

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

Replying to @mr0x20wednesday @Jeridiculous and 3 others
So does unemployment.

💬 1     🔁 2     ♡ 7

**Brad Wardell** @draginol · 4 Dec 2017                          ⌄
Replying to @Dangersharkz @brockway_llc @cracked
I am pretty bummed about it. But not surprised. I wonder whose editorial decision
it was to make the site so partisan? It used to be part of my daily trip. I probably
haven't visited in six months.

💬 2     🔁 1     ♡ 11

**Brad Wardell** @draginol · 4 Dec 2017                          ⌄
Replying to @st4rki113rz @Dogar_And_Kazon
They get royalties from Steam sales too. And have been accepting payment on
the GOG sales for at least 7 years.

💬 1     🔁     ♡ 5

**Brad Wardell** @draginol · 4 Dec 2017                          ⌄
Replying to @Dogar_And_Kazon
Stardock has updated its response. forums.starcontrol.com/486284

💬 1     🔁     ♡ 9

**Brad Wardell** @draginol · 4 Dec 2017                          ⌄
Is it wrong for me to hate @bdsams and @thurrott? Because I feel like hatred is
the only logical response.  But I'll have you know Michigan is just as
nice...just...fine...



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 13      ⟲      ♡ 8

**Brad Wardell** @draginol · 4 Dec 2017
eXplorminate visits Stardock and lives to tell the tale. Check it out!

**eXplorminate** @eXplorminate
explorminate.net/2017/12/04/my-...

💬 1      ⟲      ♡ 7

**Brad Wardell** @draginol · 3 Dec 2017
Sunday's at my house: forums.littletinyfrogs.com/486294/Sundays...

💬 1      ⟲      ♡ 3

**Brad Wardell** @draginol · 3 Dec 2017
Best use for Google Home so far: playing cricket sounds at night in the Winter.

💬 4      ⟲ 5      ♡ 29

**Brad Wardell** @draginol · 3 Dec 2017
Replying to @bluesnewsdotcom
Wow. I didn't know they are intentionally trying to promote their game as an official sequel to Star Control II. I'd love to see them try to pull that with Skylanders.

💬      ⟲      ♡ 4

**Brad Wardell** @draginol · 3 Dec 2017
Wow! Thanks for all the recommendations.  Here's the consensus for the one 2017 game released on Steam this year I should get. What say you?

42% Nier: Automata

**28%**  Cuphead

**30%**  Divinity: Original Sin 2

485 votes • Final results

💬 25      ⟲ 10      ♡ 7

**Brad Wardell** @draginol · 3 Dec 2017
Replying to @YourPalRags @Brad_Glasgow
We have The Political Machine! ;)

💬      ⟲      ♡ 3

**Brad Wardell** @draginol · 2 Dec 2017
The Steam sale is coming. What new, 2017 game would you say people must get? One game.

💬 66      ⟲ 4      ♡ 18

**Brad Wardell** @draginol · 2 Dec 2017

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

I got a really good book on daily life in medieval England. Yet..YouTube lets plays are calling. #addiction

💬 2   🔁 1   ♡ 6

Show this thread

**Brad Wardell** @draginol · 2 Dec 2017
Hello. My name is Brad Wardell and I enjoyed Justice League.

💬 13   🔁   ♡ 19

**Brad Wardell** @draginol · 2 Dec 2017
i officially need reading glasses.

💬 4   🔁   ♡ 7

**Brad Wardell** @draginol · 2 Dec 2017
Early concept for planet exploration for Star Control: Origins



💬 3   🔁 3   ♡ 29

**Brad Wardell** @draginol · 2 Dec 2017
Today's Groupy example: Visual Studios.  objectdesktop.com

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 2   🔁 11   ♡ 44

**Brad Wardell** @draginol · 2 Dec 2017

Replying to @cliffski

I know that no matter how good my game is, I'm going to be deluged by hate when my game comes out. So it's anxiety all the way.

💬 1   🔁   ♡ 1

**Brad Wardell** @draginol · 2 Dec 2017

Replying to @DanStapleton @Lycenae

Who are you talking to? I care very little about the tax bill. I'm pointing out that major legislation now seems to be entirely partisan. I say you're partisan because you seem to think it's black and white.

💬 2   🔁   ♡ 1

**Brad Wardell** @draginol · 1 Dec 2017

I told you. Computers are a fad.

💬 1   🔁 2   ♡ 11

**Brad Wardell** @draginol · 1 Dec 2017

Apparently no good deed ever goes unpunished.

💬 5   🔁   ♡ 14

**Brad Wardell** @draginol · 1 Dec 2017

Replying to @DanStapleton @Lycenae

Oh Dan, do you realize just how partisan you are?

💬 1   🔁   ♡ 2

**Brad Wardell** @draginol · 1 Dec 2017

Replying to @KurtSchlichter

Let me check the new rules book. Ah yes, the party in power may now ignore the wishes of the minority party.

💬 4   🔁   ♡ 4

**Brad Wardell** @draginol · 1 Dec 2017

Replying to @KurtSchlichter

So before, red-staters got the privilege of subsidizing the state-taxes of blue states. Because that was totally fair...

💬 1   🔁 1   ♡ 2

**Brad Wardell** @draginol · 1 Dec 2017

Replying to @Lycenae

Yea, that's how Obamacare passed.  Not through a last minute reconciliation process in which people didn't read it but through an open, transparent, bipartisan process.

💬 3          ⟲          ♡ 4

**Brad Wardell** @draginol · 1 Dec 2017

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

 It's is 479 pages long.
They're voting on it TONIGHT....

Show this thread

💬 10        ⟲ 4        ♡ 17

 **Brad Wardell** @draginol · 1 Dec 2017      ⌄
Replying to @BrazkoW
Extremely.  Especially since we have publicly stated, countless times, that we won't use any of the classic IP without them and that we have publicly endorsed a continuation of the Ur-Quan story.

💬 1         ⟲          ♡ 1

 **Brad Wardell** @draginol · 1 Dec 2017      ⌄
Stay tuned: Stardock has an announcement next week that our friends in the media will probably be shocked by.

💬 18        ⟲ 10        ♡ 35

 **Brad Wardell** @draginol · 1 Dec 2017      ⌄
Yea, we're currently working to make it so that you can save groups.  So for example, I use web browsers a lot but I need to group them still because otherwise I have zillions of tabs.

💬          ⟲          ♡ 1

 **Brad Wardell** @draginol · 1 Dec 2017      ⌄
Ok, here's a Groupy example that makes painful sense after you see it.  Grouping browser windows together each with its own set of tabs. So email, calendar, google drive and then my forum stuff.

♡ 3    ↻ 1    ♡ 3

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
Replying to @Arcon_ @VisualStudio
Well more like Microsoft's is a first party Groupy since we were/are first.

♡    ↻    ♡ 2



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
So my task (game development) happens in a single tabbed window: perforce, explorer, command prompt and visual studio.

♡ 2    ↻    ♡ 2

Show this thread



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
In my case, I load up Perforce and maximize it.  Then I have it open a command prompt and an explorer window in the area I'm using and group it. Then I open up @VisualStudio and drag it over too.  See screenshot



♡ 2    ↻    ♡ 1

Show this thread



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
The best way to use Groupy is to think of how you work with windows in terms of tasks and combining different programs into a single window to do that task.

♡    ↻    ♡ 1

 **Brad Wardell** @draginol · 1 Dec 2017
Another example of me using Groupy. Attaching an Explorer window to Adobe

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



♡ 5          ⇄ 2          ♡ 6

 **Brad Wardell** @draginol · 1 Dec 2017
If you're in the media, make sure you contact us at press@stardock.com if you're
interested in a sneak peek at Groupy 1.0.



NOT in the FUTURE...

...STARDOCK GROUPY is for TODAY...

♡ 5          ⇄          ♡ 3

 **Brad Wardell** @draginol · 1 Dec 2017
We recognize how useful tabs are for browser windows. But why stop there?



Stardock Groupy™

Combine your programs together into Groups

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 3    ⟲ 2    ♡ 11



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
Stardock Groupy is available as part of Object Desktop right now.
objectdesktop.com.  Will be released stand-alone on December 12.
@windowscentral :)



💬 2    ⟲ 5    ♡ 12



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
Replying to @thurrott @TheRichWoods @tfwboredom
Don't worry, Groupy has that covered. :)

💬    ⟲ 2    ♡ 3



**Brad Wardell** @draginol · 1 Dec 2017    ⌄
Replying to @redlianak
You can only stop hate with chocolate. This is a known, scientific fact.

