# EXHIBIT 11

* AC = Attorney-Client Privilege; WP = Work-Product

**Key to People Named Above**
| | |
|---|---|
| S. Steinberg | Counsel for Reiche and Ford |
| M. Palmer | Counsel for Reiche and Ford |
| S. Singer | President, Singer Associates |
| E. Souza | Director of Business Operations, Singer Associates |
| I. Suarez | Office Manager, Singer Associates |
| A. McInerney | Account Executive, Singer Associates |

| | From* | To | Cc | Sent | Description and Subject | AC/WP* |
|---|---|---|---|---|---|---|
| 1 | S. Steinberg | S. Singer | | 2/15/18 | Email attaching draft Answer and Counterclaim | AC/WP |
| 2 | S. Steinberg | S. Singer | | 2/15/18 | Email re: draft Answer and Counterclaim and call re: same | AC |
| 3 | E. Souza | S. Steinberg | S. Singer; A. McInerney | 2/15/18 | Email attaching draft consulting agreement | AC/WP |
| 4 | I. Suarez | S. Singer | | 2/16/18 | Email re: voicemail re: potential retention | AC |
| 5 | P. Reiche | S. Singer; M. Palmer; S. Steinberg; A. McInerney; F. Ford | | 2/16/18 | Email re: strategy for response to initial press inquiry | AC |
| 6 | S. Steinberg | P. Reiche | S. Singer; M. Palmer; A. McInerney; F. Ford | 2/16/18 | Email re: strategy for response to initial press inquiry and draft Answer and Counterclaim | AC/WP |
| 7 | S. Steinberg | S. Singer | A. McInerney | 2/16/18 | Email re: draft Answer and Counterclaim | AC |
| 8 | S. Singer | P. Reiche; F. Ford; S. Steinberg; M. Palmer | A. McInerney | 2/16/18 | Email re: response to initial press inquiry | AC |
| 9 | P. Reiche | S. Steinberg; M. Palmer | S. Singer; A. McInerney; F. Ford | 2/16/18 | Email re: strategy for response to initial press inquiry and draft Answer and Counterclaim | AC/WP |
| 10 | S. Steinberg | E. Souza; S. Singer; A. McInerney | Terry Ingroff | 2/16/18 | Email attaching draft consulting agreement | AC/WP |
| 11 | S. Steinberg | P. Reiche; M. Palmer | S. Singer; A. McInerney; F. Ford | 2/17/18 | Email attaching draft Answer and Counterclaim | AC/WP |
| 12 | S. Steinberg | P. Reiche; M. Palmer | S. Singer; A. McInerney; F. Ford | 2/17/18 | Email attaching potential exhibits to draft Answer and Counterclaim | AC/WP |
| 13 | F. Ford | S. Singer | P. Reiche; Stephen C. Steinberg | 2/18/18 | Email re: response to initial press inquiry | AC |
| 14 | S. Steinberg | F. Ford | S. Singer; P. Reiche | 2/18/18 | Email re: draft Answer and Counterclaim and strategy for response to initial press inquiry | AC |
| 15 | S. Singer | S. Steinberg | | 2/19/18 | Email re: claims | AC |
| 16 | F. Ford | S. Steinberg; S. Singer | P. Reiche | 2/20/18 | Email re: strategy for response to initial press inquiry | AC |
| 17 | S. Steinberg | F. Ford; S. Singer | P. Reiche; M. Palmer | 2/20/18 | Email attaching draft Answer and Counterclaim | AC/WP |
| 18 | S. Steinberg | F. Ford; S. Singer | P. Reiche; M. Palmer | 2/20/18 | Email attaching potential exhibits to draft Answer and Counterclaim | AC/WP |
| 21 | S. Singer | A. McInerney | | 2/20/18 | Email re: potential reporters and publications requested by counsel | AC/WP |
| 22 | S. Singer | S. Singer | | 2/20/18 | Email re: potential reporters and publications requested by counsel | AC/WP |
| 23 | Terry Ingroff | S. Singer; A. McInerney | Stephen C. Steinberg | 2/20/18 | Email attaching consulting agreement | AC/WP |
| 24 | A. McInerney | S. Singer | | 2/20/18 | Email re: potential reporters and publications requested by counsel | AC/WP |
| 25 | P. Reiche | S. Singer; A. McInerney | M. Palmer; Stephen C. Steinberg; F. Ford | 2/20/18 | Email re: potential reporters and publications requested by counsel | AC/WP |
| 26 | P. Reiche | S. Steinberg; M. Palmer; S. Singer; A. McInerney | | 2/20/18 | Email re: strategy for response to initial press inquiry | AC/WP |

