UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br>　　　　Plaintiff,<br>　　v.<br>PAUL REICHE III, et al.,<br>　　　　Defendants. | Case No. 4:17-cv-07025-SBA (KAW)<br>**ORDER TERMINATING MOTION TO QUASH SUBPOENA TO SINGER ASSOCIATES, INC.**<br>Re: Dkt. No. 40 |

On April 30, 2018, the district court referred this case for discovery to the undersigned, including Defendants' pending motion to quash the subpoena to Singer Associates, Inc. (Dkt. No. 42.) The undersigned does not, however, entertain discovery motions filed by the parties, and instead requires them to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 12-13, *http://cand.uscourts.gov/kaworders*.)

Accordingly, the motion to quash is TERMINATED, and the parties are ordered to meet and confer in an attempt to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

IT IS SO ORDERED.

Dated: May 1, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge