# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-07025-SBA (JCS)

**Case Name:** Stardock Systems, Inc. v. Paul Reiche III, et al.

**Date:** May 14, 2018      **Time:** 5 H

**Deputy Clerk:** Karen Hom      **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Robert Weikert, David L. May
**Attorney for Defendant:** Stephen C. Steinberg, Mark Palmer

## PROCEEDINGS

( X )   Settlement Conference - Held

      ( ) Case Settled      (X) Case Did Not Settle      ( ) Partial Settlement

(  )   Further Settlement Conference

      ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

(  )   Telephonic Scheduling Conference to set Settlement Conference

(  )   Further Telephonic Settlement Conference

(  )   Discovery Conference – Lead Trial Counsel Meet and Confer

(  )   Status Conference

(  )   Other

**Notes:** Court sets a further settlement conference for 4/11/19 at 9:30 AM. Updated confidential settlement conference statements due one week in advance.

Parties present:  Kevin Unangst & Brad Wardell for plaintiff.   Paul Reiche and Robert Fred Ford for defendant.