1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   STARDOCK SYSTEMS, INC.,                Case No.  17-cv-07025-SBA   (JCS)
              Plaintiff.
8
9         v.                               **NOTICE AND ORDER SETTING**
                                           **FURTHER SETTLEMENT**
10  PAUL REICHE III, et al.,               **CONFERENCE**
              Defendants.
11
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14         You are hereby notified that a Further Settlement Conference is scheduled for **April 11,**
15  **2019, at 9:30 a.m.**, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco,
16  California 94102.  Updated confidential settlement conference statements shall be lodged with the
17  Court by **April 4, 2019.**  Each party shall also submit their updated statements in .pdf format and
18  email their statement to **JCSPO@cand.uscourts.gov**, along with a .pdf of any previous settlement
19  conference statement(s).
20         Lead trial counsel shall appear at the Settlement Conference with the parties and persons
21  having unlimited authority to negotiate and settle the case.
22         The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
23  case settles prior to the date set for the Further Settlement Conference.  All other provisions of this
24  Court's original Notice and Settlement Conference Order remain in effect.
25         IT IS SO ORDERED.
26  Dated:  May 15, 2018
27                                         _____
                                           JOSEPH C. SPERO
28                                         Chief Magistrate Judge