Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8385
Fax: (866) 294-8842

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8220
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152

Mark S. Palmer (SBN 203256)
 mark@palmerlex.com
4 Meadow Drive
Mill Valley, California 94941
Telephone:  (415) 336-7002
Facsimile:    (415) 634-1671

Attorneys for Defendants and Counter-
Claimants PAUL REICHE III and ROBERT
FREDERICK FORD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>       Defendants.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>    Counter-Claimants,<br><br>  v.<br><br>STARDOCK SYSTEMS, INC.,<br><br>    Counter-Defendant. | Case No.: 4:17-cv-07025-SBA<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND AMENDED COUNTERCLAIM** |

Pursuant to Fed. R. Civ. Proc. 15(a)(2) and the Court's March 22, 2018 Order for Pretrial Preparation (Dkt. No. 33, ¶ 1), IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford may file an Amended Counterclaim later today following the filing of this stipulation.

Dated:  July 16, 2018

Respectfully submitted,

**NIXON PEABODY LLP**

By:   */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

DATED:  July 16, 2018

**BARTKO ZANKEL BUNZEL & MILLER**
A Professional Law Corporation

By:        */s/ Stephen C. Steinberg*
Stephen C. Steinberg
Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

- 2 -
STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND AMENDED COUNTERCLAIM
Case No. 17-cv-07025-SBA

4840-1622-0013.1 2635.000/1308429.1

**ECF ATTESTATION**

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND AMENDED COUNTERCLAIM, concurrence in and authorization of the filing of this document has been obtained from Robert A. Weikert, counsel for plaintiffs, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: July 16, 2018          BARTKO ZANKEL BUNZEL & MILLER
                              A Professional Corporation


                              By:    */s/ Stephen C. Steinberg*
                                     Stephen C. Steinberg
                                     Attorneys for Defendants PAUL REICHE III and
                                     ROBERT FREDERICK FORD