# EXHIBIT A

# Star Control II - Cover Artist Suggestions

## Realistic Suggestions

### George Barr

Phone:      408-258-7133

Address:    904 Toyon Ave.
San Jose, CA  95127

Virtues:    Has done many book and poster illustrations.  Probably
not too expensive.  A great guy.  Does excellent
space-opera-with-foxy-babes illustrations!

Drawbacks:  None really.

### Iain McCaig (pronounced Ian McKeg)

Phone:      415-258-9394

Virtues:    <u>Great</u> local (Marin county) fantasy artist.

Drawbacks:  I have never seen one of his science-fiction
illustrations, but based on his fundamental talent, I
am pretty sure he can do *anything* well.

### Michael Whelan

Phone:      203-798-6063 (Warning! This may be home phone in
Danbury, CT)

Virtues:    Very popular.  Has probably done half the Science-
fiction and fantasy book covers over the past 5 years.
His style is realistic and he portrays people
attractively.

Drawbacks:  Probably expensive.  Probably busy.

RF000941

**Alan Okamoto**

    Phone:     626-2501

    Virtues:    Local, probably inexpensive and available.  Did the cover for Star Flight I.  Understands Science-Fiction illustration.

    Drawbacks:  Needs guidance.  May not get it right on the first pass.

**Wayne D. Barlowe**

    Phone:     Agent Merillee Heifetz: 212-685-2605

    Virtues:    He illustrated "Barlowe's Guide To Extra-Terrestrials, a very successful coffeetable book detailing aliens from famous science-fiction novels.  He is excellent at rendering unusual lifeforms.

    Drawbacks:  I don't know how good he is at technology (ships, guns, etc.).  He is probably expensive.

<u>Probably not-too realistic suggestions</u>

**Ralph McQuarrie**

    Phone:     ?

    Virtues:    Is responsible for the look of the Star Wars series. Has excellent technical illustration skills.

    Drawbacks:  Probably expensive.  Probably busy.  Don't know phone number.

**Rick Sternbach**

    Phone:     ?

    Virtues:    Art direcor for Star Trek - The Next Generation.  Is as much of a scientist as an illustrator.

    Drawbacks:  Probably busy as a bee and as expensive as all heck.

RF000942

# EXHIBIT B

## *TABLE OF CONTENTS*

| | |
|---|---:|
| Introduction | 3 |
| Credits | 5 |
| How to install Star Control | 6 |
|    System Requirements | 6 |
|    Installation for a Hard Drive System | 6 |
|    Starting the Game | 7 |
|    Configuration: Setting Graphics, Sound, and Other Options | 7 |
| Player Controls | 9 |
|    Menus | 9 |
|    Keyboard Ship Controls | 10 |
|    Joystick Ship Controls | 10 |
|    Other Special Controls | 10 |
| Earth's Treaty of Alliance with the Free Stars | 10 |
|    Article One | 11 |
|    Article Two | 11 |
|    Article Three | 11 |
|    Special Clauses | 11 |
| Playing the Game | 12 |
|    The Main Activity Menu | 12 |
|    Setting Player Options | 12 |
|    Control Options | 13 |
|    Using Options | 13 |
|    Bulletin from ComSim Central | 13 |
| Practice | 14 |
|    Flying Ships in Combat | 14 |
| Melee | 16 |
| Full Game | 31 |
|    Selecting a Scenario | 31 |
|    Loading a Saved Game | 31 |
|    Fleet Command View | 31 |
|    The Rotating Starfield | 33 |
|    Going to Combat | 35 |

|                                    |    |
|------------------------------------|----|
| Precursor Relics                   | 37 |
| Strategic Ship Powers              | 38 |
| Winning the Game                   | 38 |
| Saving a Game in Progress          | 39 |
| Appendix One: Scenario Descriptions | 39 |
| Appendix Two: Utilities            | 40 |
| Keyboard Configuration Utility     | 40 |
| Scenario Editor                    | 41 |
| Author Biographies                 | 45 |
| Troubleshooting Guide              | 46 |
| Legal Mumbo Jumbo                  | 49 |

**Introduction...**

# *CONTACT WITH ALIEN BEINGS REPORTED!*

## Rumor of Stellar Threat Confirmed.

TheInternational Press-Dispatch, March 12, 2612. By Le-Quo Garibaldi, Press-Dispatch Interstellar Correspondent.

Rumors of a hostile stellar threat th toe earth and its surroundigs were confirmed yesterday in an extraordinary meeting between a Star Control scout ship and a Chenjesu vessel near the Ceres base. The first message exchanged  between the spaceships was as simple as it was shocking.

Attention: Earth vessel. We are not hostile to your species. However, we must inform you of an immediate threat to your world and people. The Ur-Quan Hierarchy is coming; our defenses are crumbling. We need your immediate assistance. Please respond.

The results of the ensuing conference were made available to the International Press-Dispatch by interstellar lasfax. The meeting, held aboard the Cruiser SpaceDuster, lasted several hours. A collection of intergalactic journalists waited anxiously as the Chenjesu diplomats outlined their concerns to Star Control General Juan O'Reilly and High Provost Ivana Or-Kochav, Earth's highest ranking diplomat.

Earth's negotiators expressed their dismay that they had not been previously informed of the existence of alien forms – or the fact of an interstellar war between them. The Chenjesu replied that the Alliance's Supreme Council hadn't judged Earth strong enough to join the Alliance. Moreover, Earth's initial position was on the far side of the Corward Front. Only in the last few months has the Hierarchy approached our Solar System.

The Chenjesu emphasized that:

> • The Ur-Quan Hierarchy, a rigid union of the ancient Ur-Quan slavers and their minions, is on the verge of annihiliating the Alliance of Free Stars.
>
> • Alliance efforts to placate the Ur-Quans through negotiations have been in vain. The Hierarchy's representatives slew three Alliance diplomats at the conclusion of one particularly fruitless session.
>
> • A Hierarchy triumph would be a disaster for known space.

The Chenjesu mediators told of Ur-Quan coercion of several unlikely races into the Hierarchy, of threats delivered to Spathi elders, of an active military alliance the likes of which has never seen the blackness of Truespace. The Chenjesu elders "wove crystal slivers of detail into their story," as Ivana Or-Kochav later told the assembled correspondents.

The High Provost described the Chenjesu intensity, which went well beyond the crackling energy fields the aliens commonly emanate. Indeed, the dramatic effect at times interfered wit hthe SpaceDuster's control consoles. General O'Reilly spoke of "visible alarm in the aliens' emotive electrical outburst."

A high-level Cabinet Meeting will be held next week in Calcutta, India, one of the United Nations' rotating capitals. The Delegation from the Belt is presently afterblasting its way towards Earth. An atmosphere of high drama is almost palpable at StarCon HQ in Geneva.

In the view of this reporter, the Chenjesu have issued a chilling, clarion call to Earth and its inhabitants.

# Project Credits

| | |
|---|---|
| **Programming** | Fred Ford |
| **Design** | Paul Reiche III |
| **Artwork** | Paul Reiche III and Greg Johnson |
| **Additional Programming** | Robert Leyland |
| **Additional Design** | Greg Johnson, Fred Ford and Robert Leyland |
| **Additional Artwork** | Erol Otus and Jeff Rianda |
| **Manual Illustrations** | Erol Otus and Jeff Rianda |
| **Sound, Music and Programming** | Kyle Freeman |
| **Music** | Tommy V. Dunbar |
| **Sound Effects** | Paul Reiche III |
| **Producer** | Pam Levins |
| **Manual** | Larry Hall |
| **Online Manual** | W.D. Robinson |
| **Play Testing** | Jeremy Leyland, Akila Redmer, Mathias K. Genser, Erol Otus, Gregory Hammond, Pam Levins, Mark Voorsanger, Andy McKee and Fred Haslan |

**Technical Assistance**

Evan and Nicky Robinson, Ned Lerner. Merci Beaucoup Fabrice-Bellard pour LZEXE. C'est tres bien!

**Special Thanks**

Laurie, Arianna and Devin Reiche, Georgiann Feltz, Roland Kippenhan, Jason Sangermano, Peter Doctorow and Shelley Day

**Inspired by the Works of Fiction of:**

Orson Scott Card, Larry Niven, Andre Norton, David Brin, Robert A. Heinlein, Arthur C. Clarke, Jack Vance, Alan Dean Foster, Keith Laumer, A.E. Van Vogt, E.E. "Doc" Smith, Joe Halderman, Dan Simmons, Fred Saberhagen and 100 worthy others

# HOW TO INSTALL STAR CONTROL

**Star Control**™ is a science-fiction wargame which pits the forces of The Alliance of Free Stars against those of the predatory Ur-Quan Hierarchy. The game is designed so that you can ease into play, familiarizing yourself with menus, options and player controls.
The Alliance and Hierarchy each possess seven different types of warships. Each vessel has its own maneuvering and firing characteristics, plus a unique special power that you can employ when circumstances dictate.

## System Requirements

To play **Star Control** you need the following:

- 512K of memory for EGA and CGA;
- 640K of memory for VGA, MCGA, and Tandy 16-color.

**Note:** An IBM AT class machine running at 8+ MHZ is recommended.

You can play the game in single-player or two-player mode. Each player can use either the keyboard or a joystick. See the **Player Controls** section below for diagrams of keyboard and joystick controls.

## Installation for a Hard Drive System

**Star Control** can be installed on your hard disk. Here's how:

1. Turn on your computer.
2. Insert the Star Control Collection CD-ROM into your CD-ROM drive (usually D or E).
3. In DOS, a DOS Window, or MS-DOS mode, make a directory for the game on your hard drive (usually C). Change to the root directory by typing CD\ **Enter**.
4. At the DOS prompt, type MD STARCON **Enter** to create the "STARCON" directory.
5. Change to your new directory by typing CD\STARCON **Enter**.

6    At the new prompt, type COPY D:\STARCON\STARCON\*.* **Enter**, where D is
     the name of your CD-ROM drive. This will copy the game from your Star
     Control Collection CD-ROM to your hard drive, and install **Star Control** on
     your C drive, in a directory called C:\STARCON.

# Starting the Game
1    Turn on your computer.
2    At the C> prompt, type CD\STARCON and press **Enter**.
3    Type STARCON and press **Enter**.

## Configuration: Setting Graphics, Sound, and Other Options
Most likely, Star Control will run smoothly on your computer.  The program automatically
detects the nature and presence of your system's graphics, sound, and joystick hardware,
then configures the combination best suited for your machine.

However, in the event that you have unusual hardware (for example, a "compatible" sound
board) Star Control may not recognize your equipment. To solve this problem, you can
manually override any of the automatic configuration options by typing one or more com-
mand line options immediately after typing STARCON — but before you press Enter.  For
example, typing:

### STARCON /S:adlib
forces the program to use Adlib sounds.  You can also combine more than one command
line option.  If, for example, you type:

### STARCON /S:cms /G:mcga
the program will use CMS sounds with MCGA graphics.  Remember to put a space after
STARCON, and one between each additional command line option.

### Command Line Options
### Sound (use one only):
/S:mt32    Roland MT-32 or LAPC sound and music
/S:adlib   Adlib sound and music
/S:cms     CMS sound and music
/S:tandy   Tandy 3-voice sound and music

/S:internal     Internal speaker sound and music
/S:silent     No sound and music

**Graphics (use one only):**
/G:mcga     256 color VGA or MCGA graphics
/G:ega     16 color Enhanced Graphics
/G:tandy     16 color Tandy Graphics
/G:cga     4 color Color Graphics

**Miscellaneous:**
/spartan     A "no frills" mode to allow faster play on slower machines

**If You Have a Slower Machine:**
Star Control works best on an AT-class computer with a speed of at least 8 megahertz. However, you can make the game run adequately on a slower computer by running the game in CGA mode. Use the /spartan command line option and turn off sound with the /S:silent command-line option.

    **Note:** Using a joystick also slows play. For best results, use the keyboard.

## If You Want to Automate Your Configuration Options:
To make a batch file which automates your specialized configuration settings, follow these steps:
1     Type CD\STARCON
2     Type copy con Play.bat and press Enter.
3     Type starcon /g:cga /s:internal /spartan, or your own configuration options, remembering to place a space between STARCON and each command line option.
4     Press F6 and then Enter.
5     Now, each time you wish to start the game, type Play and then press Enter.

## PLAYER CONTROLS

One or two players can play Star Control, using one or two joysticks, or just the keyboard. You can choose keyboard/joystick at the Set Players Options Menu.

> **Note:** For simplicity of use, we refer only to the keyboard commands throughout this manual.

### Menus

Most aspects of gameplay in Star Control are accessed by a system of menus. Each menu will list various options which allow you to choose & outfit ships for battle, choose strategic scenarios, etc.

To select menu items with the keyboard, use the **Arrow** keys to highlight the one you want, then press **Enter** to select a highlighted item.

To select menu items with the joystick, simply move the joystick to highlight the one you want, then press **Button #1** to select a highlighted item.

### JOYSTICK CURSOR CONTROLS



Button #1 ●
Selects highlighted option

**KEYBOARD SHIP CONTROLS**

|              | Hierarchy | Alliance |
|--------------|-----------|----------|
| Special      | 1         | N        |
| Rotate Left  | 2         | M        |
| Rotate Right | 3         | ,        |
| Thrust       | 4         | .        |
| Fire         | 5         | ?        |

**Joystick Ship Controls**



(UP) Thrust

(UP/Left) Thrust & Rot. Lft

(UP/Right) Thrust & Rotate Right

Button #2 (Special Power)

Button #1 (Fire)

(Left) Rotate Left

(Right) Rotate Right

Hierarchy and Alliance Joystick controls are identical

**Other Special Controls**

| Spacebar | Cancels last selection (in Full Game only) |
|----------|--------------------------------------------|
| F1       | Pause/resume play                          |
| F3       | Sound on/off                               |
| F10      | Exit any mode of play                      |

## *EARTH'S TREATY OF ALLIANCE WITH THE FREE STARS*

This document, "A Binding Consenting Concord Between The Alliance of Free Stars and Earth" — dated 5.2.2612, and signed by High Provost Ivana Or-Kochav and General Juan O'Reilly, for the Earth; and Commander-in-Chief Bzrrak Ktazzz and Secretary of Space Zeep-

Zeep, for the Alliance of Free Stars — formalizes the mutual bond forged in the face of the threat posed by the evil Ur-Quan Hierarchy.

### Article One:
Earth agrees to join immediately the Alliance of Free Stars, and commit its military and civilian resources to the Defense of the Alliance of Free Stars against the unbridled and impudent attacks of the Ur-Quan Hierarchy. Earth forfeits prior sovereignty and agrees to place Star Control, its military and diplomatic structure, under the control of Alliance C-in-C Bzrrak Ktazzz and Secretary of Space Zeep-Zeep for the duration of this agreement. The agreement shall remain in force for as long as the Hierarchy menace persists.

### Article Two:
The Alliance of Free Stars commits itself to the defense of Earth against the threat posed by the forces of the Ur-Quan Hierarchy. Earth agrees that the Alliance's military leaders are entitled to deploy Earth's forces in a manner that best protects the constituent members of this federation.

### Article Three:
The military and diplomatic commanders of the Alliance, and those of Star Control (now subsumed into the General Staff Structure), shall pool their resources and merge personnel. General Juan O'Reilly joins the Alliance

Article Three (continued):

General Staff with the rank of High Commander, Earth Planetary Region. High Provost Ivana Or-Kochav assumes the title of Assistant Undersecretary of Space. Both will sit on The Supreme Council of The Alliance of Free Stars, and vote on all key security issues which the Supreme Council considers.

### Special Clauses:
Should the Alliance be defeated at the Hierarchy's hands, the Concord is null and void. In case of an outright Alliance victory, the united Supreme Council will determine the appropriate steps.

Failure to defend the Earth, or its space stations, lunar or belt colonies may be taken as cause by Earth for leaving the Alliance.

Any deviation from this Agreement by Earth ends the Alliance's obligations and Star Control will become an independent entity of the sole control of the United Nations of Earth and surrounding environs.

Signed This Day, 5.2.2612 in The Hall of Everlasting Peace and Forebearance, Headquarters of the General Staff of the Alliance of Free Stars.

Zeep-Zeep                          Ivana Or-Kochav
Secretary of Space          High Provost

## *PLAYING THE GAME*

The Main Activity Menu is your gateway to play.  We suggest that you learn the ships and their capabilities in Practice mode, then move on to Melee, facing your enemy in a realistic combat environment.  At the Full Game level, you make strategic moves, such as mining, colonizing, fortifying, and moving your ships from star to star in three-dimensional space.

## The Main Activity Menu

This screen displays the primary Play options and the current game setting for both Alliance and Hierarchy players.  Select an activity by highlighting your choice and pressing Enter.  A short description of the highlighted activity is printed in the text window at the bottom of the screen.

### Setting Player Options

When you select this option from the Main Activity Menu, the screen changes to show the possible game settings.  Current settings are marked by black diamonds.  When you're satisfied with the settings, highlight OK, and press Enter to return to the Main Activity Menu.

### Control Options

Control options determine who controls the Hierarchy and Alliance sides in both strategic and combat modes. Control options are:

| | |
|---|---|
| Human | The Human player (you) totally controls the side, making all strategic decisions and fighting all battles. |
| Computer | The Computer totally controls the side. The computer controls ship selection in Practice and Melee, as well as Fleet Command in Full Game. |
| Cyborg | The human player makes strategic choices. But when battle occurs, the computer takes over full combat responsibility. |
| Psytron | The human player fights all battles, while the computer decides all strategy. |

### Using Options

For the Human, Cyborg or Psytron options, the player can choose whether he wishes to use keyboard or joystick control.

> **Note:** Establish the Using setting before switching from Human to Cyborg or Psytron.

### The Rating System

When you set a Rating, you decide how skillfully a computer player controls his side. You can set the rating to **Standard**, **Good** or **Awesome**.

For Psytron and Cyborg control, Rating sets the skill with which the computer controls its portion of play. A player who can defeat an Awesome opponent in either Melee or Full Game is worthy of respect indeed.

# Bulletin from ComSim Central

Dispatch from Ariloulaleelay Colonel Faffywaffy to Alliance Cadets:
"All new Alliance pilots are hereby assigned to ComSim Central, the full-sensory simulation specially designed to prepare new warriors for space combat. Upon arrival, new pilots will be welcomed and given a tour of the facility.

"Each new commander is heartily encouraged to review the characteristics of enemy craft while at ComSim.  Once refreshed, you'll be asked to choose a vessel (one of each type flown by the seven Alliance races is available) for your first simulated flight.

"This is the real classroom.  We'll be monitoring your performance from the control room, seeing how you maneuver, gain attack position, and evade the enemy.  We'll be checking weapons selection, as well as your judgment in resource management.

"Now's the time to muff the approach, or activate your main weapon system a trifle late.  Put your flight gear on, receive Tishtushi's Blessing, and hit the flight deck running!!"

# PRACTICE

In Practice, you can match any ship against any other ship in combat.  Whether the ships selected are from the same side (Hierarchy or Alliance), or whether they're on different sides, you select them the same way.

To view a ship (including technical specifications):  Highlight the ship desired and press the **Spacebar**.

To select a ship for Practice:  Highlight the desired ship and press **Enter**.  Once you've selected two ships, the display changes to the Combat Screen.

> **Note:** If you've selected Computer or Psytron Control for one or both sides, the computer automatically picks a ship to fly against you.  If you want to control ship selection, change the setting to Cyborg.

### Flying Ships in Combat

In practice combat, you can fight as long as you want.  When one ship is destroyed, the battle starts anew with the same pair of ships.  The action is interrupted only when one side wants to choose a new ship to fly.

To select a new vessel to fly, press **F10**, then **F1**, and you'll return to ComSim Central.  To return to the Main Menu, press **F10** once more.

**Basics of Maneuver**
Maneuver consists of thrusting forward and rotating your craft left or right.  You can give commands to thrust and turn independently, or issue them simultaneously.

> Note:  Refresh your knowledge of the Ship Control keys by referring to the Ship Control section in the Getting Started portion of this manual.

**Gravity & Inertia**
Gravity attracts spaceships which have come near a planet.  The pull increases as you approach the planet.  A ship colliding with a planet can suffer serious damage or even be destroyed.

Inertia is the tendency of an object in motion to remain in motion.  A vessel gains inertia upon thrusting.  Collisions result in the exchange of inertia, and affect smaller craft more than larger vessels.

**The Basics of Shooting**
A crucial element in shooting is the preparation which precedes the shot.  Achieving an effective shooting posture requires that you keep several things in mind:

- The type and range of weapon you're firing.
- The defensive capabilities of your opponent, both in defensive weaponry and evasive potential.
- The position of other objects, such as planets and asteroids, which may affect either craft or the course of the fired weapon.

Remember, too, that an opponent's evasive maneuver can set up an unwelcome exchange of positions.  A turn taken to avoid damage can lead to an unwelcome reversal of roles.

> **Note:**  Again, consult the Ship Control section for a review of firing controls in keyboard and joystick modes.

**Taking a Hit**
When your spacecraft is struck by an enemy weapon, it loses crew members, shown as green dots on the Ship Status Display.  The damage a weapon will do to a target depends upon the weapon's characteristics and, at times, the firing range.

**Destroying Enemy Ships**
You destroy an enemy ship by eliminating all of its crew members.  A few weapons can destroy a vessel with a single shot, but you usually require several to finish the job.

**Special Powers**
Each vessel has an unique special power.  To learn more about the special power of each ship, read both The Alliance's Computer Reconstruction Report on the Vessels of the Ur-Quan Hierarchy, and The Hierarchy's Estimation of the Capabilities of Alliance Warships.

**The Window Display**
The Window Display shows you the physical universe you occupy in Star Control. Depending on which aspect of the game you are currently playing, the window will display stars, ships, planets, asteroids, weapons and anything else "out there."

**Fuel Usage**
Fuel is expended by firing weapons or by using your special power; however, normal maneuvering is "free."  If you do not have enough fuel to perform an action, the word "fuel" on your ship's status will flash, and you must wait until you have regenerated enough fuel.

**Ship Status Display**
While you engage in combat, Ship Status Displays appear at screen right, informing you of basic facts about the two combatant vessels, as well as measurements of relevant ship status information.  Check the combatants' displays whenever you have a respite.

## *MELEE*

True competition between the Hierarchy and the Alliance begins in Melee mode.  In this

form of play, each side has a fleet of seven ships — one from each alien race. Players for both sides take turns selecting a ship with which to fight.

To pick a ship, highlight the desired vessel, and press Enter. If you pick the question mark, the ship will be chosen randomly. When a ship is destroyed, it is crossed off of that side's ship roster. The player must now select a new ship with which to attack the enemy. When a player has destroyed all of his enemy's vessels, he wins and is awarded a musical fanfare, a victory screen, and a summary of his remaining ships.

# COMPUTER RECONSTRUCTION REPORT: H.L. 3
*ENEMY VESSEL SPECIFICATIONS SYNTHESIZED FROM GATHERED SPACE DEBRIS.*

Priority One Alpha, Eyes Only: Star Control General Staff and Earthling Cruiser Captains.

Retrodigestive Data Disposal strongly urged.

Issued by Division of Synthetic Special Reconstruction, Intergalactic Intelligence ("SSRII") Star Control Headquarters, Geneva, Switzerland.

May 14, 2612.

In the wake of the special request by Star Control Commander-in-Chief Karen Chin Singh, received by SSRII in the wake of the fateful meeting between the Cruiser SpaceDuster and the Chenjesu envoys, we have compiled this report (#1232.3.3.55.1/2A), detailing the findings of SSRII's computer synthesis squad. Operating under sealed conditions in a security lab somewhere in Europe, the reconstructionists meticulously examined assembled space debris from near and far galaxies. The object: Identify and analyze likely spaceships of the Ur-Quan Hierarchy.

Each team was assigned the reconstruction of a particular Hierarchy race and its vessel. Their members relied upon a set of networked computers running state-of-the-art graphics and post-animation software. Working in consort, they painstakingly gathered fragmentary evidence of Hierarchy beings and their ships.

The Division of Synthetic Special Reconstruction has assembled a detailed portrait of the civilization, structure, and technological attainments of each subject race:



### RACE: UR-QUAN

The Ur-Quan race is the oldest in known space. Ur-Quans are a slaving race with a rigid social order that includes the numbering of each Ur-Quan unit. Such structured classification reveals the hierarchical essence of this ancient species. SSRII's attempts to quantify the specifics of Ur-Quan ranking were in vain.

Ur-Quan technology is very advanced, and the Ur-Quan temperament is expressed in the careful cultivation and exploitation of squads of interstellar agents funnelling intelligence to their masters.

The Ur-Quans' appearance is interesting, given the race's essentially predatory disposition. Resembling a giant caterpillar, a fully-grown Ur-Quan is formed of a segmented body-tube ten meters long and two meters in diameter. The Ur-Quan equivalent of a face is rich in sensory organs. The tubed creatures are clawed, which allows them to cling tenaciously to the roped ceilings of their dreaded Dreadnought craft.

The Ur-Quan uses a particularly striking means of trans-species communication. The "Talking Pets", an Ur-Quan invention genetically engineered for the purpose, telepathically interpret Ur-Quan commands into the spoken languages of subordinate species, and reverse the procedure when receiving extra-special transmissions.



The Ur-Quan live to subjugate lower species; war is their raison d'etre and their inspiration. They treat the other members of the Hierarchy as serf-races, bowed to the master's will and fearing his predictable wrath.

### SHIP: THE UR-QUAN DREADNOUGHT

The Ur-Quan Dreadnought is the single most devastating ship in known space. Alternately

termed "Planetary Siege Units", a single specimen of this feared ship has succeeded in subduing and enslaving entire worlds. A sole Ur-Quan commands each Dreadnought, manipulating heterogeneous crews assembled from the Hierarchy's slave races.

The central Dreadnought weapon is a long-range fusion bolt of immense destructive capability. A ship may fall to a single well-aimed bolt.

The Dreadnought can also launch a small squadron of self-motivated fighters, which systematically seek out enemy vessels and autonomously fire short-range lasers. These special fighters are of limited range, however, and return to the mother ship after each sortie. Left in space, they expire.

The Dreadnought's chief liability is its mediocre turning speed - a chink, not a fatal flaw, in its awesome armor.



### RACE: MYCON

Our researchers were partially baffled when confronting the fragmentary remains of Mycons. The Mycons are bright fungus men possessing an obscure set of behavioral aesthetics and motivated by unknown factors.

Mycons reproduce by belching clouds of minute spore particles into the atmosphere; when the particles come to rest on a living being, they affix themselves and start to grow. When the DNA dust lands on a Mycon, the genetic materials are mixed; otherwise, a clone of the Mycon sporer is created. By bathing themselves in concentrated radiations, the creatures induce collective budding and the replacement of lost crew members. Hence the term: Mycon Regeneration.

No doubt exists as to the slavish loyalty of the Mycons to their Ur-Quan masters. Having joined the Hierarchy in an act of free will, the Mycons show fungal fanaticism in their wholesale adoption of Ur-Quan aims.

## SHIP: THE MYCON PODSHIP

Mycon Podships rely upon a tracking Plasmoid, a ball of coalesced energy which uses a highly-developed tracking system to lock on to, and home in on, a target. Deadly at close range, the Mycon Plasmoid is diffused as it travels longer distances.



The Mycons have the amazing ability to regenerate their crew. A podship must have full power to begin regenerating crew, however; completion of the regenerating act adds four furious fungal fighters to a podship's crew.



## RACE: ILWRATH

This Hierarchy race epitomizes evil. The Ilwrath are spiderlike creatures committed to an absolute religion. Ilwrath piety dictates a devotion to a frightening higher calling. An Ilwrath crew receives spiritual endorsement in the accomplishment of vicious surprise attacks. Moreover, Ilwrathian faith opposes the taking of prisoners.

Given the race's devotion to war, the alliance with the Ur-Quans is entirely natural. However, fragmentary reconstruction of one Ur-Quan - Ilwrath summit dialogue shows that even Ur-Quans show restraint in the face of a belligerent faith. One multilingual Ur-Quan Talking Pet inscribed the following note in shorthand, deciphered by SSRII's interstellar linguist:

> "Ilwrath hospitality best accepted in small doses. Dinner fit for a spider. Entertainment a grisly TELEVDR recap of annihilation of Chenjesus. Most enjoyable."

## SHIP: THE ILWRATH AVENGER

The Ilwrath Avenger maneuvers effortlessly. The Avenger relies upon the deadly HellFire Blast, which is potent at short range.

The Avenger's unique cloaking powers render the ship invisible. Combined with the Avenger's aggressive instincts, this stealth capability makes the Avenger the ideal attack

weapon.

The Avenger's maximum speed doesn't match that of the Alliance's best ships. This weakness is concealed, however, unless enemy vessels remove themselves from the Hellfire Blast's effective range. Rumors suggest that Avenger crews chant a death spell after successful battle, contorting their spidery forms into joyful frenzies and paroxysms of unearthly pleasure.

### RACE: VUX (Very Ugly Xenoform)



The process of synthetic reconstruction of the VUX produced evidence of a plodding, homely race whose dedication to duty is matched only by its temperamental outlook. The VUX is a bipedal assemblage of an octopus and a slug, and has inherited the least appealing features of both. With its single, unblinking eye, the VUX is sensitive to wide-spectrum EMR, and well-adapted to the low-light environment of its home world.

The VUX's physical repulsiveness is matched by technological advances and enormous linguistic-perceptive powers. This language translation ability allowed one VUX ship to intercept the communications of one Cruiser's commander, who had just sighted the VUX on his laser display. The Captain's offhand remark about VUXian looks led to a severe Xenoform backlash. The offended VUX, nursing a sense of collective insult, soon attached itself to the Hierarchy.

To this day, the VUX find pleasure in repaying the Earthling insult; their crews' unblinking eyes glisten in unison at the sight of a sizzling Cruiser which has taken the force of a VUX laser full-bore.

Nonetheless, SSRII's resident Socioanthropsychs claim that the VUX's hostility may not be

engraved in duralloy. They urge future overtures towards the VUX once the Alliance smashes the Hierarchy threat.

## SHIP: THE VUX INTRUDER

The VUX Intruder carries a sole, monstrous optical laser that burns through several meters of duralloy in a few seconds. The craft's stasis-pulse battery, with its enormous capacity, powers the optical laser.

The Intruders are capable of appearing in Truespace adjacent to any enemy vessel; the crews' navigational abilities make the sneak attack a favorite tactic of these bipedal nasties.

An additional Intruder offensive weapon is the "Limpet", which launches inside a protective cocoon which automatically targets enemy vessels. Upon nearing a target, the cocoon cracks, releasing the limpet to clamp down upon the enemy vessel's hull. The combination of inflicted     damage and added mass decreases a starship's maneuverability. Only after battle can a damaged ship remove the offending limpets.



## RACE: ANDROSYNTH

SSRII employed a special team of Socioanthropsychs to analyze the Androsynths, which are humanoid clones. This race of renegade clones has been a thorn in the side of Star Control since it "emigrated" in the year 2535, shortly after physics experiments in which a team of Eurasian scientists subjected the clones to a series of cruel experiments. The resultant Hamburg revolt — in which the captive clones seized effective control of the Baltic port for a time — collapsed, spurring the Androsynths to seek haven in space.

Androsynth "animosity" towards Earthlings is well-documented; the clones' wellspring of emotion has fueled seventy-seven years of hostility. They adhere to Ur-Quan discipline gladly, as the Hierarchy's warmongering sates the Androsynth's lust for revenge.

Many an Earthling cruiser with an uncluttered laser display has flown on full-alert in regions

where Androsynth Guardians have occasionally been sighted. The thought of an undetected, glittering Guardian in the neighborhood has spurred some cruiser captains to pulverize asteroids in hallucinations known in the flying fraternity as 'clone fever'.

## SHIP: THE ANDROSYNTH GUARDIAN

The Androsynth Guardian consists of a strange layering of blue glass and platinum metal alloys. Its structure reflects the clones' obsession with aesthetics; in the words of one of the SSRII team, the Androsynths are the "fashion design engineers of space warfare." The ship's design may be intended to lull an opponent into fatal complacency.



The ship's main weapon is a molecular acid-based blob, which is released in multiples and follows an erratic homing pattern to an enemy vessel. The chaotic tracking path baffles opponents' defensive measures.

Guardian commanders can give orders in battle to collapse a ship into a solid ball, simultaneously engaging a set of powerful thrusters. The transformed vessel then hurls itself at an enemy at terrifying speeds, causing enormous damage if impact occurs. An Androsynth vessel in 'comet' form and carrying full fuel can hold its curled shape for a substantial period; a Guardian low on fuel returns to its normal shape more quickly.

The principle Guardian flaw is its slothful speed in normal configuration. The ship cannot easily escape a fleet pursuer; this defect probably explains the evolution of the Androsynth's special power.



## RACE: SPATHI

The Spathi is an odd creature, resembling a panicked mollusk. These naked space clams have leathery skin, and a slimy interior which is known to ooze through their pores when a Spathi is alarmed (a frequent occurrence). Stubby pincers and bulging, unblinking eyeballs mounted on multiple stalks complete the makeup of this timid creature.

Socioanthropsychs frame a stark portrait of the Spathi outlook: creative, committed cowardice. The Spathis joined the Hierarchy only to escape the Ur-Quans chilling threat of annihilation.

The Spathis' aversion to combat may explain why their spacecraft are so crowded with crew members. Our combat experts assure us that a Spathi perishes from fright for each slain in combat.

### SHIP: THE SPATHI DISCRIMINATOR

The Spathi spacecraft, the Discriminator, is designed with fear in mind — Spathi fear, that is. The vessel is heavily-armored, and built to decoy enemy fire away from the crew-containing sections. The latter swarm with frightened Spathis.

Nonetheless, the Discriminator is fast and agile, a characteristic which led one Earthling crew to nickname the craft the "space jitterbug." Discriminators dodge most enemy weapons.

The Spathi crew fires a small missile when flying towards an opponent. The Discriminator preference is the worthy B.U.T.T. (Backwards Utilizing Tracking Torpedo), a powerful missile that fires directly backwards.



### RACE: UMGAH

The Umgah are blobbish creatures consisting of three main body parts: mouths, eyes and tentacles. Their heightened sensory appendages do not compensate for an appearance which, in the words of a tired SSRII syntho-reconstructionist, "gives the VUX a run for their starbucks."

The Umgah are marked by an unusual sense of humor, a cosmic wittiness fitted to their bizarre appearance. Umgahs regard their participation in the Ur-Quan Hierarchy with bemusement, and the conflict between the Hierarchy and the Alliance as an ongoing intergalactic prank. Boredom, as ever, motivates all creatures to feats of deadly purpose.

### SHIP: THE UMGAH DRONE



The Umgah fly an anti-matter cone whose profile, when analyzed, projects forward. The Drone's navigational attitude can be maintained indefinitely without loss of power, and lets the ship be both weapon and shield against incoming missiles.

Enemy vessels entering the Umgah Drone's anti-matter cone take immediate, often fatal, damage.

The Umgah rely on a phenomenal retro-propulsion system which hurls the ship backwards with terrific force, endangering any enemy vessels sucked into the anti-matter cone. Retro-propulsion drains great amounts of energy; however, the Drone's power is unilaterally restored after a prolonged delay in which the Umgah are noticeably vulnerable.

Commence Retrodigestive Data Disposal — Security Experts, Division of Special Synthetic Reconstruction, Intergalactic Intelligence.

## DECRYPTION OF AN UR-QUAN TRANSMISSION: AN ESTIMATION OF THE CAPABILITIES OF ALLIANCE WARSHIPS

JUNE, 2612.

### Ur-Quan Dreadnought Report, Talking Pet Transcription

A review of the abilities of Ships of the Alliance of Free Stars demonstrate an inferior capability — underpowered vessels of primitive technology lacking in armor, and commanded by specimens of inferior races.

Of all the Alliance races, only the crystal-based culture of the Chenjesu Broodhome offers a serious test to Hierarchy commanders. Dreadnoughts are hereby instructed to obliterate the upstarts at every opportunity, sparing none. Associated Hierarchy members: Your well-being depends upon the faithful execution of Ur-Quan directives. Failure to eliminate Alliance ships will result in severe and immediate censure!

## CHENJESU

The Chenjesu are the most potent of the Alliance races. Crystalline in substance, existing on electric energy, they control both electrical and crystalline life forms. The Chenjesu is a philosopher-race; their highest achievement is "The Book of Bzzbezzu Kzaaz," no better than a fourth-eon Ur-Quan Quardmaster's ruminations.

The Chenjesu operate a marginal defense establishment by Ur-Quan standards. In Alliance terms, the crystal-producing creatures are wizards, their Broodhome warship the proof of an advanced society. The Broodhome fires large crystalline life forms, a large crystal which fragments upon Chenjesu command and the D.O.G.I., which home in on a target and endeavor to steal its energy by sucking it out through the hull. Broodhome crew manufacture D.O.G.I.'s on board.

Though its maneuverability is limited, the vessel is relatively powerful. The Chenjesu Broodhome carries a sizable crew and a plentiful supply of fuel.

Summary: A race of rudimentary accomplishments, by the standards of Ur-Quan society. Still, Chenjesu Broodhomes may pose some threat to lesser Hierarchy vessels.

## YEHAT

The Yehat are peculiar arboreal creatures who pride themselves on their association with the wild Shofixti. Yehats operate out of energized nebula which Dreadnoughts have rarely entered. Unlike most of the cowards of the Alliance, Yehats will not unilaterally flee at the sight of a Hierarchy vessel.

Yehats fly a strange, darting ship, the Terminator, carrying a high-energy force shield to provide immunity against enemy attack. The Terminators' shield derives from the race's electro-nebular origins.

When activated, the shield reduces the effectiveness of the ship's main weapon — an ener-

gy missile released from a pulse cannon. Astonished Dreadnought commanders have reported the absorption of moderate damage from the vine-climbing-Yehats' vessel. The Terminator is usually dispatched by the actions of a pair of Dreadnought fighters on special mission.

Summary: Primitive but proud, the Yehat violates the basic rule of the Alliance: turn tail when a worthy Hierarchy vessel blips onto a laser display. Beware of the Terminator's pulse cannon.

### MMRNMHRM

The Mmrnmhrm are a consonantal, robotic race with an almost admirable level of technological attainment — for a member of the Alliance, anyway. These fragments of metal disks fear vowels nearly as much as they do a Dreadnought closing in at full-bore.

ProtoQuotoSynthetic assembly of a captured, splattered Mmrnmhrm indicates evolution from a technologically competent progenitor. This ancestral imprint may explain why a member of an essentially laggard confederation has developed a nearly clever ship. The "X-Form" appears in one of two guises: a blocky, slow vessel which fires a laser, and a quick, fighter-profile form which tries to counter Hierarchy weapons with a missile. Mmrnmhrm captains switch forms to save their craft, or, occasionally, to mount a surprise charge.

Summary: An almost interesting robot race offering a modest technological challenge. Still, Mmrnmhrm X-Forms are fodder to Dreadnought commanders who observe carefully their metamorphic tricks.

### ARILOULALEELAY

A race of space elves, the Ariloulaleelay are mischievous creatures. Previously tormentors of the human race, they fly the Skiff, a small vessel with respectable turning speed. The Skiff's propulsion system features a novelty among Alliance crafts, inertia-less drive. Skiffs accelerate with infinite thrust, and cease forward motion upon command.

The Arilou ships fire auto-aim lasers, and can teleport out of danger. The resulting hyper-jump whisks a threatened Skiff randomly out of contact with an enemy. Occasionally, the hyper-jumps result in the spectacle of a Skiff's instant destruction upon collision with an unexpected astral body.

Summary: The Arilous will attempt to avert inevitable doom by utilizing inertial-less drive and multiple teleporting. Hierarchy commanders, eliminate Skiffs before they resort to these devices.

### SYREEN
This race of humanoid females lacks a home world and resorts to the cultivation of garden-like starbases scattered through-out space. Since Syreens are barred from recruiting from colonies, they resort to seizing "volunteers" from colony worlds which they conquer. Syreens rely upon weapons of allure and hypnosis to achieve their wicked Alliance aims.

Syreens fly a rocket ship, the "Penetrator", powerful by Alliance standards, and rated QT1+ by the Hierarchy's Offense Analysts. The Penetrator carries a full complement of wily Syreens; though the Penetrator fires a puny missile, it prefers the Syreen Song. A Penetrator's Captain activates the Song at close range, setting up a hypnosis field designed to lure enemy crew from their ships via airlocks. When successful, this nefarious ploy depletes nearly all an enemy's crew — but for a sole holdout. The Syreens then attempt to kill the undermanned ship with a rapid missile strike.

Talking Pets recorded this exchange of an unsuccessful crew transfer between an Earthling Cruiser and a Syreen Penetrator:

Earthling Cruiser Zybernaught loaned a Syreen Penetrator six crew members in an exchange approved by the Alliance's Commander-in-Chief. This experiment used the flexible humanoids as a test for possible multilateral crew exchanges between Alliance races. Zybernaught's Captain Zeke Ziniovic reported no difficulty recruiting volunteers for the exchange program. 'They

lined up to board the transfer vessel. I had to separate a few of the boys who got caught up in hormonal overload'. The transfer was effected, and after a few days, a strange thing occurred: Volunteers began to send distress calls from the Penetrator hostess ship. Requests to return were issued almost hourly, until the Cruiser's Space Dinghy was sent to take three volunteers back to the mother ship. When the dinghy docked, the returned lads entered the main crew compartment gingerly. Unshaven, bleary-eyed and staggering, they immediately sought out the Cruiser's dispensary. Captain Ziniovic immediately radioed the Penetrator hostess ship, demanding the return of the remaining volunteers. The Penetrator's response: 'Volunteers happy here, talk to you tomorrow'.

Summary: Commanders, you are hereby instructed to reject the melodic inducements of the Syreens. Keep a reasonable distance from the Penetrator and destroy.

### EARTHLING

Ur-Quan ProtoQuotoSynthetic reconstruction enjoyed the process of assembling a profile of this amusing creature. Earthlings are erect hominids who believe themselves to be technologically advanced. In fact, the human race is mired in the mentality and tools of the early post-Atomic age. Its representatives alternate between threat and appeasement. Its art is post-primitive, its system of government a model of inefficiency featuring an archaic system of organization — "bureaucracy," believed to induce submission in defiant individuals.

The human ship, the Earthling Cruiser, is a ponderous vessel. The Cruisers are a product of 20th Century American technology. Still manufactured in Detroit, Michigan, in Middle America, the Cruisers are one part Soviet booster, one part Star Wars gadgets, and one part discarded automobile parts. Powered by surplus Proton boosters, the Cruisers are slow and vulnerable (Androsynths enjoy picking them off for sport).

The Earthling Cruiser employs heat-seeking tactical nuclear weapons. Its crew is multinational and operates under the direct control of Star Control, Earth's military defense organization.

The Cruiser favors its Point Defense Laser, adapted from antiquated U.S.A. Star Wars technology. The P.D.L. auto-targets and destroys incoming missiles at short range; our missiles should evade this primitive laser easily.

The Alliance commanders keep Star Control under close watch, having witnessed disasters such as the Earthling-Syreen crew exchange and the accidental detonation of a tactical "nuke" near an unsuspecting fleet of Arilou Skiffs.

Summary: Hierarchy commanders, dispense with Earthling Cruisers without mercy and without delay.

### SHOFIXTI
This primitive species of marsupial samurais has been raised from the bottom by Yehat tutoring. The Yehats, out of perceived kinship for a wild race, transmitted some basic technologies to the Shofixti — enough to make them worthy of Alliance membership. The Shofixti practice Yehat Ancestor Worship.

The Shofixti possess a quality noticeably lacking in much of the Alliance: bravery. Whether the Yehats imprinted this attribute on the Shofixti personality — or whether it is a result of the beasts' inherent state — it serves them well in battle. Shofixti captains reveal a fearless samurai attitude in combat, zipping in and out of action like an Ur-quan in a sky full of Syreens.

The Shofixti fly Scouts, tiny vessels which deliver an energy dart capable of inflicting minor damage at a reasonable range. When faced with failure, Shofixti frequently activate a "Glory" self-destruct weapon which may destroy an enemy vessel when activated at close range.

Summary: Do not underestimate the Shofixti Scout. Loyal creatures willing to pay the ultimate price for the Alliance.

## *FULL GAME*

Full Game combines strategic play with arcade-action combat.  You develop resources, build colonies, purchase ships, fortify stars, and plot moves through space while your opponent is carrying out a similar set of actions.  Both sides compete to achieve superior strategic position, so that combat occurs on advantageous terms.

Play is divided into turns, alternating between Hierarchy and Alliance.  On a player's turn he can perform three (3) actions, such as moving a ship, building a new ship, or developing a mine or colony.

The game ends when one player fulfills his side's victory conditions.  Total destruction of the enemy always results in a victory, though not necessarily the easiest victory.

# Selecting a Scenario

To play Full Game, select Full Game from the Main Activity Menu.  When the Scenario Selection Menu appears, highlight and select one of the nine pre-set scenarios that come with the game.

Wait until the Fleet Command View appears.  The first player is then prompted to begin his or her move. (For a more detailed description of scenarios, see **Appendix 1**).

# Loading a Saved Game

To load a saved game, highlight and select Load Saved Game from the Scenario Selection menu.  When the Saved Game Selection menu appears, highlight and select one of the currently saved games to play.  Wait for the Fleet Command View to appear.

> **Note:**  Loading a saved game does not alter player settings.  Establish these settings before loading a game.

### Fleet Command View

Once you have selected a Full Game scenario, you move to the Fleet Command View. In the center of the screen, you view a rotating starfield.

At screen right, you view a commander's display: **Fleet List**, **Orders Window** and **Status Display**.

### The Fleet List
The Fleet List displays the ships presently in your fleet, their type and name.  When it is your turn, the first ship in the Fleet List is highlighted and flashes in the rotating star cluster.  The Ship Icon which appears next to each ship's name illustrates its shape and provides a visual identity.  The name of each ship captain is displayed next to each ship.

### Orders Window
The Orders Window, which appears beneath the Fleet List, shows you the move options in your present turn.  To select an active, colored, orders option, highlight and select as you would any other menu item.

When an exciting event occurs, such as establishing a mine or destroying a colony, this window displays an animated reenactment of the event.

### Remaining Actions
The three-buttoned Actions Indicator at the bottom of the Orders Window indicates the number of actions available in the present turn.

### Commission Window
The Commission Window, which appears when you highlight the starbase in the Fleet List, shows you how many Starbucks you currently have — as well as available ships to buy, their names and cost.

### Status Display (Review)
The Ship Status Display appears during combat, and is the same as that visible in Practice and Melee.

> **Note:**  You can interrupt any animation in Full Game simply by pressing a

key.  You can interrupt the graphic even during an opponent's turn.

# The Rotating Starfield

The rotating starfield is a spatial world, multi-dimensional and moving about a vertical axis. It takes some time before your eyes adjust to this environment, as your view constantly changes.

### Stars

Stars are colored according to the kind of planets which orbit them.  Unexplored stars are indicated in blue.  When you move a ship to an unexplored star it changes color. A purple star indicates a mineral planet, a green star a colonizable planet, and a gray star a dead planet.

### Mineral Worlds

Mineral worlds are hot, heavy, dense planets and contain metals, ores, sulphurs and other compounds which may be exploited for mining.  When these minerals are prosessed, they generate starbucks which allow you to build and power new ships.

### Life Worlds

Life worlds are green and temperate planets resembling the Earth.  They contain plenty of water and oxygen, and are ideal locations for a race to build colonies.

### Dead Worlds

Dead worlds are rocky wastes which never possessed atmospheres - or had them obliterated in some cosmic calamity.  A dead world can be fortified by a resourceful planner.

### Ships

The number of ships each player starts with depends on the scenario chosen (see **Appendix 1: Scenario Descriptions**).  If you have a starbase, you can buy new ships, and can have up to seven ships in your fleet.

## Starbases
A starbase is a large, slow-moving space station at which you can build new starships. Note: We recommend that you guard starbases with at least one combat vessel. An undefended starbase is automatically destroyed if any enemy ship reaches it.

## Installations
A primary activity in the Full Game is building installations which aid the player in conquering star clusters:

### Colonies
A colony, established on a life world, provides a place for a ship to recruit new members to replace those lost in combat. Colonies also speed ship movement, since moving from a colony world does not cost an action. This benefit does not apply to Starbases.

### Mines
Mines, established on mineral worlds, earn the side developing that world's resources Starbucks at a rate of one per turn (your starbase also generates one Starbuck per turn).

### Fortifications

You establish fortifications as a defensive web through which no single ship can pass or easily destroy (with the exception of the Arilou Skiff and the Ur-Quan dreadnought). Fortifications protect colonies and mines, and may block an attack route to a starbase. Should a single ship move into a fortification, it is stuck. To free it, it must successfully besiege or be joined by a second ship which will automatically destroy the fort at the end of the turn.

### Destroying Enemy Installations
You destroy an undefended enemy colony, mine or fortification by moving onto it with any ship. Alternately, if you defeat all enemy ships in battle which are guarding an installation, you automatically destroy it. In some scenarios, complete destruction of one type of installation may result in the victory of your side.

# Going to Combat

When a player completes his turn and has moved ships to stars containing one of more enemy ships, a battle ensues for each star under contention. For each battle, the Combat Transition Screen appears (shown below). Press any key to begin the battle.

> **Note:** In battles with multiple ships, the attacker's ships fight in the order they land on the star, while the defender's ships are selected to fight at random.

## Selecting a Ship to Command

To select a ship to command in Full Game, highlight that ship's name and select it. Now use the ship to build fortifications, establish a mine or colony, or move to another star.

## Giving Orders

When you want to give orders, scan the orders which apply to the currently-selected ship in the Orders Window. Highlight one of the active Orders options (the word's color indicates if it is available), and select. To cancel the order option, press the **Spacebar**.

Some orders are carried out in one step; others, such as Build or Move, require additional steps to complete the command. Orders "in progress" are specially colored.

> **IMPORTANT NOTE:** If you choose to build an installation (colony, mine or fortification), but interrupt during construction with a new order, all work on that new installation will be lost.

## Moving a Ship

To move a ship, follow these steps:

1     Highlight the ship in the Fleet List that you wish to move, then press **Enter**;
2     Highlight **Move** in the Orders Window, then press **Enter**;
3     When the Space Spines appear, observe the direction that each extends, then move the Cursor keys or the joystick to highlight the Spine extending in the desired direction;

4     Press **Enter** to confirm the selection.

5     If you have actions remaining in your present turn, you may select **Move**
        again to jump to another star.

    **Note:**  As with all other commands, Move uses only one action, except for
    moving a starbase, which requires that you use all 3 moves in a turn.

## Colonize

To colonize, you require a life world and two turns.  Then select the ship you wish to build
the colony with, and select Colonize from the Orders Window.  Once a colony is estab-
lished, friendly races may recruit from it.

## Mine

You can build a mine only in a purple, mineral star system.  To do so, select a ship, then
select **Mine** from the Orders Window.  A mine's construction require two turns.  A mine,
once established, generates one starbuck per turn.

## Build

You can build a new ship at your starbase.  When you choose **Build**, a highlight appears
in the Commission List at the top of the screen.  Move the highlight to the ship desired,
and press **Enter** (but only if you have the required Starbucks).

Ships whose expense exceeds your current funds, or which are not available in a given sce-
nario, are marked N/A or shaded and are not selectable.

    **Note:**  A fleet can hold no more than seven ships and a starbase at any given
    time; see the section on Scuttling for replacing ships when the limit has been
    reached.

## Recruit

You can recruit to replace crew members lost in combat.  Select **Recruit**, and your ship will
regain its maximum crew level.  Syreen ships are not permitted to recruit.

### Fortify
You can choose Fortify from the Orders window to build a defensive web through which a typical enemy cannot pass.  As with colonies and mines, the raising of a fortification requires two turns.

### Besiege
You can besiege enemy fortifications, and if successful, the fort is instantly destroyed.  Your vessel can then move on.  To besiege, highlight and select **Besiege** from the Orders menu.

> **Note:**  When a vessel besieges a fort, it has a 10% chance of destroying it.
> An exception is the Ur-quan Dreadnought, which has a 33.3% chance.

### Scuttle
You can scuttle one of your fleet's ships (useful when you wish to replace one vessel in a full fleet) by highlighting the ship to be scuttled, then highlighting and selecting **Scuttle** in the Orders menu.  You can only scuttle when you already have seven (7) ships.

### Passing A Turn
Passing ends your turn.  Highlight and select **Pass** in the Orders Window.

## Precursor Relics
In Full Game, you can discover Precursor* knowledge tablets containing the imprint of valuable technological relics.  These are age-old, still-functional devices left in stasis cubbies by the Precursor cultures.

There is random chance you may find a Precursor tablet each time that your ship lands in an unexplored star system.  When your ship finds a relic, it is added to the ship's structure. The vessel immediately improves in an area of ship performance.

> \* The Precursors inhabited space approximately 300,000 years ago.  Both
> their origins and subsequent demise are shrouded in mystery.

Whenever you gain a precursor tablet, the relic is indicated by a silhouetted letter which appears on the discovering ship. The letters and improvements are:

**F**    Fuel Packs Attached. Your ship's maximum fuel is now increased.
**C**    Crew Pods Added. You now have increased crew capacity, but to gain more crew you must recruit at a colony.
**D**    Dynamo Attached. Improves fuel regeneration.
**T**    Thrusters Added. Improves acceleration and maximum velocity.
**J**    Control Jets Attached. Improves turning.

## Strategic Ship Powers

Four of the 14 vessels in the game possess special strategic powers:

### Ur-Quan Fort Destruction

A single Ur-Quan vessel is able to destroy fortifications by itself, without besieging. To do so, an Ur-Quan must simply end its turn at an enemy fort.

### Mycon Crew Regeneration

Mycon ships regenerate crew after each battle. Once a battle is concluded, and play returns to the Fleet Command View, a Mycon ship regains its full crew complement.

### Arilou Fortifications Immunity

The Ariloulaleelay have the remarkable ability to use their Skiff's hyperdrive shunt to pass through enemy fortifications.

### Syreen Crew Replenishment

The Syreen, barred from recruiting normally, can nonetheless add crew to their Penetrators by conquering enemy colonies and seizing residents. Doing so raises the Syreen's crew complement to its maximum.

## *WINNING THE GAME*

You win a Full Game when you fulfill any one of the victory conditions outlined in the Scenario Descriptions in Appendix One. You always win a game by destroying the enemy's starbase and ships. When you win, you are awarded a musical fanfare, a victory screen, and a summary of your remaining forces. You then return to the Main Activity Menu.

## Saving a Game in Progress

To save a Full Game in progress (while in Fleet Command View only):

1    Press **F7**.
2    Select a number from 1-9 to identify the saved game, and type it.
3    Type a name for the saved **game**, then press **Enter**.
4    When the save is complete, you return to the Fleet Command View.

## *APPENDIX ONE: SCENARIO DESCRIPTIONS*

**Scenario One: Beginner's Luck.** An introductory scenario in which you learn to establish forts and mines; few ships and stars are found. Either side is victorious when its forces completely destroy the enemy.

**Scenario Two: First Encounter**. The two sides square off with modest, evenly-balanced forces. A moderate number of stars populate space. You colonize and build ships, and win by achieving total destruction of enemy forces.

**Scenario Three: Exterminate!** The Shofixti — starting with a few colonies, a starbase, and six ships — confront an Ur-Quan foe with a sole fortified colony and a single Dreadnought. The Hierarchy player wins win by destroying all enemy colonies or eliminating all enemy forces; the Shofixti must kill the Ur-Quan Dreadnought.

**Scenario Four: Escalation.** Each side starts with a single starbase, 25 starbucks, and no ships. Use your cunning, expanding slowly and building fortifications. Also possible: a "blitzkrieg" against the opponent's starbase. You win by completely destroying the enemy.

**Scenario Five: The Art of War.** Both players begin with a limited number of ships. An overall balance of forces exists; however, Art of War features a series of individual matchups that contrast individual ships' strengths and weaknesses. Win by destroying the enemy's

starbase.

**Scenario Six: Onslaught.**  A Dreadnought Armada, unattached to any starbase (thus without ship-building powers), rampages through an Alliance stronghold. The Ur-Quans capitalize on an initial advantage to destroy Alliance ships, mines and colonies. If Alliance forces survive to build new ships, they try to tilt the odds against the Dreadnoughts. Alliance victory occurs with the destruction of all Ur-Quan ships.

**Scenario Seven: Total War.**  An enhancement of Melee mode, Total War pits the seven Hierarchy vessels against the full roster of Alliance ships. There are no starbases, so neither side can build new vessels. The player who colonizes, explores and fortifies most effectively gains the upper hand. Win by total destruction of the foe.

**Scenario Eight: Spathi Lesson.**  Their Ur-Quan masters have sent the Spathi to destroy a Mmrnmhrm mining outpost. The Hierarchy side wins if the Spathi pulverize all Mmrnmhrm mines; the Alliance must eliminate all Hierarchy ships to triumph.

**Scenario Nine: CounterAttack.**  This time, the Hierarchy is on the defensive as Alliance vessels invade Ur-Quan space. The Alliance has money and a lone Chenjesu ship. The Hierarchy have ships and income from mines, but no money. You must destroy the enemy to win.

## *APPENDIX TWO: UTILITIES*
**Star Control** comes with two separate utility programs to allow you to customize game play even further. You cannot use these utilities on the original disks. If you want to change scenarios or the keyboard configuration, use these utilities on your hard drive copy of **Star Control**.

## Keyboard Configuration Utility
The Keyboard Configuration Utility — Keys.exe — lets you reconfigure the keys you'll use as the control keys in **Star Control**.

**Note:** This utility works best if you have **Star Control** installed on your hard

drive.

1    Boot your computer as normal.
2    Type CD\Starcon and press **Enter**.
3    Type **keys** and press **Enter**.

   **F1**   Select a new keyboard layout.
   **F2**   To experiment with the different keyboard combinations.
   **F3**   To bring up a general information screen.
   **F10**  To exit the program.

When you press **F1** to change the keyboard layout, you are given the option of changing the Hierarchy or the Alliance controls.  Press the corresponding function key to select your option.

After you've selected your keys, you'll be prompted whether to redo them.  Press **N** to keep them, or press **Y** to change them again.

To save the new keyboard configurations, press **F7** at the control keys menu.

## Scenario Editor

The Scenario Editor Utility — Edit.exe — allows you to modify the scenarios which came with the game, and even create new scenarios entirely of your own design.

   **Note:** This utility works best if you have **Star Control** installed on your hard drive.

1    Boot your computer as normal.
2    Type **CD\Starcon** and press **Enter**.
3    Type **Edit** and press **Enter**.

There are four (4) screens of settings.  You can change to a new page of settings by high-

lighting **Menu** and pressing **Enter**. To change any setting, highlight it and press **Enter**.

If the setting has multiple options, such as a selection of ships, each time you press **Enter** the selection will change to the next option.

If the setting is a number, you are prompted to change the value when you press **Enter**. Pressing **Enter** again confirms the new value. Pressing **Esc** cancels your changes and restores the setting's original value.

If the setting is a block of text, you may overwrite the text when you press **Enter**. Pressing the **arrow keys** moves the cursor within the block of text. Pressing **Insert** inserts a blank space in front of the cursor. Pressing **Delete** deletes the character at the cursor. Pressing **Enter** a second time confirms the new text. Pressing **Esc** cancels your changes and restores the setting's original text.

> **F1** Pressing F1 at any time will prompt you to load a pre-existent scenario. There are only nine (9) usable scenarios at any one time. If you wish to restore the scenarios to their original condition, copy the scenario files from your original Star Control disks.
> **F7** Prompts you to save the current settings as one of the nine (9) current scenarios.
> **F3** Clears all settings.
> **F10** Quits to DOS.

## Descriptions Menu
**Title:**            Add your own title here.
**Blurb:**           A one line description of the scenario
**First Move:**     Toggles between Hierarchy and Alliance
**Random Events:** If yes is selected, Precursor relics will be distributed randomly.
**Description:**     Here you can enter a full blown description.

## Hierarchy Menu
Fleet Composition is composed of several fields which can be changed.
**Starbase:**       Toggles between Yes (the hierarchy starts with a starbase) and No (they

don't have a starbase).

| | |
|---|---|
| **Starbucks:** | Enter the amount of Starbucks to begin with. |
| **Ships 1-7:** | Select the ships for the scenario. For each ship, pressing Enter toggles between the seven possible for the Hierarchy. |

**Near, Intermediate,**

| | |
|---|---|
| **Far, Anywhere:** | Placement of the ship in relation to the their end of the star cluster. |
| **Value XX:** | This field cannot be changed. It is for informative purposes only, and lists the cost of all the selected ships. |
| **To Win:** | Determines what the goals of the scenario are, if any, in addition to total destruction. |

**With the following 3 conditions for victory, remember this: Even if you set all 3 at Yes, you only need to fulfill one to win the game.**

**Destroy**

| | |
|---|---|
| **Starbase:** | Yes or No |

**Destroy**

| | |
|---|---|
| **All Colonies:** | Yes or No |

**Destroy**

| | |
|---|---|
| **All Mines:** | Yes or No |

**Available**

| | |
|---|---|
| **for Purchase:** | Determines what ships can be bought in this scenario using Starbucks. |

For each ship, press **Enter** to toggle between **Yes** (the ship can be purchased) and **No** (the ship cannot be purchased).

### Alliance Menu
Same features as listed above for the Hierarchy.

### Star Cluster Menu
**Stars in each Hemisphere:** For each of the types, enter the number of stars to begin the scenario with. Notice that you can begin the scenario with colonies or mines already

started (as well as being fortified). At least 2 stars are required for play. The maximum number of stars in a scenario is 50.

> **Note:** If you select zero life or mineral stars, you cannot colonize or mine within the scenario (unless you begin with colonized or mined stars).

# AUTHOR BIOGRAPHIES

When Fred Ford left high school, he aspired to be a science fiction writer. He also wanted to eat regularly. Fred's first programming job was developing neat games of which you've never heard for neat Japanese computers of which you've never heard.

Then, Fred unpacked his box of office stuff. This may not sound threatening to the uninitiated, but within a month Fred's employers had gone out of business. Fred packed up his box and moved on. Each time that Fred and his box arrived at a new office, things went well until he unpacked his box. Then a Gypsy curse was activated, and the company and Fred soon parted ways. Sometimes the company survived, and sometimes it did not. About the time Fred unpacked his box at Island Graphics Corporation (where he authored award-winning UNIX software), Paul Reiche III signed with Accolade to develop several original games. Paul had previously authored Archon, Archon II — Adept, World Tour Golf, and other games for Electronic Arts.

Perhaps the curse of the box of office stuff is caused by the flat dead lizard-on-a-stick which Fred keeps in his box. It might be something deeper in the box, something more sinister...or it could be related to Fred's tendency to breathe through his eye.

One week after Fred had unpacked his box at Island Graphics, the dreaded Gypsy curse returned. So he joined Paul Reiche at "Toys for Bob", a software cooperative located in Marin County, California, bringing the box with him. In the eighteen months of development of Star Control, Paul has checked daily to be sure that nothing — not one thing — has left that box.

Greg Johnson (Starflight I & II, Caveman Ughlympics) and Robert Leyland (Murder on the Zinderneuf), who share the Toys for Bob office, contributed loads to help Star Control evolve into its present form. So, if you don't like the game, blame them!

# TROUBLESHOOTING GUIDE

## Booting Clean

The easiest way to resolve loading problems, DOS conflicts, memory problems, erratic game play, etc., is to copy the games to your hard drive, and boot your computer with a "boot disk" each time you wish to play. A boot disk is a "clean" DOS system disk that will maximize use of memory.

If you are in Windows 3.1, you need to exit Windows to get back to DOS. From the File pull-down menu, choose "Exit Windows". A dialog box will appear mid-screen. Click on "OK". You are now in DOS.

If you are in Windows '95, go to DOS by clicking on "Start," then "Shut Down and Restart the Computer in MS-DOS Mode".

First, copy **Star Control** to your hard drive.

1    At the DOS prompt, type C: <Enter>
2    At the DOS prompt, type CD\ <Enter>
3    Type MD STARCON <Enter>
4    Copy the Star Control files to your hard drive. At the DOS prompt, type
     COPY D:\STARCON\STARCON\*.* C:\STARCON <Enter>

> **Note:** If you enter this command and receive the message, "Invalid Drive Specification," your CD-ROM drive is not properly set up for use in MS-DOS mode. Contact your computer retailer or manufacturer for assistance.

**Star Control** is now copied to your hard drive.

## Creating a Boot Disk

1     Make sure you have a high-density diskette on hand that will fit into drive A:
2    At the DOS prompt, type FORMAT A:/S <**Enter**>
     You will be prompted to insert your diskette into drive A:. When the computer asks

you to enter a label name, press <**Enter**>. When the computer asks if you want to format another diskette, answer **NO**.

3     At the DOS prompt, type A: **Enter**
4     At the A: prompt, type COPY C:\CONFIG.SYS     **Enter**
5     At the A: prompt, type COPY C:\AUTOEXEC.BAT **Enter**
6     At the A: prompt, type EDIT CONFIG.SYS **Enter**

   **Note:** PC-DOS users may have to type E CONFIG.SYS **Enter**

The editing screen display is blue with several lines of white text. Each line of text is one DOS command.

7     Only some of these lines are necessary for your game to run properly. The lines we need can usually be left just as they are. Keep the following lines intact:
   • The line with HIMEM.SYS (or any other upper memory manager)
   • The line with EMM386.EXE (or any other expanded memory manager)
   • Any lines pertaining to your Sound Card
   • Any lines necessary to the normal operation of your computer
   For all other lines, move the cursor to the left edge of each line and type REM **Spacebar**.
8     Once you have finished editing the CONFIG.SYS file, press **ALT+F** then **S** to save the file. PC-DOS users will need to press the **F3** key instead.
9     Press **ALT+F** and **X** to exit the editor.
10    At the A: prompt, type EDIT AUTOEXEC.BAT **Enter**

   **Note:** PC-DOS users may have to type E AUTOEXEC.BAT **Enter**

11    Keep the following lines intact:
   • @ECHO OFF
   • PROMPT $P$G
   • the PATH line
   • Any lines pertaining to your Sound Card
   • Any lines necessary to the normal operation of your computer
   For all other lines, move the cursor to the left edge of each line and type REM

**Spacebar**.

12 Follow steps 8 and 9 above to save the file and exit the editor.

The boot disk is now ready for use with the **Star Control Collection**.

To play **Star Control**, insert your boot disk into your A: drive and either turn on or reboot your computer. At the A: prompt, type C: <Enter>. Type CD\STARCON **Enter**, then STAR-CON **Enter** to launch the game. When you finish playing, remove the boot disk from the A: drive and either turn off or reboot your machine.

### **Technical Support (408) 296-8400**

If you still need help with this – or any other – Accolade product, please give us a call between the hours of 8 am and 5 pm (Pacific Standard Time). Be sure you are at your computer when you call. You can also write us at:

Accolade
Attention: Customer Support
5300 Stevens Creek Blvd. #500
San Jose, CA 95129

### **Online Support**

For your convenience and support, Accolade maintains a Web site at http://www.accolade.com. For technical support and information, email us at techelp@accolade.com

Accolade is also on CompuServe and America Online. Members of CompuServe can email us at 76004,2132 or type GO GAMAPUB and leave a message for us in the Accolade section. Members of America Online can go to our area at Keyword: Accolade, or send email to "Accolade".

## 90-Day Warranty

Accolade, Inc. warrants for a period of 90 days from the date of purchase by the original purchaser of the Software that the recording medium on which it is recorded will be free from defects in materials and workmanship. Defective media which has not been subjected to misuse, excessive wear or damage due to carlessness may be returned during the 90-day period without charge.

After the 90-day period, defective media may be replaced in the United States for $10 (U.S. dollars, plus 8.25% sales tax if the purchaser resides in California). Make checks payable to Accolade, Inc. and return to Accolade, Inc., Attn: Customer Service, 5300 Stevens Creek Blvd., Suite 500, San Jose, CA 95129. (To speed up processing, return only your CD-ROM. Please do not return collateral materials).

## License agreement and legal mumbo jumbo

This computer software product (the "Software") and the user manual are provided to the Customer under license from Accolade, Inc., and are subject to the following terms and conditions, to which the Customer agrees by opening the package of the Software and user manual and/or using the Software. Granting of this license does not transfer any right, title or interest in the Software or the user manual to the Customer except as expressly set forth in this License Agreement.

Star Control is a trademark of Accolade, Inc. Portions © 1990 Paul Reiche III & Fred Ford. Game © 1990 by Accolade, Inc. All rights are reserved. Neither the Software nor the user manual may be duplicated or copied for any reason. The customer may not transfer or resell the Software or user manual.

The remedies provided above are the Customer's sole and exclusive remedies. In no event shall Accolade, Inc. be liable for any direct, indirect, special, incidental or consequential damages with respect to the Software or the user manual. Except as provided above, Accolade, Inc. makes no warranties, either express or implied, with respect to the Software or the user manual, and expressly disclaims all implied warranties, including, without limitation, the warranty of merchantability and of fitness for a particular purpose.

1

Table of Contents
Introduction                                          5
Starting the Game                                    25
Confirm System Requirements                          25
    Installing Star Control II                       25
    Start-up                                         26
Play Controls                                        27
    Menu Controls                                    27
        Keyboard Menu Controls                       27
        Joystick Menu Controls                       28
    Combat Commands                                  28
        Default Keyboard Combat Controls             28
        Joystick Combat Controls                     29
Navigation                                           29
    The Effects of Inertia and Gravity              29
    Interplanetary Travel                            30
        Encounters in Interplanetary Space           31
        Entering Planetary Orbit                     31
        Planet Types and Descriptions                31
        "Pushing" Up into HyperSpace                 33
    HyperSpace Travel                                34
        Fuel Use in HyperSpace                       34
        Encounters in HyperSpace                     35
        Returning to TrueSpace                       35
Ship Commands                                        35
    Starmap                                          35
        Alien Spheres of Influence                   36
        Using the Autopilot Feature                  36
    Scanning a Planet                                37
    Specific Scans                                   39
        Mineral Scan                                 39



| | |
|---|---|
| Biological Scan | 40 |
| Energy Scan | 40 |
| Dispatching a Lander | 40 |
| Planet Surface Exploration | 41 |
| Lander Status Display | 41 |
| Returning to the Flagship | 41 |
| Gathering Minerals | 41 |
| Planetary Hazards | 42 |
| Collecting Life-form Data | 43 |
| Flagship's Manifest | 43 |
| Checking Cargo | 43 |
| Using Devices | 44 |
| Ship's Roster | 44 |
| Game Options | 45 |
| Saving a Game in Progress | 45 |
| Loading a Saved Game | 45 |
| Changing Game Settings | 46 |
| Changing Names | 47 |
| Quitting the Game | 47 |
| The Earth Starbase | 47 |
| The Starbase Commander | 48 |
| Transferring Minerals to the Starbase | 48 |
| Outfitting Your Flagship | 48 |
| Flagship Characteristics | 49 |
| Fuel | 49 |
| Flagship Enhancement Modules | 49 |
| Adding and Removing Modules | 50 |
| The Shipyard | 51 |
| Adding and Removing Crew | 51 |
| Combat Vessels | 52 |
| Leaving the Starbase | 53 |



| | |
|---|---|
| Encountering Alien Races | 54 |
| Combat Sequence | 54 |
| Conversing with Aliens | 55 |
| Attacking Aliens | 56 |
| Combat | 56 |
| Selecting a Ship | 56 |
| The Battlefield | 56 |
| Navigating Your Ship in Combat | 57 |
| Collision with Asteroids and Planets | 57 |
| Ship Status Displays | 57 |
| Crew | 57 |
| Batteries | 58 |
| The Basics of Blasting | 58 |
| Victory and Defeat | 59 |
| Running Away | 59 |
| Analyzing Enemy Wreckage | 60 |
| Appendix I: Known Alien Races | 61 |
| Races in the Alliance of Free Stars | 61 |
| Races in the Ur-Quan Hierarchy | 65 |
| Appendix II: Play Tips for Star Control II | 70 |
| Maximizing Available Memory | 70 |
| Enhancing Game Performance | 70 |
| Solving Possible Conflicts with TSRs | 71 |
| Known Conflicts | 71 |
| Specifying Sound Card on the Command Line | 71 |
| Loading Problems | 72 |
| Garbled Graphics or Blank Screen | 73 |
| Graphic Adapter Fix | 73 |
| Booting Clean | 73 |
| Technical Support | 76 |
| Online Support | 76 |



4

Appendix III: Instructions for SuperMelee                77
    Starting SuperMelee                                 77
    The SuperMelee Main Screen                         78
    Creating a SuperMelee Team                         78
    Game Settings                                      79
        Who Controls Each Team                       80
        Input Device                                 80
    Computer Opponent's Skill Level                    80
    Leaving Settings Menu                              81
    Saving and Loading SuperMelee Teams                81
    Fighting in Melee                                  81
        Picking Ships                                81
        Fighting a Battle                            82
        Winning SuperMelee                           82
        Replaying Melee with the Same Teams           82
    Returning to the Team Edit Screen                  82
Appendix IV:  Keyboard Configuration Utility          83
Appendix V:  Combat Vessel Descriptions               83
Appendix VI:  Flagship Modules                        98
Game Credits                                         101
Legal Mumbo Jumbo                                    102



# *INTRODUCTION*

Welcome aboard.  **Star Control II** will take you on a far journey, a space odyssey encompassing the realms of science-fiction and role-playing.  This epic adventure spans hundreds of light years, and evokes a history reaching back over 250,000 years.  As you travel out among the stars, your decisions and actions will directly affect the destiny of 18 intelligent, star-faring species, including the inhabitants of Earth.  **Star Control II** is only in part a sequel to Star Control, which focused exclusively on the strategy and tactics of the bitter Ur-Quan Slave War (known by the philosophical as the Great Crucible of Sentience).  You need not have played the first game to enjoy this one. However, if you have never fought a Star Control space-battle, you may wish to practice with the SuperMelee game before facing enemy forces.  The evil aliens you will encounter are adept at the art of war, and unforgiving of weakness. The history that follows details the critical involvement of Earth in the conflict between the Alliance of Free Stars and the villainous Ur-Quan Hierarchy. Study what happened, learn from the mistakes of those that went before. Only in this way will you be prepared for the mystery, the intrigue and the blazing action of **Star Control II.**


# In the Beginning

The time is in the year 2155.  Yet the story begins over two centuries before, in the 1930's, a time when surface vehicles on Earth burned fossil fuels.  It's all hard to imagine now, of course, getting from place to place in a dangerous noisy machine with an engine that set fire to spurts of prehistoric goo.  Makes one shudder.  Humans had another quaint oddity in those days; it was a little box called a radio that transmitted a mindless mix of music and speech.  The radio was a harmless diversion, really, until the radio towers got taller and the broadcasts got stronger.  Until the transmissions began to pulse out into the vacuum of space, riding electromagnetic waves throughout the universe.  It wasn't long before the broadcasts from Earth reached distant stars, and several alien races took notice of this new evidence of life on the far-off blue planet.  One of the species listening was the Ur-Quan, a life-form devoid of conscience or character, a race genetically compelled to conquest.  As early as 1940, the Ur-Quan began to formulate sinister schemes to attack Earth.  Other aliens, meanwhile, benign species that wished only peace, lay plans to warn Earthlings of the Ur-Quan threat.

# The Scrutiny of Earth Intensifies

From their strange worlds many light years away, both good and evil aliens watched with growing interest as Soviet Cosmonaut Yuri Gagarin became the first human to orbit the planet in 1961.  Less than a decade later, a tremor swept through the advanced life-forms beyond the solar system as American Astronauts Armstrong and Aldrin became the first men to tread Earth's satellite moon.

Alien scrutiny of Earth intensified.  Meanwhile, the fratricidal conflicts that had scourged mankind since the species evolved continued unabated.  The Small War of 2015 came close to obliterating civilization on Earth when


nuclear combat broke out between several Middle Eastern countries. Fortunately the exchange was relatively small, limited to less than a dozen warheads, and a global conflagration was narrowly avoided. Even so, nearly a million people died. The terrible loss of life and the near-thing of a planet-wide Armageddon sobered heads of government around the world. The leaders of the industrialized nations and the Third World met at the United Nations headquarters in New York and agreed to cooperate in an immediate strengthening of U.N. authority. Within six months, the U.N. Security Council had assembled a large Peace-Keeping Army and assumed worldwide control over all weapons of mass destruction. "Mass-kill" devices were gathered up from every country that possessed them. The weapons were then dismantled and their components stored in huge subterranean bunkers that came to be known as "Peace Vaults." Simultaneously, the U.N. outlawed the sale of smaller arms. It took nearly a decade to end all armed conflict on earth. Yet the goal was finally achieved. Ten years after the U.N. summit, in 2025, the Earth experienced its first year without war.

To ensure the total destruction of the arms trade, the United Nations prohibited future weapons research, including the development of nuclear fusion and fission technologies that might be adapted for bomb-making purposes. Laser applications were also closely monitored to prevent the design of "Star Wars" like weapons.

Despite these restrictions, science continued to advance across a wide spectrum of disciplines, especially in bio-technology. Brilliant Swiss Scientist Hsien Ho combined the now-complete human genome map with sophisticated genetic-engineering techniques and perfected the artificial parthenogenesis – cloning – of humans at the Zurich BioTeknik in 2019. Though the clones were, to all external appearances, human, Hsien Ho modified their genes so that they were not capable





of producing offspring.

Meanwhile, a new religious order, known as Homo Deus, or "The Godly Men," was founded in the aftermath of the Small War and the emotional turmoil caused by the destruction of the Holy Lands. Its charismatic founder, former car salesman Jason MacBride, built his worldwide following on the thesis that the Millennium was near. MacBride even predicted a specific date, March 11, 2046, when Heaven and Earth would join, and each devout person would be elevated to a divine status. The movement captured the imagination of millions of poor and disillusioned individuals worldwide. Within a few years, "Brother Jason" was one of the most powerful and influential people on the planet.

For most people on Earth, the following two decades were a golden time of peace and prosperity. This was not the case for Hsien Ho's now adult clones. Seeing Ho's creations as a threat to his "Godly Men," Jason MacBride fought to have the clones declared sub-human. Calling them "Androsynths," or the "fake men," he used the vast resources of his Homo Deus organization to strip the clones of their human rights. Sadly, as the years passed, the Androsynths became little better than well-treated slaves.

Not unexpectedly, March 11, 2046 came and went without the arrival of Jason MacBride's promised Millennium. Citing a "lack of genuinely devout people," MacBride withdrew from public life and faded into obscurity, his power and fortunes rapidly declining.

By the middle of the 21st Century, Earthlings had begun to colonize their solar system. Planet orbiting factories led to lunar bases and soon there were mining and research outposts scattered across the Asteroid Belt. Yet the expansion of mankind into deep space was limited by the relatively slow speed at which spacecraft could travel. Research began in earnest to develop a ship that could warp toward distant stars faster than the speed of light.

# The Androsynth Rebellion

In retrospect, the Clone Revolt of 2085 was inevitable.  Stronger, smarter and more adaptable than normal humans, the Androsynths despised and deeply resented their status as slaves.  By the late '70's there were tens of thousands of Androsynths distributed across the planet, many of them doing sophisticated scientific  and technological research.  Then, in the spring of 2085, the Androsynths staged a worldwide rebellion, throwing off their chains with the help of a sympathetic human underground.



The uprising had been exquisitely planned.  Within 24 hours, the clones had captured nearly every space-flight facility on the planet.  Androsynths working at the centers had secretly fueled and readied over a thousand spacecraft to carry their people off this hated planet.  Two days after the rebellion began, the freed clones took over all orbital and lunar bases, leaving not a single Androsynth on the face of the earth.  "Star Control," the recently established wing of the United Nations' military forces,  made several attempts to evict the clones.  Each time the Star Control ships approached, the craft were burnt to ashes by colossal MASER weapons that Androsynth scientists had fashioned out of formerly benign energy broadcast units.

After two months of futile strikes on the Androsynth strongholds with conventional weapons, the U.N. leadership decided to use the means of mass destruction stored in the  Peace Vaults.  Yet before the nuclear bombs and laser rays could be reassembled, Star Control scoutships watching the orbiting bases reported an amazing sight.  Eight of the largest space stations were accelerating out of Earth orbit, heading towards the periphery of the solar sys-



tem.  The Androsynths had somehow modified the huge space-stations for flight, including the recently finished StarLight Hilton.

Though Star Control chase ships were never able to catch the space-stations, a ten thruster ore freighter on its way home from an Asteroid Belt mining base with a hold full of titanium was able to make a high-V interception of the rag-tag fleet.  As the freighter pilot approached the fleeing space-stations, they suddenly began to glow with a bright energy field that spun around the ships with blazing speed.  According to the pilot's recorded testimony, a "great red hole" over 500 meters across appeared in front of the space-stations.  As he watched in disbelief, the stations flew into the hole one by one and vanished in a starburst of white lights.  When the last of the Androsynth strongholds had disappeared, the hole collapsed rapidly inward, imploding finally to nothingness.

Over 30 years would pass before humans encountered the Androsynths again.

# Aliens Contact Earth

In 2112, the largest and most remote space installation, Ceres Base, was built on the 700 kilometer-wide asteroid of the same name.  Three years later, Ceres Base would be the site of mankind's first official contact with an alien life-form – the crystalline Chenjesu.  The alien vessel suddenly appeared out of nowhere, a scarlet flash of light announcing its presence as it took up a position 3 kilometers above the asteroid.  Almost immediately, the alien ship began broadcasting this message:

> **People from Earth:  We are the Chenjesu.  We mean you no harm.  We come in peace with an urgent message.  Heed these words:  there is a horde of conquering warriors advancing toward your solar system from deep space.  They**



are called the Ur-Quan.  They know you are here.  They will make slaves of you as they have made slaves of a thousand races across the galaxy.  They will enslave both our species, Chenjesu and Human, unless we stop them now.

We are not alone in our struggle.  There are others who will fight with us against the Ur-Quan.  Together – in an alliance with the remaining free stars – we may yet turn back the enemy, defeating the Ur-Quan and its Hierarchy of Battle Thralls.

We beseech you to join us, for we desperately need your help.  But we do not have much time.  What is your answer?

For over a week, the answer from Earth was stunned silence.

# The Alliance of Free Stars

The Chenjesu representatives were patient.  Beings of vast intellect and perception, they understood the psychological shock their sudden appearance had on the inhabitants of Earth, a people who, amazingly, had never before had contact with a species other than their own.  The aliens remained in the solar system for several months, conferring with the political, military and scientific leaders of Earth.  Meanwhile, the Chenjesu's starship transported U.N. observers through HyperSpace to visit several worlds that had been attacked by the Ur-Quan and their Hierarchy of Battle Thralls.  The sad evidence of wholesale slaughter and devastation, and the accounts of dazed survivors, proved that the Chenjesu account was true.  On August 1, 2116, Earth joined the Chenjesu and their other allies – the Mmrnmhrm, the Yehat, the Shofixti, and unofficially, the Syreen – to form The Alliance of Free Stars.

Following formal ratification of the pact by the United Nations, Star Control



was placed under the direct authority of the Alliance Command Council. The Chenjesu expected Earth to play a major role in the Alliance, both as combatants and suppliers of war material. Even though Earthlings were technologically primitive, their civilization had thousands of huge modern factories and millions of skilled workers able to manufacture both munitions and spacecraft. The tens of thousands of thermonuclear weapon components stashed away in the Peace Vaults were an additional bonus which surprised even the Chenjesu.

On the day following Earth's formal induction into the Alliance, an alien race known as the Ariloulaleelay appeared, landing first on the Earth's moon. They transmitted a request to meet with Alliance representatives, and a delegation of human and Chenjesu diplomats journeyed to the lunar surface to establish contact. The Arilou explained that they too were threatened by the Ur-Quan and had come to join the Alliance of Free Stars. Alliance headquarters was consulted, and soon afterwards the Arilous were welcomed into the coalition. Although the Arilou were extremely secretive – being unwilling to discuss even the locations of their homeworlds – they provided additional strength to the Alliance. This strength was to be tested almost immediately.

## The Course of the War

There were many great battles between the Alliance of Free Stars and the Ur-Quan and their Hierarchy of Battle Thralls. Both the Alliance and the Hierarchy built hundreds of asteroid forts all across the spiral arm of the Galaxy. Only a small fraction of these fortified positions, and the colonies and mining bases that surrounded them, survived the fighting.

As the war spread, new alien races were drawn into the conflict until finally there were 14 separate species at war. On the Alliance side there were the Earthlings, the Chenjesu, the Yehat, the Mmrnmhrm, the Ariloulaleelay, the Syreen, and the Shofixti. Fighting with the Ur-Quan were the Mycon, the



Spathi, the Androsynths, the VUX, the Ilwrath, and the Umgah.
By 2134 it was becoming clear to both sides that the Ur-Quan and their
Hierarchy of Battle Thralls were slowly but surely winning the war.

## Captain Burton's Discovery

On March 16, 2134, Star Control Captain I. Burton, a highly respected 28-year
old female Earthling, was leading a task force of heavy cruisers on a deep
recon into what was believed to be a friendly sector near the Zeeman-Vela star
cluster.  Burton was brilliant and beautiful, with wide-set deep blue eyes, a
white even-toothed smile and silky straw- colored hair.  She also had a figure
that turned heads, even aboard a warship hurtling through deep space.  She
had just taken a navigational star fix when the ships from Earth were suddenly
ambushed by an elite force of Androsynth Guardian combat vessels.  The
Androsynth ships had been modified for
extended blazer mode, giving them
increased speed and range.  The task force
was cut to shreds and only Burton's vessel, the
Tobermoon, escaped immediate destruction.
Knowing the Tobermoon could not outrun the
Guardian ships, Captain Burton engaged in a des-
perate ploy to save the ship and crew.  Fear crin-
kling the corners of her deep blue eyes, she warped
her craft toward the heart of Zeeman's Star, a nearby supergiant sun.  She had
a desperate plan, a last ditch ploy she prayed would confuse the pursuers'
sensors.  The bridge crew began to panic as heat in the cabin climbed to oven-
like temperatures.  Two enlisted men finally broke under the pressure and
came for Burton, terror in their eyes and sweat pouring down their faces.  But
the captain had guts as well as beauty.  She drew her sidearm and held the
mutineers off, gaining the precious minutes she needed.  Finally, the cabin
temperature now nearing 150 degrees Fahrenheit, she judged they were close
enough to the titanic star for her plan to work.  As the Tobermoon's outer hull



began to liquify, Burton jettisoned the ship's entire stock of nuclear missiles and detonated them.  From the Androsynths' perspective, the vessel they were chasing had exploded when it flew too close to the superhot sun.

As the Androsynth task force warped out of the system, a severely damaged Tobermoon slowly emerged from its hiding place behind Zeeman's Star.  Burton ordered a damage report.  As she'd suspected, the craft sustained severe damage.  Worse, the ship's engineers informed her they couldn't make repairs without a planetfall on a world with a breathable atmosphere.  Like most supergiant stars, Zeeman did not have any Earth-like planets in orbit around it.  The Tobermoon limped through space for almost a week before Hyper-Radar reconnaissance located a hospitable planet orbiting the dwarf star Vela.  The planet was called Vela II, and it proved to have both an oxygen rich atmosphere and deposits of metal ore the humans could refine and use to repair their ship.

After a successful landing, Burton ordered the engineers to begin repairs.  She sent the rest of the crew off to explore their surroundings.  It was only pure chance that a young ensign chose to enter an unremarkable cave in a nearby hillside.  What he found within the cave was the most remarkable discovery of the century – a huge underground installation, the size of a small city, built in the distant past by an extinct race known only as the Precursors.  The cave was massive, over 2500 meters long and averaging 50 meters from floor to ceiling. Off the main tunnel were countless side passages and hidden niches, almost all crammed with futuristic equipment and hundreds of long-dormant robots. Halfway down the main gallery, a deep crevasse sliced across the tunnel floor, evidence of a tremendous prehistoric earthquake that had offset the adjoining walls by more than ten meters.  Over the centuries, water trickling into the cave from the planet's surface had carried countless minute traces of calcium carbonate that settled out as lime.  As the limestone sediment built up, the deposits covered much of the Precursors' wondrous machinery with a smooth



coating called flowstone that was now five to ten meters thick in places. Artifacts of this powerful and technologically advanced alien species had been found in every quarter of known space. Yet this was the first time an entire Precursor base had been discovered. Captain Burton recognized that the wealth of advanced technology could bring the Alliance victory over the Ur-Quan – but only if scientists could be brought to Vela II to study the fantastic find.

Realizing that the surrounding region of space could fall under the control of the enemy at any time, Burton accelerated repairs to the Tobermoon and rocketed back to Earth at emergency warp speed to report her findings to her superiors at Star Control. Within a week, the Tobermoon was on the return leg to Vela II, crammed full of hastily assembled scientific equipment and experts on both the Precursor's civilization and their advanced xenotechnology.

## Expedition to Vela II

The most respected but least liked Precursor expert in the expedition to Vela II was Professor Jules Farnsworth. The professor was well known for his formidable intellect and his extensive knowledge of the Precursor civilization. Though recognized as a great mind, Farnsworth was also widely disliked for his flamboyant egotism and rude impatience with peers who did not hang on his every word. The man was simply impossible to work with for anyone with a modicum of self-respect.

It wasn't long before both his fellow scientists on the mission and Captain Burton rued the decision to bring Farnsworth along, for the professor did little but complain during the voyage from Earth to Vela II. Yet, as irksome as he was, Professor Farnsworth proved his worth almost immediately upon his arrival at the Precursor installation. Within hours he located the base's deactivated central control computer. While the professor worked feverishly on the ancient aliens' computer, Captain Burton received a fateful message from the



Star Control High Command.

As feared, the Ur-Quan had smashed through the defensive lines drawn between the Mira and Indi constellations. Star Control reconnaissance ships reported that a large Hierarchy task force was hurtling toward the Vela star system. Captain Burton was ordered to evacuate all personnel from Vela II and return to Earth immediately. Burton's heart beat like a hammer in her chest as she read the rest of the message. Star Control was paranoid that the Precursor's advanced technology would fall into the hands of the hated Ur-Quan. To prevent the Hierarchy from obtaining these ancient secrets, Burton was ordered to install nuclear devices throughout the Precursor installation. Once the Tobermoon was in orbit, she was to set off the weapons and destroy the entire complex.

The non-military members of the Vela II research team were stunned by the order. Destroy the most significant discovery of the century? It was unthink-able! Professor Farnsworth was especially distraught for he was in the middle of several critical research projects that promised to unlock ancient Precursor technical secrets. In an uncharacter-istic display of courage, Farnsworth offered to remain behind, promising to detonate the nuclear bombs if the Ur-Quan found the Precursor caves. The majority of the other scientists and engi-neers also asked to stay on Vela II and continue their research. Finally, Captain Burton was persuaded that saving the treasure trove of advanced Precursor technology was more important than obeying a direct order from the High Command. Still, she didn't trust Farnsworth to det-onate the nuclear bombs should the Ur-Quan land. She decided the only logical thing to do was to remain behind herself.

On August 11, 2134 Captain Burton gave over command of the Tobermoon to First Officer Chi, with orders to

leave the star system immediately.  He was to return to Earth at best speed and brief the High Command on the expedition's  desperate attempt to save the Precursor installation. Chi promised to return with a relief party and supplies as soon as the Ur-Quan attack was repulsed.  After the Tobermoon had lifted-off, the team quickly moved all their equipment deep into the cave system and obscured all signs of their presence from the planet's surface.  Now, if an Ur-Quan reconnaissance ship scanned the terrain, Vela II would appear uninhabited.  The weeks turned into months as Captain Burton and her team of 200 waited for the return of the Tobermoon.



## Marooned

After six months in the caves, food reserves grew critically short and Captain Burton imposed strict rationing.  Professor Farnsworth found a data bank in the computer memory describing Vela II's flora and fauna.  Burton felt her spirits soar as Farnsworth pointed out several plants and animals that could be harvested for food.  The most likely sources of meat were the red-brown Libixx, animals that looked like winged rabbits, and the six-legged Ortogs, 2,000 pound beasts with pendulous udders that resembled a cross between a cow and a lizard.   Both had cell structures, internal organs and flesh remarkably similar to mammals on Earth.  The Precursor data also indicated that several plant species – especially the giant blue-flowered Iccamullon – had the same proteins, sugars and starches as crops humans had been raising for centuries.  Captain Burton assigned teams to hunt wild animals and harvest food plants, allowing them out of the caves only under cover of dark for the first year they were there.  Then, gradually as the years passed, the marooned Earthlings grew confident they were safe from discovery by the Ur-Quan on this out-of-the-way little planet.  They began to see themselves as colonists and most moved out of the caves to settle on the surface.  Still, with Captain Burton prodding them, the humans remained cautious, building camouflaged houses and planting crops in purposefully chaotic patterns.  Eventually they gave their planet a name: Unzervalt.  It meant, sim-



ply, "our world."

Ten years slipped past, marked by the deaths of a dozen colonists from accidents or old age, and the birth of 42 children.  Several of the scientists had now become full-time farmers.  Others fabricated old-fashioned bullet-firing rifles and disappeared into the Unzervalt wilderness, appearing months later clad in Ortog skins and bursting with tales of strange landscapes and even stranger life-forms.

# Farnsworth's Breakthrough

After more than a decade of hard work, Professor Jules Farnsworth announced with con-siderable fanfare that he had finally succeeded in unlocking the secret of the Precursor Control Computer.  Without Captain Burton's permission – indeed without even knowing what would happen – Farnsworth commanded the computer to initiate its prime function.  The resulting near-disaster almost got the professor put in the stockade.

Suddenly, the immobile machinery within the cave roared to life.  Huge electrical arcs shot between massive electrodes, incinerating a wooden storage shack.  Robotic vehicles began tearing across the cavern floor along pre-programmed paths – paths which led them right through several man-made buildings.  A 30 meter tall crane-like machine detached itself from one wall and swiftly rolled through the cave, nearly crushing a group of panicked scientists.  It was a miracle that no one was killed in the ensuing chaos as humans fled the caves in terror.

The next day, robotic vehicles emerged from the cave, and cut down a nearby forest.  They levelled the ground, covered the surface with some kind of metallic plastic, and then returned to their cave.

Bronzed from the Vela sun, her straw-colored hair pushed up under her commander's cap, Captain Burton led a squad of volunteers back into the caves on



a cautious reconnaissance mission.  Inside the main cavern, the squad came upon the robots assembling the spine of a huge ship – a starship!  Although the robots clearly knew the humans were there, turning to focus benign scanners on the volunteers several times, they obviously did not consider the Earthlings a threat.  Captain Burton decided it was safe for humans to return to work in the caves, so long as people kept out of the robots' way.

Days later an abashed Farnsworth was finally coaxed back to the Precursor Control Computer to continue his research.  Almost immediately, the professor discovered two significant facts.  First, the construction process would soon transition out of the caves and assembly of the starship would continue on the planet's surface.  Second, as far as Farnsworth could tell, the construction was going to take a long time.

The "long time" that Farnsworth predicted turned out to be nearly a decade.  The colonists grew accustomed to the framework of a great starship looming above their tiny village.  Day after day, a hundred robots moved across the surface of the vessel, welding and fitting, assembling and fabricating.

Then one day, without warning, the construction robots stopped work and returned underground.  They assumed their original positions in the cave and shutdown completely.  The cave was exactly the way the research team had first found it – silent, motionless.  A flustered Professor Farnsworth frantically asked the Control Computer for an explanation, and got an immediate answer.  There were not enough raw materials left to finish the vessel, nor were there suitable substitutes anywhere on the planet.  A week of tests by Burton and her team proved the ship


was complete enough to blast off from the surface of Vela II.  But it would have to cruise slowly through HyperSpace, lightly armed, and with only enough room for a skeleton crew.

There was another problem.  The controls for the vessel were not designed for humans.  It became obvious from the interior layout of the starship that the Precursors were giants, and seemingly not bipedal.  Levers were almost impossible to move, three people were required to actuate a single switch, and the chairs, beds and other furnishings were better suited for a wooly mammoth than a human.

Some kind of automated control system was needed.  After mulling over the problem for several days, Captain Burton decided that the only answer was to remove the Central Control Computer from the cave and configure it to run the ship.  Surely Professor Farnsworth knew enough about the Precursor computer system to give it whatever commands were necessary to take the ship back to Earth.  Despite vehement protests from Farnsworth, the Captain ordered the Precursor's computer installed in the vessel.  After 20 years marooned on Vela II, the colonists were at last ready to return to Earth.

Or were they?  Pressed to begin programming the computer, Farnsworth broke down and admitted he didn't have the foggiest idea how to do it.  It turned out he had never understood the incredibly complicated system.  Instead, for years he had secretly employed the natural computer talents of a precocious young genius.  This gifted child, now a young man, had been born on Unzervalt – the son of an officer from the Tobermoon and a Research Team engineer.  Each night, after Farnsworth left the Control Computer console, the young boy had crept into the caves and tinkered with the computer.  Within a few months, the child had established a rapport with the computer far beyond anything Farnsworth had accomplished.  When the Professor discovered the boy's nocturnal activities, he used gifts and phony promises to win the child's



confidence, then talked the young genius into activating the entire complex. This time, the Captain did throw the Professor into the stockade.

Then Burton called the young man into her office and proposed a plan. She would command the starship, and he would serve as pilot, acting as the interface with the starship's Precursor computer.
With trepidation, *you* accepted.

## The Return to Earth

After 3 months of intensive crew training, Captain Burton felt it was finally time to leave Unzervalt. You weren't so sure, weren't entirely comfortable with your new role as a starship officer. Burton listened as you expressed your doubts, then put an arm around your shoulders and re-assured you. You'd make a fine pilot. She'd trust a ship to you any time.



Besides, all the plans were set. The two of you would lead the return to Earth, and once there send back a rescue ship for the colonists left behind. If necessary, Burton vowed, you would fight your way through the forces of the Ur-Quan Hierarchy.

You, above all, will remember that trip, for during the journey you went through a rite of passage. You left Unzervalt a boy and soon found yourself forced to be a man – to lead bravely and boldly and wisely. Think back. Do you recall the exhilaration of blasting off from the tiny planet where you were born – and the sheer terror later? Three days out, as you approached the perimeter of that cursed Oort Cloud, you found the Tobermoon – derelict and tumbling through space. The deep burns along her hull were mute evidence she'd seen combat. And lost. The discovery was, of course, a great shock to Captain Burton. Unconsciously she chewed her bottom lip, and for the first time her handsome face showed the awful strain



of the past twenty years.  She'd been engaged to Captain Chi.  Through two decades she'd clung to the hope she'd see him again, kept alive the dream they'd shared of marriage and children and a life together.  Now the dream was shattered.  She knew he was gone, even though there was no body to mourn over.  Strangely, there were no bodies at all on board.  And most of the important ship systems were intact.  Do you remember how Burton wondered, tears brimming in her blue eyes, if Officer Chi and the other crew members had been taken prisoner?  How her words conjured up a picture in your mind of the Earthlings being tortured – their ordeal provoking mirth in the soul-less Ur-Quan.  With a few days work, the engineers brought the Tobermoon back to life.  What came next changed your life forever.  With Captain Burton the only one aboard qualified to pilot the Earth Cruiser, you were put in command of the Precursor starship.  Admit it.  Standing on the bridge – those epaulets the grieving but bravely smiling Captain Burton pinned on gleaming from your shoulders – you felt proud, sure of yourself.  Hey, truth be told, at that moment you thought you were        invincible.

Your confidence didn't last long, did it?  With the Tobermoon leading the way, you and Burton pushed your ships out into HyperSpace – the parallel dimension where distances are fantastically compressed and interstellar travel feasible.  Blazing white flashes surrounded your vessels and everything took on a crimson hue.  Something up there wasn't right.  Remember?  Your body felt like it was in a vise and your head was spinning.  You fought for control, forcing yourself to focus on the soft voice of Captain Burton radioing a command from the Tobermoon: "Set course for Earth."

A day later – you think it was a day, but now, looking back, you can't be sure – a sinister shadow began following you through HyperSpace.  It moved fast, real fast.  Within a couple of hours it had approached close enough to interact with your ship's hyperdrive field, pulling you both back into TrueSpace.  At close range, the enemy ship looked like a pair of spinning red globes sur-


rounded by a crackling energy field.  Some kind of glowing rod or energy beam connected the red globes.  The alien craft built up speed rapidly as it zeroed in on the starship you commanded.  Burton saw the attack coming and signalled you to warp out of the area immediately.  A moment later you watched on your command console monitor as the Tobermoon flashed away on a trajectory to intercept the alien ship.  As you pushed up into HyperSpace, you saw a crackling bolt of energy lance out from the alien vessel and strike the Tobermoon.  Burton's craft wobbled violently, then veered off on an erratic course in the general direction of Unzervalt.  The Alien craft was apparently satisfied with disabling the Tobermoon, for the strange ship made a 180 degree turn and rocketed at warp speed toward deep space.

Once your starship reached HyperSpace, you radioed the Tobermoon,  only to learn that Captain Burton had been killed by the alien's unexpected attack. You felt sick to your stomach.  Then you wanted to punch the bulkhead.  You'd been half in love with Burton, you knew that now.  Life stunk!

Captain Burton's death left you in full command of the mission to find Earth. You navigated the Precursor starship back on your original course, your mind swirling with all that had happened.  A terrible doubt overtook you, gnawing at the edges of what had always been your strong self-confidence.  Could you pull this off?  You, a son of Unzervalt, born in a cave, raised on Ortog milk and Libixx meat.  You, a man who'd never set foot in a university, never had formal space flight training beyond the crash course from Burton?  You'd taught yourself everything, learning from reading computer programs and watching how engineers and scientists did things.  The question ate at you now; had you been both a good teacher and a good student?  Good enough at both to prepare you for the awesome task that lay ahead?  Time would tell.

And time did tell.  Five days after the alien attack you arrived at a stellar vortex leading out of HyperSpace.  Your scanner showed the vortex spiralling down



to a brilliant yellow star.  You knew at once that this was the great star that had given life to your ancestors, the star your Earthling progenitors called the Sun!  You warped down out of HyperSpace and took a navigational fix.  You were just beyond the orbit of the ninth planet of the yellow star.  Earth was the third planet out from the Sun.  With all thrusters on, you can reach the blue planet in two days.  A horrible thought flits across your mind.  Had the Ur-Quan broken through the Alliance defense lines and attacked your ancestral home?   Was there devastation?  Had the cities been obliterated by nuclear weapons and the survivors left irradiated mutants, genetic freaks roaming the ashen landscape like primal apes?   You'll know in 48 hours.


## *STARTING THE GAME*

It shouldn't take much more than 5 minutes to install the game and begin playing Star Control II.  Although we salute the expression of free will, you will get started faster if you follow the steps below.

### Confirm System Requirements

▪ An AT-class IBM-PC compatible computer with a hard drive and 2x speed CD-ROM drive is required.  A 20 MHz 386 machine or better is recommended.  If you have a slower machine see Appendix II.

▪ Star Control II supports VGA and MCGA graphics only.

▪ You will need at least 580,000 bytes of low DOS memory available when you start the game.

▪ You will need at least 9.2 megabytes available on your hard disk if you want to play Star Control II from your hard drive rather than play off the CD-ROM.

### Installing Star Control II onto your hard drive

Star Control II can be installed on your hard disk.  Here's how:

1 Turn on your computer.

2 Insert the Star Control Collection CD-ROM into your CD-ROM drive (usually D or E).

3 In DOS, a DOS Window, or MS-DOS mode, make a directory for the game on your hard drive (usually C). Change to the root directory by typing CD\ <Enter>.

4 At the DOS prompt, type MD STARCON2 <Enter> to create the "STARCON2" directory.

5 Change to your new directory by typing CD\STARCON2 <Enter>.

6 At the new prompt, type COPY D:\STARCON\STARCON2\*.* <Enter>,



where D is the name of your CD-ROM drive. This will copy the game from your Star Control Collection CD-ROM to your hard drive, and install Star Control II on your C drive, in a directory called C:\STARCON2.

After you launch the game, you will be presented with choices:

▪ Start New Game: The game starts at the very beginning, prompting you to enter your captain's name.

▪ Load Saved Game: You are presented with a list of saved games to choose from. If you change your mind and want to start from the beginning, press the Spacebar.

## Start-up

Follow these steps to start the game:

1    Make sure your computer is on.

2    Place the Star Control Collection CD-ROM in your CD-ROM drive.

3    If you have Windows, exit from Windows to DOS. If you have Windows '95, restart in MS-DOS mode. If DOS is your operating environment of choice, you should already be where you need to be.

4    Change to your CD-ROM drive by typing the drive name (usually D) and a colon. Press <Enter>.

5    At the CD-ROM drive prompt, type STARCON <Enter>.

6    Choose Star Control II in the introductory menu. When you are shown the picture of a star, hit the <Space Bar>.

If you have copied the game to your hard drive, exchange the following steps for their equivalents above:

2    Since the game is on your hard drive, you don't need the Star Control Collection CD-ROM in the drive.

3    Follow Step 3 above.

4    From the root directory of your hard drive (usually C:) change directories to the STARCON2 directory by typing CD\STARCON2 <Enter>.



5    At the C:\STARCON2> prompt, type STARCON2 <Enter> to launch the game.

6    When you are shown a picture of a star, hit the <Space Bar>.

## *PLAY CONTROLS*

Star Control II can be played entirely from the keyboard, or you can use a joystick for most game activities. Joysticks are automatically detected and calibrated at runtime, so keep your joystick centered and motionless until the game begins.

## Menu Controls

Many aspects of gameplay are accessed by a system of menus. Each menu will list various options which allow you to give a command, select a ship, pick a phrase, etc. To select menu items with the keyboard, use the cursor arrow keys to highlight the item you want, then press Enter. In some cases, when you pick a menu item, you will be given a new sub-menu of options. To leave a sub-menu and return to the previous menu, press the Spacebar.

## Keyboard Menu Controls

When selecting menu items, the joystick acts just like the cursor arrow keys. Pressing Button #1 is the same as pressing Enter, and pressing Button #2 is the same as pressing the Spacebar.

Button #1 selects the highlighted option, and Button #2 returns you to the previous menu.



# Joystick Menu Controls



Up

Button #2

Button #1

Left ← → Right

Down

## Combat Commands

In combat, you can control your ships with either the joystick or the keyboard. You can redefine the control keys with the separate program, KEYS.EXE. The KEYS configuration will not be saved unless you are playing the game from your hard drive. In the SuperMelee bonus game, there can be two human players, and each uses a separate joystick or area of the keyboard.

## Default Keyboard Combat Controls

|  | Keyboard #1 | Keyboard #2 |
|---|---|---|
| Use Special Power | N | 1 |
| Rotate Counter-Clockwise | M | 2 |
| Rotate Clockwise | , | 3 |
| Thrust | . | 4 |
| Fire Main Weapon | ? | 5 |



# Joystick Combat Control



(Up)
Thrust

Up/Counter-Clockwise
Thrust & Rotate Counter-
Clockwise

Button #2
Special Power

(Up/Clockwise)
Thrust & Rotate Clockwise

Button #1
Fire

(Counter-Clockwise)
Rotate Ctr-Clockwise

(Clockwise)
Rotate Clockwise

## *NAVIGATION*

The core of Star Control II is space flight, both in combat and exploration. Whether you are traveling from planet to planet or from star to star, or engaging in combat, the controls are the same. To go somewhere, you rotate your ship in the direction you want to go, and then press the **Thrust** key.

## The Effects of Inertia and Gravity

When ships are navigating in **Star Control II**, they are under the influence of two physical forces; inertia and gravity.

Inertia is the tendency of an object in motion to remain in motion. All moving objects have inertia, and the faster they go, the more inertia they possess. When you let your foot off the gas in an automobile it slows and comes to a stop because there are many forces of friction acting against your motion, like air-resistance, the roughness of the road, and the car's mechanical parts rubbing against each other.



In normal space, these resisting forces of friction are virtually nonexistent. Any object in motion (like a spaceship) will keep moving at the same speed until something stops it. The only way for a spaceship to stop itself is to turn in the direction opposite its line of travel and thrust until it comes to a stop.

Gravity is the natural attractive force that exists between all objects. This force is usually too small to be noticeable, unless an object is terrifically massive – like a sun or planet. In **Star Control II**, the only situation in which your ship will be affected by gravity is in space combat. As you approach a planet, its gravity will begin to affect the course of your vessel, bending your path toward the center of the planet.

Inertial ships can make use of planets' gravity fields to achieve higher than normal velocities by performing the Leyland Gravity Whip maneuver. To use this trick, simply move past a planet, and while you are close to the planet, thrust continuously without rotating your vessel. Then, as you fly away from the world, stop thrusting and coast at high velocity.

> **Note:** Use caution when performing this maneuver to avoid striking planets, which can damage your vessel.

# Interplanetary Travel

Interplanetary navigation is travel between planets within a single star system. The interplanetary navigation screen is represented as a sun surrounded by a number of planets, each situated on an ellipse describing its orbital path around the sun. As you navigate your ship toward the center of the star system, the view expands to show you a more detailed view of the inner planets. When you approach a planet, the view will expand once more, showing you a close-up view of the world, plus displaying any moons which may be orbiting the main planet.



## Encounters in Interplanetary Space

Though most of the known area of space is still uninhabited, you are likely to encounter groups of alien starships anywhere in your voyages. In the Interstellar view, these ships are represented as small icons, which can be travelling be-tween planets, or patrolling space. At typical interplanetary distances, you will be unable to ascertain the exact configuration of an enemy task force. The actual composition can be determined only when you make contact with the ships.

To engage an alien task force, simply bring your ship into contact with the icon. But beware, the outcome of such an encounter may be sudden combat.

## Entering Planetary Orbit

Once you're in a star system, you may want to visit the planets there. Your flagship itself is not designed to land on a planet, but you can enter a planet's orbit for a closer look and then send a Lander down for a more thorough investigation.

To enter a planet's orbit, maneuver your vessel until it touches the center of a planet. You will then automatically enter the planet's orbit.

## Planet Types and Descriptions

Planets are aggregated matter which forms around suns. The size, compo-sition and chemistry of each planet is unique, but the majority of planets fall into a few general categories which are described below.

### Gas Giants

These planets are huge balls of gas composed of light elements such as hydrogen or helium. Since gas giants have no surface to speak of (just an



increasingly dense fog of gas), ships cannot land on this type of planet. Although there has been some discussion of harvesting the upper atmosphere of gas giants with enormous "scoop-ships," your flagship is incapable of gleaning any useful minerals from such planets. To date, no complex life-form has ever been found in/on a gas giant; however, research into this field has been minimal.

### Water World
Like Earth, most other water worlds are large rocky planets with nickel-iron cores, fluid mantles, and a thin shell of $H_2O$ covering some or all of the surface of the planet. Depending on the distance from primary (the star about which the planet orbits) the surface can be solid ice, liquid, or gaseous vapor. Due to the unusual chemistry of water, life is quite common on water worlds having an average surface tem-perature in water's phase-change range, 0-100° centigrade.

### Selenic World
Selenic worlds are small and not dense, being composed of light, common minerals and metals. Such planets rarely possess an atmosphere. Earth's moon, Luna, is a perfect example of this kind of world.

### Dust World
The surfaces of these planets are composed of silicates and metal oxides, with little or no usable mineral deposits. The thin atmosphere found on dust worlds will occasionally support a minimal eco-system.

### Hydrocarbon World
Hydrocarbon worlds are similar to water worlds, but instead of $H_2O$ these planets are covered with a layer of richly varied, inorganic hydrocarbons such as ethanol. Small deposits of useful minerals have been found on such planets, but they are most notable for their ability to support life.



### Primordial World
Large and rocky, these planets follow the typical metal-core, silicate sheath configuration found in so many worlds of this size. The primordial world gets its name from the conditions found on its surface when the primary supplies enough energy to volatilize the planet's dense layer of $CO_2$, producing a super-thick, incredibly hot atmosphere.

### Metallic World
Often found in the first or second orbital position, metallic worlds have been subjected to such incredible heat that the lighter materials burn-off the planet, leaving a small, dense ball of heavy metals and minerals. Although such metallic worlds are exceptionally valuable finds for their abundant resources, beware their occasionally intense gravity fields.

### Reduction World
The reduction world is very similar to the water world, except that the predominant surface gas is not oxygen, but instead methane and ammonia.

### Radioactive World
These rare planets have a much higher than normal surface concentration of valuable radioactive elements, indicating either atypical gas composition, or unusual mantle convection processes.

### Other Planet Types
There is no doubt that there are many other, less common types of planets to be found in the galaxy, each with their own unique characteristics. It is up to you to locate these unknown worlds, and determine their nature.

## "Pushing" Up into HyperSpace
To leave a star system and enter HyperSpace you will first have to leave the



gravitational field of the primary star. To do so, fly away from the star until you reach the outer limits of the system. At this point your flagship will automatically engage its "pushers," lifting you out of TrueSpace, and projecting your ship into the adjacent dimension of HyperSpace.

# HyperSpace Travel

All the myriad ways between the stars may be reached through HyperSpace, a conveniently accessible alternate dimension which shares time-space with our own universe. The set of physical laws in HyperSpace is substantially similar to our own (allowing starships and their occupants to survive there), but certain key differences involving the speed of light permit fantastically accelerated transit between stars.

While in HyperSpace, you can monitor your surroundings via the small tactical display in the lower right corner of the screen. On this display, stars are shown as bright dots and alien vessels are shown as dark dots. The Ariloulaleelay, who seem most familiar with the nature of HyperSpace, have intimated that there are other "things" in HyperSpace, some of which are "good," while others are "extremely bad." Presumably, these "things" the Arilou refer to would also appear on the tactical display, though what they would look like is unknown.

Things look strange in HyperSpace. The subtle differences in physics cause a substantial red-shift in the visible spectrum, casting everything in a blood red light. The sudden explosions of bright light and coruscating energy bursts which are common in HyperSpace have proved harmless, and it is theorized that these are manifestations of objects which are moving quickly through HyperSpace into adjacent dimensions.

## Fuel Use in HyperSpace

In HyperSpace, gravity and inertia do not function as they do in our



dimension.  Once you cease thrusting, your ship will gradually come to a halt, as though some invisible force were constantly dragging on your vessel.  This is, in fact, the case.  To continue travel, you have to thrust constantly, and this uses huge amounts of fuel.  As a general rule:  DO NOT RUN OUT OF FUEL IN AN ALIEN UNIVERSE.  Few have lived to tell of the experience.

## Encounters in HyperSpace
All known star-faring races use HyperSpace as their transit corridor between stars.  Occasionally, such ships may meet in this alien dimension, and the intersection of their masses causes them both to drop down from HyperSpace into the interstellar void.  The confrontation between ships then takes place in the traditional manner, and is resolved in words and/or weapons exchanges.

## Returning to TrueSpace
The passage back to TrueSpace is made via the transdimensional vortices produced by stellar gravity fields.  To enter a star system, move your ship onto the center of a stellar vortex.  You will automatically transition out of HyperSpace and into the star system.

# SHIP COMMANDS
Your flagship is capable of many activities beyond navigation.  You access these abilities through the Flagship Command Menu.  You can enter this menu from Navigation by pressing the **Spacebar** or **Button #2**, then moving the highlight to the desired command and pressing **Enter**.  The Commands are as follows:

## Starmap
This command displays a map of the stars in the known region of space.



To find out the name of a star, move the flashing highlight on top of it.
The name of the star and the fuel necessary to reach it will then be shown
in the secondary and tertiary data displays at the top of the screen.
The grey oval surrounding your position represents your range with your
present fuel supply.  Remember, you use fuel landing on planets and
escaping from battle, so this range circle can change even if you are not in
HyperSpace.

> **Note:**  Planetary excursions require fuel, and may
> significantly affect your range.

You can expand the Starmap to get a clearer look at a viewed region by
pressing the **Insert** key.  Use the **Delete** key to return to the original view.
To scroll your view of the Starmap when you are zoomed-in, move the cur-
sor off the edge of the screen, and the view will automatically re-center.

## Alien Spheres of Influence

When you acquire information about an alien race, either through friendly
conversation or via minute inspection of enemy ship wreckage, the
Starmap will display what you have learned by showing the aliens' sphere
of influence.  This appears as a colored circle on the Starmap, labelled with
the name of the appropriate alien race.  The size of the sphere is an indica-
tor of the overall strength of an alien's entire star fleet.  Although these
Spheres of Influence are usually centered around their native homeworld,
they can move.  Therefore, you might want to make regular examinations
of your star map.

## Using the Autopilot Feature

You can fly to any star in space manually, using the navigation controls
described above.  As a convenience, you can also have an automatic pilot
fly your vessel directly to a desired star or location in HyperSpace.



To set a course for automatic pilot, start from the Starmap. Position the cursor on your desired destination and press **Return**. A line of blue dashes will show you the course plotted by the autopilot computer. To engage, press the **Spacebar** or **Button #2**. You will automatically enter navigate mode and begin flying to your target. As long as "AUTOPILOT" is flashing, you're headed for your destination.

You can activate the autopilot while in orbit, in interplanetary space or in HyperSpace. If you have set a star as your destination, the autopilot will disengage when you enter the target star system.

To interrupt the autopilot at any time and assume manual control of your flagship, press any of your normal navigation controls, and the autopilot will disengage. To resume automatic flight, return to the Starmap and repeat the procedure described above.

# Scanning a Planet

Many planets exhibit important and interesting aspects, such as valuable mineral deposits, unique life-forms, and, potentially, items and artifacts left by other intelligent species. To avoid tediously exploring the surface of every planet, you can make a quick evaluation of each planet from orbit by using your flagship's scanning equipment.

To get a basic scan of a planet, choose **Scan** from the Flag-ship Command Menu. This will display general information about the planet in the rotating planet display, including:

**Planet Type:** A general description of the planet.

**Orbital Radius:** Distance from its primary star in A.U.s (the distance from



38

Sol to Earth is 1 A.U.).

**Temperature:**  The average surface temperature in degrees centigrade. The hotter the planet, the more prevalent are "hotspots" on the planet's surface, making travel there more dangerous.

**Tectonics:**  This value gives a general indication of the frequency of large seismic shocks within the planet's surface.  There are 8 classes of activity, with 1 being least dangerous and 8 being a stupendous tectonic upheaval.

**Weather:**  This factor measures the force and density of disturbances within a planet's atmosphere.  Like tectonics, there are 8 classes of weather. The most dangerous effect of weather on a lander is lightning, which strikes more often on planets with higher weather factors.

**Atmospheric Pressure:**  Pressure is a measure of the density of the gasses which make up a planet's atmosphere.  Atmospheric pressure is measured in Earth-standard units.

**Mass:**  The mass of a planet is measured in Earth-standard units, where 1.0 is equal to the mass of Earth.

**Radius:**  The radius of each planet is also measured in Earth units.  The mass combined with the radius determine a planet's gravity.

**Gravity:**  A planet's gravity affects how much fuel it costs to land on the world.  Gravity is measured in Earth units.

**Length of Day:**  This measurement reflects how long it takes for the planet to revolve fully about its axis.



**Axial Tilt:** Axial tilt describes the angular difference between a planet's rotational axis, and the axis of its orbit around the primary star. Typically, the greater the axial tilt, the greater the planet's seasonal differentiation.

# Specific Scans

Based on what you have learned from the basic scan, you may wish to make a more focused scan of the planet's surface. These scans include:

## Mineral Scan

This function paints low-power, deep-radar waves across the planet, and interprets the resulting echoes into dots on the mineral display, showing the location, size, and type of each significant mineral deposit on the surface. The diameter of the dot indicates the size of the deposit, and the color informs you what type of minerals are in the deposit.

| MINERAL CHART | | |
|---|---|---|
| **Mineral** | **Color** | **Value** |
| Common | Cyan | 1 |
| Corrosive | Red | 2 |
| Base Metals | Gray | 3 |
| Noble Gases | Blue | 4 |
| Rare Earths | Green | 5 |
| Precious Metals | Yellow | 6 |
| Radioactives | Orange | 8 |
| Exotics | Purple | 25 |

Of course, each planet has many more resources well beneath the surface. However, your lander is not equipped to access these minerals, and must limit itself to what resources are readily available.



# Biological Scan

When conditions are right – the temperature, the atmosphere, the amount of water – certain planets develop life. The vast majority of life-forms are simple, viral or bacterial organisms, and present little to interest anyone but a specialist, or someone whose body has become infested with such creatures. Larger, more sophisticated life-forms tend to be more interesting. All living creatures change the environment around them, absorbing light and/or food, and excreting less pleasant substances. Your flagship is equipped with Biological Scan facilities which use such environmental changes to pinpoint large creatures.

# Energy Scan

The energy scan will locate power being generated on a planet's surface, providing the generator is not shielded, or otherwise concealed. The primary use of this function is to find alien ships or installations on a planet's surface.

# Dispatching a Lander

Scanning only provides information about what's on a planet's surface. To retrieve something of value, you will have to go down to the surface. While your flagship is unsuited for such a journey, it carries planetary landing vehicles, which can make repeated trips to and from planetside. Your flagship can hold up to 10 landers.

To send a lander to the surface, choose **DISPATCH** from the Scan Menu. A flashing cursor lets you set your landing position. Move the cursor with the **Cursor** keys and press **Enter**. The fuel necessary to make the trip is displayed in the flagship data window.



41

**Note:** If you have lost all your landers, you will be unable to visit a planet's surface. You will have to return to the Earth Starbase for more landers.

## Planet Surface Exploration
When you've landed on an alien world, be careful because the conditions there could be quite treacherous. Planet landers, though quick and maneuverable, are not exactly invincible space tanks.

## Lander Status Display
To the left of the planet map is the Lander Status display showing the lander's crew (a maximum of 12), its present cargo, its data stores, and its protective devices.

Once you have launched a lander from your flagship, you will see it fly off toward the planet. Your command area will then be replaced by a magnified image of the vehicle landing on the planet's surface.

After you have arrived on the planet surface, you can begin maneuvering the lander vehicle using your normal starship navigation controls, though you will have to thrust continuously to move forward. As you move about the surface, the magnified view will scroll to keep your vehicle centered in the view.

### Returning to the Flagship
You can return from the surface to the flagship at any time by pressing the **Spacebar** or **Button #2**.

### Gathering Minerals
Mineral deposits are shown on the planet's surface as colored dots (see the Mineral Chart, for details.) To pick up a mineral deposit, simply run over it with your lander. You will hear your harvesting equipment gather the material and bring it aboard. The Cargo Status Bar will change to reflect



the presence of the minerals brought aboard, and show how much room you have left in the lander.  If you try to gather a deposit when the lander is full, you will hear an unpleasant protest from your harvesting machinery, and you will be unable to load the deposit.

To gather additional minerals, you will have to return to the flagship and off-load the material into your Cargo Bays.

## Planetary Hazards

Alien worlds can be extremely hostile when compared with Earth, and can cause the unfortunate demise of your lander's crew.  If a disaster should strike, and your entire crew be eliminated, your lander will be destroyed, and with it all the minerals and/or devices you had collected.  When visiting dangerous planets, it is wise to keep a finger on your recall control, just in case you need to leave in a hurry.

The hazards you will encounter include:

**Earthquakes:**  These massive tectonic upheavals appear on your magnified display as expanding concentric rings.  The longer the lander is punished by an earthquake, the more of your lander's crew will perish.

**Lightning:**  Unpredictable and unavoidable, lightning can dance around your lander for minutes, then zero in on your vessel and wipe-out half your crew in seconds.

**Hotspots:**  On planets with high surface temperatures, you will encounter "hotspots," shifting regions of intense heat which are incredibly destructive.  Avoid these hazards at all costs!

**Native Life-forms:**  On rare occasions you will encounter interesting life-forms on alien planets.  Unfortunately, "interesting" usually means danger-



ous.  You will be unable to ascertain just how dangerous a creature is until it attacks, and it may then be too late.  Many life-forms will flee from your lander instead of attacking.  Some creatures are sessile and just sit there.

## Collecting Life-form Data

To collect life-form data, you need to thoroughly analyze the creature.  To do so, you must first prepare the life-form for study.  This is accomplished by aiming your lander at the entity and pressing **Return** to fire a stun blast.  When the creature is sufficiently incapacitated, it will transform into a glowing specimen canister which can then be retrieved at your leisure by running over it with your lander.  Don't worry, this doesn't hurt the creature  at all.

Each species of alien life is different. Some are fast and others are slow. Some look like jumping plants, while others look like zeppelins with teeth. Some creatures are stunned by a single zap from your lander, while others won't succumb until they've been shot ten times.  As a general rule, avoid physical contact with alien creatures unless they are stunned and properly contained.  Remember, they may bite.

Unfortunately, in general the more dangerous the alien life-form, the more valuable its data will be.  Exactly where and with whom you exchange life-form data for valuable commodities is up to you to find out.

# Flagship's Manifest

This option lets you view and manipulate various detailed aspects of your flagship and combat fleet.

### Checking Cargo

The amount of minerals or other cargo your flagship can carry depends on how many Cargo Bays you have built into your ship.  When you choose



**CARGO**, the game will display the different types of minerals and how many units you presently possess, as well as the remaining FREE CARGO space left on your ship. The display also shows how much information you have gathered on life-forms.

Should you wish to DISCARD some minerals (perhaps to make room for other, more valuable minerals), select the **DISCARD** command and then press **Enter** or **Button #1**. Next, move the flashing cursor over the type mineral you wish to discard and press **Enter** again. Each time you do so, one unit of the selected mineral will be discarded. You cannot retrieve minerals once you have discarded them.

## Using Devices

During the course of the game, you will find, buy, or otherwise obtain devices which you will carry aboard your flagship. To manipulate such items, choose **DEVICES** from the Command Menu. A list of the devices aboard your ship will be displayed in the flagship status area. After you have highlighted the device you want to activate, press **Enter** or **Button #1**. To leave the device list and return to the Command Menu, press **Spacebar** or **Button #2**.

## Ship's Roster

This command is useful for moving crew between your flagship and your combat vessels. After choosing ROSTER, you can ASSIGN crew from your flagship to a combat vessel, or RECALL crew back to your flagship. After you have selected the desired command, highlight the ship you want to transfer crew to or from, and then press Return to effect the transfer, one crew member at a time. The number of crew aboard the selected ship is displayed in the Flagship Data Window. When you are finished assigning or recalling crew, press the Spacebar or Button #2 to return to the Command Menu.



# Game Options

By choosing **GAME** from the Flagship Command Menu, you gain access to several commands which let you **SAVE** your game in progress, **LOAD** a game in progress, change play **SETTINGS**, or **QUIT** the game altogether.

## Saving a Game in Progress

You can never be sure just when you're going to be blown to tiny bits by an evil alien, so it is a good idea to save your game as you play – especially right before a battle, or just after you've struck it rich mining. That way, should you meet an untimely end, all your hard work will not have been in vain.

When you choose **SAVE GAME**, the program will display a list of numbered Game State Slots on the left side of the screen. Move the flashing cursor up or down to pick the Game State Slot in which you want to save the current game. Although there are 50 slots available, only ten are shown at once. To scroll the entire selection of slots, move the highlight up or down beyond the edge of the list.

When you have picked a slot, press **Enter**. The entire slot will highlight, and you can now type in a brief description of where and/or when you are situated in the course of the game. If the slot already has a description, you can use the **Backspace** and **DEL** keys to erase the old description, if desired. When you are satisfied with the description, press **Enter**. The game will save the necessary information, and return to the Flagship Command Menu.

## Loading a Saved Game

After choosing **LOAD** from the Game Menu, highlight the Game State Slot with the desired description and press **Return**. The game will automatically load and return to normal play.



## Changing Game Settings

This command allows you to configure the way the game plays to better suit your personal preferences.

### Music Level
This command toggles music on and off.

### Sound Level
This command toggles sound effects on and off.

### Reading Speed
After choosing **READING**, you can either pick **+SPEED**, which speeds up the rate at which text is displayed in the game, or you can choose **-SPEED**, which slows down text display.

### Combat
This submenu of options allows you to change how the game conducts space combat. By modifying these settings you can have the computer fight your battles for you, and/or speed-up how fast the game conducts the combat.

**Cyborg:** If both your arms are broken, or you are suffering from a serious disease, you may wish to toggle the CYBORG setting on and have the computer fight your battles for you. Of course, some players have been known to use this feature WITH NO ADEQUATE EXCUSE! Harumph!

**Resolving Combat:** By using the **+Resolve** and **-Resolve** options, you can speed-up your Cyborg-controlled battles. The active setting is shown in the Flagship Data Window. The available settings are:

　　**▪Normal:** The rate of play is held to a consistent speed which is



similar on most computers.  This is the default setting.

**No Delay:**  The program unleashes the full power of the
computer, allowing battles to be greatly accelerated on fast
computers.

**Flicker:** The same as No Delay, but now the program shows only
a sample of the calculated ship and weapon positions, creating a
flickering, fast-forward display.

**Fastest:** To achieve maximum speed, the program displays no
ship-to-ship graphics, just sound.  The status areas are updated
continuously, showing the progress of the furious conflict.

Remember, the Resolution setting is effective only when the Cyborg is
turned ON.

### Changing Names
You will probably want to use this command at the beginning of the game
to establish the name of your character and to christen your flagship.
After choosing NAMES, you can pick CAPTAIN or FLAGSHIP.  After you have
made your selection, the current name in the Flagship Status Window is
erased, and you can enter a new name in its place.  To erase the old
name, use the Backspace and DEL keys.  When you are done, press
Return.

## Quitting the Game
To leave Star Control II and return to DOS (perhaps to play a game of
SuperMelee!), choose QUIT and then choose YES, QUIT to confirm your
departure.

# *THE EARTH STARBASE*
Early on in the course of the game, you will gain access to a huge
Starbase orbiting Earth.  This spacestation will serve as your base of opera-



tions for the remainder of the game, providing you with enhancements for your flagship, additional combat vehicles, and crew.

To visit the Earth Starbase, go to the Sol star system and approach Earth until the view expands to show you the Earth-Luna system. The Starbase is the object in orbit between the planet and the moon. Navigate your flagship until it touches the center of the Starbase and you will automatically take up position adjacent to the space station.

Once you arrive at Starbase, you have the following choices: **STARBASE COMMANDER, OUTFIT STARSHIP, SHIPYARD, DEPART STARBASE.**

## The Starbase Commander

This command initiates a conversation with the commander of the Earth Starbase. He is the source of much information regarding the Ur-Quan and various developments which will turn up over the course of the game.

### Transferring Minerals to the Starbase

In order to build new equipment for your flagship, build additional combat vehicles, or commission more crew, you have to supply the Starbase with raw materials. These materials most often take the form of minerals which you have gathered from the surfaces of alien worlds. To transfer resources to the Starbase, initiate a conversation with the Commander and select the option, "Commander, I have material to off-load." The Commander will then remove the minerals from your vessel and inform you of their value.

## Outfitting Your Flagship

At the beginning of the game, your flagship is incomplete. You will spend much of the first part of the game gradually building it into one of the most powerful vessels in the galaxy. To do so you must gather mineral or other resources from across space and bring them back to the Starbase.



When you choose **OUTFIT FLAGSHIP** from the Main Starbase Menu, you will see a schematic display of your vessel, its components, its present fuel supply and the landers you have on board.

## Flagship Characteristics

The flagship schematic display also lists the following characteristics:

**Turning Rate:** The rotation rate of your flagship in combat, HyperSpace and interplanetary travel, based on the number of turn jets on your vessel.

**Maximum Velocity:** Your ship's speed in combat, Hyper-Space and inter-planetary travel based on the number of thrusters your ship possesses. Combat Energy: The speed with which the energy for your weapons is replenished during combat. The more Dynamos you have on board your flagship, the faster energy will be regenerated.

## Fuel

Your flagship requires fuel to travel through HyperSpace and to send landers down to the surfaces of alien worlds. Your ship always has a fuel reserve capacity of 10 units of fuel and is initially equipped with one Fuel Tank Module with limited capacity. To increase your present supply of fuel one unit, up to your maximum fuel capacity, select **+FUEL.** To transfer fuel from your ship back to the Starbase (recouping some of its value) choose **-FUEL.** To increase your fuel capacity you will have to buy additional Fuel Tank Modules.

## Flagship Enhancement Modules

The Precursors who designed your flagship 250,000 years ago (while humans were still little more than smart monkeys), would have really appreciated the Swiss Army Knife. This is apparent in the way your ship is built. The superframe of the flagship is strong but minimal, providing little



better than a solid framework ready to accept additional pieces of equipment. These self-contained equipment packages are called "Modules." You can build additional modules and attach them to your vessel.

Modules come in four different kinds: Thruster, Attitude, Lander, and Multi-Function.

Thruster and Attitude modules affect how your ship handles in space. The more Thrusters you have affixed to your flagship the faster it goes. Increasing the number of Attitude modules allows your ship to turn faster. You can have a maximum of 11 Thrusters and 8 Attitude modules. Landers are necessary for making journeys to planet surfaces. You may need more than one lander because hostile conditions on planetside may result in the untimely destruction of a lander now and again. You are limited to a maximum of 10 landers.

Multi-Function modules fit along the spine of your flagship and can transform it from a colony space-ark to a mineral processing platform to a battleship of unrivaled power. The characteristics of your flagship depend on the selection of Multi-Function modules you make. You are limited to a maximum of 16 Multi-Function modules. The optimum lay-out of modules for your starship will depend on your specific mission, and your style of play.

### Adding and Removing Modules
To add a module to your flagship, choose **+MODULE**. The game will then display a list of available modules in the Flagship Status Window. Next to each module is its cost. Move the highlight to the module you wish to add and press **Enter**. A flashing cursor will now appear on the schematic display, allowing you to position the module on your vessel. Move the cursor with the **Cursor** keys and press **Enter**. The cursor will



now move back to the module list so that you can add more modules, if desired. When you are done adding modules to your flagship, press **Spacebar** or **Button #2** to return to the Command Menu.

There is no perfect configuration of modules, so at times during the game you will want to replace a module on your flagship. To remove a module and recover most of its value, choose **-MODULE** from the Command Menu. A flashing cursor will then appear on the schematic display of your vessel. Use the **Cursor** keys to move the highlight to the module you wish to remove and press **Enter**.

> Note: You cannot remove modules which contain resources such as fuel in Fuel Tanks or minerals in Cargo Bays. If you want to remove such modules, first empty them.

For a detailed list of module descriptions, see **Appendix VI – Flagship Modules**.

# The Shipyard
In addition to enhancing your flagship, the Earth Starbase can also build additional combat vessels to escort you on your travels through space. To build combat ships, or commission new crew members for your flagship or combat vessels, choose **SHIPYARD** from the Starbase Main Menu.

At the top of the Shipyard Screen you will see a schematic of your ship which shows how much fuel, cargo, and crew you have aboard. Beneath this schematic are the 12 ship hangars in which you can build your fleet of combat vessels.

### Adding and Removing Crew
To add new crew members, select **+CREW** from the Shipyard Command


Menu. A flashing cursor will appear on the schematic of your flagship. Move the cursor using the **Cursor** keys to the ship to which you want to add crew, and press **Enter**.

Additional crew are shown as green dots on your flagship. Your maximum crew level depends on how many Crew Pod modules you have attached to your flagship. Each Pod holds up to 50 crew. For combat vessels, the present/maximum crew levels are shown in text beneath the image of each ship.

When you have added sufficient crew members, you can then move the cursor to another ship, or press the **Spacebar** to return to the Command Menu.

To remove crew from your flagship or a combat vessel, choose **-CREW** from the Shipyard Command Menu, then move the flashing cursor over the desired ship and press **Enter**. Each time you do so, one crew will be transferred back to the Starbase, and you will recoup most of the crew's value. When you are done removing crew, press the **Spacebar** to return to the Command Menu.

## Combat Vessels
You may add up to 12 escort vessels which will travel with and fight for your flagship. These ships may represent a less expensive alternative for defending yourself, rather than spending a great deal of your resources on transmogrifying your flagship into a battleship.

### Adding Combat Vessels
To add a ship to your escort fleet, choose **+SHIP** from the Command Menu. A list of the available ship types and their costs will then appear in the Flagship Status Window. Move the highlight to the ship you wish to



purchase and press **Enter**. A hangar will then open, showing the newly commissioned ship. Remember, ships arrive in their hangar with only one crew member (the captain) onboard. It is highly recommended that you immediately add maximum crew to each new vessel as it is built. When you are done building ships, press the **Spacebar** to return to the Command Menu.

> **Note:** The selection of ships you can build will be very limited at the beginning of the game. To expand this list, you need to make alliances with other alien races. You may only receive these "gift ships" from other races if you have room in your fleet. Therefore, you may want to keep two or three open slots.
>
> Also, these gift ships may be sold for Resource Units, but you cannot rebuild the vessels. Once they are sold, they are gone.

### Removing a Combat Vessel
To decommission (remove) a combat ship from your fleet, and recoup most of its value, choose **-SHIP** from the Shipyard Command Menu. Move the flashing cursor over the ship you want to remove and press **Enter**. Any crew on board the ship will be automatically removed, and their value added to your available resources. When you are done removing ships from your fleet, press the **Spacebar** to Return to the Command Menu.

## Leaving the Starbase
When you are ready to leave, choose **DEPART STARBASE** from the Main Starbase Menu. You will appear in interplanetary space, near Earth.



# ENCOUNTERING ALIEN RACES

You can encounter alien ships in HyperSpace, in interplanetary space, and in orbit around certain planets. Some encounters you can avoid, others are inescapable. In some situations, you may have to chase down the aliens to make contact with them.

Such an encounter may lead to a friendly conversation, or you may immediately find yourself in battle. In most situations, you will make the choice to talk or fight.

## Combat Segue

Unless you have established friendly relations with an alien race, whenever you encounter their ships you'll hear the "RED ALERT" klaxon and the screen will change to display the combat segue screen. On this screen, you will see the composition of the alien task force, as well as the closest planetary body. At this point, the Command Menu gives you the choice of talking with the aliens or attacking them. You may also use all the GAME options so that you can save the game at this point, should you desire to do so.

> **Note:** The Combat Segue Screen normally displays the exact number of ships you have encountered. However, if alien ships fill the entire screen, you are facing an enemy task force of UNLIMITED size which you CANNOT defeat in combat. If the task force is between you and something you want, you will have to figure out what is necessary to appease the aliens, or devise a clever plan to trick them into leaving.



# Conversing with Aliens

When you choose **CONVERSE** from the Command Menu, you automatically open a hailing frequency to the enemy vessel. The advanced Precursor computer system aboard your vessel will translate messages to and from your ship with near perfect clarity.

When the alien commander responds, his/her/its image will appear on your screen. Depending on the alien race's general disposition, and/or your relationship with them up to that point, the alien's greeting could range from a friendly, "Hello, we come in peace. How are you?" to the more traditional, "Prepare to die, puny Earthling." The latter phrase would probably end the conversation, and cause an immediate transition to combat.

Conversations transpire in a familiar manner. You say something, the other being says something, and the process repeats until one of you is sufficiently angry, bored, or otherwise ready to end the conversation. The interesting part of communicating with an alien (or anyone else for that matter) is in **what** you say.

When it is your turn to say something, you will be presented with a set of possible phrases. Depending on what phrase you choose, you may alternately befriend or enrage the alien you are talking to. After you have decided on the phrase you wish to speak, highlight it with the **Cursor** keys and press **Enter**. The alien will respond, and either you will be given another set of phrases or the conversation will come to an end – possibly initiating combat. To repeat the alien's last phrase to you, press the **Spacebar** or **Button #2.**



# Attacking Aliens

If you choose **ATTACK!** from the Command Menu, or your conversation ends on a sour note, you will automatically go into COMBAT MODE.

## *COMBAT*

One of the most important and fun parts of **Star Control II** is ship-to-ship tactical combat. If you played Star Control, you already know how this part works. If you are new to this aspect of the game, you will want to read this section carefully, and then use the SuperMelee program to practice your combat skills. If you are totally inept in fast action situations, and just want to watch the battle unfold, set the CYBORG option (see page 39 for details) and let the computer fight for you.

> **Note:** Setting the Cyborg option is comparable to taking a shower while wearing a raincoat.

## Selecting a Ship

When combat is initiated, the screen clears. If your flagship is flying without any escort vessels, it immediately warps into the combat zone. If you are accompanied by one or more combat ships, you must pick the first ship to fight. Move the flashing cursor over the flagship or one of the escort vessels and press **Enter**.

## The Battlefield

Combat always takes place in a region of space near a planet or other large object. The area is bounded and wraps around on itself so that when you leave one side of the combat zone, you appear on the other side. The screen always centers on the midpoint between your ship and the enemy vessel, so when one ship "wraps around" the screen, the view



will suddenly shift. At first this may be disorienting, but you will soon grow accustomed to the transitions.

## Navigating Your Ship in Combat

Maneuvering your ship in combat is similar to travelling in interplanetary space. You rotate your ship in a desired direction and thrust forward. All of your ship commands (i.e. thrust, turn, fire, and special power use) may be triggered simultaneously.

## Collision with Asteroids and Planets

Asteroids are large rocks which endlessly tumble through a solar system, trapped by the gravity of the star and its planets. Due to the sophistication of modern inertial dampeners, colliding with asteroids causes no damage, just a sudden change in course.

Impacting a planet is a different matter altogether. Your ship will be damaged severely, and potentially even be destroyed. Once again, AVOID HITTING PLANETS.

## Ship Status Displays

The right side of the screen is broken into two Ship Status Displays, one for your enemy's ship, and one for your own vessel. In addition to showing who built the ship and the name of the captain that commands it, the status area displays key information which will be crucial to your success in combat.

## Crew

The bar to the left side of the large ship icon shows the maximum and current crew levels. Each time a ship is damaged, green dots (crew) will disappear from the bar. When all the crew are gone, the ship is destroyed.



## Batteries

To the right of the large ship icon is the battery charge bar which shows the current and maximum energy levels in the ship's batteries. Firing weapons or using a special power consumes energy (the amount depends on each ship's specific characteristics). Unlike crew, batteries recharge gradually over the course of the battle. The speed of energy regeneration varies from ship to ship, and is a significant factor in a ship's unique combat strategies. Ships with constant, fast energy renewal (like the Yehat Terminator) will want to close on their opponents and continuously blast away, while other vessels with slower energy regeneration (such as the Mycon Podship) will want to approach their enemy and attack, then retreat to accumulate a fresh supply of energy.

# The Basics of Blasting

Getting your ship in the right position is crucial to firing. Therefore, you must keep several things in mind when confronting an opponent:

- The type and range of the weapon you're firing.
- The defensive capabilities of your opponent, both in defensive powers and evasive potential.
- The position of other objects, such as planets and asteroids, which may affect either craft, or the course of the fired weapon.

The computer opponent achieves its remarkable accuracy by firing not at your ship, but at where your ship is going to be.

The best way to learn how to shoot and maneuver is to repeatedly practice in SuperMelee, either against the computer opponent, or, preferably, with a friend.



## Victory and Defeat

When you eliminate the last crew member from an enemy vessel, it is destroyed. If there are other ships in the enemy's task force, a new ship will warp in immediately. Since each ship's combat entry position is random, be prepared for immediate hostilities.

If one of your combat vessels is destroyed, you must pick another ship with which to re-enter the fray, unless your flagship was destroyed. WHEN YOUR FLAGSHIP IS DESTROYED, THE GAME IS OVER. In this unfortunate circumstance, you will be given the option to resume a saved game, start over from the beginning, or quit to DOS.

## Running Away

If you are worried that one of your ships is about to be destroyed, you can choose to flee the battlefield. To run away while fighting with any ship, press the ESC key. Your ship comes to an immediate halt and begins an emergency warp-out maneuver. During this maneuver, you will be unable to control your vessel, but it will be vulnerable to enemy attack. The glow around your ship will pulse faster and faster until your vessel has generated enough force to speed out of the combat zone.

When you command an escort vessel to flee, you are prompted to select a new ship to fight with. The ship that fled will not be available for the remainder of the battle, but will return to the fleet when the fight is over. When you run away while using the flagship, you leave the battle altogether, taking your escort vessels with you.



**Note:** The emergency warp technology for escaping from combat has NOT been included on your ships at the very beginning of the game. However, this feature will become available early on in play.

# Analyzing  Enemy Wreckage

If you defeat all the enemy vessels in an attacking task force, you will scavenge and analyze the enemy wreckage. A scavenging report will tell you how much you have reclaimed.


# APPENDIX I : KNOWN ALIEN RACES

## Races in the Alliance of Free Stars

The first Alliance race to become aware of the Ur-Quan threat was the sophisticated, crystalline race, the Chenjesu. In 2098 their ultra-sensitive HyperWave receivers began recording strange broadcasts, unshielded and strong, from the direction of the Cygnus star cluster. Soon after, the Chenjesu listened as the Ur-Quan brutally conquered the first race they encountered, the Umgah. By 2111 the Spathi had also been subjugated and the Ilwrath, one of the Chenjesu's closest neighbors, was near defeat. The Chenjesu realized that they needed help fighting the Ur-Quan and their ever-growing armada of battle thralls.

The Chenjesu's long-standing mutual defense agreement with the Mmrnmhrm became the basis for the Alliance of Free Stars. Soon the Yehat and their foster-species, the uplifted Shofixti, entered the Alliance. Following Humanity's induction in 2115, the Ariloulaleelay and the Syreen (unofficially) followed suit, bringing the Alliance to its final configuration, seven alien races united against a common foe.



**Chenjesu:** This race is the only known form of silicon-based life-form to have achieved intelligence naturally. The Chenjesu are the oldest, most technologically advanced species in the Alliance, and while all members in the Alliance are officially equal, the Chenjesu are a bit more equal. Since this species evolved as a photo/chemo-vore (it derives its nourishment from light and ambient minerals) with no natural predators, the



Chenjesu are entirely non-aggressive, preferring calm philosophical discourse above all other activities.



**Mmrnmhrm:** The Mmrnmhrm's origin is mysterious. Less than a thousand years ago, the first Mmrnmhrm awakened, alone, on the surface of a dark, airless moon. Looking up, the conical, segmented robot saw the huge factory-starship which had just finished manufacturing it by stripping the surface of the moon for raw materials and then refining these crude ores into final parts within its cavernous interior. Within a few years, the star system teemed with millions of intelligent, self-aware robots who called themselves the Mmrnmhrm.

These non-hostile mechanical beings were assembled for some kind of mission by a distant alien race. When born/built, each Mmrnmhrm awakens filled with knowledge and purpose, though to date the Mmrnmhrm have not revealed the exact nature of their long-term mission. Within a century after the first Mmrnmhrm was built, they had established peaceful relations with the nearby Chenjesu and colonized the adjacent stars in the Virginis constellation.

**Yehat:** The Yehat are a race of avian creatures who live their lives in the pursuit of honor for their clan, their Queen, and themselves through combat. Physically, these creatures resemble a 3 meter high hybrid between an old Earth pterosaur and a bumblebee. To succeed on their world, against larger, faster competitors, they evolved a complex, programmable neural control system – a thinking brain – which




allowed them to adapt to new situations with lightning speed.

Like Earthlings, the Yehat entered space without the assistance of a more advanced race.  It is not surprising that they grant Earthlings such high honor and status for the same achievement.

The Yehat have great pride that they did not go through this uplift process, and that their culture is totally intact.  In fact, the same ruling family has been leading the Yehat people for over 2000 years, dating back far beyond their Industrial Age.
Given their intensely martial society and advanced weapons technology, the Yehat became the backbone of the Alliance Starfleet.

**Shofixti:**  A Shofixti resembles a large marsupial carnivore – sort of a killer shrew – who exhibits furious aggressive behavior contained within a strong ethical framework.  When the Yehat first found them in 2075, the Shofixti were living in fortified mud castles in a feudal society similar to medieval Japan.  The Yehat had such admiration for these feisty little warriors that they immediately "adopted" them and took responsibility for the Shofixti's uplift, swearing that no "peace-loving" race would be allowed to dilute the Shofixti's noble warlike  tendencies.  During the war the primary responsibility of the Shofixti starships was to act as advanced scouts, establishing mines, colonies, and fortifications throughout the stars.

**Ariloulaleelay:**  Arilou (as individuals of this species are called) are pale, about 1.5 meters tall, and have large, childlike heads with dark, soulful eyes.  Although Arilou never talk (communicating through direct telepathic link), they almost always wear a wide, innocent smile.





The Arilou may have visited Earth often in the past, especially in the period between 1950 and the year 2000, during which they are suspected of having been responsible for flying saucer sightings, cropfield circles, alien abductions and similar prankish behavior.

The Ariloulaleelay maintain great secrecy about themselves and their motivations. The location of their home-world, or even their native region of space, is unknown, as is much else about these beings. In fact, the very existence of the Ariloulaleelay was not certain until the year 2116 when they appeared without warning on Earth's moon and asked to be inducted into the Alliance.

**Syreen:** The Syreen people evolved on a paradise world in the Arianni constellation where they built a great artistic civilization in harmony with their environment. No citizen of Syrea suffered want or ignorance. Then, in 2035, a cataclysm of tectonic upheavals tore lava-filled chasms across the planet's surface and irrevocably poisoned their atmosphere. The disaster killed off almost all the Syreen population – only those in the Syreen Space Patrol were untouched. The male population, who were rare in the Patrol, were virtually eliminated.

The Syreen Space Patrol collected what few survivors could be found on the surface and transformed their many orbital space platforms into huge starships.

In the following decades before the War, the Syreen became wandering space-gypsies, navigating their fleet of Habitats through the starways, searching for a new planet of such surpassing beauty that it would forever wash away the pain of losing Syrea, their Eden.


The Syreen became unofficial members of the Alliance
in 2120, after suffering repeated Ur-Quan attacks on
their fleets of slow-moving Habitats.  Adapting their
remaining Patrol vessels for combat, the Syreen
became a potent force in the fight against the Ur-
Quan.  The single greatest weakness of the Syreen
star fleet, its severe shortage of trained crew-members,
was alleviated by Syreen scientists who developed a
psionic amplifier which could compel even the most



hostile alien to serve a Syreen ship captain with perfect faithfulness.  Crews
on board Syreen ships became a surreal pastiche of alien races, with
Ilwrath, VUX, Spathi and others working dutifully side by side with human
volunteers under the command of beautiful Syreen officers.

## Races in the Ur-Quan Hierarchy

The history of the Ur-Quan is largely unknown, save that they are an old
race who have travelled the galaxy for thousands of years with a single
motive:  To find intelligent life and enslave it.  Most Xeno-psychologists
agree that the Ur-Quan behavior indicates they suffered some kind of
severe trauma, and are neurotically acting out their need to control every-
thing by enslaving any intelligent species they meet.  Most starship com-
manders who have faced the Ur-Quan in combat think the Ur-Quan attack
and enslave simply because they are evil, hostile creatures who should be
destroyed.

The organization of the Ur-Quan Hierarchy is simple and immutable:  All
alien races are inferior to the Ur-Quan.  Battle Thralls, those other races
who fight for the Ur-Quan, are granted the next highest status, and are



permitted to maintain a small amount of autonomy.  All other independent species are simply known as prey.



**Ur-Quan:**  Physically, Ur-Quan resemble the predatory caterpillar native to Earth's Hawaiian Islands, only grown to over ten meters in length.  The Ur-Quan equivalent    of a face is rich in sensory organs, and its expressions are varied and horrific.  Aboard ship, these creatures cling to webbed ceilings with their back legs, dangling down over their controls and their slave-crew like hungry spiders.

Ur-Quan are extremely territorial and aggressive, having evolved as non-social, hunter-killers.  Their territorial instincts are so strong that only one Ur-Quan is present on each Dreadnought.  When Ur-Quan meet, they keep several meters between themselves, lest their instincts drive them to engage in an unarmed battle to the death.  A simple, linear dominance structure dictates power within the Ur-Quan species.  Each member of the species has a number, indicating its relative power and authority.  Ur-Quan Master #1 is the ultimate lord of the entire Hierarchy.

The Ur-Quan are unwilling to communicate directly with other species because to do so would be demeaning.  Therefore, when giving orders or interrogating enemies, the Ur-Quan use "Talking Pets," large-brained, frog-like creatures which are non-sentient, but possess the telepathic/empathic ability to translate all languages.

**Mycon:**  The Mycons are neither plant nor animal, having evolved from something more closely resembling an ambulatory fungus.  Mycons are asexual and reproduce by budding their own flesh into a separate off-spring.  They exchange genetic material by exhaling and inhaling DNA-rich


spores.  Mycons are most comfortable in a hellish environment of hot rock and poisonous vapors which would kill most other species in seconds.  Culturally, the Mycon are baffling.  They appear to be born adult, instantly able to assume responsibilities.  In addition, all Mycons occasionally undergo temporary but dramatic personality transformation, as though they were "possessed" by a different Mycon personality.



**Spathi:**  The Spathi are all abject cowards and have built quite a successful civilization around this basic characteristic.  The Spathi physique is slight and soft, with the vital organs being covered by a hard shell surface.  Spathi have large, humanoid eyes atop stiff thick stalks that protrude from their central body mass at odd angles.  When alarmed Spathi ooze copious amounts of unpleasant fluid from their pores.



It is somewhat confusing why the Spathi chose to fight with the Ur-Quan, since they certainly didn't fight very hard against them (having surrendered after less than 6 hours of combat).

**Umgah:**  The Umgah are blobbish creatures consisting of four main attributes; eyes, mouths, tentacles and a strong sense of humor.  The Umgah make use of biological forms in their technology and must often rely on biomechanical hybridization.

The Umgah prefer warm, moist subterranean dwellings, sheathing the interior of their ships with a thick, wet skin, and suffer from agoraphobia – the fear


of open spaces.

Before they were enslaved by the Ur-Quan, the Umgah culture was rela-
tively peaceful, content to expand slowly through the surrounding Orionis
constellation.  The most serious conflicts caused by the Umgah are the
result of their incessant practical jokes, such as clogging a fleet of Spathi
Eluders' life-support systems with fast-growing foul-smelling goo.



**VUX:**  The VUX are bipedal, and would be considered
humanoid were it not for their heads, which look like a
tragic combination of a squid and a banana slug.  The
VUX are very sensitive about their looks.  Indeed, in the
VUX culture, physical appearance is of tantamount
importance, and the VUX spend a great deal of their
time on clothing, jewelry and useless      finery.

The VUX's repulsiveness to most other races is matched
by their technological achievement in linguistic transla-
tion devices.  This combination led to the unfortunate incident in 2126,
when the Earthling Cruiser Miwok made first contact with the VUX near
the Beta Luyten star system.  The Miwok's Captain Rand, upon first seeing
the VUX commander on his view screen, remarked to his officers, "That's
the ugliest freak-face I've ever seen!"  Rand was unaware that his every
word was being relayed to the VUX captian with perfect clarity.  This griev-
ous insult, and the subsequent ill-will between Earth and the VUX delayed
the VUX's entry into the Alliance long enough for the Ur-Quan to enslave
them.

**Androsynth:**  These human clones established a fledgling colony in the
Vulpecular constellation after fleeing from Earth in the year 2085.  During
the following three decades, the Androsynths focused their energies on



reproduction and armament. The Androsynths were totally unaware of the Ur-Quan invasion until the aliens were on top of them, capturing their home star system in a few short weeks of intense interplanetary combat. Androsynths now fight for the Ur-Quan and many Earthlings fear that should the Alliance lose the War with the Ur-Quan, the Androsynth's hostility toward Humanity could result in great suffering for Earth.





**Ilwrath:** Before the arrival of the Ur-Quan, these violent, religious insectoids were of little consequence to their neighbors, the Chenjesu and the Mmrnmhrm, because they possessed little in the way of advanced technology or raw resources. However, when the Ur-Quan conquered their species, the spider-ish Ilwrath became dangerous indeed. Now, with modern weapons and drive systems, the Ilwrath revel in their opportunities to deceive and destroy other forms of life, as is required by their twin gods of evil, Dogar and Kazon.


## *APPENDIX II:  PLAY TIPS FOR STAR CONTROL II*

**Star Control II** is mostly self-configuring, and most players will never have to do more than type the program name.  However, in a few circumstances, you may have to adjust either your computer system or the program.

## **Maximizing Available Memory**

If you receive the error message, "Not enough memory to play Star Control II.", you will need to free up memory on your computer.  Some simple ways to do this include:

> ▪Installing the game on and playing from your hard drive.
> ▪Removing TSR programs or unnecessary device drivers from your AUTOEXEC.BAT and CONFIG.SYS files.  **Star Control II** does not use a  mouse, so removing your mouse driver (if your system loads one) would be a good first step.  In general, the only such programs you will need are hard disk performance programs, such as disk caches or automatic file compression utilities.

## **Enhancing Game Performance**

**Star Control II** is a complex, multi-tasking program which plays all sound and music by mixing up to 8 digital channels in real time.  Consequently, if you are running on a slower machine, you may experience less then optimal performance, particularly if you are running internal speaker sound, which has the most significant impact on performance.

To improve the game's performance you can:

> ▪Buy a faster computer.
> ▪If you are running with internal speaker sound, either purchase one of the supported sound boards, which do not hamper perfor



mance as much and sound lots better, or shut down sound and music altogether (see Specifying Sound Card on the Command Line, for details).

# Solving Possible Conflicts with TSRs

Some TSRs and device drivers do not cooperate with the **Star Control II** program. The most common such problems occur on 386 machines with older, extended memory managers. The symptoms include system lock-up when the program first fires up, or INCREDIBLY slow performance. To fix these problems you can:

▪Configure the extended memory manager NOT to emulate expanded memory.
▪Remove or replace the extended memory manager.
▪Shut down sound and music altogether (see Specifying Sound Card on the Command Line, below, for details).

### Known Conflicts

**Conflict:** Extended Memory Manager (only in rare instances)
**Symptom:** Extremely slow performance and in rare cases, system halts.
**Solution:** Modify config.sys or autoexec.bat files to remove memory manager.
**Conflict:** Gravis Ultrasound board in combination with Soundblaster or Roland sound boards.
**Symptom:** System halts immediately when game is run.
**Solution:** Remove all sound boards except Gravis Ultrasound, or remove Gravis Ultrasound.

### Specifying Sound Card on the Command Line

**Star Control II** automatically detects supported sound cards (inside your computer) when you load the program. However, there are some peripheral sound devices which are not detected. For these devices, you will



have to add a code to the command line: STARCON2 /s:DEVICENAME
where DEVICENAME is one of the following:

| Code | Sound Device |
|------|-------------|
| DISNEY1 | Disney Sound Source on parallel port #1. |
| DISNEY2 | Disney Sound Source on parallel port #2. |
| LPT1 | Covox Speech Thing or other sound peripheral on parallel port #1. |
| LPT2 | Covox Speech Thing or other sound peripheral on parallel port #2. |

If you want to specify explicitly your sound board, follow the above convention with one of the following codes:

| Code | Sound Device |
|------|-------------|
| INTERNAL | Internal speaker |
| ADLIB | An Adlib sound board. |
| SBLASTER | A Soundblaster. |
| PAS | A Pro Audio Spectrum. |
| SM2 | A Sound Master II |
| ASC | An ASC Media Master |
| MICRO | Microsoft Windows |
| GRAVIS | Gravis Ultrasound |

If you want NO sound, use the code SILENT.

## Loading Problems

If you load Star Control II and experience the following:

- The game doesn't start properly,
- You see a "Not Enough RAM" error message,
- Freezes or erratic game play,

see the Booting Clean section.



## Garbled Graphics or Blank Screen

**Star Control II** supports VGA or MCGA graphics only. If your computer does not have these graphic cards and a color monitor, this game will not work on your system. If you do have these and still experience a blank screen or garbled graphics, see the Booting Clean section below.

## Graphic Adapter Fix

Certain computers, (i.e. Tandy 4850 EP) have unusual video hardware. Therefore, colors in the game might not look quite right. If you experience this problem, try running the game as **STARCON2 /g:BIOS**. This will force the program to update the color palette using the BIOS functions. Since most BIOS calls are far slower than custom routines, a minor performance penalty may be noticed when using this option.

> **Note:** Any command line additions can only be made if you are launching the game without using the front-end menu.

# Booting Clean

The easiest way to resolve loading problems, DOS conflicts, memory problems, erratic game play, etc., is to copy the games to your hard drive, and boot your computer with a "boot disk" each time you wish to play. A boot disk is a "clean" DOS system disk that will maximize use of memory.

If you are in Windows 3.1, you need to exit Windows to get back to DOS. From the File pull-down menu, choose "Exit Windows". A dialog box will appear mid-screen. Click on "OK". You are now in DOS.

If you are in Windows '95, go to DOS by clicking on "Start," then "Shut Down and Restart the Computer in MS-DOS Mode".



First, copy **Star Control II** to your hard drive.

1 At the DOS prompt, type C: <Enter>
2 At the DOS prompt, type CD\ <Enter>
3 Type MD STARCON2 <Enter>
4 Copy the **Star Control II** files to your hard drive. At the DOS prompt,
type COPY D:\STARCON\STARCON2\*.* C:\STARCON2 <Enter>

> **Note:** If you enter this command and receive the message,
> "Invalid Drive Specification," your CD-ROM drive is not proper-
> ly set up for use in MS-DOS mode. Contact your computer
> retailer or manufacturer for assistance.

**Star Control II** is now copied to your hard drive.

## Creating a Boot Disk
1 Make sure you have a high-density diskette on hand that will fit into
drive A:
2 At the DOS prompt, type FORMAT A:/S <Enter>
You will be prompted to insert your diskette into drive A:. When the com-
puter asks you to enter a label name, press <Enter>. When the computer
asks if you want to format another diskette, answer NO.
3 At the DOS prompt, type A: <Enter>
4 At the A: prompt, type COPY C:\CONFIG.SYS <Enter>
5 At the A:  prompt, type COPY C:\AUTOEXEC.BAT <Enter>
6 At the A:  prompt, type EDIT CONFIG.SYS <Enter>

> **Note:** PC-DOS users may have to type E CONFIG.SYS <Enter>

The editing screen display is blue with several lines of white text. Each line
of text is one DOS command.



7 Only some of these lines are necessary for your game to run properly. The lines we need can usually be left just as they are. Keep the following lines intact:

- The line with HIMEM.SYS (or any other upper memory manager)
- The line with EMM386.EXE (or any other expanded memory manager)
- Any lines pertaining to your Sound Card
- Any lines necessary to the normal operation of your computer

For all other lines, move the cursor to the left edge of each line and type REM <Spacebar>.

8 Once you have finished editing the CONFIG.SYS file, press <ALT+F> then <S> to save the file. PC-DOS users will need to press the <F3> key instead.

9 Press <ALT+f> and <X> to exit the editor.

10 At the A: prompt, type EDIT AUTOEXEC.BAT <Enter>

> **Note:** PC-DOS users may have to type E AUTOEXEC.BAT <Enter>

11 Keep the following lines intact:

- @ECHO OFF
- PROMPT $P$G
- the PATH line
- Any lines pertaining to your Sound Card
- Any lines necessary to the normal operation of your computer

For all other lines, move the cursor to the left edge of each line and type REM <Spacebar>.

12 Follow steps 8 and 9 above to save the file and exit the editor.

The boot disk is now ready for use with the **Star Control Collection**.

To Play Star Control II, insert your boot disk into your A: drive and either



turn on or reboot your computer. At the A: prompt, type C: <Enter>. Type CD\STARCON2 <Enter>, then STARCON2 <Enter> to launch the game. When you finish playing, remove the boot disk from the A: drive and either turn off or reboot your machine.

# Technical Support (408) 296-8400

If you still need help with this – or any other – Accolade product, please give us a call between the hours of 8 am and 5 pm (Pacific Standard Time).  Be sure you are at your computer when you call.  You can also write us at:

Accolade
Attention: Customer Support
5300 Stevens Creek Blvd. #500
San Jose, CA 95129

### Online Support

For your convenience and support, Accolade maintains a Web site at http://www.accolade.com. For technical support and information, email us at techelp@accolade.com

Accolade is also on CompuServe and America Online.  Members of CompuServe can email us at 76004,2132 or type GO GAMAPUB and leave a message for us in the Accolade section. Members of America Online can go to our area at Keyword: Accolade, or send email to "Accolade".


## *APPENDIX III: INSTRUCTIONS FOR SUPERMELEE*

SuperMelee is pure Star Control combat. In this bonus game you can fight against the computer opponent, or even better, battle another human player. SuperMelee battles are fought between two rival teams, composed of up to 14 ships, using any combination of the 25 alien vessels from Star Control and Star Control II.

If you have never fought a Star Control space battle, SuperMelee is the necessary training ground where you will learn to survive in the hostile starways of **Star Control II**. You can begin by fighting weak opponents, learning the ins and outs of tactical combat. Then, as your skills improve, you can take on more cunning foes and begin to explore the unique stratagems for each ship-to-ship combination.

The experienced Star Control player will relish the 11 new ship types, the multiplicity of ship battle combinations, and the ability to devise his or her own SuperMelee teams.

## Starting SuperMelee

To play SuperMelee:

1 Turn on your computer.

2 Get to the point in DOS where you would normally launch the game. If you play from the CD, choose SuperMelee from the Star Control menu, and ignore steps 3 & 4.

3 Change to the directory that contains the game. For example, if you installed the game in a subdirectory named STARCON2, type
**CD STARCON2** and press **Enter**.

4 Now type the file name, **MELEE**, and press **Enter** again. Note that MELEE.EXE has the same command line options for sound as



STARCON2.EXE (see **Specifying Sound Card on the Command Line**, for details.)

> **Note:** The Melee program tries to run at the same speed on all computers. If you would like to unleash your computer's power and play at maximum speed, add /frenzy on the command line after Melee.

# The SuperMelee Main Screen

The SuperMelee Main Screen includes three regions: The Team Display, which shows the ships in each team as well as their name; the Game Settings, which records the manner you have configured the game; and the Main Menu, which lists the general commands at your disposal. As a convenience, SuperMelee always remembers most recently used teams and settings, and automatically loads these for you whenever you start the game.

# Creating a SuperMelee Team

To create a SuperMelee Team:

1 First highlight **EDIT** on the Main Menu and press **Enter**.

2 Using the **Arrow** keys, move the cursor to the slot where you want to add a ship and press **Enter**. The highlight will now move to the list of available ships.

> **Note:** If you place the cursor on a slot which already contains a ship, that ship will be replaced with your new choice.

3 Using the **Arrow** keys, move the highlight in the ship list. Only two ships are shown at one time. To scroll the entire list, move the highlight



up or down.  The list shows not only the names of the ships, but their values as well.  Ship values are useful when two or more players want to compose different teams with the same overall strength.  When you have highlighted the ship you want to add to your team, press **Enter** and the ship will appear in the Team Display region.  The cursor now returns to the Team Display region.

4 Continue placing as many ships as you like on both teams by repeating steps 2 and 3.  Notice that as you add and remove ships from each team, the total team value changes to reflect your modifications.

5 If you want to remove a ship from a team, highlight the ship in the Team Display Region and then press the **DEL** key.

6 To change the name of a team, move the cursor to the name, which will then highlight.  Use the **Backspace** and **Delete** keys to remove the old name, then type in the new team name.  When you are finished naming a team, press **Enter**, or just move the cursor up or down off the team name using the **Arrow** keys.

7 When you are done creating your team, press the **Spacebar** to return to the Main SuperMelee Menu.

# Game Settings

The current game settings for both Player #1 and Player #2 are shown in the Game Settings Display, just above the Main SuperMelee Menu.  When you choose **SETTINGS** from the Main SuperMelee Menu, the cursor will move to the Game Settings Window.  To change a setting, move the highlight to the desired setting and press **Enter**.

When you are done changing the game's settings, press the **Spacebar** or **Button #2** to return to the Main SuperMelee Menu.

### Who Controls Each Team

In SuperMelee you can play against a human opponent (the most fun), or



against a computer controlled foe. To change who controls a team, high-light the setting and press **Enter** or **Button #1**. You can set both teams to have computer control. In this case they will fight a totally automatic series of battles against each other during which you can study their tech-niques.

### Input Device
You can play SuperMelee with joysticks, keyboard, or a combination of both. To reconfigure the keyboard configuration, run the separate key-board configuration program KEYS.EXE. For consistency, the configuration you set for SuperMelee will also be used in **Star Control II**.

> **Note:** Any keyboard configuration other than the default will only be saved if you are playing from your hard drive. If you use the KEYS command and are playing from the CD-ROM, your new configuration will not be saved.

## Computer Opponent's Skill Level
In SuperMelee you can set the computer opponent's skill level to accommo-date beginner, intermediate or advanced players. To cycle through the skill levels, move the highlight to the skill description for the team you want to change and press Return. The skill levels are:

> **Standard (default setting):** The standard computer opponent never uses its special power, nor does it shoot very accurately. This setting is suitable only for beginning players or young children.
> **Good:** At this setting the opponent shoots more accurately and begins to use its special power, though not necessarily at the best time or place.
> **Awesome:** Playing SuperMelee against a computer opponent set to Awesome should remain a challenge for quite some time. At this skill level, the computer only shoots when it is sure it will hit you if



you continue along your present course. The computer now uses its special power at maximum effectiveness.

# Leaving Settings Menu

When you have established your desired settings, press the **Spacebar** to return to the main SuperMelee Command Menu.

# Saving and Loading SuperMelee Teams

To save a team, highlight **SAVE** from the Main Menu and press **Enter**. Type in the name of your team (8 letters maximum) and press **Enter**. To load a team, select **LOAD** from the Main Menu and press **Enter.**. Highlight the team you want to play using the **Arrow** keys and press **Enter** again.

# Fighting in Melee

Now that you've selected your settings and created your teams, you're ready for a game of SuperMelee. From the SuperMelee Main Menu, select **MELEE**. You will now see a subscreen for each team in turn.

## Picking Ships

Each player now picks his first ship to fight with. If you are playing against a computer opponent, it will do so automatically. To pick a ship, move the flashing cursor over the desired ship and press **Enter**. If you want the next ship to be chosen randomly, highlight the "**?**" and then press **Enter**.

## Fighting a Battle

Combat in SuperMelee is identical to combat in Star Control II, except that you cannot flee from battle. When a ship is destroyed, the ship selection menu will appear, allowing you or your opponent to select the next ship to fight.



## Winning SuperMelee

When all of one player's ships are destroyed, the Melee is over.  Each player's menu will then appear, allowing the winner to gloat over his many victories.  This final display also shows the winner's remaining ship points which indicate the margin of victory.  Use the following guidelines to determine the quality of the victory:

**Winner's Remaining**

| Ship Points | Quality of Victory |
|---|---|
| 5% | By the skin of your teeth. |
| 10% | A good, close game. |
| 25% | A serious thumpin'. |
| 50% | Totally Cree-mated! |
| 75% and up | Who are you playing with – a moon rock? |

Remember, if you get "Cree-mated", there's always the best-2-out-of-3!

## Replaying Melee with the Same Teams

To begin another SuperMelee with the same teams, just press any key after the ship selection screen has been displayed.

# Returning to the Team Edit Screen

After a SuperMelee game is over, or at any time during play, you can quit the battle and return to the SuperMelee Main Screen by pressing **F10**, and then confirming your exit by pressing **F1**.

# *APPENDIX IV:  KEYBOARD CONFIGURATION UTILITY*

The Keyboard Configuration Utility – Keys.exe – lets you reconfigure the keys you'll use as the control keys in **Star Control II**.



1 Boot your computer as normal

2 Type CD \Starcon2 and press Enter.

3 Type keys and press Enter. The following options will appear onscreen:

**F1**   Select a new keyboard layout

**F2**   Experiment with different keyboard combinations

**F3**   Information on keyboard configuration

**F10**   Quit to DOS

When you press **F1** to change the keyboard layout, you are given the option of changing the Player 1 or Player 2 controls. Press the corresponding function key to select your option.

After you've selected your keys, you'll be given the option to redo them. Press **N** to keep them, or press **Y** to change them.

To save the new keyboard configurations, press **F7** at the Control Keys Menu.

## *APPENDIX V: COMBAT VESSEL DESCRIPTIONS*

Following are brief descriptions of the combat capabilities of all of the ships in **Star Control** and **Star Control II**. These descriptions are intended to give an overview of the ships' attributes and special powers, as well as a few tactical combat tips.

**Ariloulaleelay Skiff** – An Arilou Skiff, when flown skillfully, can be one of the most effective spacecraft. It's speed and inertia-less drive make it the most maneuverable of all ships, and its   special ability to teleport can help it escape from fatal situations. The Arilou Skiff has an auto-targeting, swivel-mounted, short-range laser that pumps out damage quickly. Unfortunately, the Arilou ship can



sustain only a minimal amount of damage itself.  A successful captain will use the teleport function, as well as an opponent's inertia, to move in quickly along the rear or flank of the enemy ship, unload from a full store of energy, and then fly or teleport quickly away to recharge.

**Chenjesu Broodhome** – The main weapon of the Chenjesu, the photon crystal shard, is versatile for both offense and de-fense.  As long as the fire button is pressed, the shard continues on its way.  If you hit an enemy with the whole crystal, it does a great deal of damage.  If the crystal misses, release the fire button while it is still near the enemy ship and the shard will explode into smaller pieces.  Since the crystals do not harm the Chenjesu, they can be exploded at point blank range to create a kind of ack-ack.

One powerful ability of the Chenjesu is to launch self-directed DOGIs (De-energizing Offensive Guided Interceptor).  These little drones can steal the energy from ships, or just pester the enemy until they are ready to give up.  The best strategy for a Chenjesu is to keep a good distance between itself and the enemy ship.

**Earthling  Cruiser –** The Earthling Cruiser is a vessel designed primarily for hit-and-run long-range attacks.  Stay away from the enemy ship, and fire your seeking nukes constantly!  Use a Gravity Whip off of the planet, if necessary to keep your distance, but be careful not to



collide with the planet. The only reason ever to get close to an enemy vessel is to make an honorable, point-defense laser "coup de grace", to eliminate the opponent's last crew member.

**Mmrnmhrm Xform –** The X-form is actually two ships in one. Its special power allows it to transform from one form into the other. The Y-Wing form of this ship is fast but not very maneuverable, and it fires long range homing missiles that do only a small amount of damage. The X-Wing form is slow, but has good turning capability, and fires a powerful double-lance, convergent laser. One very effective way to take advantage of this ship is to stay mostly in the faster Y-wing form, transforming into the X-Wing form only to make quick turns or ward off would-be attackers when they get too close.

**Shofixti Scout –** Shofixti Scout ships are small and very quick. They have a limited number of crew, and a relatively weak forward firing gun with a moderate range. The special capability of this ship is that it can detonate itself like a big bomb, and cause great damage to an opponent's ship. Of course, this requires that the Shofixti ship get itself close enough before detonating.

Shofixti captains who are patient may find that their little gun can be quite effective when fighting slow, or short-ranged enemy vessels.

**Syreen Penetrator –** This space vessel has the unique potential to leave a battle much stronger than it enters it. The goal of a Syreen ship is



always to get close to the opposing ship and use the Syreen call. This causes the enemy crew from the opponent's craft to jump ship and drift through space towards the Syreen ship. The Syreen can then pick them up and use them as her own crew. One very effective trick is to use the Syreen call and fire simultaneously. This way, when your opponent has only one or two crew members left, the Syreen can destroy them before they have a chance to pick any of the crew back up again.

**Yehat Terminator –** The powerful and direct Yehat Terminator is the earliest of all Star Control ships. The ship is equipped with extremely powerful medium-range dual cannons, as well as a shield that, when activated, protects it from any weapon. Avoid the temptation of exhausting all of your energy with your guns, saving some for your shields. Also remember that energy generation on the Yehat ship is not sufficient to maintain constant shielding. Lastly, since Yehats are not particularly fast, they can often benefit from a 'Gravity Whip' from the planet. This allows them to strafe an opponent as they go sailing past.

**Androsynth Guardian –** The Androsynth vessel is normally very slow, and it's weapon fires auto-homing molecular acid bubbles. These tend to be most effective when fired en masse to create a dense cloud of bubbles that can serve as a haven for the Androsynth ship, or to create a cloud of bubbles in the opponent's path. The Guardian can transform itself into a blazing



comet-like ball of energy. When it does this it travels at high speed, until all of its energy is used up. When the Androsynth is in this comet-like "Blazer" form, it can ram an opponent's ship and do a large amount of damage. Another use of the Blazer form is for escape.

**Ilwrath Avenger –** The Ilwrath ships are only moderately powerful because they are not very fast, and their weapon is only effective at short range. In order to compensate for their weapon's shortcomings, the Ilwrath ship has a special cloaking capability.

Learn where the Ilwrath Avenger is when it is invisible. Since the screen always centers on the midpoint between the two ships, the Ilwrath is always diagonally opposite its opponent. When your enemy gets near the center of the screen, you must be there too. So open fire, literally! Be aware that when you uncloak by firing your hellblast, your ship is automatically oriented to point at your opponent's ship. If your enemy has maneuvered around behind you, you can turn around instantly by cloaking and immediately firing your hellblast.

**Mycon Podship –** This extremely slow ship can fire a strange homing weapon made of semi-sentient energy plasma that dissipates after it is launched and does a huge amount of damage if it hits the opponent. The Mycon ship can also use its energy to regenerate crew that have been lost.

Against most ships, the Mycon Podship is a dead duck if it sits still. Once it gets moving, (a good Gravity Whip will do), its commander can fire a plasma torpedo now and then, and regenerate any damage that comes his/her way. However, to give yourself time to respond to an onrushing



celestial body, avoid diagonal whip trajectories.

One of the most serious threats to the Mycon is its own weapon, the expanding plasma cloud. Fast ships, like the Arilou, Shofixti, or Slylandro, will try to direct the plasma weapon back upon the Mycon. If the Mycon is moving at or beyond its normal maximum velocity, it can overrun its own weapon immediately after launch, suffering grievous casualties. Solution: shoot backwards.

**Spathi Eluder (previously known as "the Discriminator") –** The Spathi ship is very fast and maneuverable with a moderately ranged and relatively weak forward firing gun. This ship is most dangerous when running from the enemy and launching BUTT (Backward Utilized Tracking Torpedo) missiles directly into its pursuer's path. The Spathi commander's main job is to entice his opponent into chasing him. Taunts and jeers work well. Another effective strategy for a Spathi commander is to circle his opponent's ship, just out of range, bobbing in to launch BUTT missiles, and then out again.

The otherwise ineffectual forward guns can become quite deadly with practice. If you need to kill only a few more crew for a victory, as when fighting an undamaged Arilou, don't shoot your wad in a single facing. Instead, rotate as you fire to increase your chance of a lucky hit.

**Umgah Drone –** The Umgah Drone can defeat any other ship, given just a few seconds at close range. A favorite Umgah tactic is to zip backwards



right up next to its enemy. If the anti-matter cone is up through the maneuver, there is a chance of it grazing the enemy as you zip past for a few bonus points of damage – especially important against the Arilou. Another way to use the retro-movement is to thrust at the same time you zip backwards. This results in a jerky, half-speed maneuver which opponents often find difficult to deal with.

The Umgah's anti-matter cone also makes an effective shield against most incoming missiles. Notable exceptions are the Chenjesu's whole photon crystal and the Ur-Quan's fusion blast, which pass through the conical field unharmed. The Umgah receives all its power in one big whack after a considerable delay. Each time the Umgah uses its anti-matter cone, this delay is reset to maximum. So if you keep the cone up, you will never regain fuel.

**VUX Intruder –** Rather than building a faster ship, the VUX have taken the approach of slowing the other ships down. They do this by means of homing limpets which cling to the hull of an enemy ship, making it less and less maneuverable. In addition to this, the VUX ship comes equipped with a very powerful medium-range laser, and a large store of energy to power it.

The VUX is one of the slowest and least maneuverable ships in the game. Helping to offset this, the Intruder has the advantage of always appearing near an enemy vessel when combat begins. The VUX commander must be ready to fire instantly, and make course adjust-


ments to keep his laser on target. If the enemy escapes and possesses any long or intermediate range weapons, the VUX must immediately seek out a planet and engage in a Gravity Whip. If the enemy launches a seeking weapon, don't forget to shoot at it as it approaches. When the VUX nears its target, it should slow by rotating to face the enemy and thrusting. Never engage your enemy unless you have lots of fuel!

To make effective use of your limpets, deploy them in a curtain, then turn and thrust ahead of where your enemy must flee to avoid them. When the enemy is really gunked-up, and you are fully recharged, use your laser to blast the enemy ship's hull. Remember, though the Yehat's shield is proof against your laser, your limpets pass through its defenses unaffected.

**Ur-Quan Dreadnought –** Most experienced players would probably say that either the Ur-Quan Dreadnought or the Kohr-Ah Marauder is the most powerful ship in the game. The Ur-Quan has an immensely powerful medium-long range weapon that fires rapid fusion plasma blasts. It also has the capability of launching pairs of autonomous, laser-equipped fighters. Remember that each fighter represents a depart-

ing crew member. So if you are wounded to start out with, don't send off all but the last few of your crew and risk defeat through a single lucky enemy shot. Also, fighters expire if you don't let them return to your ship. Avoid high speed chases or your fighters will be left far behind. Use fighters at short range and in conjunction with your main weapon. For best results, chase an opponent in one direction while you head off in the opposite direction to meet him as he wraps around.


**Kohr-Ah Marauder –** The Kohr-Ah ship is one of the few ships that is a good match for an Ur-Quan Dreadnought. The two ships are comparable in speed, maneuverability, crew, and energy regeneration. However,



instead of firing plasma blasts, the Kohr-Ah vessel fires missiles which continue to move away from the ship until the Fire Button is released. Once the Fire Button is released, these spinning, metal blade-

disks remain where they are placed. When an enemy vessel draws near, it tracks on the vessel and closes with it. A Kohr-Ah commander will often first lay down a defensive wall of blades around his ship, then litter an opponent's path with the spinning weapons. Only eight blades may be present on the screen at any given time. When a ninth is fired, the first one disappears.

The other capability of the Kohr-Ah ship is known by the other alien races as "the Fiery Ring of Inevitable and Eternal Destruction" or F.R.I.E.D. This is actually an expanding ring of super-heated gases that can be used both for defense and close range offense. When facing the Ur-Quan, the Kohr-Ah is better off staying farther away, and the Ur-Quan is better off closing.

**Utwig Jugger –** This slow, tubby craft is only a moderately powerful ship. However, it is particularly well suited to facing the Kohr-Ah and the Mycon. The Utwig, in addition to its forward facing, wide area guns, has the special capability of shielding itself. This shielding, however, uses up energy which cannot be regenerated, so the trick for Utwig commanders is to acquire more than they use. Against ships that fire rapidly and continually, the Utwig commander can find himself



being tricked into shielding unnecessarily and wasting his energy. The best strategy for the Utwig is to close with the opponent's ship using a Gravity Whip when necessary, and time the shielding to catch any incoming shots. DOGI's from the Chenjesu are an Utwig commander's greatest fear, as they quickly turn his ship into a sitting duck.

**Thraddash Torch –** The Torch is a difficult ship to master, but can be quite potent when it is flown well. The normal weapon of this ship is a simple long range weapon that does a small amount of damage. The special capability of this ship is to eject ultra high pressure bursts of plasma out the rear of the craft. These propel the ship forward at great speed and act as an effective turbo boost. Commanders must learn to use this as their primary means of propulsion rather than their engines, which actually slow the vessel down. By using the rear 'Torch', commanders can stay far away from shorter range ships, and hit enemies with its long range weapon. When these Torch bursts are laid down in a wall in the path of an opponent that is moving a lot, they can be a powerful offense.

These bursts can also be used defensively to block incoming shots. This technique requires the Torch captain to keep the rear of the ship facing the opponent whenever it is not advantageous to be firing.

**Supox Blade –** The Supox Blade is another effective ship. In combat situations, any ship that can get another ship to chase it is in an advantageous position. The Supox, with its ability to reverse direction, is well suited to this strategy. This is done by approaching a ship head-on. As soon



as that ship is in range, the Supox reverses the
direction of its thrust and flies backwards, shoot-
ing at the ship that is all of a sudden following
it. To travel backwards, press the **Thrust** key
and the **Special** key simultaneously. Another
capability of the Supox ship is to move laterally. To
perform this maneuver, press the **Special** key and a
**Turn** key simultaneously. This should only be attempted by
the most gifted of Supox commanders, as it more often than not
results in victory for your very happy opponent.

**Pkunk Fury –** Though small and holding few crew, the deft Pkunk Fury
sports miraculous features. The Fury's main (and only) weapon is a rapid-
fire, very short-range mini-gun that launches streams of dense, superheat-
ed metals forward and to the sides. This unusual weapon configuration
allows the Fury to engage in certain non-traditional
combat moves, such as running broadside. The
popular Death Blossom attack is performed by fly-
ing adjacent to an enemy ship, and then simulta-
neously rotating and firing to create a beautiful
spiral of destructive force.

The vessel's energy is generated directly from the
Pkunk captain's fierce mental emanations. By hold-
ing down the **Special** key, the player instructs the
captain to radiate these psionic energies. Accompanying
the regeneration are various insults and jibes spewed forth by the Pkunk
captain toward his opponent.

When a Pkunk ship is destroyed in combat it will frequently reappear –
instantly, and with no visible signs of damage. The Pkunk claim that this



resurrection is due to a trace of the blood of the gods, which flows through each Pkunk as the result of some divine indiscretion on their home world several thousand years ago. Other alien races believe that the "resurrected" vessels are in fact a mere projection generated by Pkunk vessels which are cloaked with some kind of invisibility field. To date, no one has explained why a "projection's" weapons are genuinely destructive.

**Melnorme Trader –** The primary weapon aboard the Melnorme (pronounced Mehl-nor-may) Trader is a long-range, variable power blaster, fired by holding down the **Fire** key and then releasing it. The Melnorme's projectile becomes larger and more destructive while the Fire key is held. The weapon has 4 degrees of power, reflected in the color of the pulsating missile. A green weapon is weakest, next comes blue, purple, and finally red. Each color change represents a doubling in the strength of the weapon. The Melnorme ship will not regenerate energy while "holding" the weapon; however, at these times the weapon acts as a front shield for the ship.

The special power of the Melnorme Trader is a long-range confusion ray which scrambles the enemy vessel control systems, causing the enemy to tumble out of control. The effect lasts only a few seconds, so the Melnorme must follow-up the attack with a powerful blaster strike, or an additional whack with another confusion ray. Note that in order to penetrate an enemy ship's hardened control system, the Melnorme confusion weapon drains almost half of its maximum supply of energy.

**Chmmr Avatar –** The Chmmr Avatar may be the most powerful ship in space with a laser so dangerous that when fired, it ionizes the solar wind.



The laser strikes an enemy vessel's hull with twice the destructive force of the feared VUX laser. Orbiting around the Avatar are three ZapSats – sturdy satellites that automatically fire their own laser weapons at incoming ships and   missiles.



The Chmmr Avatar's special power is a tractor beam which generates a focused beam of artificial gravity, pulling in an enemy vessel like a fish on a line.  The effect of the tractor depends on the size and speed of the opposing ship.

The biggest threat to the Avatar is the Kohr-Ah Marauder's fiery gas ring which will instantly destroy any satellites it touches.

**Orz Nemesis –** This menacing manta craft was built for combat!  Atop the swift Nemesis is a rotating howitzer, which can pump out shells at a high rate of fire over medium range.  Unlike vessels whose weapons are fixed forward, the Nemesis captain can swivel his gun fore, aft, port, starboard, or anywhere in-between.  To swivel the gun, the player must hold down the **Special** key and then press the **Rotate** keys.

This ship's most exciting feature is its Space Marines!  Encased in vacuum-fitted exo-skeletons, these relentless soldiers use their jet packs to chase down enemy ships, and then burn entry holes through their hulls.  When launched (by pressing the Special key and the Fire key



simultaneously), each departing Marine decreases the Nemesis' crew by one. Once inside the enemy ship, the Space Marines employ basic search-and-destroy tactics, wreaking havoc on the soft targets within. When an enemy ship is destroyed, any Marines onboard will jet out of the exploding hulk, and return to the Nemesis for more fuel and ammunition. Opponents would be wise to remember that Space Marines receive special training in using the Leyland Whip maneuver, and are exceptionally adept using a planet's gravity to speed them toward their target.

**Druuge Mauler –** This ship is perfect for sharp-shooters since its only weapon is a high-velocity, very long-range cannon. When fired, the recoil of the massive discharge will send the Mauler sailing backwards. Should the heavy projectile strike its target, the enemy vessel gets a similar shove. The experienced Druuge commander can use this recoil effect as a super-thruster. The  Druuge Mauler has pitifully slow energy regeneration and when unable to shoot the ship is a sitting duck. To compensate for this weakness, the Druuge has a matter-to-energy converter that transforms crew members into instant bursts of power. Each time the special power is activated, one crew will be "tossed into the furnace."

**Zoq-Fot-Pik Stinger –** The Zoq-Fot-Pik Stinger is a flimsy ship whose main weapon is a spray of minute anti-matter particles which annihilate a tiny portion of the enemy ship's hull, releasing colossal amounts of heat and light.

The Zoq-Fot-Pik's special power is a point-



blank range attack.  Should the Stinger maneuver adjacent to an enemy vessel, it can quickly extend a rigid, alloy tube from the front of the ship, similar to an insect's proboscis.  If the tube strikes the enemy ship's exterior, it bores a tiny hole through the hull metal and injects a high-pressure stream of hot plasma into the interior of the vessel.

**Slylandro Probe –** The Slylandro Probe tumbles through space devouring asteroids and zapping anything it can catch with massive electrical discharges.  Like a shark, the Probe must continually move, constantly twisting its invisible magnetic scoops to scavenge interstellar hydrogen for its internal fusion generator.  While the player cannot cause the Probe to stop, the rotational controls will cause a change in its trajectory, and the thrust control will make the Probe reverse direction instantly.  Gravity has no effect on this vessel; however, impacting the planet will be severely damaging.

The Probe's best combat strategy is to first energize its lightning batteries by moving close to an asteroid and use its special power to pulverize the rock and absorb it as energy.  Then the Probe must move toward its opponent, dodging all incoming missiles.  When it has gotten close enough for the screen to zoom it to the most magnified view, the Probe should unleash its auto-fire lightning until its batteries are exhausted, all the while maneuvering to stay behind its opponent.



# *APPENDIX VI : FLAGSHIP MODULES*

The Multi-Function Modules initially available at the Starbase are:

### Planetary Lander Maximum: 10
This Module is actually a separate vehicle which you can launch from your flagship and send down to a planet surface.  Although a planet lander appears to have been built to carry a crew of 2 Precursors, 12 human crew members can fit inside.  You may wish to carry more than one lander, since you may lose a lander due to hostile conditions on alien planet surfaces.

### Thruster    Maximum: 11
Thrusters lock into place on your warp outrigger units, increasing your acceleration and maximum velocity and making travel through space less time-consuming.  Fuel cost for HyperSpace travel remains constant, regardless of how many thrusters you have on board your vessel.

### Turning Jets      Maximum: 8
Turning Jets also fit in your outrigger units, but their function is to let your flag-ship turn more rapidly.  Turning Jets are most important for rapid maneuvering in combat.

### Crew Pod    Maximum: 16
These modules provide living quarters and life-support for up to 50 additional crew members.  When you purchase a Crew Pod, it will be empty.  To fill it with new crew, visit the SHIPYARDS in the Earth Starbase.

### Cargo Bay  Maximum: 16
Cargo Bays hold up to 500 units of minerals or other cargo each.  To see how much available cargo space your flagship possesses, use the CARGO command in the MANIFEST command menu.  To remove a Cargo Bay, it must first be emptied, typically by visiting the Starbase Commander.


## Fuel Tank    Maximum: 16

Each Fuel Tank Module holds 50 units of fuel which is enough to take your flagship halfway across known space.  Of course, if you are making a lot of planet landings, or are employing a powerful device, you may wish to increase your fuel capacity with more Tanks.  Fuel Tanks are purchased empty, but can be filled from the Earth Starbase OUTFIT menu.  You cannot remove a fuel tank module unless it is empty.

## Dynamo    Maximum: 16

Dynamos are finely engineered pieces of equipment whose function is to supply raw energy to your weapons systems by augmenting your normal combat batteries.  A classic mistake in ship configuration is to load down a vessel with multiple weapons, but not include an appropriate number of Dynamos.  The result is a ship whose firing rate is atrocious.

## Ion-Gun Racks    Maximum: 3 each

Ion-Gun Racks are poly-channel combat units which concentrate the raw energy of your ship's batteries and Dynamos into a focused destructive projectile.  Depending on the exact placement of an Ion-Gun Rack or other weapon module, the ship will fire in one or more directions simultaneously. The most weapons you can have on your ship is four.  The module slots in which you can put a weapon are marked in blue.

| WEAPON POSITION | FIRING EFFECT |
| --- | --- |
| First (right most) slot | Fires Forward |
| Second slot | Fires a spread |
| Third slot | Fires to both sides |
| Last (left most) slot | Fires backwards |

It is recommended that you balance the number of Ion-Gun Racks on your



vessel with 1/3 to 1/2 as many Dynamo Modules to provide your ship with an adequate rate of fire in combat.

## Other Modules    Maximum: Unknown

New types of Modules will become available at the Earth Starbase as the game progresses.  The function and cost of such Modules will be explained as they are made available.



## Game Credits

| | |
|---|---|
| Programming | Fred Ford |
| Game Design and Fiction | Paul Reiche III |
| Additional Design | Greg Johnson, Fred Ford, Robert Leyland and Greg Hammond |
| Art | George Barr, Paul Reiche III, Erol Otus, Kyle Balda, Greg Johnson, and Armand Cabrera |
| Sound Effects | Paul Reiche III, Erol Otus, Fred Ford |
| Music | Riku Nuottajarvi, Dan Nicholson, Marc Brown, Aaron Grier, Eric Berge, Kevin Palivec, Erol Otus and Tommy Dunbar |
| Producer | Pam Levins |
| Assistant Producer | Robert Daly |
| Testing | Tomi Quintana and Joel Dinolt |
| Manual | Paula Polley, Paul Reiche III and Dick Moran |
| Manual Illustrations | Jeff Rianda and George Barr |
| Online Manual Adaptation | W.D. Robinson |
| Manual Updates | Harvey Bush, David Foster, Daniel Grove, Josh Huynh, Ray Massa, W.D. Robinson, Bobby Tait |



## LICENSE AGREEMENT AND LEGAL MUMBO JUMBO

This computer software product (the "Software") and the user manual are provided to the Customer under license from Accolade, Inc., and are subject to the following terms and conditions, to which the Customer agrees by opening the package of the Software and user manual and/or using the Software. Granting of this license does not transfer any right, title or interest in the Software or the user manual to the Customer except as expressly set forth in this License Agreement.

**Star Control II** is a trademark of Accolade, Inc. Portions © 1992 Paul Reiche III & Fred Ford. Game © 1992 by Accolade, Inc. All rights are reserved. Neither the Software nor the user manual may be duplicated or copied for any reason. The customer may not transfer or resell the Software or user manual.

The remedies provided above are the Customer's sole and exclusive remedies. In no event shall Accolade, Inc. be liable for any direct, indirect, special, incidental or consequential damages with respect to the Software or the user manual. Except as provided above, Accolade, Inc. makes no warranties, eitehr express or implied, with respect to the Software or the user manual, and expressly disclaims all implied warranties, including, without limitation, the warranty of merchantability and of fitness for a particular purpose.

All other trademarks and registered trademarks are properties of their respective owners.



# Table of Contents

[click on the page you want to go to]

| 3 | STAR CONTROL UNIVERSE TIMELINE |
|---|---|
| 5 | CAPTAIN'S MISSION BRIEFING |
| 7 | INSTALLATION AND CONFIGURATION |
| 8 | SETTING UP SOUND |
| 8 | RUNNING THE GAME |
| 9 | VIEWING THE ONLINE MANUAL |
| II | USING STAR CONTROL 3 |
| I2 | TITLE SCREEN |
| I2 | HYPER MELEE |
| I2 | HYPER MELEE CONFIGURATION SCREEN |
| I3 | FLEET SETUP SCREEN |
| I4 | IN MELEE |
| I5 | ADVENTURE GAME |
| I6 | QUADRANT SCREEN |
| I7 | SYSTEM SCREEN |
| I8 | ORBIT SCREEN |
| 20 | COLONY SCREEN |
| 2I | TYPES OF FACILITIES |
| 22 | ICONS |
| 22 | CONTROL SCREEN |
| 23 | DIALOGUE SCREEN |
| 24 | RACE SECTION |
| 29 | SHIP DATA |
| 39 | HAVING FUN PLAYING STAR CONTROL 3 |
| 40 | CREDITS |

2115  Humans meet the their first alien race, the Chenjesu.

2116-2134   Humans join the Chenjesu and many other races in the Alliance of Free Stars to battle the Ur-Quan Kzer-Za and their Hierarchy of Battle Thralls. There were many great battles among the stars. (1)

2134  Humans find the Precursor factory in a cave on Vela 2. The planet is cut off from Earth by the advance of the Hierarchy.

2135-2143   Humans on Vela 2 rename it Unzervalt and build a colony. The Captain is born on Unzervalt. Unknown to the colonists on Unzervalt, Earth falls to the Ur-Quan Hierarchy.

2144-2155   Colonists discover that the young Captain is the only person who can interface with Precursor computers. The Captain activates the Precursor factory and it builds the first Precursor vessel. The Alliance forces fall to the Hierarchy.

2155  The Captain flies the Precursor vessel to Earth and discovers that is has been conquered and put under a Slave Shield by the Hierarchy.

2156-2158   The Captain uses the Precursor vessel to regain contact with  friendly alien allies, establish the New Alliance of Free Stars, and battle the forces of the Hierarchy. (2)

2158  The Captain sacrifices the Precursor vessel to destroy the ancient battle platform called Sa-Matra and defeat the Hierarchy. During the destruction, the Captain has vision of a potential future where all sentient life in the galaxy dies screaming. The images are so horrible, the Captain's mind shuts them out. The Captain retreats from public life.

2159-2166   Earth mothballs much of its fleet and builds the giant battleship Galacticus using many Precursor technologies. After the war there are incidents among the various races, including a little publicized skirmish over Unzervalt. (3)

2166  After the skirmish at Unzervalt, the Captain returns to public life, leading a mission to study the Precursor remains on Unzervalt.

2167-2170   Skirmishes among the races continues. The New Alliance of Free Stars weakens.

2170  Inter-dimensional fatigue causes Hyper Space travel to collapse. All transportation between the stars ceases. Many Precursor technologies (Shiva Furnaces, Hellbore Cannons, etc.) stop functioning. The Galacticus is lost and presumed destroyed. The Captain regains the memory of the vision. Study shows the vision occurs near the galactic core in the unexplored Kessari Quadrant.

2171-2177   The Captain uses the Precursor artifacts on Unzervalt to build a Warp Bubble Transport system that can travel between the stars without using Hyper Space. The Captain builds a new Precursor colony vessel to carry the Warp Bubble Transport system. Without Hyper Space travel, the New Alliance collapses.

2177  The Captain contacts the League races and informs them of the potential destruction of all sentient life. The Captain is sure it is connected to the collapse of Hyper Space and wants all races — Alliance, neutral, and ex-Hierarchy — to join into a League of Sentient Races to investigate. The Captain offers to command a mission to "follow the arrow of the Rainbow Worlds toward the Kessari Quadrant at the center of the galaxy. There we can halt the interdimensional fatigue, restore Hyper Space, and prevent the destruction of all sentient life." As the Captain is the only one with a ship that can move between the stars, the League forms to support the mission.

2178  The Captain uses the Warp Bubble Transport system in a one-time supercharged mode to "thrust" each colonization group from the League's home quadrant to the Kessari Quadrant. Because of the instability of the supercharged mode, no one can know which colony group will end up at which star. Because of the great distances involved, the mission will be cut off from communications with the home quadrant. The exploration and colonization mission to the Kessari Quadrant begins. (4)

<u>Endnotes:</u>
1        The time covered in the Star Control™game.
2        The time covered in the Star Control II™game.
3        The time covered in the Star Control: Interbellum novel.
4        The time covered in the Star Control 3™ game.

The preceding text was excerpted with permission from Encyclopedia StarCon ©2178, HeroBooks Publishing, Inc. Information in this document is  subject to change without notice.

**Page 4**

**Star Control 3**™

SFC-TM-1055
Mission Sequence 377
Directive: Brigade Commander Vladimir Or-Kochav

# PRIORITY ALPHA ONE, CAPTAIN'S MISSION BRIEFING LEAGUE OF SENTIENT RACES EXPLORATION AND COLONIZATION MISSION TO THE KESSARI QUADRANT

While knowledge of the Captain's mission is wide-spread, the mission objectives have not yet been divulged to the general public. The Captain may not discuss any component of this document with outside sources. Acceptance of this mission implies compliance with Star Control authority. If the Captain fails to  conform to the strictures of this mission guideline, he agrees to return to the home quadrant, relinquish control of his Colony ship, and accept punishment as specified in Star Control disciplinary guidelines.

**COMMAND AUTHORITY:** You are in command of the exploration and colonization mission from the League of Sentient Races to the unexplored Kessari Quadrant. All League ships, colonies, and resources are under your control.

**BACKGROUND:** Utilizing the Precursor Warp Bubble Transport system in a one-time, supercharged mode, colonization groups from 11 League races were "thrust" from the League's home quadrant to the Kessari Quadrant near the galactic core.

**RESOURCES:** You have a single Precursor colony vessel with a Warp Bubble Transport system. This is the only League ship that can travel between the stars. The colony vessel can transport a fleet of up to 25 ships between the stars. If this ship is destroyed, your mission has failed.

Your Precursor vessel is equipped with an Interconferencing and Monitoring system known as ICOM. This system will monitor and transmit all important League intelligence and can assist you in planning League operations. Consult ICOM frequently.

Each of the League races has a colony group with a small number of ships already in the Kessari Quadrant. Your colony vessel carries Colony Landing Pods that can create additional colonies or dig sites for excavating Precursor artifacts.

Your Tech Teams will continuously take sensor readings and collect unusual objects, both in space and on the ground. Tech Teams will analyze what they find and report when they have significant findings.

Because of the great distances involved, there can be no communications between your mission and the home quadrant. Due to interference from Inter-Dimensional Fatigue, your star map may be incomplete.

The Kessari Quadrant will certainly contain new alien races that may help or hinder your mission.

**PRIMARY MISSION GOALS:**

• Find the cause of Inter-Dimensional Fatigue, and reverse it to restore Hyper Space travel.

• Make sure the vision where "all sentient life in the galaxy dies screaming" does not come to pass.

**SECONDARY GOALS:**
• Explore the Kessari Quadrant.
• Colonize worlds in the Kessari Quadrant to maximize each race's productivity.
• Contact new alien races and expand the League of Sentient Races.
• Find ancient Precursor technological artifacts.
• Research these artifacts and utilize their technology.

**FIRST STEP:** Find and contact the colonies of all the League Races in the Kessari Quadrant: Chmmr, Human, Mycon, Orz, Pkunk, Spathi, Supox, Syreen,  Ur-Quan, Utwig, Vux

**OVERSIGHT:** Your decisions will be subject to review by the members of the League Steering Council and the League Ethics Council. If your actions violate League rules, these Councils may give you warnings, or in severe cases, render judgments against you.

**LEAGUE RULES:** The Primary League Rules are:
    Sentients should never attack other sentients without cause.
    No sentient should enslave another sentient.

You may have been the hero of the last war, but I think you are in over your head this time. You're on your own, so talk to everyone and explore every  possibility. Good luck. We're all pulling for you.     —Vlad

**Page 6**

**Star Control 3**

# Installation and Configuration

## GETTING STARTED
For the most up-to-date information on installation and configuration of Star Control 3, please consult the README.TXT file in the root directory of the CD.

## INSTALLING THE GAME
Star Control 3 comes with its own installation program that must be run before you can play the game or read the on-line manuals. The most common configuration for machines at the time of this document is one or two floppy  drives, a single hard drive, and a single CD-ROM drive, so that a reference to:

**A:** refers to the floppy drive that will boot your machine if a system disk is present  in the drive when the machine is turned on
**C:** refers to your hard drive
**D:** refers to your CD-ROM drive

If the drive specifications are different on your machine, then use the appropriate equivalent drive as necessary. If you are reading this thirty years in the future, and drive devices have been replaced by magneto-neural interfaces, then we cannot help you.

## From DOS:
Insert the Star Control 3 CD into the CD-ROM tray and change drive designations to access the CD-ROM drive.  Example: D:\ <Enter>

Type:

GO <Enter>

From the Star Control 3 Menu Screen, use your mouse to left-click on the "Install" button.

Follow the on-screen instructions.

## From Windows 95:
Once Windows 95 has loaded, and is operating normally, insert the Star Control 3 CD into your CD-ROM drive. Give the CD a few seconds to read, then the Star Control 3 Menu Screen should load automatically.

If the Star Control 3 Menu Screen does not load automatically, click on the START icon from the Windows 95 desktop and select 'Run' from the START menu.
Next, type:

D:\GO <Enter>

(where D: is your CD-ROM drive).

Use the mouse to left-click on the "Install" icon.

Follow the on-screen instructions.

# Setting Up Sound

After the game is installed, choose QUIT from the Installer and SETSOUND will run automatically. Use SETSOUND to install the correct sound and music drivers for your system.

Using the arrow keys, move the highlight over the "Select and configure MIDI music driver" option, then press <Enter>.

Using the arrow keys, move the highlight over the correct sound driver for your sound card, then press <Enter>.

Using the arrow keys, move the highlight over the "Attempt to configure sound driver automatically" option, then press <Enter>.

If the sound driver does not configure automatically, you will have to return to this screen and choose the "Skip auto-detection and configure sound driver  manually" option.

Once you have returned to the main SETSOUND screen, using the arrow keys, move the highlight over the "Select and configure digital audio driver" option, then press <Enter>.

Using the arrow keys, move the highlight over the correct sound driver for your sound card, then press <Enter>.

Using the arrow keys, move the highlight over the "Attempt to configure sound driver automatically" option, then press <Enter>.

If the sound driver does not configure automatically, you will have to return to this screen and choose the "Skip auto-detection and configure sound driver  manually" option.

When you are done and have returned to the main SETSOUND screen, using the arrow keys, move the highlight over the "Done" option, then press <Enter>.

If you wish to change these options in the future, go to the DOS prompt and type:

C:\PROGRAMF\ACCOLADE\STARCON3\SETSOUND <Enter>

(assuming you installed Star Control to the default directory)

# Running the Game

**From DOS:**
Insert the Star Control 3 CD into the CD-ROM tray and change drive designations to access the hard drive.  Example: C:\ <Enter>

Type:

CD PROGRAMF\ACCOLADE\STARCON3

Page 8

Star Control 3™

(assuming you installed Star Control to the default directory)

Type:

GO <Enter>

Next, use your mouse to left-click on the RUN button.

**From Windows 95:**
Once Windows 95 has loaded, and is operating normally, insert the Star Control 3 CD into your CD-ROM drive. Give the CD a few seconds to read, then the Star Control 3 Menu Screen should load automatically.

Use the mouse to left-click on the "Run" button.

If the Star Control 3 Menu Screen does not load automatically, click on the START icon from the Windows 95 desktop and select 'Run' from the START menu.

Next, type:

C:\PROGRAMF\ACCOLADE\STARCON3\SC3 <Enter>
(assuming you installed Star Control 3 to the default directory, and where C: is your hard drive).

# Viewing the OnLine Manual

**From DOS:**
Insert the Star Control 3 CD into the CD-ROM tray and change drive designations to access the CD-ROM drive.  Example: D:\ <Enter>

Type:

GO <Enter>

Use the mouse to left-click on the "Install Manuals" button.

Follow the on-screen instruction to install ACRODOS.

To access manual files from ACRODOS, go to the directory where ACRODOS was installed on your hard drive (Example: C:\ <Enter>, CD ACRODOS <Enter>).

Then type:

ACROBAT <Enter>.

Next, select 'Open' from the file menu at the top of the screen.

Change drive selection from the hard drive, to the CD-ROM drive (Example D:\ <Enter>) and select the 'MANUAL' (Example CD \MANUAL <Enter>) directory from the CD-ROM drive.

From the MANUAL directory, click on the STARCON3.PDF manual

For technical support assistance regarding the ACRODOS reader, refer to the README.TXT file included in the root directory on the CD-ROM.

**From Windows 95:**
Once Windows 95 has loaded, and is operating normally, insert the Star Control 3 CD into your CD-ROM drive. Give the CD a few seconds to read, then the Star Control 3 Menu Screen should load automatically.

If the Star Control 3 Menu Screen does not load automatically, click on the START icon from the Windows 95 desktop and select 'Run' from the START menu. Next, type:

D:\GO <Enter>

(where D: is your CD-ROM drive).

Use the mouse to left-click on the "Install Manuals" button.

Follow the on-screen instructions.

In order to read the manual files once the Adobe Acrobat Reader is fully installed on your system, click on the START icon from the Windows 95 desktop.

Click on the PROGRAMS icon in the START menu.

Click on the ADOBE ACROBAT icon in the PROGRAMS menu.

Click on the ADOBE ACROBAT READER 2.1 in the ADOBE ACROBAT menu.

Under "Drive", choose the drive on which the manuals are located
(Example: D: for most people's CD-ROM drives).

Under "Folders", choose the directory on which the manuals are located (Example: D:\MANUAL if the Star Control 3 CD is in the CD-ROM and your CD-ROM drive is drive D:).

Left-click and highlight STARCON3.PDF in the "File Name" window, then left-click the OK button.

Double click on 'Help' from Acrobat Reader to access technical support information for the Acrobat Reader.

Page 10

Star Control 3

# USING STAR CONTROL 3

Most choices in Star Control 3 are made with the mouse.

**ACTIVATE AN ITEM OR MAKE A CHOICE:** Put the mouse pointer over the item or icon and click the left mouse button. This is referred to as "Click the item".

**EXIT A FUNCTION OR CANCEL A CHOICE:** Click the right mouse button or press the Escape key. this is referred to as "Right Click the item".

**GET MORE INFORMATION ABOUT AN ITEM:** Hold the mouse pointer over the item or icon and don't click any buttons. After a moment, information will be displayed relating to the item or icon. This is referred to as "Scanning the item".

**ADJUST A SLIDER:** Put the mouse pointer over the slider, press and hold the left mouse button and move the pointer to reposition the slider. Release the left mouse button. Sliders are used when the user has a range of options, and are often accompanied by a numerical read out of the value controlled by the slider. This is referred to a "Adjust the Slider".

**USE THE KEYBOARD:** The keyboard can only be used to make certain choices. The Escape key cancels or interrupts an action. While saving, loading, or exiting the game, the keyboard is used to confirm your choice (Press Y for yes and N for no.) In Hyper Melee, the keyboard may be used to control star ships in arcade space combat or to configure the user's view of the battle. You can get help using the game by pressing F1. You can save or load the adventure game from most screens by pressing F2 or F3 respectively. You can access ICOM for clues from most screens within the adventure game by pressing F5. See the Control Screen for details on Saving and Loading games.

The icons on the right side of the screen control most functions in the game.

**GET HELP:** Press F1 on most game screens to get a walk-through of the actions that can be performed from that screen.

**GET A CLUE DURING THE ADVENTURE GAME:** Press F5 on most adventure game screens to speak with ICOM, your colony ship's onboard computer. ICOM synthesizes all the information gained during your mission and can suggest likely courses of action.

The following pages describe the actions you can perform.

Page II

Star Control 3™

**START HYPER MELEE:** Click the Hyper Melee icon to go to the Hyper Melee Configuration Screen. Hyper Melee is fast action arcade starship combat. Each player chooses a fleet from among 25 wildly different starships. In battle, each player chooses a ship from his fleet and faces off in a series of one-on-one combats, until only one fleet remains.

**START ADVENTURE GAME:** Click the Start New Game icon to view opening video and play Adventure Game.The Adventure Game puts the player in command of the League of Sentient Races' exploration and colonization mission to the Kessari Quadrant. There, the player engages in exploration, negotiation, and arcade space combat to decide the fate of all sentient life in the galaxy.

**LOAD SAVED ADVENTURE GAME:** Click the Load A Game icon. This option lists the description of all saved games. If there are more saved files than will fit on one screen, move the pointer to the top or bottom of the screen to scroll the list. Click on a saved game to load it. Confirm the load by typing Y for yes or exit by pressing N for no. You can load a game from many game screens by pressing F3.

**VIEW CREDITS:** Click the Credits icon.

**QUIT GAME:** Click the Quit icon to exit the game to the operating system.

# Hyper Melee
# HYPER MELEE CONFIGURATION SCREEN

**SETUP PLAYER 1:** Use top 5 icons.

**SETUP PLAYER 2:** Use second 5 icons.

**START A BATTLE:** Once all human players have picked a fleet, click the Fight icon and go to the Fleet Selection Screen.

**RETURN TO TITLE SCREEN:** Click the Quit icon.

**SETUP PLAYER OPTIONS:**

**SET HUMAN/COMPUTER PLAYER CONTROL:** Click the first of five icons.

**CHOOSE YOUR FLEET:** Click the fifth of five icons and use the Setup Fleet Screen.

If you choose Human Control:

**KEYBOARD CONTROL:** Click the Keyboard icon (second of five icons).

**SETUP KEYBOARD:** Click the highlighted Keyboard icon. Follow on-screen instructions. Press keys for: Rotate Left, Rotate Right, Thrust, Fire, and Special Ability/Secondary Weapon

Click OK to accept the new keys or RESET to accept the default key definitions. Choose carefully to avoid assigning multiple functions, or functions from both players, to the same key.

**JOYSTICK CONTROL:** Click the Joystick icon (third of five icons).

**CALIBRATE JOYSTICK:** Click the highlighted Joystick icon. Follow on-screen instructions.

**MOUSE CONTROL:** Click the Mouse icon (fourth of five icons).

**SETUP MOUSE:** Click the highlighted Mouse icon. Follow on-screen instructions. Click the Relative or Absolute controls for Thrust and Rotation. Click OK.

If you choose Computer Control:

**SET STANDARD COMPUTER PLAYER:** Click the second of five icons

**SET GOOD COMPUTER PLAYER:** Click the third of five icons.

**SET AWESOME COMPUTER PLAYER:** Click the fourth of five icons.

Remote Play: Please see README.TXT in the root directory of the CD-ROM for full information on playing Hyper Melee remotely.

# FLEET SETUP SCREEN

**DECIDE HOW LARGE A BATTLE WILL BE:** Human players mutually decide how many points of ships to choose. Each player should watch the Fleet Point Totals to stay within those limits.

These limits are maintained by the honor system so players can easily handicap one player against another. If players are evenly matched, give each player the same number of points. If one player is much better than another, give the opponent an extra 100 points in ships to balance out the battle.

If a single human player chooses a fleet and begins a battle, the computer player automatically picks a fleet of approximately the same size.

**CHOOSE SHIPS:** Click on the ship icon in the Ship List. Place the pointer over the up and down arrows to scroll the list and reveal all 25 ships. Choose ships until you have reached your mutually decided upon point limit.

**REJECT SHIPS:** Click on the ship picture in the Fleet Window.

**COMPARE FLEET STRENGTH:** Compare the point total for Player 1's fleet with the point total for Player 2's fleet.

**SAVE FLEET:** Click the Save A Fleet icon. This option lists the description of all saved fleets.

Click on [New Save File], type a description, and press ENTER to create a new saved fleet. Click on an old saved fleet, type a description, and press ENTER to replace it with the current fleet. If there are more saved fleets than will fit on one screen, move the pointer to the top or bottom of the screen to scroll the list.

**LOAD FLEET:** Click the Load A Fleet icon. This option lists the description of all saved fleets. If there are more saved fleets than will fit on one screen, move the pointer to the top or bottom of the screen to scroll the list. Click on a saved fleet to load it.

**REJECT WHOLE FLEET:** Click the Reset Fleet icon.

**RETURN TO HYPER MELEE SETUP SCREEN:** Click the Done icon.

# FLEET SELECTION SCREEN

Once a battle begins, each player chooses a ship from his fleet and faces off in a series of on-on-one combats until only one fleet remains.

**CHOOSE A SHIP:** Click on a ship picture in the Fleet Window on the left side of the screen. The opponent in the next battle, if known, is shown as an icon on the right side of the screen.

**RECONFIGURE:** Click the Exit icon to go to the Hyper Melee Configuration Screen

# IN MELEE

In Hyper Melee, the controls are as simple as possible, just turning, thrusting, and firing. But finding the right strategy for each of the 25 ships with their wildly varying weapons and abilities, is a blast.

| Default Controls: | Left | Thrust | Right | Primary Wpn | Secondary Wpn/ Special Ability |
|---|---|---|---|---|---|
| Player One | L arrow | U arrow | R arrow | CTRL | ALT |
| Player Two | C | V | B | X | Z |

Player 1's race, crew, ship, and hits are displayed on the top left of the screen.

Player 2's race, crew, ship, and hits are displayed on the top right of the screen.

The following keyboard commands are available in Hyper Melee:

**RECONFIGURE:** Press the ESCAPE key to go to the Hyper Melee Setup Screen

**NORMAL SPEED/LIGHTNING MODE:** Press F4 to toggle between playing at normal speed or in hyper-fast lightning mode.

**Page 14**

**Star Control 3**™

**ISOMETRIC VIEW / OVERHEAD VIEW:** Press F5 to switch views.

**ISOMETRIC VIEW STAR PLANE: ON / OFF:** Press the F6 key to toggle the star plane in isometric view.

**OVERHEAD VIEW SCROLLING: CONTINUOUS / JUMP:** Press the F7 key to toggle scrolling in the overhead view.

**ZOOMED VIEW / COMPLETE VIEW:** Press the F8 key to toggle the zoom level.

**ORDER AGGRESSIVE COMPUTER ATTACK:** Press the F9 key to make the computer-controlled ships attack aggressively for a short time. Use this to break up long fights where the computer-controlled ships are acting too defensively.

# Adventure Game

At the start of a new Adventure game, the opening video is shown. Press ESC or Right Click to completely bypass this or any video in the game. Some videos have many sections. Click to bypass the current section of video.

**COMMON CONTROLS**
The following controls are available are in the lower right hand corner of the icon bar on all major game screens. The game clock is shown in the lower left hand corner of the screen.

**GO TO QUADRANT SCREEN:** Click the Quadrant icon.

**GO TO SYSTEM SCREEN:** Click the System icon.

**GO TO ORBIT SCREEN:** Click the Orbit icon.

**GO TO COLONY SCREEN:** Click the Colony icon.

**GO TO CONTROL SCREEN:** Click the Control icon.

**ADJUST GAME SPEED:** Click on the clock to reveal a slider that sets the speed that time passes in the game. When the slider is to the left time passes slowly, to the right time passes swiftly. Adjust the slider to the desired rate. Click anywhere outside the slider to re-engage the clock.

Quadrant Activity Checklist:
Click on the star map to see which stars you can travel to
Don't make one way trips (in red) to stars that don't have fuel depots
Click on a green star to warp there. —Vlad

# QUADRANT SCREEN

This screen shows a large 3D star map on the left side, a column of icons on the right side, and a game clock in the lower right hand corner. The Quadrant screen shows all the stars in the Kessari Quadrant.

**ROTATE STAR MAP ON / OFF:** Click the Rotate icon.

**SET STAR MAP ORIENTATION:** Click the Orientation meter below Rotate icon.

**VIEW STARS BY NAME: / BY LABEL:** Click the Name icon to toggle between star names and star labels. Star labels describe the stars based on the game information the user has discovered there. Explored stars are displayed as "+" and unexplored stars are displayed as a dot.

**VIEW SELECTED STAR NAMES:** Type star's name one letter at a time to filter the star names displayed on the star map. Backspace to erase the letters in the filter. For example, type HEL and only Helios is displayed. Backspace once and Helios, Hecaton, and Hestia are displayed. Backspace three times and all star name are displayed.

**VIEW ALL STAR NAMES:** Backspace until all the letters are erased from the name filter. Click the Display icons until they are all grayed out. Click the Name icon until all star names are displayed.

**NAVIGATE TO ANOTHER STAR:** Click within the star map to enter Navigation Mode, move the cursor to select your destination, click to warp there. Right click to exit Navigation Mode.

**CHECK FUEL RANGE:** In Navigation Mode, Green stars indicate you have enough fuel to go there and return. Red indicates you can make a one-way trip. Purple indicates a star is out of range. Because the map is three dimensional, some stars inside the green circle are coded red or purple and some stars inside the red circle are coded purple. Note the color of the line that connects to your destination  to confirm how much fuel the trip will require.

**DISPLAY ICON CONTROLS**
These displays may be mixed and matched to view the information necessary at any time. Objects on the star map are coded with a colored square: green = friendly, blue = neutral, red = enemy.

**VIEW KNOWN COLONIES:** Click the Colony icon to toggle Colonies on / off.

**VIEW KNOWN ARTIFACTS:** Click the Artifacts icon to toggle Artifacts on / off.

**VIEW KNOWN SHIPS:** Click the Ships icon to toggle Ships on / off.

**VIEW KNOWN FUEL SOURCES:** Click the Fuel icon to toggle Fuel Sources  on / off.

Scan each planet to look for colonies or anomalies (text in yellow)
Go to friendly colonies and pick up fuel. At the colony:
Ask questions of the owners.
Add new ships to your fleet. Leave some ships behind to defend the colony.
Check out the colony from the Orbit and Colony Screens.
Go to enemy fleets or colonies and deal with the aliens.
Go to planets with anomalies, deal with any aliens, and dig up artifacts.

—Vlad

# SYSTEM SCREEN

This screen shows the star system containing the user's colony fleet. The System Screen is divided into 3 windows and the icon bar containing the common controls on the right side.

The System Window at the top of the screen shows a stylized view of the star and all planets and moons in the system. The system name is listed in the upper right corner of this window. Important planets will be labeled on this display.

The System Radar in the lower left window displays an over view of all planets and fleets in the system. These are color coded by alignment: green = friendly, blue = neutral, and red = enemy. The active fleet is highlighted in yellow.

The Fleet Display in the lower right hand window shows all the ships in the active fleet, along with the crew carried by each ship.

**GET SENSOR INFORMATION:** Scan a planet or moon in the System Window to get basic sensor information. Colonies, dig sites, and sensor anomalies representing potential dig sites are displayed in yellow.

**MOVE COLONY FLEET:** Click on a planet or moon to move the colony fleet there. When the colony fleet is in orbit about a planet, that planet rotates. Click on rotating quasi-space portals to travel through them.

**SELECT AN ACTIVE FLEET:** The active fleet is displayed in yellow. The colony fleet is active by default. Right click in the System Radar to de-activate all fleets. When no fleet is active, click on any green fleet to activate it.

**MOVE THE ACTIVE FLEET:** Click on a planet or fleet in the system radar to move the active fleet there.

**JOIN TWO FLEETS:** If you move one fleet to another fleet, the fleets join. The maximum size of a fleet is 25 ships. If the combined fleet would be bigger than 25 ships, some ships join and the rest form a separate fleet.

**MOVE SOME SHIPS IN THE ACTIVE FLEET:** Click on ships in the Fleet Window to highlight them. Click on a planet or fleet in the System Radar to move the highlighted ships there. If no ships are highlighted, the entire fleet moves there. Right click to un-highlight all ships. Click and drag the mouse pointer over the System Radar to highlight many ships at once. Click on a highlighted ship to un-highlight it.

*Orbit Activities – continued*

> At friendly colonies, transfer some crew and Resource Units to your ship
>> so you can make more colonies
> If there's an anomaly, make a dig site and unearth an artifact
> If there's nothing on the surface and the planet has lots of resources,
>> scan the surface and see which races would make good colonists.
>> If one of those races is onboard, make a new colony with
>>> that race.                    —Vlad

## ORBIT SCREEN

This screen shows the items, crew, and ships that are with the colony fleet and a sensor scan of the planet the fleet is orbiting. The Orbit Screen is divided into 4 windows and the icon bar with the common controls on the right side.

The Inventory Window at the top of the screen is divided into 3 areas. The first three icons on the top row display the amount of Resource Units, Fuel, and Colony Pods carried by the Colony Ship.

The rest of the icons in the top row are the objects the Colony Ship is carrying, including ICOM, the all purpose advisor. If the Colony Ship is carrying more than 14 objects, then a slider below the objects is displayed. Adjust the slider to display the desired objects.

The second row of icons in the Inventory Window displays the various races of alien colonists that the Colony Ship can carry. The number of crew carried is shown below each icon.

The Ship Window, below the Inventory Window, displays all the ships orbiting the planet. The Colony Ship is always the first icon in the top row. If the Colony Fleet is orbiting a colony with a Star Base, then an orbiting Star Base icon is displayed below the Colony Fleet.

Ships in the Ship Window are displayed with their current and maximum crew. Ships in the colony fleet have a small marker representing the colony ship in the upper right of their icon.

The Text Window, below the Ship Window, displays information about the objects in the inventory, messages from the Colony Ship's Tech Teams, sensor information, and other information as appropriate.

The Sensor Scan at the bottom left of the System Screen displays a color coded habitability scan of the planet the Colony Fleet is orbiting.

The surface of a planet may be empty, may have an anomaly, may have a dig site, or may have an active colony. If the Colony ship is carrying one or more Colony Pods and an appropriate number of crew, it can create dig sites and colonies.

Each planet may only have one colony, and each colony is controlled by one race. A colony will be populated by crew of that race, make that race's ships, and allow the Colony Fleet to communicate with members of that race.

Some planets have buried artifacts of scientific value. These register as anomalies on the sensor scan. The Colony Ship may send down a party to dig for artifacts at the site of anomaly.

**GET ADVICE FROM ICOM:** Click the ICOM inventory icon. Click Talk To and have a dialogue with ICOM.

**MANIPULATE AN INVENTORY OBJECT:** Click on an inventory item to get the options for that object. Click on the option you want to execute or right click to cancel all options.

**TRANSFER CREW:** Click on an alien icon to bring up the Crew Transfer Box. Adjust the sliders to transfer crew between the Colony Ship on the left side and the colony, dig site, and ships on the right side. Click outside the Crew Transfer Box to complete the transfer.

**TRANSFER RESOURCE UNITS:** Click on the Resource Units icon to bring up the Resource Units Transfer Box. Adjust the slider to transfer Resource Units between the Colony Ship on the left side and the colony on the right side. Click outside the Resource Units Transfer Box to complete the transfer.

**UPGRADE SHIPS:** Ships can be upgraded at a friendly star base if the user has found and researched the appropriate upgrade artifact and has 1000 Resource Units. Click on the Star base, then click on the ship to be upgraded. Upgraded ships can have increased maneuverability, energy, crew, or firepower.

**CHECK HABITABILITY:** Scan the mouse pointer over the sensor scan and note the colored bars below each alien race icon in the Inventory Window. The more bars displayed, the more productive that race's colony would be in that location. No bars is the least productive location. Five green bars is the most productive location.

**CREATE A COLONY:** The Colony Fleet may send down settlers to create a colony on an uninhabited world. Scan the mouse pointer over the sensor scan to find the best site for the new colony. Click on the site of the colony. Click on the icon of the alien race who will populate the colony. From the Create Colony Box, adjust the sliders to transfer crew down to the new colony. Click outside the Create Colony Box to complete the transfer.

**CREATE A DIG SITE:** Click on the site of the anomaly to target the location of the dig site. Choose which alien race will crew the dig site. From the Create Dig site Box, adjust the sliders to transfer crew down to the dig site. Click outside the Create Dig Site Box to complete the transfer.

Completing the dig will take some time. A completion percentage is listed on the Dig site icon. The Colony Ship may wait in orbit, or continue exploring and return when the dig is completed.

When the dig is completed, the crew is transferred back to the ship along with all the objects they uncover. Those artifacts of immediate interest are transferred to the Inventory Window. The ship's Tech Team or ICOM may make a report on the new artifacts. Other objects of lesser immediate interest are not transferred to the Inventory Window. The Tech Team will report at a later time if they discover important information about these other objects.

Page 19

Star Control™ 3

Colony Activity Checklist:

> If you don't know what finished goods you need, don't worry about
> adjusting anything. By default, colonies grow on their own and
> will manufacture some of everything.
> If you know which finished goods you want most, set that slider to
> maximum.                                    —Vlad

# COLONY SCREEN

This screen shows the colony on the planet the Colony Fleet is orbiting. The screen shows the colony facilities in the window on the left side of the screen, the output of the colony in the top 6 icons on the right side of the screen, and the common controls in the bottom 5 icons on the right side of the screen. The three icons at the top left of the screen display the Colony Ship Inventory.

Colonies produce the materials the Colony Fleet needs to complete its mission in the Kessari Quadrant. A colony produces four kinds of finished goods: Crew, Resource Units, Ships, and Colony Pods.

The user can adjust the manpower priority assigned to each of the seven facilities in a colony. No matter how big the population of the colony, manpower and resources will be assigned according to the priorities set by the factory     sliders.
Manufacturing finished goods takes time. The colony will continue to produce finished goods according to the priorities set by the user. The Colony Fleet may wait in orbit, or continue exploring and return as finished goods are completed.

## COLONY FACILITIES

Colonies can be created on any planet or moon. For simplicity, we will refer to all colonies as being on planets. The productivity of a colony depends on where it is situated and how it is managed.

**ADJUST COLONY PRIORITIES:** Adjust the sliders controlling the manpower priorities of the facilities to control the productivity of the colony. Move the slider to the left to reduce the priority, move it to the right to increase the priority. The manpower assigned to each facility is displayed above and to the right of the slider.

If every facility could utilize an infinite amount of manpower, and the user assigned them all maximum priority, then all would have equal priority and get equal manpower. Also, if the user assigned them all minimum priority then all would have equal priority and get equal manpower.

However, if all facilities but one are set to minimum and that one set to maximum, the minimum would get zero manpower and the maximum would get all available manpower. Use the relative settings of the sliders to set the colony's priorities.

Each facility has a maximum manpower capacity. When a facility is just an empty foundation its capacity is zero. The user should still set the facility's priority so when it's completed
it will be assigned manpower. As a facility expands, its capacity increases. The total man-

power assigned to colony facilities is limited by the colony's population. The total manpower assigned to all facilities may be slightly less than the total population of the colony to reflect management and overhead.

# TYPES OF FACILITIES

**FUEL REFINERY:** This facility processes Ore Units into Interstellar Fuel for the Colony Fleet. Star ships do not require fuel to travel within a star system, but the range of the Colony Fleet's Warp Bubble interstellar drive is limited by fuel. All fuel at a friendly colony is automatically transferred to the Colony Fleet in orbit as soon as it is produced.

**REFINERY:** This facility processes Ore Units into Resource Units or RUs. Resource Units are a universal currency and are required to create facilities, ships, and colony pods. The Colony Fleet may take RUs from a friendly colony and transfer them to another colony, use them to upgrade ships, or give them to other races.

**MINES:** This facility digs up Ore Units from the planet or moon. The productivity of the mines is based on both the manpower assigned and the Resources of the planet. Find the Resource level by scanning the planet in the System Window of the System Screen. The more Resources a planet has, the faster ore will be produced. However, if a planet has zero resources, then ore will not be produced.

**FACTORY:** This facility processes Resource Units into new and expanded facilities. The factory will produce facilities first according to need. If the mines, refinery, or population is almost full, then these will be expanded first. If none of these facilities are close to capacity, then the facilities will be built and expanded according to their manpower priority. When all facilities in a colony have been built and fully expanded, the factory manpower capacity is reduced to zero.

**STAR BASE:** This facility processes Resource Units into new Star ships. Completed star ships are added to a fleet orbiting the planet.

**LANDING POD FACTORY:** This facility processes Resource Units into new Colony Pods. Each Colony Pod produced at a friendly colony is automatically transferred to the Colony Fleet in orbit as soon as it is produced.

**RESEARCH:** This facility discovers the secrets behind some of the unusual artifacts found in the Kessari Quadrant. To research an object, click on the object in the Inventory Window of the Orbit Screen and click on Research. Once the research is completed, click on the object again and click on Examine to discover its function.

No manpower is assigned to Research until there is an object to study. However, the user should set this slider so that when their is an object to study, the appropriate manpower will be assigned to complete the work swiftly.

**POPULATION:** This icon represents the race that controls the colony. The number lists the population of the colony. The bar beneath the icon displays how close the colony is to full capacity. As the population increases, the Factory will build new barracks to provide additional capacity.

**ORE UNITS:** This icon represents the Ore Units produced by the Mine. The number lists the number of Ore Units in storage. If the number is increasing, the colony is producing Ore Units faster than it is consuming them. The bar beneath the icon displays how close the colony is to full capacity. As the amount of ore in storage increases, the Factory will build new storage to provide additional capacity.

**RESOURCE UNITS:** This icon represents the Resource Units produced by the Refinery. The number lists the number of Resource Units in storage. If the number is increasing, the colony is producing Resource Units faster than it is consuming them. The bar beneath the icon displays how close the colony is to full capacity. As the amount of ore in storage increases, the Factory will build new storage to provide additional capacity.

**FACTORY PROGRESS:** This icon represents what the factory is building and its progress. The number and bar beneath the icon displays the progress toward completion of the facility.

**SHIP BUILT**: This icon represents what the star base is building and its progress. The number and bar beneath the icon displays the progress toward completion of the star ship.

**RESEARCH ARTIFACT:** This icon represents what artifact is being researched and its progress. The number and bar beneath the icon displays the progress toward completion of the research.

# CONTROL SCREEN

This screen shows the options for controlling the game.

**SAVE GAME:** Click the Save icon. This option lists the description of all saved games. Click on [New Save File], type a description, and press ENTER to create a new saved game. Click on an old saved file, type a description, and press ENTER to replace the old save with the current game. Confirm the replacement by pressing Y for yes or exit by pressing N for no. If there are more saved files than will fit on one screen, move the pointer to the top or bottom of the screen to scroll the list. You can save the game from many game screens by pressing F2.

**LOAD SAVED GAME:** Click the Load icon. This option lists the description of all saved games. If there are more saved files than will fit on one screen, move the pointer to the top or bottom of the screen to scroll the list. Click on a saved game to load it. Confirm the load by typing Y for yes or exit by pressing N for no. You can load a game from many game screens by pressing F3.

**CONFIGURE SOUND:** Click Configure.

**SET MUSIC VOLUME:** Click on the Music bar to set the music volume, full left equal music off.

**SET SOUND EFFECTS VOLUME:** Click on the Sound bar to set the sound effects volume, full left equal sound effects off.

**SET VOICE VOLUME:** Click on the Voice bar to set the voice volume, full left equal voice off.

**SET TEXT WITH VOICE ON / OFF:** Click on the option to switch the alien dialogue text on or off.

**EXIT CONFIGURATION WITH NEW SETTINGS:** Click OK to go to the Control Screen and accept the changes.

**EXIT CONFIGURATION WITH OLD SETTINGS:** Click Cancel to go to the Control Screen and ignore changes.

**RETURN TO ADVENTURE GAME:** Click the Continue Playing icon to go to the last game screen.

**QUIT ADVENTURE GAME:** Click the Quit icon to go to Title Screen. Confirm by pressing Y for yes or exit by pressing N for no.

# DIALOGUE SCREEN

Many times during the game, events will trigger a dialogue. The captain can talk to representatives of different races, his crew, or ICOM. The dialogue screen is divided in to a large view screen with the dialogue and responses displayed below. The ICOM screen displays the dialogue and responses at the top of the screen.

While someone is talking, click to advance to their next statement. When they are finished talking, the user is given a list of choices. Click on a choice to advance the dialogue.

Greyed-out responses are ones you've chosen previously. Choose a greyed-out response to review a previous answer or check for additional information on a return visit.

If you are playing with "Text With Voice" set to "Off" and "Voice" set to "On", then you will only see your choices, not the alien statements.

**INTERDIVISIONAL MEMORANDUM**

FROM: Edgar Parvenu, Dean of RegStat General
TO: Captain of League Colony Ship, Star Control
CC: Col. Harry Foreman, Star Control

ATTENTION:
The following is the output of materiel acquisition as requested by the Captain
before departing on his mission to the Kessari Quadrant. This RegStat report is a
condensed version of the Academy League Relations Status Sheet for first-year
cadets. If the Captain has further difficulties, RegStat Libraries suggests
consulting known Encyclopedic texts in order to avoid further transference of
costs to non-essential research.

## THE MEMBERS OF THE LEAGUE OF SENTIENT RACES

### Chmmr

Half living crystal, half machine, the Chmmr are a hybrid of two Old Alliance races, the
Chenjesu and the Mmrnmhrm. The crystalline Chenjesu joined the hybrid as a way to
defeat the Ur-Quan. The robotic Mmrnmhrm joined the hybrid because their creator, the
Mother Ark, was failing, and without a new system for reproduction, they were bound for
extinction.

The Chenjesu and the Mmrnmhrm began their hybridization after their defeat by the Kzer-
Za's Hierarchy of Battle Thralls. Both races were imprisoned under a slave shield on the
Chenjesu's homeworld where they began "The Process". The hybridization should have
taken decades, but a human commander utilized the energy from a Sun Device to
complete The Process in a matter of seconds. The synthesis created the Chmmr, the most
powerful race in the home quadrant of the galaxy. The Chmmr are one of the founders of
the League of Sentient Races.

### Humans

Bipedal humanoids with two eyes and ears, plus one nose and mouth. Humans vary in eye,
hair, and skin coloring from very light to very dark and range between 1.75 and 2 meters
tall. Humans, in general, seem to be governed by a mixture of instinct, emotion, and logic,
with the latter influence frequently being overcome by the first two and varying greatly with
personal beliefs. Humans can be thoroughly good, thoroughly evil, or anything between.

Humans came late to the original Alliance of Free Stars, but were the originators of the New
Alliance that defeated the Hierarchy and won the last war. Star Control was a Human insti-
tution even before the first Alliance, and later formed the basis of the space forces of the
League of Sentient Races.

The Mycon are fungus-like beings obsessed with "Juffo-Wup" - the spreading of their species throughout the universe. They exchange genetic material by exhaling and inhaling DNA-rich spores and reproduce by budding. Mycon appear to be born adult, instantly able to assume responsibilities. However, they occasionally undergo dramatic personality shifts, as though possessed by a different personality.

Mycon are comfortable in hellish environments of molten rock and poisonous vapors which would kill most other species in seconds. Unconfirmed alien reports suggest the Mycon are constructs and not the product of any natural evolutionary process. These reports claim the Mycon appear to be some kind of multi-purpose biological tool of unbelievably advanced design.

After the Kzer-Za's Hierarchy of Battle Thralls were defeated in the last war, the Mycon were freed and accepted membership in the League of Sentient Races.

### Orz

The Orz are newcomers to the home quadrant. Physiologically, the Orz seem to be gill breathers, gathering dissolved gases from a strong ethanol solution. In terms of mental processes, the Orz are... different. No device can accurately translate their language.

The origin of the Orz is unknown. The Orz themselves have said the Arilou Lalee'lay, who they do not like, are from "above" and that they are from "below". The Arilou confirmed that the Orz are from a dimension unknown to us and warned us not to trust them. However, because of their help in fighting the Kzer-Za, the Orz accepted membership in the League of Sentient Races.

### Pkunk

The Pkunk are a mystical avian species that left their violent brethren to found a peaceful enclave. In fact, "Pkunk" means 'Peace' in their language. The Pkunk claim to be in contact with a "higher consciousness". Often, a Pkunk will offer profound statements regarding obscure events, or ominous portents of the future. The relevance of the Pkunk's "wisdom" is open to interpretation. While the Pkunk are by nature peaceful, they are founding members in the League and engage fully in League defensive actions.

Most of the Pkunk have rejoined their ancient brethren the Yehat, but some have remained on the Pkunk homeworld. These homeworld Pkunk are represented on the Kessari Quadrant expedition.

**Spathi**

The Spathi have built a successful civilization around basic characteristic of cowardice. They are slight and soft skinned, with vital organs covered by a hard shell. Spathi have a single large eye atop a thick, stiff stalk that protrudes from the main body.

The most recent source of fear for the Spathi is the Ultimate Evil, the nature and intentions of which the Spathi have not been able to identify. They claim it lies just beyond the range of their most sensitive detectors, which they say "gives conclusive evidence as to The Ultimate Evil's nefarious intent".

A cruel hoax led the Spathi to become Battle Thralls in the Kzer-Za Hierarchy, but they were never very aggressive fighters. After the war, the Spathi were freed and quickly erected their own version of the Kzer-Za "Slave Shield" to protect Spathiwa from contact with all other races. However, they have emerged from their shielded homeworld to assist in the current galactic crises and are now (reluctantly) active members of the League.

**Supox**

The Supox Utricularia - commonly known as simply the Supox - are a race of kind, sentient plant creatures who evolved from semi-mobile symbionts. They know how unlikely their evolutionary path appears, and one Supox even said, "Many of our people regard this inconsistency as proof of our divine origin." The symbiotic origin of the Supox is reflected in their present relationship with the Utwig. The Supox look to the Utwig for guidance, and use the Utwig culture as a model for their own.

**Syreen**

The Syreen are bipedal humanoids, physiologically quite similar to humans from Earth. Their original homeworld was destroyed when a Mycon Deep Child caused tectonic upheavals that irrevocably poisoned their atmosphere. The survivors in the Space Patrol (mostly female) transformed orbital space platforms into huge starships and began the search for a new homeworld.

The Syreen were unofficial members of the first Alliance of Free Stars. To make up for their depleted population, Syreen scientists developed a psionic amplifier to compel even the most hostile alien crew to serve a Syreen ship captain with perfect faithfulness. Syreen crews can be a surreal pastiche of alien races.

When the first Alliance was defeated by the Hierarchy, the Syreen opted to be put under a Slave Shield on a home world chosen for them by the Kzer-Za. In the last war, many Syreen fought valiantly against the Hierarchy and after the victory of the new Alliance, the new Syreen homeworld was freed and they accepted membership in the League of Sentient Races.

# Ur-Quan: Kzer-Za

Physically, Ur-Quan resemble huge ten meter long caterpillars. The green-bodied Kzer-Za and the black bodied Kohr-Ah are sub-species of the original brown Ur-Quan, now extinct. The green Ur-Quan adopted their name over 20,000 years ago after Kzer-Za, a scientist, who discovered the key to winning their freedom from mental slavery.

After winning their freedom, the subspecies of Ur-Quan adopted competing doctrines, each designed to guarantee the Ur-Quan would never again be made slaves. The Kzer-Za adopted the "Path of Now and Forever" Every sentient species would be conquered and given a choice: be trapped forever under an impenetrable slave-shield or take up arms with the Kzer-Za as part of their Hierarchy of Battle Thralls. The Kohr-Ah adopted their own "Eternal Doctrine", which dictated the total annihilation of all non Ur-Quan sentient life.

In the last war, the Kohr-Ah were on the verge of defeating the Kzer-Za. But the Kohr-Ah were in turn defeated by the clever human use of priceless Precursor artifacts to destroy the otherwise indestructible battle platform, the Sa-Matra. With the threat of the Sa-Matra eliminated, the combined forces of the expanded New Alliance of Free Stars defeated the Kzer-Za and the Kohr-Ah.

Following the war, all Battle Thralls were freed, and Ur-Quan fleets reduced to subsistence levels. The Kzer-Za represented the now united Ur-Quan in all negotiations. The Ur-Quan were admitted as probationary members of the League of Sentient Races. They participate in this mission to prove their loyalty to the League.

### Utwig

The Utwig are a race of sophisticated humanoids with an ancient and elaborate culture. This is evidenced by their complex "Mask Etiquette", which dictates which of the eighteen hundred standard "facial appliances" should be worn under which circumstances. Utwig society relies heavily on a mysterious device called the "Ultron". They believe it guarantees them a highly positive future.

### Vux

The Vux resemble one eyed humanoid Earth squids. While they are very sensitive about their own appearance, most Vux find it difficult to stomach the sight of other races, especially Humans. The Vux fought effectively as Battle Thralls, joyously attacking every other race the Kzer-Za pointed them at.

After the last war, the Vux were freed from the Hierarchy and offered membership in the League of Sentient Races. They postponed joining the League for as long as possible, but finally agreed to join so that they could participate in this mission.

# OTHER IMPORTANT RACES

### Arilou Lalee'lay

The Arilou visited Earth frequently in the last half of the 20th century, when they were responsible for many flying-saucer sightings, crop circles, alien abductions, and similar prankish behavior. The Arilou are pale-skinned humanoids, about 1.5 meters tall, with large, childlike heads and dark, soulful eyes. While the Arilou do not speak (they communicate through a direct telepathic link), they have mouths, which are almost always stretched in a wide, innocent-looking smile.

The Arilou Lalee'lay maintain great secrecy about themselves and their motivations. In fact, their very existence was not certain until the year 2116 when they appeared without warning on Earth's moon and asked to be inducted into the original Alliance of Free Stars. After the last war the Arilou disappeared and so they were never officially offered membership in the League.

### Precursors

All over the galaxy, there can be found ruins and artifacts left by the race we know as the Precursors. Even with all these artifacts, we know little about them. We do know the Precursors were apparently giant non-bipedal beings with great intelligence. Most of the Precursor items that have been discovered seem to be technological in nature.

Unconfirmed alien reports indicate the Precursors either discovered or manufactured the Rainbow Worlds, but we didn't know how or why. The ten Rainbow Worlds in the home quadrant seem to form an arrow pointing toward the Kessari quadrant and the galactic core. Those same reports say the Precursors had found an answer to some great secret mystery just before their departure about 235,000 years ago.

Post Mission Data Summary, Assembled 2181
Priority One Alpha, compiled in conjunction with X.L. 3
##1232.3.3.55.1/2A

Issued by Division of Synthetic Special Reconstruction,
Intergalactic Intelligence [··SSRII··] Star Control Headquarters,
Geneva, Switzerland.

This document is classified and under the aegis of the Earth
Provisional Government and Star Control. Information con-
tained herein may not be divulged to external sources includ-
ing, but not limited to, any and all League races.

## KESSARI QUADRANT SHIPS

The data compiled on Kessari Quadrant vessels is current as
of the time of this document's creation; however, note that
most conclusions drawn are based on available sources, and
the data is considered provisionary and incomplete.
Execution of battlefield strategy based on these conclusions
is at the Captain's discretion.

### Clairconctlar Pinnacle

Formal Affiliation:  Crux
Primary Weapon:  powerful tri-directional bullets
Secondary Ability:  launch and teleport to warp beacon

The Clairconctlar are known for their valor in battle. The ship
is built to launch a deadly broadsides attack, then transport
away with its warp beacon in order to recharge its energy
reserves for another attack.

When engaged against a Pinnacle, keep a close eye on the
ship and its warp beacon. Pinnacle Commanders are
extremely adept at executing quick getaways and surprise
attacks.

### Daktaklakpak Vivisector

Formal Affiliation:  Crux
Primary Weapon:  moderately powerful drill [used with grab-
bing arms]
Secondary Ability:  individually weak, but potentially numer-
ous missile mines [rear]

The Vivisector's drill is powerful, but not exceptionally effec-
tive in battle. The Vivisector is best used by retreating while
launching mines. As the mines move to the aft of the

Case 4:14-cv-01025-SS4 Document 52-3 Filed 07/16/18 Page 186 of 348

Daktaklakpak ship; they are more as missiles than as mines against pursuing enemies.

While the Vivisector's mines are an annoyance, when defending against the Daktaklakpak, ensure that you are not latched onto by the Vivisector's drill. The Vivisector must line up exactly in order to deploy its drill; by maintaining less than a ninety degree angle with the Vivisector's drill it is possible to prevent the vessel from employing its drill against your hull.

## Doog Constructor

Formal Affiliation:  Crux
Primary Weapon:  weak, but rapid small auto-tracking missiles
Secondary Ability:  repair hull

The Constructor's biggest attribute is its ability to repair damage. A Constructor firing at close range while continuously repairing itself is a formidable opponent.

The Constructor is not terrifically fast, and its firing range is limited. Stay outside of its missile radius and bring the brunt of your attack immediately on the enemy ship. Do not allow the Constructor to survive long enough to repair itself!

## Exquivan Enigma

Formal Affiliation:  none – defensive recluses
Primary Weapon:  weak, but rapid and smart guardian missiles
Secondary Ability:  teleport opponent

Although the Enigma has no conventional offensive weaponry, it is deceptively powerful, and is one of the most dangerous ships in the Kessari Quadrant. At first glance, the Enigma appears only suited for defense; however, if allowed time to deploy its entire array of blocker missiles, the Enigma can literally roll over its enemy by launching a surprise attack with the teleporter then quickly advancing to the target. The Enigma's blockers will attempt to intercept enemy missiles; this tendency can be used to your advantage.

**Formal Affiliation:** Crux
**Primary Weapon:** moderately powerful forward bolo missiles
**Secondary Ability:** speed burst

The Ravager may prove a difficult adversary. The Ravager's Bolo missiles are fairly slow, but do not require precision accuracy. These Bolo missiles are effective at preventing smaller ships from making hit-and-run attacks.

The Ravager's Achilles' heel is the short range of its Bolo missiles. Stay out of the range of its weapons, and force it to consume crew and use its turbo acceleration to get to you. Be advised that when the Ravager is at full turbo speed, it cannot fire its own missiles without running into them. Unfortunately, retreating away from the Ravager is not a viable option, as this vessel is capable of regenerating its crew over time.

Herald Eradicator

**Formal Affiliation:** Unknown
**Primary Weapon:** moderately powerful, fairly rapid small forward missiles with very long range
**Secondary Ability:** cloak

The Eradicator holds the advantage in battle as long as its enemy is confused as to the ship's position and heading. For faster ships, the Eradicator is best suited to stay far out, uncloak for a brief shot, then cloak again while changing position. Against a ship with a slow turning radius, the Eradicator is very effective at moving in for a sneak attack on the ship's rear flank, then opening up with a barrage of fire. The cloaking feature effectively acts as a shield to the Human Cruiser's weapons as they cannot track on a cloaked ship, so the Captain is advised to monitor his energy reserves, and time his attack for when the Eradicator is uncloaked.

K-tang Crippler

**Formal Affiliation:** Crux
**Primary Weapon:** powerful forward bullet spread
**Secondary Ability:** powerful spread mines (rear)

The K-tang are the bullies of the Kessari Quadrant, and their Crippler ship reflects this. The combination of mines and guns make the Crippler exceptionally dangerous, as it maintains powerful stand-off and short-range capability. While moving in for an attack, stay clear of the Crippler mines.

Page 31

Star Control 3

Case 4:17-cv-07025-SBA   Document 51-1   Filed 07/16/18   Page 188 of 348

Formal Affiliation:  none
Primary Weapon:  weak, but rapid oscillating forward bullets with long range
Secondary Ability:  phase shift

The Sanctorum is a relatively simple ship, and its only advantage is that it is virtually impossible to engage a Sanctorum without suffering damage. The Sanctorum has a restricted range where it can maintain an effective attack but still have enough time to maneuver away from or shift through enemy missiles. Rapid damage at close range may effectively nullify the Sanctorum's few advantages.

Owa Voyager

Formal Affiliation:  none
Primary Weapon:  powerful long-range tracking cluster missile
Secondary Ability:  non-damaging control inhibition missiles (rear)

The Owa's cluster missile must have enough distance from the target for its cluster missiles to break and spread. If the Owa strikes its opponent with an inhibition missile, a follow-up with cluster missiles is likely to end the battle.

Ploxis Plunderer

Formal Affiliation:  Crux
Primary Weapon:  weak, small, long-range tracking missiles
Secondary Ability:  redirecting surrounding shield

The Plunderer is at its best at long-range against enemies with no long-range auto-tracking weapons; however, the Human Cruiser is best suited for a short-range attack with its point defense lasers, as a rapid attack will deplete the Plunderer's shields and allow further attacks to break through. It doesn't take much to destroy this tiny ship. The longer a Plunderer maintains a stand-off position, the more shots it gets in.

Vyro-Ingo Invader

Formal Affiliation:  none
Primary Weapon:  weak surrounding shield
Secondary Ability:  drop weak wakes

This ship is one of the least effective fighters, but if used correctly it can prove an annoyance. Wakes placed around

planets serve a dual purpose to the Invader, by directly harming its enemies and making their escape from a planet's gravity more difficult. The Invader's shield is not particularly effective, and most ships can get in enough shots to destroy this vessel before the Invader is able to ram with its shields up.

## Xchagger Exclave

Formal Affiliation:  League
Primary Weapon:  weak, but rapid dual forward bullets
Secondary Ability:  non-damaging rotation reversal missiles (rear)

The Exclave's rapid firing rate can prove devastating. Effective use of the paralysis missiles minimizes the Exclave's disadvantageous slow turning radius. As long as you stay clear of the Exclave and launch stand-off attacks, combat with the Exclave is relatively safe.

## LEAGUE QUADRANT SHIPS

The following is a summary of information compiled on the ships of League races presently in the Kessari Quadrant. The conclusions elucidate both the strengths and weaknesses of League vessels. The information contained herein was compiled for run-time execution by League simulation computers, and is provided for the Captain as educational material. In no way should the necessity of providing this data be construed as a mistrust of the motives or loyalty of League members; the existence of this list and its contents are classified information. Divulgence of this information constitutes insubordination to Star Control and treason against the Earth Provisional Government.

## Arilou Laleelay Skiff

Formal Affiliation:  none (but they are friendly to the League)
Primary Weapon:  wimpy, but rapid auto-tracking laser
Secondary Ability:  teleporter

The Skiff is best utilized by averting contact through use of the inertia-less drive and teleportation device. The Skiff's strategy is to get in quickly while making effective use of its swivel-mounted, auto-fire lasers, followed by a hyper-jump away from the target before the enemy can respond.

If in direct conflict with a Skiff, maintain your distance and attack the Skiff with long-range weapons. Do not let the Skiff get into close quarters with your craft!

# Chmmr Avatar

**Formal Affiliation:**  League
**Primary Weapon:**  moderate, but rapid forward laser
**Secondary Ability:**  tractor beam

The Chmmr Avatar's forward-firing laser is so powerful that it ionizes the solar wind when engaged; however, the Avatar's most effective weapons are its tractor beams and ZapSats. Used in conjunction, the Commander can pull an enemy directly into the path of the Avatar's ZapSats (satellites that automatically fire their own laser weapons at incoming ships and missiles]. Also, by pulling enemies towards its front, and making judicious use of the forward laser, an Avatar Commander can summarily end a battle with one blow. Anyone forced into a planet by the combined pull of gravity and the Avatar's tractor beam can attest to the insidiousness of this weapon.

If faced with the daunting task of defeating an Avatar, use the tractor beam against your enemy. Use the Avatar's tractor beam to pull it towards a planet, or use the force of the tractor beam to accelerate your craft to a more advantageous position. At the same time, retain an effective stand-off distance and use ranged weapons to attack. Fighting at short range with an Avatar is extremely dangerous!

# Colony Ship

**Formal Affiliation:**  League – Precursor design built by Xumans
**Primary Weapon:**  weak, small forward missiles
**Secondary Ability:**  weak, but rapid point-defense bullets

The Colony ship is the center of the League's expedition into the Kessari Quadrant. It is the only vessel that allows the League to mobilize its forces. The Colony Ship must not be lost in battle!

Fortunately, the Colony ship has deadly forward-firing missiles to deter would-be attackers, and point-defense bullets to obliterate incoming missiles and fighters.

The Colony ship's weakness is its turn-rate and short range. The Colony Ship's weakest point is at its rear quarters just outside of the range of the craft's point-defense system.

**Human Cruiser**

Formal Affiliation:  League
Primary Weapon:  moderately powerful forward tracking missiles
Secondary Ability:  weak point-defense lasers

The Cruiser is the pride of the human fleet. It is best utilized at a distance from the target while firing its auto-tracking long-range tactical nuclear missiles. It is also very effective at close range with its point defense lasers; however, at medium ranges, just outside of the reach of the point defense lasers, the Cruiser's missiles may not be able to lock-on in time to intercept an enemy. Vessels with powerful medium-range weapons will be extremely effective at exploiting this.

**Mycon Podship**

Formal Affiliation:  League
Primary Weapon:  powerful long-range tracking Plasmoids
Secondary Ability:  recover crew

Mycon Podships use a tracking Plasmoid as its primary weapon--a ball of coalesced, semi-sentient energy--which is diffused at long distances. The Podship is extremely slow, and without effective use of forward acceleration and Gravity Whips around a planet it is defenseless against its enemies. If given enough time, the Podship can completely regenerate its crew, so the best strategy for the Podship Commander is to alternate rounds of attacking and fleeing so as to heal its crew. The Podship is most effective moving at maximum speed while firing backwards at its target.

**Orz Nemesis**

Formal Affiliation:  League
Primary Weapon:  moderately powerful long-range missiles (rotating turret)
Secondary Ability:  deploy space marines – can be very destructive if they reach their target

The Nemesis appears to have been built for combat. The rotating cannon and Marines make it an effective stand-off ship. The Nemesis is at its best while using the cannon to fire from the rear (the cannon is rotated by pressing the Primary and Secondary fire buttons plus the left or right movement keys all at the same time) while at the same time launching Marines. The Human Cruiser should avoid following directly in line with the Orz cannon, maintain stand-off range and

launch missiles mobiles, saving enough energy to zap Marines
with the Cruiser's point defense laser.

## Pkunk Fury

Formal Affiliation:  League
Primary Weapon:  weak, but rapid tri-directional bullets
Secondary Ability:  recover energy (insult)

The Fury's main weapon is a rapid-fire short-range mini-gun
that launches a stream of dense superheated metals for-
ward and to the sides. The Fury is most effective at running
in against an enemy's rear or side flanks, attacking with a
full barrage, then exiting the target area as quickly as possi-
ble. A less reliable tactic is the Death Blossom maneuver
which is accomplished by flying adjacent to an enemy ship,
and then simultaneously rotating and firing to create a spiral
of destructive force.

## Spathi Eluder

Formal Affiliation:  whichever one they believe is safest at
the time
Primary Weapon:  weak, but rapid forward bullets
Secondary Ability: weak Backward Utilizing Tracking
Torpedoes (BUTTs)

The Spathi Eluder is designed for intimidation--when the
Spathi are intimidated, the Eluder allows them to flee with
abandon. The Eluder is at its best while running from a vic-
tim, and firing BUTT missiles at medium range.

The Eluder is an agile target, and can outrun most enemy
weapons. Colliding head on with this vessel while launching
short-range weapons is an effective counter to its fire-and-
flight tactics.

## Syreen Penetrator

Formal Affiliation:  League
Primary Weapon:  weak, small forward missiles
Secondary Ability:  Syreen Song - potentially damaging if
ship-jumpers are captured or killed before they can be recov-
ered

A Penetrator forced to use its forward missiles is made
nearly ineffective. In order to gain the advantage, the
Penetrator must move in at close-range, and engage its
Syreen song. By coaxing enemy crew from its vessel and
picking up the refugees, the Penetrator can actually exit a

Case 4:17-cv-07025-SBA Document 61-14 Filed 07/20/18 Page 193 of 348

battle with more strength than it had when entering the con-
flict. The Syreen Song cannot pull the last crew member from
its craft, but a ship so badly damaged is easily destroyed by
a head-on attack with the Penetrators forward missiles. A
Penetrator is best engaged at a long distance, with no short
to medium range contact.

## Ur-Quan Kohr-Ah Marauder

Formal Affiliation:  League - always subject to change
Primary Weapon:  moderately powerful variable range razor
discs
Secondary Ability: Fiery Ring of Inevitable and Eternal
Destruction (FRIED system) - fireballs are individually weak,
but very powerful in multiples

Because of their history, Kohr-Ah loyalty should continually
be placed under close scrutiny. The Marauders were a unique
ship that in many ways were not properly suited to the
Kohr-Ah temperament. This vessel fired a spinning metal
razor disk that continued to travel in a straight path as long
as the commander held down the primary fire button. When
the fire button was release, the razor disks held their posi-
tion in space, and acted as mines. A Marauder holding a
defensive position inside a ring of razor disks would prove a
daunting opponent. As the razor disks effectively had an
unlimited range, the Marauders enemy would eventually be
pressed into an attack or lose the battle through attrition. In
the past, the Human Cruisers best tactics were to hold out a
long-distance position and hope to launch enough missiles
and destroy the Marauder before being ripped to shred by its
razor disks.

## Ur-Quan Kzer-Za Dreadnought

Formal Affiliation:  League - depends on their mood
Primary Weapon:  powerful fusion bolt missiles
Secondary Ability:  "Launch fighters!" - potentially destructive
if they can reach their target

The Dreadnought is an aggressive attack platform. Formerly
known as "Planetary Siege Units", these massive ships once
set out to conquer entire worlds without backup support. It
is possible for a Dreadnought Commander to win an entire
battle by doing nothing more than launching its autonomous
laser fighters. The Dreadnought is fast, has a decent turn
rate, and wields powerful fusion bolt missiles. Historically,
there has been no easy solution for a Human Cruiser paired
against a Dreadnought. The skill and efficiency of the ship's
Commander are paramount in maintaining an acceptable loss
ratio against the Dreadnought.

# Utwig Jugger

**Formal Affiliation:**  League
**Primary Weapon:**  powerful, rapid forward dart spread
**Secondary Ability:**  shield (shots recharge it)

The Jugger appears to be a slow, tubby hunk of junk, but like the Utwig, its appearance is deceiving. The Jugger's combination of mid-range, wide-area guns and absorbing shield give it unique fighting abilities. A competent Jugger Commander welcomes enemy fire, as this simply adds to his energy reserves. The trick is to force the Jugger to shield unnecessarily by intentionally missing the Jugger. Once the Jugger has depleted its energy reserves, it can still fire, but can no longer shield against enemy attacks. While this is not a foolproof method for defeating the Jugger, it limits the Jugger's advantage on the battlefield.

## VUX Intruder

**Formal Affiliation:**  League – subject to mood swings
**Primary Weapon:**  forward laser – can be sustained for quite some time
**Secondary Ability:**  launch non-damaging, but slowing limpets

The Intruder is the only ship capable of appearing adjacent to an enemy vessel at the start of battle. As the Intruder is painfully slow, this is its one chance to even the playing field. Rather than making a ship capable of catching the enemy, the VUX design strategy is to slow all other ships down to their own speed. The Intruder accomplishes this task by launching cocooned, biological limpets which latch on to the enemy, adding mass and destroying the vehicle's control planes. As long as the Intruder can train its optical laser on an enemy, it stands a good chance of destroying the enemy vessel; however, there are very few ships that cannot outrun the Intruder and its limpets. If an enemy vessel can escape from the initial Intruder attack without incurring limpets, the enemy vessel stands a high probability of winning the battle.

There are lots of ways to have fun while completing your mission and winning Star Control 3. All of them are right! You're playing the right way when you're having the most fun. You can concentrate on exploring everything in reach or creating a web of colonies on the most promising planets or building a massive fleet to seek out fleets of enemy ships. Or just wing it and do some of each.

You'll find your most important skill is finding and negotiating with alien races. You can help them settle crises throughout the Quadrant. In doing so, they can help you achieve your mission. Listen for clues you get while talking to the aliens. You can follow up on them in almost any order. The clues will show you how you can complete your mission and win the game.

## EXAMPLE OF PLAY

Check out Helios, the system you start in. Fly to the colony on Helios 3. Talk to the commander and join up with the cruisers. Check out the alien ship orbiting Helios 4 and defend yourself if necessary. There's also an anomaly on the surface; dig it up and see what's there. Return to Helios 3 to get fuel. When the colony fuel refinery is online, check out how far you can warp on the quadrant map. When you've got the fuel for a round trip, warp to Goshen, the nearest star. Check out everything in Goshen, then continue your exploration of the Kessari Quadrant from there.

## GENERAL HINTS

When you start at Helios, go to the System Screen and talk to the colony.
For your first few trips between the stars, follow the Checklist in the manual for each game screen.

Experiment! Click on planets and stars and items to see what they do.
Anytime you're unsure what could happen next, press F2 and save your game first.

Use descriptive save names to chronicle your journey.

If you're not sure what to do next, press F5 and ask ICOM from a hint.

Only fight with the colony ship if you're certain you'll win the battle.
You can only meet your primary mission goals by meeting and interacting with lots of different aliens.

In the beginning, don't worry too much about the passage of time.

If you're not comfortable with how fast time is passing, adjust the speed of the game clock.

You are the Leader of the expedition, trust your computerized staff:
- Your Tech Teams will call when they find important information.
- ICOM remembers everything important that happens.
- Your colonies develop on their own and manufacture some of everything you might need.
- The computer can even fight your star ship battles for you.

You have lots of different resources, don't be afraid to use them to fulfill your objectives:
- Early on, you'll need as much fuel and raw ore as your colonies can make.
- Use surplus Resource Units from established colonies to make new colonies grow faster.
- Like fuel or colony pods, ships are an expendable resource.
- Don't waste colony landing pods on inhospitable planets with 0 resources.

# Star Control 3 Credits

**ACCOLADE**

Development
Producer: George MacDonald
Associate Producer: Allen Edwards
Assistant Producer: Daniel Tyrrell
Melee Ship Design Support: Russell Bornschlegel, Dan Evans, Mark Jensen, Brian Sexton

Dialogue
Dialogue Writing: Allen Edwards, Mark Jensen, Brian Sexton
Dialogue Editing: Allen Edwards, George MacDonald, Tomi McNaughton, Brian Sexton

Testing
Test Department Supervisor: Alex V. Cabal
Test Lead: Daniel Tyrrell
Game Testers: Matt Abrams, Richie Gangwish, Matthew Guzenda, Erik Johnson, Tomi McNaughton, Brian Sexton
Test Support: Harvey Bush, Brian Clayton, Sean Fish, Tim Gonsalves, Daniel Grove, Kraig Horigan, Bobby Tait

Art
Art Lead: Heather Capelli
Game Art: David Gustlin, Peter Wong
Art Support: Shawn Monroe, Patricia Pearson

Technical Support
Sound Support: Rudy Helm, Rick Kelly
Tools Support: John Canfield, David Houston

Documentation
Manual Producton: W.D. Robinson
Manual Writing: Allen Edwards, George MacDonald, W.D. Robinson
Historian: Brian Sexton

Marketing
Product Marketing Managers: Mitch Kampf, Karen Safran, France Tantiado
Public Relations: Bill Linn, Erica Krishnamurthy, Leila Pflager

Management
Executive Producer: Steve Ackrich
Marketing Director: Neil Johnston

Special Thanks to:
Dianna Boundy,  Kurtis Matthews, Tara Stauduhar


**LEGEND ENTERTAINMENT COMPANY**

Development
Project Leader: Michael Lindner
Team Leaders: Jim Tyler, Mark Poesch
Story: Daniel Greenberg, Michael Lindner
Plot Development: Daniel Greenberg

Script
Interactive Scripting: Daniel Greenberg
Additional Scripting: Glen Dahlgren, Michael Lindner
Dialogue Editing: Allyson Currin
Game Design: Michael Lindner, Daniel Greenberg, Mark Poesch

Game System
System Design: Mark Poesch, Michael Lindner, Steve Riley, Jim Montanus, Glen Dahlgren
Interface Design: Mark Poesch, Steve Riley
Melee Programming: Mark Poesch, Duane Beck, Chip Kerchner, Dan Wan
Melee Ship Design: Duane Beck, Panoptic Imaging: Bob Marker, Andrew Cubides

Programing
System and Interface Programming: Steve Riley, Michael Shulman, Jim Montanus, Chip Kerchner, Mark Poesch, Duane Beck
Game Programming: Michael Lindner, Mark Poesch, Glen Dahlgren
Audio Interface Library 3.5: Miles Design Inc.

Management
Executive Production: Mike Verdu

Testing
Testing Coordination: Rosie Freeman, Daniel Tyrrell
Testing: Scott Underwood, Jeremy Lam, Jud Farsht, Martin DeLaRosa, Dave Hogge, Joven Malazo, David NeSmith, Jonathan Stuart

**Page 41**

**Star Control™ 3**

Art
Art Direction: Michael Lindner, Steve Riley
3D Modeling and Rendering: Panoptic Imaging: Bob Marker, Miles Ritter, Margo Angevine, Andrew Cubides, Shih-Fu Peng, Roisin Heneghan
3D Rendering: Mark Poesch, Duane Beck, Jim Montanus
Art and Animation: Paul Mock, Kinetic Arts

Aliens
Alien Character Design: Michael Lindner, Jordu Schell, Jerry Macaluso, Daniel Greenberg
Animatronics and Miniatures Created by: SOTA
EFFECTS
Alien Set Design and Construction: Steven Lebed
Special Effects Supervision: Jerry Macaluso, Roy Knyrim
Lead Alien Design and Sculpture: Jordu Schell
Animatronics Designer: Roger Nall

Special Effects
Special Effects Director of Photography: Steven Lebed
Special Effects Crew: Mark Villalobos, Michael Rios, Brad Hennigan, Steve Blandino, Joe Castro, Joe Cornell, Francois Delas, Joshua Foster, Stella Knyrim, Claire Brien, Special Thanks to Criswell Productions

Video Post-Production
Post-Production Director: Michael Lindner
Post-Production Facility: Flite Three
Facility Coordinator: Maureen Callaghan
Engineer: Michael Furr
Editor: Kirk Davis
Assistant Editor: Tracy Onofrio
Paintbox Editor: Tracy Onofrio
Image Processing: Michael Furr, Michael Shulman, Mark Poesch

Audio
Audio Production and Direction: Michael Lindner, Kathleen Bober
Music Composition: Andrew Frazier
Sound Effects: Absolute Pitch, Steven von Kampen
Voice Talent Casting: Kathleen Bober
Voice Talent Direction: Daniel Greenberg, Kathleen Bober
Audio Engineering and Recording: Absolute Pitch

Voice Talent Cast
Franchelle Dorn: Vux
Paul Skotarski: Spathi
Mark Redfield: Owa, Vyro-Ingo, Precursor, Narrator
J. R. Lyston: Herald
Jacqueline Underwood: Syreen, Pkunk
Jeff Baker: Chmmr, Harika
Henry Strozier: Ploxis
John Hansen: Utwig, ICOM
John Dow: Human
Jimi Kinstle: Lk
Gary Telles: Exquivan
Bob Supan: Arilou, Doog, K'tang Kaktarri, Mycon, Orz
Mike Pengra: Daktaklakpak, Clairconctlar, Ur-Quan, Kohr-Ah
Kathleen Bober: Xchagger

# EXHIBIT C



April 13, 1990

Paul Reiche
1602 Grant Ave.
# 207
Novato, CA 94947

Dear Paul,

This letter is a follow up to our conversation earlier this week
regarding the illustrations for the Star Control Manual.  As we
discussed Accolade agrees to pay $ 1200 for a total of 6 illustrations
to be used in the Star Control Manuals.

In return for the payment of $1200 Accolade wishes to retain all
rights for any promotional activities.  This will include the use of the
illustrations in all International manuals, advertising, and any
other promotional activities deemed appropriate by Accolade.

We understand the designer will wish to maintain the originals and
possibly publish them in a collection of his own artwork.

Paul, thank you for helping us arrange this agreement.  I look
forward to working with you on the Package and Manual for Star
Control and if you have questions or comments please contact me at
(408)  985-1700.

Sincerely,

Laurie Souza
Creative Services Manager
Accolade Inc.

*I agree to the terms as stated above.*

4/17/90

PAUL REICHE III - Toys for Bob

RF000894

# EXHIBIT D

EXECUTION VERSION

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "*Agreement*") is entered into as of the Closing Date, as defined in the Purchase Agreement, by and among Atari, Inc., a Delaware corporation, Atari Interactive, Inc., a Delaware corporation, Humongous, Inc., a Delaware corporation, and California U.S. Holdings, Inc., a California corporation (collectively, the "*Assignors*") and Stardock Systems, Inc. ("*Assignee*").  Each capitalized term used and not otherwise defined herein has the meaning given to such term in the Purchase Agreement, dated as of July 18, 2013 (the "*Purchase Agreement*"), by and among Assignors and Assignee.

WHEREAS, the Assignors hold certain right, title and interest in and to the Intellectual Property set forth in Schedule 1 attached hereto ("*Assigned Intellectual Property*");

WHEREAS, pursuant to the Approval Order and to the extent permitted by applicable law, on the terms and subject to the conditions set forth in the Purchase Agreement, the Assignor shall sell, convey, transfer, assign and deliver the Assigned Intellectual Property to Assignee; and

WHEREAS, the parties wish to confirm and memorialize their agreement with respect to the Assigned Intellectual Property, and through this Agreement, the parties are consummating said assignment.

NOW, THEREFORE, in consideration of the mutual agreements contained herein and in the Purchase Agreement, and expressly subject thereto, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignors and Assignee, intending to be legally bound, hereby agree as follows:

1.     Assignment.   The Assignors hereby convey, transfer, assign and deliver (collectively, the "*Assignment*") to Assignee all of Assignors' right, title and interest in and to the Assigned Intellectual Property and any and all goodwill symbolized thereby (as applicable), as set forth on Schedule 1 attached hereto.

2.     Recordation of Assignment.   The Assignment may be made of record in any government and/or administrative authorities, including in the United States Patent and Trademark Office, as appropriate and desired by Assignee.

3.     Expenses.   Except as otherwise expressly provided in the Purchase Agreement, Assignors and Assignee will each bear its own costs and expenses incurred in connection with the preparation, execution and performance of this Agreement, including all fees and expenses of agents, representatives, financial advisors, legal counsel, and accountants.

4.     No Representations.   The Assignors and Assignee acknowledge that, other than as expressly provided herein, neither the Assignor nor the Assignee makes any representation or warranty whatsoever, express or implied.

5.     No Third-Party Beneficiaries.   Nothing in this Agreement shall create or be deemed to create any third party beneficiary rights in any Person not party to this Agreement or

to confer any rights or remedies upon any Person other than the parties hereto and their respective successors and permitted assigns.

6.    <u>Binding Effect</u>.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns.

7.    <u>Interpretation</u>. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms of this Agreement, the terms of the Purchase Agreement will govern.

8.    <u>Amendments and Waivers</u>.  This Agreement may not be amended or waived except in a writing executed by the party against which such amendment or waiver is sought to be enforced. No course of dealing between or among any persons having any interest in this Agreement will be deemed effective to modify or amend any part of this Agreement or any rights or obligations of any person under or by reason of this Agreement.

9.    <u>Governing Law and Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the law of the State of New York, without regard to the conflicts of law rules of such state.  The parties hereto agree that, during the period from the date hereof until the date on which Assignees' Chapter 11 Case is closed or dismissed (the "***Bankruptcy Period***"), any suit, action or proceeding, seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby shall be brought exclusively in the Bankruptcy Court.  The parties further agree that, following the Bankruptcy Period, any suit, action or proceeding with respect to this Agreement or the transactions contemplated hereby shall be brought against any of the parties exclusively in either the United States District Court for the Southern District of New York or any state court of the State of New York located in such district, and each of the parties hereby irrevocably consents to the jurisdiction of such court and the Bankruptcy Court (and of the appropriate appellate courts therefrom) in any such suit, action or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action or proceeding in the such courts or that any such suit, action or proceeding which is brought in such courts has been brought in an inconvenient forum.  Process in any such suit, action or proceeding may be served on any party anywhere in the world, whether within or without the jurisdiction of the Bankruptcy Court, the United States District Court for the Southern District of New York or any state court of the State of New York.  Without limiting the foregoing, each party agrees that service of process on such party as provided in Section 10.01 of the Purchase Agreement shall be deemed effective service of process on such party.

10.    <u>Headings</u>.  The section headings contained in this Agreement are inserted for convenience only and will not affect in any way the meaning or interpretation of this Agreement.

11.    <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Signed PDF copies exchanged via electronic mail or facsimile copies of this Agreement shall legally bind the parties to the same extent as original documents.

IN WITNESS WHEREOF, this Agreement has been duly executed as of the Closing Date.

**ASSIGNORS**:

ATARI, INC.
By: _____
Name: _____
Title: _____

ATARI INTERACTIVE, INC.

By: _____
Name: _____
Title: _____

HUMUNGOUS, INC.

By: _____
Name: _____
Title: _____

CALIFORNIA U.S. HOLDINGS, INC.

By: _____
Name: _____
Title: _____

Signature Page to IP Assignment Agreement

Accepted and agreed as of the Closing Date:

**ASSIGNEE:**

STARDOCK SYSTEMS, INC.

By: _____

Name: Bradley Wardell

Title: President | CEO

## **SCHEDULE 1**

See Schedule 1.01(a) of the Purchase Agreement

# Schedule 1.01(a)

List of Intellectual Property

*See Attached*

None

Registered Trademark

| Company | Trademark | Territory | Application Number | Filing Date | Registration Number | Registration Date | Due Date | Class Number | Ownership Status |
|---|---|---|---|---|---|---|---|---|---|
| Atari, Inc. (2003) | STAR CONTROL | United States | 75095591 | APR-29-1996 | 2046036 | MAR-18-1997 | MAR-18-2017 | Class 28 (Toys & sporting goods) | Registered |

## Star Control 3 Copyright Registrations

| Game Title | Claimant | Registration # | Registration Date |
|---|---|---|---|
| Star Control 3 | Atari, Inc. | PA 799-000 | 1/24/97 |

| Star Control Franchise |
| --- |
| Star Control 3 |

# EXHIBIT E

**Generated on:** This page was generated by TSDR on 2017-12-07 11:40:37 EST

**Mark:** STAR CONTROL

| | |
|---|---|
| **US Serial Number:** 75095591 | **Application Filing Date:** Apr. 29, 1996 |
| **US Registration Number:** 2046036 | **Registration Date:** Mar. 18, 1997 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |
| **Status:** The registration has been renewed. | |
| **Status Date:** Jun. 09, 2016 | |
| **Publication Date:** Dec. 24, 1996 | |

## Mark Information

**Mark Literal Elements:** STAR CONTROL

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** computer game software, and manuals supplied as a unit therewith

| | |
|---|---|
| **International Class(es):** 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Mar. 14, 1989 | **Use in Commerce:** Mar. 14, 1989 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** STARDOCK SYSTEMS, INC

| | |
|---|---|
| Owner Address: | 15090 BECK ROAD<br>PLYMOUTH, MICHIGAN 48170<br>UNITED STATES |
| Legal Entity Type: | CORPORATION |

| | |
|---|---|
| State or Country<br>Where Organized: | MICHIGAN |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | GARY PERLMUTER | Docket Number: | STARDOCK/SC |
| Attorney Primary<br>Email Address: | gary@perlmuterlaw.com | Attorney Email<br>Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent<br>Name/Address: | GARY PERLMUTER<br>Perlmuter Law, P.C.<br>30665 Northwestern Hwy., Ste. 200<br>Farmington Hills, MICHIGAN 48334<br>UNITED STATES |
| Phone: | 2486269966 |
| Correspondent e-<br>mail: | gary@perlmuterlaw.com gary@gepgloballlc.com |

| | |
|---|---|
| Fax: | 2488764001 |
| Correspondent e-<br>mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 09, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 09, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 85321 |
| Jun. 09, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 85321 |
| Jun. 09, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 85321 |
| Mar. 23, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 18, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 19, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 30, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 30, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 21, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 21, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 18, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Oct. 18, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 25, 2007 | ASSIGNED TO PARALEGAL | 75184 |
| Sep. 18, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 18, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 18, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 18, 2007 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 18, 2007 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 21, 2006 | CASE FILE IN TICRS | |
| Nov. 01, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jul. 19, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jun. 23, 2003 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 21, 2003 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Mar. 19, 2003 | PAPER RECEIVED | |
| Mar. 18, 1997 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 24, 1996 | PUBLISHED FOR OPPOSITION | |
| Nov. 22, 1996 | NOTICE OF PUBLICATION | |
| Oct. 23, 1996 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 22, 1996 | ASSIGNED TO EXAMINER | 69780 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Mar. 18, 2017 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Jun. 09, 2016 |

# Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 11 | **Registrant:** | Accolade, Inc. |

**Assignment 1 of 11**

| | | | |
|---|---|---|---|
| **Conveyance:** | AMENDMENT TO SECURITY AGREEMENT | | |
| **Reel/Frame:** | 1644/0813 | **Pages:** | 6 |
| **Date Recorded:** | Oct. 06, 1997 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ACCOLADE, INC. | **Execution Date:** | Aug. 14, 1997 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | GREYROCK BUSINESS CREDIT, A DIVISION OF NATIONSCREDIT COMMERCIAL CORPORATION | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | 10880 WILSHIRE BLVD., STE 950 LOS ANGELES, CALIFORNIA 90024 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | BROBECK, PHLEGER, HARRISON LLP |
| **Correspondent Address:** | MS. PATRICIA MARQUEZ ONE MARKET SPEAR ST. TOWER SAN FRANCISCO, CA 94105 |

**Domestic Representative - Not Found**

**Assignment 2 of 11**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 2630/0884 | **Pages:** | 4 |
| **Date Recorded:** | Nov. 25, 2002 | | |
| **Supporting Documents:** | assignment-tm-2630-0884.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ACCOLADE, INC. | **Execution Date:** | Oct. 21, 1999 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES NORTH AMERICA, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 5300 STEVENS CREEK BLVD. SAN JOSE, CALIFORNIA 95129 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | INFOGRAMES, INC. |
| **Correspondent Address:** | DOREEN SMALL, ESQ.<br>417 FIFTH AVENUE<br>NY, NY 10016 |

**Domestic Representative - Not Found**

**Assignment 3 of 11**

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 2630/0859 | **Pages:** | 4 |
| **Date Recorded:** | Nov. 25, 2002 | | |
| **Supporting Documents:** | assignment-tm-2630-0859.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES NORTH AMERICA, INC. | **Execution Date:** | Mar. 07, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES, INC. | **Execution Date:** | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 417 FIFTH AVENUE<br>NEW YORK, NEW YORK 10016 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | INFOGRAMES, INC. |
| **Correspondent Address:** | DOREEN SMALL, ESQ.<br>417 5TH AVENUE<br>NY, NY 10016 |

**Domestic Representative - Not Found**

**Assignment 4 of 11**

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 2664/0358 | **Pages:** | 49 |
| **Date Recorded:** | Feb. 05, 2003 | | |
| **Supporting Documents:** | assignment-tm-2664-0358.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | INFOGRAMES, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ACCOLADE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI CORPORATION | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI GAMES CORPORATION | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI INTERACTIVE, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |
| **Name:** | ATARI, INC. | **Execution Date:** | Nov. 12, 2002 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

| Name: | GAMES.COM, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | GT INTERACTIVE SOFTWARE CORP. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | HASBRO INTERACTIVE, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | HUMONGOUS ENTERTAINMENT, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | INFOGRAMES INTERACTIVE, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | INFOGRAMES NORTH AMERICA, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | INFOGRAMES, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | JTS CORPORATION | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | MICROPROSE CALIFORNIA, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | MICROPROSE SOFTWARE, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | MIROSPROSE, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | PARADIGM ENTERTAINMENT, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | REFLECTIONS INTERACTIVE, LTD. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | SHINY ENTERTAINMENT, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | SINGLETRAC ENTERTAINMENT TECHNOLOGIES, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | SPECTRUM HOLOBYTE, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Name: | WIZARDWARE GROUP, INC. | Execution Date: | Nov. 12, 2002 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| | Assignee |
|---|---|
| Name: | GENERAL ELECTRIC CAPITAL CORPORATION, AS AGENT |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW YORK |
| Address: | 335 MADISON AVENUE, 12TH FLOOR NEW YORK, NEW YORK 10017 |

| | Correspondent |
|---|---|
| Correspondent Name: | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| Correspondent Address: | DONNA J. HUNTER, PARALEGAL 600 PEACHTREE STREET, N.E. SUITE 2400 ATLANTA, GA 30308-2222 |

**Domestic Representative - Not Found**

## Assignment 5 of 11

| | |
|---|---|
| Conveyance: | CHANGE OF NAME |
| Reel/Frame: | 3420/0045 | Pages: | 6 |
| Date Recorded: | Nov. 01, 2006 |
| Supporting Documents: | assignment-tm-3420-0045.pdf |

| | Assignor |
|---|---|
| Name: | INFOGRAMES, INC. | Execution Date: | Apr. 30, 2003 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| | Assignee |
|---|---|
| Name: | ATARI, INC. |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 417 FIFTH AVENUE NEW YORK, NEW YORK 10016 |

| | Correspondent |
|---|---|
| Correspondent Name: | KRISTEN J. KELLER |
| Correspondent Address: | 417 FIFTH AVENUE NEW YORK, NY 10016 |

**Domestic Representative - Not Found**

## Assignment 6 of 11

| | |
|---|---|
| Conveyance: | SECURITY INTEREST |
| Reel/Frame: | 3236/0893 | Pages: | 8 |
| Date Recorded: | May 23, 2005 |
| Supporting Documents: | assignment-tm-3236-0893.pdf |

| | Assignor |
|---|---|
| Name: | ATARI, INC. | Execution Date: | May 13, 2005 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

| | Assignee |
|---|---|
| Name: | HSBC BUSINESS CREDIT (USA) INC. |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 452 FIFTH AVENUE NEW YORK, NEW YORK 10018 |

| | Correspondent |
|---|---|
| Correspondent Name: | ZEV BOMRIND |
| Correspondent Address: | KRONISH LIEB WEINER & EHLLMAN LLP 1114 AVENUE OF THE AMERICAS |

NEW YORK, NY 10036

| Domestic Representative - Not Found |
|---|

| Assignment 7 of 11 |
|---|

| Conveyance: | RELEASE OF SECURITY LIEN | | |
|---|---|---|---|
| Reel/Frame: | 3350/0463 | Pages: | 7 |
| Date Recorded: | Jul. 18, 2006 | | |
| Supporting Documents: | assignment-tm-3350-0463.pdf | | |

| Assignor |
|---|

| Name: | GENERAL ELECTRIC CAPITAL CORPORATION | Execution Date: | May 31, 2005 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

| Assignee |
|---|

| Name: | ATARI, INC. | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 417 FIFTH AVENUE NEW YORK, NEW YORK 10016 | | |

| Correspondent |
|---|

| Correspondent Name: | ATARI, INC., C/O KRISTEN J. KELLER |
|---|---|
| Correspondent Address: | 417 FIFTH AVENUE NEW YORK, NY 10016 |

| Domestic Representative - Not Found |
|---|

| Assignment 8 of 11 |
|---|

| Conveyance: | SECURITY INTEREST | | |
|---|---|---|---|
| Reel/Frame: | 3288/0891 | Pages: | 5 |
| Date Recorded: | Apr. 13, 2006 | | |
| Supporting Documents: | assignment-tm-3288-0891.pdf | | |

| Assignor |
|---|

| Name: | HSBC BUSINESS CREDIT (USA) INC. | Execution Date: | Apr. 05, 2006 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

| Assignee |
|---|

| Name: | ATARI, INC. | | |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 417 FIFTH AVENUE NEW YORK, NEW YORK 10016 | | |

| Correspondent |
|---|

| Correspondent Name: | KRISTEN J. KELLER C/O ATARI, INC. |
|---|---|
| Correspondent Address: | 417 FIFTH AVENUE NEW YORK, NY 10016 |

| Domestic Representative - Not Found |
|---|

| Assignment 9 of 11 |
|---|

| Conveyance: | SECURITY INTEREST | | |
|---|---|---|---|
| Reel/Frame: | 3422/0480 | Pages: | 7 |
| Date Recorded: | Nov. 06, 2006 | | |
| Supporting Documents: | assignment-tm-3422-0480.pdf | | |

| Assignor |
|---|

| Name: | ATARI, INC. | Execution Date: | Nov. 03, 2006 |
|---|---|---|---|
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

| | Assignee | |
|---|---|---|
| **Name:** GUGGENHEIM CORPORATE FUNDING, LLC | | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** 135 EAST 57TH STREET, 7TH FLOOR<br>NEW YORK, NEW YORK 10022 | | |

| | Correspondent | |
|---|---|---|
| **Correspondent Name:** DUSAN CLARK, ESQ. | | |
| **Correspondent Address:** SIDLEY AUSTIN LLP<br>717 N. HARWOOD ST., SUITE 3400<br>DALLAS, TX 75201 | | |

**Domestic Representative - Not Found**

**Assignment 10 of 11**

| | | |
|---|---|---|
| **Conveyance:** ASSIGNMENT OF SECURITY INTEREST | | |
| **Reel/Frame:** 3663/0794 | **Pages:** | 8 |
| **Date Recorded:** Nov. 16, 2007 | | |
| **Supporting Documents:** assignment-tm-3663-0794.pdf | | |

| | Assignor | |
|---|---|---|
| **Name:** GUGGENHEIM CORPORATE FUNDING, LLC | **Execution Date:** | Oct. 23, 2007 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

| | Assignee | |
|---|---|---|
| **Name:** BLUEBAY HIGH YIELD INVESTMENTS (LUXEMBOURG) S.A.R.L. | | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | LUXEMBOURG |
| **Address:** C/O BLUEBAY ASSET MANAGEMENT<br>TIMES PLACE, 45 PALL MALL<br>LONDON, UNITED KINGDOM SW1Y 5JG | | |

| | Correspondent | |
|---|---|---|
| **Correspondent Name:** MATTHEW BART | | |
| **Correspondent Address:** WHITE & CASE LLP<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | | |

**Domestic Representative - Not Found**

**Assignment 11 of 11**

| | | |
|---|---|---|
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** 5089/0541 | **Pages:** | 23 |
| **Date Recorded:** Aug. 12, 2013 | | |
| **Supporting Documents:** assignment-tm-5089-0541.pdf | | |

| | Assignor | |
|---|---|---|
| **Name:** ATARI, INC. | **Execution Date:** | Aug. 09, 2013 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |

| | Assignee | |
|---|---|---|
| **Name:** STARDOCK SYSTEMS, INC | | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | MICHIGAN |
| **Address:** 15090 BECK ROAD<br>PLYMOUTH, MICHIGAN 48170 | | |

| | Correspondent | |
|---|---|---|
| **Correspondent Name:** GARY PERLMUTER | | |
| **Correspondent** 32000 NORTHWESTERN HWY. | | |

**Address:**  STE. 275
FARMINGTON HILLS, MI 48334

**Domestic Representative - Not Found**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,046,036

## United States Patent and Trademark Office

Registered Mar. 18, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## STAR CONTROL

ACCOLADE, INC. (CALIFORNIA CORPORA-
TION)
5300 STEVENS CREEK BLVD.
SAN JOSE, CA 95129

FOR: COMPUTER GAME SOFTWARE, AND
MANUALS SUPPLIED AS A UNIT THERE-

WITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 3–14–1989; IN COMMERCE
3–14–1989.

SER. NO. 75–095,591, FILED 4–29–1996.

JEFFREY SMITH, EXAMINING ATTORNEY

# EXHIBIT F

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  2046036     SERIAL NO:  75/095591     MAILING DATE:  06/23/2003
REGISTRATION DATE:  03/18/1997
MARK:  STAR CONTROL
REGISTRATION OWNER:  INFOGRAMES, INC.

**CORRESPONDENCE ADDRESS:**
DOREEN SMALL
INFOGRAMES, INC.
417 FIFTH AVENUE
NEW YORK, NY 10016

# NOTICE OF ACCEPTANCE
15  U.S.C.  Sec.  1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF ACKNOWLEDGEMENT
15  U.S.C.  Sec.  1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
028.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**


**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**


**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

# EXHIBIT G



## INTRODUCTION

*This document ontains everything you need to know to win Star Control II — The Ur-Quan Masters, plus a whole lot more. Secret histories will be revealed and dark motives hauled into the light of day. We'll also provide you with more details about the stars, planets, ships, and alien races than you can absorb in a light year (all right, maybe a light week).*

*There is only one rule about this book; it's not meant to be read. That's right, it's strictly to build your confidence. Having it handy assures that you can always find the answer to a perplexing problem. But to actually read it, well now, that's quite another matter. After all, you don't want to spoil the fun, do you? I mean, if you know all the secrets, the game won't be any challenge! Star Control II was hard to make, so it should be hard to play. Right? What's that? We may be crazier than a lobotomized mooncalf, but you're not! You have a point. Here, read all you want! The answer to every mystery is in your hands at a mere flip of a page. Now, if you'll excuse us, we're due for some serious couch time.*

*Enjoy! Enjoy!*

(developers of **Star Control II**)

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Peyle Clayett*

Acting United States Register of Copyrights and Director

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 799-000**

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| 1 | 24 | 1997 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

STAR CONTROL 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

VIDEO GAME INCLUDING AUDIOVISUAL MATERIALS, COMPUTER PROGRAM, TEXT AND GRAPHICS OF ACCOMPANYING MATERIALS AND MUSICAL SCORE.

## 2

**a NAME OF AUTHOR ▼**

ACCOLADE, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
AUDIO VISUAL MATERIALS, COMPUTER PROGRAM MUSIC, INSTRUCTIONAL MATERIALS

**NOTE**
Under the law, the "author" of

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
1996

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 09   Day ▶ 16   Year ▶ 96   ◀ Nation
USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ACCOLADE, INC.
5300 STEVENS CREEK BLVD
SAN JOSE, CA 95129

**See instructions before completing this space.**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED   JUL 09 1997
JAN 24 1997
ONE DEPOSIT RECEIVED
JUL 09 1997
TWO DEPOSITS RECEIVED
JAN 24 1997
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of 2

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205

**UNITED STATES COPYRIGHT OFFICE**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation   M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS**

---

*To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.*

**1** First party name given in the document
Atari, Inc.

**2** First title given in the document
Star Control 3
(IMPORTANT: *Please read instruction for this and other spaces.*)

**3** Total number of titles in the document
1

**4** Return receipt requested
☑ If checked, please enclose a self-addressed postage-paid envelope.

**5** Electronic title list enclosed
☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6** Amount of fee calculated
$105

**7** Fee enclosed
☒ Check          ☐ Money order

☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**8** Completeness of document
☑ All attachments referenced in this document are included.

☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9** Certification of photocopied documents
Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.

**NOTE:** This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____   Date **November 1, 2017**

Duly authorized agent of   **Stardock Systems, Inc.**

**10** Return to
Name   David L. May, Nixon Peabody LLP

Number/street   799 9th Street, NW        Apt/suite  500

City   Washington        State  DC        Zip  20001

Phone number   (202) 585-8000        Fax number  (202) 585-8080

Email   nptm@nixonpeabody.com

---

**SEND TO:** Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000

**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS   REVIEWED: 11/2014   Printed on recycled paper

## INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT

This INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT (this "*Agreement*") is entered into as of the Closing Date, as defined in the Purchase Agreement, by and among Atari, Inc., a Delaware corporation, Atari Interactive, Inc., a Delaware corporation, Humongous, Inc., a Delaware corporation, and California U.S. Holdings, Inc., a California corporation (collectively, the "*Assignors*") and Stardock Systems, Inc. ("*Assignee*"). Each capitalized term used and not otherwise defined herein has the meaning given to such term in the Purchase Agreement, dated as of July 18, 2013 (the "*Purchase Agreement*"), by and among Assignors and Assignee.

WHEREAS, the Assignors hold certain right, title and interest in and to the Intellectual Property set forth in <u>Schedule 1</u> attached hereto ("*Assigned Intellectual Property*");

WHEREAS, pursuant to the Approval Order and to the extent permitted by applicable law, on the terms and subject to the conditions set forth in the Purchase Agreement, the Assignor shall sell, convey, transfer, assign and deliver the Assigned Intellectual Property to Assignee; and

WHEREAS, the parties wish to confirm and memorialize their agreement with respect to the Assigned Intellectual Property, and through this Agreement, the parties are consummating said assignment.

NOW, THEREFORE, in consideration of the mutual agreements contained herein and in the Purchase Agreement, and expressly subject thereto, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignors and Assignee, intending to be legally bound, hereby agree as follows:

1.      <u>Assignment</u>.   The Assignors hereby convey, transfer, assign and deliver (collectively, the "*Assignment*") to Assignee all of Assignors' right, title and interest in and to the Assigned Intellectual Property and any and all goodwill symbolized thereby (as applicable), as set forth on <u>Schedule 1</u> attached hereto.

2.      <u>Recordation of Assignment</u>.  The Assignment may be made of record in any government and/or administrative authorities, including in the United States Patent and Trademark Office, as appropriate and desired by Assignee.

3.      <u>Expenses</u>.  Except as otherwise expressly provided in the Purchase Agreement, Assignors and Assignee will each bear its own costs and expenses incurred in connection with the preparation, execution and performance of this Agreement, including all fees and expenses of agents, representatives, financial advisors, legal counsel, and accountants.

4.      <u>No Representations</u>.  The Assignors and Assignee acknowledge that, other than as expressly provided herein, neither the Assignor nor the Assignee makes any representation or warranty whatsoever, express or implied.

5.      <u>No Third-Party Beneficiaries.</u>  Nothing in this Agreement shall create or be deemed to create any third party beneficiary rights in any Person not party to this Agreement or

to confer any rights or remedies upon any Person other than the parties hereto and their respective successors and permitted assigns.

6.  <u>Binding Effect</u>.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their successors and assigns.

7.  <u>Interpretation</u>. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms of this Agreement, the terms of the Purchase Agreement will govern.

8.  <u>Amendments and Waivers</u>.  This Agreement may not be amended or waived except in a writing executed by the party against which such amendment or waiver is sought to be enforced. No course of dealing between or among any persons having any interest in this Agreement will be deemed effective to modify or amend any part of this Agreement or any rights or obligations of any person under or by reason of this Agreement.

9.  <u>Governing Law and Jurisdiction</u>.  This Agreement shall be governed by and construed in accordance with the law of the State of New York, without regard to the conflicts of law rules of such state.  The parties hereto agree that, during the period from the date hereof until the date on which Assignees' Chapter 11 Case is closed or dismissed (the "***Bankruptcy Period***"), any suit, action or proceeding, seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby shall be brought exclusively in the Bankruptcy Court.  The parties further agree that, following the Bankruptcy Period, any suit, action or proceeding with respect to this Agreement or the transactions contemplated hereby shall be brought against any of the parties exclusively in either the United States District Court for the Southern District of New York or any state court of the State of New York located in such district, and each of the parties hereby irrevocably consents to the jurisdiction of such court and the Bankruptcy Court (and of the appropriate appellate courts therefrom) in any such suit, action or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action or proceeding in the such courts or that any such suit, action or proceeding which is brought in such courts has been brought in an inconvenient forum.  Process in any such suit, action or proceeding may be served on any party anywhere in the world, whether within or without the jurisdiction of the Bankruptcy Court, the United States District Court for the Southern District of New York or any state court of the State of New York.  Without limiting the foregoing, each party agrees that service of process on such party as provided in Section 10.01 of the Purchase Agreement shall be deemed effective service of process on such party.

10.  <u>Headings</u>.  The section headings contained in this Agreement are inserted for convenience only and will not affect in any way the meaning or interpretation of this Agreement.

11.  <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.  Signed PDF copies exchanged via electronic mail or facsimile copies of this Agreement shall legally bind the parties to the same extent as original documents.

IN WITNESS WHEREOF, this Agreement has been duly executed as of the Closing Date.

**ASSIGNORS**:

ATARI, INC.
By: _____
Name: _____
Title: _____

ATARI INTERACTIVE, INC.

By: _____
Name: _____
Title: _____

HUMUNGOUS, INC.

By: _____
Name: _____
Title: _____

CALIFORNIA U.S. HOLDINGS, INC.

By: _____
Name: _____
Title: _____

Signature Page to IP Assignment Agreement

Accepted and agreed as of the Closing Date:

**ASSIGNEE:**

STARDOCK SYSTEMS, INC.

By: _____

Name: _Bradley  Wardell_____

Title: _President | CEO_____

## Schedule 1.01(a)

List of Intellectual Property

*See Attached*

## Star Control 3 Copyright Registrations

| Game Title | Claimant | Registration # | Registration Date |
|---|---|---|---|
| Star Control 3 | Atari, Inc. | PA 799-000 | 1/24/97 |

# EXHIBIT I



**On Wed, Oct 16, 2013 at 3:13 PM, Paul Reiche <paulreiche@yahoo.com> wrote:**

Hi Brad,

As always, sorry for the tardy response.  One question Fred and I have -- what are the total Star Control rights and assets you acquired from Atari?

Thanks,

- Paul


**On Wed, Oct 16, 2013 at 4:05 PM, Brad Wardell <brad@stardock.com> wrote:**

Hi Paul,

What we received was the trademark and all of Accolade's publishing rights for the original trilogy (i.e. the ability to sell, distribute, market and promote) plus all code and assets for Star Control 3.

Brad


**On Oct 22, 2013, at 5:55 PM, Paul Reiche <paulreiche@yahoo.com> wrote:**

Hi Brad,

What was your cost on the trademark and publishing rights to SC1-3?

Thanks,

- Paul


**On Friday, October 25, 2013 7:39 PM, Brad Wardell <draginol@gmail.com> wrote:**

Hi guys,

Just wanted to check in to make sure you received my email.  Our cost to acquire the Star Control IP was between $300k and $400k.

It's looking like we're about to pass the point of no return (beginning to hire up for development). That said, even if you aren't looking to acquire the Star Control IP we can work with you in whatever capacity you'd like to help promote the Ur-Quan continuity in a future game.

Cheers,

B

**From: Paul Reiche [mailto:paulreiche@yahoo.com]**
**Sent: Tuesday, October 29, 2013 6:50 PM**

**To:** Brad Wardell
**Cc:** Brad Wardell; Fred Ford; Derek Paxton
**Subject:** Re: Star Control Plans

Hi Brad,

I've talked with Fred and I am afraid at this time we aren't interested in the Star Control assets you
purchased from Atari.  Thanks for the offer though.

- Paul

# EXHIBIT J

Case 4:17-cv-07025-SBA    Document 51-1   Filed 07/16/18    Page 243 of 348

Our Story     Press Room     Management     Images     Careers     Contact Us

## Stardock Announces Star Control: Origins

*Article posted on 10/18/2016*

**October 18, 2016 – Plymouth Michigan** - Stardock announced Star Control: Origins today.  Star Control: Origins is a sci-fi action/adventure game with many RPG elements set in the future where the player is the captain of Earth's first interstellar starship that explores a procedurally created galaxy, makes contact with various alien races, explores unique worlds, and engages in action packed battles, all while trying to unravel the complex intrigue that has the galaxy on the brink of chaos.

"We Earthlings are the newcomers to the galactic scene," said Brad Wardell, Executive Producer. "The dozen plus space-faring species have been hatching their schemes since before we got out of trees. Now, suddenly, they have to deal with those meddling apes from Sol 3 who threaten to upset the plot."

The game starts in the year 2086 with the unaware humans receiving a distress call from an alien ship that has crashed on the moon of Triton, leading to the formation of Star Control, an international space agency dedicated to protecting the Earth.  The player takes on the role of The Captain of Earth's first interstellar ship whose first mission is to investigate the distress signal.

Star Control: Origins represents a new start for the beloved franchise.  Stardock acquired the rights to Star Control 1/2/3 from Atari and since then has launched a new game studio in Towson Maryland specifically to create the new Star Control title. The classic series is available for sale on Stardock's newly launched StarControl.com website with players also able to pre-order Star Control: Origins and join the Founder's Program.

"Star Control is ultimately about us Earthlings exploring the galaxy, finding and talking to strange alien civilizations, and hopefully living to tell the tale," said Wardell. "We are hopeful those who remember the original trilogy will like the direction we're taking here while at the same time introducing a whole new generation to the awesomeness of a game that combined action, adventure, and roleplaying in a sci-fi game simultaneously."

Star Control: Origins is scheduled for release on PC and consoles with the PC release scheduled for 2017.

Players interested in joining the Founder's program for $35 will gain access to the upcoming beta program as well as access to the Founder's Vault, mod tools, private journals and more.

Visit www.starcontrol.com to join or get more details.

**Screenshots:**

  

Share this article



Recent articles

Long-Time Microsoft Veteran Kevin Unangst joins Stardock's Executive Team - *12/6/2017*

Star Control: Origins Fleet Battle Beta Begins Today - *11/16/2017*

Stardock has a New "Killer" App: Groupy - Organize Your Windows Together - *11/14/2017*

v2.6 for Ashes of the Singularity: Escalation is Now Available - *11/2/2017*

Midweek Madness: Save up to 70% on Galactic Civilizations III: Gold - *10/24/2017*

Star Control: Origins Pre-Orders Begin Today - *10/19/2017*

v2.6 for Galactic Civilizations III and the Crusade Expansion is Now Available - *10/12/2017*

Conspicuous Consumption DLC for Offworld Trading Company is Now Available - *10/9/2017*

Why Space? - *10/5/2017*

Ashes of the Singularity: Escalation Free Juggernaut DLC and v2.5 Update Now Available - *9/14/2017*

Enormous v2.5 Update for Galactic Civilizations III and Crusade Expansion Releases Today - *9/12/2017*

**RETURN TO PRESS ROOM ▶**

SOFTWARE        GAMES

# EXHIBIT K

# Star Control: Origins Fleet Battle Beta Begins Today

Published on Thursday, November 16, 2017 By Island Dog In Press Releases (Star Control)

Star Control: Origins is a **science-fiction adventure** game set in an open universe that puts the player as the captain of Earth's first interstellar vessel on a mission to find allies to help save humanity from certain annihilation. The new beta unlocks the **Fleet Battles** feature, where you'll assemble ships in a fleet and **engage in battle** with fleets controlled by either the computer, humans via the Internet, or even friends sitting at the same PC. Learn more [here](here).

WEBSITE       PURCHASE       COMMENT                                      0 Comments        3 Referrals

Tweet

Share

---

## Newsletters

Sign up to receive Stardock's latest news, release information and special offers.

**SUBSCRIBE NOW!**

---

## Stay Connected

---

## Active Discussions

› Galactic Civilization III v2.7 Patch (opt-in 12/7)
› Forum update: November 2017
› Holiday themed ships and weapons
› Stardock response to Paul and Fred
› Microsoft veteran Kevin Unangst Joins Stardock Executive Team

---

## Featured Event



Strategy Visions Series: New Episode

---

## New Events

› [a]listdaily: New Stardock VP Kevin Unangst To Focus On Broadening Brand's Reach
› Destructiod: Checking out the battle system of Star Control: Origins
› Hardcore Gamer: Fleet Battles Beta is a Good Start Towards the Return of Star Control: Origins
› Strategy Visions Series: New Episode
› DGA Plays: Star Control: Origins

---

## Categories

- ▸ Planets of the Singularity
- ▸ Elemental Series
- ▸ Events
- ▸ Galactic Civilizations III
- ▸ Galactic Civilizations Series
- ▸ GalCiv III Dev Journals
- ▸ Life, the Universe and Everything
- ▸ Offworld Trading Company
- ▸ PC Gaming
- ▸ Personal Computing
- ▸ Sins of a Solar Empire
- ▸ Sorcerer King
- ▸ Sorcerer King Dev Journals
- ▸ Star Control
- ▸ Stardock Journals

## Twitch.tv Broadcast



## Polls

Which of these is your favorite RTS of all time?

- ○ Starcraft
- ○ Supreme Commander
- ○ Total Annihilation
- ○ Company of Heroes
- ○ Command & Conquer

LOGIN TO VOTE    VIEW RESULTS



Object Desktop

Corporate Solutions

Start10

Fences

DeskScapes

Multiplicity

ObjectDock

Star Control

Ashes of the Singularity: Escalation

Galactic Civilizations III

Offworld Trading Company

Sins of a Solar Empire: Rebellion

Sorcerer King: Rivals

The Political Machine

## COMPANY

About

Management Team

Careers

Press Room

Store

Contact Us

## SUPPORT

My Account

Create an Account

Product Keys

Reset Password

Update Account Info



SIGN UP FOR OUR NEWSLETTER

EMAIL ADDRESS     SUBSCRIBE

© 2017 Stardock Corporation

# EXHIBIT L



# CREATORS OF STAR CONTROL II - THE UR-QUAN MASTERS

UPDATES FROM FRED FORD AND PAUL REICHE III

# LAUNCH FIGHTERS!

OCTOBER 09, 2017

It was almost exactly 25 years ago that we released *Star Control II® -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting,



hydra-fighting kind, as well as the exhausting stable-cleaning kind. Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we *don't* make a sequel. Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy. Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II*® *-- The Ur-Quan Masters,* called *Ghosts of the Precursors*™*.*

This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel. We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan, Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds, Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo), Umgah, Melmorme, Chmmr, Earthlings, Mycon, THE MARK II!, Slylandro, Utwig, Thraddash, Zoq-Fot-Pik, VUX Beast, Pkunk, the Keel-Verezy, and of course all new alien races to discover, befriend ...and/or be annigilate... I mean annihigate.. Damn! Well, you get the idea.

♥ 403 LIKES        ⤙ SHARE

🐦

Follow us on Twitter for news and updates.

# EXHIBIT M



# CREATORS OF STAR CONTROL II - THE UR-QUAN MASTERS

## UPDATES FROM FRED FORD AND PAUL REICHE III

# LAUNCH FIGHTERS!

### OCTOBER 09, 2017

It was almost exactly 25 years ago that we released *Star Control II® -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting,



hydra-fighting kind, as well as the exhausting stable-cleaning kind. Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we *don't* make a sequel. Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy. Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II®* -- *The Ur-Quan Masters,* called *Ghosts of the Precursors™.*

This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel. We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan, Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds, Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo), Umgah, Melmorme, Chmmr, Earthlings, Mycon, THE MARK II!, Slylandro, Utwig, Thraddash, Zoq-Fot-Pik, VUX Beast, Pkunk, the Keel-Verezy, and of course all new alien races to discover, befriend ...and/or be annigilate... I mean annihigate.. Damn! Well, you get the idea.

♥ 403 LIKES       ◄ SHARE

🐦

Follow us on Twitter for news and updates.

∨          ⬆ 4          ∨ 15          ⎵



**Fred and Paul** @Dogar_And_Kazon · Oct 11          ∨

Star Control 2 Is Getting A Sequel, 25 Years Later | Kotaku Australia (via @KotakuAU)



**Star Control 2 Is Getting A Sequel, 25 Years Later**

There were plenty of gamers who weren't even born when Star Control 2: The Ur-Quan Masters launched 25 years ago. But to mark the game's

kotaku.com.au

 1          ⇄ 10          ♡ 31          ✉



**Fred and Paul** @Dogar_And_Kazon · Oct 10

25 years later, Star Control 2 is getting a direct sequel



**25 years later, Star Control 2 is getting a direct sequel**

The original creators return for Ghosts of the Precursors.

pcgamer.com

 3       31       62      



NEWS PC

9

# Star Control creators working on direct sequel to Star Control 2

*Ghosts of the Precursors is their new "passion project"*

by *Michael McWhertor* | *@MikeMcWhertor* | *Oct 10, 2017, 12:00pm EDT*



The cover art for Accolade's 1992 classic, *Star Control 2*

# EXHIBIT N

⌄   ⌄ 4   ⌄ 13   ⎯



**Fred and Paul** @Dogar_And_Kazon · Oct 11    ⌄

Star Control 2 Is Getting A Sequel, 25 Years Later | Kotaku Australia (via
@KotakuAU)



**Star Control 2 Is Getting A Sequel, 25 Years Later**

There were plenty of gamers who weren't even born when Star Control 2:
The Ur-Quan Masters launched 25 years ago. But to mark the game's

kotaku.com.au

 1     10     31    



**Fred and Paul** @Dogar_And_Kazon · Oct 10

25 years later, Star Control 2 is getting a direct sequel



**25 years later, Star Control 2 is getting a direct sequel**

The original creators return for Ghosts of the Precursors.

pcgamer.com

 3       31       62      

# EXHIBIT O



**Fred and Paul**
@Dogar_And_Kazon

Creators of Star Control II - The Ur-Quan Masters. Founders of Toys For Bob. #starcontrol #ghostsoftheprecursors

Following

# EXHIBIT P



**Fred and Paul** @Dogar_And_Kazon · 10/11/17

Star Control 2 Is Getting A Sequel, 25 Years Later | Kotaku Australia (via @KotakuAU)



Star Control 2 Is Getting A Sequel, 25 Years Later

kotaku.com.au

💬 1   🔁 11   ♡ 32   ✉



🔁 Fred and Paul Retweeted

**Jesse / Dr. Spacezoo** @SmashRiot · 10/10/17

Excited that @Dogar_And_Kazon are back to make Star Control: Ghosts of the Precursors. SC2 was a big inspiration to Dr. Spacezoo's planets!



💬   🔁 3   ♡ 10   ✉



**Fred and Paul** @Dogar_And_Kazon · 10/10/17

25 years later, Star Control 2 is getting a direct sequel



25 years later, Star Control 2 is getting a direct sequel

pcgamer.com

💬 3   🔁 31   ♡ 61   ✉

# EXHIBIT Q



**Fred and Paul** @Dogar_And_Kazon · Oct 10

25 years later, Star Control 2 is getting a direct sequel



**25 years later, Star Control 2 is getting a direct sequel**

The original creators return for Ghosts of the Precursors.

pcgamer.com

 3       31       62     

# EXHIBIT R



# C R E A T O R S   O F   S T A R   C O N T R O L ®   I I

## UPDATES FROM FRED FORD AND PAUL REICHE III

# Fred and Paul

@Dogar_And_Kazon

Creators of Star Control® II - The Ur-Quan Masters. Founders of Toys For Bob. #urquanmasters #ghostsoftheprecursors

Novato, CA

dogarandkazon.squarespace.com

Joined October 2017

# EXHIBIT S

Pam,

Right now, art assistance would be the greatest help to finishing Star Control II. Everything else, the conversations and play-balancing, just can't be farmed-out. Preferably, this artist would be at Accolade.

Following is the list of remaining art tasks which I can farm-out, along with a time estimate.

## Animate Conversation Pics ( 6-8 hours)

>  Spathi Elders
>  Thraddash
>  Arilou
>  Druuge
>  Pkunk
>  Spathi on Pluto
>  Syreen
>  VUX
>  Umgah
>  Yehat
>  Talking Pet
>  Melnorme
>  Slylandro
>  Utwig

## Module Imagery (4 hours per module)

>  10 modules, a side, top and cut-away of each

## Revise Starbase image (1 day)

## Objects on Planet Surfaces (2 hours per image)

>  Precursor Treasure Troves
>  3 kinds of ruined cities
>  Generic Clue find
>  Wreck of an Ur-Quan Wreck
>  Syreen Ship Vault

## Device Imagery (30 minutes per image)

>  3 useless Druuge artifacts
>  Sun device
>  Bomb Device

RF000937

March 29, 1992

Paul Reiche III
Toys For Bob
1602 Grant Ave, #207
Novato, CA 94945

Pam Levins
Accolade Games
550 S. Winchester Blvd.
San Jose, CA 53128

Invoice for Star Control II Art Funds

Pam, here is the invoice for the remaining Star Control artwork, broken down by artist invoice. If you need any additional material from me, just let me know.  Thanks - Paul.

| Invoice Amount: | Invoice Date: | Invoice For: | |
|---|---|---|---|
| $1530 | 3-29-92 | Erol Otus: | Mycon Yehat Ilwrath Black Ur-Quan Slylandro Talking Pet |
| $250 | 3-23-92 | G.Barr: | Yehat Bridge |
| $250 Hyperspace | 3-17-92 | G.Barr: | Into |
| $250 Launch | 3-6-92 | G.Barr: | Flagship |

RF000961

$250          2-26-92        G.Barr:        Precursor Cave

$250          2-24-92        G.Barr:        Supox

$250          2-18-92        G.Barr:        Orz

$250          2-13-92        G.Barr:        Umgah

$250          2-11-92        G.Barr:        Chmmr

$250          2-5-92         G.Barr:        Colony World

$250          2-1-92         G.Barr:        Arilou

$250          1-31-92        G.Barr:        VUX

$250          1-22-92        G.Barr:        Shofixti
--------------------------------------------
$4530         Total Art expense 1-22-92 through 3-29-92

$4000         Invoice Amount

RF000962

Victory animation
4-6 other animations to embellish story high-points, ala Wing Commander
Possessions - (12 pics)
Draw module illustrations - (16 pics)
Crew pictures - (28 pics)
Alien Vessel "Big Pictures" - (12-28 pictures)
Animation in big alien pictures.

**Conclusion**

Assuming the schedule for Star Control 2 is kept as above, the time Paul spent on Star Control Sega will have a significant negative impact on how much art we can put in the new game. Under these circumstances, Star Control II may not be able to compete visually with Wing Commander and its sequels/variants. For Paul to do the additional art himself would require an additional 2-6 months, depending on just how much additional art was desired. Our suggestion to avert this situation is to find high-quality art assistance for Paul so that the schedule will not be pushed back. Any thoughts or ideas from your end?

RF001863

MARCH '91

FRED

Finishing touches to Super Melee
(Adding arrows to menus, and whatever other small items crop up)

Theft Protection
(Assuming this is just a variant of Professor Zorg.)

Hard Disk Installation Script

Additional sound board support
(Adlib Gold, SoundBlaster I & II, Microsoft?)

Platform Specific Art Low level loading code


PAUL

Theft protection art

Draw 22 module pictures

Convert 256 color art to 16 color


------------------------------------------------------------------

Things for which I believe I will need assistance to have completed in the given

Draw 15 alien conversation pictures - 30 days
(These are the pictures/animations which show who you are talking with.)


Things which would be really neato, and could make the product an eye-opener, bu

Draw 14 pictures of your combat ships - 14 days
(Images of the combat ships you can launch)

Draw 14 pictures of your enemies' combat ships - 14 days
(Images of the combat ships you are about to fight!)

An animation of your ships being launched - 3 days

An animation of your away team shuttles leaving the ship - 1 day

An extended opening animation, ala King's Quest or WC - 10-20 days

An extended victory animation, ala King's Quest or WC - 10-20 daysty anwËrÛn¯iòë

RF001872

# EXHIBIT T

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **STAR CONTROL II; SR 1-6080699230**.

1.   Automated email from Copyright Office on 12/12/2017 1:09:45 PM pertaining to the work identified as STAR CONTROL II, SR 1-6080699230.

2.   Automated email from Copyright Office on 12/12/2017 1:18:59 PM pertaining to the work identified as STAR CONTROL II, SR 1-6080699230.

3.  Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/21/2017 11:20:32 AM to Mark Palmer mark@palmerlex.com.

4.  Email to Gareth James, Registration Specialist, United States Copyright Office received 12/21/2017 12:26:00 PM from Mark Palmer mark@palmerlex.com.

5.  Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/21/2017 12:29:26 PM to Mark Palmer mark@palmerlex.com.

6.  Email to Gareth James, Registration Specialist, United States Copyright Office received 12/21/2017 2:49:48 PM from Mark Palmer mark@palmerlex.com.

7.  Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/21/2017 3:11:28 PM to Mark Palmer mark@palmerlex.com.

8.  Email to Gareth James, Registration Specialist, United States Copyright Office received 12/21/2017 4:30:55 PM from Mark Palmer mark@palmerlex.com.

9. Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/22/2017 11:28:19 AM to Mark Palmer mark@palmerlex.com.

10. Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/22/2017 12:25:55 PM to Mark Palmer mark@palmerlex.com.

11. Email to Gareth James, Registration Specialist, United States Copyright Office received 12/22/2017 1:17:51 PM from Mark Palmer mark@palmerlex.com.

12. Email to Gareth James, Registration Specialist, United States Copyright Office received 12/22/2017 1:18:52 PM from Mark Palmer mark@palmerlex.com.

13. Email to Gareth James, Registration Specialist, United States Copyright Office received 12/28/2017 1:19:45 PM from Mark Palmer mark@palmerlex.com.

14. Email from Gareth James, Registration Specialist, United States Copyright Office sent 12/28/2017 4:07:32 PM to Mark Palmer mark@palmerlex.com.

15. Email to Gareth James, Registration Specialist, United States Copyright Office received 12/28/2017 7:18:12 PM from Mark Palmer mark@palmerlex.com.

16. Email from Gareth James, Registration Specialist, United States Copyright Office sent 1/08/2018 1:32:37 PM to Mark Palmer mark@palmerlex.com.

17. Email to Gareth James, Registration Specialist, United States Copyright Office received 1/08/2018 1:58:20 PM from Mark Palmer mark@palmerlex.com.

18. Email to Gareth James, Registration Specialist, United States Copyright Office received 1/08/2018 2:35:29 PM from Mark Palmer mark@palmerlex.com.

19. Email from Gareth James, Registration Specialist, United States Copyright Office sent 1/08/2018 4:48:19 PM to Mark Palmer mark@palmerlex.com.

20. Notes of incoming call by GJ (Gareth James) from Mark Palmer on 1/10/2018, 1:50:00 PM.

21. Email to Gareth James, Registration Specialist, United States Copyright Office received 1/11/2018 11:42:41 AM from Mark Palmer mark@palmerlex.com.

22. Email to Gareth James, Registration Specialist, United States Copyright Office received 1/11/2018 1:17:38 PM from Mark Palmer mark@palmerlex.com.

23. Email from Gareth James, Registration Specialist, United States Copyright Office sent 1/18/2018 3:40:16 PM to Mark Palmer mark@palmerlex.com.

24. Email from Gareth James, Registration Specialist, United States Copyright Office sent 1/18/2018 4:11:36 PM to Mark Palmer mark@palmerlex.com.

25. Email to Gareth James, Registration Specialist, United States Copyright Office received 1/18/2018 5:57:07 PM from Mark Palmer mark@palmerlex.com.


**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on May 1, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

*Veronica Patten*

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

## Correspondence Activities Report

**SR** 1-6080699230
**Activity Type:** Email - Outbound
**Created on:** 12/12/2017 1:09:45 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Star Control II were received by the U.S.Copyright Office on 12/12/2017.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-6080699230 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-6080699230. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 12/12/2017 1:18:59 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-6080699230

File Name :star_control_ii_identifying_information.pdf
File Size :1230112 KB
Date/Time :12/12/2017 1:18:12 PM

File Name :star_control_ii_manual-full.pdf
File Size :1335228 KB
Date/Time :12/12/2017 1:18:13 PM

File Name :star_control_ii_source_code_sample-special_1992.pdf
File Size :222165 KB
Date/Time :12/12/2017 1:18:08 PM

[THREAD ID: 1-2SR1U67]

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 12/21/2017 11:20:32 AM
**Subject:** 1-6080699230 Star Control II
**Body:**

Dear Mr. Palmer:

I am working on your application to register this work and saw your note saying that an original CD was submitted by mail, however we don't have a record of receiving it. Can you tell me when it was sent and to what address, and if you have any tracking information for the package?

Best regards,
Gareth James
Registration Specialist, U.S. Copyright Office

Please note that if we do not receive a response to this message within 45 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 12/21/2017 12:26:00 PM
**Attachment:** Y
**Subject:** Re: 1-6080699230 Star Control II
**Body:**

Dear Mr. James:

Thank you.  The original disc was sent by FedEx to:
Special Handling
Copyright Recpt Analysis &Con
P.O. Box 71380
WASHINGTON DC 20024
US

According to FedEx Tracking No: 770977056909, it was delivered 12/14/2017 11:10, at
Service area code A1, and signed for by L. Bush.  Below is a screenshot from FedEx and
attached is the FedEx Proof of Delivery. I included the Shipping Slip with the materials,
and cut a slip and attached to the CD case, just in case.  We are really hoping you can track
it down soon.

I may be able to find another disc, but that could take additional time that we really don't
have right now given the pending litigation.

Your efforts are greatly appreciated.

If you need any information or other materials, my mobile is 415.336.7002 at your
convenience.

Regards,
Mark Palmer

**Activity Type:** Email - Outbound
**Created on:** 12/21/2017 12:29:26 PM
**Attachment:** Y
**Subject:** FW: Re: 1-6080699230 Star Control II
**Body:**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 12/21/2017 2:49:48 PM
**Attachment:** Y
**Subject:** Re: 1-6080699230 Star Control II
**Body:**

Dear Mr. James,

Please confirm receipt of the previous information I sent by email.  Have you had any luck finding the FedEx package with the disc?

Thanks,
Mark Palmer

**Activity Type:** Email - Outbound
**Created on:** 12/21/2017 3:11:28 PM
**Subject:** RE: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

I've requested a search for the CD and I'll let you know when I hear back from our Receipt Analysis &Control Division. I'm working from home today but I'll be in touch tomorrow when I'm back in the office.

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 12/21/2017 4:30:55 PM
**Attachment:** Y
**Subject:** Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Gareth,

Thanks for the update. I was just a little paranoid about making sure you got the tracking info. Your efforts to track down the disc are greatly appreciated.

Best regards,
Mark

**Activity Type:** Email - Outbound
**Created on:** 12/22/2017 11:28:19 AM
**Subject:** RE: Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

The game disc was delivered to me this morning, and I've forwarded your request for "special relief" to our staff attorney who handles those requests. I should hear back shortly since you filed the claim on a "special handling" expedited basis, however it might not be until some time next week because of the holiday and personal leave.

In the meantime, I have a couple of questions about the application:

First, you named Paul Reich III as an author and Paul Reiche II as a claimant, and I'm guessing one of them is a typo - can you tell me which is correct, assuming it's the same person?

Also, you gave the year of creation as 1992 and the date of first publication as 12/31/1992, however based on your note it seems you intended to register the 1993 3DO version. If that's the case, it seems the application should give the 1993 dates and exclude the previously published version, assuming there were copyrightable differences between them.

Finally, you described the claim as "audiovisual work" only and didn't refer to the program code, but in your note you wrote that "Applicant/Claimants are claiming copyrights in the Star Control II videogame, with all audiovisual materials, computer programming, text, graphics in the game and accompanying materials and musical score." Did Paul and Fred co-produce the A/V material and co-author the code? Please tell me each author's contribution to the work, including the musical score if it's a part of the claim.

In re: the score: unfortunately we aren't able to view the game on the disc from 1992 that you sent. If you want to include the music in the claim, you'll need to upload identifying material (audio or video sample files). Please let me know if you want to do this and I'll send upload instructions.

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Outbound
**Created on:** 12/22/2017 12:25:55 PM
**Subject:** FW: RE: Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

On re-reading your note, it seems as though you want to register the original 1992 version but you're requesting special relief to use the deposited code from 1993 - is that right? If so the 1992 dates you gave are fine.

Best,
Gareth

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 12/22/2017 1:17:51 PM
**Attachment:** Y
**Subject:** Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth, That is great. THANKS!

First, definitely typos. Paul Reiche III is correct and the same person. My apologies for the confusion.

Also, we are hoping to register the original Star Control II published by in 1992, rather than ported 3DO version of that same game developed and published in 93-94, basically the exact same underlying code, just ported to the 3DO console platform (rather than MS-DOS).

Finally, sorry I was unsure how/whether I needed to add the same author over and over for the same audiovisual work for each individual piece contributed to unitary work. For example, Paul wrote the fiction narrative, designed the game, did art, sound effects, etc. Fred actually programmed all the code at Paul's design direction, helped with design himself and sound effects. The "music score" itself was commissioned as part of the joint work. Since 1992 Fred and Paul have notified of and exercised their copyrights, without any claim by any other original contributors to the joint work (including for the music score). However, at this point, it may take some time to find the original audio or video samples of the score. So, it is best **not to include the musical score** as part of the claim given the time crunch and pending litigation.

Thanks again in advance and for helping out so close to Christmas. Much appreciated!

Regards,

Mark Palmer

**Activity Type:** Email - Inbound
**Created on:** 12/22/2017 1:18:52 PM
**Attachment:** Y
**Subject:** Re: FW: RE: Re: Re: 1-6080699230 Star Control II
**Body:**

That is correct the 3DO version release, including the earlier code samples were written and published beginning in 1993-94.  Yes the 1992 Original MS-DOS version.

Thanks again,
Mark

**Activity Type:** Email - Inbound
**Created on:** 12/28/2017 1:19:45 PM
**Attachment:** Y
**Subject:** Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth,

Just checking to confirm that you and the Copyright Office have everything they need from us to register the Star Control II game?

Thanks and Happy New Year.
Regards,

Mark Palmer

**Activity Type:** Email - Outbound
**Created on:** 12/28/2017 4:07:32 PM
**Subject:** RE: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

I haven't heard back about the special relief request, but I've forwarded it again to our staff attorney who might be on leave this week, so it's possible we won't be able to move forward until next week. I'll keep you posted.

In your descriptions of the authorship, you included references to the game design, which is unclear for registration purposes - generally the copyrightable elements of a videogame are the computer program code and the audiovisual material (artwork, graphics, sounds, music, animation). The design, in the sense of the idea/concept or format/layout, is not a copyrightable element.

Also, the game credits in the manual indicate that other people besides Fred and Paul contributed to the audiovisual material and the manual text and illustrations, and the Wikipedia article (https://en.wikipedia.org/wiki/Star_Control_II) suggests the game was produced on behalf of their company, Toys for Bob.

If everyone involved was working on behalf of the company (Inc.), then it would be considered the legal author as the employer in a "work made for hire," even if the company no longer exists or was bought out by another company. Was that the case? If so, please confirm and I'll amend the record to name Toys for Bob as the author of the "computer program and audiovisual material." Please refer to Circular 30 (https://www.copyright.gov/circs/circ30.pdf) for more information about "works made for hire."

In that case, we would need you to confirm the correct claimant(s), or the current owner(s) of all rights in the work. If the claimant(s) are not the author(s), also tell us the legal means by which the copyright was transferred, perhaps "by written agreement."

I'll be working from home tomorrow and able to answer your questions if you have any - please reply to let me know about the correct author(s)/claimant(s).

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]



**Activity Type:** Email - Inbound
**Created on:** 12/28/2017 7:18:12 PM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth,

Thanks. Happy to speak by phone with your staff attorney if that would help, my number is 415.336.7002.
No problem on the design issue, that can be excluded as appropriate. Fred and Paul audiovisual material (artwork, graphics, sounds, animation) all work, excluding music. What about the narrative and story in the game dialog and written copy or is that included by default? That was written by Paul.
We are not claiming a copyright in the manual (Sorry, I was under the impression it was needed to be included to explain the game), the manual and its contributors can be excluded as well.
Toys for Bob actually came a little later as an "Inc." and Wikipedia is a little off on the history and subtlety of the relationship. Fred and Paul retained their rights to the game, and actually carved it out of their employment agreement when TFB was acquired by Activision (I can send you a redacted copy if you need that). Any other copyrightable elements contributed to the game itself would likely be deemed either work for hire or, like Fred and Paul's individual work, contributions merged into inseparable or interdependent parts of a unitary whole, rather than individual authors at this point. The statue of limitation would have run out a couple of decades ago on any other joint owner claims, so Fred and Paul are the only known contributors of copyrightable elements that have current claims as "authors." Its been a long time and paperwork it spotty, but there may have been licensors Re: the music, but we are not claiming music given the previous limitations you pointed out, so hopefully we can carve that out.

To confirm: Fred and Paul are both the Claimants/Owners, by joint ownership or written agreement, and the Authors for the application. At this point, a non-contributor third-party is infringing Fred and Paul's work. To defend themselves and sustain a filing, they need their application as soon as possible. I realize these things take time and sincerely appreciate your efforts.

Thanks and Happy New Year,

Best,Gareth James

**Activity Type:** Email - Outbound
**Created on:** 01/08/2018 1:32:37 PM
**Subject:** RE: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

I'm sorry for the delay in getting back to you. I've heard from our staff attorney about the special relief request and she needs some more information before making a determination. Her questions were:

"I'm not clear what "ported to the 3DO console…" means. Is it a change in format or operating program? How much of the code changes? What are the changes? We need a more detailed explanation of the differences."

 Please reply with that information and I'll forward it for consideration.

Also, in re: the authorship: you wrote that "any other copyrightable elements contributed to the game itself would likely be deemed either work for hire or, like Fred and Paul's individual work, contributions merged into inseparable or interdependent parts of a unitary whole, rather than individual authors at this point. The statute of limitation would have run out a couple of decades ago on any other joint owner claims.."

We need to know whether the other contributions were "made for hire" or not - if not, then the other individuals should be named as joint authors and owners, assuming there wasn't a written transfer of the rights to Fred and Paul. The authorship of a work is determined when a work is created and does not change, and so your statement about the statute of limitation would not apply to the authorship (and potential ownership) of the game.

If the other contributions to the game itself were made for hire on behalf of Fred and Paul (i.e., created by salaried empoloyees or under the terms of written for-hire agreements), please let me know and I'll amend the record to indicate this.

I'll be in the office tomorrow if you'd like to discuss it over the phone - my direct line is (202) 707-6082.

Best,
Gareth James
Registration Specialist,
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 01/08/2018 1:58:20 PM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth, T
hanks for the information.  I will get some additional detail on the code from Fred Ford, who did 100% of the programming, but basically porting in this case means just making the same game work on a different platform (e.g. making a game designed for PC, run on XBOX or Play Station. Is the same game, art, visual and sound effects, music, and different narrative, just played on different hardware.
I would definitely love to speak tomorrow Re: the Authorship issues. I am confident once we talk, I can get you whatever you need or amend the application as required. What is a good time for you tomorrow?  Thanks again for everything!

Regards,
Mark Palmer

**Activity Type:** Email - Inbound
**Created on:** 01/08/2018 2:35:29 PM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth,

Here is the explanation from Fred Ford retarding what "ported to the 3DO console" means. Basically, when porting game code to a new device, there are portions that must change to support the device-specific input and output systems (e.g. graphics, audio, controller input). This is a small portion of the actual game code, the larger portion of which is device-agnostic and remains significantly unaltered. The primary goal of a port is to recreate the game experience of the original as closely as possible on a new device, and the best way to accomplish this is to change as little of the game's code as possible. So the code that makes Star Control a game is virtually unchanged, while the code to accept user input, display graphics, and emit audio is changed to support the new device.

Thanks,
Mark

**Activity Type:** Email - Outbound
**Created on:** 01/08/2018 4:48:19 PM
**Subject:** RE: Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Thanks Mark. I've sent on Fred's explanation and I should hear back shortly. I'm usually in the office from about 7 to 3:30 (Eastern Time), so I'm usually gone by about 12:30pm your time. Do you want to try for 2pm Eastern, 11am your time?

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Call - Inbound
**Created on:** 01/10/2018 1:50:00 PM
**Comments:**

GJ spoke with Mark Palmer on 1/10/18. He says it will be difficult at this point to
determine if the other authors of the A/V material were joint authors or employees-for-hire,
and he would like to amend the application to claim only in the computer program code
that was solely written by Fred Ford. He said that Mr. Ford and Paul Reiche are
co-claimants of the code by written agreement.

**Activity Type:** Email - Inbound
**Created on:** 01/11/2018 11:42:41 AM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth,

Thank you again for our telephone conversation yesterday.  Per our discussion, we would respectfully ask to amend our current copyright application to cover just the Star Control II game code, exclusively authored by Fred Ford, with Fred Ford and Paul Reiche, III as Claimant/Owners by written agreement. Hopefully, the nearly identical code sample successfully passes Special Consideration.
Thanks again for everything and we look forward to hearing from you.

Best regards,
Mark Palmer

**Activity Type:** Email - Inbound
**Created on:** 01/18/2018 1:17:38 PM
**Attachment:** Y
**Subject:** Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth,

Just checking in to see where we are and whether amending the application to just the the Game code is acceptable?  Sorry to bother, but we are in the process of preparing our responsive pleadings.  Thanks in advance,  Mark Palmer

**Activity Type:** Email - Outbound
**Created on:** 01/18/2018 3:40:16 PM
**Subject:** RE: Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Hi Mark,

I'm afraid I haven't heard back yet about the special relief request, but I've sent another status request to our staff attorney. She had to consult with someone higher up in the Registration Program. She is aware that the claim was filed on an expedited "special handling" basis.

I'll let you know as soon as I hear something.

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.
[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Outbound
**Created on:** 01/18/2018 4:11:36 PM
**Subject:** FW: RE: Re: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Mark,

As soon as I sent my last email below I heard that the special relief request has been granted.
So I will amend the application as we discussedf and approve the claim today, and you
should receive the official registration certificate in the mail shortly.

Best,
Gareth James

[THREAD ID:1-2TC4ZIQ]

**Activity Type:** Email - Inbound
**Created on:** 01/18/2018 5:57:07 PM
**Attachment:** Y
**Subject:** Re: FW: RE: Re: Re: Re: Re: 1-6080699230 Star Control II
**Body:**

Gareth.

Thank you for all your help and patience with my first time through the process.  I will improve.  Much appreciated and have a great weekend.


Best regards,
Mark Palmer

# EXHIBIT U



C R E A T O R S   O F   S T A R   C O N T R O L ®   I I

U P D A T E S   F R O M   F R E D   F O R D   A N D   P A U L   R E I C H E   I I I



# Star Control® I, II and III aren't for sale on GOG.com anymore -- How come?

DECEMBER 04, 2017

**We've decided to stop selling our old games, because:**

1. We think it's necessary to 'clear the decks' to help resolve our definitely-not-harmonious, until-recently-private, months-long conflict with Brad Wardell and his lawyers at Stardock.

2. The <u>Ur-Quan Masters HD Project</u> is a free, vastly superior experience.  Did we mention it's free?  Fans have been dedicated to improving UQM for 15 years and it is awesome!  Hopefully Star Control I and III will also become available for free in the near future.

**Why was it okay to sell the games on GoG, but not on Steam or elsewhere?**

The simple answer is because we have had our own direct distribution agreement with GOG since 2011 and no agreement with Stardock or Steam or anyone else.  If you're into details, here goes:

- In April 2011, we learned that Star Control I, II and III had been re-published on Good Old Games (GOG) — a big surprise since the games hadn't been sold for years and no one had contacted us for permission to do so.

- We reached out to GOG who said our games had been offered to them by Atari as part of a large batch of older Atari products.  We then contacted Atari to let them know that we were the original authors and owners of the copyright to the games *and* that we had not given permission for them to republish our work.   Atari checked with its lawyers and wrote back confirming our claims, apologizing to everyone for the mistake and informing GOG to remove the games from sale and pay any royalties earned to us.

- Instead we suggested a way that GOG could continue to sell our games.  GOG signed separate, independent contracts with: Atari to license the Star Control trademark, and us to license the rights to the games themselves.  GOG has been selling the games and paying us directly ever since.

- In October of this year, history repeated itself when Stardock began selling our games on Steam and elsewhere (even bundled with theirs), again *without* getting our permission.  This time we couldn't come to an agreement, so we asked that Stardock stop bundling and selling the games. They refused, so

Case 4:17-cv-07025-SBA   Document 51-1   Filed 07/16/18   Page 307 of 348

we've decided to end our 2011 distribution agreement with GOG as a first step to having the games pulled down.



♥ 6 LIKES     ≪ SHARE

❮ Newer     Older ❯

Follow us on Twitter for news and updates.

**Star Control** is a registered trademark of Stardock Systems, Inc

# EXHIBIT V





138

## Help Fred & Paul Save the Universe



**Share**   **Tweet**   123 shares

Fred and Paul (that's us!), creators of Star Control® II - The Ur-Quan Masters, need your help in defending ourselves against Stardock Systems®, Inc., which wants to strip us of our creative rights, property and even our history as creators of the game. The legal fees for our defense, paid **personally** by us, are estimated to reach $2,000,000. If you have enjoyed playing The Ur-Quan Masters™ -- if you loved Fwiffo or feared the Ur-Quan or admired the Syreen or wanted to know why the Melnorme bridge turned purple, please help if you can.



---

This campaign is trending!

**$8,162** of $2.0M goal

Raised by 136 people in 2 days

**Donate Now**

f **Share on Facebook**

Created June 22, 2018

 Frungy Defense Fund ✉
🏷 Creative
📍 NOVATO, CA

 PR    FF    ...

### Recent Donations ▾

 **$25**
Anonymous
28 mins ago

SF   **$100**
Sean Farley
33 mins ago

SS   **$100**
Scott Seaver
2 hours ago

 **$50**
Anonymous
7 hours ago

NW   **$25**
Nadav Wiener
9 hours ago

 **$50**
Anonymous
11 hours ago



## A 25 Year Mission

In the early 1990s we created an epic science fiction adventure, which was first published by Accolade® under the name Star Control II.  The gameplay was based on a unique, fun hybrid of Spacewar!-style spaceship combat set within a vast, non-linear narrative and featuring an unforgettable cast of aliens – some friendly, some deadly, others enchantingly beautiful.  In 1994, we created a new version of our game for the 3DO console, this time published by Crystal Dynamics®.  A dedicated fandom grew around the game and its universe.  This fandom expanded dramatically in 2002 when we released the game for free as an open source project with a new name, The Ur-Quan Masters .  It has been downloaded over 1.8 million times and is supported and improved by fans to this very day.

We vowed both publicly and privately to return to this universe we created, and in October of 2017 announced, in celebration of the game's 25th anniversary, that we were going to fulfill that promise with Ghosts of the Precursors™ , a continuation of the adventures begun in The Ur-Quan Masters.



## The Crimson Corporation

But then Stardock Systems Inc., led by CEO Brad Wardell , filed a lawsuit against us, seeking not just to prevent the creation of Ghosts of the Precursors and to take our past creative work, but also, bizarrely, to strip us of credit as creators of the original game.

So how did Stardock get involved in this?  In 2013 the corporation purportedly bought a few Star Control assets at a bankruptcy auction, but importantly **not** our games or creative work.  Shortly after the auction, Brad Wardell contacted us to see if we would help him make a new Star Control game, or at least license our creative work to Stardock.  We gave a clear 'no' to both offers, because we wanted to preserve our creative work for our own projects.  For the next 4 years Brad Wardell repeatedly asked to license the original material, and each time we rejected him, Brad assured us Stardock would never **ever** use any of our material without permission.  These assurances turned out to be false.

$50
11 hours ago

JR  $20
Jennifer Ramon
14 hours ago

TK  $50
tori khangure
16 hours ago

WM  $100
William Mitchell
16 hours ago

+ See More

Viewing 10 of 136 Donations

Shortly after we announced Ghosts of the Precursors, Stardock claimed they had always had rights to our original, creative material and began to bundle and sell our game without permission.  When we tried to stop these illegal sales, Stardock filed their lawsuit.

We (Fred and Paul) have worked together for 30 years and have seen almost everything the game industry has to offer, but have never seen or experienced a predatory legal attack like this -- an established, corporate publisher attempting to bully two lone developers into surrendering their most treasured game, characters and unique universe.



**Frungy! Frungy! Frungy!**

The cudgel Brad Wardell and Stardock hold over us is huge.  The legal defense fees could exceed $2,000,000 and must be paid by us personally.

We are willing to fight this battle to its end but need your help.  We are asking for contributions of any size to **The Frungy Defense Fund**.

If you have ever enjoyed one of our many games  or believe the rights to creative work should be respected,  we need your help.

Thank you, and please spread the word... and/or Juffo-Wup .

-     Fred Ford & Paul Reiche

Star Control is a registered trademark of Stardock Systems, Inc.

 **123** shares on Facebook

| | |
|---|---|
| Ask GoFundMe a Question | Report Campaign |

 **#1 Fundraising platform**
People have raised more money on GoFundMe than anywhere else.
**How it works**

 **GoFundMe Guarantee**
Your donation is protected. If anything is not right, we'll give you a full refund.
**Learn more**

 **Expert advice, 24/7**
Contact us with your questions and we'll answer, day or night.
**Get help**



English (US)

**Get Started**
How It Works
Why GoFundMe
Common Questions
Success Stories
Sign Up Now

**Top Categories**
Medical Fundraising
Memorial Fundraising
Charity Fundraising

**Learn More**
About Us
Blog
Press
Campaign Tips
We're Hiring!

**Get Support**
Help Center
Supported Countries & Currencies

© 2010-2018 GoFundMe   Terms   Privacy   Legal

# EXHIBIT W



CREATORS OF STAR CONTROL® II

UPDATES FROM FRED FORD AND PAUL REICHE III



## Now is the Time for the Frungy Defense Fund!

JUNE 22, 2018

Hi Again!  We have drifted out from behind the moon and our Burvixese Caster is once again able to reach your Hyperwave's bunny-ears.  What adventures we have had... and the Umgah gave us a gift!  But in checking our answering machine (they make a big comeback in 2077, BTW) we found quite a few messages asking how fans of The Ur-Quan Masters™ could support us in our legal battle with Stardock.  We had hoped that by now the Glorious Rainbow of Resolved Conflict would be shining, but instead are faced with the Howling Blood-Monkey of Eternal Litigation.  Therefore it is now time to launch...

## THE FRUNGY DEFENSE FUND

If you have ever enjoyed <u>one of our many games</u> or believe the rights to creative work should be respected, we need your help.

***Please, spread the word!***

♥ 56 LIKES        ⤢ SHARE



## Nope and Nope

MARCH 24, 2018

After declining Stardock's recent settlement, we offered our own settlement agreement last week. Paraphrasing from legalese our settlement states...

- Both sides agree not to interfere with each other's new game development moving forward.
- Both sides agree to contribute SCI, SCII and SC3 to the Ur-Quan Masters open source project for non-commercial use and to stop selling the games through any channels.
- Both side agree not to "pass off" or "free ride" on the other's good will or reputation.
- Fred and Paul won't infringe on the Star Dock's trademark and Stardock won't infringe on Fred and Paul's copyrights.
- Fred and Paul won't challenge Stardock's trademark registrations for "Star Control" and Stardock will



**Moby Games**

Search games, credits, companies...

Sign in   Register

Games   Forums   Updates ▾   Contribute ▾   ⤭   ♥


"Hey Google, how many grams of protein are in one egg?"

Google Home   Buy now

## Toys for Bob Inc.

Contribute

Main   History   Logos   Trivia   Links

### Overview

**Toys for Bob** is a North American game developer based in Novato, California. It was founded in 1989 by Paul Reiche III and Fred Ford. They are best known for their Star Control series. They also developed several console titles for Crystal Dynamics before their relationship ended in 2002. On May 3, 2005, Toys for Bob were acquired by Activision, becoming its wholly owned subsidiary.

[edit overview]



Logo first used 2016

[more logos | add logo]

### Games

| | |
|---|---|
| Call of Duty: WWII | (2017) |
| Star Control: The Ur-Quan Masters | (2017) |
| Crash Bandicoot: N. Sane Trilogy | (2017) |
| Skylanders: Imaginators | (2016) |
| Skylanders: Battlecast | (2015) |
| Skylanders: Trap Team | (2014) |
| Skylanders: Trap Team (Dark Edition Starter Pack) | (2014) |
| Skylanders Giants | (2012) |
| Skylanders Giants | (2012) |
| Skylanders Giants: Legendary Ignitor / Legendary Slam Bam / Legendary Jet-Vac | (2012) |
| Skylanders: Spyro's Adventure | (2011) |
| Madagascar: Escape 2 Africa | (2008) |
| Tony Hawk's Downhill Jam | (2006) |
| Madagascar | (2005) |
| Disney's Extreme Skate Adventure | (2003) |
| Majokko Daisakusen: Little witching mischiefs | (1999) |
| Unholy War, The | (1998) |
| Pandemonium 2 | (1997) |
| Pandemonium! | (1996) |
| Horde, The | (1994) |
| Star Control II | (1992) |
| Star Control | (1990) |

EXPERIENCE THE NEW BUICK

NEW 2018 BUICK ENCORE PREFERRED II

Price: $28,290
Stock #: B3228
VIN: KL4CBSBX8G23629

*Important info

Patrick Buick GMC & Used Car SuperCenter
Henrietta, NY

VIEW DETAILS

### Top Games

Most popular games as rated by MobyGames users.

5.0 Skylanders: Trap Team
4.8 Skylanders: Spyro's Adventure
3.9 Star Control II
3.8 Tony Hawk's Downhill Jam
3.8 The Unholy War
3.6 The Horde
3.6 Madagascar
3.6 Star Control
3.6 Pandemonium!
3.3 Pandemonium 2

### Trivia

Company address and contact information (2010):

**Toys For Bob**
4 Hamilton Landing, Suite 210
Novato, CA 94949-8247
USA
Phone: +1 415-881-9100
Fax: +1 415-898-2490
Email: alexness@toysforbob.com

[add trivia]

### Browse Games

- All Games
- Developed by
- Additional Development by
- Contributions by

### Related Web Sites

- Toys for Bob Inc. (official website)

[add site]

### List Games

- All Games
- Developed by
- Additional Development by
- Contributions by


BEST BUY   PRICE MATCH GUARANTEE   For details, see BestBuy.com/PMG
©2018 Best Buy

Roku - Streaming Stick - Black   $49⁹⁹   Shop Now

**🏠 MobyGames**
Home
FAQ
Standards
Patrons
Contact

**⏱ What's New**
New Games
Game Updates
New Reviews
New Companies
Changelog

**📊 Stats**
Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**💬 Community**
Forums
Facebook
Twitter
Google+
API

Moby Games    Like 7K    

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

MobyGames™ Copyright © 1999-2018 🔥 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Job's done." ⓘ



THE FIRST SURVIVOR OF ALZHEIMER'S DISEASE IS OUT THERE. alzheimer's association Join the fight at alz.org ▸

# MobyGames

Search games, credits, companies...

Games | Forums | Updates ⌄ | Contribute ⌄ | ⤬ | ♥

Sign in | Register

## Star Control: The Ur-Quan Masters (Windows)

Discuss | Review | + Want | + Have | Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Promo Art | Releases | Trivia | Hints | Specs | Ad Blurb | Rating Systems | Buy/Trade

[0 more | add cover]

**Published by**
Stardock Entertainment, Inc.
**Developed by**
Toys for Bob Inc.
**Released**
Oct 19, 2017
**Official Site**
Star Control: The Ur-Quan Masters
**Platform**
Windows

**Genre**
Action, Strategy/Tactics
**Perspective**
1st-person, Top-down
**Gameplay**
Shooter
**Vehicular**
Space Flight
**Setting**
Sci-Fi / Futuristic

**Critic Score**
100 point score based on reviews from various critics.

[view reviews | add review]

**User Score**
5 point score based on user ratings.

[score detail | rate game]

Buy at amazon.com | Buy at ebay

Not an American user?

AdChoices ▷
BlendMount
Innovative Mounting Solutions
Miles STRESS FREE
ALUMINUM DASHCAM MOUNT
KNOW MORE »
BLACKVUE

## Description

### Steam Store Description (from Ad Blurbs)

The classic action adventure game Star Control: The Ur-Quan Masters is here. Take command of the Vindicator, a prototype ship with endless upgrade potential. Discover new stars, explore new worlds, meet colorful alien races, wage wars and experience one of the most influential games in PC gaming history in its original form.

## About: Star Control 1

Mankind is about to be wiped off the face of the galactic map. A savage clutch of alien races called the Ur-Quan Hierarchy has become the "evil empire" of the 27th century- ruthlessly invading interstellar neighbors. Humanity is next on their list. Your job is to make sure that they don't succeed. The entire Alliance of Free Stars battlefleet awaits your orders.

neighbors. Humanity is next on their list. Your job is to make sure that they don't succeed. The entire Alliance of Free Stars battlefleet awaits your orders.

## About: Star Control 2

Arguably the greatest space adventure on PC, with tons of humor and memorable characters. You start in a nearly empty space-ship, but as the game progresses, you can upgrade it with many modules that affect the vessel's attributes. You can discover new stars, meet new alien races, wage wars, and boldly go where no man has gone before you. A truly exceptional exploration game that that has influenced the entire industry. While playing this gem, it's really fun to observe how many of its gameplay features were copied by modern AAA titles.

- The pack includes Star Control 1 and Star Control 2.
- 17th Best Game of all time, according to IGN.COM, and winner of many prestigious gaming awards
- A vast universe to explore, full of bizarre alien races, powerful ancient technologies and mysterious places
- Pulse-pounding action, side-splitting humor, and hair-raising plot twists

[add description]

## Screenshots

There are no Windows user screenshots for this game.

There are 6 other screenshots from other versions of this game or official promotional screenshots.

[add screenshots]

## Promo Images

   

[2 more | add promo images]

## Part of the Following Group

- Star Control series

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

There are no critic reviews for this game.

[add review]


BLACKVUE
Call Now: 888-497-8388
WWW.BLENDMOUNT.COM

### Credits

There are no game credits on file for this release of the game. Everything in MobyGames is contributable by users.

[add credits]

## Forums

| Topic | # Posts | Last Post |
|---|---|---|
| something rubs me the wrong way | 1 | Pseudo_Intellectual (59729) Dec 07, 2017 |

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

## Related Web Sites

- Star Control: The Ur-Quan Masters (official website)

Kennyannydenny (61346) added **Star Control: The Ur-Quan Masters** (Windows) on Dec 04, 2017





**MobyGames**

**Home**
FAQ
Standards
Patrons
Contact

**What's New**
New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**
Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**Community**
Forums
Facebook
Twitter
Google+
API

Moby Games    Like 7K    G+

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

MobyGames™ Copyright © 1999-2018 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Good thinking, little buddy."



Custom Vet Power Chair
Many Colors and Customizations For This Power Chair.
Make Your Lifestyle Better Today!
LEARN MORE
QUANTUM'

# Star Control II

Discuss   Review   + Want   + Have   Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Promo Art | Releases | Trivia | Hints | Specs | Ad Blurb | Rating Systems | Buy/Trade

**Published by**
Accolade, Inc.
**Developed by**
Toys for Bob Inc.
**Released**
Nov, 1992
**Platforms**
3DO, Android, DOS, GP2X, Linux, Macintosh, Windows

[11 more | add cover]

**Genre**
Role-Playing (RPG)
**Perspective**
Top-down
**Visual**
2D scrolling, Fixed / Flip-screen
**Pacing**
Real-Time
**Gameplay**
Arcade, Mini-Games
**Interface**
Direct Control
**Vehicular**
Space Flight
**Setting**
Sci-Fi / Futuristic

|  | Critic Score | User Score |
|---|---|---|
| DOS | 81 | 4.0 |
| 3DO | 77 | 3.6 |
| Windows | ... | 3.8 |

[add review | score detail | rate game]

Buy at amazon    Buy at amazon.com'    Buy at ebay

Not an American user?

## Description

Following an on-going war with the alien Ur-Quan race, the Alliance has lost. The Ur-Quan armada systematically hunts down the alliance races and imprisons them onto their homeworlds. However, unknown to the Ur-Quan, a small research vessel had been lost during the war while sent to a distant star system looking for evidence of the ancient Precursor race. The survivors of this research team had come across the controls to a Starship factory and used it to build a Precursor supply vessel, one of the largest vessels in the galaxy.

Upon return, the captain of the ship discovers, to his dismay, that Earth has become one of Ur-Quan's slave planets. The surface of Earth is glowing red, devoid of life, and a few humans are locked in a starbase orbiting the planet. The captain contacts the starbase commander and finds out that the only way to defeat the Ur-Quan is to convince other races populating the galaxy to join them in their struggle.

*Star Control II* is a hybrid game based on exploration, space combat, and ship customization. Unlike its predecessor, it has a heavily plot-driven, quest-based structure reminiscent of role-playing or adventure games. The game's main focus is on exploring a vast galaxy consisting of numerous star systems and interacting with various alien species populating it. Each species has their own personal traits and would usually require the player to exploit conversation trees or perform different

Hefty
HEFTY
ULTRA
STRONG™

exploring a vast galaxy consisting of numerous star systems and interacting with various alien species populating it. Each species has their own personal traits and would usually require the player to exploit conversation trees or perform different tasks to convince them to join. The one time the player will require combat capabilities is when the game's final boss is required to complete the game.

While in deep space, the starship can approach any star it comes across, and then the player can guide the ship around its system and land on its planets and their moons. Space is treated as two-dimensional and presented in a top-down view. There is also a starmap available which shows the entire galaxy and allows the player to set the ship on auto-pilot to any star.

Throughout space are different alien civilizations. These are represented on the starmap by a sphere of influence. Within the sphere, the aliens have a controlling presence and their ships will venture freely. Outside the sphere, encounters are rarer. Aliens can be dealt with diplomatically, through a series of dialog options, or engaged in combat.

Alongside the main plot objective, the player also configures and upgrades his fleet in a role-playing fashion. The main starship is the Precursor vessel and it can be used to travel between star systems, which uses up fuel. Raw materials are used as currency to make purchases in the starbase. It is possible to buy fuel, as well as improve the player-controlled fleet in various ways. These include purchasing smaller ships to accompany the main one on its travels and participate in combat; hiring crew members, which effectively act as the hit points of the ships; and upgrading the main ship with enhancements that improve its speed, maneuverability, and combat efficiency. Successfully completing a quest for an alien race may also result in their combat ships joining the fleet.

Raw materials are found on surfaces of planets and moons throughout the galaxy. The player has to send a landing module to the planet and then guide it around the surface as it picks up materials found earlier with a scanner. Each planet is unique in the type of minerals and metals it is formed of. Some planets are plagued by natural dangers such as lightning storms, earthquakes or lava, which can damage or destroy landing modules. Non-sentient lifeforms can also be found and stunned to obtain biological samples. Special installations, objects and ruins can also be found on certain planets and explored.

Combat is action-based and utilizes the same engine as the first game, where action is controlled from a top view and influenced by the gravity of nearby planets. Each alien vessel has unique abilities, and the player can select any ship from his fleet to participate in battles, attempting to find the best combination against specific enemies. Combat can also be played as a standalone game (melee mode), separate from the main storyline. It can also be set on a cyborg mode within the main game, allowing the computer AI to take over the battles and calculate their results depending on the attributes of the ships.

[edit description | view history]

## Screenshots

   

[69 more | add screenshots]

## Promo Images

   

[4 more | add promo images]

## Alternate Titles



### 3DO Credits

Original Programming & Technology:
Fred Ford

Game Design & Fiction:
Paul Reiche III

3DO Programming :
Ken Ford, Fred Ford, Brad Van Tighem

Producer:
Mark Wallace

3DO Production :
Paul Reiche III, Richard Antaki

Starring the voices of:
Richard Antaki (as Thraddash),
Alex Bennett (as Starbase Commander),
Rich Betz (as Ariloulaleelay and Druuge),
Roy Blumenfeld (as Zoq-Fot-Pik),
David Bryce (as Kohr-Ah; Ilwrath; Shofixti and Spathi), Lauren Forcella (as Supox),
Greg Johnson (as Orz; Pkunk and Utwig),
Bryce Leyland (as Yehat), Erol Otus (as Chmmr),
Paul Reiche III (as Mycon; Talking Pet; Victory Sequence),
Brad Van Tighem (as Slylandro Speaker),
Madeleine Wild (as Zoq-Fot-Pik; Syreen and VUX),
Larry Zee (as Umgah; Melnorme and Ur-Quan),
    840-AV [as Slylandro Probe],
Paul Reiche II (as Victory Sequence),
Arianna Reiche (as Victory Sequence),
Devin Reiche (as Victory Sequence)

[complete credits]

## Alternate Titles

- "The Ur-Quan Masters" -- *Android / PC / G2PX title*
- "Star Control II: The Ur-Quan Masters" -- *Tag-lined title*
- "Star Control 2" -- *Alternate spelling*

[add alternate title]

## Part of the Following Groups

- Middleware: SDL
- Star Control series

## User Reviews

| | | |
|---|---|---|
| A very disappointing masterpiece | DOS | Adam Luoranen (93) |
| [v1.0] A diamond in the rough that could well use **severe** polishing. | DOS | Indra is stressed ★ (20706) |
| Why it's not even best game of the year baffles me | DOS | R M (3) |
| Not just best sci-fi, but possibly best "game" period. | DOS | WizardX (117) |
| An incredible adventure such as is rarely seen. It inspires and satisfies. I have never played it's like, nor do I believe I ever shall again. | DOS | Steelysama (106) |
| The game that singlehandedly justified buying a 386. | DOS | Jonathan Daggar (5) |
| A Starflight clone. | Windows | Jeffrey Graw (61) |
| A breakthrough game in lots of aspects | DOS | vulture (17) |
| Manic Miner in Space | DOS | lucian (40) |
| Simply the best game ever! | DOS | Frumple ★ (1052) |

[10 more reviews | review game]

## Critic Reviews

| | | | | |
|---|---|---|---|---|
| The DOS Spirit | DOS | Dec 13, 2007 | 6 out of 6 | 100 |
| GameHippo.com | Windows | Mar 30, 2009 | ★★★★★★★★★★ | 100 |
| Video Games & Computer Entertainment | 3DO | Dec, 1994 | 9 out of 10 | 90 |
| Power Play | DOS | Nov, 1992 | 81 out of 100 | 81 |
| Game Players | DOS | Mar, 1993 | ★★★★★ | 80 |
| GamePro (US) | 3DO | Nov, 1994 | 4 out of 5 | 80 |
| ASM (Aktueller Software Markt) | DOS | Feb, 1993 | 9 out of 12 | 75 |
| Defunct Games | 3DO | Sep 24, 2005 | 72 out of 100 | 72 |
| Retroguiden | DOS | Jun 21, 2011 | 7 out of 10 | 70 |
| 7Wolf Magazine | Windows | Jul 30, 2003 | 7 out of 10 | 70 |

| 7Wolf Magazine | Windows | Jul 30, 2003 | 7 out of 10 | 70 |

[see more rankings | add review]

## Forums

| Topic | # Posts | Last Post |
| --- | --- | --- |
| Classic Game Postmortem: Star Control (I and II) | 2 | Pseudo_Intellectual (59729)<br>Jun 13, 2015 |
| Does anyone own the CD-ROM release? | 4 | Zeppin ★ (8426)<br>Aug 14, 2009 |
| Solution to the lack of an "objectives" screen | 4 | Pseudo_Intellectual (59729)<br>Nov 04, 2008 |
| This game is how I found out about mobygames | 5 | Indra is stressed ★ (20706)<br>Nov 03, 2008 |
| PC speaker support. | 4 | Servo (57406)<br>Jun 17, 2007 |

[list threads | new thread]

## Trivia

### Cancelled add-on

Fred Ford and Paul Reiche III confirm to have worked for four months on a add-on pack which was never completed due to Accolade's lack of interest.

### Development

Ford and Reiche disappeared to Alaska and worked on this game for an additional six months without pay. Only that during this time, the game grew from two to nine megabytes, thousands of dialogue lines were added, the digital music appeared and a complete galaxy with hundreds of stars and thousands of planets made its way into the game.

### Files

- The .SHP files are interchangeable meaning that you can rename them to swap them around. This can be used to change the ship you start with in the full game.
- All the music and victory ditties in the game are in .MOD format and can be extracted by a utility called a Mod Ripper.

### Freeware release

The game was released free to the public in 2002 by its original designers. Everything except the name *Star Control* (still owned by the publisher) is now freeware. However, it not the true open source of the DOS version. When Toys for Bob set out to release their code they found that a lot of it had simply been lost. However what was available was all of the source code for the 3DO version of the game. So what happened is that all of that code was ported to the open source project and then several portions of it that were "different from the PC version" (mostly menus and interface issues) were then later re-coded. Incidentally many things in the game can be set to "3DO mode" or "PC mode" via command line parameters explained in the readme.

### Influences

The game is suspiciously similar to the Starflight series of games. A direct comparison can be made of such gameplay ideas as the gathering of raw materials, the exploration of space, the coordinate map, even the alien diplomacy/interaction that makes this game famous. The first Starflight was able to do this years before *Star Control*.

### Mods

### Mods

A large-scale open-source project has been launched with the aim of updating *Star Control II* to run on pretty much all modern computers and operating systems, along with better graphics and other improvements. The homepage for the project is at http://sc2.sourceforge.net/.

### Music

Musician Aaron Grier:

> There was actually a contest for writing the music fo star control II advertised on comp.sys.amiga.audio. Nobody knew what game it was for, and Paul had asked a friend to troll usenet for entries. I submitted "Fuchia Fantasy" not even expecting it to be taken seriously, and ended up winning second place in the contest, (Riku being the big winner, of course,) which entitled me to $50 and a copy of the game when it came out. It took about a year after I was notified I had won for the paperwork and check to come, (along with an amusing apology,) and another six months or so after that for the game to actually get to me, (along with another amusing apology.) Both letters are still sitting somewhere in a box in my father's basement in Denver, and one of these days I'll have to dig through the files and post scans somewhere.

> Dan and Riku (who met through SC2) got together and formed the 8-bit collective, which turned into KLF, which begat KFMF, and is still going strong.

### Rainbow planets

If you discover the location of all the rainbow planets, they form an arrow pointing towards the galactic core (top right corner). The worlds were created by the Precursors and the arrow hints at where they disappeared to. The original purpose of the arrow was, according to the creators themselves, to point toward a single planet where the player would have an interactive conversation with the two creators. This was never completed.

### References

- Several of the new races in the game (such as the Orz) were named from alien words on the copy protection wheel for the first game. "Melnorme" is a rather obvious corruption of the singer Mel Torme's name.
- During the game, when talking to Starbase Commander Hayes, if the player chooses "The United Federation of Worlds!" when being prompted to name the new alliance, Hayes will say: "That has a familiar ring to it... nonetheless, we will make it so - The United Federation of Worlds!" This is an obvious reference to the United Federation of Planets from *Star Trek*.

### Stars and planets

Most of the Stars are named after real Stars, even though the distances and postions are mostly wrong. Their positions according to the starmap are actually hyperspace coordinates and not realspace coordinates. If you notice a little footnote in the bottom, it explains about this pretty clear.

The planet information is based on true astronomic readings and some of the parameters are calculated when you enter the planet. The planet surfaces are also calculated according to some of these parameters. When entering a star system, the planets are raytraced, which is the cause of the noticeable delay (on a 286 anyway) when entering a star system.

### Awards

- Computer Gaming World
  - October 1993 (Issue #111) – Adventure Game of the Year (together with Eric the Unready)
  - November 1996 (15th anniversary issue) - #29 in the "150 Best Games of All Time" list
  - November 1996 (15th anniversary issue) – #9 Most Rewarding Ending of All Time
  - September 2006 (Issue #266) – Introduced into the Hall of Fame
- GameSpy
  - 2001 – #26 Top Game of All Time
- VideoGames
  - March 1995 - Best Adventure Game in 1994

Information also contributed by Aaron Grier, Aj Hege, Arvin Chandra, Big John WV, Fafnir, Luka Milutinovic, PCGamer77, Tiago Santos, Tomer Gabel, Toni Maki, Vance, WildKard and WizardX

Information also contributed by Aaron Grier, Aj Hege, Arvin Chandra, Big John WV, Fafnir, Luka Milutinovic, PCGamer77, Tiago Santos, Tomer Gabel, Toni Maki, Vance, WildKard and Wizardy

[edit trivia]

## Related Web Sites

- Ganymede (Homepage of (among other things) the Pages of Now & Forever's official Star Control II walkthrough, a comprehensive guide to the game and its mysteries.)
- Infogramme/Accolade Tech Support (Has a link to the latest (last :) Star Control 2 patch.)
- More Control! (Webcomic Bob the Angry Flower spends an episode arbitrarily experiencing the world of SC2.)
- QuasiSpace (Another quality SC site.)
- Star Control 2 featured on PC Gamer! (This page has a screenshot from SC2 along with a featured description of MobyGames itself, scanned from the July 2000 issue of PC Gamer.)
- Star Control II SuperMelee Extended Reference (Covers the SuperMelee module of Star Control II for the 3DO. Most of the information also applies to the PC game.)
- Star Control Series Index (I've set up a section on DMOZ all about the Star Control series of games.)
- The Pages of Now & Forever (A -huge- Star Control II fan site with comprehensive information, humour and everything a fan could possibly want (including links to other fan sites) has been set up by Chad Darrenbacker. (Contributed by Tomer Gabel) )
- The Star Control Webring (A now frequently updated webring including most (if not all) of the major Star Control-related web sites.)
- The Ur-Quan Masters Project (A free, open-source, cross-platform port of Star Control II for Windows, MacOS X, Linux, all BSD, BeOS, and other SDL-supported platforms.)
- Time Warp (One of the more promising Star Control clones which emphasizes multiplayer (network, modem etc.) melee play.)

Contributed to by Trypticon (11030), WildKard (12984), Sciere 🔥 (505776), The cranky hermit (575), Multimedia Mike 🔥 (19807) and Tomer Gabel ⭐ (4642)



BlendMount®
Innovative Mounting Solutions

PROUDLY DESIGNED AND MANUFACTURED IN UNITED STATES OF AMERICA

BUY NOW

AdChoices

### 🏠 MobyGames

Home
FAQ
Standards
Patrons
Contact

### 🕐 What's New

New Games
Game Updates
New Reviews
New Companies
Changelog

### ᕯ Stats

Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

### 💬 Community

Forums
Facebook
Twitter
Google+
API

Moby Games

👍 Like 7K

 G+

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

MobyGames™ Copyright © 1999-2018 🔥 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.



gofundme



138

This campaign is trending!

**$8,162** of $2.0M goal

Raised by 136 people in 2 days

**Donate Now**

**f** Share on Facebook

Created June 22, 2018

 Frungy Defense Fund ✉
🏷 Creative
📍 NOVATO, CA

PR   FF   ...

# Help Fred & Paul Save the Universe

**f** Share        🐦 Tweet                📈 **123** shares

Fred and Paul (that's us!), creators of Star Control® II - The Ur-Quan Masters , need your help in defending ourselves against Stardock Systems®, Inc., which wants to strip us of our creative rights, property and even our history as creators of the game. The legal fees for our defense, paid **personally** by us, are estimated to reach $2,000,000. If you have enjoyed playing The Ur-Quan Masters™ -- if you loved Fwiffo or feared the Ur-Quan or admired the Syreen or wanted to know why the Melnorme bridge turned purple , please help if you can.



**Recent Donations** ▾

 **$25**
Anonymous
28 mins ago

SF **$100**
Sean Farley
33 mins ago

SS **$100**
Scott Seaver
2 hours ago

 **$50**
Anonymous
7 hours ago

NW **$25**
Nadav Wiener
9 hours ago

 **$50**
Anonymous
11 hours ago



## A 25 Year Mission

In the early 1990s we created an epic science fiction adventure, which was first published by Accolade® under the name Star Control II.  The gameplay was based on a unique, fun hybrid of Spacewar!-style spaceship combat set within a vast, non-linear narrative and featuring an unforgettable cast of aliens – some friendly, some deadly, others enchantingly beautiful.  In 1994, we created a new version of our game for the 3DO console, this time published by Crystal Dynamics®.  A dedicated fandom grew around the game and its universe.  This fandom expanded dramatically in 2002 when we released the game for free as an open source project with a new name, The Ur-Quan Masters .  It has been downloaded over 1.8 million times and is supported and improved by fans to this very day.

We vowed both publicly and privately to return to this universe we created, and in October of 2017 announced, in celebration of the game's 25th anniversary, that we were going to fulfill that promise with Ghosts of the Precursors™ , a continuation of the adventures begun in The Ur-Quan Masters.



## The Crimson Corporation

But then Stardock Systems Inc., led by CEO Brad Wardell , filed a lawsuit against us, seeking not just to prevent the creation of Ghosts of the Precursors and to take our past creative work, but also, bizarrely, to strip us of credit as creators of the original game.

So how did Stardock get involved in this?  In 2013 the corporation purportedly bought a few Star Control assets at a bankruptcy auction, but importantly **not** our games or creative work.  Shortly after the auction, Brad Wardell contacted us to see if we would help him make a new Star Control game, or at least license our creative work to Stardock.  We gave a clear 'no' to both offers, because we wanted to preserve our creative work for our own projects.  For the next 4 years Brad Wardell repeatedly asked to license the original material, and each time we rejected him, Brad assured us Stardock would never **ever** use any of our material without permission.  These assurances turned out to be false.

$50
Anonymous
11 hours ago


$20
Jennifer Ramon
14 hours ago


$50
tori khangure
16 hours ago


$100
William Mitchell
16 hours ago

+ See More

Viewing 10 of 136 Donations

Shortly after we announced Ghosts of the Precursors, Stardock claimed they had always had rights to our original, creative material and began to bundle and sell our game without permission. When we tried to stop these illegal sales, Stardock filed their lawsuit.

We (Fred and Paul) have worked together for 30 years and have seen almost everything the game industry has to offer, but have never seen or experienced a predatory legal attack like this -- an established, corporate publisher attempting to bully two lone developers into surrendering their most treasured game, characters and unique universe.



**Frungy! Frungy! Frungy!**

The cudgel Brad Wardell and Stardock hold over us is huge. The legal defense fees could exceed $2,000,000 and must be paid by us personally.

We are willing to fight this battle to its end but need your help. We are asking for contributions of any size to **The Frungy Defense Fund**.

If you have ever enjoyed one of our many games or believe the rights to creative work should be respected, we need your help.

Thank you, and please spread the word... and/or Juffo-Wup .

- Fred Ford & Paul Reiche

Star Control is a registered trademark of Stardock Systems, Inc.



📈 **123** shares on Facebook

| | |
|---|---|
| Ask GoFundMe a Question | Report Campaign |



**#1 Fundraising platform**
People have raised more money on GoFundMe than anywhere else.
**How it works**



**GoFundMe Guarantee**
Your donation is protected. If anything is not right, we'll give you a full refund.
**Learn more**



**Expert advice, 24/7**
Contact us with your questions and we'll answer, day or night.
**Get help**



English (US) ▾

**Get Started**
How It Works
Why GoFundMe
Common Questions
Success Stories
Sign Up Now

**Top Categories**
Medical Fundraising
Memorial Fundraising
Charity Fundraising

**Learn More**
About Us
Blog
Press
Campaign Tips
We're Hiring!

**Get Support**
Help Center
Supported Countries & Currencies

© 2010-2018 GoFundMe   Terms   Privacy   Legal

   

# EXHIBIT X



Log in or Sign up

>doesn't scale to your level<

| Home | **Forums** | Shoutbox | Members |

Recent Posts

Tacticular Cancer: We'll have your balls

Home ▶ Forums ▶ Gaming Discussion ▶ **General Gaming**

Welcome to **rpgcodex.net**, a site dedicated to discussing computer based role-playing games in a free and open fashion. We're less strict than other forums, but please <u>refer to the rules</u>.

**"This message is awaiting moderator approval":** All new users must pass through our moderation queue before they will be able to post normally. Until your account has "passed" your posts will only be visible to yourself (and moderators) until they are approved. Give us a week to get around to approving / deleting / ignoring your mundane opinion on crap before hassling us about it. Once you have passed the moderation period (think of it as a test), you will be able to post normally, just like all the other retards.

## Star Control: Ghosts of the Precursors - sequel from original creators!

Discussion in 'General Gaming' started by MRY, Oct 10, 2017.

FORGE YOUR PATH WITH TWO NEW HEROES!
PLAY FOR FREE

**Page 1 of 2**    1    [ 2 ]    [ Next > ]

| | |
|---|---|
| **MRY** | Oct 10, 2017    Stats    Ignoring    #1 |

**MRY**
🙂 gender: ♀
Wormwood Studios
DEVELOPER



Joined:       Aug 15, 2012
Parrots:            3,079
Location:         California

https://dogarandkazon.squarespace.com/

### LAUNCH FIGHTERS!

It was almost exactly 25 years ago that we released *Star Control II® -- The Ur-Quan Masters* for DOS PCs. We poured our hearts into the game, blending our love for classic science fiction, *Spacewar!*-style action gameplay and our own quirky sense of humor. We had tons of help from many talented friends and collaborators, but even so getting the game across the finish line was a herculean effort -- both the exciting, hydra-fighting

9 ADHD QUESTIONS YOU MAY BE OVERLOOKING.

FIND OUT MORE ▶

528120 03/17

Click here and disable ads!

kind, as well as the exhausting stable-cleaning kind. Pretty much ever since then, fans have been politely asking us to create a sequel, sometimes begging for a sequel, even threatening us if we *don't* make a sequel. Our answer was always, "We *really* want to do this, we just need to wait until the time is right" -- kind of like Cthulhu awakening, but less end-of-the-worldy. Well, the stars have finally aligned -- we are now working on a direct sequel to *Star Control II® -- The Ur-Quan Masters,* called *Ghosts of the Precursors™.*



This is a passion project for us and we have committed to dedicating some of our own time to creating a true sequel. We are early, *early* in development, but rest assured, the game will include genuine Ur-Quan,Precursors, Super-Melee, Umgah, VUX, Supox, THE ULTRON!, Druuge, Arilou Lalee'lay, Orz, Androsynth, Rainbow Worlds, Ilwrath, Syreen, Mmrnmhrm, Yehat, Shofixti, Spathi (including the ever-terrified Fwiffo),Umgah, Melmorme, Chmmr, Earthlings, Mycon, THE MARK II!, Slylandro, Utwig, Thraddash, Zoq-Fot-Pik,VUX Beast, Pkunk, the Keel-Verezy, and of course all new alien races to discover, befriend ...and/or be annigilate... I mean annihigate.. Damn! Well, you get the idea.



O.O

Like a valiant but bumbling soldier whose corpse becomes the stepladder for a hero, *The Long Journey Home* has done the work the gods set it for it.

Last edited by a moderator: Oct 10, 2017

Wormwood Studios

^ Top

**Poos**
gender: ☿
Arcane

Oct 10, 2017   Stats   Ignoring                                                   #3

stardock huh



probably going to be burned at the stake here but i absolutely love sins of a solar empire so cautiously optimistic

Old x 1

^ Top

**MRY**
gender: ☿
Wormwood Studios
DEVELOPER

Joined:        Aug 15, 2012
Parrots:       3,079
Location:      California

Oct 10, 2017   Stats   Ignoring                                            #4

No, Stardock has their own game (old news) that's nearly done. This is separate.

Wormwood Studios

Agree x 1    Yes x 1    Informative x 1

^ Top



CREATORS OF STAR CONTROL® II

UPDATES FROM FRED FORD AND PAUL REICHE III



## Now is the Time for the Frungy Defense Fund!

JUNE 22, 2018

Hi Again!  We have drifted out from behind the moon and our Burvixese Caster is once again able to reach your Hyperwave's bunny-ears.  What adventures we have had... and the Umgah gave us a gift!  But in checking our answering machine (they make a big comeback in 2077, BTW) we found quite a few messages asking how fans of The Ur-Quan Masters™ could support us in our legal battle with Stardock.  We had hoped that by now the Glorious Rainbow of Resolved Conflict would be shining, but instead are faced with the Howling Blood-Monkey of Eternal Litigation.  Therefore it is now time to launch...

## THE FRUNGY DEFENSE FUND

If you have ever enjoyed <u>one of our many games</u> or believe the rights to creative work should be respected, we need your help.

*Please, spread the word!*

♥ 56 LIKES     ⬍ SHARE



## Nope and Nope

MARCH 24, 2018

After declining Stardock's recent settlement, we offered our own settlement agreement last week.
Paraphrasing from legalese our settlement states...

- Both sides agree not to interfere with each other's new game development moving forward.
- Both sides agree to contribute SCI, SCII and SC3 to the Ur-Quan Masters open source project for non-commercial use and to stop selling the games through any channels.
- Both side agree not to "pass off" or "free ride" on the other's good will or reputation.
- Fred and Paul won't infringe on the Star Dock's trademark and Stardock won't infringe on Fred and Paul's copyrights.
- Fred and Paul won't challenge Stardock's trademark registrations for "Star Control" and Stardock will



Moby Games

Search games, credits, companies...   🔍

Games   Forums   Updates ▾   Contribute ▾   ⤧   ❤

Sign in   Register

ⓘ
"Hey Google, how many grams of protein are in one egg?"   Google Home   [Buy now]

## Toys for Bob Inc.   [Contribute]

Main   History   Logos   Trivia   Links

### Overview

**Toys for Bob** is a North American game developer based in Novato, California. It was founded in 1989 by Paul Reiche III and Fred Ford. They are best known for their Star Control series. They also developed several console titles for Crystal Dynamics before their relationship ended in 2002. On May 3, 2005, Toys for Bob were acquired by Activision, becoming its wholly owned subsidiary.

[edit overview]



Logo first used 2016

[more logos | add logo]

### Games

| | |
|---|---|
| Call of Duty: WWII | (2017) |
| Star Control: The Ur-Quan Masters | (2017) |
| Crash Bandicoot: N. Sane Trilogy | (2017) |
| Skylanders: Imaginators | (2016) |
| Skylanders: Battlecast | (2015) |
| Skylanders: Trap Team | (2014) |
| Skylanders: Trap Team (Dark Edition Starter Pack) | (2014) |
| Skylanders Giants | (2012) |
| Skylanders Giants | (2012) |
| Skylanders Giants: Legendary Ignitor / Legendary Slam Bam / Legendary Jet-Vac | (2012) |
| Skylanders: Spyro's Adventure | (2011) |
| Madagascar: Escape 2 Africa | (2008) |
| Tony Hawk's Downhill Jam | (2006) |
| Madagascar | (2005) |
| Disney's Extreme Skate Adventure | (2003) |
| Majokko Daisakusen: Little witching mischiefs | (1999) |
| Unholy War, The | (1998) |
| Pandemonium 2 | (1997) |
| Pandemonium! | (1996) |
| Horde, The | (1994) |
| Star Control II | (1992) |
| Star Control | (1990) |

### Trivia

Company address and contact information (2010):

**Toys For Bob**
4 Hamilton Landing, Suite 210
Novato, CA 94949-8247
USA
Phone: +1 415-881-9100
Fax: +1 415-898-2490
Email: alexness@toysforbob.com

[add trivia]

### Related Web Sites

- Toys for Bob Inc. (official website)

[add site]

### Top Games

Most popular games as rated by MobyGames users.

5.0 Skylanders: Trap Team
4.8 Skylanders: Spyro's Adventure
3.9 Star Control II
3.8 Tony Hawk's Downhill Jam
3.8 The Unholy War
3.6 The Horde
3.6 Madagascar
3.6 Star Control
3.6 Pandemonium!
3.3 Pandemonium 2

### Browse Games

- All Games
- Developed by
- Additional Development by
- Contributions by

### List Games

- All Games
- Developed by
- Additional Development by
- Contributions by


BEST BUY   $ PRICE MATCH GUARANTEE   For details, see BestBuy.com/PMG   Roku - Streaming Stick - Black   $49⁹⁹   [Shop Now]

🏠 MobyGames
Home
FAQ
Standards
Patrons
Contact

⏱ What's New
New Games
Game Updates
New Reviews
New Companies
Changelog

📊 Stats
Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

💬 Community
Forums
Facebook
Twitter
Google+
API

Moby Games   👍 Like 7K   

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!



# Star Control: The Ur-Quan Masters (Windows)

Discuss    Review    + Want    + Have    Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Promo Art | Releases | Trivia | Hints | Specs | Ad Blurb | Rating Systems | Buy/Trade

**Published by**
Stardock Entertainment, Inc.
**Developed by**
Toys for Bob Inc.
**Released**
Oct 19, 2017
**Official Site**
Star Control: The Ur-Quan Masters
**Platform**
Windows

**Genre**
Action, Strategy/Tactics
**Perspective**
1st-person, Top-down
**Gameplay**
Shooter
**Vehicular**
Space Flight
**Setting**
Sci-Fi / Futuristic

**Critic Score**
100 point score based on reviews from various critics.

[view reviews | add review]

**User Score**
5 point score based on user ratings.

[score detail | rate game]

[0 more | add cover]

Not an American user?

## Description

### Steam Store Description (from Ad Blurbs)

The classic action adventure game Star Control: The Ur-Quan Masters is here. Take command of the Vindicator, a prototype ship with endless upgrade potential. Discover new stars, explore new worlds, meet colorful alien races, wage wars and experience one of the most influential games in PC gaming history in its original form.

### About: Star Control 1

Mankind is about to be wiped off the face of the galactic map. A savage clutch of alien races called the Ur-Quan Hierarchy has become the "evil empire" of the 27th century- ruthlessly invading interstellar neighbors. Humanity is next on their list. Your job is to make sure that they don't succeed. The entire Alliance of Free Stars battlefleet awaits your orders.

neighbors. Humanity is next on their list. Your job is to make sure that they don't succeed. The entire Alliance of Free Stars battlefleet awaits your orders.

## About: Star Control 2

Arguably the greatest space adventure on PC, with tons of humor and memorable characters. You start in a nearly empty space-ship, but as the game progresses, you can upgrade it with many modules that affect the vessel's attributes. You can discover new stars, meet new alien races, wage wars, and boldly go where no man has gone before you. A truly exceptional exploration game that that has influenced the entire industry. While playing this gem, it's really fun to observe how many of its gameplay features were copied by modern AAA titles.

- The pack includes Star Control 1 and Star Control 2.
- 17th Best Game of all time, according to IGN.COM, and winner of many prestigious gaming awards
- A vast universe to explore, full of bizarre alien races, powerful ancient technologies and mysterious places
- Pulse-pounding action, side-splitting humor, and hair-raising plot twists

[add description]

## Screenshots

There are no Windows user screenshots for this game.

There are 6 other screenshots from other versions of this game or official promotional screenshots.

[add screenshots]

## Promo Images

   

[2 more | add promo images]

## Part of the Following Group

- Star Control series

## User Reviews

There are no reviews for this game.

[review game]

## Critic Reviews

There are no critic reviews for this game.

[add review]



Call Now: 888-497-8388
WWW.BLENDMOUNT.COM

### Credits

There are no game credits on file for this release of the game. Everything in MobyGames is contributable by users.

[add credits]

## Forums

| Topic | # Posts | Last Post |
|-------|---------|-----------|
| something rubs me the wrong way | 1 | Pseudo_Intellectual (59729) <br> Dec 07, 2017 |

[new thread]

## Trivia

There is no trivia on file for this game.

[add trivia]

## Related Web Sites

- Star Control: The Ur-Quan Masters (official website)

Kennyannydenny (61346) added **Star Control: The Ur-Quan Masters** (Windows) on Dec 04, 2017





**MobyGames**

Home
FAQ
Standards
Patrons
Contact

**What's New**

New Games
Game Updates
New Reviews
New Companies
Changelog

**Stats**

Top Games
Bottom Games
Top Contributors
Database Stats
Most Wanted

**Community**

Forums
Facebook
Twitter
Google+
API

Video game information, credits, reviews,
box covers, screenshots and more for 200+
video game platforms from 1950 to date!

MobyGames™ Copyright © 1999-2018 🔥 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

"Good thinking, little buddy." ⓘ



MobyGames

Search games, credits, companies...

Games | Forums | Updates ▾ | Contribute ▾

Sign in | Register

Custom Vet Power Chair
Many Colors and Customizations For This Power Chair.
Make Your Lifestyle Better Today!

QUANTUM'

LEARN MORE

## Star Control II

Discuss   Review   + Want   + Have   Contribute

Main | Credits | Screenshots | Reviews | Cover Art | Promo Art | Releases | Trivia | Hints | Specs | Ad Blurb | Rating Systems | Buy/Trade

**Published by**
Accolade, Inc.
**Developed by**
Toys for Bob Inc.
**Released**
Nov, 1992
**Platforms**
3DO, Android, DOS, GP2X, Linux, Macintosh, Windows

[11 more | add cover]

**Genre**
Role-Playing (RPG)
**Perspective**
Top-down
**Visual**
2D scrolling, Fixed / Flip-screen
**Pacing**
Real-Time
**Gameplay**
Arcade, Mini-Games
**Interface**
Direct Control
**Vehicular**
Space Flight
**Setting**
Sci-Fi / Futuristic

|  | Critic Score | User Score |
|---|---|---|
| DOS | 81 | 4.0 |
| 3DO | 77 | 3.6 |
| Windows | ... | 3.8 |

[add review | score detail | rate game]

Buy at amazon | Buy at amazon.com | Buy at ebay

Not an American user?

## Description

Following an on-going war with the alien Ur-Quan race, the Alliance has lost. The Ur-Quan armada systematically hunts down the alliance races and imprisons them onto their homeworlds. However, unknown to the Ur-Quan, a small research vessel had been lost during the war while sent to a distant star system looking for evidence of the ancient Precursor race. The survivors of this research team had come across the controls to a Starship factory and used it to build a Precursor supply vessel, one of the largest vessels in the galaxy.

Upon return, the captain of the ship discovers, to his dismay, that Earth has become one of Ur-Quan's slave planets. The surface of Earth is glowing red, devoid of life, and a few humans are locked in a starbase orbiting the planet. The captain contacts the starbase commander and finds out that the only way to defeat the Ur-Quan is to convince other races populating the galaxy to join them in their struggle.

*Star Control II* is a hybrid game based on exploration, space combat, and ship customization. Unlike its predecessor, it has a heavily plot-driven, quest-based structure reminiscent of role-playing or adventure games. The game's main focus is on exploring a vast galaxy consisting of numerous star systems and interacting with various alien species populating it. Each species has their own personal traits and would usually require the player to exploit conversation trees or perform different

Hefty

HEFTY ULTRA STRONG™

exploring a vast galaxy consisting of numerous star systems and interacting with various alien species populating it. Each species has their own personal traits and would usually require the player to exploit conversation trees or perform different tasks to convince them to join. The alien races are friendly, hostile, or neutral, but only a handful of the alien races are required to complete the game.

While in deep space, the starship can approach any star it comes across, and then the player can guide the ship around its system and land on its planets and their moons. Space is treated as two-dimensional and presented in a top-down view. There is also a starmap available which shows the entire galaxy and allows the player to set the ship on auto-pilot to any star.

Throughout space are different alien civilizations. These are represented on the starmap by a sphere of influence. Within the sphere, the aliens have a controlling presence and their ships will venture freely. Outside the sphere, encounters are rarer. Aliens can be dealt with diplomatically, through a series of dialog options, or engaged in combat.

Alongside the main plot objective, the player also configures and upgrades his fleet in a role-playing fashion. The main starship is the Precursor vessel and it can be used to travel between star systems, which uses up fuel. Raw materials are used as currency to make purchases in the starbase. It is possible to buy fuel, as well as improve the player-controlled fleet in various ways. These include purchasing smaller ships to accompany the main one on its travels and participate in combat; hiring crew members, which effectively act as the hit points of the ships; and upgrading the main ship with enhancements that improve its speed, maneuverability, and combat efficiency. Successfully completing a quest for an alien race may also result in their combat ships joining the fleet.

Raw materials are found on surfaces of planets and moons throughout the galaxy. The player has to send a landing module to the planet and then guide it around the surface as it picks up materials found earlier with a scanner. Each planet is unique in the type of minerals and metals it is formed of. Some planets are plagued by natural dangers such as lightning storms, earthquakes or lava, which can damage or destroy landing modules. Non-sentient lifeforms can also be found and stunned to obtain biological samples. Special installations, objects and ruins can also be found on certain planets and explored.

Combat is action-based and utilizes the same engine as the first game, where action is controlled from a top view and influenced by the gravity of nearby planets. Each alien vessel has unique abilities, and the player can select any ship from his fleet to participate in battles, attempting to find the best combination against specific enemies. Combat can also be played as a standalone game (melee mode), separate from the main storyline. It can also be set on a cyborg mode within the main game, allowing the computer AI to take over the battles and calculate their results depending on the attributes of the ships.

[edit description | view history]

## Screenshots

   

[69 more | add screenshots]

## Promo Images

   

[4 more | add promo images]

## Alternate Titles


Hefty ULTRA STRONG
BUY NOW

### 3DO Credits

**Original Programming & Technology:**
Fred Ford

**Game Design & Fiction:**
Paul Reiche III

**3DO Programming:**
Ken Ford, Fred Ford, Brad Van Tighem

**Producer:**
Mark Wallace

**3DO Production:**
Paul Reiche III, Richard Antaki

**Starring the voices of:**
Richard Antaki (as Thraddash),
Alex Bennett (as Starbase Commander),
Rich Betz (as Ariloulaleelay and Druuge),
Roy Blumenfeld (as Zoq-Fot-Pik),
David Bryce (as Kohr-Ah; Ilwrath; Shofixti and Spathi), Lauren Forcella (as Supox),
Greg Johnson (as Orz; Pkunk and Utwig),
Bryce Leyland (as Yehat), Erol Otus (as Chmmr),
Paul Reiche III (as Mycon; Talking Pet; Victory Sequence),
Brad Van Tighem (as Slylandro Speaker),
Madeleine Wild (as Zoq-Fot-Pik; Syreen and VUX),
Larry Zee (as Umgah; Melnorme and Ur-Quan),
840-AV [as Slylandro Probe],
Paul Reiche II (as Victory Sequence),
Arianna Reiche (as Victory Sequence),
Devin Reiche (as Victory Sequence)

[complete credits]

## Alternate Titles

- "The Ur-Quan Masters" -- *Android / PC / G2PX title*
- "Star Control II: The Ur-Quan Masters" -- *Tag-lined title*
- "Star Control 2" -- *Alternate spelling*

[add alternate title]

## Part of the Following Groups

- Middleware: SDL
- Star Control series

## User Reviews

| | | |
|---|---|---|
| A very disappointing masterpiece | DOS | Adam Luoranen (93) |
| [v1.0] A diamond in the rough that could well use **severe** polishing. | DOS | Indra is stressed ★ (20706) |
| Why it's not even best game of the year baffles me | DOS | R M (3) |
| Not just best sci-fi, but possibly best "game" period. | DOS | WizardX (117) |
| An incredible adventure such as is rarely seen. It inspires and satisfies. I have never played it's like, nor do I believe I ever shall again. | DOS | Steelysama (106) |
| The game that singlehandedly justified buying a 386. | DOS | Jonathan Daggar (5) |
| A Starflight clone. | Windows | Jeffrey Graw (61) |
| A breakthrough game in lots of aspects | DOS | vulture (17) |
| Manic Miner in Space | DOS | lucian (40) |
| Simply the best game ever! | DOS | Frumple ★ (1052) |

[10 more reviews | review game]

## Critic Reviews

| | | | | |
|---|---|---|---|---|
| The DOS Spirit | DOS | Dec 13, 2007 | 6 out of 6 | 100 |
| GameHippo.com | Windows | Mar 30, 2009 | ★★★★★★★★★★ | 100 |
| Video Games & Computer Entertainment | 3DO | Dec, 1994 | 9 out of 10 | 90 |
| Power Play | DOS | Nov, 1992 | 81 out of 100 | 81 |
| Game Players | DOS | Mar, 1993 | ★★★★★ | 80 |
| GamePro (US) | 3DO | Nov, 1994 | 4 out of 5 | 80 |
| ASM (Aktueller Software Markt) | DOS | Feb, 1993 | 9 out of 12 | 75 |
| Defunct Games | 3DO | Sep 24, 2005 | 72 out of 100 | 72 |
| Retroguiden | DOS | Jun 21, 2011 | 7 out of 10 | 70 |
| 7Wolf Magazine | Windows | Jul 30, 2003 | 7 out of 10 | 70 |

| 7Wolf Magazine | Windows | Jul 30, 2003 | 7 out of 10 | 70 |

[see more rankings | add review]

## Forums

| Topic | # Posts | Last Post |
|---|---|---|
| Classic Game Postmortem: Star Control (I and II) | 2 | Pseudo_Intellectual (59729) <br> Jun 13, 2015 |
| Does anyone own the CD-ROM release? | 4 | Zeppin ⭐ (8426) <br> Aug 14, 2009 |
| Solution to the lack of an "objectives" screen | 4 | Pseudo_Intellectual (59729) <br> Nov 04, 2008 |
| This game is how I found out about mobygames | 5 | Indra is stressed ⭐ (20706) <br> Nov 03, 2008 |
| PC speaker support. | 4 | Servo (57406) <br> Jun 17, 2007 |

[list threads | new thread]

## Trivia

### Cancelled add-on

Fred Ford and Paul Reiche III confirm to have worked for four months on a add-on pack which was never completed due to Accolade's lack of interest.

### Development

Ford and Reiche disappeared to Alaska and worked on this game for an additional six months without pay. Only that during this time, the game grew from two to nine megabytes, thousands of dialogue lines were added, the digital music appeared and a complete galaxy with hundreds of stars and thousands of planets made its way into the game.

### Files

- The .SHP files are interchangeable meaning that you can rename them to swap them around. This can be used to change the ship you start with in the full game.
- All the music and victory ditties in the game are in .MOD format and can be extracted by a utility called a Mod Ripper.

### Freeware release

The game was released free to the public in 2002 by its original designers. Everything except the name *Star Control* (still owned by the publisher) is now freeware. However, it not the true open source of the DOS version. When Toys for Bob set out to release their code they found that a lot of it had simply been lost. However what was available was all of the source code for the 3DO version of the game. So what happened is that all of that code was ported to the open source project and then several portions of it that were "different from the PC version" (mostly menus and interface issues) were then later re-coded. Incidentally many things in the game can be set to "3DO mode" or "PC mode" via command line parameters explained in the readme.

### Influences

The game is suspiciously similar to the Starflight series of games. A direct comparison can be made of such gameplay ideas as the gathering of raw materials, the exploration of space, the coordinate map, even the alien diplomacy/interaction that makes this game famous. The first Starflight was able to do this years before *Star Control*.

### Mods

## Mods

A large-scale open-source project has been launched with the aim of updating *Star Control II* to run on pretty much all modern computers and operating systems, along with better graphics and other improvements. The homepage for the project is at http://sc2.sourceforge.net/.

## Music

Musician Aaron Grier:

> There was actually a contest for writing the music fo star control II advertised on comp.sys.amiga.audio. Nobody knew what game it was for, and Paul had asked a friend to troll usenet for entries. I submitted "Fuchia Fantasy" not even expecting it to be taken seriously, and ended up winning second place in the contest, (Riku being the big winner, of course,) which entitled me to $50 and a copy of the game when it came out. It took about a year after I was notified I had won for the paperwork and check to come, (along with an amusing apology,) and another six months or so after that for the game to actually get to me, (along with another amusing apology.) Both letters are still sitting somewhere in a box in my father's basement in Denver, and one of these days I'll have to dig through the files and post scans somewhere.
>
> Dan and Riku (who met through SC2) got together and formed the 8-bit collective, which turned into KLF, which begat KFMF, and is still going strong.

## Rainbow planets

If you discover the location of all the rainbow planets, they form an arrow pointing towards the galactic core (top right corner). The worlds were created by the Precursors and the arrow hints at where they disappeared to. The original purpose of the arrow was, according to the creators themselves, to point toward a single planet where the player would have an interactive conversation with the two creators. This was never completed.

## References

- Several of the new races in the game (such as the Orz) were named from alien words on the copy protection wheel for the first game. "Melnorme" is a rather obvious corruption of the singer Mel Torme's name.
- During the game, when talking to Starbase Commander Hayes, if the player chooses "The United Federation of Worlds!" when being prompted to name the new alliance, Hayes will say: "That has a familiar ring to it... nonetheless, we will make it so - The United Federation of Worlds!" This is an obvious reference to the United Federation of Planets from *Star Trek*.

## Stars and planets

Most of the Stars are named after real Stars, even though the distances and postions are mostly wrong. Their positions according to the starmap are actually hyperspace coordinates and not realspace coordinates. If you notice a little footnote in the bottom, it explains about this pretty clear.

The planet information is based on true astronomic readings and some of the parameters are calculated when you enter the planet. The planet surfaces are also calculated according to some of these parameters. When entering a star system, the planets are raytraced, which is the cause of the noticeable delay (on a 286 anyway) when entering a star system.

## Awards

- Computer Gaming World
  - October 1993 (Issue #111) – Adventure Game of the Year (together with Eric the Unready)
  - November 1996 (15th anniversary issue) - #29 in the "150 Best Games of All Time" list
  - November 1996 (15th anniversary issue) – #9 Most Rewarding Ending of All Time
  - September 2006 (Issue #266) – Introduced into the Hall of Fame
- GameSpy
  - 2001 – #26 Top Game of All Time
- VideoGames
  - March 1995 - Best Adventure Game in 1994

Information also contributed by Aaron Grier, Aj Hege, Arvin Chandra, Big John WV, Fafnir, Luka Milutinovic, PCGamer77, Tiago Santos, Tomer Gabel, Toni Maki, Vance, WildKard and WizardX

Information also contributed by Aaron Grier, Aj Hege, Arvin Chandra, Big John WV, Fafnir, Luka Milutinovic, PCGamer77, Tiago Santos, Tomer Gabel, Toni Maki, Vance, WildKard and Wizardx

[edit trivia]

## Related Web Sites

- Ganymede (Homepage of (among other things) the Pages of Now & Forever's official Star Control II walkthrough, a comprehensive guide to the game and its mysteries.)
- Infogramme/Accolade Tech Support (Has a link to the latest (last :) Star Control 2 patch.)
- More Control! (Webcomic Bob the Angry Flower spends an episode arbitrarily experiencing the world of SC2.)
- QuasiSpace (Another quality SC site.)
- Star Control 2 featured on PC Gamer! (This page has a screenshot from SC2 along with a featured description of MobyGames itself, scanned from the July 2000 issue of PC Gamer.)
- Star Control II SuperMelee Extended Reference (Covers the SuperMelee module of Star Control II for the 3DO. Most of the information also applies to the PC game.)
- Star Control Series Index (I've set up a section on DMOZ all about the Star Control series of games.)
- The Pages of Now & Forever (A -huge- Star Control II fan site with comprehensive information, humour and everything a fan could possibly want (including links to other fan sites) has been set up by Chad Darrenbacker. (Contributed by Tomer Gabel) )
- The Star Control Webring (A now frequently updated webring including most (if not all) of the major Star Control-related web sites.)
- The Ur-Quan Masters Project (A free, open-source, cross-platform port of Star Control II for Windows, MacOS X, Linux, all BSD, BeOS, and other SDL-supported platforms.)
- Time Warp (One of the more promising Star Control clones which emphasizes multiplayer (network, modem etc.) melee play.)

Contributed to by Trypticon (11030), WildKard (12984), Sciere 🔥 (505776), The cranky hermit (575), Multimedia Mike 🔥 (19807) and Tomer Gabel ⭐ (4642)




**BlendMount**®
Innovative Mounting Solutions

**PROUDLY DESIGNED AND MANUFACTURED IN UNITED STATES OF AMERICA**

BUY NOW

AdChoices

🏠 MobyGames | 🕐 What's New | 📊 Stats | 💬 Community

| Home | New Games | Top Games | Forums |
| FAQ | Game Updates | Bottom Games | Facebook |
| Standards | New Reviews | Top Contributors | Twitter |
| Patrons | New Companies | Database Stats | Google+ |
| Contact | Changelog | Most Wanted | API |

Moby Games

👍 Like 7K     G+

Video game information, credits, reviews, box covers, screenshots and more for 200+ video game platforms from 1950 to date!

MobyGames™ Copyright © 1999-2018 🔥 Blue Flame Labs. All rights reserved. Terms of Use. Privacy Policy.

# EXHIBIT Y



Polygon - Oct 10, 2017

Fred Ford and Paul **Reiche** III, the designers of the first two **Star Control** games, say they're working on a new title that they describe as a direct **sequel** to **Star Control** 2: The Ur-Quan Masters. Their new game is titled Ghosts of the Precursors and is described as "early, early in development." It's been 25 ...

25 years later, **Star Control** 2 is getting a direct **sequel**
PC Gamer - Oct 10, 2017

View all



### Star Control II developers working on 'direct **sequel**' 25 years later
VentureBeat - Oct 9, 2017

The brains behind **Star Control** II are resurrecting the series a quarter of a century after the last real entry in the sci-fi series. Creators Fred Ford and Paul **Reiche** III announced today that they are coming back to do a legitimate **sequel**. The project doesn't have a release date, platform, or pricing info yet, but it ...

25 years later, **Star Control** II's creators are making a direct **sequel**
Critical Hit - Oct 10, 2017

View all



### Star Control II devs unite for a 'passion project' **sequel**
Gamasutra - Oct 11, 2017

Toys for Bob cofounders Fred Ford and Paul **Reiche** III announced this week that they've begun working on a **sequel** to the 1992 space adventure game **Star Control** II called Ghosts of the Precursors. This is a big deal because the pair were the original designers of **Star Control** and **Star Control** II, before ...



### Star Control 2 Is Getting A **Sequel**, 25 Years Later
Kotaku Australia - Oct 10, 2017

There were plenty of gamers who weren't even born when **Star Control** 2: The Ur-Quan Masters launched 25 years ago. But to mark the game's anniversary, two of the original developers have announced they'll be making a direct **sequel**. Paul **Reiche** III and Fred Ford, creators of the original **Star Control** ...

### It's a good time to be a fan of **Star Control**
Destructoid - Oct 20, 2017

If you missed it, the original creators of **Star Control** II – Fred Ford and Paul **Reiche** III, whose studio Toys for Bob has understandably kept busy with the Skylanders franchise in recent years – have drawn up plans and gotten approval for a "direct **sequel**" to the 1992 sci-fi game. This new project, Ghosts of ...

Stay up to date on results for *Star Control sequel Reiche*.

Create alert



1 2 3 4        Next