1   Robert A. Weikert (Bar No. 121146)
    rweikert@nixonpeabody.com
2   Dawn N. Valentine (Bar No. 206486)
    dvalentine@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center
4   San Francisco, California 94111-3600
    Tel: (415) 984-8200
5   Fax: (415) 984-8300

6

7   David L. May (appearance *pro hac vice*)
    dmay@nixonpeabody.com
8   Jennette E. Wiser (appearance *pro hac vice*)
    jwiser@nixonpeabody.com
9   NIXON PEABODY LLP
    799 9th Street NW
10  Washington, DC 20001-4501
    Tel: (202) 585-8000
11  Fax: (202) 585-8080

12  *Attorneys for Stardock Systems, Inc.*

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                   **OAKLAND DIVISION**

16

17

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| Plaintiff/Counter-Defendant, | **PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants/Counter-Claimants. | |
| AND RELATED COUNTERCLAIM | |

18

19

20

21

22

23

24

25

26          Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), by and through its

27   counsel, responds as follows to Defendants and Counter-Claimants Paul Reiche III's ("Reiche")

28                                                    CASE NO. 4:17-CV-07025-SBA

and Robert Frederick Ford's ("Ford") (collectively, "Defendants") Amended Counterclaim.

## INTRODUCTION

1.     Stardock denies Defendants' allegation that Stardock is infringing on their alleged copyrights to the games or engaging in any form of unfair competition.  Stardock further denies Defendants' allegation that they have the exclusive rights to make derivative works from the Star Control and Star Control II games.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 1 of the Amended Counterclaim, and on that basis denies the allegations.

2.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 2 of the Amended Counterclaim, and on that basis denies the allegations.

3.     Stardock admits that, at the very least, it acquired the rights and registration for the STAR CONTROL trademark (U.S. Trademark Registration No. 2,046,036) and the Star Control 3 copyright (U.S. Copyright Registration No. PA 799-000) from Atari in 2013.  Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 3 of the Amended Counterclaim in their entirety.

4.     Stardock admits that it has attempted to resolve this matter informally with Defendants and decided to file this suit as a result of the parties being unable to reach an agreement. Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 4 of the Amended Counterclaim in their entirety.

## PARTIES

5.     Stardock admits the allegations in Paragraph 5 of the Amended Counterclaim.

6.     Stardock admits the allegations in Paragraph 6 of the Amended Counterclaim.

4828-0352-8558.3

7.      Stardock admits that it is a Michigan corporation with a principal place of business in Plymouth, Michigan and formerly had a location in Sunnyvale, California.   Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 7 of the Amended Counterclaim, and on that basis denies the allegations.

### JURISDICTION AND VENUE

8.      Stardock admits the allegations in Paragraph 8 of the Amended Counterclaim.

9.      Stardock admits the allegations in Paragraph 9 of the Amended Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

10.      Stardock admits the allegations in Paragraph 10 of the Amended Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

### INTRADISTRICT ASSIGNMENT

11.      Stardock admits the allegations in Paragraph 11 of the Amended Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

### FACTUAL BACKGROUND

***Reiche and Ford's Creation and Development of Star Control and Star Control II***

12.      Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 12 of the Amended Counterclaim, and on that basis denies the allegations.

13.      Stardock admits that Accolade and Reiche entered into a License Agreement with an effective date of October 7, 1988, although Stardock denies that Reiche owned the rights that he purported to license pursuant to the 1988 Agreement.  Stardock also admits that the 1988 License Agreement is shown in Exhibit 1 to the Amended Counterclaim and reflects the terms set forth in

4828-0352-8558.3

the agreement.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 13 of the Amended Counterclaim, and on that basis denies the allegations.

14.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 14 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

15.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 15 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

16.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations of Paragraph 16 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

17.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 17 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

18.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 18 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

4828-0352-8558.3

19.     Stardock asserts that the language of the 1988 License Agreement is set forth in Exhibit 1 to the Amended Counterclaim.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 19 of the Amended Counterclaim, including Defendants' interpretation and construction of the agreement, in their entirety.

20.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 20 of the Amended Counterclaim, and on that basis denies the allegations.

21.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 21 of the Amended Counterclaim, and on that basis denies the allegations.

22.     Stardock admits that other individuals were involved in the development and creation of Star Control I and Star Control II.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 22 of the Amended Counterclaim, and on that basis denies such allegations.

23.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 23 of the Amended Counterclaim, and on that basis denies the allegations.

24.     Stardock admits that Star Control I and Star Control II have become popular over the last couple of decades in the video game community.  Stardock also admits that the following link contains the content associated with it: https://kotaku.com/the-game-that-won-our-classic-pc-games-list-if-it-ha-1349952997.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 24 of the Amended Counterclaim, and on that basis denies such allegations.

CASE NO. 4:17-CV-07025-SBA

4828-0352-8558.3

25.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 25 of the Amended Counterclaim, and on that basis denies the allegations.

26.     Stardock admits that Exhibit 2 to the Amended Counterclaim shows an unsigned document titled "Addendum No. 1 to License Agreement Between Accolade, Inc. and Paul Reiche III". Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 26 of the Amended Counterclaim, and on that basis denies such allegations.

