# EXHIBIT B

1. Identification of the material that Valve removed or disabled access to, and the location at which it previously appeared.

Star Control: Origins and the Chenjesu & Arilou Content Packs on Steam, at http://store.steampowered.com/app/271260/Star_Control_Origins/,

https://store.steampowered.com/app/874580/Star_Control_Origins__Chenjesu_Content_Pack/?beta=0,

https://store.steampowered.com/app/899550/Star_Control_Origins__Arilou_Content_Pack/?beta=0

2. Your statement, made under penalty of perjury, that you have a good faith belief that Valve removed that material due to mistake or misidentification of the material to be removed or disabled.

I, *Kevin Z Unangst*, hereby state, under penalty of perjury, that I have a good faith belief that Valve removed that material due to mistake or misidentification of the material to be removed or disabled.

3. Your name, complete mailing address, and telephone number.

Kevin Unangst
Stardock Systems 15090
Beck Rd,
Plymouth, Ml 48170
734-927-0677

4. A statement that you consent to the jurisdiction of your local federal District Court (or, if you are located outside the United States, the federal District Court for Western Washington, where Valve is located), and that you will accept service of process from the person who provided the notice of alleged copyright infringement (or an agent of that person).

I, *Kevin Z Unangst*, hereby consent to the jurisdiction of U.S. District Court in which my home (identified above) is located, (or, if I live outside the United States, the federal District Court for Western Washington, where Valve is located). I further promise that I will accept service of process from the person who provided the notice of alleged copyright infringement (or an agent of that person).

5. Your physical or electronic signature. *[signature: Kev Z Un]*

/Signature/, digital signature, or a scanned copy of this statement with your handwritten signature. This signature indicates your willingness stand behind the statements you make.