# EXHIBIT C



Stephen C. Steinberg
ssteinberg@bzbm.com
415-291-4523

August 21, 2018

<u>VIA EMAIL AND FEDEX</u>

Copyright Agent
GOG sp. z o.o.
ul. Jagiellońska 74
03-301 Warsaw
Poland
legal@gog.com

Re:   <u>Notice of Copyright Infringement Under the Digital Millennium Copyright Act</u>

To Copyright Agent for GOG Limited,

 I represent Paul Reiche III and Robert Frederick Ford (collectively "Copyright Owners"). I am contacting you as the designated agent for GOG sp. z o.o. ("GOG") to provide notice of copyright infringement and request removal of infringing materials from your service located at https://www.gog.com (the "Service") under Section 512(c)(3) of the Digital Millennium Copyright Act ("DMCA").

 Copyright Owners are the original developers and own certain exclusive copyrights in, to, and for the games "Star Control" and "Star Control II," originally released in 1990 and 1992, respectively, and own U.S. Copyright Registration Nos. PA 2-071-496 and PA 2-107-340 for works entitled "Star Control II." Copyright Owners also own similar copyrights in Star Control 3 with respect to those materials present in "Star Control" and "Star Control II" that were incorporated into Star Control 3 (the aforementioned copyrighted works are hereinafter referred to as the "Works").

 Stardock Systems, Inc. dba Stardock Entertainment ("Stardock") claims to be the assignee for the name "Star Control," but is not authorized to publish, reproduce, prepare derivative works based on, or distribute the Works.

 The following is a list of infringing materials and the URLs at which such materials are displayed and accessible on the Service:

> Star Control: Origins – Beta 1: Fleet Battles and related infringing images and copy, and links to other infringing material:
> https://www.gog.com/game/star_control_origins

GOG sp. z o.o.
August 21, 2018
Page 2

      Copyright Owners have a good faith belief that use of the Works in the materials described in this letter is not authorized by Copyright Owners, any agent of Copyright Owners, or any applicable law, including fair use. The information in this notification is accurate and I swear under penalty of perjury that I am authorized to act on behalf of Copyright Owners with respect to the subject matter of this letter.

      We therefore request that you remove and/or disable access to the infringing materials as set forth in Section 512(c)(1)(C) of the Act. Please contact me no later than August 28, 2018 to confirm that the infringing materials have been removed.

      As GOG knows from prior correspondence, Copyright Owners filed an action in the U.S. District Court for the Northern District of California seeking a court order to restrain Stardock from engaging in infringing activity relating to the infringing materials on the Service, which is captioned *Stardock Systems, Inc. v. Paul Reiche III, et al.*, Case No. 4:17-cv-07025-SBA.

      Thank you in advance and do not hesitate to contact me at the email address and telephone number above.

      Sincerely,

      BARTKO · ZANKEL · BUNZEL · MILLER
      *A Professional Law Corporation*

      Stephen C. Steinberg

cc: Mark Palmer

2635.000/1322028.1