# EXHIBIT D

Copyright Agent
GOG sp. z o.o.
ul. Jagiellońska 74
03-301 Warsaw
Poland
legal@gog.com

This is a counter notice to the DMCA request received on 8/27/18 pertaining to the following material that GOG removed or disabled access to, and the location at which it previously appeared:

Star Control: Origins – Beta 1: Fleet Battles
https://www.gog.com/game/star_control_origins

I, _Kevin Z Unangst_,-hereby state, under penalty of perjury, that I have a good faith belief that GOG removed that material due to mistake or misidentification of the material to be removed or disabled.


Kevin Unangst
Vice President
Stardock Systems
15090 Beck Rd,
Plymouth, Ml 48170 USA
734-927-0677