# EXHIBIT E



Games   Community   Events   Metaverse   Wikis

Home
Game
Media
**PRE-ORDER NOW**
Rankings
Forum
Store

# ADAM BALDWIN JOINS STAR CONTROL: ORIGINS VOICE CAST

Published on Tuesday, August 14, 2018 By Island Dog In Star Control News

Today, Stardock Entertainment announced that international star Adam Baldwin is joining the voice cast of the highly anticipated science-fiction adventure game, *Star Control: Origins*.

In *Star Control: Origins*, you explore the galaxy, investigate new worlds, contact new civilizations, and battle hostile aliens.. You are the captain of Earth's brand new, state-of-the-art ship, *The Vindicator*. Your mission is to gather allies to fight an ancient alien menace that threatens to annihilate the human race.

Adam will be portraying a rogue mercenary commander of the Menkmack who pursues the player on behalf of a mysterious client.

Said Adam: "Great stories matter, and I'm looking forward to being part of the story the Stardock team is telling with *Star Control: Origins.*"

"Adam has played so many unforgettable characters and earned millions of fans worldwide.  We're thrilled to have an artist of his caliber join the talented team at Stardock to deliver our biggest and best game yet," said Brad Wardell, CEO of Stardock.

*Star Control: Origins* will release on September 20, 2018.  Users can pre-order the game now at a discounted price and receive instant access to the Fleet Battles beta.

*Star Control: Origins* is available at a special pre-order price of $34.99 through Stardock, GOG, and Steam. For more information, visit www.starcontrol.com.

**Star Control: Origins - E3 Trailer:**
https://www.youtube.com/watch?v=4-EnCjcxsJE

**Star Control: Origins - Beta Screenshots:**
Screenshot 1 | Screenshot 2 | Screenshot 3 | Screenshot 4 | Screenshot 5

# # #

Please contact press@stardock.com for all media inquiries.

**About Stardock:** Stardock is a developer and publisher of PC games and desktop software located in Plymouth, Michigan.  Its PC games include Sins of a Solar Empire, Offworld Trading Company, Galactic Civilizations and Ashes of the Singularity. www.stardock.com.

WEBSITE     PURCHASE     COMMENT

4 Comments          30 Referrals

tumblr.          Tweet

Share

SIGN UP FOR OUR NEWSLETTER:

EMAIL ADDRESS     SUBSCRIBE

© 2018 Stardock Entertainment. Star Control® is a registered trademark of Stardock Entertainment. All rights reserved.

Site Map  |  Terms  |  Privacy  |  DMCA



NEWS     REVIEWS     HARDWARE

*GAMING*

# AMD Bundles Assassin's Creed Odyssey, Star Control: Origins and Strange Brigade with RX Vega, RX570/580

*By Alessio Palumbo*
*Aug 7*

**43**
SHARES

☐ SHARE   ☐ TWEET   ☐ SUBMIT



AMD announced today that three games due to release soon on PC, Assassin's Creed Odyssey, Star Control: Origins and Strange Brigade, will be bundled for free (provided that they are purchased from participating retailers) with the AMD RX Vega, RX 570 and RX 580 graphics cards.



*RELATED*

*AMD Fenghuang 15FF Graphics Chip Equipped APU Shows Up on 3DMark – Faster Than RX Vega M GH, 2 GB HBM2 Clocked at 1200 MHz*

Strange Brigade is out later this month, Star Control: Origins will release on September 20th and Assassin's Creed Odyssey launches October 5th. Below you can check out brief descriptions for each game, provided by the respective developers.



**WILL YOU ANSWER THE CALL TO ADVENTURE?**

Egypt, 1930's. Erased from ancient history and buried in a nameless tomb for 4,000 years, Seteki the Witch Queen has

risen once again.

Only one troop of daring heroes can stand against the fearsome power of Seteki and her army of mummified monstrosities: The Strange Brigade!

Explore remarkable ruins, solve perilous puzzles and uncover tantalising treasure while blasting your way through an array of undead enemies in thrilling third-person action that's certain to bring out your inner adventurer!

### ONE GRIPPING ADVENTURE
Hunt the foul Seteki through a rip-roaring campaign filled with dangerous dig sites, prodigious pyramids and crumbling caves packed with bountiful foes to send back to the afterlife. Explore alone or team up in 2-4 player online co-op!

### FOUR FEARLESS FORTUNE HUNTERS
Travel the ancient world as one of four dashing agents trained to tackle the supernatural. Unleash devastating magical powers and unload powerful prototype weapons such as the fire-spitting Krakatoa, the ice cold Chill Burster, and the brain-busting Blunderbuss!

### A LEGION OF MALEVOLENT MONSTERS
Seteki is not the only mythological menace to have awoken … she's brought an army of loyal beasts with her! Face her many nefarious ne'er-do-wells, including moaning mummies, fire-breathing assassins, armour-plated minotaurs, giant scorpions and much, much worse!

### TONS OF TERRIFYING TRAPS
Keep an eye on your environment to find creative ways to boff your enemies! Decapitate the undead with spinning blades, fry them to a crisp with fire traps, crush them with a well-placed boulder and more. You wouldn't set them on your team mates … would you?

### OODLES OF PUZZLING PREDICAMENTS
Keep those peepers peeled for suspicious clues, secret entrances and ancient contraptions that need re-awakening! Who knows what alluring treasures and buried riches await you on the other side…



Explore a living galaxy filled with alien civilizations, new and exotic worlds, pulse pounding combat, and a deep, rich history that is yours to unravel! The space role-playing game you've been waiting for!

Congratulations! You are the Captain of Earth's very first interstellar ship. That's good. Really good. So very good. There's just one small problem. Barely worth mentioning but a hostile alien race known as the Scryve want to exterminate us. We need you to go find allies, discover and use these so-called Precursor relics to upgrade your ship and try to avoid getting eaten along the way so that you can save humanity. We don't want you to feel pressure though. Just the very future of the human race rests on your shoulders.

Star Control: Origins is in development! You can pre-order it now and get access to the Betas. Do so and you get the game at a discount as the price will rise the closer we get to finishing.

## Features:

- Interact with aliens, both malicious and absurd.
- Explore a living universe that frankly can't believe you're flying around in that…thing.
- Travel across exotic and amazing worlds searching for relics, Precursor artifacts, and treasures.
- Navigate through thousands of planets in a universe that has a deep history spanning back hundreds of thousands of years.
- Design your own ships or download them from Steam to build fleets and take them into combat in fleet battles!
- Create or download other universes with their own history, stars, planets, aliens, ships and adventures.
- Interact directly with the development team, post your ideas, and be part of something amazing!

"



Choose your fate in Assassin's Creed Odyssey.
From outcast to living legend, embark on an odyssey to uncover the secrets of your past and change the fate of Ancient Greece.

**TRAVEL TO ANCIENT GREECE**
From lush vibrant forests to volcanic islands and bustling cities, start a journey of exploration and encounters in a war torn world shaped by gods and men.

**FORGE YOUR LEGEND**
Your decisions will impact how your odyssey unfolds. Play through multiple endings thanks to the new dialogue system and the choices you make. Customize your gear, ship, and special abilities to become a legend.

**FIGHT ON A NEW SCALE**
Demonstrate your warrior's abilities in large scale epic battles between Athens and Sparta featuring hundreds of soldiers, or ram and cleave your way through entire fleets in naval battles across the Aegean Sea.

| ☐ *SHARE* | ☐ *TWEET* | ☐ *SUBMIT* |
|---|---|---|

*RELATED*



*Intel Hades Canyon NUC Rocking An 8th Gen Core i7-8809G CPU and Radeon RX Vega M GPU With 1536 Cores Benchmarked in Compute and Gaming Tests*

Hassan Mujtaba  •  Mar 1, 2018                                                   ☐ 2869   ☐ 396



*AMD Confirms Interesting Bits About Upcoming Products In Interview – Vega 11 Arriving on Raven Ridge APUs, AM4 To Support Zen Updates Till 2020 and Increased Vega 10 Supply*

Hassan Mujtaba  •  Dec 2, 2017                                                   ☐ 2709   ☐ 44



*Gigabyte and MSI Back Out From Offering Custom Radeon RX Vega 64 Graphics Cards – Focusing Towards The NVIDIA GeForce GTX 1070 Ti Instead*

Hassan Mujtaba  •  Sep 27, 2017                                                  ☐ 4644   ☐ 21



*AMD Radeon RX Vega 64, RX Vega 56, RX Vega Nano Official Slides, Full Specifications Detailed – Flagship Model Compared To The NVIDIA GTX 1080, Has 300W TDP*

Hassan Mujtaba  •  Jul 30, 2017                                                  ☐ 17888   ☐ 24



*AMD's RX Vega Graphics Card Gets Pictured And 3DMark FireStrike Performance Leaked*

Usman Pirzada  •  Jul 25, 2017                                                   ☐ 2843   ☐ 13



*AMD Radeon RX Vega Compared Against a GeForce GTX 1080 in Budapest – Almost Similar Performance in Battlefield 1, Launches in 2 Weeks*

Hassan Mujtaba  •  Jul 18, 2017                                                  ☐ 14749   ☐ 19

*AMD's Liquid Cooled Vega Frontier Edition Goes On Sale For $1450 USD*

Usman Pirzada  •  Jul 13, 2017                                                   ☐ 708   ☐ 12



**SECTIONS**

Reviews

Interviews

Deals

Exclusive

Video

Entertainment

PC Builder

**TOPICS**

Hardware

Gaming

Mobile

Finance

Software

Security

Web

**KNOW US**

About

Advertise

Contact

Tip Us

Careers

Terms of Use

Privacy & Cookie Policy

Change Ad Consent

**FOLLOW US**

☐ Twitter

☐ Facebook

☐ YouTube

**SUBSCRIBE**

Enter your email address to
subscribe to our daily newsletter

| Email address | Submit |



© 2018 NewAge ADS, LLC. All rights reserved.

