1  Robert A. Weikert (Bar No. 121146)
   rweikert@nixonpeabody.com
2  Dawn N. Valentine (Bar No. 206486)
   dvalentine@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  David L. May (appearance *pro hac vice*)
   dmay@nixonpeabody.com
7  Jennette E. Wiser (appearance *pro hac vice*)
   jwiser@nixonpeabody.com
8  NIXON PEABODY LLP
   799 9th Street NW
9  Washington, DC 20001-4501
   Tel: (202) 585-8000
10 Fax: (202) 585-8080

11 *Attorneys for Stardock Systems, Inc.*

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                     **OAKLAND DIVISION**

| | |
|---|---|
| 15  STARDOCK SYSTEMS, INC., | Case No.: 4:17-cv-07025-SBA |
| 16                    Plaintiff, | **DECLARATION OF ROBERT A. WEIKERT IN SUPPORT OF STARDOCK SYSTEM'S** |
| 17         vs. | **MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO** |
| 18  PAUL REICHE III and ROBERT FREDERICK FORD, | **SHOW CAUSE FOR A PRELIMINARY INJUNCTION** |
| 19 | |
| 20                  Defendants. | |
| 21  AND RELATED COUNTERCLAIM | |

I, Robert A. Weikert declare:

1.      I am a partner at Nixon Peabody LLP, counsel of record for plaintiff Stardock Systems, Inc. ("Stardock").   I make this declaration in support of Stardock's Motion for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction.   Unless otherwise noted, I have personal knowledge of the following and, if called upon to do so, would and could testify competently to the same in a court of law.

2.      Attached hereto as Exhibit A is a true and correct copy of the Second Amended Complaint filed by Stardock in this Action on or about July 16, 2018 (Dkt. 51.)

3.      Attached hereto as Exhibit B is a true and correct copy of a First Amended Counterclaim filed by defendants Paul Reiche III and Robert Frederick Ford in this Action on or about July 16, 2018 (Dkt. 50.)

4.      Attached hereto as Exhibit C is a true and correct copy of an August 22, 2018 letter from me to Stephen Steinberg, Defendants' counsel.

5.      Attached hereto as Exhibit D is a true and correct copy of an August 23, 2018 email from Mr. Steinberg to me.

6.      Attached hereto as Exhibit E is a true and correct copy of an August 24, 2018 email from me to Mr. Steinberg.   I have yet to receive a response to this email from Mr. Steinberg or otherwise.

7.      Following is a website address that links to an article entitled "Battlefield V delay causes Electronic Arts' stock to dive": https://venturebeat.com/2018/08/30/battlefield-v-delay-causes-electronic-arts-stock-to-dive/.

8.      Following is a website address that links to an article entitled "EA shares plunge after gamemaker delays the release of key game 'Battlefield V,' adjusting guidance": https://www.cnbc.com/2018/08/30/ea-shares-plunge-on-battlefield-v-release-delay.html.

WEIKERT DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER

Case No. 17-cv-07025-SBA

4834-1089-3169.1

9.     I provided notice to Defendants' counsel of Stardock's intent to seek a temporary restraining order on September 6, 2018.  Attached hereto as Exhibit F is a true and correct copy of the email that I sent to Stephen Steinberg, counsel to Defendants.

10.     Attached hereto as Exhibit G is a true and correct copy of an email exchange between me and Stephen Steinberg dated September 6, 2018.

11.     On September 6, 2018 I met and conferred by telephoned with Defendants' counsel, Stephen Steinberg and Mark Palmer regarding this Motion.  Counsel's rationale for previously submitting DMCA notices aimed at the takedown of Star Control related material from the GOG and Steam online platforms made it clear that they intended to file a DMCA notice with respect to the *Star Control: Origins* game.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 7th day of September 2018.


/s/ *Robert A. Weikert*
Robert A. Weikert

- 3 -
WEIKERT DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER

4834-1089-3169.1