1  Robert A. Weikert (Bar No. 121146)
   rweikert@nixonpeabody.com
2  Dawn N. Valentine (Bar No. 206486)
   dvalentine@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  David L. May (appearance *pro hac vice*)
   dmay@nixonpeabody.com
7  Jennette E. Wiser (appearance *pro hac vice*)
   jwiser@nixonpeabody.com
8  NIXON PEABODY LLP
   799 9th Street NW
9  Washington, DC 20001-4501
   Tel: (202) 585-8000
10 Fax: (202) 585-8080

11 *Attorneys for Stardock Systems, Inc.*

12              **UNITED STATES DISTRICT COURT**
13              **NORTHERN DISTRICT OF CALIFORNIA**
14                     **OAKLAND DIVISION**

15 STARDOCK SYSTEMS, INC.,            Case No.: 4:17-cv-07025-SBA

16              Plaintiff,            **[PROPOSED] ORDER GRANTING
                                      STARDOCK'S MOTION FOR TEMPORARY
17      vs.                           RESTRAINING ORDER AND ORDER TO
                                      SHOW CAUSE WHY A PRELIMINARY
18 PAUL REICHE III and ROBERT         INJUNCTION SHOULD NOT BE GRANTED**
   FREDERICK FORD,
19
              Defendants.
20

21 AND RELATED COUNTERCLAIM

1    The Court, having considered Stardock's Motion for a TRO and Order to Show Cause,
2    hereby orders as follows:
3    YOU (Defendants Paul Reiche III and Robert Frederick Ford (collectively,
4    "Defendants")) ARE HEREBY ORDERED TO SHOW CAUSE at _____ on _____ or as soon
5    thereafter as counsel may be heard in the courtroom of the Honorable Judge Saundra Brown
6    Armstrong, located at 1301 Clay Street, Oakland, CA 94612 why YOU, your agents, servants,
7    employees and attorneys and those in active concert or participation with YOU or them, should
8    not be restrained and enjoined pending trial of this action from: submitting any DMCA notices
9    directed to *Star Control: Origins* or any of the related material that is the subject of the present
10   litigation.
11   PENDING HEARING on the above Order to Show Cause, YOU, your agents, servants,
12   employees and attorneys and all those in active concert or participation with you or them ARE
13   HEREBY RESTRAINED AND ENJOINED from: submitting any DMCA notices directed to any
14   of the material that is the subject of the present litigation, and in particular, to the *Star Control:*
15   *Origins* video game that is scheduled to be released on September 20, 2018.  The Court also
16   construes 17 U.S.C. Section 512(g)(2)(C) as requiring that the person or entity that submitted the
17   notification must have at least filed a motion for a "restraining order", if not obtained an order
18   granting that motion, and presented that order to the service provider in order for the service
19   provider to keep the targeted material down.
20   The above Temporary Restraining Order is effective immediately.  Because there is no
21   realistic likelihood of harm to Defendants who are enjoined as described herein, Stardock is not
22   required to post a security bond.
23   This Order to Show Cause and supporting papers must be served on Defendant(s) no later
24   than _____days before the date set for hearing and proof of service shall be filed no later
25   than____ court days before the hearing. Any response or opposition to this Order to Show Cause
26   must be filed and personally served on Plaintiff's counsel no later than_____ court days before the
27
28

- 2 -
[PROPOSED] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE FOR PI
Case No. 17-cv-07025-SBA

4814-8499-0065.1

date set for hearing and proof of service shall be filed no later than ____court days before the hearing.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                                        Judge Saundra Brown Armstrong

- 3 -
[PROPOSED] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE FOR PI
Case No. 17-cv-07025-SBA

4814-8499-0065.1