1  STEPHEN C. STEINBERG (SBN 230656)
     ssteinberg@bzbm.com
2  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
3  One Embarcadero Center, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
5
   MARK S. PALMER (SBN 203256)
6    mark@palmerlex.com
   4 Meadow Drive
7  Mill Valley, CA 94941
   Telephone: (415) 336.7002
8  Facsimile:  (415) 634-1671

9  Attorneys for Defendants and Counter-Claimants
   PAUL REICHE III and ROBERT FREDERICK FORD

10

11                       UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

13

| | |
|---|---|
| 14  STARDOCK SYSTEMS, INC., | Case No. 4:17-CV-07025-SBA |
| 15         Plaintiff, | |
| 16     v. | **STIPULATION AND MODIFIED ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF STARDOCK SYSTEMS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| 17  PAUL REICHE III and ROBERT FREDERICK FORD, | |
| 18         Defendants. | |
| 19 | |
| 20  PAUL REICHE III and ROBERT FREDERICK FORD, | Complaint Filed: Dec. 8, 2017<br>Trial Date: June 24, 2019 |
| 21 | |
| 22         Counter-Claimants, | |
| 23     v. | |
| 24  STARDOCK SYSTEMS, INC., | |
| 25         Counter-Defendant. | |

26

27

28

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock") and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively, "Reiche/Ford") hereby jointly request and stipulate as follows:

**WHEREAS**, Stardock filed a Notice of *Ex Parte* Motion and Motion for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Be Granted on September 7, 2018 ("Preliminary Injunction Motion");

**WHEREAS**, the Court, on September 10, 2018, issued an Order requesting the parties meet and confer regarding: (a) interim relief precluding the filing of any further DMCA notices pending resolution of the motion for preliminary injunction; and (b) a briefing schedule for the motion for preliminary injunction (Dkt. 58);

**WHEREAS**, the parties met and conferred on these issues on September 10, 2018;

**REICHE/FORD AND STARDOCK HEREBY STIPULATE AS FOLLOWS:**

1. Reiche/Ford agree not to serve any further DMCA notice(s) directed to material that is the subject of the present litigation, and in particular, the *Star Control: Origins* video game that is scheduled to be released on September 20, 2018, pending resolution of the Preliminary Injunction Motion;

2. The deadline for Reiche/Ford to file an opposition to Stardock's Preliminary Injunction Motion shall be Monday, September 17, 2018 by 12:00 p.m. PDT;

3. The deadline for Stardock to file a reply in support of its Preliminary Injunction Motion shall be Friday, September 21, 2018 by 12:00 p.m. PDT;

Reiche/Ford request that the Court set any hearing on the Preliminary Injunction Motion as soon as the Court's calendar allows. Stardock has no objection to this request, but would also not object to having the motion heard on October 10, 2018, the Court's regular civil law and motion date, if the Court feels that it needs more time to consider the important matters at issue in the motion.

1  DATED: September 11, 2018                BARTKO ZANKEL BUNZEL & MILLER
2                                            A Professional Law Corporation
3
4                                            By:      /s/ Stephen C. Steinberg
                                                   Stephen C. Steinberg
5                                                  Attorney for Defendants and Counter-Claimants
                                                   PAUL REICHE III and ROBERT FREDERICK
6                                                  FORD
7
8
9  DATED: September 11, 2018                NIXON PEABODY LLP
10
11                                           By:      /s/ Robert A. Weikert
12                                                 Robert A. Weikert
                                                   Attorney for Plaintiff and Counter-Defendant
13                                                 STARDOCK SYSTEMS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the motion without oral argument. If a hearing is required, the Court will set a date upon its receipt and review of the parties' briefs.

DATED:  September 11, 2018

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE. Concurrence in and authorization of the filing of this document has been obtained from Robert A. Weikert, counsel for plaintiff, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: September 11, 2018          BARTKO ZANKEL BUNZEL & MILLER
                                   A Professional Law Corporation


                                   By:      /s/ Stephen C. Steinberg
                                         Stephen C. Steinberg
                                         Attorneys for Reiche and Ford