1  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
2  TIFFANY S. HANSEN (SBN 292850)
     *thansen@bzbm.com*
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

6  
   Mark S. Palmer (SBN 203256)
7    *mark@palmerlex.com*
   4 Meadow Drive
8  Mill Valley, California 94941
   Telephone:  (415) 336-7002
9  Facsimile:   (415) 634-1671

10 Attorneys for Defendants and Counter-Claimants
   PAUL REICHE III and ROBERT FREDERICK
11 FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| STARDOCK SYSTEMS, INC., | Case No. 4:17-CV-07025-SBA (JCS) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF TIFFANY S. HANSEN** |
| v. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to the Civil Local Rule 5-1, of the appearance of Tiffany A. Hansen on behalf of Defendants Paul Reiche III and Robert Frederick Ford.  Counsel respectfully requests to be served with copies of all papers in the above-captioned action.

1  DATED:  September 13, 2018            BARTKO ZANKEL BUNZEL & MILLER
                                         A Professional Law Corporation
2

3

4                                        By:      /s/ Tiffany S. Hansen
                                                Tiffany S. Hansen
5                                               Attorneys for Defendants and Counter-Claimants
                                                PAUL REICHE III and ROBERT FREDERICK
6                                               FORD

**PROOF OF SERVICE**

**Stardock Systems v. Paul Reiche III and Robert Frederick Ford**
**U.S. District Court, Northern District of California, Case No. 4:17-CV-07025-SBA**

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On September 13, 2018, I served a true copy of the following document(s) described as **NOTICE OF APPEARANCE OF TIFFANY S. HANSEN** on the interested parties in this action as follows:

| | |
|---|---|
| Robert A. Weikert (Bar No. 121146)<br>rweikert@nixonpeabody.com<br>Dawn N. Valentine (Bar No. 206486)<br>dvalentine@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, Suite 1800<br>San Francisco, California 94111-3600<br>Tel: (415) 984-8385<br>Fax: (866) 294-8842 | David L. May (appearance *pro hac vice*)<br>dmay@nixonpeabody.com<br>Jennette E. Wiser (appearance *pro hac vice*)<br>jwiser@nixonpeabody.com<br>NIXON PEABODY LLP<br>799 9th Street NW<br>Washington, DC 20001-4501<br>Tel: (202) 585-8220<br>Fax: (202) 585-8080 |
| *Attorneys for Stardock Systems, Inc.* | *Attorneys for Stardock Systems, Inc.* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2018, at San Francisco, California.

                                                   /s/ Terry Ingroff
                                                 Terry Ingroff