# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-071-496**

**Effective Date of Registration:**
December 12, 2017

---

## Title

**Title of Work:** Star Control II

---

## Completion/Publication

**Year of Completion:** 1992
**Date of 1st Publication:** December 31, 1992
**Nation of 1st Publication:** United States

---

## Author

- **Author:** Fred Ford
  **Author Created:** computer program code
  **Work made for hire:** No
  **Citizen of:** United States

---

## Copyright Claimant

**Copyright Claimant:** Fred Ford
730 Eucalyptus Avenue, Novato, CA, 94947, United States

**Copyright Claimant:** Paul Reiche III
2553 Laguna Vista Drive, Novato, CA, 94945, United States

**Transfer statement:** By written agreement

---

## Rights and Permissions

**Name:** Mark Palmer
**Email:** mark@palmerlex.com
**Telephone:** (415)336-7002
**Address:** 4 Meadow Drive
Mill Valley, CA 94941 United States

Page 1 of 2

Page 2 of 2

## Certification

**Name:** Mark Palmer
**Date:** December 12, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.

Page 2 of 2