# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-107-340**

**Effective Date of Registration:**
April 19, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Star Control II: The Ur-Quan Masters |
| **Previous or Alternate Title:** | Star Control II |
| | The Ur-Quan Masters |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | November 30, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Paul Reiche III
  **Author Created:** script/screenplay, audiovisual work - lead author
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Armand Cabrera
  **Author Created:** audiovisual material
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Iain McCaig
  **Author Created:** script/screenplay, audiovisual material
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Fred Ford
  **Author Created:** production, audiovisual work
  **Work made for hire:** No
  **Citizen of:** United States

|                     |                                         |
|--------------------:|:----------------------------------------|
| Domiciled in:       | United States                           |

- **Author:** Greg Johnson
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** George Barr
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** Erol Otus
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** Mathias K. Genser
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** Leonard Robel
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** Robert Leyland
- **Author Created:** script/screenplay, audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** Kyle Balda
- **Author Created:** audiovisual material
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** France

## Copyright Claimant

**Copyright Claimant:** Paul Reiche III
2553 Laguna Vista Drive, Novato, CA, 94945, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Fred Ford
730 Eucalyptus Avenue, Novato, CA, 94947, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, computer program code
**Previous registration and year:** PA0002071496, 2017

**New material included in claim:** all other audio visual material

## Rights and Permissions

**Name:** Mark S. Palmer
**Email:** mark@palmerlex.com
**Telephone:** (415)336-7002
**Address:** 4 Meadow Drive
Mill Valley, CA 94941 United States

## Certification

**Name:** Mark S. Palmer
**Date:** April 19, 2018
**Applicant's Tracking Number:** GOTP-022018

---

**Correspondence:** Yes