# EXHIBIT 8

**From:** Paul Reiche
**Date:** April 19, 2011 7:12:34 PM GMT+02:00
**To:** "" <inquiries@gog.com>
**Subject: game developer: Star Control publication**
**Reply-To:** Paul Reiche

Hi,

I am Paul Reiche, developer and owner of Star Control and Star Control II, along with Fred Ford. I see that you are offering a Star Control package for sale. I want to understand what exactly you are selling, because I am concerned that you are selling our work without our permission and without compensation. Please contact me as soon as you can. I hope this is a misunderstanding and won't require further action.

Sincerely,

- Paul Reiche



**From:** Oleg Klapovsky
**Date:** April 20, 2011 at 1:22:42 AM PDT
**To:** Paul Reiche
**Cc:** Trevor Longino
**Subject: Re: game developer: Star Control publication**

Hi Paul,

It is a pleasure to meet you.

You are absolutely right we are offering DOS version of Star Control Collection (Star Control + Star Control II). We've signed these titles from Atari recently. We were absolutely sure they had all the rights to sell us the license to distribute these games digitally. Please let me know if Atari doesn't have such rights (or part of it) cause we'll have to clarify this case with them asap. At the same time we'll be more then willing to discuss the current situation with you and try to find the best possible solution that will suit both sides.

Thanks for understanding.
Oleg

Best regards,
_____

**Oleg Klapovsky**
Head of Business Development

From: **Oleg Klapovsky**
Date: Thu, Apr 21, 2011 at 11:43 PM
Subject: Re: game developer: Star Control publication
To: Paul Reiche
Cc: Fred Ford

Hi Paul,

It is a pity to hear such situation already happened in the past. I didn't know about it.

Our primary contact at Atari regarding day-to-day operations is Kelsey A. Musgrave. I also informed her about this situation and she promised to double-check everything with her Legal.

I hope this problem will be solved. We've received lots of e-mails from users who were looking for these games for quite a long time and now they are happy to be able to play these games again. We are open for any and all discussions with both parties to keep these titles on GOG.

Just one proposal as an idea – if it comes that the rights for SC products are shared between you and Atari (like you own the code and they own the IP), probably we can just split royalties for these products between both sides?

Anyways I look forward to getting your feedback regarding this case.

P.S. Many thanks to you and Fred for such great games!

Best regards,
Oleg



**From:** Paul Reiche
**Sent:** Friday, April 22, 2011 4:47 PM
**To:** Kelsey A. Musgrave
**Cc:** Oleg Klapovsky; Fred Ford
**Subject:** Star Control I & II publication via GoG.

Hi Kelsey,

Oleg Klapovsky gave me your contact information in regards to Atari's agreement with his company, GoG, to sell versions of Star Control I & II.  Fred Ford and I are the original authors and owners of these products and we have not given permission for Atari or anyone else to sell this creative work.  Accolade once held the publishing rights, but those rights lapsed many years ago.  In fact, we were contacted by a representative of Atari several years ago in regards to a similar deal, where Star Control I & II would

have been sold through Steam, but we were unable to come to an agreement.

To be clear, we have not and do not give Atari permission to publish our creative work. Atari does not have the right to make agreements concerning our creative work and any such agreements that presently exist violate Fred and my exclusive rights to our work.

There are a few alternative solutions:
1. Any agreement between Atari and GoG regarding our work can be canceled.
2. Any agreement between Atari and GoG relating to our work may be transferred, so that Fred and I are in a direct relationship with GoG.
3. Atari can negotiate an agreement with Fred and I to gain the rights to publication of our work.

Please let us know how you would like to proceed.

Sincerely,

- Paul Reiche III


**From:** Kelsey A. Musgrave
**To:** Paul Reiche
**Cc:** Oleg Klapovsky; Fred Ford
**Sent:** Mon, April 25, 2011 3:42:31 PM
**Subject:** RE: Star Control I & II publication via GoG.

Hi Paul,

I had our attorney check this out and you are correct. I sincerely apologize for this mistake. We have a standard rights clearance process, but apparently our legal team was misled by the title of the game. We are sending a hard copy of the official product removal notice out to GOG tomorrow to have the title taken down so it will no longer be sold through Atari on GOG. I don't believe that we can transfer the agreement to you, so it is probably easiest to work out an agreement directly between your company and GOG.

