# EXHIBIT 9

**Brad Wardell <brad@stardock.com>** 7/22/13

 to paulreiche, ariannareiche, Derek

Hello!

Kristen at Atari gave me your contact information.

My name is Brad Wardell. I'm the founder and CEO of Stardock.  I founded the company back in 1992 while I was in college (playing Star Control 2 constantly).  To say I'm a Star Control fan would be putting it mildly. Since the original Star Control I've eaten up every IRC chat log, every interview you and Fred Ford have given in the hopes of a true Star Control 3.

Our games have included Galactic Civilizations, Entrepreneur, The Corporate Machine, Sins of a Solar Empire and more recently Fallen Enchantress. If it weren't for you, I probably wouldn't have become a game developer.  You can visit our website at www.stardock.com to see what we do.  The current issue of PC Gamer rates two of our games in the top 100 PC games of all time.

This past week, we acquired what rights Atari has to Star Control with the intent to create a new Star Control game which brings me to why I'm writing.

First, we would like any new Star Control game to exist within the "universe" that you created.  We would probably reboot it (as opposed to a Star Control Returns type scenario) in order to bring the story back to the Chenjesu first contact with Earth and go from there.  We would also do some updating of the timeline to take into account changes in our tech (i.e. we now have mobile devices that are more powerful than the computers the aliens had) and some changes to the timeline (no nuclear war in 2015).  In short, we'd probably create a "Classic" continuity and a "New" continuity.

However, even putting aside the legal question of this lore, I don't want to use this lore unless I have your blessing. In addition, if we do have your blessing, I would be willing to codifying this in the form of a licensing agreement with royalties.  This would put beyond any speculation on who owns the game universe (you) and ensure that you and those you choose to include would benefit from the new games.

Second, we would be interesting in working with you on the game itself.  I realize that Toys for Bob has become incredibly successful with the Skylander series, but since the agreement would be with you and anyone else you would like to involve individually, I was hoping you might be able to participate as a consultant.

With regard to development of the new game, the team making the new Star Control would be a conglomeration of developers who worked on Civilization V, Sins of a Solar Empire, Galactic Civilizations, and XCOM.

Anyway, I apologize for contacting you out of the blue with a giant wall of text.  You can reach me at 734-956-0397 and of course email.

I look forward to talking to you.

Cheers,

Brad

**Paul Reiche <paulreiche@yahoo.com>** 7/23/13

 to Brad, Derek, Fred

Hi Brad,

Nice to hear from you.  The fans sites seem pretty dang jazzed with the news of your acquisition of the Star Control trademark!  Fred and I haven't yet had a chance to discuss this development... development, but I'd hope we can have something meaningful to say in a couple of days.  I am out of the office at Activision Weds-Thurs, but should be available Friday.

FYI, Fred and I hold the copyrights to Star Control and Star Control II personally, not as a part of Toys For Bob which is wholly owned by Activision-Blizzard.  We also hold the use of those copyrights in Star Control III, but do not have any ownership of the new material in that product.  We have a recent agreement with GOG for electronic distribution of our games, in concert with a similar agreement between GOG and Atari.

We look forward to talking with you, especially once we've put a little thought into the notion.

- Paul & Fred

**Brad Wardell <brad@stardock.com>** 7/23/13

 to Paul

Hi Paul and Fred,

That sounds great.  That is my reading of the agreement too.  I look forward to talking to you at the end of the week.

Cheers,

Brad



**Brad Wardell <brad@stardock.com>** 7/25/13

to Paul

Hi guys,

Hope your trip to Activision was fruitful.  I wanted to check in to pick a time for our call tomorrow.  I'm actually up north on vacation so my schedule is totally free though earlier in the day (EST) works better than later.

Would 12pm EST work for you guys?

On another positive front, we're securing www.starcontrol.com.  The guy who runs it is really awesome and has Star-Control.com fan site.

Thanks!

Brad

**Brad Wardell <brad@stardock.com>** 7/26/13

to Paul

Hi Paul,

I just wanted to check in to see if we're still on for a call today.  I will be around this weekend as well.

Kind regards,

Brad

**Brad Wardell <brad@stardock.com>** 7/28/13

to ariannareiche, Paul

HI guys,

I wanted to check to make sure you've received my email.  I had been sending them to the Yahoo

address but wasn't sure if that was reaching you or not.

Anyway, my schedule this upcoming week is reasonably free.  I hope to hear from you soon.

Thanks,

Brad
734-956-0397


**Paul Reiche <paulreiche@yahoo.com>** 7/29/13

 to Brad, Fred

Sorry Brad!!

