# EXHIBIT 16

# Q+A regarding Star Control and Paul and Fred

+1968

Reply #651

**Frogboy**

Join Date 03/2001

Stardock

September 12, 2018 8:17:15 AM from

Star Control aliens will be in Star Control games based on the needs of the story.

They will be expressed in such a way as to not violate anyone's alleged copyrights.

They also will not appear in other games without our permission.

+5

Reply #652

**GMOrz**

Join Date 12/2012

September 12, 2018 12:45:24 PM from

Okay, but if I buy Star Control: Origins on September 20th, will I be getting a game with Arilou in it?

**Frogboy**

Join Date 03/2001

Stardock

STAR CONTROL

Reply #653

September 12, 2018 1:15:41 PM from

Quoting GMOrz, reply 652

Okay, but if I buy Star Control: Origins on September 20th, will I be getting a game with Arilou in it?

You'll just have to wait and see.

+24

**BionicDance**

Join Date 04/2015

Reply #654

September 12, 2018 2:21:07 PM from

That's almost certainly a yes. 😁

+103

**ShadeMeadows**

Join Date 12/2013

Reply #655

September 12, 2018 6:49:54 PM from

Here's hopin'

+74

**Alverez**

Join Date 03/2008

Reply #656

September 14, 2018 7:25:54 PM from

Quoting Frogboy, reply 653

STAR CONTROL

Okay, but if I buy Star Control: Origins on September 20th, will I be getting a game with Arilou in it?

You'll just have to wait and see.

That's too bad. I've been gone for a few months but had heard that you had reversed your decision regarding the original Star Control aliens.

+1968

**Frogboy**

Join Date 03/2001

Stardock

Reply #657

September 14, 2018 8:42:06 PM from

Quoting Alverez, reply 656

That's too bad. I've been gone for a few months but had heard that you had reversed your decision regarding the original Star Control aliens.

For the release, we are looking to have as little controversy around it as possible.

+74

**Alverez**

Join Date 03/2008

Reply #658

September 14, 2018 10:11:26 PM from

Quoting Frogboy, reply 657

Quoting Alverez, reply 656

That's too bad. I've been gone for a few months but had heard that you had reversed your decision regarding the original Star Control aliens.

For the release, we are looking to have as little controversy around it as possible.

Understandable. Good luck on your launch. Unfortunately, I can't end my little protest until I am sure that your original promise will be kept. I did enjoy participating in the Founders program. Even when we disagreed. Especially then actually.





