1  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
2  TIFFANY S. HANSEN (SBN 292850)
   *thansen@bzbm.com*
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6
   MARK S. PALMER (SBN 203256)
7    *mark@palmerlex.com*
   4 Meadow Drive
8  Mill Valley, CA 94941
   Telephone: (415) 336.7002
9  Facsimile:  (415) 634-1671

10  Attorneys for Defendants and Counter-Claimants
    PAUL REICHE III and ROBERT FREDERICK FORD
11

12                    UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15  STARDOCK SYSTEMS, INC.,                  Case No. 4:17-CV-07025-SBA

16              Plaintiff,

17       v.                                  **DECLARATION OF STEPHEN C,
                                             STEINBERG IN SUPPORT OF
18  PAUL REICHE III and ROBERT               DEFENDANTS' OPPOSITION TO
    FREDERICK FORD,                          PLAINTIFF'S** *EX PARTE* **MOTION FOR
                                             TEMPORARY RESTRAINING ORDER
19                                           AND ORDER TO SHOW CAUSE WHY
              Defendants.                    PRELIMINARY INJUNCTION SHOULD
20                                           NOT BE GRANTED**

21  PAUL REICHE III and ROBERT
    FREDERICK FORD,
22                                           Complaint Filed:  Dec. 8, 2017
              Counter-Claimants,             Trial Date:  June 24, 2019
23
         v.
24
    STARDOCK SYSTEMS, INC.,
25
              Counter-Defendant.
26

27

28

2635.000/1329717.1                          Case No. 4:17-CV-07025-SBA

DECL. OF STEPHEN C. STEINBERG ISO OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR TRO &
OSC WHY PRELIMINARY INJUNCTION SHOULD OT BE GRANTED

1       I, Stephen C. Steinberg, declare as follows:

2       1.    I am an attorney at law admitted to practice in all courts of the State of California.

3 I am a principal in the law firm of Bartko, Zankel, Bunzel & Miller, attorneys of record for

4 Defendants and Counter-Claimants Paul Reiche III ("Reiche") and Robert Frederick Ford ("Ford")

5 (together, "Reiche and Ford") in the above-captioned matter.  The matters in this Declaration are

6 true of my own personal knowledge, and if called upon as a witness, I could and would

7 competently testify thereto.

8       2.    Atari, Inc. filed for bankruptcy in the U.S. Bankruptcy Court for the Southern

9 District of New York on January 21, 2013.  Attached as **Exhibit 17** is a copy of the June 14, 2013

10 Order of that court approving procedures for bidding on the "Star Control Franchise" defined as

11 including only "Star Control 3" (and not Star Control or Star Control II).  *See* pp. 50, 61.

12       3.    Attached as **Exhibit 18** is a copy of the July 16, 2018 Order Authorizing the Sale of

13 the "Star Control Franchise," defined as the "Star Control Assets" (*see* p. 1), attaching a Purchase

14 Agreement between Atari and Stardock Systems, Inc. for the "Star Control Assets."  The Purchase

15 Agreement defines the Purchased Assets as including the Intellectual Property identified on

16 Schedule 1.01(a), the contracts listed on Schedule 2.01(b), and certain causes of action related to

17 the Intellectual Property, and excludes any other assets and properties of Atari.  *See* § 2.01-02.  No

18 schedules were attached to this agreement.

19       4.    The purported agreement and schedules attached to Stardock's Second Amended

20 Complaint only list the following intellectual property as purportedly being purchased by Stardock

21 from Atari:  a) U.S. Trademark Registration No. 2,046,036 for the STAR CONTROL mark; and

22 b) U.S. Copyright Registration No. PA 799-000 for Star Control 3.  *See* Dkt. 51-1, Ex. D, pp. 201-

23 210.  And it defines the "Star Control Franchise" as including only "Star Control 3" (and not Star

24 Control or Star Control II).  *Id.* at p. 211.

25       5.    On or about March 28, 2018, we served Stardock with a First Set of Interrogatories,

26 including the following Interrogatory No. 11:  "Describe in detail every element of Star Control I

27 and II incorporated into Star Control: Origins, including but not limited to characters, spaceships,

28 and planets."

2635.000/1329717.1     2    Case No. 4:17-CV-07025-SBA

DECL. OF STEPHEN C. STEINBERG ISO OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR TRO & OSC WHY PRELIMINARY INJUNCTION SHOULD OT BE GRANTED

1    6.    On or about April 27, 2018, Stardock served responses to the aforementioned

2  interrogatories, including the following Response to Interrogatory No. 11:  "To the extent

3  elements of Star Control I and II are incorporated into Star Control: Origins, such information is

4  publically available and can be readily ascertained by comparing the games. Stardock is not

5  otherwise presently aware of every element (if any) of Star Control I and II incorporated into Star

6  Control: Origins."

7    7.    On or about May 7, 2018, I sent Stardock's counsel a meet and confer email noting

8  that the full version of Star Control: Origins was not publicly available and asking that Stardock

9  produce a complete copy of the game.

