STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
TIFFANY S. HANSEN (SBN 292850)
  *thansen@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Mark S. Palmer (SBN 203256)
  *mark@palmerlex.com*
4 Meadow Drive
Mill Valley, California 94941
Telephone:  (415) 336-7002
Facsimile:  (415) 634-1671

Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No. 4:17-CV-07025-SBA <br><br> **REICHE AND FORD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO STARDOCK'S MOTION FOR TEMPORARY RESTRAING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** <br><br> Judge: Hon. Saundra B. Armstrong <br><br> Complaint Filed: Dec. 8, 2017 <br> Trial Date: June 24, 2019 |
| PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Counter-Claimants, <br><br> v. <br><br> STARDOCK SYSTEMS, INC., <br><br> Counter-Defendant. | |

2635.000/1329752.1                                                                 Case No. 4:17-CV-07025-SBA

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO STARDOCK'S MOTION FOR TRO
AND OSC WHY PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED

**TO THE COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Evidence 201, Defendants and Counter-Claimants Paul Reiche III ("Reiche") and Robert Frederick Ford ("Ford") (collectively, "Reiche and Ford") hereby respectfully request that the Court take judicial notice of the following records from Bankruptcy Court Case No. 13-10176 (JMP) in the United States Bankruptcy Court for the Southern District of New York:

- Order Authorizing the Sale of the Star Control Franchise and Granting Related Relief, entered on July 25, 2013, attached hereto as **Exhibit 1**.

## LEGAL AUTHORITY

Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).  Judicial notice is mandatory if requested by a party and the court is supplied with the necessary information.  Fed. R. Evid. 201(c)(2).  Judicial notice is otherwise discretionary, and may be taken whether requested or not.  Fed. R. Evid. 201(c)(1).

Court records and files are routinely subject to judicial notice.  *Mullis v. United States Bank*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987) (taking judicial notice of "pleadings, orders and other papers on file in the underlying bankruptcy case"); *Peviana v. Hostess Brands, Inc.*, 750 F.Supp.2d 1111, 1116 (C.D. Cal. 2010) (a court "may take judicial notice of matters of public record, including duly recorded documents, and court records available to the public through the Pacer system via the internet"); *Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979) ("[T]he Court is empowered to and does take judicial notice of court files and records.").

/ / /

/ / /

/ / /

/ / /

/ / /

The Bankruptcy Court's Order is a court record available to the public through the Pacer system, the accuracy of which cannot reasonably be questioned.  Accordingly, Reiche and Ford request that the Court grant their Request for Judicial Notice.

DATED:  September 17, 2018            BARTKO ZANKEL BUNZEL & MILLER
                                      A Professional Law Corporation


                                      By:    /s/ Stephen C. Steinberg
                                             Stephen C. Steinberg
                                             Attorneys for Defendants and Counter-Claimants
                                             PAUL REICHE III and ROBERT FREDERICK FORD