1  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
2  TIFFANY S. HANSEN (SBN 292850)
     *thansen@bzbm.com*
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

6
   Mark S. Palmer (SBN 203256)
7    *mark@palmerlex.com*
   4 Meadow Drive
8  Mill Valley, California 94941
   Telephone:  (415) 336-7002
9  Facsimile:   (415) 634-1671

10 Attorneys for Defendants and Counter-Claimants
   PAUL REICHE III and ROBERT FREDERICK FORD

11

12                     UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>          Defendants.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>          Counter-Claimants,<br><br>     v.<br><br>STARDOCK SYSTEMS, INC.,<br><br>          Counter-Defendant. | Case No. 4:17-CV-07025-SBA<br><br>**[PROPOSED] ORDER DENYING STARDOCK'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED**<br><br>Judge: Hon. Saundra B. Armstrong<br><br>Complaint Filed: Dec. 8, 2017<br>Trial Date: June 24, 2019 |

2635.000/1329785.1                                                  Case No. 4:17-CV-07025-SBA

[PROPOSED] ORDER DENYING STARDOCK'S *EX PARTE* MOTION FOR TRO & OSC
WHY PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED

1  Having considered Stardock's *Ex Parte* Motion for a TRO and Order to Show Cause Why
2  a Preliminary Injunction Should Not Be Granted and the papers submitted in support and in
3  opposition thereto, the motion is DENIED.
4
5  **IT IS SO ORDERED.**
6
7  DATED: _____          _____
                                                Hon. Saundra Brown Armstrong
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28