1  STEPHEN C. STEINBERG (SBN 230656)
     *ssteinberg@bzbm.com*
2  TIFFANY S. HANSEN (SBN 292850)
     *thansen@bzbm.com*
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6
   Mark S. Palmer (SBN 203256)
7    *mark@palmerlex.com*
   4 Meadow Drive
8  Mill Valley, California 94941
   Telephone:  (415) 336-7002
9  Facsimile:  (415) 634-1671

10 Attorneys for Defendants and Counter-Claimants
   PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br>   Defendants. <br> _____ <br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br>   Counter-Claimants, <br><br> v. <br><br> STARDOCK SYSTEMS, INC., <br><br>   Counter-Defendant. | Case No. 4:17-CV-07025-SBA <br><br> **[PROPOSED] ORDER RE REICHE AND FORD'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BRAD WARDELL IN SUPPORT OF STARDOCK'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** <br><br> Judge: Hon. Saundra B. Armstrong <br><br> Complaint Filed: Dec. 8, 2017 <br> Trial Date: June 24, 2019 |

| | **Proffered Evidence** | **Objection** | **Ruling** |
|---|---|---|---|
| 1. | **Wardell Decl., ¶ 3, Pg. 2, Lines 8-10**<br><br>"Stardock purchased all rights to the Star Control intellectual property." | FRE 602<br>FRE 1002<br>Lack of Foundation<br><br>Wardell has failed to provide the foundation establishing the purported purchase of "all rights to the Stardock intellectual property."<br><br>Moreover, the documents memorializing the purported purchase are required to prove that such a purchase took place and are the "best evidence" of such a purchase. | ☐ Sustained<br>☐ Overruled |
| 3. | **Wardell Decl., ¶ 7, Pg. 3, Lines 1-2**<br><br>"Stardock has not incorporated any copyrightable artwork from Star Control I, Star Control II, or Star Control III into the *Origins* game itself." | FRE 602<br>FRE 701<br><br>Wardell lacks the personal knowledge necessary to make this statement, as he does not have the expertise necessary to provide testimony as to what constitutes "copyrightable artwork." His opinion therefore constitutes improper lay witness testimony that encompasses technical and/or specialized exclusively within the scope of Rule 702. | ☐ Sustained<br>☐ Overruled |
| 4. | **Wardell Decl., ¶ 15, Pg. 3, Lines 24-26**<br><br>"We expect similar numbers for Origins. A DMCA takedown notice on Steam would reduce sales and revenue by approximately 88% turning what would have been a successful game into a failure." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell has failed to provide the foundation necessary to support his statement that Stardock expects similar numbers for Origins or that a DMCA notice would reduce sales and revenue by approximately 88%. | ☐ Sustained<br>☐ Overruled |

| | | | |
|---|---|---|---|
| | | Wardell lacks personal knowledge and is speculating as to whether (1) Origins would be a successful game, and (2) a DMCA notice would turn Origins into a failure. | |
| | **Wardell Decl., ¶ 16, Pg. 4, Lines 5-6**<br><br>"and its reputation will be harmed in the marketplace." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to whether Stardock's reputation will be harmed. | ☐ Sustained<br>☐ Overruled |
| | **Wardell Decl., ¶ 24, Pg. 5, Lines 1-2**<br><br>"Any DMCA takedown notice will also irreparably impact Stardock's ability to partner with a game console publisher." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to whether a DMCA notice will impact its ability to partner with a console publisher. | ☐ Sustained<br>☐ Overruled |
| | **Wardell Decl., ¶ 24, Pg. 5, Lines 3**<br><br>"A DMCA takedown of the game will prevent any console publisher from publishing the game. Without a game console publisher, *Origins* will only be available on PC which will reduce its potential audience and revenue by approximately 50 percent." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to whether a DMCA notice will prevent a console publisher from publishing Origins.<br><br>Wardell has failed to provide foundation or otherwise establish personal knowledge that Stardock's potential audience and revenue will be reduced by approximately 50 percent. This statement is speculative. | ☐ Sustained<br>☐ Overruled |
| | **Wardell Decl., ¶ 25, Pg. 5, Lines 9-10** | FRE 602<br>Lack of Foundation<br>Speculation | ☐ Sustained<br>☐ Overruled |

