Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.: 4:17-cv-07025-SBA <br><br> **PLAINTIFF STARDOCK SYSTEMS, INC.'S AND DEFENDANTS PAUL REICHE'S AND ROBERT FREDERICK FORD'S ADMINISTRATIVE MOTION TO MODIFY THE SCHEDULING ORDER** <br><br> **[Local Rule 7-11]** |

### I.   ADMINISTRATIVE RELIEF REQUESTED

Pursuant to Civil Local Rule 7-11, Plaintiff Stardock Systems, Inc. ("Plaintiff" or "Stardock") and Defendants Paul Reiche III and Robert Frederick Ford (collectively, "the Parties") hereby respectfully submit this Administrative Motion for Modification of the Order for Pretrial Preparation (Dkt. 33), filed on March 22, 2018 ("the scheduling order").  The Parties have met and conferred and agree that the pace of discovery, and counsels' trial schedules necessitate the modification of the previously agreed-upon deadlines. The Parties have entered into the stipulation attached hereto as Exhibit A.  None of the requested modifications to its scheduling order as detailed in the attached stipulation will affect the trial date or other court deadlines.

Accordingly, the Parties hereby respectfully request that the Court modify its scheduling order as agreed upon by the Parties according to the attached stipulation.

Dated:  September 18, 2018                Respectfully submitted,

**NIXON PEABODY LLP**

By:   /s/ Robert A. Weikert

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

| | |
|---|---|
| 1    Dated: September 18, 2018 | **BARTKO ZANKEL BUNZEL & MILLER** |

By:    */s/ Stephen C. Steinberg*

Stephen C. Steinberg (Bar No. 230656)
ssteinberg@bzbm.com
Tiffany S. Hansen (Bar No. 292850)
thansen@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
Tel: (415) 956-1900
Fax: (415) 956-1152

*Attorneys for Paul Reiche III and
Robert Frederick Ford*

- 3 -
ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER
Case No. 17-cv-07025-SBA

4813-3812-8752.1