# EXHIBIT A

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No.: 4:17-cv-07025-SBA <br><br> **STIPULATION TO MODIFY THE SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM | |

WHEREAS, the Court issued the Order for Pretrial Preparation (Dkt. 33) on March 22, 2018 ("the Scheduling Order"); and

WHEREAS, Plaintiff Stardock Systems, Inc. ("Stardock") and Defendants Paul Reiche III and Robert Frederick Ford (collectively "the Parties") met and conferred and agree that additional time is necessary to finalize the pleadings and conduct the discovery required to support a trial on the merits;

THEREFORE, it is hereby stipulated and agreed between the Parties as follows:

(1)     The Scheduling Order should be modified to reflect the following dates:

| **Description** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Deadline to Amend Pleadings | 7/16/18 | 10/15/18 |
| Close of Fact Discovery | 10/19/18 | 12/21/18 |
| Initial Expert Disclosure & Reports | 10/19/18 | 1/11/19 |
| Rebuttal Expert Designation | 11/19/18 | 2/8/19 |
| Close of Expert Discovery | 12/14/18 | 2/22/19 |
| Law and Motion Cutoff | 3/13/19 | 4/10/19 |
| Pretrial Preparation due | 4/10/19 | 4/24/19 |
| Motions In Limine/Objections to Evidence | 4/24/19 | 5/8/19 |
| Responses to Motions In Limine/Obj. to Evidence | 5/1/19 | 5/15/19 |
| Replies due | 5/8/19 | 5/22/19 |

(2)     The Parties agree that the other deadlines contained in the March 22, 2018 Order shall remain in effect and that this schedule modification does not impact the anticipated trial date in this matter.

- 2 -
STIPULATION TO MODIFY THE SCHEDULING ORDER
Case No. 17-cv-07025-SBA

4824-2320-9072.1

| | | |
|---|---|---|
| 1 | Dated:  September 18, 2018 | Respectfully submitted, |
| 2 | | **NIXON PEABODY LLP** |
| 3 | | |
| 4 | | By:   /s/ Robert A. Weikert |
| 5 | | Robert A. Weikert (Bar No. 121146)<br>rweikert@nixonpeabody.com |
| 6 | | Dawn N. Valentine (Bar No. 206486)<br>dvalentine@nixonpeabody.com |
| 7 | | NIXON PEABODY LLP<br>One Embarcadero Center |
| 8 | | San Francisco, California 94111-3600<br>Tel: (415) 984-8200<br>Fax: (415) 984-8300 |
| 9 | | |
| 10 | | David L. May (appearance *pro hac vice*)<br>dmay@nixonpeabody.com |
| 11 | | Jennette E. Wiser (appearance *pro hac vice*)<br>jwiser@nixonpeabody.com |
| 12 | | NIXON PEABODY LLP<br>799 9th Street NW |
| 13 | | Washington, DC 20001-4501<br>Tel: (202) 585-8000<br>Fax: (202) 585-8080 |
| 14 | | |
| 15 | | *Attorneys for Stardock Systems, Inc.* |
| 16 | Dated:  September 18, 2018 | **BARTKO ZANKEL BUNZEL & MILLER** |
| 17 | | |
| 18 | | By:   /s/ Stephen C. Steinberg |
| 19 | | Stephen C. Steinberg (Bar No. 230656)<br>ssteinberg@bzbm.com |
| 20 | | Tiffany S. Hansen (Bar No. 292850)<br>thansen@bzbm.com |
| 21 | | BARTKO ZANKEL BUNZEL & MILLER<br>One Embarcadero Center, Suite 800 |
| 22 | | San Francisco, California 94111<br>Tel: (415) 956-1900 |
| 23 | | Fax: (415) 956-1152 |
| 24 | | *Attorneys for Paul Reiche III and*<br>*Robert Frederick Ford* |

- 3 -
STIPULATION TO MODIFY THE SCHEDULING ORDER
Case No. 17-cv-07025-SBA

4824-2320-9072.1