Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Stardock Systems, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No.: 4:17-cv-07025-SBA <br><br> **[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM | |

The Court having considered the stipulation of the Parties and good cause appearing therefore, orders as follows: The Scheduling Order filed by this Court on March 22, 2018 is modified in accordance with the dates outlined in the stipulation of the Parties. Specifically, the Court adopts and orders that the following deadlines apply in this matter:

| **Description** | **Deadline** |
|---|---|
| Deadline to Amend the Pleadings | 10/15/18 |
| Close of Fact Discovery | 12/21/18 |
| Initial Expert Disclosure & Reports | 1/11/19 |
| Rebuttal Expert Designation | 2/8/19 |
| Close of Expert Discovery | 2/22/19 |
| Law and Motion Cutoff | 4/10/19 |
| Pretrial Preparation due | 4/24/19 |
| Motions In Limine/Objections to Evidence | 5/8/19 |
| Responses to Motions In Limine/Obj. to Evidence | 5/15/19 |
| Replies due | 5/22/19 |

IT IS SO ORDERED.

DATED: _____    _____

Judge Saundra Brown Armstrong

4835-0304-5744.1