# EXHIBIT 1



**Toys For BOB**

STUDIO    CAREERS    GAMES    LIFE@TFB    CONTACT

STUDIO

# WHO WE ARE



Toys for Bob is a band of inventors, makers, and magicians who have been developing whimsical, charming AAA games since 1989. We play in a former military hangar that's been converted into a colorful, tiki-themed, dog-friendly paradise just 20 minutes north of the San Francisco Golden Gate bridge. Best known for inventing the "Toys to Life" genre with Skylanders, we are a team of out-of-the-box thinkers who are driven to inspire love, joy, and laughter through epic AAA entertainment.

If you love games, are great at what you do, and don't take yourself too seriously, we'd love for you to be a part of the family! Come join an Activision studio that's part of Fortune's "100 Best Companies to Work For".





**Founders:** Paul Reiche III and Fred Ford



# OUR MISSION

We aspire to be a collaborate, intimate team full of stellar individuals who inspire love, joy, and laughter through epic AAA entertainment.

# OUR PHILOSOPHY

• We show up every day to collaborate with stellar people who are inspiring and fun to be around.
• We value people who are proactive and work hard to make bold and impactful change.





• We believe great ideas can come from anyone – regardless of your skillset or seniority.
• We believe that having a life outside of the studio is an important and healthy part of cultivating creativity – and maintaining sanity! We work hard to support balance.
• Playing games is an important part of making great games.
• We strive to inspire love, joy, and laughter in all that we do because the world could use more levity.

**Studio Heads:** Paul Yan and Avery Lodato

INSIDE
THE STUDIO





STUDIO    CAREERS    GAMES    LIFE@TFB    CONTACT

GAMES

| COVER | TITLE | YEAR | PLATFORMS |
|---|---|---|---|
| | Spyro Reignited Trilogy | 2018 | PS4<br>Xbox One |
| | Skylanders: Imaginators | 2016 | Xbox One<br>Nintendo Switch<br>PlayStation 4<br>Xbox 360<br>PlayStation 3<br>Wii U |
| | | | PlayStation 4<br>Xbox One<br>Wii<br>Xbox 360 |

| | | | |
|---|---|---|---|
| | Skylanders: Trap Team 🔗 | 2014 | Wii<br>Wii U<br>PlayStation 3<br>Nintendo 3DS<br>Android<br>iOS<br>Fire OS |
| | Skylanders: Giants 🔗 | 2012 | Wii<br>Xbox 360<br>PlayStation 3<br>Wii U<br>Nintendo 3DS<br>Microsoft<br>Windows |
| | Skylanders: Spyro's Adventure 🔗 | 2011 | PlayStation 3<br>Wii<br>Xbox 360<br>Nintendo 3DS<br>Wii U<br>Microsoft<br>Windows<br>Mac OSX |
| | Madagascar: Escape 2 Africa | 2008 | PlayStation 3<br>Xbox 360<br>Wii<br>PlayStation 2<br>Microsoft<br>Windows<br>Nintendo DS<br>PlayStation<br>Portable<br>Game Boy<br>Advance |
| | Tony Hawk's Downhill Jam | 2006 | PlayStation 2<br>Wii<br>Game Boy<br>Advance<br>Nintendo DS |
| | Madagascar | 2005 | PlayStation 2<br>Xbox<br>Nintendo DS<br>GameCube<br>Game Boy<br>Advance<br>Microsoft |

| | | | |
|---|---|---|---|
| | | | Windows |
| | Disney's Extreme Skate Adventure | 2003 | PlayStation 2<br>GameCube<br>Xbox<br>Game Boy Advance |
| | 102 Dalmatians: Puppies to the Rescue | 2000 | PlayStation<br>Dreamcast<br>Game Boy<br>Microsoft Windows |
| | Majokko Daisakusen: Little Witching Mischiefs | 1999 | PlayStation |
| | The Unholy War | 1998 | PlayStation |
| | Pandemonium! | 1996 | PlayStation |
| | The Horde | 1994 | 3DO Interactive Multiplayer<br>Sega Saturn<br>DOS<br>MS-DOS<br>FM Towns<br>PC-9800 series |
| | Star Control II | 1992 | 3DO Interactive Multiplayer<br>Microsoft |



Microsoft
Windows

Star Control                 1990      Sega Genesis
DOS
Amiga
MS-DOS
Commodore 64

JOIN OUR TEAM!

SEE CAREERS

Toys For



LEGAL   TERMS OF SERVICE   PRIVACY POLICY   COOKIE POLICY   SUPPORT   CAREERS   APPLICANT PRIVACY POLICY



© 2018 Activision Publishing, Inc. Activision and Toys For Bob are trademarks of Activision Publishing, Inc. All Rights Reserved.