Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel:  (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>       vs.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 4:17-cv-07025-SBA<br><br>**SECOND DECLARATION OF ROBERT A. WEIKERT IN SUPPORT OF STARDOCK SYSTEMS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Robert A. Weikert declare:

1. I am a partner at Nixon Peabody LLP, counsel of record for plaintiff Stardock Systems, Inc. ("Stardock"). I make this declaration in support of Stardock's Motion for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction. Unless otherwise noted, I have personal knowledge of the following and, if called upon to do so, would and could testify competently to the same in a court of law.

2. Attached hereto as Exhibit A is a true and correct copy of a September 8, 2018 through September 13, 2018 email exchange between me and Stephen C. Steinberg, attorney of record for Defendants and Counter-Claimants in the above-captioned Action.

3. Attached hereto as Exhibit B is a true and correct copy of a law review article by Lydia Pallas Loren entitled "Deterring Abuse of the Copyright Takedown Regime by Taking Misrepresentation Claims Seriously," 46 Wake Forest L. Rev. 745 (2011).

4. Attached hereto as Exhibit C is a true and correct copy of a law review article by Wendy Seltzer entitled "Free Speech Unmoored in Copyright's Safe Harbor: Chilling Effects of the DMCA on the First Amendment," Harvard Journal of Law & Technology, Vol. 24, Number 1 Fall 2010.

5. Attached hereto as Exhibit D is a true and correct copy of comments by Automattic Inc. in the Matter of Section 512 Study on file with the United States Copyright Office Library of Congress, Washington, D.C.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt from the U.S. Copyright Office's Compendium, Chapter 300, Copyrightable Authorship, "Words and Short Phrases."

7. Attached hereto as Exhibit F, for the Court's convenience, are pages 3 through 24 of Stardock's Second Amended Complaint filed on July 16, 2018 (the referenced exhibits are attached to the actual Complaint as filed), a copy of which was appended as Exhibits A through T to the Declaration of Robert A. Weikert in Support of Stardock System's Motion for a Temporary

1 | Restraining Order and Order to Show Cause for a Preliminary Injunction filed on September 7, 2018.

     I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

     Executed this 21st day of September 2018.

                                       /s/ *Robert A. Weikert*
                                          Robert A. Weikert

- 3 -
SECOND WEIKERT DECLARATION IN SUPPORT OF
MOTION FOR PRELIMINARY INJUNCTION
Case No. 17-cv-07025-SBA

4839-3357-5283.1