# EXHIBIT F

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district and Defendants are subject to personal jurisdiction in this judicial district.

## INTRADISTRICT ASSIGNMENT

6.      A substantial part of the events and omissions giving rise to the claims in this case occurred at least in the County of Marin, including but not limited to the marketing and promotion of Defendants' Ghosts of the Precursors Game, the offering for sale and/or sale of the Classic Star Control Games and the use of Stardock's STAR CONTROL Mark (as defined *infra*) and other marks that are associated with the goodwill and reputation of the Stardock Marks (as defined *infra*) and the Classic Star Control Games.  Accordingly, assignment to the San Francisco Division is proper pursuant to Civil L.R. 3-2(e).

## THE PARTIES

7.      Plaintiff Stardock Systems Inc. is a Michigan corporation with a principal place of business at 15090 Beck Road Plymouth, Michigan 48170.

8.      Defendant Paul Reiche III is an individual with, upon information and belief, a last known place of residence at 2533 Laguna Vista Drive, Novato, California 94945-1562.

9.      Defendant Robert Frederick Ford is an individual with, upon information and belief, a last known place of residence at 730 Eucalyptus Avenue, Novato, California 94947-2835.

## FACTUAL BACKGROUND

### *The Development and Ownership of the Classic Star Control Games*

- 3 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

10.     On October 7, 1988, Accolade, Inc. ("**Accolade**") and Reiche entered into a license agreement pertaining to the development and publication of computer software programs (the "**1988 Agreement**").

11.     In the 1988 Agreement, Reiche purported to grant Accolade the exclusive license "to modify, duplicate, produce, package, promote, market, display, distribute, license, and sublicense the computer software programs." Reiche represented to Accolade that he alone, as the Developer referenced in the 1988 Agreement, was the owner of the computer software programs purported to be licensed.

12.     In 1990, under the terms of the 1988 Agreement, Accolade developed and published *Star Control*, a science fiction video game focused on space combat and featuring space ship characters, aliens and other graphics (hereinafter "**Star Control I**"). Despite Reiche's representations in the 1988 Agreement that he alone owned the copyrights purported to be licensed, upon information and belief, Reiche did not own any such copyrights. Instead, numerous authors, other than Reiche and Ford, were involved in the development of Star Control I. Any copyrights arising from these authors' contributions belonged to and were owned by them individually.

13.     Later, in 1992, Accolade developed and published *Star Control II: The Ur-Quan Masters*, a sequel to Star Control I under the 1988 Agreement, and incorporating new characters, space ships and alien races (hereinafter "**Star Control II**"). Despite Reiche's representations in the 1988 Agreement that he alone owned the copyrights purported to be licensed, upon information and belief, Reiche did not own any such copyrights. Instead, numerous authors, other than Reiche and Ford, were involved in the development of Star Control II.     Any

- 4 -
SECOND AMENDED COMPLAINT

4846-5823-2426.11

copyrights arising from these authors' contributions belonged to and were owned by them individually.

14.     Subsequently, in 1996, Accolade published *Star Control III*, as a sequel to Star Control II under the 1988 Agreement (hereinafter "**Star Control III**").  Upon information and belief, Reiche and Ford were offered the right of first refusal to help develop Star Control III but declined to participate and were not otherwise involved in the creation of the game.

15.     Star Control I, Star Control II, and Star Control III are collectively hereinafter referred to as the "**Classic Star Control Games**."

16.     Upon information and belief, pursuant to the 1988 Agreement, Accolade held the exclusive license to, *inter alia*, market, distribute and sell the Classic Star Control Games in exchange for the payment of certain royalties to Reiche.

17.     Separate from the license grant, as defined in the 1988 Agreement, the 1988 Agreement also provided to Accolade the sole and exclusive right to create computer software programs based on or derived from any characters, themes, settings or plot lines from the Classic Star Control Games and any translation, port or adaptation of the Classic Star Control Games in exchange for the payment of certain royalties to Reiche.

