# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-071-496

**Effective Date of Registration:**
December 12, 2017

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Star Control II |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | December 31, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Fred Ford |
| **Author Created:** | computer program code |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Fred Ford |
| | 730 Eucalyptus Avenue, Novato, CA, 94947, United States |
| **Copyright Claimant:** | Paul Reiche III |
| | 2553 Laguna Vista Drive, Novato, CA, 94945, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Mark Palmer |
| **Email:** | mark@palmerlex.com |
| **Telephone:** | (415)336-7002 |
| **Address:** | 4 Meadow Drive |
| | Mill Valley, CA 94941 United States |

Page 2 of 2

## Certification

**Name:** Mark Palmer
**Date:** December 12, 2017

**Correspondence:** Yes
**Copyright Office notes:** Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.