# EXHIBIT 7



Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = star control
Search Results: Displaying 24 of 35 entries



Labeled View

*Star Control II.*

**Type of Work:** Computer File
**Registration Number / Date:** PA0002107340 / 2018-04-19
**Application Title:** Star Control II: The Ur-Quan Masters.
**Title:** Star Control II.
**Description:** Game disc + Electronic file (eService)
**Notes:** Videogame.
**Copyright Claimant:** Paul Reiche III, Transfer: By written agreement. Address: 2553 Laguna Vista Drive, Novato, CA, 94945, United States.
Fred Ford, Transfer: By written agreement. Address: 730 Eucalyptus Avenue, Novato, CA, 94947, United States.
**Date of Creation:** 1992
**Date of Publication:** 1992-11-30
**Nation of First Publication:** United States
**Alternative Title on Application:** Star Control II
The Ur-Quan Masters
**Authorship on Application:** Paul Reiche III; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual work - lead author.
Fred Ford; Domicile: United States; Citizenship: United States. Authorship: production, audiovisual work.
Greg Johnson; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
George Barr; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
Erol Otus; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
Mathias K. Genser; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
Leonard Robel; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
Robert Leyland; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
Kyle Balda; Domicile: France; Citizenship: United States. Authorship: audiovisual material.
Armand Cabrera; Domicile: United States; Citizenship: United States. Authorship: audiovisual material.
Iain McCaig; Domicile: United States; Citizenship: United States. Authorship: script/screenplay, audiovisual material.
**Previous Registration:** 2017, PA0002071496.
**Pre-existing Material:** preexisting music, computer program code.
**Basis of Claim:** all other audio visual material.
**Rights and Permissions:** Mark S. Palmer, 4 Meadow Drive, Mill Valley, CA, 94941, United States, (415) 336-7002, mark@palmerlex.com
**Copyright Note:** C.O. correspondence.
**Names:** Reiche, Paul, III
Ford, Fred
Johnson, Greg
Barr, George
Otus, Erol
Genser, Mathias K.
Robel, Leonard
Balda, Kyle
Leyland, Robert
Cabrera, Armand
McCaig, Iain



