AO 440 (Rev. 06/12) Summons In A Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District Of California

| | |
|---|---|
| STARDOCK SYSTEMS, INC.<br>*Plaintiff(s),*<br>v.<br>PAUL REICHE III and ROBERT FREDERICK FORD,<br>*Defendant(s)*<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br>*Counter-Claimants,*<br>v.<br>STARDOCK SYSTEMS, INC., GOG LIMITED, GOG POLAND SP. Z.O.O., and VALVE CORPORATION,<br>*Counter-Defendants.* | Civil Action No. 4:17-CV-07025-SBA |

### SUMMONS ON CROSS-COMPLAINT IN A CIVIL ACTION

To: *(Defendant's name and address)*

<u>1) Valve Corporation</u>
c/o Corpserve, Inc. (Registered Agent)
1001 4th Ave Ste 4500
Seattle, WA 98154

<u>2) GOG Limited</u>
ul. Jagiellonska 74
03-301 Warsaw, Poland

<u>3) GOG Limited c/o CD Projekt</u>
Dariusz Sot (Agent for Service)
9A Wavecrest Ave.
Venice, CA 90291

<u>4) GOG POLAND sp. z o.o.</u>
ul. Jagiellonska 74
03-301 Warsaw, Poland

<u>5) GOG POLAND sp. z o.o. c/o CD Projekt</u>
Dariusz Sot (Agent for Service)
9A Wavecrest Ave.
Venice, CA 90291

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the counter-claimant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the counter-claimant or counter-claimant's attorney, whose name and address are:

Stephen C. Steinberg (SBN 230656) / Tiffany S. Hansen (SBN 292850)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Ste. 800
San Francisco, CA  94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF THE COURT

*Susan Y. Soong*

Date: _____10/18/2018_____        _____
                                                                Signature of Clerk or Deputy Clerk

2635.000/1340217.1