1   STEPHEN C. STEINBERG (SBN 230656)
      ssteinberg@bzbm.com
2   TIFFANY S. HANSEN (SBN 292850)
      thansen@bzbm.com
3   BARTKO ZANKEL BUNZEL & MILLER
    A Professional Law Corporation
4   One Embarcadero Center, Suite 800
    San Francisco, California 94111
5   Telephone: (415) 956-1900
    Facsimile:  (415) 956-1152
6
    MARK S. PALMER (SBN 203256)
7     mark@palmerlex.com
    4 Meadow Drive
8   Mill Valley, CA 94941
    Telephone: (415) 336.7002
9   Facsimile:  (415) 634-1671

10  Attorneys for Defendants and Counter-Claimants
    PAUL REICHE III and ROBERT FREDERICK FORD

11

12              UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14  STARDOCK SYSTEMS, INC.,            Case No. 4:17-CV-07025-SBA

15              Plaintiff,

16      v.                             **[PROPOSED] ORDER GRANTING
                                       DEFENDANTS AND COUNTER-
17  PAUL REICHE III and ROBERT         CLAIMANTS PAUL REICHE III AND
    FREDERICK FORD,                    ROBERT FREDERICK FORD'S MOTION
                                       TO DISMISS COUNTS TWELVE AND
18              Defendants.            THIRTEEN OF STARDOCK'S THIRD
                                       AMENDED COMPLAINT**
19
                                       **[FED. R. CIV. P. 12(b)(6)]**
20  PAUL REICHE III and ROBERT
    FREDERICK FORD,                    Judge:   Hon. Saundra B. Armstrong
21                                     Date:    December 12, 2018
            Counter-Claimants,         Time:    1:00 p.m.
22                                     Ctrm:    5
        v.
23
    STARDOCK SYSTEMS, INC.,
24
            Counter-Defendants.
25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANTS' MOTION TO DISMISS
COUNTS TWELVE AND THIRTEEN OF STARDOCK'S THIRD AMENDED COMPLAINT

1        Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford's

2  (collectively, "Reiche and Ford") Motion to Dismiss Counts Twelve and Thirteen of Stardock's

3  Third Amended Complaint was heard on December, 2018 at 1:00 p.m. by this Court.  Having

4  considered all papers filed in support of and in opposition to the Motion, oral arguments of

5  counsel, and all other pleadings and papers on file herein, the Court finds as follows:

6          1.  Stardock's Twelfth Count for Tortious Interference with Prospective Economic

7             Advantage is preempted by federal copyright law.

8          2.  Stardock failed to state a legally sufficient claim against Reiche and Ford for

9             Tortious Interference with Prospective Economic Advantage.

10         3.  Stardock's Thirteenth Count for Tortious Interference with Contractual Relations is

11            preempted by federal copyright law.

12         4.  Stardock failed to state a legally sufficient claim against Reiche and Ford for

13            Tortious Interference with Contractual Relations.

14       Good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

15         1.  Reiche and Ford's Motion to Dismiss Counts Twelve and Thirteen of Stardock's

16            Third Amended Complaint is **GRANTED**.

17         2.  Count Twelve of Stardock's Third Amended Complaint is DISMISSED with

18            prejudice without leave to amend.

19         3.  Count Thirteen of Stardock's Third Amended Complaint is DISMISSED with

20            prejudice without leave to amend.

21

22 DATED:_____        _____

23                             The Honorable Saundra B. Armstrong

                                 United States District Judge

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS AND COUNTER-CLAIMANTS' MOTION TO DISMISS
COUNTS TWELVE AND THIRTEEN OF STARDOCK'S THIRD AMENDED COMPLAINT