**ECF ATTESTATION**

I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this JOINT DISCOVERY LETTER BRIEF, concurrence in and authorization of the filing of this document has been obtained from Stephen C. Steinberg, counsel for defendants and counter-claimants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  October 30, 2018           **NIXON PEABODY LLP**

By: _/s/ Robert A. Weikert_
Robert A. Weikert

Attorneys for Plaintiff and Counter-Defendant
STARDOCK SYSTEMS, INC.