1  Robert A. Weikert (Bar No. 121146)
   rweikert@nixonpeabody.com
2  Dawn N. Valentine (Bar No. 206486)
   dvalentine@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  David L. May (appearance *pro hac vice*)
   dmay@nixonpeabody.com
7  Jennette E. Wiser (appearance *pro hac vice*)
   jwiser@nixonpeabody.com
8  NIXON PEABODY LLP
   799 9th Street NW
9  Washington, DC 20001-4501
   Tel: (202) 585-8000
10 Fax: (202) 585-8080

11 Jason T. Kunze (appearance *pro hac vice*)
   jkunze@nixonpeabody.com
12 NIXON PEABODY LLP
   70 West Madison Street, 35th Floor
13 Chicago, IL 60602
   Tel: (312) 977-4400
14 Fax: (312) 977-4405

15 *Attorneys for Stardock Systems, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| Plaintiff, | **DECLARATION OF DAWN N. VALENTINE IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | Date: December 12, 2018<br>Time: 2:00 p.m.<br>Ctrm: 210<br>Before: Hon. Saundra B. Armstrong |
| AND RELATED COUNTERCLAIM | |

**VALENTINE DECLARATION IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Case No. 17-cv-07025-SBA

4816-4886-5914.1

I, Dawn N. Valentine, declare and state:

1. I am Of Counsel with the firm of Nixon Peabody LLP and counsel of record for Plaintiff Stardock Systems, Inc. ("Stardock") in the above-captioned action. Unless otherwise noted, the following is true and correct and within my personal knowledge, and thus I would and could testify competently to the same.

2. Defendants and Counterclaimants, Mr. Reiche and Mr. Ford ("Defendants") responded to Stardock's Third Amended Complaint with a Motion to Dismiss filed on Monday, October 29, 2018. That motion seeks dismissal of Stardock's Twelfth and Thirteenth causes of action (the "interference claims"). Prior to filing their motion, Defendants' counsel sought to meet and confer with us on October 25, 2018, two business days before their filing. I, along with Robert Weikert, spoke by telephone with Defendants' counsel, Tiffany Hanson on the afternoon of October 26, 2018. During that phone conference Mr. Weikert and I pointed out the multiple references to actionable interference throughout the Complaint. In the spirit of compromise, however, we offered to amend Stardock's operative complaint to more clearly link the facts reflecting interference to the stated causes of action. Counsel indicated that she would consider our argument and would let us know whether they would be filing the motion to dismiss or would agree to allow us to file an amended complaint. We did not hear back from counsel, however, before the motion to dismiss was filed.

3. Third, there has been no prior attempt to cure any deficiencies in Stardock's Third Amended (or any other) Complaint because no deficiencies have been previously identified by the Court or other parties to this litigation.

4. The parties are presently in the midst of discovery, and have exchanged interrogatory responses and documents, and also engaged in third-party discovery. That discovery is ongoing. No depositions have been taken yet and none are currently scheduled.

5. Attached hereto as Exhibit A is a true and correct copy of Stardock's proposed Fourth Amended Complaint (without Exhibits) that reflects how it differs from the Third Amended Complaint in redline.

- 2 -

**VALENTINE DECLARATION IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Case No. 17-cv-07025-SBA

4816-4886-5914.1

6.   Following the commencement of this suit in December 2017, and following settlement of the pleadings, the Parties have been engaged in discovery, including exchanging interrogatory responses and documents, and have also undertaken third-party discovery. Those efforts are still underway. No depositions have been taken yet and none are scheduled at the present time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of November 2018 at San Francisco.

/s/  *Dawn N. Valentine*
Dawn N. Valentine