Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>　　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 17-cv-07025-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date:　　　December 12, 2018<br>Time:　　 2:00 p.m.<br>Ctrm:　　 210<br>Before:　　Hon. Saundra B. Armstrong |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER
AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Case No. 17-cv-07025-SBA

4830-0238-2970.1

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Having considered the motion submitted by Plaintiff, Stardock Systems, Inc. ("Stardock") requesting modification of the Scheduling Order issued by this Court on October 3, 2018 insofar as it ordered October 15, 2018 as the last day to file amended pleadings, and leave to file a Fourth Amended Complaint, the Court finds that there is good cause to modify the Scheduling Order to allow Stardock to file its Fourth Amended Complaint, attached as Exhibit A to the instant motion.

Accordingly, Stardock is hereby permitted to file a Fourth Amended Complaint in the above-captioned matter.

IT IS SO ORDERED.

Dated: _____            _____
                                        The Honorable Saundra B. Armstrong
                                        United States District Court Judge