1   Robert A. Weikert (Bar No. 121146)
    rweikert@nixonpeabody.com
2   Dawn N. Valentine (Bar No. 206486)
    dvalentine@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center
4   San Francisco, California 94111-3600
    Tel: (415) 984-8200
5   Fax: (415) 984-8300

6   David L. May (appearance *pro hac vice*)
    dmay@nixonpeabody.com
7   Jennette E. Wiser (appearance *pro hac vice*)
    jwiser@nixonpeabody.com
8   NIXON PEABODY LLP
    799 9th Street NW
9   Washington, DC 20001-4501
    Tel: (202) 585-8000
10  Fax: (202) 585-8080

11  Jason T. Kunze (appearance *pro hac vice*)
    jkunze@nixonpeabody.com
12  NIXON PEABODY LLP
    70 West Madison Street, 35th Floor
13  Chicago, IL 60602
    Tel:  (312) 977-4400
14  Fax: (312) 977-4405

15  *Attorneys for Stardock Systems, Inc.*

16              **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

18                    **OAKLAND DIVISION**

19  STARDOCK SYSTEMS, INC.,              Case No.: 4:17-cv-07025-SBA

20                Plaintiff,             **DECLARATION OF ROBERT A. WEIKERT IN
                                         SUPPORT OF STARDOCK SYSTEMS,
21        vs.                            INC.'S OPPOSITION TO DEFENDANTS AND
                                         COUNTERCLAIMANTS' MOTION TO
22  PAUL REICHE III and ROBERT           DISMISS COUNTS TWELVE AND THIRTEEN
    FREDERICK FORD,                      OF STARDOCK'S THIRD AMENDED
23                                       COMPLAINT
                  Defendants.
24

25  AND RELATED COUNTERCLAIM

26

27

28

4847-7096-7162.2

1    I, Robert A. Weikert declare:

2    1.  I am a partner at Nixon Peabody LLP, counsel of record for Plaintiff Stardock

3    Systems, Inc. ("Stardock").   I make this declaration in support of Stardock's Opposition to

4    Defendants and Counterclaimants' Motion to Dismiss Counts Twelve and Thirteen of Stardock's

5    Third Amended Complaint.  Unless otherwise noted, I have personal knowledge of the following

6    and, if called upon to do so, would and could testify competently to the same in a court of law.

7    2.  Attached hereto as Exhibit A is a true and correct copy of an October 25, 2018 through

8    October 26, 2018 email exchange between me and Tiffany S. Hansen, one of the attorneys of

9    record for Defendants and Counterclaimants (hereinafter "Counterclaimants") in the above-

10   captioned Action.

11   3.  The parties to this dispute have entered into a stipulated protective order that permits

12   either party to designate certain delineated, private and confidential documents produced as

13   "Confidential" or "Attorneys' Eyes Only."  Per the protective order, documents so designated are

14   to be afforded agreed upon protections that precludes the use of the confidential or "AEO"

15   documents from being filed in open court.  In discovery, we identified an email chain that clearly

16   demonstrated Counterclaimants' intent to interfere with Stardock's contractual relations and

17   economic advantage.  That communication was marked "AEO" when it was produced, although

18   in our view, it did not qualify as confidential and subject to protection under the terms of the

19   stipulated protective order.  Therefore, on  or about October 26, 2018, Dawn Valentine from our

20   office wrote to Stephen C. Steinberg, one of Counterclaimants' attorneys, questioning why that

21   email chain that had been produced by Counterclaimants in this Action was designated

22   "Attorney's Eyes Only." After receiving no response, a follow up email was sent on October 31,

23   2018 to Tiffany S. Hansen requesting a response to the original October 26, 2018 email.

24   4.  On November 7, 2018, Tiffany S. Hansen finally responded to the October 26, 2018

25   email.  The response was not substantive, but instead requested that the parties meet and confer

26   approximately three (3) weeks later during or following the Thanksgiving Holiday.

27

- 2 -

DECLARATION OF ROBERT A. WEIKERT IN SUPPORT OF STARDOCK SYSTEMS, INC.'S OPPOSITION
TO DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO DISMISS COUNTS TWELVE AND
THIRTEEN OF STARDOCK'S THIRD AMENDED COMPLAINT

28

Case No. 17-cv-07025-SBA

4847-7096-7162.2

5. On November 8, 2018 we responded to Tiffany S. Hansen's email, stating that the requested meet and confer date was unacceptably late, and specifically requested that Defendants' agree to declassify the above mentioned email chain immediately, as there was no reason that the email chain should be protected under the AEO designation.

6. Defendants and Counter-Claimants did not provide a substantive response, and on November 12, 2018 our office sent another email requesting that Defendants and Counter-Claimants either agree to declassify the email chain, or at the very least explain their reasoning behind the AEO designation.

7. On November 12, 2018, Defendants and Counter-Claimants finally responded by refusing to remove the designation.

8. Attached hereto as Exhibit B is a true and correct copy of a conversation pulled from a Star Control chatroom in which a customer discussed requesting a refund for their purchase of Stardock's *Origins* game (which were produced to Defendants and Counter-Claimants during discovery as Bates Number STAR000045).

9. Attached hereto as Exhibit C is a true and correct copy of several requests for refunds from customers for their purchase of Stardock's *Origins* Game (which was produced to Defendants and Counter-Claimants during discovery as Bates Number STAR003142).

10. At this point in time, discovery is ongoing, and no depositions have been taken.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 13th day of November 2018.

        /s/ *Robert A. Weikert*
          Robert A. Weikert

- 3 -

DECLARATION OF ROBERT A. WEIKERT IN SUPPORT OF STARDOCK SYSTEMS, INC.'S OPPOSITION TO DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO DISMISS COUNTS TWELVE AND THIRTEEN OF STARDOCK'S THIRD AMENDED COMPLAINT

Case No. 17-cv-07025-SBA