# EXHIBIT B

[–] **Elestan** 13 points 6 hours ago

> I signed up to be a founder as soon as the offer was made. Over a year and a half later, I found out Fred and Paul were making the ACTUAL sequel to Start Control, and I felt betrayed by Stardock for insisting multiple times that they were the only ones working on a SC game.

You may not want to hear this, but I think your narrative actually supports Stardock's damages against Paul. You were buying Stardock's game, then you saw Paul's announcement using Stardock's trademark, and as a result, you got a refund from Stardock and want to buy Paul's game. That is precisely the sequence of events that Stardock needs to show they were harmed by Paul's actions.

If you had asked for a refund for some other reason, such as because you objected to Stardock's legal tactics, then I don't think your actions couldn't be held against Paul.

permalink  embed  save  report  give gold  reply

[–] **Scotch-bonnet** [S] 6 points 4 hours ago

They lost my sale because they claimed to be the ONLY ones making a sequel. They said the whole time they had P&F blessing to do this. As soon as I found out it was false, I left, fulling intending to buy the finished product. I won't be buying it now. I'll do P&F's version or nothing.

permalink  embed  save  parent  report  give gold  reply

[–] **Elestan** 5 points 4 hours ago*

If you feel that Stardock's exhibit is misrepresenting your actions or motivations, I would expect it to be possible to provide an affidavit making them clear. P&F's countercomplaint has their lawyers' contact information in it. Just be aware that if you get involved, you'll probably have to prove your identity, and any court filings become a matter of public record.

permalink  embed  save  parent  report  give gold  reply

[–] **Scotch-bonnet** [S] 6 points 3 hours ago

Good call to check out their lawyer's info! Thanks! I don't mind being public record for something like this.

STAR000045