# EXHIBIT C

## Crimsonn Draycko
User

Posted on: 31 December 2017 02:28 PM
Good morning.
I'm afraid I have a favor to ask: I would like a refund. I purchased the Founders pack, and I understood there were inherent risks to paying for a game during an early-access stage: the game might not live up to expectations, the game might come late, or might not come at all. However, there is a risk I cannot in good conscience take, and that is that even a penny of mine is put towards paying for a legal battle against Fred and Paul trying to make a true successor to the Star Control franchise. I've been a Star Control II fan since I was six.
I've deleted all SCO-related material from my hard drive, except for the the public hyperspace theme. I have nothing against Star Control Origins, and I hope that it becomes everything everyone wants it to be.
Thank you, and I'm sorry.
http://esupport.stardock.com/staff/index.php?/Tickets/Ticket/View/892519

## Craig Miller
User

Posted on: 29 December 2017 05:04 PM
Hello. I appreciate you responding. Yes I would like a refund. Until you guys get your legal matters straight. I don't want to have to wait forever for a game. Thanks
http://esupport.stardock.com/staff/index.php?/Tickets/Ticket/View/892021

## Andrew Koebbe
User

Posted on: 03 April 2018 10:47 AM
I am very unhappy with Stardock's legal actions regarding the Star Control trademark and copyright. I wish to remove my support of Stardock via the founders program at this time.

My hope is that in the future, Stardock's legal team will adjust their overly aggressive approach and I will be able to reinstate my support.
http://esupport.stardock.com/staff/index.php?/Tickets/Ticket/View/896817/inbox/5/189237/6/0