STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
TIFFANY S. HANSEN (SBN 292850)
  thansen@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

MARK S. PALMER (SBN 203256)
  mark@palmerlex.com
4 Meadow Drive
Mill Valley, CA 94941
Telephone: (415) 336.7002
Facsimile:  (415) 634-1671

Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>         Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:17-CV-07025-SBA<br><br>**DECLARATION OF TIFFANY S. HANSEN IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANTS PAUL REICHE III AND ROBERT FREDERICK FORD'S OPPOSITION TO STARDOCK'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Judge:  Hon. Saundra B. Armstrong<br>Date:    December 12, 2018<br>Time:   2:00 p.m.<br>Ctrm:   210 |

2635.000/1352907.1                                                     Case No. 4:17-CV-07025-SBA

DECLARATION OF TIFFANY S. HANSEN IN SUPPORT OF REICHE AND FORD'S OPPOSITION TO
STARDOCK'S MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE FAC

I, Tiffany S. Hansen, declare as follows:

1. I am an attorney at law admitted to practice in all courts of the State of California. I am an associate in the law firm of Bartko, Zankel, Bunzel & Miller, attorneys of record for Defendants and Counter-Claimants Paul Reiche III ("Reiche") and Robert Frederick Ford ("Ford") (together, "Reiche and Ford") in the above-captioned matter. The matters in this Declaration are true of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. On November 9, 2018, Stardock Systems, Inc. ("Stardock") served my office with nine notices of subpoena to testify at a deposition, which were served on various third parties.

3. On November 14 and 15, 2018, my office served Stardock's counsel with eight notices of deposition directed to Stardock employees and one notice of subpoena to testify at a deposition which was subsequently served on a third party with knowledge relevant to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this Declaration was executed this 21st day of November 2018, at San Rafael, California.

_____
TIFFANY S. HANSEN