1 | STEPHEN C. STEINBERG (SBN 230656)
  |   ssteinberg@bzbm.com
2 | TIFFANY S. HANSEN (SBN 292850)
  |   thansen@bzbm.com
3 | BARTKO ZANKEL BUNZEL & MILLER
  | A Professional Law Corporation
4 | One Embarcadero Center, Suite 800
  | San Francisco, California 94111
5 | Telephone:  (415) 956-1900
  | Facsimile:   (415) 956-1152
6 |
  | MARK S. PALMER (SBN 203256)
7 |   mark@palmerlex.com
  | 4 Meadow Drive
8 | Mill Valley, CA 94941
  | Telephone:  (415) 336.7002
9 | Facsimile:   (415) 634-1671

10 | Attorneys for Defendants and Counter-Claimants
   | PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| STARDOCK SYSTEMS, INC., | Case No. 4:17-CV-07025-SBA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING STARDOCK'S ADMINISTRATIVE MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | Judge:    Saundra B. Armstrong |
| Defendants. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Counter-Claimants, | |
| v. | |
| STARDOCK SYSTEMS, INC., | |
| Counter-Defendants. | |

Before the Court is Plaintiff Stardock Systems, Inc.'s ("Stardock") administrative motion to amend the Court's Scheduling Order under Civil Local Rule 7-11.  Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford's (collectively, "Reiche and Ford") oppose Stardock's administrative motion and proposed schedule.  Having read and considered the papers filed in connection with these matters and being fully informed, the Court hereby DENIES Stardock's administrative motion to amend the Court's Scheduling Order.

In the alternative, the Court GRANTS in part and DENIES in part Stardock's administrative motion to modify the Scheduling Order and hereby enters the following amended case schedule:

| Event | Original Date [Dkt. 70] | Amended Date |
|---|---|---|
| Fact Discovery Cutoff | December 21, 2018 | January 21, 2019 |
| Expert Designation | January 11, 2019 | February 11, 2019 |
| Rebuttal Expert Witness Designation | February 8, 2019 | March 8, 2019 |
| Expert Discovery Cutoff | February 22, 2019 | March 22, 2019 |

The Court further ORDERS Stardock to provide, no later than the day after this signed order, dates for the depositions of witnesses noticed by Reiche and Ford, between now and the new discovery cutoff of January 21, 2019.

IT IS SO ORDERED.

DATED:_____          _____

The Honorable Saundra B. Armstrong
United States District Judge