| | |
|---|---|
| STEPHEN C. STEINBERG (SBN 230656)<br>ssteinberg@bzbm.com<br>TIFFANY S. HANSEN (SBN 292850)<br>thansen@bzbm.com<br>BARTKO ZANKEL BUNZEL & MILLER<br>  A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>MARK S. PALMER (SBN 203256)<br>mark@palmerlex.com<br>4 Meadow Drive<br>Mill Valley, CA 94941<br>Telephone: (415) 336.7002<br>Facsimile: (415) 634-1671<br><br>Attorneys for Defendants and<br>Counter-Claimants PAUL REICHE III and<br>ROBERT FREDERICK FORD | JOSEPH R. TAYLOR (SBN 129933)<br>jtaylor@fkks.com<br>JESSSICA R. MEDINA (SBN 302236)<br>jmedina@fkks.com<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>2029 Century Park East, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (310) 579 9600<br>Facsimile: (310) 579 9650<br><br>Attorneys for Counter-Defendants GOG<br>LIMITED and GOG POLAND SP. Z.O.O. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>      Defendants.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>      Counter-Claimants,<br><br>      v.<br><br>STARDOCK SYSTEMS, INC., GOG LIMITED, GOG POLAND SP. Z.O.O., and VALVE CORPORATION,<br><br>      Counter-Defendants. | Case No. 4:17-CV-07025-SBA<br><br>**STIPULATION REGARDING SERVICE OF SECOND AMENDED COUNTERCLAIM AND SUMMONS ON COUNTER-DEFENDANTS GOG LIMITED AND GOG POLAND SP. Z.O.O. AND DEADLINE TO RESPOND PURSUANT TO LOCAL RULE 6-1(a)**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively, "Reiche/Ford") and Counter-Defendants GOG LIMITED and GOG POLAND SP. Z.O.O. (collectively, "GOG") by and through their counsels of record hereby jointly stipulate as follows:

**WHEREAS**, Reiche/Ford filed their Second Amended Counterclaim ("SAC") naming GOG as Counter-Defendants on October 15, 2018 (Dkt. 71);

**WHEREAS**, the Court issued a Summons for the SAC to GOG on October 18, 2018 (Dkt. 74);

**WHEREAS**, Reiche/Ford contend that GOG was served with the Summons and SAC through its agents on October 18 and/or 29, 2018;

**WHEREAS**, GOG contends that Reiche/Ford's purported service attempts on October 18, 2018 and October 29, 2018 were insufficient, and that in order to properly and effectively serve the Summons and SAC on GOG, Reiche/Ford must comply with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters;

**WHEREAS**, Reiche/Ford and GOG previously agreed to extend the deadline for GOG to respond to the SAC to December 7, 2018 (Dkt. 81);

**WHEREAS**, Reiche/Ford and GOG desire to avoid the Court having to hear and decide a motion challenging Reiche/Ford's attempted service of process on GOG, resolve any and all issues relating to service of process on GOG, and further extend the deadline for GOG to respond to the SAC; and

**WHEREAS**, the change set forth below will not alter the date of any event or deadline already fixed by Court order.

**THEREFORE, REICHE/FORD AND GOG HEREBY FURTHER STIPULATE AS FOLLOWS:**

1. GOG agrees to accept service of the Summons and SAC and any future filings or discovery in this action through its above-named counsel, and that service of the Summons and SAC shall be deemed effective on January 7, 2019; and

2. Reiche/Ford agree that GOG shall have until January 28, 2019 to file and serve a response to the SAC.

DATED: December 5, 2018

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: /s/ Stephen C. Steinberg
Stephen C. Steinberg
Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

DATED: December 5, 2018

FRANKFURT KURNIT KLEIN & SELZ PC

By: /s/ Jessica R. Medina
Jessica R. Medina
Attorneys for Counter-Defendants
GOG LIMITED and GOG POLAND SP. Z.O.O.

2635.000/1356082.1

3

Case No. 4:17-CV-07025-SBA

STIP. RE: SERVICE OF 2ND AM. COUNTERCL. & SUMMONS ON COUNTER-DEFS.' GOG LTD. & GOG POLAND SP. Z.O.O. & DEADLINE TO RESP. PURSUANT TO LOCAL RULE 6-1(a)

# ECF ATTESTATION

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING SERVICE OF SECOND AMENDED COUNTERCLAIM AND SUMMONS ON COUNTER-DEFENDANTS GOG LIMITED AND GOG POLAND SP. Z.O.O. AND DEADLINE TO RESPOND PURSUANT TO LOCAL RULE 6-1(a), concurrence in and authorization of the filing of this document has been obtained from Jessica R. Medina, counsel for Counter-Defendants GOG Limited and GOG Poland SP. Z.O.O, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  December 6, 2018      BARTKO ZANKEL BUNZEL & MILLER
                              A Professional Corporation


                              By:      /s/ Stephen C. Steinberg
                                     Stephen C. Steinberg
                                     Attorneys for Defendants PAUL REICHE
                                     III and ROBERT FREDERICK FORD