Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice* pending)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br>　　　　　　　　　　Plaintiff, <br><br>　vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br>　　　　　　　　　　Defendants. <br><br> AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT | Case No.: 17-cv-07025-SBA <br><br> **JOINT MOTION REQUESTING A STATUS CONFERENCE** |

1  Plaintiff-Counterdefendant Stardock Systems, Inc. ("Stardock") and Defendants-
2  Counterclaimants Paul Reiche and Robert Ford ("Defendants") respectfully submit this Joint
3  Motion requesting a status conference on December 12, 2018 at 2:00 p.m.

4  Stardock's Motion to Modify the Scheduling Order and for Leave to File a Fourth
5  Amended Complaint (Dkt. 82) and Defendants' Motion to Dismiss Counts Twelve and Thirteen
6  of Stardock's Third Amended Complaint (Dkt. 76) both are scheduled to be heard at 2:00 p.m. on
7  December 12, 2018.  Also pending before this Court is Stardock's Administrative Motion to
8  Modify the Scheduling Order (Dkt. 91), Deanna R. Kunze's Application for Admission of
9  Attorney *Pro Hac Vice* (Dkt. 90), and Stardock's Motion for a Preliminary Injunction (Dkt. 56).
10 The Parties respectfully request a status conference to address these additional pending motions
11 and any other issues deemed appropriate by the Court.

Respectfully submitted,

Dated: December 6, 2018    NIXON PEABODY LLP

By: */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (866) 294-8300

Deanna R. Kunze (*pro hac vice* pending)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

Attorneys for Stardock Systems, Inc.

1
2    Dated: December 6, 2018            BARTKO ZANKEL BUNZEL & MILLER
3
4                                      By:   */s/ Stephen C. Steinberg*
5                                          Stephen C. Steinberg (Bar No. 230656)
                                           ssteinberg@bzbm.com
6                                          Tiffany S. Hansen (Bar No. 292850)
                                           thansen@bzbm.com
7                                          BARTKO ZANKEL BUNZEL & MILLER
                                           One Embarcadero Center, Suite 800
8                                          San Francisco, California 94111
                                           Tel: (415) 956-1900
9                                          Fax: (415) 956-1152
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **ECF ATTESTATION** |

2  I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this JOINT MOTION REQUESTING A STATUS CONFERENCE. In accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has been obtained from Stephen C. Steinberg, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  December 6, 2018               **NIXON PEABODY LLP**


                                       By:   */s/ Robert A. Weikert*
                                             Robert A. Weikert

                                             *Attorneys for Plaintiff*
                                             Stardock Systems, Inc.