Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| STARDOCK SYSTEMS, INC., | ) | Case No: 4:17-cv-07025 |
|---|---|---|
| Plaintiff(s), | ) | |
| v. | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| PAUL REICHE III AND ROBERT FREDERICK FORD, | ) | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) | |

I, Deanna R. Kunze, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Stardock Systems, Inc. in the above-entitled action. My local co-counsel in this case is Robert A. Weikert, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 70 West Madison Street, 35th Floor<br>Chicago, IL 60602 | One Embarcadero Center, 18th Fl<br>San Francisco, CA 94111-3600 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 977-4400 | (415) 984-8200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dkunze@nixonpeabody.com | rweikert@nixonpeabody.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6287513.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/29/18

Deanna R. Kunze
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Deanna R. Kunze is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 6, 2018

*Sandra B. Armstrong*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE