UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL REICHE III, et al.,<br><br>    Defendants. | Case No. 4:17-cv-07025-SBA<br><br>**CLERK'S NOTICE VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: Dkt. Nos. 76, 82 |

    YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss (doc. 76) and Motion for Leave to File 4th Amended Complaint (doc. 82) noticed for hearing on December 12, 2018, at 1:00 pm before the HONORABLE SAUNDRA BROWN ARMSTRONG is vacated and the motions are taken under submission. A written ruling shall issue.

Dated: December 7, 2018

                                                  Susan Y. Soong
                                                  Clerk, United States District Court

                                                  By: _____
                                                  Jennifer Ottolini, Deputy Clerk to the
                                                  Honorable SAUNDRA BROWN
                                                  ARMSTRONG
                                                  510-637-3541