💬 5    ⟲ 2    ♡ 13



**Brad Wardell** @draginol · 30 Nov 2017    ⌄
Replying to @Kazzerigian
I don't care about the environmental argument.  But every wall outlet is a gas
station for an EV. ;)

💬 1    ⟲    ♡ 1



**Brad Wardell** @draginol · 30 Nov 2017    ⌄
Star Control gets hungrier with the addition of cannibals:

**Star Control: Origins adds a new hungry race to its ...**

# from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · 30 Nov 2017
Replying to @cliffski
I bought a ton of Amazon stock in 1999. :)

💬 1   ⟲   ♡ 4



**Brad Wardell** @draginol · 30 Nov 2017
Debating anti-EV car people is like debating your elderly uncle. The tech hasn't changed in their mind and the problems they remember from years below are still in place.

💬 10   ⟲   ♡ 9



**Brad Wardell** @draginol · 28 Nov 2017
Replying to @vobreshkov @bdsams
Someday MS will release a feature that will do a subset of what Groupy does.

💬   ⟲   ♡ 1



**Brad Wardell** @draginol · 28 Nov 2017
Replying to @Daniel_Rubino
I suspect it won't work universally like Stardock Groupy does. Groupy is Windows centric. Sets seems to want to bring people to MS Edge.

💬 2   ⟲   ♡ 1



**Brad Wardell** @draginol · 28 Nov 2017
Screenshot of Stardock Groupy. Combine any app with any other app seamlessly. Today. objectdesktop.com. 1.0 comes out in 2 weeks. Beta available right now.



💬 5   ⟲ 4   ♡ 13

**Brad Wardell** @draginol · 28 Nov 2017



I wonder if Stardock's new Groupy app motivated to get Sets going. Groupy will
go 1.0 in December. Runs on Windows 7, 8, 10. Let's all Windows apps (including

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Stardock Groupy™

Object Desktop — as always, it's like getting the next version
of Windows today.

www.objectdesktop.com

♡ 1    ⟲ 3    ♡ 13

**Brad Wardell** @draginol · 28 Nov 2017                              ⌄
Replying to @TheRichWoods @evil_pro_ @thurrott
lol.  Groupy isn't available for sale on its own yet.  I'm not sure how you even
found it.  It's only part of Object Desktop while in beta.

♡ 1    ⟲    ♡ 2

**Brad Wardell** @draginol · 28 Nov 2017                              ⌄
That second piece of cake...was a mistake.

♡ 6    ⟲    ♡ 10

**Brad Wardell** @draginol · 28 Nov 2017                              ⌄
Star Control II turns 25 this month! Check out this tribute:
stardock.net/article/485810...

♡    ⟲ 1    ♡ 15

**Brad Wardell** @draginol · 28 Nov 2017                              ⌄
Replying to @levine
Those guys are amazing!

♡    ⟲    ♡ 3

**Brad Wardell** @draginol · 26 Nov 2017                              ⌄
Replying to @straczynski
Thank you sir! I can't express enough gratitude for the joy and fun you've given
us over the years.

♡ 1    ⟲    ♡ 3

**Brad Wardell** @draginol · 26 Nov 2017                              ⌄
Replying to @thurrott
My son turns 21 this month. What the hell happened to us, Paul?

♡    ⟲    ♡ 1



**Brad Wardell** @draginol · 25 Nov 2017
RPS Top Strategy Games of all time:  Offworld Trading Company

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

💬 2     ↻ 1     ♡ 5

**Brad Wardell** @draginol · 24 Nov 2017
We will be rolling out a new loot box feature. Earn in-game credits to unlock a saved game slot!

💬 11     ↻ 6     ♡ 36

**Brad Wardell** @draginol · 23 Nov 2017
Replying to @PixelMetal @CynicalBuffoon @Grummz
Yes but it lets them "change the world" by injecting their politics into the editorial.

💬 1     ↻     ♡ 3

**Brad Wardell** @draginol · 23 Nov 2017
If you want to see good game journalism, check out @bonzrat article at RPS which took research, effort and follows the site's mission:

**Call of Duty WW2 has solved face-rendering – and i...**
Videogames' extended voyage through the uncanny valley would go on for at least another couple of decades, I'd presumed until recently. Real, believable people co...
rockpapershotgun.com

💬 3     ↻ 2     ♡ 6

**Brad Wardell** @draginol · 23 Nov 2017
Replying to @PixelMetal @Grummz
Back when we were getting a lot of coverage for Ashes of the Singularity (first DirectX12 game) and Off World Trading Comoany (Soren Johnson's first new design since Civilization IV) I was trying to figure out why Polygon wouldn't cover anything and learned a lot more about them.

💬 1     ↻     ♡ 6

**Brad Wardell** @draginol · 23 Nov 2017
Doesn't really matter. They don't get enough traffic to matter. They're a distant 4th. Better to target specialist sites than an irrelevant generalist site that chooses what to cover based on their politics.

💬     ↻ 4     ♡ 15

**Brad Wardell** @draginol · 23 Nov 2017
Replying to @IMMentat @Grummz
I won't release it until it's amazing. I promise.

💬     ↻     ♡ 8

**Brad Wardell** @draginol · 23 Nov 2017
Replying to @draginol @Grummz
And these guys live in the Bay Area.

Q 3   ⟲ 1   ♡ 14

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

 **Brad Wardell** @draginol · 23 Nov 2017   ⌄
Replying to @Grummz
My disdain for Polygon is quite open. I guess I'll just have to be satisfied with the
tens of millions we make annually despite their coverage black out.

Q 5   ⟲ 36   ♡ 128

 **Brad Wardell** @draginol · 23 Nov 2017   ⌄
Replying to @patio11
It's been done. Successfully. stardock.com.

 **Stardock**
Official site. Stardock is a cutting-edge innovator
specializing in desktop utility software and PC
entertainment.
stardock.com

Q   ⟲   ♡ 2

 **Brad Wardell** @draginol · 22 Nov 2017   ⌄
Seriously?

**Joy Reid** ✓ @JoyAnnReid
The Kennedys occupy a special place in our national consciousness. JFK had a
roguish gallantry. Jackie O had the glamour and pathos of a Hollywood star.
RFK had the seeds of goodness and greatness. Teddy chased redemption.
Americans love those kinds of narratives. twitter.com/nydnflashback/...
Show this thread

Q 4   ⟲ 3   ♡ 5

 **Brad Wardell** @draginol · 22 Nov 2017   ⌄
Civilization - Then Vs. Now | The Evolution of Sid Meier's Civilization...
youtu.be/L7GkX4h-TP8 via @YouTube

Q 1   ⟲ 3   ♡ 6

 **Brad Wardell** @draginol · 22 Nov 2017   ⌄
Replying to @CountDankulaTV @GamingAndPandas
As someone who had to fight a false allegation in court for years which ended
with the accuser writing an apology letter, I think I can safely say that this woman
is human garbage.

$\bigcirc$ 1      $\uparrow\downarrow$ 1      $\heartsuit$ 18

**from:draginol since:2017-10-08 until:2018-04-24**

Top      Latest      People      Photos      Videos      News      Broadcasts

 **Brad Wardell** @draginol · 22 Nov 2017      ∨
The Nuclear Waste Problem youtu.be/uU3kLBo_ruo very interesting video on communicating to future Civilizations on the danger of nuclear waste sites.



$\bigcirc$ 3      $\uparrow\downarrow$ 1      $\heartsuit$ 2

 **Brad Wardell** @draginol · 21 Nov 2017      ∨
I remember buying baseball cards. Tops, Fleer. The original loot boxes.

$\bigcirc$ 20      $\uparrow\downarrow$ 9      $\heartsuit$ 60

 **Brad Wardell** @draginol · 21 Nov 2017      ∨
Replying to @AsaTJ
well, I'd stalk you more for ideas but...you know, that restraining order you got.

$\bigcirc$      $\uparrow\downarrow$      $\heartsuit$ 2

 **Brad Wardell** @draginol · 21 Nov 2017      ∨
The AR patent wars have...begun.

 **Microsoft's HoloLens is first target in rash of AR pa...**
Wielding two patents related to interacting with holographic images, HoloTouch has taken aim at Microsoft's HoloLens in a new patent infringement suit.
neowin.net

$\bigcirc$ 1      $\uparrow\downarrow$ 2      $\heartsuit$ 4

 **Brad Wardell** @draginol · 20 Nov 2017      ∨
Sins of a Solar Empire: Rebellion is nearing its millionth copy sold on Steam. store.steampowered.com/app/204880/Sin...