1

| | From | To | Cc | Sent | Description and Subject | AC/WP* |
|---|---|---|---|---|---|---|
| 27 | S. Steinberg | P. Reiche; M. Palmer; S. Singer; A. McInerney | | 2/20/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 28 | S. Steinberg | S. Singer | | 2/21/18 | Email re: filing of Answer and Counterclaim | AC/WP |
| 29 | A. McInerney | S. Singer | | 2/21/18 | Email re: potential reporters and publications requested by counsel | AC/WP |
| 30 | P. Reiche | S. Singer; A. McInerney | F. Ford | 2/21/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 32 | P. Reiche | S. Singer; A. McInerney; F. Ford | | 2/21/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 33 | F. Ford | S. Singer; P. Reiche; S. Steinberg; M. Palmer | A. McInerney | 2/21/18 | Email re: draft press release | AC/WP |
| 35 | S. Steinberg | P. Reiche | F. Ford; M. Palmer; S. Singer | 2/21/18 | Email re: strategy for response to initial press inquiry and settlement negotiations | AC/WP |
| 36 | P. Reiche | S. Steinberg | F. Ford; M. Palmer; S. Singer | 2/21/18 | Email re: strategy for response to initial press inquiry and settlement negotiations | AC/WP |
| 37 | P. Reiche | S. Steinberg | F. Ford; M. Palmer; S. Singer | 2/21/18 | Email re: strategy for response to initial press inquiry and settlement negotiations | AC/WP |
| 39 | S. Steinberg | P. Reiche | F. Ford; S. Singer; M. Palmer | 2/21/18 | Email re: strategy for response to initial press inquiry and claims | AC/WP |
| 40 | M. Palmer | S. Steinberg | P. Reiche; F. Ford; S. Singer | 2/21/18 | Email re: strategy for response to initial press inquiry and claims | AC/WP |
| 41 | S. Steinberg | F. Ford; P. Reiche | S. Singer; M. Palmer | 2/21/18 | Email re: strategy for response to initial press inquiry and claims | AC/WP |
| 42 | S. Singer | S. Steinberg; F. Ford; P. Reiche; M. Palmer | A. McInerney | 2/21/18 | Email re: draft press release | AC/WP |
| 43 | P. Reiche | S. Singer; A. McInerney | F. Ford; S. Steinberg; M. Palmer | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 44 | S. Steinberg | S. Singer; P. Reiche; F. Ford; M. Palmer | A. McInerney | 2/22/18 | Email re: filing of Answer and Counterclaim and draft press release | AC |
| 45 | S. Singer | S. Steinberg; F. Ford; P. Reiche; M. Palmer | A. McInerney | 2/22/18 | Email re: draft press release | AC/WP |
| 46 | S. Steinberg | S. Singer; F. Ford; P. Reiche; M. Palmer | A. McInerney | 2/22/18 | Email re: draft press release | AC/WP |
| 47 | F. Ford | S. Steinberg; S. Singer; P. Reiche; M. Palmer | A. McInerney | 2/22/18 | Email re: draft press release | AC/WP |
| 48 | S. Singer | A. McInerney | | 2/22/18 | Email re: draft press release | AC/WP |
| 49 | P. Reiche | S. Steinberg; M. Palmer; S. Singer; A. McInerney | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 50 | P. Reiche | S. Steinberg; M. Palmer; S. Singer; A. McInerney | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 51 | P. Reiche | A. McInerney; S. Steinberg; M. Palmer; S. Singer; F. Ford | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 52 | S. Steinberg | P. Reiche; M. Palmer; S. Singer; A. McInerney | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 53 | S. Singer | P. Reiche; S. Steinberg; M. Palmer; A. McInerney | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |
| 54 | P. Reiche | S. Singer; S. Steinberg; M. Palmer; A. McInerney; F. Ford | | 2/22/18 | Email re: strategy for response to initial press inquiry | AC/WP |

|    | From         | To                                              | Cc                                            | Sent    | Description and Subject                                                      | AC/WP* |
|----|--------------|-------------------------------------------------|-----------------------------------------------|---------|------------------------------------------------------------------------------|--------|
| 55 | S. Steinberg | P. Reiche; F. Ford; M. Palmer; S. Singer; A. McInerney |                                       | 2/22/18 | Email attaching Answer and exhibits                                          | AC     |
| 56 | S. Steinberg | P. Reiche; F. Ford; M. Palmer; S. Singer; A. McInerney |                                       | 2/22/18 | Email attaching Counterclaim and exhibits                                    | AC     |
| 57 | P. Reiche    | S. Steinberg                                    | S. Singer; F. Ford; M. Palmer; A. McInerney   | 3/20/18 | Email re: strategy for response to press inquiry and settlement negotiations | AC/WP  |
| 58 | S. Singer    | S. Steinberg                                    | P. Reiche; F. Ford; M. Palmer                 | 3/20/18 | Email re: public posts                                                       | AC     |
| 59 | F. Ford      | S. Singer; P. Reiche                            | S. Steinberg; M. Palmer                       | 3/20/18 | Email re: services and potential future strategy                             | AC/WP  |
| 60 | S. Singer    | F. Ford; P. Reiche                              | S. Steinberg; M. Palmer                       | 3/20/18 | Email re: services and potential future strategy                             | AC/WP  |
| 61 | P. Reiche    | S. Singer                                       | F. Ford; S. Steinberg; M. Palmer              | 3/20/18 | Email re: services and potential future strategy                             | AC/WP  |

3