### *Star Control 3 and 4 and Expiration of the 1988 License Agreement*

27.     Stardock admits that Exhibit 3 to the Amended Counterclaim shows a document titled "Addendum No. 2 to License Agreement Between Accolade, Inc. and Paul Reiche III". Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 27 of the Amended Counterclaim, and on that basis denies such allegations.

28.     Stardock admits that Defendants' Amended Counterclaim defines the "Classic Star Control Games" as Star Control, Star Control II, and Star Control III, collectively.

29.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 29 of the Amended Counterclaim, and on that basis denies the allegations.

30.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 30 of the Amended Counterclaim, and on that basis denies the allegations.

31.     Stardock lacks knowledge or information sufficient to form a belief about the truth

4828-0352-8558.3

of any and all allegations asserted in Paragraph 31 of the Amended Counterclaim, and on that basis denies the allegations.

32.     Stardock admits that Exhibit 4 to the Amended Counterclaim shows a document titled "Addendum No. 3 to License Agreement Between Accolade, Inc. and Paul Reiche III". Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 32 of the Amended Counterclaim, and on that basis denies such allegations.

33.     Stardock admits that the purported language from Paragraph 1.5 of Addendum No. 3 is set forth in Exhibit 4 to the Amended Counterclaim and that the document speaks for itself. Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 33 of the Amended Counterclaim, and on that basis denies such allegations.

34.     Stardock admits that the purported language from Paragraph 4.1 of Addendum No. 3 is set forth in Exhibit 4 to the Amended Counterclaim.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 34 of the Amended Counterclaim, and on that basis denies such allegations.

35.     Stardock admits that the purported language from Paragraph 7 of Addendum No. 3 is set forth in Exhibit 4 to the Amended Counterclaim.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 35 of the Amended Counterclaim, and on that basis denies such allegations.

36.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 36 of the Amended Counterclaim, and on that basis denies the allegations.

4828-0352-8558.3

37.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 37 of the Amended Counterclaim, and on that basis denies the allegations.

***Accolade's Successors' Abandonment and Fraudulent Renewal***

***of the Registration for the Star Control Trademark***

38.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 38 of the Amended Counterclaim, and on that basis denies the allegations.

39.     Stardock admits that on November 25, 2002, Accolade assigned U.S. Trademark Registration No. 2,046,036 for STAR CONTROL to Infogrames, and on March 17, 2003, Infogrames filed with the United States Patent and Trademark Office ("USPTO") a Declaration of Use and Incontestability along with a specimen of use showing use of the mark of STAR CONTROL.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 39 of the Amended Counterclaim, and on that basis denies such allegations.

40.     Stardock admits that Infogrames was renamed Atari.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 40 of the Amended Counterclaim, and on that basis denies the allegations.

41.     Stardock admits that on September 18, 2007, Atari filed with the USPTO a Declaration of Use in Commerce and Application for Renewal of Registration for U.S. Trademark Registration No. 2,046,036 for STAR CONTROL.  Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that as part of a valuation of its IP in late 2006, Atari reported that it made no sales of Star Control from at least 2001 through November

4828-0352-8558.3

2006, and thus, the Star Control trademark was deemed to have no value at that time, and on that basis denies the allegation.  Except as expressly admitted herein, Stardock denies any and all other allegations asserted in Paragraph 41 of the Amended Counterclaim in their entirety.

*Reiche and Ford's Continued Development of the Star Control Universe*

*Through The Ur-Quan Masters and Agreement with Atari to Resume Sales*

*of the Classic Star Control Games*

42.      Stardock denies that Reiche and Ford regained all rights to "their games," including Star Control I and Star Control II.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 42 of the Amended Counterclaim, and on that basis denies such allegations.

43.      Stardock admits that Defendants' Amended Counterclaim define the "Reiche and Ford's Star Control Games" as Star Control, Star Control II, including The Ur-Quan Masters, and Reiche's Preexisting Characters used in Star Control 3, collectively.  Stardock denies the accuracy of this definition and further denies any suggestion or assertion that Reiche and Ford own any intellectual property in the alleged aforesaid defined Reiche and Ford's Star Control Games.

44.      Stardock denies Reiche's and Ford's suggested possession and ownership of Star Control, Star Control II, including The Ur-Quan Masters, and Reiche's Preexisting Characters used in Star Control 3.  Stardock admits that the Classic Star Control Games have become popular over the last couple of decades in the video game community and have acquired a reputation and goodwill among the purchasing public.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 44 of the Amended Counterclaim, and on that basis denies such allegations.

45.      Stardock admits that Exhibits 6 and 7 to the Amended Counterclaim show copyright

registration certificates for the works titled "Star Control II", and which purport to list Reiche and Ford as the claimants. Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 45 of the Amended Counterclaim, and on that basis denies such allegations.

46.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 46 of the Amended Counterclaim, and on that basis denies the allegations.

47.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 47 of the Amended Counterclaim, and on that basis denies the allegations.

48.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 48 of the Amended Counterclaim, and on that basis denies the allegations.

49.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 49 of the Amended Counterclaim, and on that basis denies the allegations.