# ANANDTECH



**PC COMPONENTS** ▾   **SMARTPHONES & TABLETS** ▾   **SYSTEMS** ▾   **ENTERPRISE & IT GUIDES** ▾   **DEALS**

**TRENDING TOPICS**   CPUS   AMD   INTEL   TRADE SHOWS

*Anandtech reviews products independently. When you click links to buy products we may earn money that supports  our work.*

Home> GPUs

## AMD Launches The "Raise The Game" Bundle Radeon RX Vega, RX 580, and RX 570

**9** Comments

by Nate Oh on August 9, 2018 9:00 AM EST

+ Add A
Comment

Posted in   GPUs   AMD   Radeon   Game Bundles



This week, AMD has launched a new  "Raise The Game" promotion , offering three free games for qualified purchases of a Radeon RX Vega 64, RX Vega 56, RX 580, or RX 570. The game bundle is made up of three upcoming games: Assassin's Creed Odyssey (10/5), Star Control: Origins (9/20), and Strange Brigade (8/28). The promotion is active now and will run to November 3 $^{rd}$, 2018, covering direct add-in board sales, OEMs, and system integrators.

While all three games have different developers (Ubisoft, Stardock, and Rebellion, respectively), the common thread is their development ties to AMD. At E3,  AMD had announced partnerships  with Ubisoft and Rebellion, and on Strange Brigade in particular. And Ubisoft's most recent efforts are highlighted in Far Cry 5 and its support for Vega and Radeon-specific hardware features, while Rebellion has Sniper Elite 4 under its belt.

Meanwhile, Stardock's Ashes of the Singularity speaks for itself in how it has pushed the envelope with modern low-level APIs like DX12 and Vulkan. Although for legal reasons no IP of the original Star Control saga has carried over, Star Control: Origins finally succeeds the series that has been surviving as a cult classic in the form of The Ur-Quan Masters. But more interestingly, another Nitrous engine title will make it to market, and one that is further removed from traditionally low-level API friendly large-scale RTS's.



Buy ASUS AREZ RX Vega 64 OC on Newegg

In the current backdrop is, of course, NVIDIA's successor to the GeForce 10-series. As that speculative launch window creeps ever closer, AMD is faced with the task of maintaining competitiveness without a new generation of gaming cards of their own. Especially as the cryptocurrency mining demand has subsided from the consumer graphics market, AMD will likely look to lean on their ecosystem to keep their consumer graphics product channel moving. Meaning bundles with games, FreeSync monitors, and CPU offerings (i.e. Ryzen and Threadripper).

| AMD Current Game Bundles (8/2018) | |
|---|---|
| **Video Card (incl. systems and OEMs)** | **Bundle** |
| **Radeon RX Vega** | "Raise The Game" 3 Game Bundle: Assassin's Creed Odyssey Star Control: Origins Strange Brigade |
| **Radeon RX 580** | |
| **Radeon RX 570** | |
| **Radeon RX 560 and below** | None |

Buy Sapphire RX 580 Pulse 8GB on Newegg

At this time, no other bundles are active. AMD is currently running separate "Back to School 2018" promotions.

Game coupon codes must be redeemed through an AMD Rewards account before December 31, 2018. The AMD Rewards account will need to be linked to an Uplay account for Assassin's Creed Odyssey Standard PC Edition, while Star Control and Strange Brigade will be through Steam. A full list of participating vendors and further details can be found on the bundle's Terms and Conditions. Be sure to verify the participation of any vendors purchased from as AMD will not give codes for purchases made from non-participating sellers.

   







# From The Web

Ads by Revcontent



**New Rule in Massachusetts Leaves Drivers Fuming**



**New Vision Discovery is Leaving Optometrists Speechless (Try It Tonight)**



**How To Learn A Language In 20 Minutes A Day - According To an Expert**



**How to Easily Kill 98% of All Mold in Your Home**



**New Rule Causing Big Cable to Panic**



**The Cameramen Kept Recording, and What She Does Next is Crazy!**

# 9 Comments

View All Comments

POST A COMMENT

**Dug** - Thursday, August 09, 2018 link

AMD- please push for new hardware to compete.   I really like freesync monitors so I don't have to pay the gsync tax, but need a graphics card that can actually push high frame rates.

REPLY

**deksman2** - Thursday, August 09, 2018 link

What's the problem with RX 580 or Vega GPU's?
Their prices may be steep due to cryptomining craze, however, those GPU's are perfectly fine for gaming... especially after being undervolted (in which case, their power draw easily drops to Nvidia levels... or lower).

REPLY

**somejerkwad** - Thursday, August 09, 2018 link

What's wrong with these cards is that they're set to be (performance-wise) entry-level and midrange in the next couple of months, and they're already difficult to consider high end when they can't keep pace with the GP102 cards. nVidia is set to move the performance bar up in the near future and the requirements to make games run well while looking their best is only going to keep increasing. Not everybody is targeting "high settings but not everything at ultra, at 1080p60" when they buy hardware, and that's what the Polaris cards were already targeting 2 years ago.

AMD's current hardware is simply uncompetitive for people that want to have reasonable or high framerates and not be stuck on a resolution from over a decade ago (1920x1200 was available in the first half of the 00s, and 1080p TVs became the de facto standard for anybody but the cheapest consumers back around 2009 or 2010). A 1030 or an Intel IGP is "perfectly fine for gaming" as you put it, because they will not CTD on launch for most software--that doesn't mean they provide the user experience that we're looking for when we get into the market segment that's talking about buying variable refresh rate gaming monitors instead of cheaper 60Hz static refresh rate displays.

If I can get a similar or better experience out of a complete system with buying a console for a similar price as just the GPU (compare a 580 vs sale pricing of PS4 Pro), then the product is simply not a very good value nor is it even all that powerful to begin with--the console even uses less electricity than the GPU alone does when both are at full load!

REPLY

**Flunk** - Monday, August 13, 2018 link

Allegedly, and AMD does have new cards coming. You can't count your chickens before they're hatched and assume cards that haven't even been officially announced will make the previous

generation obsolete. It's very likely that the Polaris and Vega cards will still be viable products after Nvidia's new product launches. They'll probably just have to take slightly lower price points, provided they don't just get bought out by cryptocurrency miners.

REPLY

**BigDragon** - Thursday, August 09, 2018 link

If I bought my card on the 6th, but the campaign started on the 7th, what are my chances of getting in on this? Hard to ignore 3 free games. They're worth way more than return and rebuy shipping.

REPLY

**somejerkwad** - Thursday, August 09, 2018 link

Try contacting the retailer's customer support staff and asking. Way back in what feels like the dark ages (2015), I bought my 970 about a week before they started also including Batman instead of just Witcher 3 codes. Amazon promptly sorted me out when I requested a code. Thanks to the train wreck of a release that turned out to be, I also got the free copies of earlier Batman games that I didn't own yet, which just sweetened the deal for my small effort of writing up a support ticket.

REPLY

**wrkingclass_hero** - Friday, August 10, 2018 link

I remember when games bundled with GPUs were really exciting and compelling, and comparing the bundles between vendors.  Maybe it's just me, but I have so many games now that the bundled games are a non factor and elicit no emotional response.

REPLY

**docbones** - Monday, August 13, 2018 link

You still cant buy a Vega 56 for the $399 msrp, and its almost a year later.

REPLY

**vidyavox** - Tuesday, August 14, 2018 link

Good information. Lucky me I recently found your site by accident (stumbleupon). I have bookmarked it for later!
https://jio4gvoice.org/

REPLY

1

☰  **PCGames**ᴺ  🔍

NEWS

FEATURES

REVIEWS

HARDWARE

GUIDES

MORE



**AMD is looking to 'Raise the game' against Nvidia in the graphics card stakes by offering three free games with each purchase of a gaming-class Radeon GPU, whether in a standalone purchase or inside of a new, fully built PC. Whaddya reckon, is that better than getting less than £20 off a GeForce GPU and SSD bundle?**

The new AMD promotion means you get the new Assassin's Creed Odyssey free with any purchase of the top four Radeon GPUs the company offers, as well as free copies of both the Star Control: Origins reboot, and the 1930's co-op horde shooter, Strange Brigade.

The promotion is running from August 7 through to November 3, 2018 and the codes supplied via your retailer will need to be redeemed before the end of the year on December 31, 2018. You'll get the code with the purchase of your GPU or Radeon-based PC, but then you do have to go create a login at AMD's own online rewards portal to register for your free game codes.