Hi Oleg,

Thank you for bringing this to our attention. I apologize to your team as well for this mistake. We are usually very careful about rights clearance as you are aware of (i.e. painfully long Hasbro approval process). You will soon be receiving the product removal notice for the Star Control games, however, if GOG can take the game down sooner or work out an agreement directly with Paul's company, that would be great. Revenues from sales of the Star Control titles on GOG should be remitted to Paul's company.

Thanks,

**From:** Paul Reiche
**Sent:** Friday, April 29, 2011 12:34 PM
**To:** Kelsey A. Musgrave
**Cc:** Fred Ford
**Subject:** Re: Star Control I & II publication via GoG.

Hi Kelsey,

I'd love for Oleg to be able to distribute the SC games as intended, but as we've seen, the rights situation is complicated. Would you be interested in splitting the revenue and providing the necessary use of SC trademarks so that Oleg can move forward?

Thanks,

- Paul

---

**From:** "Kelsey A. Musgrave"
**Date:** May 2, 2011 11:26:38 AM PDT
**To:** Paul Reiche
**Cc:** Fred Ford
**Subject:** RE: Star Control I & II publication via GoG.

Hi Paul,

Sorry for the delay, I was out of the office last Friday. I would love for GOG to continue selling the SC games as intended as well. I will run this by our legal team today to see if we can make this work.

Thanks,

**Kelsey Musgrave**
Digital Distribution Analyst | Atari, Inc. | 310.622.1725
1640 S Sepulveda Blvd., Ste 300, Los Angeles, CA 90025

---

**От:** Paul Reiche
**Дата:** Tue, 3 May 2011 07:17:54 -0700
**Кому:** Oleg Klapovsky
**Тема:** Fwd: Star Control I & II publication via GoG.

FYI.

- Paul

---

**From:** Oleg Klapovsky
**Date:** May 17, 2011 6:12:34 AM PDT
**To:** Paul Reiche
**Subject:** Re: Star Control I & II publication via GoG.

Hi Paul,

Seems like we've agreed on everything with Atari. Right now we are discussing how it is better to organize the paper work. I'll keep you posted when we agree with them whether it is going to be three parties agreement or we'll be able to sign agreement with you for the code and another one for SC trademarks with Atari.

BTW. Do you plan to be at E3 this year? Probably we can meet there for a chat? It will be a pleasure to meet you in person and tell you more about GOG.

Thanks,
Oleg

**From:** Paul Reiche
**Sent:** Friday, May 20, 2011 2:20 PM
**To:** Kelsey A. Musgrave; Arianna Reiche
**Cc:** Fred Ford
**Subject:** Contact info regarding Star Control

Hi Kelsey,

While Fred and I are crazy busy finishing our current game Skylanders, I want to make sure that we also make progress on the deal allowing GOG to distribute Star Control. To that end, let me introduce Arianna Reiche who will be facilitating our side of the process. I expect we will each be dealing with Oleg directly, but if you need something from us, please let Arianna know and she will make sure we get back to you ASAP.

Thanks!

- Paul


---------- Forwarded message ----------
**From: Kelsey A. Musgrave**
Date: Mon, May 23, 2011 at 9:30 AM
Subject: RE: Contact info regarding Star Control
To: Paul Reiche                    Arianna Reiche
Cc: Fred Ford

Hi Paul,

Thank you for reaching out, it's been crazy busy over here lately! It's nice to meet you Arianna. We have made progress on this. I got this approved by management and legal at Atari, so Oleg is currently drafting an Amendment to our existing agreement that gives GOG permission to use Star Control trademarks and copyrights pay us 25% royalties from GOG's Net Revenue received from such use. At the same time GOG is drafting an agreement with you and Fred for the rights to use the code of the game on the same royalty rate and conditions.

Please let me know if you have any questions or concerns. I will let you know when we have received the draft of the amendment and when it's executed.

I'm glad we could all work out this agreement so that GOG can continue selling the titles.

Thanks,

**Kelsey Musgrave**
Digital Distribution Analyst | Atari, Inc. | 310.622.1725
1640 S Sepulveda Blvd., Ste 300, Los Angeles, CA 90025