Late Thursday we discovered that before we have any meaningful discussions, we are obligated to go through a conflict of interest process within Activision.  I had hoped to know more about that process on Friday, but it seems it may take a few more days.  I promise to keep you updated!

Thanks,

- Paul


**Brad Wardell <brad@stardock.com>** 7/30/13

 to Paul, Fred

Hi Paul and Fred,

No problem. I was up north last week (3G only connection) so I wasn't confident that my email was going out.

For us, the ideal situation would be to have you and Fred as involved as possible with the development.  I understand with TFB you have a lot of work during the day but hopefully we'd be able to set things up so that this project would be extremely fun to collaborate on.

In the event that Activision won't let you officially work with us on the project, we would still like to pursue the concept of turning the Star Control 1/2 universe (aliens, lore, etc.) into a specific piece of intellectual property that you own and then would be able to license to us.  Our reading of the various agreements is that they were between you personally and Accolade/Atari and not TFB.   The goal here would be to turn the Star Control 1/2 universe into an asset that you and Fred could potentially benefit from in the long-run (for example, licensing it for use in books

or potentially movies).

Cheers,

Brad


**Brad Wardell <brad@stardock.com>** 8/6/13

 to Paul, Fred

Hi Paul,

I just wanted to check in and see if there had been any update regarding Activision giving the ok to collaborate on a new Star Control.

Depending on the level of collaboration they allow, we would love to get Russell Vaccaro (who works there) involved too as he's a big Star Control fan and has worked with people on our team before prior to moving out to California.

Anyway, hope all is well.  We're still way early in pre-production right now so there's no rush.  We are very interested in adding in some Starflight-like game mechanics for handling the planetary surface aspects of the game.

Cheers,

Brad


**Paul Reiche <paulreiche@yahoo.com>** 8/7/13

 to Brad, Fred

Hi Brad,

We still haven't heard anything from Activision's legal department, but I think it's pretty certain that they won't allow us to participate on a project for another publisher while still being Activision employees.  Same for Russell, I am afraid.

In any case, as soon as we hear something more definitive, I'll be sure to let you know.

Thanks,

- Paul

**Brad Wardell <brad@stardock.com>** 8/7/13

 to Paul, Fred

Hi Paul,

That would be a bummer.  If that ends up being the case, would you be interested in pursuing a licensing agreement for use of the Star Control 1/2 lore?

We'd really like to set the new Star Control game with the aliens and lore that you previously created.  The existing agreements are between the publisher and you personally, not Toys for Bob.

Also as an update as of this morning: www.starcontrol.com is now live.  We're setting up links to the Ur-Quan masters and other community sites.

Cheers,

Brad


**Brad Wardell <brad@stardock.com>** 8/14/13

 to Paul, Fred, Derek, Brian

Hi guys,

Atari sent over the gold masters from Star Control 1/2 along with source code.  I was wondering if there was anything you would be interested in having that Accolade might have?

Also, while we wait and see what Activision is willing to allow, would you be interested in setting up a licensing agreement to use your existing Star Control 1/2 lore and aliens?

We currently have the new Star Control slotted for a 1st quarter 2016 release. That might seem far into the future but there's a long pipeline involved in making that date.  I'd like to start getting the art team started on concepts for Ur Quan and Spathi and the rest of the gang as soon as possible.

Please let me know how you'd like to proceed on that.

Also, we now have www.starcontrol.com up and running (though very basic).

Thanks in advance,

Brad


**Brad Wardell <brad@stardock.com>** 8/28/13

to Paul, Fred

Hi guys,

Just wanted to check in to see if you heard anything.  Are you going to be at Pax Prime by chance?

Thanks,

Brad


On Mon, Sep 16, 2013 at 1:14 PM, Paul Reiche <paulreiche@yahoo.com> wrote:
Hi Brad,

Fred and I are sorry it's taken so long to get back in touch with you, but we just received word from Activision.  Unfortunately, our employment relationship does not permit us to participate in outside projects – most especially ones which are for-profit.  This means Fred and I couldn't be involved at all, which I'm afraid leads to my second piece of bad news.  Fred and I are just not comfortable handing over our world to be developed by others.  We've been discussing this for almost 20 years and we've always regarded a return to Star Control as our dream project – something we'd work on as soon as we found the opportunity.  I know this will be a disappointment for you and your team, but Fred and I still have a Star Control plan and we're not ready to give it up yet.  Thanks so much for your interest in and appreciation of our work.

Sincerely,

- Paul



**Brad Wardell <brad@stardock.com>** 9/16/13

to Paul, Fred

HI Paul,

I understand and appreciate your response.

With regards to your dream of bringing Star Control on your terms, is this something you think would happen in the near future?