10    8.    On or about May 23, 2018, I met and conferred with Stardock's counsel, Rob

11  Weikert and Dawn Valentine, about various deficiencies in their discovery responses, including

12  Stardock's failure to respond to Interrogatory No. 11 or to produce Star Control: Origins, but they

13  ultimately refused to produce the game at that time.

14    9.    On or about July 9, 2018, we served Stardock with a second set of requests for

15  production asking it to produce "Copies of any and all versions of Star Control: Origins that have

16  been or will be released including, but not limited to, (1) the first Beta version, called Fleet

17  Battles, which was made available in or around October 2017, (2) the second Beta version, called

18  Fleet Battles 2, which was made available on or around April 2018, and (3) the final version

19  scheduled for release on September 20, 2018."

20    10.   On or about August 8, 2018, Stardock responded that "Stardock will produce non-

21  privileged, responsive documents within its possession, custody or control within 30 days of these

22  responses."  Attached as **Exhibit 19** is a copy of Stardock's aforementioned responses.

23    11.   On or about August 17 and 22, 2018, we sent DMCA notices to Valve and GOG,

24  respectively, concerning certain content packs from and a beta version of Star Control: Origins

25  called Fleet Battles, that were publicly available.

26    12.   On August 22, 2018, I received a letter from Mr. Weikert concerning these notices,

27  to which I responded on August 23.  Mr. Weikert sent me another email in the morning on August

28  24 mostly raising the same points I had already responded to and demanding another response by

DECL. OF STEPHEN C. STEINBERG ISO OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR TRO &
OSC WHY PRELIMINARY INJUNCTION SHOULD OT BE GRANTED

1  noon that day.  I understand that my co-counsel, Mark Palmer, then had a series of phone calls

2  with Stardock's co-counsel, Dave May, on August 26, 28, and 30, which included discussion

3  about DMCA notices and the infringing content published to date.

4       13.     On or about September 6, 2018, I received an email from Mr. Weikert notifying us

5  of their intent to file the present motion to enjoin my clients from serving any further DMCA

6  notices as to Star Control: Origins.  I responded that:

7       I don't think we have ever said that we intend to serve similar notices in the future, only that we may depending on whatever content ends up being put out by

8       Stardock and where. We still have not seen the upcoming version of Star Control: Origins so I cannot say whether we think it infringes or not, but my understanding

9       is that Stardock will be producing a copy of it tomorrow in response to our requests for production, so we will be able to evaluate it after that.

10  Attached as **Exhibit 20** is a copy of the aforementioned email string.

11       14.     That evening, Mr. Palmer and I spoke with Mr. Weikert and Mr. May by phone

12  about their planned motion.  We explained the basis for our clients' prior DMCA notices, and

13  reiterated that as we had not yet seen the version of Star Control: Origins to be released on

14  September 20, my clients were still not sure if they would serve further DMCA notices to Valve,

15  GOG, or any other place(s) where the game might be published in addition to Stardock's own

16  website.  I suggested that Stardock's motion seemed premature at best, and that it at least wait

17  until we received a copy of the game and had a chance to review it.  I also asked if Stardock would

18  be producing the game the following day as promised in its aforementioned discovery responses

19  and Mr. Weikert refused to say one way or the other.

20       15.     On September 7, 2018 at about 4:37 pm, we received a production of documents

21  from Stardock that did not include any version of Star Control: Origins, including the one to be

22  released on September 20 or any of the prior versions released to members of the public.  Stardock

23  filed the present motion just over an hour later.

24       16.     Since then, I emailed Mr. Weikert two more times and Stardock still refuses to

25  produce any version of Star Control: Origins, including the one to be released on September 20,

26  unless we agree not to show it to our clients and to the relief sought by Stardock's motion.

27

28

DECL. OF STEPHEN C. STEINBERG ISO OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR TRO & OSC WHY PRELIMINARY INJUNCTION SHOULD OT BE GRANTED

1      I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct, and this Declaration was executed this 17th day of September 2018,

3   at San Francisco, California.

4

5                                                              /s/ Stephen C. Steinberg
                                                           STEPHEN C. STEINBERG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF STEPHEN C. STEINBERG ISO OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR TRO &
OSC WHY PRELIMINARY INJUNCTION SHOULD OT BE GRANTED