| | | | |
|---|---|---|---|
| | "DMCA take down notices permanently harm our relationship with our customers." | Wardell lacks personal knowledge and is speculating as to whether a DMCA notice will permanently harm Stardock's relationship with its customers. | |
| | **Wardell Decl., ¶ 26, in its entirety**  "The rumored suggestion that *Origins* will not be released has *already* led to backlash from Stardock's customers who have pre-ordered the game and then requested a refund. Following are quotes from customers who requested a refund "because the game might not be released": [*customer quotes removed for brevity but subject to the objection*]." | FRE 801, 802  Lacks Foundation  The purported statements from Stardock's customers are extrajudicial statements now offered for their truth and are therefore inadmissible hearsay.  Moreover, Wardell has failed to provide information sufficient to establish the foundation for these statements, or even indicate where the statements originated. For this reason, the statements are inherently unreliable. | ☐ Sustained  ☐ Overruled |
| | **Wardell Decl., ¶ 28, Pg. 6, Lines 12-15**  "False accusations that create doubt amongst Stardock's ecosystem of partnerships and players in the industry will have material financial and reputation impacts that will have direct financial consequences due to failure to deliver on existing contracts." | FRE 602  Lack of Foundation  Speculation  Wardell has failed to establish foundation for his insinuation that statements made by Reiche and Ford are false.  Wardell lacks personal knowledge and is speculating as to the financial and reputation impacts that could occur if *Origins* is not released as scheduled. | ☐ Sustained  ☐ Overruled |
| | **Wardell Decl., ¶ 29, Pg. 6, Lines 18-19**  "The damage from a failed launch would likely impact the sale of not only *Origins*, but all of Stardock's offerings." | FRE 602  Lack of Foundation  Speculation  Wardell lacks personal knowledge and is speculating as to the "likely impact" and damage that could be associated with a failed launch. | ☐ Sustained  ☐ Overruled |

| | | | |
|---|---|---|---|
| | | | Wardell has failed to establish foundation sufficient to support his statement that a failed launch of *Origins* would impact the sale of "all" of Stardock's offerings. | |
| | **Wardell Decl., ¶ 30, Pg. 6, Line 24 – Pg. 7, Line 3**<br><br>"Without a legal avenue for purchase, many customers will acquire the game through piracy distribution channels.  Sales would be irreparably lost because if there is no legal means to obtain the game many people will resort to getting it some other way.  We project sales of approximately $3.1 million in the first 60 days of *Origins'* release with approximately $2 million of that being in the first 14 days.  Sales lost due to piracy would be difficult to calculate, but would be significant in any case." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to the expected actions of its customers in the event *Origins* is not released as scheduled.<br><br>Wardell lacks foundation and is speculating as to whether sales would be "irreparably lost."<br><br>Wardell has failed to establish foundation sufficient to support Stardock's projected sales of the *Origins* release. | ☐ Sustained<br>☐ Overruled |
| | **Wardell Decl., ¶ 31, Pg. 7, Lines 4-5**<br><br>"The gaming press would also interpret a DMCA take down notice as a signal that the merits of the case are with Reiche and Ford." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to how the gaming press would interpret a DMCA notice. | ☐ Sustained<br>☐ Overruled |
| | **Wardell Decl., ¶ 31, Pg. 7, Lines 6-8**<br><br>"should a takedown notice preclude sale of *Origins* on Steam, it would permanently damage the value of Stardock's brand and reputation and very likely impact the sales of the *Origins* game." | FRE 602<br>Lack of Foundation<br>Speculation<br><br>Wardell lacks personal knowledge and is speculating as to the purported damage that would result from the issuance of a DMCA notice, including with regard to any purported reputational harm and damage to Stardock's brand. | ☐ Sustained<br>☐ Overruled |

| | | |
|---|---|---|
| **Wardell Decl., ¶ 32, Pg. 7, Lines 9-11**<br><br>"Any delay in the release of *Star Control: Origins* would require Stardock to severely cut back on its gaming staff and require it to lay off approximately 26 employees." | <u>FRE 602</u><br><u>Lack of Foundation</u><br><u>Speculation</u><br><br>Wardell has failed to establish foundation sufficient to support his statement that a delay in the release of *Origins* would require Stardock to lay off approximately 26 employees. | ☐ Sustained<br>☐ Overruled |