18.     Also, pursuant to the 1988 Agreement, Accolade was the owner of the title, packaging concept, and packaging design in and to the Classic Star Control Games and any and all trademarks and other intellectual property rights adopted and used by Accolade in the marketing and publishing thereof, including but not limited to product names/titles, sub-names/titles, cover art, characters (*e.g*., aliens), alien race names, characters names, spaceship names and spaceship designs, which include but are not limited to the following marks: the STAR CONTROL Mark, THE UR-QUAN MASTERS Mark (as defined *infra*), PRECURSORS,

- 5 -

4846-5823-2426.11

FRUNGY, SUPER MELEE, ORZ, UR-QUAN, SYREEN, SPATHI, ANDROSYNTH, CHENJESU, ILWRATH, PKUNK, ARILOU, VUX, MELNORME, YEHAT, TAALO, DYNARRI, FWIFFO, CHMMR, DRUUGE, CRIMSON CORPORATION, and any and all marks associated therewith; and all copyrights and proprietary rights in the derivative works and derivative products other than those purported to be owned by Reiche (collectively the "**Accolade Star Control IP**").

19.     Specifically, Paragraph 11.5 of the 1988 Agreement provides that "*Any trademarks adopted and used by Publisher in the marketing of the Work, Derivative Works, and Derivative Products are the sole property of Publisher... Developer understands and agrees that it may not use the trademarks of Publisher <u>in any way</u> without permission of Publisher. Developer further understands and acknowledges that Developer acquires no rights to such trademarks by Publisher's use thereof in connection with the Work or any Derivative Works or Derivative Products, and that Publisher is free to use any such trademarks in connection with another work or product <u>at any time before or after</u> the term of this Agreement.*" (emphasis added).

20.     Paragraph 11.4 of the 1988 Agreement further provides that "*Publisher shall be the owner of the copyright and all other proprietary rights in all Derivative Works by Publisher and Derivative Products, subject to Developer's copyright in the Work and all Derivative Works by Developer*" and "*Publisher shall be the owner of the title, packaging concept and packaging design for the Work and Derivative Works.*" The 1988 Agreement is clear that except for any copyrights attributable to Reiche's authorship, which, upon information and belief, are either non-existent or insubstantial, the copyrights are to be owned by Publisher.   The copyrights of

- 6 -

SECOND AMENDED COMPLAINT

4846-5823-2426.11

Publisher in the Classic Star Control Games pursuant to the 1988 Agreement are hereinafter referred to as the "**Star Control Copyrights**".

21.     Based on the language of the 1988 Agreement, as presented in Paragraphs 19 and 20 above, Accolade, for example, and without limitation, was the owner of the trademarks and copyrights used and incorporated in the Classic Star Control Games, including, without limitation, the Star Control II cover and box art, as depicted below:

 

22.     This is further supported by the documents recently produced by Reiche and Ford during discovery, which evidence that Reiche provided Accolade with suggestions for possible third-party artists (not including Ford) to illustrate and design the cover art for Star Control II and establishes that Reiche did not author the Star Control II cover art.  A true and correct copy of a representative sample of the documents produced by Reiche referencing the foregoing is attached hereto and incorporated herein by reference as Exhibit A.

23.     Additionally, pursuant to the provisions of Paragraph 11.4 of the 1988 Agreement, Accolade was the owner of the trademarks and copyrights used and incorporated in the user

- 7 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

manuals for the Classic Star Control Games, as the manuals were used in the advertising and marketing of the Classic Star Control Games and distributed as part of the game packaging. True and correct copies of the manuals for the Classic Star Control Games are attached hereto and incorporated herein by reference as Exhibit B.

24.    In fact, correspondence between Reiche and Accolade during in the development and production of Star Control I in or around 1990 confirms that Accolade paid for and owned the illustrations and other artwork incorporated in the Star Control I manual. Such correspondence also made it clear that the original author of the illustrations or artwork (which notably was not Reiche or Ford) would retain the right to use the material for self-promotion. A true and correct copy of the relevant correspondence between Reiche and Accolade is attached hereto and incorporated herein by reference as Exhibit C.

25.    The addenda to the 1988 Agreement confirm Accolade's trademark rights in and to the Classic Star Control Games. For example, Addendum No. 3 specifically modified the 1988 Agreement to exclude trademarks from the definition of "Reiche Intellectual Property."