$\bigcirc$ 14      $\uparrow\downarrow$ 10      $\heartsuit$ 48

 **Brad Wardell** @draginol · 20 Nov 2017      ∨
Thanksgiving is coming! Time off means I get to write new AI code! galciv3.com.



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts



**Brad Wardell** @draginol · 20 Nov 2017
Do you like strategy games? Then watch this and then share it:

♡ 3   ⇄ 2   ♡ 5

**Brad Wardell** @draginol · 19 Nov 2017
So the bottom line is, the market will ultimate decide how we pay for stuff. I'd personally prefer that payment to be honest and transparent rather than insidious and addictive.

♡ 4   ⇄ 8   ♡ 32

**Brad Wardell** @draginol · 19 Nov 2017
Just my two cents on loot boxes from a guy who sees people frequently yelling about how terrible DLC is or how expansion packs should be free bc the features should have been in the base game.

♡ 18   ⇄ 4   ♡ 17

Show this thread

**Brad Wardell** @draginol · 19 Nov 2017
...if the players (the market) punishes devs who try to be forthcoming on economic basics, then only the most cynical devs will thrive.

♡ 3   ⇄ 4   ♡ 13

Show this thread

**Brad Wardell** @draginol · 19 Nov 2017
...what we need is some basic economic u derogatory ding: money is exchanged for goods and services. A game bought for $30 on Steam is that exchange. If the player wants new work done, it has to be paid for by the player...

♡ 4   ⇄ 4   ♡ 12

Show this thread

**Brad Wardell** @draginol · 19 Nov 2017
...most devs don't want to implement things like loot boxes or micro transactions. But the fact is, they work. So now the industry is playing a really old game with itself: The prisoner's dilemma...

♡ 3   ⇄ 4   ♡ 13

Show this thread



**Brad Wardell** @draginol · 19 Nov 2017



...player review systems empower players:that's good. But it is also used to punish.
Game prices keep declining bc gamers increasingly shop on price. Devs try to pay

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

Begin rant: there is a growing myth that making games is some sort of get rich
scheme. It's not. Yet gamers frequently use terms like "money grab" and "greed"
when devs ask to get paid for work...

💬 15      ⟲ 16      ♡ 53

Show this thread



**Brad Wardell** @draginol · 19 Nov 2017                                              ⌄
I sometimes forget what festering pits of misery most game forums are..until I
spend time revisiting them.

💬 4       ⟲ 2       ♡ 10



**Brad Wardell** @draginol · 19 Nov 2017                                              ⌄
Thumbs up to Justice League. Solid 7/10. Take out Aquaman and it's better than
Avengers.

💬 4       ⟲ 1       ♡ 6

**Brad Wardell** @draginol · 19 Nov 2017                                              ⌄
The Latest edition to Star Control: The measured.



💬 2       ⟲ 1       ♡ 8



**Brad Wardell** @draginol · 19 Nov 2017                                              ⌄
Sunday morning coffee. It's the best.

💬 1       ⟲        ♡ 5



**Brad Wardell** @draginol · 18 Nov 2017
Hands on with @NeowinFeed look at the Surface laptop. Check it out

**from:draginol since:2017-10-08 until:2018-04-24**

Top     Latest     People     Photos     Videos     News     Broadcasts

neowin.net

💬          ⇄          ♡ 3



**Brad Wardell** @draginol · 17 Nov 2017
What Happens When Google Disagrees With You?

💬 2        ⇄ 6        ♡ 8

**Brad Wardell** @draginol · 16 Nov 2017
I am ranked #3 in the Star Control beta. starcontrol.com/metaverse

💬 3        ⇄          ♡ 16

**Brad Wardell** @draginol · 16 Nov 2017
I'm going go out out on a limb and say Groupy is the most useful new Windows
program to come out in the past year. pcworld.com/article/323766...



💬 2        ⇄ 1        ♡ 4



**Brad Wardell** @draginol · 16 Nov 2017
Replying to @erikkain @Forbes

Loot crates aren't gambling. They simply allow the player engage in an activity in
which the odds of a desired result are random in exchange for money or time...

💬 3        ⇄ 1        ♡ 7



**Brad Wardell** @draginol · 16 Nov 2017
Replying to @stillgray

No idea who this guy is. Seems unpleasant.

♡ 4      ⟲ 1      ♡ 11

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

 **Brad Wardell** @draginol · 15 Nov 2017          ⌄
Tomorrow afternoon you will be able to play the beta of the Fleet Battles feature in the new Star Control. starcontrol.com. Pre-Order now. Unlock tomorrow.



♡ 3      ⟲ 13      ♡ 30

 **Brad Wardell** @draginol · 15 Nov 2017          ⌄
Replying to @stillgray
He's really going to hate eminent domain.

♡ 1      ⟲          ♡ 10

 **Brad Wardell** @draginol · 15 Nov 2017          ⌄
It's a shame that we have to look at the source of our "news" to adjust our internal de-biasing analyzers.

♡ 1      ⟲ 2      ♡ 16

 **Brad Wardell** @draginol · 14 Nov 2017          ⌄
I have the best job.  I get to show off a killer Windows app on Tuesday and then Thursday start playing some Star Control!   How's this for using your own stuff:



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

**Brad Wardell** @draginol · 14 Nov 2017
What do you think of this genius monetization strategy: You buy Groupy and you can merge two windows together into one.  If you keep doing that for 40 hours you can merge 3 OR if you pay $10 you get merge 3 and so on.
#marketinggenius

💬 4       ↻ 2       ♡ 10

**Brad Wardell** @draginol · 14 Nov 2017
Replying to @WithinRafael
I'm skeptical MS will be able to implement this OS-wide.  Explorer should be easy. Getting Chrome and say Adobe to work together, less easy.

💬       ↻       ♡ 1

**Brad Wardell** @draginol · 14 Nov 2017
Groupy: Group your windows together however you want. Mmm. Translucent tabs. objectdesktop.com



💬 2       ↻ 2       ♡ 7

**Brad Wardell** @draginol · 14 Nov 2017
Replying to @BelgianBoolean
Which look like really skinny snakes.  Coincidence?

💬 1       ↻       ♡ 1

**Brad Wardell** @draginol · 14 Nov 2017
You can make the tabs appear like BeOS style if you'd like. objectdesktop.com





# from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts





♡ 4    ⇄ 2    ♡ 6

**Brad Wardell** @draginol · 14 Nov 2017

How cool is Groupy? If the next Creator's Edition of Windows had a feature like Groupy, where on the list of "cool new features" do you suspect it would end up? objectdesktop.com



♡ 6    ⇄ 2    ♡ 5



**Brad Wardell** @draginol · 14 Nov 2017

Groupy used to group notepad and explorer together.  objectdesktop.com



**from:draginol since:2017-10-08 until:2018-04-24**

| Top | Latest | People | Photos | Videos | News | Broadcasts |

Only while it's in beta.  It'll be available for $9.99 on its own once it leaves beta.

💬 1          �retweet          ♡ 1

**Brad Wardell** @draginol · 14 Nov 2017          ⌄
Oh and we currently have all of Object Desktop, which includes Groupy, on sale for less than $30. stardock.com/products/odnt/



💬 2          ↻ 1          ♡ 5

**Brad Wardell** @draginol · 14 Nov 2017          ⌄
Stardock Groupy:

BEFORE and AFTER:



💬 4          ↻ 6          ♡ 12

**Brad Wardell** @draginol · 14 Nov 2017          ⌄
Stardock Groupy: We let you group all your apps together as you choose. Home page: stardock.com/products/group... It's available now as part of Object Desktop.


**Download Groupy : Software from Stardock**
Groupy enables you to drag and drop application windows together to group them together under a





windows together to group them together under a
common tabbed interface. Check out the included feat...

stardock.com

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts



**Brad Wardell** @draginol · 14 Nov 2017
And one more:



♡ 2        ⇄        ♡ 3

Show this thread



**Brad Wardell** @draginol · 14 Nov 2017
Now look here:



♡ 4        ⇄ 1        ♡ 1

Show this thread



**Brad Wardell** @draginol · 14 Nov 2017
IT BEGINS! Look carefully at this screenshot. Particularly the title bar...





# from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

♪♪♪
♪♪
Greetings!
Waffles!
Waffles!
Waffles!

via Skype

Type a message here

💬 9     🔁 2     ♡ 11

Show this thread

**Brad Wardell** @draginol · 14 Nov 2017

Replying to @cwboyer @waywardstrategy @demyztikx

BEES!