50.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 50 of the Amended Counterclaim, and on that basis denies the allegations.

51.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 51 of the Amended Counterclaim, and on that basis denies the allegations.

52.    Amended Counterclaim Stardock lacks knowledge or information sufficient to form

4828-0352-8558.3

a belief about the truth of the allegations asserted in Paragraph 52 of the Amended Counterclaim, and on that basis denies such allegations.

53.     Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegations asserted in Paragraph 53 of the Amended Counterclaim, and on that basis denies such allegations.

### Stardock Purportedly Buys Star Control Trademark and Star Control 3 Copyright

54.     Stardock admits that in or around 2013, Atari filed for bankruptcy and put its assets up for auction, including the Star Control Franchise.  Stardock denies that only Star Control 3 was included in the Star Control Franchise put up for auction.  Stardock admits that Atari sold its Star Control Assets to Stardock under a Purchase Agreement dated July 18, 2013 and that the Purchase Agreement defined the Purchased Assets as including the Intellectual Property identified on Schedule 1.01(a), the contracts listed on Schedule 2.01(b), and certain causes of action related to the Intellectual Property.  Stardock denies the allegation that any other assets and properties of Atari were specifically excluded from the Purchased Assets.

55.     Stardock admits that Exhibit 5 to the Amended Counterclaim shows the Purchase Agreement between Atari and Stardock.  Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that Schedule 1.01(a) and Schedule 2.01(b) to the Purchase Agreement were not attached to the filing with the bankruptcy court, and on that basis denies such allegation.  Stardock denies the allegation that any intellectual property or contract rights were not transferred to Stardock.

56.     Stardock admits the allegations in Paragraph 56 to the Amended Counterclaim.

57.     Stardock denies that the transfer of Atari's Digital Distribution Agreement with GOG Limited and Accolade's License Agreement with Reiche pertained only to Star Control 3.

4828-0352-8558.3

Stardock admits the other allegations in Paragraph 57 of the Amended Counterclaim.

58.    Stardock denies the allegation that Atari did not purport to sell, nor did it even own or have the right to sell, any rights to the alleged Reiche and Ford's Star Control Games to Stardock, including Reiche's alleged Preexisting Characters used in Star Control 3.    Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 58 of the Amended Counterclaim, and on that basis denies such allegations.

### *Reiche and Ford Repeatedly Reject Stardock's Requests to License Reiche*
### *and Ford's Star Control Games for Use in Stardock's New Game*

59.    Stardock admits the allegations in Paragraph 59 of the Amended Counterclaim, but asserts that the statements made in the referenced July 22, 2013 email are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

60.    Stardock admits the allegations in Paragraph 60 of the Amended Counterclaim, but asserts that the statements made by Mr. Wardell in the referenced July 23, 2013 email are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

61.    Stardock admits that on or around July 24, 2013, it announced its acquisition and plan to release a new game inspired by Star Control II.  Stardock admits that at that time, the new game was expected to be more of a revisit to Star Control II than a continuation.  Stardock denies the allegation that Mr. Wardell "admitted" that Atari doesn't own the copyright to Star Control I and II and that in order to make a Star Control II HD, a license from Reiche is needed.  Stardock

CASE NO. 4:17-CV-07025-SBA

4828-0352-8558.3

asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

62.     Stardock admits that Mr. Wardell contacted Reiche and Ford on July 30, 2013 via email and suggested that Reiche and Ford work with Stardock on the development of Star Control: Origins, but denies any and all of the other allegations in Paragraph 62 of the Amended Counterclaim in their entirety.

63.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 63 of the Amended Counterclaim, and on that basis denies the allegations.

64.     Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 64 of the Amended Counterclaim, and on that basis denies the allegations.

65.     Stardock admits the allegations in Paragraph 65 of the Amended Counterclaim.

66.     Stardock admits that later that day (September 16, 2013), it acknowledged Reiche's and Ford's response, and that Stardock offered to sell the Star Control IP it acquired from Atari to Defendants.   Except as expressly admitted herein, Stardock denies any and all of the other allegations in Paragraph 66 of the Amended Counterclaim in their entirety.

67.     Stardock admits the allegations in Paragraph 67 of the Amended Counterclaim.

68.     Stardock admits the allegations in Paragraph 68 of the Amended Counterclaim.

4828-0352-8558.3

*Stardock Begins Making False Statements About Reiche and Ford's Involvement*

*in Its New Game, and Asks Reiche and Ford Again Repeatedly to License*

*Their Star Control Games, Which They Refuse*

69.    Stardock admits that Mr. Wardell participated in an interview on January 3, 2014. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 69 of the Amended Counterclaim, and denies that Mr. Wardell made any false or misleading statements.

70.    Stardock admits the allegations in Paragraph 70 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

71.    Stardock admits the allegations in Paragraph 71 of the Amended Counterclaim.

72.    Stardock admits that, upon information and belief, it alleges in its Second Amended Complaint that the Atari-GOG Agreement expired on March 22, 2015 and that all subsequent sales of the Classic Star Control Games on GOG infringed its trademarks and copyrights accordingly. Stardock admits that it entered into a separate agreement with GOG after the expiration of the Atari-GOG Agreement.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 72 of the Amended Counterclaim, and on that basis denies the allegations.