The games won't be available straight away as the AMD 'Raise the game' releases are set to be staggered throughout the rest of the year. Strange Brigade is launching first, on August 28, followed by Star Control: Origins on September 20, and finally Assassin's Creed Odyssey on October 5.

Considering you're unlikely to get more than a handful of frames per second out of an RX 560 running Assassin's Creed Odyssey in anything other than 8-bit mode, it stands to reason that the promotion is only available on purchases of either the RX Vega 64, RX Vega 56, RX 580, or RX 570.

There are a host of participating retailers across the globe, excluding China, Cuba, North Korea, Syria, Sudan, and Iran. Go figure…



In the US you can grab yourself a bunch of free gaming goodness over at Newegg and in the UK CCL and Scan currently have the promo live. Others, such as Overclockers, Ebuyer, PC Specialist, Fierce PC, and a few more will also have the deal.  Some places aren't yet showing the promo as live yet, but the details should be appearing on the relevant hardware soon.

And, with prices of the RX 580 coming down to almost pre-mining levels, the 8GB version is one of the best graphics cards you can buy for your PC right now. It's got a great mix of general gaming grunt, a lot of video memory to mop up those high-res texture packs, and gives the GTX 1060 a real run for its money.

And we also think it's a better offer than Nvidia's 'free' Kingston SSD bundle too. That promotion just added a little extra cash to the cost of a card in exchange for some money off a middling solid state drive.

Three exciting new games is surely more in line with what PC gamers crave. Okay, two exciting games. Alright, one exciting game and a co-op horde shooter.

**READ MORE**

AMD Navi release date and specs
AMD Ryzen reviews and benchmarks
AMD Vega reviews and benchmarks

**BUY NOW**



AMD

**SHARE**

   

*Clicking on links in articles to retailers or publishers may mean we earn a small commission.*

© 2018  NETWORK N





□ **NEWS**

## E3 2018: Star Control: Origins Gets Fall Release Date, Up for Pre-Order Now

*Time to explore the galaxy with Stardock's latest, which finally has a release date.*

Brittany Vincent
June 11, 2018 3:25 PM

□ *1*



Stardock's latest entry in the Star Control series, *Star Control: Origins*, has finally been given a release date.

Stardock's director of production, Patrick Shaw, was on hand to discuss the action RPG, which lets you visit thousands of different, unique planets in the galaxy.



*You'll be able to soar among the stars beginning September 20, 2018.*



## Brittany Vincent

*Senior Editor*

*Fueled by horror, rainbow-sugar-pixel-rushes, and video games, Brittany is a freelancer who thrives on surrealism and ultraviolence. Follow her on Twitter @MolotovCupcake and check out her portfolio for more. Like a fabulous shooter once, said, get psyched!*

☐ **Filed Under**

- ☐ **STARDOCK**
- ☐ **STAR CONTROL**
- ☐ **PC**
- ☐ **STARDOCK ENTERTAINMENT**
- ☐ **NEWS**
- ☐ **STAR CONTROL: ORIGINS**

### Related Stories

*Marvel's Spider-Man The Heist DLC reveals Black Cat in new trailer*

*PAX West 2018: Rayman is the newest Brawlhalla character*

*PAX West 2018: Telltale offers a first look at The Walking Dead: The Final Season's second episode*

*North stuns Astralis to win DreamHack Masters Stockholm 2018*

☐ *From The Chatty*

☐ **Refresh**

☐ **Go To Thread**

☐ **Shacknews**

Brittany Vincent posted a new article **E3 2018: Star Control: Origins Gets Fall Release Date, Up for Pre-Order Now**

SHACKNEWS

© 1996 - 2018 Shacknews LTD.
Company

About Shacknews

Contact

Subscribe

Do It For Shacknews

Facebook

Twitter

Twitch

Youtube



**ROCK PAPER SHOTGUN**
PC Gaming since 1873

*Features*
*Reviews*
*News*
*Hardware*
*Videos*
*Guides*
*Supporters Only*

*Premature Evaluation*
*Update Night*
*The Mechanic*
*The Flare Path*
*Free PC games*
*Podcast*
*Forum*

Search the site    Go

Not signed in.

Sign in   Create an account

Support us

Home  •  Hardware  •  News

☐ 40

# Get three free games when you buy a new AMD graphics card



**Katharine Castle**
*Hardware Editor*
*8th August 2018 / 2:50PM*



Good news, potential graphics card buyers. Now that the world's supply of affordable GPUs have been ripped back from the cold, dead hands of the global crypto-mining community, AMD have announced they're going to start bundling in some free games with new graphics card purchases again – specifically, upcoming Greek stab'em up **Assassin's Creed Odyssey**, mythological co-op shooter **Strange Brigade**, and space action RPG **Star Control: Origins**.

It's not just one game you get either. Nope, you get all three when you buy an **AMD Radeon RX 570**, an **AMD Radeon RX 580** (our current recommendation for playing games at 1440p in our **best graphics card** rankings) or one of AMD's shiny 4K-pushing Vega cards.

But wait a minute, I hear you cry. None of those games are out yet! Indeed, I reply. Buying a new RX 570, RX 580, RX Vega 56 or RX Vega 64 won't let you start playing these games sooner than anyone else. You will, however, get a free code when each game eventually does get released (August 28 for Strange Brigade, September 20 for Star Control: Origins and October 5 for Assassin's Creed Odyssey), and you'll have until December 31 2018 to redeem them.

Whatever your feelings are about graphics card promotions, this is definitely better than a **free copy of The Crew 2**, and almost certainly better value for money than Nvidia's **free SSD deal**.

The promotion period runs from **now until November 3 2018**, so there's still plenty of time to take advantage of it if you'd rather wait and see what **Nvidia have up their sleeve at this year's Gamescom**. Codes will be dished out on a first-come, first-served basis,

*though, so the promo period may well come to an end sooner if the code supply gets plundered earlier than expected.*

*Of course, buying a new graphics card now, potentially mere weeks away from the release of a brand-new generation of pixel-pushing GPUs, may seem like a waste of money, no matter how many free games you get alongside it. Indeed, if you're at all intrigued by **Nvidia's Turing** cards (not that we really have any concrete details about them yet), I'd advise holding your horses for a bit until we know what the deal is.*

*If you're a staunch AMD lifer, however, you can be much more confident about getting your money's worth, as the general consensus seems to be that we won't see **AMD's next-gen Navi GPUs** for at least another year or two, giving you more time to make the most of your new RX card.*

---

*Tagged with AMD , AMD Radeon RX 500 Series , AMD RX Vega , graphics card , graphics cards , Hardware , Assassin's Creed Odyssey , Star Control: Origins , Strange Brigade .*

*If you click our links to online stores and make a purchase we may receive a few pennies. Find more information here .*

Jump to comments (40)

---

### Games wot we mentioned above

| | | |
|---|---|---|
| Assassin's Creed Odyssey<br>- Guides<br>- News<br>- Videos<br>- Features | Star Control: Origins<br>- News<br>- Features | Strange Brigade<br>- News |

---

### Who am I?



### Katharine Castle
*Hardware Editor*

*Katharine writes about all the bits that go inside your PC so you can carry on playing all those lovely games we like talking about so much. Very partial to JRPGs and the fetching of quests.*

More by me



Support RPS and get an ad-free site, extra articles, and free stuff!

Tell me more

*Please enable Javascript to view comments.*

*Please log in to reply.*

**More of this sort of thing**



*Every PC game at Ubisoft's E3 Press Conference*



*The Assassin's Creed series is taking a little lie-down in*



*Kassandra is Assassin's Creed Odyssey's main hero,*



*Ubisoft has tried to fill Assassin's Creed Odyssey*

*Excluding Just Dance, sadly*
☐ *21*

*2019*
☐ *14*

*but only in the book*
☐ *188*

*with real Greek voices*
☐ *66*

**Latest videos**

**Latest articles**



*Hundreds of free games with only a few bits missing from the GMTK 2018 game jam*



*Phantom Brigade is a turn-based mech strategy game from the NecroDancer crew*



*Video: You Should be Playing… Duskers (and some other recommendations,*



*HP Omen's ear-cooling Mindframe headset is actually sort of brilliant*

*One cool customer*

*(too)*

*In space... no one can hear you pillage*



**PC Gaming since 1873**

© 2018 Gamer Network.

*Today's scotch egg consumption: 7593*

*Hivemind Throbometer reading: 0.576%*

**Explore**
Features
Reviews
News
Hardware
Videos
Guides
Supporters Only
Podcast
Author index
Game index
Topic index

**Staff**
Graham Smith
Alice Bell
Alice O'Connor
Brendan Caldwell
Katharine Castle
Alec Meer
John Walker
Matt Cox
Dave Irwin
Matthew Castle
Noa Smith

**Helpful links**
About us
Contact us
Discord
Forum
RSS
Privacy policy

**Gamer Network**
Eurogamer
GamesIndustry.biz
Gamer's Edition
Jelly Deals
Metabomb
Nintendo Life
Push Square
USgamer
VG247

**Events**
EGX
EGX Berlin
EGX Rezzed
MCM Comic-Con
PAX
Star Wars Celebration



**On DES:** Reddit vs Riot: Drama over female-only League of Legends PAX seminars

☐ dark

Destructoid

Destructoid

☐ Log in    ☐ Sign up

REVIEWS    POPULAR    COMMUNITY BLOGS

🔍 Search

# Intriguing sci-fi sim Star Control will finally be released in September

2018-06-11 17:17:00    *by Chris Carter*

## Announced at E3

💬 3

PC Gaming Show continues to give us reveals for games we already knew about, and the latest bit of news involves *Star Control: Origins*. Its big claim to fame is that the entire universe is living out its dreams as you're playing, and it'll include mod support.