If so, we would be willing to sell you the Star Control trademark at our cost if that would make it more likely that you guys might create a new Star Control in the near future.

You and Fred are two of the reasons I became a game developer.  When Star Control 2 came out, I was in college studying to be an Electrical Engineer.  It had a profound impact on me.

Today, I am fortunate enough to be in a position where I can help bring a new Star Control game to fans.  The ideal scenario is to work with you and Fred.  I read through your Accolade agreement and found it to be extremely unfair.  It's the same type of one-sided agreement that eventually led me to self-publish my own games.

Thus, if you think you might be able to create a new Star Control game in the relatively near future, I would be honored to do my part by selling you the IP rights we acquired from Atari.

Kind regards,

Brad


**Brad Wardell <brad@stardock.com>**                    10/15/13

 to Paul, Fred, Derek

Hi guys,

I don't know if you saw my previous email regarding the offer to sell you two the Star Control IP at our costs if you are in a position to make use of it in the near-term to make a new Star Control game.

Right now, we're in the process of hiring engineers and artists to work on "Game X" which is tentatively planned to be a new Star Control game.

If you think you'd be interested in buying the Star Control IP from us, please let me know in the near-term.  Once we move beyond pre-production we'll need to go forward with our own Star Control game.

I did, however, want to present you with another option:

Since we have taken over Accolades/Atari's position with the original Star Control and own Starcontrol.com we could work on creating two continuums.  The first would be called Ur-Quan which is the universe you guys created.  We would be willing to put forth effort, money and time into maintaining and enhancing the visibility of this which would keep your universe alive and thriving until the day you're ready to revisit your universe.

What we'd do is create a second continuum with a new history and a new set of aliens (no Ur-Quan) that would act as the setting for a new Star Control game.  What we'd ask from you is to let use have the Ortz be in this universe. We would provide no background or explanation as to why the Ortz are here. They'd simply be in it (let the fans speculate as to why they're there).

I hope all is well there. I look forward to hearing from you.

Cheers,

Brad

p.s. We released our Galactic Civilizations III trailer today.

http://www.galciv3.com/game/media


**Brad Wardell <brad@stardock.com>** 10/16/13

 to Paul, Fred, Derek

Hi Paul,

What we received was the trademark and all of Accolade's publishing rights for the original trilogy (i.e. the ability to sell, distribute, market and promote) plus all code and assets for Star Control 3.

Brad


On Wed, Oct 16, 2013 at 3:13 PM, Paul Reiche <paulreiche@yahoo.com> wrote:
Hi Brad,

As always, sorry for the tardy response.  One question Fred and I have -- what are the total Star Control rights and assets you acquired from Atari?

Thanks,

- Paul



**Brad Wardell <brad@stardock.com>** 10/22/13

to Paul, Fred, Derek

HI guys,

Just wanted to check in.  The pre-production on the game is rapidly reaching the point of no-return (i.e. we have to pull the trigger one way or the other).

After this Friday, we're going to be committed contractually to delivering a new Star Control game (we're assembling a lot of talent to create it).

Hence, if you're interested in acquiring the Star Control IP, I need to know this week.

However, if you guys choose not to go after the Star Control IP I don't think that's really a long-term issue for you guys. Star Citizen has raised $20 million on the strength of Chris Roberts' Wing Commander history.  And we would do our best to help ensure that the Ur-Quan continuity is clearly represented as belonging to you guys.

Anyway, hope to hear back from you one way or the other this week.

Cheers,

Brad


On Tue, Oct 22, 2013 at 5:55 PM, Paul Reiche <paulreiche@yahoo.com> wrote:
Hi Brad,

What was your cost on the trademark and publishing rights to SC1-3?

Thanks,

- Paul


**Brad Wardell <brad@stardock.com>** 10/22/13

to Paul, Fred, Derek

Derek says it was $300k for the license.  There's various other, but relatively small, costs

(lawyers and website purchases and travel, etc.). But it was definitely under $400k total.

On Tue, Oct 22, 2013 at 6:00 PM, Brad Wardell <brad@stardock.com> wrote:
It was just under $400,000 in total.

**Brad Wardell <draginol@gmail.com>** 10/25/13

 to Paul, Brad, Fred, Derek

Hi guys,

Just wanted to check in to make sure you received my email.  Our cost to acquire the Star Control IP was between $300k and $400k.

It's looking like we're about to pass the point of no return (beginning to hire up for development).  That said, even if you aren't looking to acquire the Star Control IP we can work with you in whatever capacity you'd like to help promote the Ur-Quan continuity in a future game.

Cheers,

B

On Tue, Oct 29, 2013 at 6:49 PM, Paul Reiche <paulreiche@yahoo.com> wrote:
Hi Brad,

I've talked with Fred and I am afraid at this time we aren't interested in the Star Control assets you purchased from Atari.  Thanks for the offer though.