26.    In or around 1999, Atari, Inc. ("**Atari**") acquired Accolade, thereby assuming all rights and obligations under the 1988 Agreement, including all rights to the Accolade Star Control IP, including but not limited to any and all trademarks and other intellectual property rights adopted and used by Accolade in the marketing and publication of the Classic Star Control Games (which includes, but is not limited to, the Stardock Marks that consist of, but are not limited to, the product names/titles, sub-names/titles, cover art, characters (*e.g*., aliens), alien race names, characters names, spaceship names and spaceship designs within the Classic Star Control Games including but not limited to, the following marks: the STAR CONTROL Mark, THE UR-QUAN MASTERS Mark, PRECURSORS, FRUNGY, SUPER MELEE, ORZ, UR-QUAN,

- 8 -

SYREEN, SPATHI, ANDROSYNTH, CHENJESU, ILWRATH, PKUNK, ARILOU, VUX, MELNORME, YEHAT, TAALO, DNYARRI, FWIFFO, CHMMR, DRUUGE, CRIMSON CORPORATION, and any and all marks associated therewith), the Star Control Copyrights, and publishing rights to the Classic Star Control Games.

27.    In 2013, the 1988 Agreement, along with certain other assets, including the Accolade Star Control IP as well as publishing rights to the Classic Star Control Games (collectively, the "**Atari Star Control Assets**") were assigned to Stardock via an asset purchase agreement and associated intellectual property assignment between Stardock and Atari dated July 18, 2013 (hereinafter "**Asset Purchase Agreement**").  A copy of the intellectual property assignment is attached hereto as Exhibit D and is incorporated herein by reference.  As a result of the Asset Purchase Agreement, Stardock assumed all rights and obligations under the 1988 Agreement.

28.    The Classic Star Control Games have become widely popular over the last couple of decades in the video game community and the Star Control brand has acquired a valuable fame, reputation and goodwill among the purchasing public as result.

***Stardock, the STAR CONTROL Mark, the Stardock Marks and the Star Control Copyrights***

29.    Stardock is a preeminent software and video game development, distribution and publishing company founded in 1991 by Bradley Wardell and recognized for its successful computer games, including *Galactic Civilizations*, *Sins of a Solar Empire*, and *Ashes of the Singularity*, to name a few.

30.    Upon information and belief, pursuant to the Asset Purchase Agreement, Stardock owns all rights in and to the Atari Star Control Assets, which include but are not limited to the Stardock Marks and any other trademarks originally adopted and used by Accolade and

- 9 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

Atari in the marketing and publishing of the Classic Star Control Games (including but not limited to product names/titles, sub-names/titles, cover art, characters (*e.g.*, aliens), alien race names, characters names, spaceship names and spaceship designs), as well as the Star Control Copyrights.

31.     In particular, Stardock is the owner of U.S. Trademark Registration No. 2,046,036 for the mark STAR CONTROL in connection with *computer game software, and manuals supplied as a unit therewith* in Class 28 (the "**Star Control Trademark Registration**").  Copies of the United States Patent and Trademark Office ("**USPTO**") status report and registration certificate for the Star Control Trademark Registration are attached hereto and incorporated herein by reference as Exhibit E.

32.     The Star Control Trademark Registration is valid, subsisting, in full force and effect, and incontestable under U.S. Trademark Act Section 15 (37 U.S.C. § 1058(a)(1)) as evidenced by the Notice of Acceptance and Acknowledgment attached hereto and incorporated herein by reference as Exhibit F.

33.     Stardock is also the owner of U.S. Trademark Application Serial No. 87/807,839 for the mark STAR CONTROL in connection with *Computer games; Computer game software; Video games* in Class 9 and U.S. Trademark Application Serial No. 87/697,919 for the mark STAR CONTROL in connection with *Entertainment services, namely, providing on-line computer games; providing online information via the Internet and other computer and electronic communication networks on the subjects of computer games and computer game software* in Class 41 (collectively, the "**STAR CONTROL Trademark Applications**").