💬 1     🔁     ♡ 1

**Brad Wardell** @draginol · 14 Nov 2017

Getting flack from the right re Moore.  Don't shoot the messenger. If it can be proven he lied about going to the restaurant he's done.

💬 8     🔁     ♡ 10

**Brad Wardell** @draginol · 14 Nov 2017

This story can be verified. If true, Moore is done.



**New Accuser: Roy Moore Sexually Assaulted Me in a Parking Lot Wh…**
NRSC to Moore: Drop Out, or Be Expelled if You Win.
townhall.com

💬 15     🔁 13     ♡ 49

**Brad Wardell** @draginol · 14 Nov 2017

Replying to @DiddlyDonger @NicolasZeoli @stillgray

It doesn't mean he isn't trying to convey a message.  His message was pretty clear. Dismissing a message bc it's a cartoon is patronizing.

💬 1     🔁     ♡ 1

**Brad Wardell** @draginol · 14 Nov 2017  ∨

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Replying to @DiddlyDonger @stillgray
The cartoon also has words.

♡ 1        ♡        ♡ 3

**Brad Wardell** @draginol · 13 Nov 2017  ∨
Replying to @PixelJanosz
So bonus! We're not in California!

♡        ♡        ♡ 2

**Brad Wardell** @draginol · 13 Nov 2017  ∨
Stardock recruiting: Technically speaking, Plymouth Michigan is practically the
same latitude as northern California.  Therefore, in a way...it's like being in
California.



♡ 10        ♡ 4        ♡ 36

**Brad Wardell** @draginol · 13 Nov 2017  ∨
Replying to @orinthomas
He is right.  Another one is: A boat is a thing you throw money into and watch it
sink.

♡        ♡        ♡ 2

**Brad Wardell** @draginol · 13 Nov 2017  ∨
There is nothing worse than trying to profit off of political turmoil.  BTW, make
sure you add Stardock's The Political Machine to your wish list!
politicalmachine.com Remember: Brad needs a new boat!

♡ 3        ♡ 2        ♡ 28

**Brad Wardell** @draginol · 13 Nov 2017  ∨
Eventually, as tech advances and automation takes over, people with the ability to
do so will escape the hellscape that the political extremes seem determined to
create.

♡ 3        ♡        ♡ 9

**Brad Wardell** @draginol · 13 Nov 2017  ∨
It's hard to take the pearl clutching seriously by the political junkies at this point.
One side has Kennedy, Clinton, Menendez and Hollywood. The other side has
Moore, Trump and Hastert.

♡ 2        ♡ 1        ♡ 15

**Brad Wardell** @draginol · 13 Nov 2017
I see so many people consumed by their politics.  And in turn, consuming our

from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

folder, that started with ObjectZIP.  GUI skinning: WindowBlinds.
Widgets/Gadgets: DesktopX. Tomorrow's app is super obvious as something that
should be part of the OS.

  ♡ 3    ↻ 1    ♡ 13

**Brad Wardell** @draginol · 13 Nov 2017
Stardock has made some killer apps over the years.  ObjectZIP, WindowBlinds,
DesktopX, ObjectDock, Fences, Start8. Tomorrow we're announcing something
equally big.

  ♡ 17    ↻ 12    ♡ 84

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @AndyChalk
Maybe on YOUR planet...

  ♡    ↻    ♡ 3

**Brad Wardell** @draginol · 13 Nov 2017
I'm listening...

  ♡    ↻    ♡ 2

**Brad Wardell** @draginol · 13 Nov 2017
Stay tuned: Stardock has two big things coming out this week. The
@starcontrolgame beta AND a new killer app for Windows!

  ♡ 3    ↻ 3    ♡ 15

**Brad Wardell** @draginol · 13 Nov 2017
The sad thing about the game industry today: If I posted that the new Star
Control game was $60, included 1 ship but if you played 40 hours you could
unlock other ships as an April Fools joke I'd still get reamed because it's not
outrageous enough these days.

  ♡ 7    ↻ 19    ♡ 46

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @tomwarren
So now it can not work in your kitchen as well as it doesn't work on your desk.

  ♡    ↻    ♡ 2

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @stillgray
And this is how they got Trump.

  ♡    ↻    ♡ 15

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @HaveYouPlayedX
Not if you are making the game "not fun" anymore for them. People liked
"beating" the AI on the hardest levels.

♡ 1          ⟲          ♡ 1

**Brad Wardell** @draginol · 13 Nov 2017

---

**from:draginol since:2017-10-08 until:2018-04-24**

---

**Top**   Latest   People   Photos   Videos   News   Broadcasts

---

**Brad Wardell** @draginol · 13 Nov 2017
Why? Because a recent update took away AI exploits. The gaming culture
punishes gamedevs for everything. So can't tell what's legitimate.

♡ 11          ⟲ 2          ♡ 10

Show this thread

**Brad Wardell** @draginol · 13 Nov 2017
If you look at GalCiv III's Steam reviews, for instance, you will see recent reviews
are at 51 (overall is 76) (1/2)

♡ 3          ⟲          ♡ 2

Show this thread

**Brad Wardell** @draginol · 13 Nov 2017
I don't like the idea of random DLC (lootboxes). But I've become skeptical of
gamer outrage as I deal with "this DLC should be free" daily.

♡ 37          ⟲ 3          ♡ 34

**Brad Wardell** @draginol · 13 Nov 2017
Ok. So the issue with SW:BF2 seems to paying full price and getting insufficient
content unless you grind many hours OR pay more $$$?

♡ 19          ⟲ 3          ♡ 5

Show this thread

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @cliffski

I haven't played anything like that. I'm just not inclined to trust gamers when they
say "most of the content is locked out" immediately.

♡          ⟲          ♡ 3

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @robin_thompson

Ok so the issue isn't loot boxes themselves. It's that the game is trying to be full
priced and not give you content.

♡ 1          ⟲          ♡ 4

**Brad Wardell** @draginol · 13 Nov 2017
Replying to @cliffski

Ah. I'm not sure who to believe. I deal with gamers who think DLC is the devil and
expansion packs should be free.

♡ 1          ⟲          ♡ 4

**Brad Wardell** @draginol · 13 Nov 2017
I'm clearly playing the wrong games. So loot boxes, like what you get in
Hearthstone? These are bad?

♡ 21          ⟲          ♡ 3



**Brad Wardell** @draginol · 12 Nov 2017
Replying to @conradhackett

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

Replying to @Nezumi_Youjo @inchoaterica

You simply find links that fit your politics. You have no actual knowledge on the topic. Stating the obvious isn't some attack on you.

♡ 1          ⊔ 2          ♡ 5

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica @Nezumi_Youjo

You do realize that if I'm "dog whistling" that does, in fact, make you the dog.

♡ 1          ⊔ 2          ♡ 4

**Brad Wardell** @draginol · 12 Nov 2017

My sons like Star Control because it's an action, adventure game. But for the record, 4X games are NOT "old man games"!

♡ 8          ⊔ 1          ♡ 19

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @Nezumi_Youjo @inchoaterica

Yes, as in, you have no idea what you are talking about. The literal peanut gallery.

♡ 1          ⊔ 1          ♡ 2

**Brad Wardell** @draginol · 12 Nov 2017

SJWs are kind of like the STD of social media. They occasionally flair up and fill your feed with random, unfocused hate.

♡ 6          ⊔ 19          ♡ 72



**Brad Wardell** @draginol · 12 Nov 2017
Replying to @Nezumi_Youjo @inchoaterica

I'm not sure what #GamerGate support entails.  My views are expressed here.





**Brad Wardell GamerGate Interview**
Brad Wardell is founder, president, and CEO of Stardock, a software entertainment and computer games company. His specialty is the design a...
escapistmagazine.com

♡ 1          ⊔ 1          ♡ 1



**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Replying to @inchoaterica

You are awful for the things you say. You spew nothing but hate on your feed.
Like I said, you should get help.