73.    Stardock admits the allegations in Paragraph 73 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made,

4828-0352-8558.3

*inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

74.     Stardock admits the allegations in Paragraph 74 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

75.     Stardock admits the allegations in Paragraph 75 of the Amended Counterclaim, but asserts that any such statement made by Mr. Wardell is being presented out of context and was based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

76.     Stardock admits the allegation regarding Mr. Wardell's December 3, 2015 email. Stardock admits that Mr. Wardell made the quoted statements with respect to the use of basic and unprotectable concepts and ideas from Star Control in Galactic Civilizations.  Stardock denies the allegation that Stardock had already "borrowed" heavily from Star Control II for the Galactic Civilizations game.

77.     Stardock admits that Mr. Wardell sent an email to Defendants on October 12, 2016, which speaks for itself.  Defendants have misstated the contents of that email in Paragraph 77 of the Amended Counterclaim, and further any such statements made by Mr. Wardell in the email are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.

4828-0352-8558.3

78.     Stardock admits that Star Control: Origins and Galactic Civilizations provide modification tools that allow users to build and create things in the game.  Stardock admits that on July 28, 2017, Mr. Wardell asked Reiche and Ford if, in light of the upcoming 25th anniversary of Star Control II, they would do "an interview regarding your work on Star Control 1/2, the Ur-Quan Masters, past, present and future of your universe."  Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that Reiche and Ford later learned that many ships and alien races from the alleged Reiche and Ford's Star Control Games appeared in Galactic Civilizations, and on that basis denies such allegations.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.  Except as expressly admitted herein, Stardock denies any and all of the other allegations in Paragraph 78 of the Amended Counterclaim in their entirety.

79.     Stardock admits the allegations in Paragraph 79 of the Amended Counterclaim.

80.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 80 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

4828-0352-8558.3

16                              CASE NO. 4:17-CV-07025-SBA

PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM

81.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 81 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

82.     Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that Reiche or Ford own any intellectual property in Star Control I and Star Control II, and on that basis denies the allegation.  Except as otherwise denied below, Stardock admits the other allegations in Paragraph 82 of the Amended Counterclaim.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

83.     Stardock lacks knowledge or information sufficient to form a belief about the truth of the allegation that the 1988 License Agreement terminated and expired in 2001, and on that basis denies the allegation.  Stardock admits that on October 4, 2017, it advised Reiche and Ford that it had a license to use Reiche's and Ford's alleged intellectual property under the 1988 License Agreement.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

4828-0352-8558.3

84.     Except as otherwise denied below, Stardock admits the allegations in Paragraph 84 of the Amended Counterclaim.  Based on the information that is now available to Stardock, it is now Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

85.     Stardock denies that Mr. Wardell has made any admissions via his communications with respect to any alleged Reiche and Ford intellectual property alleged in Paragraph 83 of the Amended Counterclaim.  Except as otherwise denied below, Stardock admits the existence of the communication as set forth in Paragraph 85 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, including Reiche and Ford's representations and warranties with respect to the alleged intellectual property they own related to the Classic Star Control Games, which Stardock now believes to be false, misstated, and/or misleading.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

86.     Stardock admits the existence of the communication as set forth in Paragraph 86 of the Amended Counterclaim, but asserts that any such statements made by Mr. Wardell are being presented out of context and were based on Mr. Wardell's understandings at the time and the representations and warranties made, *inter alia*, in the 1988 License Agreement, which Stardock now believes to be false, misstated, and/or misleading.  Inasmuch as Reiche and Ford allege that

they own any valid and enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 84 of the Amended Counterclaim, and on that basis denies such allegations.

87.   Stardock admits that on October 7, 2017, Reiche and Ford responded and claimed that they had received no royalties for many years and therefore the 1988 License Agreement had expired.  Stardock also admits that Reiche and Ford purported to advise Mr.  Wardell that Stardock's planned use of "Super Melee" from Star Control II in Star Control: Origins was not authorized.  Inasmuch as the allegations within Paragraph 87 of the Amended Counterclaim suggest that Reiche and Ford own any valid and enforceable intellectual property as it pertains to the Classic Star Control Games such that Stardock would have been required to seek Reiche and Ford's permission and/or license to use the alleged intellectual property, such allegations are denied.

88.   Stardock admits that it responded later that day, but denies any and all other allegations in Paragraph 88 of the Amended Counterclaim in their entirety.

89.   Stardock admits that on October 9, 2017, Reiche and Ford announced their plans to create and develop a new game that would be a sequel to The Ur-Quan Masters to be called "Ghosts of the Precursors" and using the STAR CONTROL mark and UR-QUAN MASTERS mark.

### *Stardock's Copyright and Trademark Infringement and Other Unfair Competition*

90.   Stardock admits that it has sold the Classic Star Control Games through Steam.  Stardock also admits that the screenshot from Stardock's website depicted in Paragraph 90 of the Amended Counterclaim shows links to buy these games through Steam, and shows Stardock's lawful use of THE UR-QUAN MASTERS mark.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 88 of the Amended Counterclaim, including the

4828-0352-8558.3

suggestion that Reiche and Ford own any rights (intellectual property rights or otherwise) in and to the Classic Star Control games such that Stardock would have been required to obtain Reiche's and Ford's permission and/or license with respect to the sale thereof.