You can access the beta now if you pay up, but it'll launch on September 20, 2018.





You are logged out. Login | Sign up

   



Chris Carter  ☐  ☐
Reviews Director, Co-EIC   gamer profile

*Chris has been enjoying Destructoid avidly since 2008. He finally decided to take the next step, make an account, and start blogging in January of 2009. Now, he's staff! ------------------ T...* **more + disclosures**

create your own gaming blog

☐ *POPULAR AROUND THE NETWORK*

### Reddit vs Riot: Drama over female-only League of Legends PAX seminars

DES · Taha Zaidi                                           DES

**Also on destructoid: Star Control: Origins   (1)   ☐**

From our database:

- Checking out the battle system of Star Control: Origins - Joel Peterson
- It's a good time to be a fan of Star Control - Jordan Devore
- **More related stories**

**Filed under...** **#E3   #PC   #Simulation   #video**

READER COMMENTS LOADING BELOW...

You're not expected to always agree, but do please keep cool and never make it personal. Report harassment, spam, and hate speech to our community team. Also, on the right side of a comment you can flag nasty comments **anonymously** (we ban users dishing bad karma). For everything else, contact us!

- **Community Blog by The Actual Charlton Heston // Look at this steak: behold its majesty. There are none who can beat me at steak. I win at steak. This is my steak, and you cannot have my steak, for ...**
  16 comments · 3 minutes ago

- **Stories by WILFoftheblues - destructoid**
  11 comments · 7 minutes ago

- **Devolver Digital removes troublesome imagery from SCUM**
  13 comments · 13 minutes ago

- **Eminem sampled a Kingdom Hearts song and it is not simple, nor clean**
  10 comments · 1 minute ago

- **Amazingly, the Switch is slowly approaching the PS4's total hardware sales in Japan**
  33 comments · 14 minutes ago

- **Grandia's wonderful battle system should buoy a bare bones Switch port**
  10 comments · 15 minutes ago

- **Stories by King Kaiser - destructoid**
  10 comments · 4 minutes ago

- **Games that disappeared from official marketplaces without a trace**
  121 comments · 2 hours ago

- **destructoid - news, reviews & community**
  11 comments · 2 minutes ago

 

# PC Gaming Show E3 2018: Star Control: Origins

Robert N. Adams  /  June 11, 2018 at 6:25 PM  /  Gaming , Gaming News



Fans of space games will have an open-universe action RPG to play very soon called *Star Control: Origins*

In *Star Control: Origins*, players will be charged with ensuring humanity's future by exploring an open universe with thousands of planets and many alien races. Unfortunately, not all of them are friendly – the Scryve Empire have interpreted our ancient radio broadcasts as an indication that we are a very dangerous species that must be eliminated. Set in 2088, our most advanced starship has ventured out with some pretty nice tools and a whole bunch of nuclear weapons – just in case. Unfortunately, some of the alien races out there have much more powerful firepower and part of the game will be about trying to get your hands on more advanced technology. Take a look at the trailer for yourself to see some of this in action:



Modding will be a core feature of the game. Players will be able to create their own ships, adventures, and other similar gameplay elements and share them with other people online. There will also be more structured play, of course. Fleet battles are going to be another core part of the game. You can play them in local multiplayer or online in both unranked and ranked play.

Although there's a lot to explore, players in *Star Control: Origins* are getting out there in the universe to complete a mission by any means necessary. Star Control is not *necessarily* tacitly endorsing the use of any underhanded means to accomplish your mission, but I'm sure that they would look the other way considering that the fate of humanity is on the line.

If you want to get this game ASAP, you can pre-purchase *Star Control: Origins* on Steam or on GOG [Affiliate Link] for $34.99 or your regional equivalent. You can also head on over to the game's official website if you'd like to learn more about it. It will be launching on September 20, 2018.

*Disclosure: GOG works with TechRaptor for affiliate partnership, and TechRaptor earns a small commission off purchases made from links in this article. In addition, GOG provides a monthly giveaway to our Pack Hunter members.*

What do you think of *Star Control: Origins*? Does this particular style of game appeal to you? Do you think it will be fun to play this game with mods or would you prefer a vanilla experience? Let us know in the comments below!  If you want to know more about this and other announcements happening at E3 then be sure to check out our  E3 2018 Coverage Hub.

| More About This Game |
|---|

## Share

   

Have a tip for us? Awesome! Shoot us an email at tips@techraptor.net and we'll take a look!



# Robert N. Adams

*Senior Writer*

I've had a controller in my hand since I was 4 and I haven't stopped gaming since. CCGs, Tabletop Games, Pen & Paper RPGs - I've tried a whole bunch of stuff over the years and I'm always looking to try more!

## About TechRaptor

TechRaptor is your source for high quality technology and gaming news, reviews, and articles. Visit our forums for open discussions.

## Stay Up To Date

Email *

Subscribe!

## Join TechRaptor

Write for TechRaptor
Support TechRaptor

## Follow TechRaptor

   

Copyright © TechRaptor LLC 2013-2018
Privacy Policy

 

# Raise the Game



GRAPHIC CARDS    RADEON SOFTWARE    GA

**Why We Use Cookies**

This site uses cookies to make your browsing experience more convenient and personal. Cookies store useful information on your computer to help us improve the efficiency and relevance of our site for you. In some cases, they are essential to making the site work properly. By accessing this site, you consent to the use of cookies. For more information, refer to AMD's privacy policy and cookie policy

- I understand



# Not one. Not two. But three of the hottest games for FREE.

Forge your destiny in war-torn Ancient Greece as you live an epic adventure in **Assassin's Creed® Odyssey**, stand against an ancient forgotten evil power in **Strange Brigade®** and fast-forward to the year 2086 to join the galactic community and feel the thrill of ship-to-ship battle in **Star Control®: Origins**. AMD Radeon™ RX graphics bring you the ultimate gaming experience and performance. Raise the game with Radeon™.



# Game-changing Performance

Make breath-taking visuals, unwavering performance and surgical levels of detail your new standard thanks to advanced GPU multi-threading, optimized for the latest DirectX®12 and Vulkan® titles. AMD Radeon™ RX graphics bring you the ultimate gaming experience and performance, whether you're playing the latest esports, VR or AAA titles.



## Defy Convention with AMD Radeon™ RX Vega graphics

Built to deliver the ultimate gaming experience in next gen games. Escape into lifelike VR realms, enjoy high refresh gaming, capture and record 4K gameplay at 60 fps. Now that's extreme gaming.

**LEARN MORE**



## Transcend HD with AMD Radeon™ RX 580 graphics

Go beyond HD gaming with the Radeon™ RX 580 and experience incredible VR and every heart-pounding moment with ultra-sharp visuals.

**LEARN MORE**



# High-Performance Gaming with AMD Radeon™ RX 570 graphics

Become an esports icon or demand rock-solid 1080p performance in the latest DirectX® 12 and Vulkan™ games so you can focus on repeating match-winning plays again and again. (And again!)

**LEARN MORE**

# AMD RADEON Software Adrenalin Edition

# The Features for Gamers

AMD Radeon RX graphics cards gives you access to the incredible core technologies in the **Radeon™ Software Adrenalin Edition** , designed to give you full control of your gameplay, all wrapped up in an intuitive interface that lets you tweak settings without having to leave your game.

- Seize your gaming victories with the easy streaming capabilities of Radeon™ ReLive
- Work smarter, not harder with Radeon™ Chill - dynamically save power while gaming
- Tailor your gameplay with custom profiles and enhance your PC performance with Radeon™ Wattman [1]

**LEARN MORE**



## Star Control™: Origins

Available September 20

**LEARN MORE**



## Strange Brigade™

Available August 28

**LEARN MORE**



## Assassin's Creed® Odyssey

Available October 5

**LEARN MORE**



# World's Largest Selection of Gaming Displays

Banish choppy gameplay and broken frames with the low-latency responsiveness of Radeon FreeSync™ display technology.

Radeon FreeSync™ 2 pushes the boundaries further, combining smooth gameplay and plug-and-play HDR gaming at low latency, without needing to tweak your settings.

Thanks to AMD's commitment to open-source technology, many leading monitors are FreeSync compatible. Choose AMD Radeon™ RX graphics and Radeon FreeSync™ technology for the world's largest selection of gaming displays.