- Paul

**Brad Wardell <draginol@gmail.com>** 10/29/13

 to Paul, Fred, Derek

Hi guys,

Understood.  If you don't mind, I'll be sending you emails occasionally with status reports on what we're doing on this end.

We do want to make sure we preserve the Star Control brand as well as ensure that the existing Star Control universe and the community around it are served until the day you guys are able to return to it.

For the new Star Control team, we've brought on the team that made Civilization V for the 3D engine it's using and are in the process of putting together a writing team from the Sci-fi community to ensure that the new game lives up to the amazing writing you did for SC2.

Here's a link to the engine team: http://www.oxidegames.com.

Here's a link to the latest trailer to our new game:
 https://www.youtube.com/watch?v=owdjizoiqVY

Next time we're in town, we'd love to get together with you to talk about various opportunities.

Cheers!

Brad


**Brad Wardell <brad@stardock.com>** 1/3/14

 to Paul, Fred, Scott, Derek

Hi guys,

I hope you've had a Happy New Year.  Star Control has been in the news recently and while my interview with Ars Technica was an email interview, nevertheless, some news outlets have extrapolated on what was said to conform to, I suspect, the writer's deepest wishes. :)


**FAQ:**
We've put up an FAQ on StarControl.com that should answer some questions regarding thew new Star Control:
http://forums.starcontrol.com/451171

If you have any suggestions or anything you'd like to add, please let me know.

**Lore handling:**
As we discussed this past Fall, the new Star Control will not make use of the lore/history/aliens of Star Control 1/2 without your express consent.

Since we share your hope that you will make a new game in your universe in the future, we are going to create a Ur-Quan continuity and provide a stable home on Starcontrol.com where fans can read about the universe you've made.

This will allow us to also create a different continuity with a different set of aliens and a different lore for the new Star Control game.

**Cameos**
There have been requests from the community for cameos (the Spathi for example) in the new Star Control game.  Do you have any opinions on this?

**Development**
Industry Veteran Scott Lewis is setting up the Stardock East studio in Towson Maryland and will be the designer of the new Star Control game. He previously worked at a designer at Firaxis and was also at Big Huge Games.  For the writing, we're in the process of hiring Chris Bucholz (writer for cracked.com, you can read one of his columns here: http://www.cracked.com/blog/so-primitive-tribe-thinks-youre-god/) to do the writing. He is insanely funny.

Last year, we founded a new company called Oxide Games to create a new type of 3D engine which we will be using on Star Control.  The visuals should be absolutely amazing. There's been some coverage on the Nitrous 3D engine already: http://segmentnext.com/2013/12/19/amd-mantle-api-demo-oxide-games-jaw-dropping/

**Feedback**
As always, any suggestions, feedback or thoughts you have are welcomed.  We would love to have you as involved as you are willing to be and we would be willing to pay a royalty on the new game in exchange for licensing some of your IP from the original Star Control games.

Let me know if there's anything I can do for you.

Cheers,

Brad



**Brad Wardell <brad@stardock.com>** 1/3/14

 to Arianna, Paul, Fred, Derek

Hi guys,

I forgot to include Arianna's email address in my previous email.

Lee mentioned that you had contacted him regarding his Ars Technica story.  To prevent any

confusion or misunderstandings (on anyone's parts) please feel free to contact us as well.  We want to make sure we don't do anything that steps on your toes.

I have been making clear (particularly to the Star Control communities) that the new Star Control game will not be making use of any of the Star Control 1/2 IP (which in this case means alien names, alien designs, lore, art, music, ship designs) without your express permission and that the plan is for the new game to have a different continuity entirely (i.e. new aliens, different history, etc.).

Thanks,

Brad

### Derek Paxton <dpaxton@stardock.com> 12/10/14

 to Paul, Brad, Fred, Derek

Paul and Fred,

If you have an available evening we would love to get together for dinner during GDC. I'm looking forward to your session and it would be great to meet while we are all at GDC.

Thanks,

Derek Paxton

VP of Stardock Entertainment

**From:** Paul Reiche [mailto:paulreiche@yahoo.com]
**Sent:** Tuesday, December 16, 2014 12:57 PM
**To:** Derek Paxton
**Cc:** 'Brad Wardell'; 'Fred Ford'; 'Derek Paxton'
**Subject:** Re: Star Control Plans

Hi Derek,



```
Dinner sounds great -- ideally it would be the same day that Fred and I are
giving our presentation.  I am not yet sure of when that is exactly, but I
will let you know as soon as we learn the schedule.
```

```
Thanks,
```

```
- Paul
```

### Derek Paxton <dpaxton@stardock.com> 12/16/14

to Paul, Brad, Fred, Derek

That sounds great. Just let me know which night and I look forward to it.