34.     Stardock's Star Control Trademark Registration, Star Control Trademark Applications and common law rights in and to the mark STAR CONTROL are collectively herein

- 10 -

4846-5823-2426.11

referred to as the "**STAR CONTROL Mark**." The trademark registration for the STAR CONTROL Mark is in full force and effect. Stardock has continuously used the STAR CONTROL Mark in commerce in the United States since its acquisition of the Atari Star Control Assets by offering for sale and selling the Classic Star Control Games and marketing and promoting Stardock's New Star Control Game (as defined *infra*) under the STAR CONTROL Mark.

35.    The STAR CONTROL Mark has obtained valuable fame, reputation and goodwill as a result of the success of the Classic Star Control Games since their release by Accolade and continued distribution by Atari and Stardock. As the owner of the STAR CONTROL Mark, the rights inuring from the STAR CONTROL Mark's reputation and goodwill are also attributable to Stardock.

36.    Upon information and belief, Stardock is also the owner of all right, title and interest in and to the mark THE UR-QUAN MASTERS used in connection with Star Control II, originally marketed and published by Accolade, and later published by Atari and Stardock. Stardock is also the owner of U.S. Trademark Application Serial No. 87/720,654 for the mark THE UR-QUAN MASTERS for use in connection with *Computer games; Computer game programs; Video games software; Video game programs* in Class 9 and *Entertainment services, namely, providing an on-line computer game; Entertainment services, namely, providing a website for online management of personal computer game software; providing online information via the Internet and other computer and electronic communication networks on the subjects of computer games and software* in Class 41 (herein referred to as "**THE UR-QUAN MASTERS Mark**"). Screenshots and/or images showing use of THE UR-QUAN MASTERS Mark in connection with the Classic Star Control Games are attached hereto as Exhibit G.

- 11 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

37.     Further, Stardock is the owner of all right, title and interest in and to any and all other trademarks, including but not limited to the Stardock Marks which include, but are not limited to, the product names/titles, sub-names/titles, cover art, characters (*e.g.*, aliens), alien race names, characters names, spaceship names and spaceship designs, originally adopted and used by Accolade, Atari and Stardock in the marketing and publishing of the Classic Star Control Games, such as PRECURSORS, FRUNGY, SUPER MELEE, ORZ, UR-QUAN, SYREEN, SPATHI, ANDROSYNTH, CHENJESU, ILWRATH, PKUNK, ARILOU, VUX, MELNORME, YEHAT, TAALO, DYNARRI, FWIFFO, CHMMR, DRUUGE CRIMSON CORPORATION, and any and all marks associated therewith.

38.     Stardock is also the owner of trademark applications for several of the alien names/races and other terminology from the Classic Star Control Games under the following U.S. Trademark Applications: Serial No. 87/662,697 for the mark SUPER MELEE, Serial No. 87/810,480 for the mark ORZ, Serial No. 87/810, 484 for the mark UR-QUAN, Serial No. 87/810, 486 for the mark SYREEN, Serial No. 87/810,492 for the mark SPATHI, Serial No. 87/810,495 for the mark ANDROSYNTH, Serial No. 87/810,499 for the mark CHENJESU, Serial No. 87/810,502 for the mark ILWRATH, Serial No. 87/810,516 for the mark PKUNK, Serial No. 87/810,518 for the mark ARILOU, Serial No. 87/810,526 for the mark VUX, Serial No. 87/810,528 for the mark MELNORME, Serial No. 87/825,741 for the mark YEHAT, Serial No. 87/877,907 for the mark TAALO, Serial No. 87/877,969 for the mark DYNARRI, Serial No. 88/016,354 for the mark FWIFFO, Serial No. 88/033,532  for the mark CHMMR, Serial No. 88/033,544 for the mark DRUUGE, and Serial No. 88/016,293 for the mark CRIMSON CORPORATION in connection with goods and services in Class 9 and Class 41 (collectively, with the STAR CONTROL Trademark Applications, the "**Stardock TM Applications**").

- 12 -

4846-5823-2426.11

39.     The USPTO has examined most of the Stardock TM Applications and, of those examined thus far (*i.e.*, all but those applications for the marks FWIFFO, CHMMR, DRUUGE and CRIMSON CORPORATION) has confirmed that there are no conflicting third party prior rights noted in the examination to be cited against Stardock's federal registration of the marks.