  ♡ 1    ⟲ 1    ♡ 2

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica

That's you simply projecting your hate filled world view on others. I looked at
your feed. You're an awful, awful human being. Get help.

  ♡ 1    ⟲ 1    ♡ 2

**Brad Wardell** @draginol · 12 Nov 2017
Most of the hate tweets I get have almost the same nonsense in their profile.
Identity politics signaling.

  ♡ 8    ⟲ 4    ♡ 30

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica

Probably because #GamerGate had nothing to do with any of that. It was a
protest against the gaming media.

  ♡ 3    ⟲ 2    ♡ 6

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @kevasidhe @dankbaker

Ah. Ok that's pretty weird.

  ♡    ⟲    ♡ 1

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica @Corduroyalist

Yes, because even my sock puppets have more followers than you...

  ♡ 1    ⟲    ♡ 3

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica

If you have an example of where I've supported harassment feel free to post it.

  ♡ 1    ⟲ 1    ♡ 5

**Brad Wardell** @draginol · 12 Nov 2017
So much projection.

**Support Group Trash** @inchoaterica
Ironic coming from a GGMRA, but to the True 1488 Believers like Brad when
you hate gays, women and people of color we're not really people so it
doesn't count or something. twitter.com/draginol/statu...

  ♡ 9    ⟲ 11    ♡ 33



**Brad Wardell** @draginol · 12 Nov 2017
Replying to @inchoaterica

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Replying to @ConradHackett
They need some gun control to solve their problems.

💬 18    🔁 4    ♡ 21

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @PoliticalShort
I'd love to see California broken up into 3 or 4 states.

💬    🔁    ♡ 4

**Brad Wardell** @draginol · 12 Nov 2017
Replying to @Nezumi_Youjo @BinaryVixen899 @Stardock
There seems to be a lot of hateful people out there.

💬 1    🔁 1    ♡ 1

**Brad Wardell** @draginol · 11 Nov 2017
You can pre-order Star Control at  starcontrol.com to get the Fleet Battles beta on Thursday.

💬 2    🔁 4    ♡ 11

**Brad Wardell** @draginol · 11 Nov 2017
Heh. We were calling it Super-Melee as that was what it was called in Star Control II but we ended up having to explain what it was over and over again. "No, NOT like Smash Brothers!" So Fleet Battles it is.

💬 3    🔁 1    ♡ 8

**Brad Wardell** @draginol · 11 Nov 2017
Star Control: Origins beta 1 starts next week!

FLEET BATTLES

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

◯ 11     ⟲ 15     ♡ 49

Show this thread

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
I wonder if Antifa looks in the mirror and asks...'Are we the Baddies?'

◯ 1     ⟲ 1     ♡ 11

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
Replying to @ScotGaymer @Google
If I sued every time someone posted something defamatory I'd live in court.

◯ 1     ⟲     ♡ 2

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
I stopped trusting @Google when I discovered that a Google employee had
manipulated the top search results for my name to point to his defamatory blog.

**Tom Warren** ✔ @tomwarren
Google, Facebook, and YouTube are out of control right now. This is why
algorithms don't always work twitter.com/verge/status/9...

◯ 4     ⟲ 33     ♡ 77

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
Replying to @GermainLussier @AutomaticZen
So... Avengers 2 level?

◯     ⟲     ♡ 8

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
Replying to @tomwarren
I stopped trusting Google search the day a Google employee was able to
manipulate the top search results about me to point to his personal blog.

◯     ⟲ 1     ♡ 6

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄
Replying to @cliffski @WittersDev
If the rich are trying to evade taxes they're not doing a good job of it since they
pay almost all the taxes.

◯ 1     ⟲     ♡ 1

**Brad Wardell** @draginol · 10 Nov 2017                                          ⌄

Replying to @WittersDev @cliffski
The rich already pay their share and most of everyone else's.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

♡ 18

**Brad Wardell** @draginol · 10 Nov 2017
Replying to @cliffski
So most people just want someone else to pay for their stuff.

♡ 2

**Brad Wardell** @draginol · 9 Nov 2017
EXCLUSIVE: Texas Massacre Hero, Stephen Willeford, Describes Stopping Gu...

♡ 1   ⟲ 1   ♡ 2

**Brad Wardell** @draginol · 9 Nov 2017
Replying to @cliffski
Next time you see loud SJW virtue signaling, make a note how many are from San Fran.

♡ 1   ⟲   ♡ 2

**Brad Wardell** @draginol · 8 Nov 2017
Replying to @oliverbcampbell
Me agree.

♡ 1   ⟲   ♡ 5

**Brad Wardell** @draginol · 7 Nov 2017
Replying to @instapundit
Clearly, the solution to leftists shooting conservatives is to disarm conservatives.

♡ 1   ⟲   ♡ 3

**Brad Wardell** @draginol · 6 Nov 2017
Took Bailey to work today, she ate my lunch when I stepped out for a meeting.
#ihavenodog

**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

♡ 1      ⟲ 3      ♡ 16

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @WithinRafael
Windows Defender smiles.

♡          ⟲          ♡ 2

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @draginol @DanStapleton and 2 others
I'm not inclined to give up my guns while leftists are promising to murder me and my family. (which has specifically happened).

♡ 1      ⟲ 2      ♡ 3

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @DanStapleton @StolteNick @SpeakerRyan
I support doing something about it.  You say "fewer guns".  Ok. What does that mean?

♡ 1      ⟲ 1      ♡ 2

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @stillgray
Because they rarely think beyond their most base urges. It's why they regularly include their sexual identity in their profiles.

♡ 2      ⟲ 2      ♡ 36

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @Independent @thurrott
When did "the internet" become self aware? Shouldn't we be more worried about it activating nuclear launch codes?

♡ 1      ⟲          ♡ 2

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @stephentotilo
The minute someone has a specific, useful proposal.

♡ 2      ⟲          ♡ 1

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @KurtSchlichter @jimgeraghty @SalenaZito
I suggest they continue to suggest anyone who opposes gun confiscation is an idiot or "white supremist". Totally winning strategy...

♡          ⟲          ♡ 3

**Brad Wardell** @draginol · 6 Nov 2017                                    ⌄
Replying to @Mullerornis @Ricwulf

That is a fantasy of your own making.

♡ 1        ↑↓        ♡ 37

**Top**   Latest   People   Photos   Videos   News   Broadcasts

♡ 1        ↑↓        ♡ 1



**Brad Wardell** @draginol · 5 Nov 2017                              ⌄
Replying to @erikkain
Then don't.

💬 3        ↑↓ 1        ♡ 6



**Brad Wardell** @draginol · 5 Nov 2017                              ⌄
Replying to @RundleG @AdamBaldwin @wilw
I dunno, maybe he'll come out as a gay man and blame his awful behavior on
that.

💬        ↑↓        ♡ 3



**Brad Wardell** @draginol · 5 Nov 2017                              ⌄
Replying to @erikkain
Fine.  But take a look at this: pri.org/stories/2016-0... There's no "law" to stop this
evil.



**Map: Here are countries with the world's highest murder rates**
After the recent mass shooting in Orlando, we looked at how the US
compared globally in annual homicide rates. We found that most of the h...
pri.org

💬 2        ↑↓ 1        ♡ 2



**Brad Wardell** @draginol · 5 Nov 2017                              ⌄
Replying to @erikkain
Feel free to post your plan and run on it. I'm genuinely interested in how you
think you can stop this evil.

💬 1        ↑↓        ♡ 1



**Brad Wardell** @draginol · 5 Nov 2017                              ⌄
Replying to @AdamBaldwin @wilw
He's a weaselly little coward.  You won't see him trying to help anyone.

💬 2        ↑↓ 3        ♡ 15



**Brad Wardell** @draginol · 5 Nov 2017
I enjoy writing GalCiv AI code. I don't enjoy writing change logs.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Live by the mob, die by the mob I guess.

💬 1        ♻        ♡ 13



**Brad Wardell** @draginol · 5 Nov 2017
Looking forward for that water proof Kindle Oasis. Now just need a water proof iPad. ;)

💬 3        ♻        ♡ 7



**Brad Wardell** @draginol · 5 Nov 2017
I found this very interesting. The Reason for Almost All Mental Illnesses - Prof. Jordan Peterson

💬 1        ♻ 6        ♡ 15

**Brad Wardell** @draginol · 5 Nov 2017
The truth always ages well. What I wrote regarding #GamerGate 3 years ago requires no editing.