91.  Stardock admits the allegation that Reiche and Ford sent Steam a notice of infringement and request to remove the Classic Star Control Games.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 91 of the Amended Counterclaim in their entirety.

92.  Stardock admits the allegation that it branded "Star Control 1+2" on GOG's website to be called "Star Control: The Ur-Quan Masters."

93.  Stardock admits the allegation that it sent GOG a counter-notice and on that basis GOG resumed selling the Classic Star Control games.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 93 of the Amended Counterclaim in their entirety.

94.  Stardock denies the allegations in Paragraph 94 of the Amended Counterclaim.

95.  Stardock admits the allegations in Paragraph 95 of the Amended Counterclaim.

96.  Stardock admits the allegations in Paragraph 96 of the Amended Counterclaim.

97.  Stardock admits that in November 2017, it released a beta version of Star Control: Origins.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 97 of the Amended Counterclaim in their entirety.

98.  Stardock denies that the screenshot in Paragraph 98 of the Amended Counterclaim shows the ships as used in Star Control I or Star Control II.  Based on the information that is now available to Stardock, it is Stardock's position that there was no need to seek such permission and/or license from Reiche and Ford.  Inasmuch as Reiche and Ford allege that they own any valid and

4828-0352-8558.3

enforceable intellectual property rights in the Classic Star Control Games, Stardock denies that allegation.

99.     Stardock admits that Star Control: Origins provides modification tools that allow users to build and create things in the game.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 99 of the Amended Counterclaim in their entirety.

100.     Stardock denies the allegations in Paragraph 100 of the Amended Counterclaim.

101.     Stardock denies the allegations in Paragraph 101 of the Amended Counterclaim.

102.     Stardock admits the allegation that it has described Star Control: Origins as a "reboot" to Star Control II.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 102 of the Amended Counterclaim in their entirety.

103.     Stardock denies any allegation that it has copied alien race or lore artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race or lore artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Stardock admits all other allegations in Paragraph 103 of the Amended Counterclaim.

104.     Stardock admits that Star Control: Origins refers to the Precursors as an ancient, advanced alien species that explored the universe long ago but then vanished.  Stardock denies any allegation that it has copied alien race or lore artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race or lore artwork from Star Control I or Star Control II.  Stardock also denies that

4828-0352-8558.3

21                          CASE NO. 4:17-CV-07025-SBA

PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM

Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 104 of the Amended Counterclaim in their entirety.

105.    Stardock admits the allegation that players of Star Control: Origins will travel to and explore new star systems and planets and encounter various alien species via hyperspace travel. Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II. Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 105 of the Amended Counterclaim in their entirety.

106.    Stardock admits the allegation that players of Star Control: Origins have the ability to search for Tzo Crystal and earn or collect resource units to exchange for things. Stardock denies any allegation that it has copied alien race artwork or any other artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork or other artwork from Star Control I or Star Control II. Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its

4828-0352-8558.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 106 of the Amended Counterclaim in their entirety.

107.    Stardock admits that Mr. Wardell stated the quoted language in Paragraph 107 of the Amended Counterclaim on Stardock's website.  Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 107 of the Amended Counterclaim in their entirety.

108.    Stardock admits that it conducted an informal survey among potential purchasers of Star Control: Origins concerning which aliens to include from the classic Star Control games in the new game and that Mr. Wardell stated that a number of the alien races that appeared in Star Control II would also appear in Star Control: Origins.  Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with its Star Control: Origins or website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 108 of the Amended Counterclaim in

their entirety.

109.     Stardock admits that a ship named the "Earthling Cruiser" will appear in Star Control: Origins.  Stardock denies any allegation that it has copied space ship artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged space ship artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 109 of the Amended Counterclaim in their entirety.

110.     Stardock admits that Mr. Wardell has stated that Star Control: Origins will feature aliens from the classic Star Control games.  Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 110 of the Amended Counterclaim in their entirety.

111.     Stardock admits that Mr. Wardell has stated that Star Control: Origins will include an alien species called "Arilou."  Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that

4828-0352-8558.3

Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 111 of the Amended Counterclaim in their entirety.

112.    Stardock admits that Mr. Wardell has stated that Star Control: Origins will include an alien species called "Melnorme."  Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with Star Control: Origins or its website, marketing or otherwise.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 112 of the Amended Counterclaim in their entirety.

113.    Stardock denies the allegation that it has extensively used material from the alleged Reiche and Ford's Star Control Games on Stardock's website and in marketing both the Classic Star Control Games and Star Control: Origins.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with its website, marketing or otherwise.

114.    Stardock denies any allegation that it has copied alien race artwork allegedly owned by Reiche or Ford without Reiche's or Ford's permission and/or license or that Reiche or Ford are

4828-0352-8558.3

25

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM

in fact the owners of any alleged alien race artwork from Star Control I or Star Control II.  Stardock also denies that Reiche and Ford have any rights in the Classic Star Control Games that would require Stardock to have obtained Reiche's and/or Ford's permission and/or license to use material from the Classic Star Control Games in connection with its website, marketing or otherwise.  Stardock admits the other allegations in Paragraph 114 of the Amended Counterclaim.