**LEARN MORE**

▶ FOOTNOTES

Our Company   Newsroom   Careers   Investors   Contact Us

☐ ☐ ☐ ☐   ☐ ☐ ☐

©2018 Advanced Micro Devices, Inc

Terms and Conditions   Privacy   Cookie Policy   Trademarks   Statement on Forced Labor



Games   Community   Events   Metaverse   Wikis

Home
Game
Media
**PRE-ORDER NOW**
Rankings
Forum
Store

## STAR CONTROL: ORIGINS - JUNE 2018 STATUS REPORT

Published on Friday, June 15, 2018 By Frogboy In Star Control Journals

Greetings!

Lots of exciting things happening!

**Star Control at E3**

Stardock had a big presence at E3 this year where it announced the release date for Star Control: Origins - September 20.  The last day of Summer!



Stardock's Patrick Shaw on stage at E3 presenting Star Control: Origins!

You can watch the trailer here:

https://www.youtube.com/watch?v=4-EnCjcxsJE

**Music**

Many fans of the classic series will be happy to learn that Dan Nicholson has joined Riku Nuottajärvi on Star Control: Origins, bringing with them virtually all of the old music from the classic series with them (which we're in the process of updating).

**Chapter 1 BETA!**

Those of you who have pre-ordered the game can sign up to test out Chapter 1 of the main game.  This beta gets rolled out to people slowly so that we can get a constant stream of first impressions.



**The beginning...**

The Chapter 1 beta testers give us great feedback on the core game elements, which lets us then iterate quickly on it.  Star Control is the first time Stardock has ever had both of its game teams on a single game so we get through these iterations very fast.  Then, we update the game and add another set of people to the beta to get their first impressions.  Repeat for the next 3 months, and you have an idea of the plan.

**Star Control: NOT Spore, NOT No Man's Sky**

We've seen a lot of comparisons between Star Control and Spore and No Man's Sky.  There are certainly many similarities, but I think we should focus on where they are very different:

1.  Star Control is about the story.  There are no procedurally generated quests here.  Every single mission, every single line of dialog, every "quest" you run into was hand-crafted by the Sci-Fi writing team here led by Chris Bucholz.
2.  The Star Control galaxy sits on top of an AI simulation.  That is, every second the rest of the galaxy is doing its thing.  You are the hero of the story but you are a small part of a much bigger universe.
3.  In Star Control, exploration is a means to an end.  You are Captain Kirk, Lonestar, Malcom Reynolds - take your pick. You have a ship and you are on a mission or a job or a quest.  It has been actually a challenge to get beta testers to not try to explore every planet in the solar system. Sure, you can land on every moon in the solar system (just like you can loot every house in town in Skyrim), but the question is: why do it?

**What you can expect in the first 30 minutes**

You are the captain of one ship.  You are not building bases.  You are not building an empire (at least not directly).  Depending on your choices, perhaps you will be the spearhead of a Terran Empire but your job is to captain your ship, not manage an empire.

As a primer, the year is 2088.  That's 70 years from now.  We've developed strong AI and those who created it immersed themselves within their own technological singularity...and then abruptly left Earth, causing the governments of the world to pool resources to build an international space exploration organization: Star Control.  Naturally, once the immediate uproar had died down, the endeavor quickly stalled until one day, in late Summer 2088, an alien signal was detected.  It's your job to find out what's going on and that begins an adventure that will change the course of human destiny.



**I see the moon...the moon sees me...**

You can travel to the moon, land on it, visit it. Get to know it.  But you don't have to.  This isn't a game on rails. The only real gate you face is the fact that we humans in 2088 don't have faster-than-light travel.  But that's not our fault.  I mean, FTL in 2088? Come on (if I'm alive in 2088 I would be delighted to be proven wrong).   But how that problem gets solved is a different, somewhat spoiler-y discussion.



**Jupiter and it's moons**

We didn't originally include Callisto but beta testers lobbied for it and we were happy to oblige.



**Your ship at the start..isn't great.**



**One bright idea the scientists at Star Control had was to get the program to pay for itself by giving the ship a sophisticated element detection and collection system.**

The Star Control lander program was designed to make it relatively easy to detect and collect valuable minerals.  It mostly searches out for concentrations of pure elements as those are the easiest (and cheapest) to refine into the slurry known as resource units.

Once in awhile, you will find truly exotic and even theoretical elements such as Tzo crystals which are formed in the crust of Neutron stars.  They are extremely rare and valuable.



**"It's because of me they had to put up a warning sign."**

Some spacial bodies you cannot land on.  For example, you can't land on the sun. Not even at night.  Venus is not a planet we can land on in 2088 with even our state of the art technology.  Before the Chapter 1 beta began, we had the color coded Planet Data area.  However, many a Founder died trying to land on Venus.  So then we added the scary warning box in the bottom right.  Still, people died.  Finally, we have had Lt. Kerry straight out tell you not to try to land on Venus.  I still think people will die.

**The goal**

We want to make sure we hook the player.  Star Control is special. There is no other game quite like it.  Its awesomeness must be apparent very quickly.  That means the story needs to draw you in, the gameplay needs to be compelling and the performance has to excellent on your setup.

See you next week!



8 Comments          26 Referrals



Share



SIGN UP FOR OUR NEWSLETTER:

EMAIL ADDRESS    SUBSCRIBE

© 2018 Stardock Entertainment. Star Control® is a registered trademark of Stardock Entertainment. All rights reserved.

Site Map    |    Terms    |    Privacy    |    DMCA

- CHANNELS 1]

  ## CHANNELS

  - GamesBeat
  - AI
  - AR/VR
  - Big Data
  - Business
  - Cloud
  - Commerce
  - Dev
  - Enterprise
  - Entrepreneur
  - Esports
  - Heartland Tech
  - Marketing
  - Media
  - Mobile
  - PC Gaming
  - Security
  - Social
  - Transportation
  - Got a news tip?
  - Press Releases
  - Webinars
  - Advertise
  - Privacy Policy

- EVENTS 1]

  ## VB EVENTS

  - Upcoming Events

  ## GET INVOLVED

  - Sponsor
  - Speaker
  - Media Partner
  - Volunteer
  - Got a news tip?
  - Press Releases
  - Webinars
  - Advertise
  - Privacy Policy

- NEWSLETTERS

Search

- ▫
- ▫
- ▫
- ▫
- ▫

Search

- ‹ CHANNELS ›

**CHANNELS**

GamesBeat
Esports
AI
Heartland Tech
AR/VR
Marketing
Big Data
Media
Business
Mobile
Cloud
PC Gaming
Commerce
Security
Dev
Social
Enterprise
Transportation
Entrepreneur

- ‹ EVENTS ›

**VB EVENTS**

Upcoming Events

**GET INVOLVED**

Sponsor
Media Partner
Speaker
Volunteer

- **NEWSLETTERS**

- ‹ VENTUREBEAT ›

About
Advertise
Careers
Contact

- Got a news tip?
- Press Releases

- Webinars
- Privacy Policy

PC GAMING

# Star Control: Origins lead producer explains how the reboot updates the classic series

Jeff Grubb@jeffgrubb July 2, 2018 11:16 AM



## MOST READ

- Cute and high quality, which is just like me.

  Blue Yeti Nano USB mic review — it's the real deal

- Zuldazar.

  World of Warcraft: Battle for Azeroth review — this war is off to a good start

- Giphy World is a VR trip.

  [Giphy World is like taking LSD in VR](#)

  Heather Culbertson

  [Haptic armband lets you feel the sensation of stroking in VR](#)

  The scene of the finals for the NA LCS spring finals.

  [Legalized gambling could have major implications for esports](#)

# UPCOMING EVENTS

- [BLUEPRINT:](#) Oct. 9 - 11
- [VB Summit:](#) The best in AI. An invite-only executive event. Oct. 22 - 23

Publisher Stardock is reviving the Star Control series with its own update called Star Control: Origins, which hits PC on September 20. This new take on the classic space-exploration adventure games is giving players a simulated universe to discover while maintaining the story-driven gameplay that made so many people fall in love with Star Control II: The Ur-Quan Masters.

I recently spoke with Star Control: Origins lead producer Patrick Shaw about the game and how Stardock is approaching development. Shaw explained Origins' relationship to the original and how it is expanding on the ideas from the nearly 30-year-old franchise.

"Our game is inspired by the classics," Shaw said. "We've taken the same beats and some of the same themes, both in gameplay and story, and then updated them for a modern audience."



One of those modernizing elements includes 3D gameplay when landing on a planet. Those lander sections were in 2D in the early games, and now Stardock is using the power of today's PCs to re-create that experience as something more dynamic.

"But the most important thing that we're excited to bring to this is the idea of a complete simulated universe," said Shaw. "While I'm on the planet, I can look up in the sky. I can see my mothership orbiting the planet. If I'm on Europa, I can see Jupiter and all of its moons in the distance. I can go out into the solar system. In the solar system I can see alien ships flying back and forth, going between trading posts, maybe engaging in battles."

And each of those alien ships has their own motivations and character traits.

"Some of them are interested in me. Some of them aren't. Some are scared. Some are really angry at me," Shaw explained. "This entire universe is being simulated all the time while I'm on my adventure. Even while I'm on the planet picking up resources, there's a Scrye battlecruiser out in the solar system patrolling, looking for trouble."

Shaw acknowledges that may sound like No Man's Sky, but he thinks Origins is fundamentally different because it is focused on that story-driven experience. You can explore however you want, but you are likely doing so because the story drove you to a certain planet. And that is what Origins is all about.