As a fun fact, before I joined Stardock I was working on a proposal to start a studio with 2k. Russell Vaccaro was going to be our UI designer, he is amazingly talented. I was so happy to see him at Toys for Bob, and speaks very highly of your studio.

Thanks,

Derek

### Derek Paxton <dpaxton@stardock.com> 2/10/15

to Paul, Brad, Fred, Derek

Paul,

It looks like the session is scheduled for Wednesday, March 4th. We are looking forward to it. Would you like to do dinner that evening?


Thanks,

Derek



**From:** Paul Reiche [mailto:paulreiche@yahoo.com]
**Sent:** Wednesday, February 25, 2015 9:15 PM
**To:** Derek Paxton
**Cc:** Brad Wardell; Fred Ford; Derek Paxton
**Subject:** Re: Star Control Plans


Hi Derek,


Unfortunately we aren't going to be available on Tuesday or Wednesday, due to ATVI commitments.  Maybe we can grab a beer after the presentation?

- Paul

## Derek Paxton <dpaxton@stardock.com> 2/25/15

 to Paul, Brad, Fred, Derek



That sounds awesome, I look forward to meeting you after the presentation.


Thanks,

Derek



**Derek Paxton <dpaxton@stardock.com>** 3/10/15

to Paul, Brad, Fred, Derek

Thanks again for taking the time to meet with us after your GDC session. It was great to meet you both because I'd admired your work for so long, and I learned so much in talking with you.

I've started reading the Dragon Masters, and passed the recommendation to read Jack Vance to the rest of the Star Control team. Brad and some of the guys at Oxide were already fans of Vance's work, especially the Dying Earth, which is next on my list.

Thanks again and please don't hesitate to reach out if there is anything we can do for you.

Thanks,

Derek

**Brad Wardell <brad@stardock.com>**                           9/24/15

to Paul, Fred, Andrew

Hi guys,

I wanted to give you guys an update on how things are progressing here. I'll try to keep this really short as I can only imagine how busy you are.

**The Team**
The game is now in full production.  It is being led by Andrew Zoboki, who was the lead designer on Grey Goo and is a huge fan of Star Control 2.

Our lead writer is Chris Bucholz who is a writer for Cracked.com.  The engineering team is made up of industry veterans and the art team is the core art team from Civilization V.

**The Tech**
We are using the Nitrous engine for the game (this is the same engine being used for Ashes of the Singularity which is the first native DirectX 12 game).  It lets us have amazing visuals.

We also will have the aliens able to lip sync all their lines using some relatively new character tech.

**Music**
Thanks to you, we were able to contact Riku and he has created a bunch of new tracks for the new Star Control.

**Lore**
While we've taken some hits from the hard core community, we have made it clear that the new Star Control won't be making use of the lore or aliens from your universe.  We've made sure to post this publicly repeatedly so that there is a written public record that Stardock has zero rights to the classic Star Control 2 lore (aliens, ships, story, etc.).

The new game will be a reboot with its own continuity. Unless there are objections, we would like to have a cameo by the Orz in there.

In addition, we will be updating StarControl.com prior to the public announcement such that the classic universe has a very polished and complete location for presenting the classic lore so that if/when you guys are able to revisit your universe, there will be a new generation of fans who will have some familiarity to it.

**Design**
Each world in the game is unique.  In addition, the game will ship with tools that will let people create their own galaxies with worlds.

In one of the screenshots below, you can a sampling of planets.  They're not totally spherical because when the player explores them, the planets are zoomed and that terrain becomes decisively not cosmetic as you deal with critters and artifacts and hidden bases.

**Sneak peeks**

I'm attaching of the work the team has done on art so you can gauge the quality and style of what we're going for:


I hope this email finds you guys well.

Cheers,

b

p.s.

If there is any way you are able to work on this project, even in a small role, that would be awesome. We'd be honored to have any input you might have on what we're working on.

On Thu, Oct 1, 2015 at 2:24 PM, Paul Reiche <paulreiche@yahoo.com> wrote:
Hi Brad,

Thanks for the update on Stardock's Star Control project.  It sounds like you've assembled a great team.  Fred and I look forward to seeing how the game works out.

Unfortunately I don't have any good news for you regarding our ability to participate in your game or license the use of the Orz or any other classic Star Control elements, even for cameo purposes.  The same reasons we mentioned before are still present -- our contracts with AVTI limit our work to their products (and they keep us really busy), and Fred and I want to keep our copywritten material from Star Control exclusive to our own future project.