40.     The STAR CONTROL Mark, THE UR-QUAN MASTERS Mark, the Stardock TM Applications and any other trademarks originally adopted and used by Accolade, Atari and Stardock in the marketing and publishing of the Classic Star Control Games (*e.g.*, PRECURSORS and FRUNGY) are collectively hereinafter referred to as the "**Stardock Marks**"). Stardock has used the Stardock Marks in commerce in the United States since its acquisition of the Atari Star Control Assets by offering for sale and selling the Classic Star Control Games.

41.     The Stardock Marks have obtained valuable fame, reputation and goodwill as a result of the success of the Classic Star Control Games since their release by Accolade and continued distribution by Atari and their association with the STAR CONTROL Mark. Stardock, as the owner of such marks associated with the Classic Star Control Games, is also the owner of the rights inuring from the reputation and goodwill in the marks.

42.     Stardock is also the owner of U.S. Copyright Registration No. PA 799-000 for the work titled "Star Control 3," which covers the artwork embodied in Star Control III, namely, any and all audiovisual materials, computer programming, text, graphics in the game and accompanying materials and musical score (the "**Registered Star Control Copyrights**"). Copies of the registration certificate for the Registered Star Control Copyrights and the recordation of the assignment with the Copyright Office is attached hereto and incorporated herein by reference as Exhibit H.

*The Development of Stardock's New Star Control Game*

43.     In or about 2013, shortly after its acquisition of the Atari Star Control Assets, Stardock decided to create a new game under the STAR CONTROL Mark titled *Star Control: Origins* ("**Stardock's New Star Control Game**"), as a successor to the Classic Star Control Games, and in or about July 2013, Stardock offered Reiche and Ford the right of first refusal to collaborate in the development of Stardock's New Star Control Game.

44.     On July 23, 2013, in an email to Stardock, Reiche and Ford acknowledged Stardock owns the STAR CONTROL Mark.

45.     On or about September 16, 2013, Reiche and Ford refused Stardock's offer to collaborate in the development of its new game.

46.     In response, on or about October 15, 2013, Stardock offered to transfer to Reiche and Ford Stardock's newly acquired rights to the Atari Star Control Assets and Classic Star Control Games from Atari including, among other rights, all publishing rights for the Class Star Control Games, all code and assets for Star Control III, and the rights to the STAR CONTROL Mark, for the price Stardock paid to acquire the rights, to which Reiche and Ford declined.

47.     On or about October 25, 2013, Stardock further advised Reiche and Ford that it was preparing to substantially invest in the development of Stardock's New Star Control Game, and offered Reiche and Ford another opportunity to purchase the Atari Star Control Assets.  See communications between the Parties attached hereto and incorporated herein by reference as Exhibit I.

48.     On or about October 29, 2013, Reiche and Ford, again, refused Stardock's offer to purchase the Atari Star Control Assets at the same cost Stardock paid to acquire the rights from

- 14 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

Atari and to otherwise be involved in the development of Stardock's New Star Control Game. See Exhibit I.

49. Throughout 2014 and the beginning of 2015, Stardock wrote to Reiche and Ford with updates on the creation of Stardock's New Star Control Game and then on or about September 24, 2015, Stardock reached back out to Reiche and Ford to provide further updates on the progress of Stardock's New Star Control Game, advising that the game was in full production.

50. On or about October 18, 2016, Stardock publicly announced its expected release of Stardock's New Star Control Game on its website. See a copy of Stardock's press release attached hereto and incorporated herein by reference as Exhibit J.

51. On or about July 28, 2017, Stardock, again, contacted Reiche and Ford providing a status report on the release of Stardock's New Star Control Game, updates with respect to certain features of the game and in light of the upcoming 25th anniversary of Star Control II in November 2017, requested to interview Reiche and Ford about their involvement with Star Control II.

52. On or about August 1, 2017, Reiche and Ford replied to Stardock's request for an interview by declining the opportunity.

53. Throughout its communications with Reiche and Ford regarding the release of Stardock's New Star Control Game beginning in 2013, Stardock continuously made its intentions clear that it preferred to collaborate with Reiche and Ford on the project and that Stardock's New Star Control Game would be a successor to the Classic Star Control Games under the STAR CONTROL Mark.