**Brad Wardell GamerGate Interview**
Brad Wardell is founder, president, and CEO of Stardock, a software entertainment and computer games company. His specialty is the design a...
escapistmagazine.com

💬 19        ♻ 259        ♡ 529



**Brad Wardell** @draginol · 4 Nov 2017
Late night comedians preaching politics is about as insightful as the pizza guy preaching politics. Just STFU and gimme the pizza.

💬 1        ♻ 7        ♡ 28

**Brad Wardell** @draginol · 4 Nov 2017



**Brad Wardell** @draginol · 3 Nov 2017
The Super Melee beta begins this month! starcontrol.com.

## from:draginol since:2017-10-08 until:2018-04-24

**Top**    **Latest**    **People**    **Photos**    **Videos**    **News**    **Broadcasts**



💬 1      🔁 6      ♡ 22



**Brad Wardell** @draginol · 3 Nov 2017                                    ⌄
A big thanks to @JeffBargmann for letting me know about being able to filter out tweets if they have certain words in them.

💬 4      🔁      ♡ 4



**Brad Wardell** @draginol · 3 Nov 2017                                    ⌄
New Thor movie was the best super hero movie I've ever seen. I can't believe I'm saying that but it's true.

💬 9      🔁      ♡ 23



**Brad Wardell** @draginol · 3 Nov 2017                                    ⌄
Us vs Millennials

💬 2      🔁      ♡ 3



**Brad Wardell** @draginol · 3 Nov 2017                                    ⌄
Replying to @Massive_Damage @PocketTactics
I loooove that UI!

💬      🔁      ♡ 4



**Brad Wardell** @draginol · 3 Nov 2017                                    ⌄
Replying to @quill18 @BradKriss @xBBx

Make sure you have Crusade. Adds citizens. Each race has their own.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

💬 1        ⟲        ♡ 3

**Brad Wardell** @draginol · 3 Nov 2017                    ⌄
Replying to @draginol @quill18

one of these days I need to write an article as to why people like me watch your streams.

💬 1        ⟲        ♡ 3

**Brad Wardell** @draginol · 3 Nov 2017                    ⌄
Replying to @cliffski

I follow a lot of journalists and the sheer vile hate they frequently post makes Trump look mild.

💬          ⟲        ♡ 2

**Brad Wardell** @draginol · 3 Nov 2017                    ⌄
I remain surprised at just how awful autocorrect still is.

💬 13       ⟲ 1      ♡ 17

**Brad Wardell** @draginol · 2 Nov 2017                    ⌄
New Tutorials & Quality of Life - Ashes of the Singularity: Escalation v2.6

💬          ⟲ 1      ♡ 3

**Brad Wardell** @draginol · 2 Nov 2017                    ⌄
The only evidence that I have a dog is a tiny bt of snout sticking out from under the covers.

💬 1        ⟲        ♡ 11

**Brad Wardell** @draginol · 2 Nov 2017                    ⌄
Replying to @BradKriss @xBBx @quill18

In the old days, what is called GalCiv III today would be called GalCiv IV. This is why digital distribution rocks!

💬 2        ⟲        ♡ 2

**Brad Wardell** @draginol · 1 Nov 2017                    ⌄
Sleep time. That's when I'm a Viking!

💬          ⟲ 1      ♡ 12

**Brad Wardell** @draginol · 1 Nov 2017                    ⌄
Replying to @neontaster

I'm happy if SJWs "shun" me. Shun away.

♡   ⟲ 1   ♡ 19

## from:draginol since:2017-10-08 until:2018-04-24

**Top**    Latest    People    Photos    Videos    News    Broadcasts

**Brad Wardell** @draginol · 1 Nov 2017    ⌄
Pumpkin seeds. Amarite?

♡ 2   ⟲   ♡ 7

**Brad Wardell** @draginol · 1 Nov 2017    ⌄
Sigh. It's official. Steam player reviews are useless.

♡ 12   ⟲ 1   ♡ 27

**Brad Wardell** @draginol · 1 Nov 2017    ⌄
Been rewatching Deep Space 9. Damn that show was good.

♡ 18   ⟲ 2   ♡ 37

**Brad Wardell** @draginol · 1 Nov 2017    ⌄
Replying to @quill18
Galactic Civilizations!

♡ 1   ⟲   ♡ 4

**Brad Wardell** @draginol · 31 Oct 2017    ⌄
Glad to see Surface Pro getting LTE but will wait for @DrPizza's take before buying. More here:



**Surface Pro with 450Mbps LTE launching December 1, starting at $1,...**
Microsoft is aiming the new version at the highly mobile business customer.
arstechnica.com

♡ 1   ⟲   ♡ 3

**Brad Wardell** @draginol · 30 Oct 2017    ⌄
Replying to @StefanMolyneux
but when I do that with a trench coat I'm the bad guy...

♡ 1   ⟲ 3   ♡ 14

**Brad Wardell** @draginol · 30 Oct 2017    ⌄
I still don't understand why they couldn't have ST:Disocery take place 100 years after DS9.

$\varphi$ 7    ⇄ 2    ♡ 23

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

♡ 1    ⇄ 2    ♡ 1

 **Brad Wardell** @draginol · 28 Oct 2017    ﹀
Replying to @The_Extrange @StoicWriter
Steam Overlay injects itself into the game process.  Not Bethesda's fault.

$\varphi$ 2    ⇄ 1    ♡ 2

 **Brad Wardell** @draginol · 28 Oct 2017    ﹀
Replying to @CatTheUndying @stillgray
Hard to take SJWs seriously when they're just so weak.

$\varphi$ 1    ⇄    ♡ 14

 **Brad Wardell** @draginol · 27 Oct 2017    ﹀
Then review the status of a new Object Desktop program, make sure royalties got paid , write Star Control newsletter, and answer email.

$\varphi$ 5    ⇄    ♡ 7

Show this thread

 **Brad Wardell** @draginol · 27 Oct 2017    ﹀
This weekend: rewrite a tech tree prerequisite system to avoid touching a critical section shared by the particle system thread.

$\varphi$ 1    ⇄    ♡ 4

Show this thread

 **Brad Wardell** @draginol · 27 Oct 2017    ﹀
What?



$\varphi$ 1    ⇄    ♡ 13

 **Brad Wardell** @draginol · 27 Oct 2017    ﹀



I also have a ton of @Windows Vista shirts. My Fall jacket is a Windows Vista jacket. It's quite good.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

♡ 3

**Brad Wardell** @draginol · 27 Oct 2017    ⌄
Replying to @Black_Label_Lt @IGN
Only my mouth.

♡ 2

**Brad Wardell** @draginol · 27 Oct 2017    ⌄
I'll be posting my latest review on @Tesla autopilot soon at @Neowin.

♡ 2   ⟲   ♡ 2

**Brad Wardell** @draginol · 27 Oct 2017    ⌄
My wife says I need to get a new @IGN shirt. I haven't gained weight. My bones are simply larger.

♡ 4   ⟲ 2   ♡ 12

**Brad Wardell** @draginol · 26 Oct 2017    ⌄
Here's a quick run down of the iPhone X before pre-orders open at 12:01



 Here's a quick run down of the iPhone X before pre...
After wading through months of rumors, the iPhone X is nearly upon us. If you want to get a refresher, be sure to read up about the handset, its features, and what pur...
 neowin.net

♡ 3   ⟲   ♡ 1

**Brad Wardell** @draginol · 24 Oct 2017    ⌄
In less than 2 weeks it'll be the 25th anniversary of Star Control II! And we will have a beta version of the new Star Control ready!





## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts

---

**Brad Wardell** @draginol · 24 Oct 2017
...but say that Star Control's announcement isn't newsworthy. [2/2]. That sort of thing is why those sites are dying.

💬 6    🔁 4    ♡ 11

Show this thread

**Brad Wardell** @draginol · 24 Oct 2017
I know how busy this time of year is. My point is directed at sites who have time to post minor update news/kickstarters...[1/2]

💬 2    🔁 3    ♡ 12

Show this thread

**Brad Wardell** @draginol · 24 Oct 2017
Most popular game of 2017: neowin.net/news/gamers-sn... what do you think?

> **Gamers snapped up Destiny 2, making it the best-s...**
> NPD revealed that Destiny 2 was snapped up by gamers in the U.S. in what can be described as a 'furor', with it quickly grabbing the 'best-selling' title for 2017 one month
> neowin.net

💬 7    🔁    ♡ 3

**Brad Wardell** @draginol · 24 Oct 2017
Also, the granddaddy PC news site, @NeowinFeed, which I work for part time, is awesome.