115.    Stardock admits that the parties were engaged in extensive settlement discussions from October-December 2017.  Stardock denies that it was the party that broke off those settlement negotiations.  Stardock admits that it filed suit against Reiche and Ford in mid-December.  Stardock admits that it owns U.S. Copyright Registration No. PA 799-000.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 1115 of the Amended Counterclaim in their entirety.

***Stardock's Fraudulent Claims to Trademark Rights to Prevent Reiche and Ford from Making Their Own Derivative Work***

116.    Stardock admits the allegation that it has recently filed a series of U.S. trademark applications for the names of many of the aliens and features used in Star Control I and Star Control II.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 116 of the Amended Counterclaim in their entirety.

117.    Stardock admits that it contends that Stardock has used the THE UR-QUAN MASTER mark since at least August 10, 2013, and asserts that any known period of non-use of the mark is excusable non-use with the intent to resume use of the mark.  Consequently, Stardock denies Defendants' allegation that the above-referenced contention is false.  Stardock admits the other allegations in Paragraph 117 of the Amended Counterclaim.

118.    Stardock admits that it claims that THE UR-QUAN MASTERS mark was used as a

4828-0352-8558.3

source identifier by Accolade and then Atari and that Stardock acquired the rights in and to THE UR-QUAN MASTERS mark from Atari and has since continued to use the mark in its marketing and sales of the classic Star Control games until recently.  Stardock also admits that it claims that Defendants' use of THE UR-QUAN MASTERS mark infringes its rights in and to the mark. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 118 of the Amended Counterclaim in their entirety.

119.    Stardock admits the allegations in Paragraph 119 of the Amended Counterclaim.

120.    Stardock admits that it claims that the marks asserted in Paragraph 119 in the Amended Counterclaim were used as source identifiers by Accolade and then Atari and that Stardock acquired the rights in and to such marks from Atari and has since continued to use the marks in its marketing and sales of the classic Star Control games until recently.  Stardock also admits that it claims that Defendants' use of the marks infringes its rights in and to the marks. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 120 of the Amended Counterclaim in their entirety.

121.    Stardock denies the allegations in Paragraph 121 of the Amended Counterclaim.

122.    Stardock admits that it has filed U.S. trademark applications for the marks asserted in Paragraph 119 in the Amended Counterclaim on an intent to use basis.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 122 of the Amended Counterclaim in their entirety.

123.    Stardock admits the allegations in Paragraph 123 of the Amended Counterclaim.

124.    Stardock admits that in its Notice of Opposition against the application for the mark GHOSTS OF THE PRECURSORS, Stardock alleges that has acquired from Atari all "product names/titles, sub-names/titles, cover art, characters (*e.g.*, aliens), alien race names, character names,

4828-0352-8558.3

PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM

spaceship names and spaceship designs" from the classic Star Control games, including but not limited to the mark PRECURSORS.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 124 of the Amended Counterclaim in their entirety.

125.    Stardock admits that in its Notice of Opposition against the application for the mark GHOSTS OF THE PRECURSORS, Stardock alleges that the mark PRECURSORS has been in use in commerce through sales of the games by Accolade and then Atari and subsequently, Stardock. Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 125 of the Amended Counterclaim in their entirety.

126.    Stardock admits that in its Notice of Opposition against the application for the mark GHOSTS OF THE PRECURSORS, Stardock alleges that Reiche's and Ford's use of the mark GHOSTS OF THE PRECURSORS would be confusingly similar to Stardock's purported mark(s), create a likelihood of confusion, and damage Stardock.  Stardock lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 126 of the Amended Counterclaim, and on that basis denies the allegations.

127.    Stardock admits the allegations that on November 27, 2017, it filed U.S. Trademark Application Serial No. 87/697,919, and on February 22, 2018, it filed U.S. Trademark Application Serial No. 87/807,839, both for the mark STAR CONTROL.  Except as expressly admitted herein, Stardock denies any and all other allegations in Paragraph 127 of the Amended Counterclaim in their entirety.

## **FIRST CAUSE OF ACTION**

### **(Copyright Infringement – 17 U.S.C. § 501)**

128.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 127 above as if set forth in full.

129.   Stardock denies the allegations in Paragraph 129 of the Amended Counterclaim.

130.   Stardock denies the allegations in Paragraph 130 of the Amended Counterclaim.

131.   Stardock denies the allegations in Paragraph 131 of the Amended Counterclaim.

132.   Stardock denies the allegations in Paragraph 132 of the Amended Counterclaim.

133.   Stardock denies the allegations in Paragraph 133 of the Amended Counterclaim.

## SECOND CAUSE OF ACTION

### (Declaratory Judgment re: Ownership of Copyrights)

134.   Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 133 above as if set forth in full.