And we'll get a chance to see that for ourselves as summer turns to fall and Star Control: Origins debuts. Until then, you can read my entire interview with Shaw in the full transcript below:

---

**GamesBeat: Tell me about yourself and the game.**

**Patrick Shaw:** I've been in the gaming industry for almost 20 years now. I've worked on Star Wars games. Serious games as well. I've been a lead producer here at Stardock for coming up on three years now. I'm the lead producer on Star Control. So, Star Control is an open universe action-RPG. It's a story-driven open universe, which means I can go anywhere, 100 light-years in any direction, and chart hundreds of stars, explore thousands of planets, interact with dozens of aliens, and basically choose my own path through the story. It's also an action game, so I can go down to a planet. I can drive my lander around. I can shoot alien critters. I can pick up resources and interact with aliens on the surface. Also, I can fly out into space, fight against other ships, and—lastly it's an RPG, so you collect resources to buy bonuses for your ship, upgrade your ship to improve it, so you can fight bigger battles and land on planets you couldn't land on before. Throughout this, we're working through a mystery in order to save the Earth.

**GamesBeat: This is a follow-up from the original games. They had a lot of these ideas, a lot of these concepts, just represented differently than how you'll be representing them in this game?**

**Patrick Shaw:** Sure. Our game is inspired by the classics. We've taken the same beats and some of the same themes, both in gameplay and story, and then updated them for a modern audience. For example, in the original games, the lander gameplay was 2D. Now we're on a 3D planet. But the most important thing that we're excited to bring to this is the idea of a complete simulated universe. While I'm on the planet, I can look up in the sky. I can see my mothership orbiting the planet. If I'm on Europa I can see Jupiter and all of its moons in the distance. I can go out into the solar system. In the solar system I can see alien ships flying back and forth, going between trading posts, maybe engaging in battles. Some of them are interested in me. Some of them aren't. Some are scared. Some are really angry at me. This entire universe is being simulated all the time while I'm on my adventure. Even while I'm on the planet picking up resources, there's a Scrye battlecruiser out in the solar system patrolling, looking for trouble.



Above: Star Control: Origins has a number of alien races for you to interact with.

**GamesBeat: Tell me more about how that simulation works. Is this going to be something where it's very intensive, all of my actions affected, or is it going to be so big that my actions only affect a small part of it?**

Patrick Shaw: It's a pretty big simulation. We have hundreds if not thousands of ships running around right now in our current version of the game. They're following their own AI, their own plan. As I interact with the game over time, I start having a larger and larger ripple effect on how the ships behave and how they respond to me.

**GamesBeat: What would make them want to respond to you? You said you're exploring these planets. You're unraveling this mystery. Is it when you do illegal actions, things that might piss off some authority? Or is that as you get close to the end of this mystery, powers want to stop you? How does that work?**

Patrick Shaw: At one point in the story, midway through the game, you have a choice as to whether to take a shortcut to save Earth, but that choice will involve the genocide of another alien species, wiping out their homeworld. If you do that, all those ships will suddenly go from being friendly to being hostile.

**GamesBeat: I would imagine so.**

Patrick Shaw: Exactly. Before, you'd be flying around and you'd encounter these aliens. They'd be friendly to you. They might give you stuff. But then once you piss them off by killing their homeworld, they become hostile and they become an obstacle to your general progression in the game.

**GamesBeat: I hear something like that and I think—I love it when stuff like that is in a game, but I'll never do it. I have to be the good guy. Do you find ways to make even something like planetary genocide a shade of gray, where you give me compelling reasons to consider that as an option? Or is that definitely the dark path? You could do this, but you'll be the bad guy.**

Patrick Shaw: We're definitely—we have several different themed paths through the game, themed choices. We definitely try to go for more of the shades of gray throughout the game. As I said, you're under pressure to save the Earth. One of the obvious choices is genocide. Do you choose your own homeworld, or do you choose this other alien homeworld to survive?

**GamesBeat: How do you make sure something like that stays interesting? I would imagine most people, even beyond wanting to be the good guy, would find diplomatic solutions to be maybe more interesting, if they could find ways around that. What can you add to a path like that that keeps people considering these drastic options that almost seem too simplistic?**

Patrick Shaw: The advantage of staying on the good side of people is you can find more allies. One of the parts of the gameplay is the fleet battles. As I'm going through the game I accumulate ships in my fleet, like characters in your party. The more ships I have, the better I'm going to be in combat, and the more friends I make, the more ships I'll have to choose from.

**GamesBeat: Killing a planet, is that the endgame, or would the game continue after that? Is there a point where the story ends, I guess?**

Patrick Shaw: For that particular example, the game keeps going. The story keeps moving.

◉ Neowin                                                    **Login**    ☰

Latest    Software    Gaming    Microsoft    Guides    Windows 10 builds    Write for Neowin!

# Star Control: Origins releasing on September 20, gets new gameplay footage

By Usama Jawad    🐦 @@UsamaJawad96 · Jun 12, 2018 02:48 EDT                    💬 3



Preorders for Stardock's upcoming space strategy title        Star Control: Origins    opened up late last year. The game is a reboot of the series    and puts the player in charge of manning Earth's first interstellar ship. As the captain of this ship, players will have to explore galaxies, traverse thousands of planets, build and upgrade their fleets, and create alliances to fight against a dangerous alien species, the Scryve, which seems hell-bent on destroying humanity.

Apart from revealing a bit more of the story, today's E3 trailer for        Star Control: Origins    also showed off new characters, creatures, and the diverse environments that the player will get to explore in the game. You can check it out for yourself below:





Star Control: Origins  currently retails for $34.99 on  Steam  and  GOG, and a discounted price of $31.49 at the  Stardock store  . The game is slated for a launch on September 20, 2018, but players who preorder the title get immediate access to the Fleet Battles beta test.

Disclaimer:  Neowin's relationship to Stardock   .

STARDOCK   STAR CONTROL   STAR CONTROL ORIGINS   REBOOT   PC GAMING SHOW

PC GAMING SHOW 2018   E3   E3 2018   GAMING

f Like   🐦 Tweet   G+ Share   Reddit Share          🐦 Follow     ▲



NEXT ARTICLE

Insomniac's new Spider-Man trailer shows off a sinister group of villains

PREVIOUS ARTICLE

Hunt: Showdown is getting new weapons and a disgusting monster soon

RELATED STORIES





Stardock broadens partnership with AMD, Star Control: Origins to debut at PAX West

Aug 29, 2018

Star Control: Origins gamescom trailer shows a darker path humans can take

Aug 21, 2018

Show Comments

DEALS







Pay What You Want: The Ashampoo Software Bundle

~~$339.92~~ **$1.00**          100% off

Adguard Premium: Lifetime Subscription

~~$119.00~~ **$29.99**          75% off

eLearnExcel & eLearnOffice School: Lifetime Subscription Bundle

~~$1,198.00~~ **$49.00**          96% off



REVIEW

The Lenovo Legion Y530 is at the intersection of work and play

IFA 2018

Lenovo's new Yoga Book has an E Ink display for a keyboard

COMPANY

Contact Us

About Us

Write for Neowin

Advertising

COMMUNITY

Forums

Subscribe

Chat on IRC

Neowin Deals

SOCIAL

Facebook

Twitter

Google+

YouTube

PARTNERS

Star Control

Fences

Brad Wardell

Store



**DMCA POLICY TERMS OF USE PRIVACY STATEMENT**

© Since 2000 Neowin LLC. All trademarks mentioned are the property of their respective owners.

 **GAMER**

 Search

News    Reviews    Hardware    Indie    Best Of    Magazine    Board Games    More

POPULAR    Cyberpunk 2077    Amazon's MMO    Nvidia RTX 2080    Fallout 76    Fortnite    PCG Club

# Star Control: Origins teases new in-game footage, is releasing in September

By Joe Donnelly   2018-06-11T22:22:25.161Z

Party like it's 1990.

 |  **COMMENTS**

*Stardock is a sponsor of the PC Gaming Show at E3.*

Stardock, the studio responsible for Sins of a Solar Empire and Ashes of the Singularity, announced its Star Control reboot way back in 2013. Three years later, Star Control: Origins was officially revealed and, two years after that, new in-game footage was teased at the PC Gaming Show at E3 2018.

Hang on a minute, that's today. Observe:

Equipped with both hyperspace and solar system travel, Star Control: Origins is a space-flung, open-universe ARPG that bucks Stardock's typical real-time strategy leanings. Set in an isolated region of space, players are given "complete freedom to choose paths"

within a "truly story-driven universe" where outcomes are dictated by your decisions.

You'll solve mysterious, quests and missions. You'll explore the vast expanse on your lonesome, and engage in multiplayer battles. And, like any space role-player worth its salt, you'll save the universe. No pressure, mate.

Fancy that? Star Control: Origins—a reboot of Toys for Bob and Accolade's 1990 sci-fi RPG—is due September 20, 2018 on Steam, GOG and the Stardock website. It'll cost $39.99 when it lands.