It is great to hear that you are in touch with Riku!  He is an awesomely talented musician and his work in Star Control made a big impact on the quality of the game.

Please keep us updated with your progress!

Cheers,

- Paul and Fred

**Brad Wardell <brad@stardock.com>** 10/1/15

 to Paul, Fred, Andrew

Hi Paul,

Totally understandable.  I am very hopeful that when you are able to return to your universe we can find some way to work with you on it.

Thanks so much for the response.  Will send more to you soon.

Cheers,

b



**Brad Wardell <brad@stardock.com>** 11/20/15

to Paul, Fred, Andrew, Samantha

Hi Paul and Fred,

I wanted to give you an update on how things are coming along.  I am still hopeful to have the opportunity to work with you on continuing your lore someday in the future. I know Skyrim and such keeps you extremely busy these days.

Anyway:

1. The new www.StarControl.com website is up.

2. We are letting people fill out surveys to join the Founder's Program. This is a program where people can get involved early to access our NDA docs, prototypes, mod tools, etc. early.

3. We have been making it very clear that you and Fred personally own the rights to the Star Control classic aliens and lore and that the new game won't be including them.  We think it's really important that people not think that Stardock is trying to take any credit for the amazing work you guys did on the original.

We have also said that we hope someday you'll be able to return to the amazing universe you've created whether as a stand-alone game you guys do on your own or with us.  Either way, we'd be thrilled to understand more about the Orz and the Arilou.

4. I asked Lee Hutchinson from Ars Technica to contact you regarding the Star Control reboot to get your thoughts on what we are doing.  I am hopeful you're happy with the work we've done so far.

I realize that you can't be involved with the reboot but we definitely want to honor the game design works you have done (Not just Star Control but also Archon, Mail Order Monsters. etc.)

We are really hoping to introduce a new generation of gamers to how wonderful an open exploration game can be.

5. Now for the good stuff:  please don't share these as on you two and the team have seen these.


For the new Star Control, we were able to recruit most of the Civilization V leads (art, sound engineer, system engineer, graphics engineer, terrain, etc.).

One of the results of that is the new aliens will all be animated procedurally ala the Civilization

V leaders. We've budgeted 12 hours of voice acting to ensure there's enough side-quests for players to go on.

Here's a video test of one of the aliens:
https://drive.google.com/file/d/0B4TtTWI9rsEaVUxVWFlJN3IwaWM/view?usp=sharing

The planets in the solar system look like this and when you fly down to them you're actually on them. They're not abstracted at all. You're literally flying around on these planets.

Any suggestions or feedback you might have would be greatly appreciated.

Cheers!

**Brad Wardell <brad@stardock.com>** 12/3/15

 to Paul, Fred

Hi guys,

I wanted to drop a line and ask if you'd be interested in licensing the Star Control classic aliens for a DLC package for Galactic Civilizations III?

There's be no lore or anything, it would simply allow the players to play as one of the aliens from Star Control 2.

Galactic Civilizations III is the top-selling, award winning PC strategy that we released earlier this year.  Here' a page with some screenshots: http://www.galciv3.com/game/media

What I'd propose would be a 50/50 split in revenue with you having full approval rights over anything before release.  We would guarantee a minimum royalty of $100,000.

People have been making mods for years that put the Star Control, Star Wars, Star Trek, Babylon 5 aliens into the GalCiv games.  With the ship designer, people can make any type of ship.   But mods aren't the same quality as what we could do of course.

Anyway, hope all is well there.

Cheers,

-brad

**Paul Reiche <preiche3@gmail.com>** 12/9/15

to bcc: Fred, bcc: Urszula, bcc: 4falls, bcc: Alex, bcc: Alex, bcc: alex.peters, bcc: alex, bcc:
Allie, bcc: amelon, bcc: amicewicz, bcc: amyoclassen, bcc: amyoclassen, bcc: Andrea, bcc:
Andrea, bcc: Arianna, bcc: Arianna, bcc: Bob, bcc: brad, bcc: Burke, bcc: Chris, bcc: cindyp,
bcc: Clifton, bcc: daisyzoe, bcc: Dan, bcc: Dan

Hi,

I am migrating from my fusty, old yahoo mail account to a shiny, new gmail account,
preiche3@gmail.com.  Yahoo will forward email from my old account for a while, but if you get
the chance, please update my contact with the new gmail address.

Sincere thanks,

- Paul Reiche

**Brad Wardell brad@stardock.com via yahoo.com** 10/12/16

to Paul, Fred, Derek

HI Paul and Fred,

I hope all is well with you.   I wanted to give you a quick update on where things are with the new Star
Control game and elicit any feedback you might have for us.