54. On or about November 16, 2017, Stardock released the Beta 1 version of Stardock's New Star Control Game on its website. See a copy of Stardock's press release of the Beta 1 version attached hereto and incorporated herein by reference as Exhibit K.

- 15 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

### *Reiche and Ford and Their Infringing Actions*

55.    Reiche and Ford are American game designers and developers who often work together to create computer programs and games.

56.    On or about October 9, 2017, *just days before* the announcement of the Beta 1 version of Stardock's New Star Control Game, Reiche and Ford publicly announced their expected release of a new game titled *Ghosts of the Precursors* (hereinafter the "**Ghosts of the Precursors Game**").

57.    Despite having acknowledged Stardock's ownership of the right, title and interest in and to the STAR CONTROL Mark, including the Star Control Trademark Registration, Reiche and Ford, without the authorization of Stardock, used the STAR CONTROL Mark and Accolade Star Control IP, including but not limited to the Star Control II cover art, in the advertising and promotion of the Ghosts of the Precursors Game and specifically, promoted the game as the "direct sequel" and "true sequel" to Star Control II.  *See* a copy of Reiche's and Ford's press release for the Ghosts of the Precursors Game attached hereto and incorporated herein by reference as Exhibit L.

58.    Also, Reiche and Ford, without the authorization of Stardock, have used images of the aliens and/or spaceships from Star Control II in the advertising and promotion of the Ghosts of the Precursors Game.  *See* advertisements for the Ghosts of the Precursors Game by Reiche and Ford showing the unauthorized use of the aliens and/or spaceships from Star Control II attached hereto and incorporated herein by reference as Exhibit M.

59.    Additionally, Reiche and Ford have used THE UR-QUAN MASTERS Mark and other Stardock Marks, including but not limited to one or more of the marks filed under the Stardock TM Applications, the mark PRECURSORS, the mark FRUNGY and/or marks

- 16 -

4846-5823-2426.11

associated therewith, in the advertising, promotion, sale, offer to sell, marketing and/or publication of the Classic Star Control Games and in the advertising and promotion of the Ghosts of the Precursors Game without the authorization of Stardock.

60.    The announcement of the Ghosts of the Precursors Game was made despite Reiche and Ford knowing of Stardock's ownership rights to the STAR CONTROL Mark and the Stardock Marks and the valuable fame, goodwill and reputation associated with the STAR CONTROL Mark and the Stardock Marks, and in spite of Stardock's imminent plans to release Stardock's New Star Control Game.

61.    Upon information and belief, Reiche's and Ford's announcement of the expected release of the Ghosts of the Precursors Game was deliberately timed to be just prior to Stardock's release of the Beta 1 version of its New Star Control Game, notwithstanding the fact that the 25th Anniversary of Star Control II was a month later and a far more opportune time to release an alleged "sequel" of the game, and was made without any intention of beginning production or development of the Ghosts of the Precursors Game within a reasonable time thereafter.

62.    Upon information and belief, at the time of Reiche's and Ford's announcement of the Ghosts of the Precursors Game, no work whatsoever had been done on the game. And discovery to date in this litigation confirms that negligible work has been done in developing the game despite the fact that the announcement was made more than eight months ago; Reiche and Ford have not produced any design documents, game summaries, or other documentary evidence of meaningful game development.

63.    Moreover, as recently as May 2018, Reiche and Ford have admitted that they have not even commenced production of the game. Thus, contrary to their claim of wanting to announce the game on the 25th Anniversary of Star Control (which again would have been

- 17 -

4846-5823-2426.11

November 2017, only a month later), they chose to announce the virtually non-existent Ghosts of the Precursors Game a month earlier and five (5) days before Stardock's announcement of the release of the public Beta 1 version of Stardock's New Star Control Game, due to their familiarity with Stardock's marketing schedule for the game.