💬    🔁 1    ♡ 6

**Brad Wardell** @draginol · 24 Oct 2017
Btw, speaking of up and coming sites, make sure you check out @windowscentral. Great stuff.

💬 4    🔁 7    ♡ 20

**Brad Wardell** @draginol · 24 Oct 2017
Replying to @orinthomas @starcontrolgame

Certain game sites claimed the Star Control announcement wasn't worthy of even a news mention. Sites that routinely post Kickstarter anns.

💬 4    🔁 4    ♡ 16

**Brad Wardell** @draginol · 24 Oct 2017
Just means there are certain sites we won't bother to focus on anymore and new opportunities for up and coming game sites.

💬 2    🔁 4    ♡ 21

Show this thread

**Brad Wardell** @draginol · 24 Oct 2017



**Brad Wardell** @draginol · 24 Oct 2017

The @starcontrolgame announcement this week was very illuminating with regards to the games media.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Replying to @stillgray

What's delicious is these guys tried to ruin my reputation because being mean = sexual harassment while they were actually engaging in it.

💬 1      ↻ 19      ♡ 54

**Brad Wardell** @draginol · 24 Oct 2017

Replying to @TrustedTrevor

A good ass kicking might make him appreciate why the alternative to free speech isn't desirable.

💬      ↻ 1      ♡ 2

**Brad Wardell** @draginol · 23 Oct 2017

Good news everyone! The SJW Survival Guide is now available! amzn.to/2zwz94U

💬 4      ↻ 5      ♡ 15

**Brad Wardell** @draginol · 22 Oct 2017

Replying to @PixelJanosz @_sinisterBen @stillgray

This is why it is dangerous for SJWs to throw around these terms lightly. When the real deal shows up, people become skeptical.

💬 1      ↻ 3      ♡ 6

**Brad Wardell** @draginol · 22 Oct 2017

Replying to @_sinisterBen @PixelJanosz @stillgray

She had to write a public apology. But not before years of public abuse but SJWs.

💬 2      ↻ 2      ♡ 3

**Brad Wardell** @draginol · 22 Oct 2017

Replying to @stillgray

It seems like just yesterday that these guys were accusing me of "sexual assault" because of mean WORDS I wrote to a SJW employee.

💬      ↻ 3      ♡ 25

**Brad Wardell** @draginol · 22 Oct 2017

A new Star Control game is coming. Here is the Fall progress video.

💬 3      ↻ 12      ♡ 24



**Brad Wardell** @draginol · 22 Oct 2017

I wasn't on Neogaff so I don't know much about it other than by reputation. @Qt3 is my home.

💬      ↻      ♡

 ♥ 1      ↳     ♡ 10

**Brad Wardell** @draginol · 21 Oct 2017      ⌄

**Top**   Latest   People   Photos   Videos   News   Broadcasts

 **Brad Wardell** @draginol · 21 Oct 2017

Replying to @Of_Angry_Ghosts

Which one? In the future, everyone has 3.

♡ 1      ♻ 2      ♡ 7

 **Brad Wardell** @draginol · 21 Oct 2017      ⌄

Irony of the day: *I* am getting accused of pandering because the new Commander of Star Control is female.

♡ 98      ♻ 63      ♡ 316

 **Brad Wardell** @draginol · 21 Oct 2017      ⌄

I love strategy games but there is a time and place. You can't just jam light strategy mechanics and not dilute your game experience.

♡ 2      ♻ 1      ♡ 12

 **Brad Wardell** @draginol · 21 Oct 2017      ⌄

When we decided to make the Star Control reboot we made sure to focus on story, writing, characters and be an adventure/RPG.

♡ 2      ♻ 3      ♡ 16

 **Brad Wardell** @draginol · 21 Oct 2017      ⌄

It's not that Star Control 3 was bad. It just tried IMO to be to many things at once.

♡ 9      ♻      ♡ 6

 **Brad Wardell** @draginol · 21 Oct 2017      ⌄

Replying to @stillgray @Circleofthenine

Not actually true. The IQ of men tends to have more variance. Lots more dumb men but also lots more genius men.

♡    ⟲ 1    ♡ 9

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts



♡ 6    ⟲ 9    ♡ 26



**Brad Wardell** @draginol · 20 Oct 2017                                    ⌄
Star Control gameplay: youtu.be/L1bgnu-JTgc all real. No bull.

♡ 2    ⟲ 4    ♡ 8



**Brad Wardell** @draginol · 19 Oct 2017                                    ⌄
Tip: if your game site doesn't consider Star Control newsworthy, probably not the
right day to have your ad guys call us. :)

♡ 10    ⟲ 25    ♡ 101



**Brad Wardell** @draginol · 19 Oct 2017                                    ⌄
Neowin: Star Control will let you design your own ships and battle with them
online -- in less than 30 days! neowin.net/news/star-cont...



♡ 3    ⟲ 3    ♡ 13

**Brad Wardell** @draginol · 19 Oct 2017                                    ⌄



**Brad Wardell** @draginol · 19 Oct 2017
Windows Central: Star Control beta begins next month! Ranked Super-Melee MP
and more. windowscentral.com/preordering-st... @windowscentral

## from:draginol since:2017-10-08 until:2018-04-24

**Top**   Latest   People   Photos   Videos   News   Broadcasts



💬    ⇄ 1    ♡ 8



**Brad Wardell** @draginol · 19 Oct 2017
Venturebeat: Star Control is returning! venturebeat.com/2017/10/19/sta...
@VentureBeat



💬 1    ⇄ 2    ♡ 8



**Brad Wardell** @draginol · 19 Oct 2017
You can now pre-order Star Control: Origins on @GOGcom

**Star Control®: Origins**
Explore a living galaxy filled with alien civilizations, new
and exotic worlds, pulse pounding combat, and a deep,
rich history that is yours to unravel! Congratulations! Y...
gog.com

💬    ⇄ 6    ♡ 14

**Brad Wardell** @draginol · 19 Oct 2017
Star Control: Origins available for pre-order on Steam at a discount!
store.steampowered.com/app/271260/Sta...



**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 4         🔁 13         ♡ 16

**Brad Wardell** @draginol · 19 Oct 2017                    ⌄
BTW, the footage in the @arstechnica video is all pure in-game.

**Stardock CEO talks Star Control: Origins' player cr...**
Stardock CEO Brad Wardell talks new features, release
date, beta, and more.
arstechnica.com

💬 2         🔁 2         ♡ 10

**Brad Wardell** @draginol · 19 Oct 2017                    ⌄
BTW, in case anyone is wondering, ALL versions of Star Control will be on
@GOGcom.

💬 1         🔁 5         ♡ 32

**Brad Wardell** @draginol · 19 Oct 2017                    ⌄
BOOM: arstechnica.com/gaming/2017/10...  @arstechnica has detailed first look
at the new @starcontrolgame



💬 3         🔁 10         ♡ 20

**Brad Wardell** @draginol · 19 Oct 2017                    ⌄
Today is the day. Stay tuned!





from:draginol since:2017-10-08 until:2018-04-24

Top    Latest    People    Photos    Videos    News    Broadcasts

♡ 5     ↻ 21     ♡ 73

 **Brad Wardell** @draginol · 17 Oct 2017          ⌄
Replying to @nsilverberg
most men don't do these things.

♡ 1     ↻          ♡ 10

 **Brad Wardell** @draginol · 17 Oct 2017          ⌄
Replying to @stillgray
you are getting a taste of what I used to go through regularly for years before
#GAMERGATE turned the tide.

♡ 1     ↻ 1     ♡ 16

 **Brad Wardell** @draginol · 16 Oct 2017          ⌄
I need to lose weight. On the other hand, donuts.

♡ 13     ↻ 3     ♡ 35

 **Brad Wardell** @draginol · 16 Oct 2017          ⌄
Replying to @mikeev @Greenspeak @DanStapleton
my mom says we can't. Not after the last time...

♡          ↻          ♡ 1

 **Brad Wardell** @draginol · 16 Oct 2017          ⌄
Replying to @mikeev @Greenspeak @DanStapleton
It doesn't need to.  My friendships don't even touch on ideology. Jeff and Dan
have been my friends for many years for instance.