135.   Stardock denies the allegations in Paragraph 135 of the Amended Counterclaim.

136.   Stardock denies the allegations in Paragraph 136 of the Amended Counterclaim.

137.   Stardock denies the allegations in Paragraph 137 of the Amended Counterclaim.

## THIRD CAUSE OF ACTION

### (Unfair Competition – Lanham Act § 43(a) (15 U.S.C. § 1125(a))

138.   Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 137 above as if set forth in full.

139.   Stardock denies the allegations in Paragraph 139 of the Amended Counterclaim.

140.   Stardock denies the allegations in Paragraph 140 of the Amended Counterclaim.

141.   Stardock denies the allegations in Paragraph 141 of the Amended Counterclaim.

142.   Stardock denies the allegations in Paragraph 142 of the Amended Counterclaim.

143.   Stardock denies the allegations in Paragraph 143 of the Amended Counterclaim.

4828-0352-8558.3

29

CASE NO. 4:17-CV-07025-SBA

PLAINTIFF AND COUNTER-DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' AMENDED COUNTERCLAIM

## FOURTH CAUSE OF ACTION

### (Common Law Trademark Infringement and Unfair Competition)

144.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 143 above as if set forth in full.

145.    Stardock denies the allegations in Paragraph 145 of the Amended Counterclaim.

146.    Stardock denies the allegations in Paragraph 146 of the Amended Counterclaim.

147.    Stardock denies the allegations in Paragraph 147 of the Amended Counterclaim.

148.    Stardock denies the allegations in Paragraph 148 of the Amended Counterclaim.

149.    Stardock denies the allegations in Paragraph 149 of the Amended Counterclaim.

150.    Stardock denies the allegations in Paragraph 150 of the Amended Counterclaim.

151.    Stardock denies the allegations in Paragraph 151 of the Amended Counterclaim.

## FIFTH CAUSE OF ACTION

### (Unfair Competition (Cal. Bus. & Prof. Code § 17200 *et seq.*))

152.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 151 above as if set forth in full.

153.    Stardock denies the allegations in Paragraph 153 of the Amended Counterclaim.

154.    Stardock denies the allegations in Paragraph 154 of the Amended Counterclaim.

155.    Stardock denies the allegations in Paragraph 155 of the Amended Counterclaim.

## SIXTH CAUSE OF ACTION

### (Cancellation of U.S. Trademark Registration No. 2,046,036)

156.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 155 above as if set forth in full.

4828-0352-8558.3

CASE NO. 4:17-CV-07025-SBA

157.    Stardock denies the allegations in Paragraph 157 of the Amended Counterclaim.

### SEVENTH CAUSE OF ACTION

### (Conversion)

158.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 157 above as if set forth in full.

159.    Stardock denies the allegations in Paragraph 159 of the Amended Counterclaim.

160.    Stardock denies the allegations in Paragraph 160 of the Amended Counterclaim.

161.    Stardock denies the allegations in Paragraph 161 of the Amended Counterclaim.

162.    Stardock denies the allegations in Paragraph 162 of the Amended Counterclaim.

### EIGHTH CAUSE OF ACTION

### (Declaratory Judgment re: Trademark Rights)

163.    Stardock realleges and incorporates herein by reference its responses to Paragraphs 1 through 162 above as if set forth in full.

164.    Stardock denies the allegations in Paragraph 164 of the Amended Counterclaim.

165.    Stardock denies the allegations in Paragraph 165 of the Amended Counterclaim.

166.    Stardock denies the allegations in Paragraph 166 of the Amended Counterclaim.

167.    Stardock denies the allegations in Paragraph 167 of the Amended Counterclaim.

168.    Stardock denies the allegations in Paragraph 168 of the Amended Counterclaim.

169.    Stardock denies the allegations in Paragraph 169 of the Amended Counterclaim.

### NINTH CAUSE OF ACTION

### (Fraud)

170.    Stardock realleges and incorporates herein by reference its responses to Paragraphs

4828-0352-8558.3

1 through 169 above as if set forth in full.

171.     Stardock denies the allegations in Paragraph 171 of the Amended Counterclaim.

172.     Stardock denies the allegations in Paragraph 172 of the Amended Counterclaim.

173.     Stardock denies the allegations in Paragraph 173 of the Amended Counterclaim.

174.     Stardock denies the allegations in Paragraph 174 of the Amended Counterclaim.

175.     Stardock denies the allegations in Paragraph 175 of the Amended Counterclaim.

176.     Stardock denies the allegations in Paragraph 176 of the Amended Counterclaim.

177.     Stardock denies the allegations in Paragraph 177 of the Amended Counterclaim.

178.     Stardock denies the allegations in Paragraph 178 of the Amended Counterclaim.

## RESPONSE TO PRAYER FOR RELIEF

To the extent that this section requires a response, Stardock denies that Defendants are entitled to any relief whatsoever from any of the claims alleged in their purported Amended Counterclaim, including any of the relief alleged and listed in the Amended Counterclaim's Prayer for Relief.

## GENERAL DENIAL

Stardock further denies each and every allegation in the Amended Counterclaim that is not specifically admitted, denied, or otherwise responded to in this Answer.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Defendants fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendants' claims are barred by the doctrines of estoppel, waiver and/or laches.