**SEE COMMENTS**

TOPICS

NEWS   STARDOCK   E3   E3 2018   PC GAMING SHOW 2018   PC GAMING SHOW   RPG   STAR CONTROL: ORIGINS

**LOAD COMMENTS**

**RECOMMENDED**



**Artifact is not nearly as hard to play as it looks**

**24 years later, speedrunner finds 'the last official secret' of Doom 2**

PC GAMER NEWSLETTER

Subscribe to get the best content of the week, and great gaming deals, as picked by the editors.

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

| HARDWARE BUYING GUIDES | LATEST GAME REVIEWS |
|---|---|



| 1 | **The best RGB LED Lighting Kit** |
|---|---|
| 2 | **The best mouse pad for gaming** |

2

| 3 | **The best SSD for gaming** |
| 4 | **The best graphics card** |
| 5 | **The best webcam** |

PC Gamer is part of Future plc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us  |  Terms and conditions  |  Privacy policy  |  Cookies policy  |  Advertise with us

© Future US, Inc. 1390 Market St, Suite 200, San Francisco California 94102.

 YouTube

Search

 Sign in



PC GAMER

▶ ⏭ 🔊 0:04 / 2:08

### Star Control: Origins trailer - PC Gaming Show 2018

 PC Gamer ✓
▶ Subscribe

21,186 views

➕ Add to    ↪ Share    ••• More    👍 165    👎 29

Published on Jun 11, 2018
The latest from Stardock's Star Control, out on September 20. See more on http://www.pcgamer.com and watch the PC Gaming Show livestream at https://www.pcgamer.com/pc-gaming-sho...

Game

 Star Control
1990
Explore in YouTube Gaming

SHOW MORE

🔄 Loading...

Up next

Autoplay ⓘ 🔵

 A First Look at Star Control: Origins' Adventure Mode
IGN
37,244 views

 No Longer Slaves (Official Lyric Video) - Jonathan David &
Bethel Music
Recommended for you

 What A Beautiful Name - Hillsong Worship
Hillsong Worship
Recommended for you

 Meredith Andrews "Not for A Moment" (Lyric Video)
meredithandrewsmusic
Recommended for you

 The History of The Elder Scrolls
GameSpot
1,044,897 views

 Mandisa: Good Morning - Official Lyric Video
Capitol Christian Music Group
Recommended for you

 The Rise and Fall of Command & Conquer [REDUX] |
GVMERS
625,304 views

 What's inside a Tesla Tire?
What's Inside?
Recommended for you

Reckless Love (Official Lyric Video) - Cory Asbury | Reckless Love
Bethel Music
Recommended for you
5:33

Two Point Hospital Gameplay: Dirty Docs, Murky Morals And 4
Rock Paper Shotgun
20,095 views
9:20

You Don't See in 4K

Knowing Better
Recommended for you

The Story of Spyro the
Dragon | Gaming
Historian
Gaming Historian
267,929 views

`30:24`

Top 10 Most Addictive
City Builder Games
WatchMojo.com
896,479 views

`10:13`

10,000 Reasons (Bless
the Lord) - Matt
Redman (Best Worship
GloryToFatherGod
Recommended for you

`5:43`

Evolution of Tomb
Raider Games 1996-
2018
Cussan
786,558 views

`10:47`

Reckless Love - [Lyric
Video] Cory Asbury
LANDON'S LYRIC VIDEOS
Recommended for you

`5:32`

The History of Games   S1 ▾

E10
The History Of The
Sims
GameSpot
814,173 views

`33:13`

Who You Say I Am -
Hillsong Worship
Hillsong Worship
Recommended for you

`5:35`

11 Awesome Video
Games Nobody Played
Looper
3,279,868 views

`8:05`

Top 10 Most Played
MMORPGs in 2018 -
What MMOs You
MMOByte
1,687,480 views

`12:38`

SHOW MORE

     

About   Press   Copyright   Creators   Advertise   Developers   +YouTube

Terms   Privacy   Policy & Safety   Send feedback   Test new features

# tsa

Follow

SEARCH   x   I

home | news | features | blogs | reviews | previews | community | competitions | podcasts | newsdesk          forum | tsa meets | trophies

YOU ARE NOT LOGGED IN
LOGIN |REGISTER FOR FREE

Tweet

g+

0
Like

NEWS

# Star Control: Origins Trailer Features Space Combat and Story

## An alternate universe alien diplomacy-'em-up.

Gareth Chadwick, 3 months ago, no comments.

Share on Facebook     Share on Twitter     Share on Google+

**S**tardock action adventure game **Star Control: Origins has been shown at E3** with some nice CGI story and a side of gameplay. It is set in an alternate universe from the original Star Control trilogy of the 1990s and will feature exploring a procedurally generated galaxy, ship-to-ship combat, and diplomacy with aliens.

The player captains the first human interstellar-capable ship when it is dispatched to investigate a distress signal. Star Control Origins will launch on September 20th of this year and is apparently coming to consoles as well.



JUNE

Star Control: Origins Trailer Features Space Combat and Story

The News At Sixth: 03/09/18
5 hours ago                            0

Racing In Forza Horizon 4's British Weather Is Anything But Miserable
6 hours ago                            0

Read more: Star Control: Origins #Stardock

Comments are closed.



Celebrate Cayde-6 Being Killed Off With A Free Dynamic Theme

7 hours ago · 3

Shadow Of Tomb Raider's Leaked Screens Have A Big Spoiler

8 hours ago · 4

The NeoGeo Mini Is Coming To Europe And The USA

8 hours ago · 0

Destiny 2's Gambit Mode Will Get Quitting Penalties Tomorrow

10 hours ago · 3

Is The Xbox All Access Subscription The Future Of Gaming?

10 hours ago · 15

Nearly Half A Million Players Have The God Of War Platinum Trophy

11 hours ago · 7

Bioware Warn That Puddles Seen In Anthem's Previews May Not Be In The Final Game

11 hours ago · 2

Giveaway: Win Big With Armored Warfare On Xbox One

11 hours ago · 2

## Latest Comments

KippDynamite on Is The Xbox All Access Subscription The Future Of Gaming?

ico on Is The Xbox All Access Subscription The Future Of Gaming?

coolio on Nearly Half A Million Players Have The God Of War Platinum Trophy

Legendary on Nearly Half A Million Players Have The God Of War Platinum Trophy

Matthijs on Celebrate Cayde-6 Being Killed Off With A Free Dynamic Theme

geofduke on Celebrate Cayde-6 Being Killed Off With A Free Dynamic Theme

Tony Cawley on Shadow Of Tomb Raider's Leaked Screens Have A Big Spoiler

Tony Cawley on Celebrate Cayde-6 Being Killed Off With A Free Dynamic Theme

Adrian Burrows on Is The Xbox All Access Subscription The Future Of Gaming?

Stefan L on Shadow Of Tomb Raider's Leaked Screens Have A Big Spoiler

Adrian Burrows on Nearly Half A Million Players Have The God Of War Platinum Trophy

Tuffcub on Destiny 2's Gambit Mode Will Get Quitting Penalties Tomorrow

**thesixthaxis - an oscar mike media joint**

We do not license content or design to any other site.
This WordPress theme is the legal property of Oscar Mike Media.
No element of this site can be used without written permission.
All content should be considered opinion.
Article posters are the individual owner of the article content.
We are not affiliated with any third party.

LinkedIn | YouTube | Google+ | Facebook | Twitter

Use of this website is subject to acceptance of our legal terms of service
Staff / Contact Us | Review Policy | Privacy Policy | Cookies Policy
Advertising and PR: pr@thesixthaxis.com  News: tips@thesixthaxis.com
TheSixthAxis is featured on: Metacritic, Google News | listed on NewsNow
All original content is Copyright © 2016 TheSixthAxis.com
Powered by Oscar Mike Media | UK Hosting by Krystal.



**GOG.COM**

STORE ⌄   MORE ⌄                                    🛒 0   🔍

# *Star Control®: Origins*

Windows  |  English

## MEDIA GALLERY

       

## BUY ITEM

$ 34.99                              ☐ **ADD TO CART**

☐ **DRM-FREE.** No activation or online connection required to play.
☐ **MONEY BACK GUARANTEE** 30 days coverage after purchase.

This item will be available for download soon.

| ☐ *SHARE* | ☐ *TWEET* | ☐ *SHARE* |
|---|---|---|
| ☐ *WISHLIST IT* | | |

## DESCRIPTION

**About:**Explore a living galaxy filled with alien civilizations, new and exotic worlds, pulse pounding combat, and a deep, rich history that is yours to unravel! The space role-playing game you've been waiting for!

Congratulations! You are the Captain of Earth's very first interstellar ship. That's good. Really good. So very good. There's just one small problem. Barely worth mentioning but a hostile alien race known as the Scryve want to exterminate us. We need you to go find allies, discover and use these so-called Precursor relics to upgrade your ship and try to avoid getting eaten along the way so that you can save humanity. We don't want you to feel pressure though. Just the very future of the human race rests on your shoulders.

- Interact with aliens, both malicious and absurd.
- Explore a living universe that frankly can't believe you're flying around in that...thing.
- Travel across exotic and amazing worlds searching for relics, Precursor artifacts, and treasures.
- Navigate through thousands of planets in a universe that has a deep history spanning back hundreds of thousands of years.
- Design your own ships to build fleets and take them into combat in fleet battles!
- Create or download other universes with their own history, stars, planets, aliens, ships and adventures.
- Interact directly with the development team, post your ideas, and be part of something amazing!