I'll put this into a numbered list for ease of commenting.

1. The new game will be titled Star Control: Origins so that it doesn't appear to be a "reboot" of
   Star Control or a replacement for what has gone on before.
2. We are announcing the Founders Phase 2 program next week so you may be contacted next
   week by the media for your thoughts.  Obviously, any support you can give us would be greatly
   appreciated but we also understand what constraints you might have.
3. This is a link to what gameplay looks
   like: https://www.dropbox.com/s/5nbqxk7gbs829bu/StarControl-Alpha1.mp4?dl=0 You will
   want to download this before you play it since DropBox has an awful streaming video player.

4. As shown in the video, one of the biggest additions we've made is the way planets are explored. Now, what you see here is still very early.  But the goal is to have the planet exploration a bit like Super Mario Galaxy.

5. We really want to work with you two in the future.  To that end, we are treating Star Control as a multiverse (like DC Comics).  To that end, Star Control 1/2 relate to the Ur-Quan universe where we hope you are able to revisit in the future with Volumes I through X of the Ur-Quan conflict.   By contrast, Star Control 3 exists in an entirely different universe from Star Control 1 and 2.  And Star Control: Origins, exists in its own universe.

6. We will be relaunching the Star Control website ([www.starcontrol.com](www.starcontrol.com)) next week as well.  Star Control 1/2 will get its own section of the site and we would love to include any content or assets or stories you'd be willing to provide us to have up there.   The goal is that someday, when/if you can revisit your world, that we will have a place where fans and others who appreciate what you've done for us all can congregate.

7. I'm not sure if I've mentioned this before but Stardock is privately owned (by me) and we're self-funding the roughly $9 million budget for the new Star Control game. It's, by far, the biggest game we've ever made.  We are pretty dedicated to keeping alive what you've done in the past, the classic game mechanics of games like Starflight, Star Control, etc.  I realize with your tremendous success with Skylanders and such you probably are too busy to work with us presently but we are very hopeful that we can work together in the future.

8. We are still hoping to release Star Control: Origins in 2018 in time for the 25th anniversary of Star Control 2.

9. We would also like to release an update to Star Control 1/2 under the existing agreement (50/50) split if we can get your permission for the 25th anniversary.

10. Would you be able to participate in any Star Control: 25th anniversary events next year?  There are many people, such as myself, who would not have become game developers if it weren't for you two.


That's all for now.  I look forward to any feedback you can provide.


Thanks!


Brad


**Brad Wardell brad@stardock.com [via](via) yahoo.com**                                    Jul 28

to Paul, Fred


Hi Paul and Fred,

I hope your Summer is going well.

This November, as you probably know, is the 25th anniversary of Star Control 2.

I wanted to give you a status report on Star Control: Origins and see if you guys would be available for an interview regarding your work on Star Control 1/2, the Ur-Quan Masters, past, present and future of your universe and anything else you'd like to talk about.

## Star Control: Origins Status ##

The overall game is coming along well though at a much slower pace than we'd like.  There is no existing modern engine that can do all the things one would expect in a game like this so we've had to build it from scratch.

I'll break it down into the core components:

1. The alien dialog screens.

We have this pretty nailed now.  The screenshot above is the art style for the aliens.  Kind of "Inside Out" (Pixar) style.

All the aliens speak with full, in-engine lip syncing and gesturing.

2. Super Melee.



This part works but isn't nearly as fun as Star Control 1/2.  Getting inertia, weapon speeds, balance, mass, etc. all to play well together is proving very difficult.

That said, we do have it fully working now and it's very pretty and runs over the Internet.

3. Space Travel.

We have had a number of stop and goes on this as we've tried (and thrown out) different ideas.  We've ultimately settled on a system where the entire sector (the game map) is in a single scene.  So you can zoom in and see your ship flying around earth and zoom all the way out and see the known universe (64-bit is wonderful).

So when you leave a solar system, the camera pans out and you can travel around.

4. Planet Exploration.

This is the part of the game that has murdered our schedule.  More accurately, it murdered the schedule, then re-animated it, and then murdered it some more.

The gameplay of the surface is a little like Super Mario Galaxy.  Your lander is your unit and it can jump and shoot things on a destructable spherical world, get quests, etc.

But holy cow this has proven technically difficult.

So for one thing, the tools.  Making this fun and having any iteration progress means lots of new tools for making the planet which, in itself, is a game unto itself.

5. Space Ships!

We are going to include a ship designer like we do in Galactic Civilizations.  With it, players will be able to design up pretty much any ship they can imagine and play Super Melee with it (and create fleets, share fleets, etc.).