64.     Upon information and belief, by announcing the Ghosts of the Precursors Game just prior to the release of the Beta 1 version of Stardock's New Star Control Game, Reiche and Ford intended to diminish the promotion and consumer excitement for Stardock's New Star Control Game and cause confusion among the general public as to the origin of the games, or as to whether Reiche and Ford are sponsored by, affiliated with, or otherwise connected with Stardock.  In essence, knowing that Stardock had been developing Stardock's New Star Control Game, Reiche and Ford sought to preempt the benefits of Stardock being the first to announce the release of Stardock's New Star Control Game.

65.     Upon information and belief, Reiche and Ford, recognizing the valuable fame, reputation and goodwill associated with the STAR CONTROL Mark and the Stardock Marks, desired to associate their new Ghosts of the Precursors Game with such valuable fame, reputation and goodwill associated with such marks.  Since their announcement, Reiche and Ford have, without the authorization of Stardock, used the STAR CONTROL Mark and/or the Stardock Marks to market, advertise and promote the Ghosts of the Precursors Game as the "direct sequel" or "true sequel" to Star Control II, thereby using Stardock's STAR CONTROL Mark and the Stardock Marks in the advertising and promotion of the Ghosts of the Precursors Game.  A small sample of such false marketing claims by Reiche and Ford are attached hereto and incorporated herein by reference as Exhibit N.

66.     Reiche and Ford have, without the authorization of Stardock, also used the STAR CONTROL Mark within the hashtag "#starcontrol" in connection with their marketing, advertising and promotion of the Ghosts of the Precursors Game.  An example of Reiche and Ford using the #starcontrol hashtag is attached hereto and incorporated by reference as Exhibit O and depicted below.



67.     Reiche and Ford, without the permission of Stardock, have advertised and promoted the Ghosts of the Precursors Game as "Star Control: Ghosts of the Precursors" through their official social media account.  An example of Reiche and Ford using Star Control: Ghosts of the Precursors" through their official social media account is attached hereto and incorporated by reference as Exhibit P and depicted below.

- 19 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

68.     Reiche and Ford, without the authorization of Stardock, have further used the #urquanmasters hashtag in connection with its marketing, advertising and promotion of the Ghosts of the Precursors Game, as shown in the image in Paragraph 72.

69.     Reiche and Ford have, without the authorization of Stardock, also used cover art from the Classic Star Control Games, which is owned by Stardock pursuant to the Asset Purchase Agreement, that prominently displays the STAR CONTROL Mark, in the advertising and promotion of the Ghosts of the Precursors Game.  An example of Reiche and Ford using the cover art is attached hereto and incorporated by reference as Exhibit Q and depicted below within which Stardock owns copyrights and trademark rights.

- 20 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11




70.     In fact, Reiche and Ford, from the start, have held out to the public that the goodwill and reputation associated with the STAR CONTROL Mark and Star Control brand, contrary to the well-established principles of U.S. trademark law, is attributed to them personally. For this reason, and despite Stardock's many attempts to cooperate with Reiche and Ford to avoid a dispute, Stardock, having not received Reiche's and Ford's cooperation, has been left with no choice but to protect its intellectual property and enforce its rights against Reiche and Ford.

71.     Reiche and Ford have made it clear from the outset that they had no intention of ceasing their use of the STAR CONTROL Mark in connection with the marketing and promotion of the Ghosts of the Precursors Game, which has forced Stardock to file this action to prevent them from doing the same.

72.     Also, Reiche and Ford have over the course of time and up to now repeatedly held themselves out as the "creators" of Star Control I and Star Control II and Star Control in general, especially in their marketing, advertising and promotion of the Ghosts of the Precursors Game. Examples of Reiche and Ford referring to themselves as the "creators of Star Control" are attached hereto and incorporated herein by reference as Exhibit R and depicted below.

4846-5823-2426.11



**Fred and Paul**
@Dogar_And_Kazon

Creators of Star Control® II - The Ur-Quan Masters. Founders of Toys For Bob. #urquanmasters #ghostsoftheprecursors

⌖ Novato, CA
🔗 dogarandkazon.squarespace.com
📅 Joined October 2017

CREATORS OF STAR CONTROL® II

UPDATES FROM FRED FORD AND PAUL REICHE III

73.     Upon information and belief, and contrary to the common public understanding, Reiche and Ford do not own the copyrights in and to Star Control I or Star Control II, as alleged in this litigation and as they represented and warranted in the 1988 Agreement, beyond perhaps Ford's alleged authorship of the computer program code for Star Control II.