♡ 1     ↻          ♡ 1

 **Brad Wardell** @draginol · 15 Oct 2017          ⌄
Replying to @mikeev @Greenspeak @DanStapleton
You literally took that as the opposite of what I intended, here, read this. Far more
nuanced than I can Put it:



**from:draginol since:2017-10-08 until:2018-04-24**

Top   Latest   People   Photos   Videos   News   Broadcasts

does not mind if Republican viewers turn off his show in response to his
townhall.com

♡ 1          ⟲          ♡

 **Brad Wardell** @draginol · 15 Oct 2017          ⌄
Replying to @DanStapleton
I haven't implied you lack principles. This is about how Hollywood elites lecture us
while having no principles. It's just politics to them.

♡ 1          ⟲          ♡

**Brad Wardell** @draginol · 15 Oct 2017          ⌄
I think people on left or right will find this article interesting:

**How Donald Trump's Access Hollywood Tape Led to Hollywood's Se...**
Well-known film bloggers, a YouTuber, and an Oscar-winning producer have
all stepped down after sexual misconduct allegations—a year after the da...
vanityfair.com

♡ 2          ⟲ 3          ♡ 6

**Brad Wardell** @draginol · 15 Oct 2017          ⌄
Replying to @DanStapleton @Greenspeak
Also: the point remains, the Hollywood elite who have been using every award
show to tuttut us have been happily supporting a known monster.

♡ 1          ⟲          ♡

**Brad Wardell** @draginol · 15 Oct 2017          ⌄
Replying to @draginol @DanStapleton @Greenspeak
As for Hillary. You may want to look into her actions and various accounts given
by those close to her. She knew most of it was true.

♡          ⟲          ♡.

**Brad Wardell** @draginol · 15 Oct 2017          ⌄
Replying to @DanStapleton @Greenspeak

Let me cut to the chase: I think Weinstein could have won the D nomination up
until last month w full A-list support despite knowing.

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

him of sexual harassment and/or rape.

♡ 1     ↻     ♡

**Brad Wardell** @draginol · 15 Oct 2017
Replying to @3headeddingo @Tesla
Autopilot 2 uses a different sw/hw foundation.

♡ 1     ↻     ♡ 1

**Brad Wardell** @draginol · 15 Oct 2017
Sigh. @Tesla Autopilot V1 is still substantially better than V2.

♡ 1     ↻     ♡ 3

**Brad Wardell** @draginol · 15 Oct 2017
Replying to @DanStapleton @Greenspeak
Fair enough. But there seems to be a long list of notable enablers of Weinstein
who claimed to be champions of women.

♡     ↻ 1     ♡ 1

**Brad Wardell** @draginol · 15 Oct 2017
Replying to @PixelJanosz @DrEvilGames
GTA v is a 4 year old game. ;) your specs look good except for ashes which it
might struggle on.

♡     ↻     ♡ 1

**Brad Wardell** @draginol · 14 Oct 2017
Replying to @mikeev
The reason for DLC is to keep artists busy rather than laying them off at the end
of a project.

♡ 1     ↻     ♡ 1

**Brad Wardell** @draginol · 14 Oct 2017
Replying to @instapundit
Or...people who vote for Democrats end up poorer?

♡     ↻     ♡ 1

**Brad Wardell** @draginol · 14 Oct 2017
Looking forward to watching the pussy-hat march on Hollywood.
#HarveyWeinsten any second now..

♡ 3     ↻ 9     ♡ 25

**Brad Wardell** @draginol · 14 Oct 2017
Replying to @nichegamer
this makes me very happy for some reason.

♡ 1     ↻     ♡ 6

**Brad Wardell** @draginol · 14 Oct 2017



Then again, expecting basic human decency or intellectual consistency is beyond the typical SJW.

**from:draginol since:2017-10-08 until:2018-04-24**

Top    Latest    People    Photos    Videos    News    Broadcasts

💬 1        🔁        ♡ 1

**Brad Wardell** @draginol · 14 Oct 2017
for future reference: teasing an SJW for their sexism isn't sexual harassment. Unwanted sexual contact/demand for sex favors is.

💬 2        🔁 9        ♡ 26

Show this thread

**Brad Wardell** @draginol · 14 Oct 2017
when I've confronted people who have accused me of it, they wilt as soon as they're asked for an example.

💬 1        🔁 6        ♡ 20

Show this thread

**Brad Wardell** @draginol · 14 Oct 2017
The #HarveyWeinstein situation is why it's a bad idea to dilute terms like sexual harassment. This is a reminder of the real deal.

💬 2        🔁 27        ♡ 77

Show this thread

**Brad Wardell** @draginol · 14 Oct 2017
Replying to @GameJournoLit @MeisterGlanz84
Please make sure I can be composted when complete.

💬 2        🔁 3        ♡ 18

**Brad Wardell** @draginol · 14 Oct 2017
Replying to @MeisterGlanz84 @GameJournoLit
The shock collars are solar powered. #caring.

💬 3        🔁 5        ♡ 43

**Brad Wardell** @draginol · 13 Oct 2017
Replying to @scar3crowdotcom @PretendStudios
Essentially. I started when I was in my early 20s and simply would buy stocks for the things I personally used a lot.

💬 1        🔁        ♡ 5

**Brad Wardell** @draginol · 13 Oct 2017
But sales of our software do help the men and women who work very hard every day to make the best games and apps they can.

💬 2        🔁 5        ♡ 18

Show this thread



**Brad Wardell** @draginol · 13 Oct 2017
I don't think some people realize I haven't taken a paycheck or distribution from

Stardock in over half a decade.

💬 6    🔁 2    ♡ 35

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts



**Justin Scott** @PaladinJost
Best thing about the Stardock Humble Bundle – this. Fuck
you, Brad Wardell.

💬 11    🔁 9    ♡ 53



**Brad Wardell** @draginol · 13 Oct 2017                               ⌄
GalCiv sales have been increasing over time. Atypical for game life cycles but
good. ;) galciv.com



💬 4    🔁 1    ♡ 14



**Brad Wardell** @draginol · 13 Oct 2017                               ⌄
Replying to @cliffski
I've had negative reviews from people with over 2,000 hours who were in game.
The Steam review system is a mess.

💬 3    🔁    ♡ 5



**Brad Wardell** @draginol · 12 Oct 2017                               ⌄
Galactic Civilizations III v2.6: Evil Ascendant update! forums.galciv3.com/485216

💬    🔁 6    ♡ 7



**Brad Wardell** @draginol · 10 Oct 2017                               ⌄
Replying to @OliverKiley
Yes! Just send me a good time for a visit for you.

💬 3    🔁    ♡ 2

Brad Wardell @draginol · 10 Oct 2017

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**    Latest    People    Photos    Videos    News    Broadcasts



♡ 27        ⟲ 362        ♡ 648

 **Brad Wardell** @draginol · 9 Oct 2017
Replying to @BabylonsLament
Nothing I can discuss publicly.  Short version: We are happy. :)

♡ 1        ⟲        ♡ 3

 **Brad Wardell** @draginol · 9 Oct 2017
This will be an independent effort on their part but will have the aliens from Star Control II in it.

♡ 6        ⟲ 1        ♡ 20

Show this thread

 **Brad Wardell** @draginol · 9 Oct 2017
I am pleased to inform campers everywhere that Paul and Fred have announced a canon follow-up to Star Control II.

 **Updates from Fred Ford and Paul Reiche III**
dogarandkazon.squarespace.com

♡ 1        ⟲ 24        ♡ 51

Show this thread

 **Brad Wardell** @draginol · 8 Oct 2017
9 years ago we launched The Gamers Bill Of Rights. gamersbillofrights.org. It's amazing how many of these came true.

♡ 7        ⟲ 10        ♡ 38

 **Brad Wardell** @draginol · 7 Oct 2017
Replying to @AsaTJ @haydencd
I think grand strategy via continuous turns is the future. PDS is pioneering it.

♡ 3

**from:draginol since:2017-10-08 until:2018-04-24**

**Top**   **Latest**   **People**   **Photos**   **Videos**   **News**   **Broadcasts**

🐦 **Home**        ⚡ **Moments**          from:draginol since:2017-10-08 u  🔍      Have an account? **Log in ▾**

Lots of Star Control related news coming this month. Stay tuned!



♡ 2     ↻ 6     ♡ 19

🐦

Back to top ↑