4828-0352-8558.3

1

**THIRD AFFIRMATIVE DEFENSE**

2

Defendants are not entitled to injunctive relief because, among other things, there is no risk

3

of irreparable harm and money damages would be adequate.

4

**FOURTH AFFIRMATIVE DEFENSE**

5

6

One or more of Defendants' claims are barred by preemption.

7

**FIFTH AFFIRMATIVE DEFENSE**

8

Defendants lack standing to bring one or more of their causes of action.

9

**SIXTH AFFIRMATIVE DEFENSE**

10

On information and belief, Defendants' copyright claims are barred and their claimed works

11

are not entitled to copyright protection because their copyrights and/or copyright registrations are

12

invalid and/or unenforceable.

13

**SEVENTH AFFIRMATIVE DEFENSE**

14

15

On information and belief, Defendants' copyright claims are barred because they are not

16

the rightful owners of the alleged copyrights.

17

**EIGHTH AFFIRMATIVE DEFENSE**

18

19

On information and belief, Defendants' copyright claims are barred because the works

20

embodied in the relevant copyright registrations are not copyrightable.

21

**NINTH AFFIRMATIVE DEFENSE**

22

Defendants' copyright claims are barred and Defendants trademark claims are limited

23

because any alleged infringement was innocent and lacked intent.

24

**TENTH AFFIRMATIVE DEFENSE**

25

On information and belief, Defendants' trademark and related claims are barred because

26

they are based on trademark rights that Defendants do not own.

27

28

4828-0352-8558.3

33

CASE NO. 4:17-CV-07025-SBA

**ELEVENTH AFFIRMATIVE DEFENSE**

Defendants' trademark and related claims are barred because the alleged infringing use was not as a source identifier.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendants' claims are barred, in whole or in part, because Stardock had a license to use the claimed copyrights and/or trademark rights.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants' claims are barred, in whole or in part, in that Defendants authorized, consented to, and/or acquiesced in Stardock's alleged actions.

**FOURTEENTH AFFIRMATIVE DEFENSE**

On information and belief, Defendants' alleged copyright claims are barred under 17 U.S.C. § 411 and this Court lacks subject-matter jurisdiction over such claims in that Defendants failed to file for and/or obtain a copyright registrations for at least some of the claimed copyrights before filing the Amended Counterclaim.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendants' remedies for its copyright claims are limited under 17 U.S.C. § 412 in that it failed to obtain a copyright registrations within three months after the first publication of the work.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by the doctrine of fair use.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Defendants' trademark claims are barred by the doctrine of fair use.

4828-0352-8558.3

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by the merger doctrine, and therefore Defendants cannot establish ownership of any valid and enforceable copyrights and infringement of any such alleged copyrights.

**NINETEENTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by scènes à faire, and therefore Defendants cannot establish ownership of any valid and enforceable copyrights and infringement of any such alleged copyrights.

**TWENTIETH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by de minimis use.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

Defendants fail to state their fraud claim with particularity, as required by Rule 9(b) of the Federal Rules of Civil Procedure.

**TWENTY SECOND AFFIRMATIVE DEFENSE**

Defendants' fraud claim is time barred and due to be dismissed.

**TWENTY THIRD AFFIRMATIVE DEFENSE**

Defendants' declaratory judgment re: trademark rights claim is barred because they are not the rightful owners of the alleged trademarks.

**TWENTY FOURTH AFFIRMATIVE DEFENSE**

Defendants' declaratory judgment re: trademark rights claim is barred because Plaintiff has prior rights in and to the alleged trademarks.

**TWENTY FIFTH AFFIRMATIVE DEFENSE**

Defendants' claims are barred, in whole or in part, by the doctrine of unclean hands.

4828-0352-8558.3

1

## ADDITIONAL AFFIRMATIVE DEFENSES

2

Stardock reserves the right to supplement its affirmative defenses as discovery progresses

3

and additional information becomes available.

4

## JURY DEMAND

5

6

Stardock demands a trial by jury on all issues so triable.

7

8

Dated:  July 30, 2018                    Respectfully submitted,

9

10                                        **NIXON PEABODY LLP**

11                                        By:___/s/ Robert A. Weikert_____

12                                        Robert A. Weikert (Bar No. 121146)
                                          rweikert@nixonpeabody.com
13                                        Dawn N. Valentine (Bar No. 206486)
                                          dvalentine@nixonpeabody.com
14                                        NIXON PEABODY LLP
                                          One Embarcadero Center
15                                        San Francisco, California 94111-3600
                                          Tel: (415) 984-8200
16                                        Fax: (415) 984-8300

17                                        David L. May (appearance *pro hac vice*)
                                          dmay@nixonpeabody.com
18                                        Jennette E. Wiser (appearance *pro hac vice*)
                                          jwiser@nixonpeabody.com
19                                        NIXON PEABODY LLP
                                          799 9th Street NW
20                                        Washington, DC 20001-4501
                                          Tel: (202) 585-8000
21                                        Fax: (202) 585-8080

22                                        *Attorneys for Stardock Systems, Inc.*

23

24

25

26

27

28

4828-0352-8558.3