## GAME DETAILS

Genre:      _Action_ - _Strategy_- _Sci-fi_

Works on:   Windows (7, 8, 10)

Languages:  Audio and text: English. Text only: български, Português do Brasil, 中文, Dansk, Deutsch, español, Suomi, français, italiano, nederlands, norsk, polski, portu русский, svenska

Released:   September 20, 2018

Company:    Stardock Entertainment/ Stardock Entertainment

## GAME FEATURES

| ☺ **Single-player** |
|---|
| ☺☺ **Multi-player** |

## SYSTEM REQUIREMENTS

Multiplayer Notice: Please note that the GOG Galaxy Client is required to access Multiplayer

Crossplay with Steam is supported.

## PEOPLE WHO BOUGHT IT ALSO BOUGHT

| {{product.title}} | *Syndicate Plus*<br>1993, Action | $1.49 |
| {{product.title}} | *Sid Meier's Alpha Centauri™ Planetary*<br>1999, Strategy | $5.99 |
| {{product.title}} | *The Witcher 2: Assassins Of Kings - Enhanced*<br>2012, Role-playing | $2.99 |
| {{product.title}} | *The Witcher: Enhanced Ed*<br>2007, Role-playing | $1.49 |

*MORE RECOMMENDATIONS*

*Copyright © 2017 Stardock Entertainment. Star Control is a trademark of Stardock Entertainment.*



**PREVIEWS**

# The first of a trillion stars — Star Control: Origins chapter 1 preview

 By Sean Anthony

Posted on August 21, 2018



Space is a wonderful place. Among the trillions of stars beyond our reach, we could be missing out on contact with millions of life forms. After being in hypersleep for what felt like eons, Star Control has returned with a new face in Star Control: Origins. At E3 20 I had the chance to check out the Fleet Battles, but I yearned to see more about the story. Recently, I had the chance to play throug the first chapter of Star Control: Origins, and it's as charming as space is vast.

Star Control: Origins starts as many exploration-based games do. I am tasked with naming my captain and ship. This is accompani with a surprisingly smooth CGI cutscene setting up the plot of the story. Something has crashed on a nearby moon, and it's up to S Control to check it out.



Upon finding the wreckage of the ship, you meet your first alien race, the awkward-yet-loveable Tywom. They're sluggish creatures (in both sense of the word) and Chief Viscosity Officer Wymdoo informs you that he's lost several parts of his ship around the solar system. While a fetch-quest is a bold way to begin a game, it's actually a cleverly veiled tutorial on how to explore, collect items, and a few points, battle.



But, a few lost ship parts isn't the only thing Wymdoo wants to tell you about. You're soon alerted that they've been keeping away t Scryve, the oppressive species in the galaxy hell-bent on making every other species their subordinate. However, as the Tywom hav

a somewhat-creepy fondness for the human race, they've been steering the Scryve away from the Solar system, for now.

Initially, space exploration is slow. This is mostly symbolic of how your species is behind on technology compared to the interloper in your system. Flying into planets or moons will give you the ability to land on the planet. This triggers a landing sequence where have to keep inside the landing zone or face casualties on the surface. On the moons and planets themselves are plenty of resource to collect, which can be sold or used for ship modifications back at Star Control.



What makes these surfaces fun to explore is when there is an unidentified object lurking somewhere. These can be interesting, but currently useless signs, or one of the ship parts Wymdoo is looking for. Finally running into these pieces is exciting, as it means you're one step closer to earning your promised hyperdrive and exploring beyond the solar system.



It's not a walk through the interstellar park, of course. Upon finding a few of the pieces, a Scryve scout locates you. This triggers one of the fleet battles which is essentially a one on one battle with a control scheme similar to asteroids. From what I gathered, there didn't seem to be a way to solve these fights with diplomacy (like the Scryve deserve that). These battles can be brief, but fun, and there's even an option to play fleet battles in its own separate mode.

One thing I do need to discuss is the phenomenal writing in Star Control: Origins. Every interaction with the Tywom is amusing, but still informative. They're big awkward guys that only want to be your friend. I couldn't help but grin whenever I had the chance to

speak with one. Even the small interactions with the crew members upon discovering a new relic gave me a small chuckle.

But despite its light-hearted approach to several situations, Star Control: Origins knows how to strike a proper balance. While the interactions with Wymdoo were amusing, learning about the existence of the Scryve and the fact that they would prefer if we didn't exist created a shocking contrast. The Scryve sound terrifying, but there is something exciting about finally being able to make a statement to an oppressive race that has failed to detect us for all these years.



One of the final clashes of the first chapter has you come face-to-face with a member of the Scryve, who is very unhappy that you destroyed one of their scouts. This defining moment makes you feel almost helpless, yet defiant, as there is no other way to stand against them than to fight. The fight itself is simple, but it's chapter 1, I can't expect a big showdown when I'm just starting to get feet wet in fleet battles.

The destruction of the Scryve ship means that they are now aware of the human race's existence in the universe, and that they can pose a threat. But there is also a new threat against the Tywom, as the Scryve have turned on them for hiding the Earthlings from their radar. The stakes have been raised, and through superior voice acting and a promising script, I'm more than motivated to help our new friends, especially after they gave us our new hyperdrive. Space has finally opened up to explore, but most importantly, I have a bone to pick with the Scyrve.

Star Control: Origins has plenty of promise ahead of it. If the writing and voice acting are this high quality early on, I'm looking forward to seeing what is store for us beyond the stars when it is released on September 20th, 2018.

RELATED ARTICLES: **INDIES**, **STAR CONTROL: ORIGINS**



▣▢▢

## LATEST REVIEWS

 80   □ 99

Divide and conquer — Haunted Dungeons: Hyakki Castle review

 65   □ 288

Tell me sweet little lies — The Low Road review

 80   □ 322

Unleash the virtual dogs of war — Brass Tactics Oculus Rift VR review

**LATEST NEWS**

 Ooblets' battle system will make you a card-carrying dancing queen

 Sword & Sworcery is heading to the Nintendo Switch



Damnview: Built from Nothing trailer shows life in the concrete jungle



Domo arigato, Gato Roboto is the metroidvania you never knew you wanted next year



Ninja rule the world with Shinobi no Kikan, a new short film for The Messenger, out today

**TRENDING**



PREVIEWS

The first of a trillion stars — Star Control: Origins chapter 1 preview



REVIEWS

A day in the afterlife — Graveyard Keeper review



REVIEWS

Virtual mech warfare, evolved — Archangel Hellfire review



REVIEWS

Ups & downers — We Happy Few review



REVIEWS

The top of the VR food chain — HTC Vive Pro review



**POPULAR**

Coming Home — Is AMD good for gaming once again?

Let's Get the Party Started: D&D Icons of the Realms Epic Level Minis Review

One of the longest running independent gaming news, reviews and culture sites on the web.

☐ ☐ ☐ ☐

Nintendo of UK's official website creates a page to "register your interest" for Pokemon Switch

Racing triumph demands an audience: Gran Turismo Sport review [Update]

The first of a trillion stars — Star Control: Origins chapter 1 preview

## POPULAR GAMES

DRAGON AGE: INQUISITION   DESTINY   UNCHARTED 4: A THIEF'S END

SUPER SMASH BROS. FOR WII   STREET FIGHTER V   THE WITCHER 3: WILD HUNT

GRAND THEFT AUTO V   FINAL FANTASY XV   BORDERLANDS 2   FALLOUT 4

HALO 5: GUARDIAN   OVERWATCH   THE LAST OF US   BIOSHOCK: INFINITE

THE ORDER: 1886   METAL GEAR SOLID V: THE PHANTOM PAIN

STAR WARS: THE OLD REPUBL   RISE OF THE TOMB RAIDER

BATMAN: ARKHAM KNIGH   ASSASSIN'S CREED UNITY

Copyright © 2017 Gaming Trend



Games   Community   Events   Metaverse   Wikis

Home
Game
Media
Rankings
Forum
Store

PRE-ORDER NOW

## THE WORLD PREMIERE OF THE NEW STAR CONTROL: ORIGINS TRAILER IS HERE!

Published on Monday, June 11, 2018 By TatioraIn Star Control News

### It's here: the brand new trailer for Star Control: Origins just debuted during the PC Gaming Show at E3!

Star Control: Origins will release on **September 20th, 2018**, and we can't wait! Pre-order today so that you're ready to go when the game launches! When you order, you'll get immediate access to our Fleet Battles beta, where you can face off against other players in epic space combat.

**Pre-Order Star Control: Origins today**

WEBSITE    PURCHASE    COMMENT

6 Comments        15 Referrals

tumblr. +    Tweet

Share

SIGN UP FOR OUR NEWSLETTER:

EMAIL ADDRESS    SUBSCRIBE

Stardock

AMD
RYZEN | RADEON

© 2018 Stardock Entertainment. Star Control® is a registered trademark of Stardock Entertainment. All rights reserved.

Site Map  |  Terms  |  Privacy  |  DMCA