Here's an example of a ship someone made for Galactic Civilizations III: http://steamcommunity.com/sharedfiles/filedetails/?id=1085619708

Here's someone who made the Earthling Cruiser:

http://steamcommunity.com/sharedfiles/filedetails/?id=778141305

The graphics tech in Star Control: Origins is much more advanced, using OSI (basically real-time REYES) so the ships will look more like something from a Pixar movie rather than faux-real .

Anyway, I hope all is well there.  Let me know if you have any questions and please get back with me with regards to the Star Control anniversary.

Cheers,

-brad


**Paul Reiche <preiche3@gmail.com>**                                     Aug 1

 to Brad, Fred


Hi Brad,

Fred and I appreciate the update!  In regards to the interview, I think we are going to save our powder

(and really limited time) for our own anniversary plans -- which we are not quite ready to talk about -- closer to November.

Thanks,

- Paul

## Brad Wardell brad@stardock.com via gmail.com <sup>Aug 1</sup>

 to me, Fred

Hi Paul,

Sounds good. Please let me know how we might assist. We would love to help with any promotion or support we can give!

Cheers,

Brad

## Brad Wardell <sup>Sep 15</sup>

 to me, Paul, Fred

Hi Paul and Fred!

I'm going to send over a longer, custom video journal to you guys showing the status of the new Star Control.

In the meantime, here's a video I whipped up today:

https://www.dropbox.com/s/d7khu0ggtslhajp/StarControl-Sept2017.mp4?dl=0

I also had the art team put together something with you in mind.  See attached.  You are welcome to use these as you see fit and I can send over the PSDs as well.

I also talked to the legal guys on how you might be able to work with us without getting in trouble with the powers that be at Activision.  They said that the original Star Control publishing agreement is between you guys personally (NOT Toys for Bob) and Accolade.  This means that the Star Control alien IP and such belongs to you personally and not to Toys for Bob.  As a result, there may be some licensing opportunities that wouldn't infringe on your Activision agreement.

What we would really like to do is license the Star Control 2 Super Melee ships for the new Super Melee in exchange for a small royalty on every copy of the new Star Control.  This agreement would be between us and you guys as the IP is owned by you personally.  This would let you benefit from the success of the new Star Control game without interfering with your efforts at Activision.   The Super Melee ships would work the same as they did in Star Control 2, they'd just be prettier and we wouldn't release the final result without your permission.

I look forward to hearing from you.

Cheers,

Brad

**Brad Wardell** Sep 29 (3 days ago)

to Paul, me, Fred

Greetings!

First off, here's a progress video for you:

https://1drv.ms/v/s!AuBwidOf1nOuiflfFLWmtE3jb6i8Gg

The above video shows in-game ship design, in-game animated aliens with lipsyncing, planetary exploration and the tools we developed to do all this. :)

Second, we plan to release the Super Melee beta to the community in October.  Is there any objection if we include the ships from Star Control 1/2 with it?  There'd be no story or anything like that, it's just the Super Melee part (they wouldn't appear in the main game).

Third, any chance you guys could participate in a brief interview that we'd like to put out with the 25th anniversary?  Here are the questions:

1. Your work on Star Control 1 and 2 has had an immense influence on the game industry.  Many concepts found in the Ur-Quan story have found their way into many other games.  What is it you think makes the Ur-Quan story so compelling?

2.  Many fans are still hoping for a continuation of the Ur-Quan story line.  At the end of Star Control: The Ur-Quan Masters, there is a cut scene that alludes to another great adventure in that universe.  Is there any chance we might see what happens next?

3. Is there anything you can share about the nature of the Orz?  Where are they from?

4. Back when you were creating the setting of "Famous Battles of the Ur-Quan Conflict" you wrote a timeline of future Earth (from the perspective of 1989).  Would you say the future has turned out better or worse than you expected?

5. If you were making a timeline of future Earth now, what would you change? For example, concepts

like the Technological Singularity have become popular and it's not likely we're going to have a race of clones.

6. Many people know you best for your work on the monster hit, Skylanders.  But you also worked on classics such as Archon and Mail Order Monsters, all of which featured characters with unique powers and fascinating backstory.   How much of your success would you attribute to your attention to world building versus your attention to game mechanics?

7. Looking back at all your creations together, do you have a particular memory that still resonates with you today?

8. Many of us know exactly where we were 25 years ago when Star Control 2 came out. What would you say has been the biggest change in the way games are played today versus how they were 25 years ago?

Thanks so much in advance!

You mentioned you have some announcements of your own coming up.  Please feel free to send anything you want me to promote through our channels.  Heck, even if you were leaving Activision and making Ur-Quan: The Revenge or something we'd be delighted to help spread the word.

Cheers,

-brad