74.     Upon information and belief, Reiche engaged a number of individual authors or artists, allegedly including Ford, to contribute to the creation of Star Control I and Star Control II without a contract or proper assignment of rights and thus, the ownership in and to such contributions remained with the individual authors or artists.

75.     Discovery in this case has revealed that many other individuals, other than Reiche and Ford, own most of, if not all, of the copyrights within Star Control I or Star Control II (except perhaps for Ford's alleged authorship of the computer program code), but nevertheless filed, and have been actively prosecuting, a counterclaim for copyright infringement despite their lack of ownership and knowing full well that they did not have any such rights.

76.     For example, Reiche and Ford have produced communications between Reiche and Accolade evidencing that Reiche sought Accolade's assistance in obtaining artwork from third-party artists to complete Star Control II.  Noteworthy is the fact that such communications, as well as invoices produced by Reiche and Ford, clearly show that Accolade paid for such

- 22 -

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

artwork to be created by third-party artists. True and correct copies of communications between Reiche Accolade regarding obtaining third-party artwork and invoices for the artwork are attached hereto and incorporated by reference as Exhibit S.

77.     Upon information and belief, Reiche and Ford have made, and are making, belated efforts to obtain the copyrights in and to Star Control I and Star Control II from the third-party artists and contributors.

78.     Also, Reiche's and Ford's lack of rights, again which they were aware of when their counterclaim was filed, is further supported by their December 2017-January 2018 communications with the U.S. Copyright Office during the examination of their registration for Star Control II (U.S. Copyright Reg. No. PA 2-071-496), which show that Reiche and Ford were unable to establish authorship or ownership of audio, visual and text aspects of Star Control II and thus were required to amend the application to remove Reiche as an author and limit the claim to Ford's alleged contributions to the work, which are comprised only of computer program code. A true and correct copy of the communications with the Copyright Office is attached hereto as Exhibit T.

79.     That Ford is set forth as the sole author within U.S. Copyright Reg. No. PA 2-071-496 further supports Stardock's contentions herein that Reiche falsely represented to Accolade that he alone owned the copyrights purported to be licensed pursuant to the 1988 Agreement, and that he was therefore able to enter into the 1988 Agreement on that basis.

80.     Further, the communications with the U.S. Copyright Office reveal that Reiche and Ford did not submit the original source code for Star Control II with the application for registration and, instead submitted an open-source derivative of the 3DO version of the code for

SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11

the game, which is not the same as the original code, but nonetheless, claim ownership over the original source code for Star Control II rendering the registration seriously flawed, if not invalid.

81.     Reiche's and Ford's ongoing representations that they are the "creators" of the Classic Star Control Games in connection with the promotion of a new game that they are calling the "direct sequel" and "true sequel" to Star Control II is false and misleading, and has been made in a willful attempt to deceive consumers into believing that their game has the legitimate association to Star Control over Stardock's New Star Control Game as well as an effort to dishonestly benefit from the goodwill and reputation associated with the STAR CONTROL Mark and the Stardock Marks to which they have never had rights.

82.     This at least 30-year long misrepresentation and false narrative that Reiche and Ford peddled to Accolade, Atari and to fans of the Classic Star Control Games, has resulted in Reiche (who contracted with Accolade and was paid to develop the game despite never having rights to what he purported to license to Accolade) effectively holding hostage whatever copyrighted material that exists in Star Control II and preventing others (including the true authors) from benefiting from it.

83.     In short, and by way of this fraud, Reiche and Ford have created a blatantly false narrative that they "owned" the Star Control copyrights when in fact they did not and do not.

84.     As a point of fact, discovery has revealed that Reiche at least may not have ever owned any copyrights, common law or otherwise, in any of the Classic Star Control Games.

85.     In addition, Stardock is informed and believes that Reiche and Ford used this false narrative to enrich themselves when they purported to license their alleged copyrights to Accolade for the development of Star Control III.

- 24 -
SECOND AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4846-5823-2426.11