Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (appearance *pro hac vice*)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Valve Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| Plaintiff | **COUNTER-DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | |

CASE NO. 4:17-CV-07025-SBA

COUNTER-DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM

PAUL REICHE III and ROBERT
FREDERICK FORD,

      Counter-Claimants

      vs.

STARDOCK SYSTEMS, INC., GOG
LIMITED, GOG POLAND SP. Z.O.O., and
VALVE CORPORATION,

      Counter-Defendants.

      Counter-Defendant [sic] Valve Corporation ("Valve"), by and through its counsel, responds as follows to Defendants and Counter-Claimants Paul Reiche III's ("Reiche") and Robert Frederick Ford's ("Ford") (collectively, "Defendants") Second Amended Counterclaim.

## INTRODUCTION

      1.      Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 1 of the Second Amended Counterclaim, and on that basis denies the allegations.

      2.      Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 2 of the Second Amended Counterclaim, and on that basis denies the allegations.

      3.      Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 3 of the Second Amended Counterclaim, and on that basis denies the allegations.

      4.      Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 4 of the Second Amended Counterclaim, and on that basis denies the allegations.

      5.      Valve admits that in or around the fall of 2017, Stardock Systems, Inc. ("Stardock")

began selling Star Control I and Star Control II via https://store.steampowered.com/.  Valve also admits that it previously distributed and sold Stardock's Star Control: Origins Fleet Battles beta and music packs related to Stardock's Star Control Origins via https://store.steampowered.com/ and on September 20, 2018, began distributing and selling Stardock's Star Control: Origins game. Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 5 of the Second Amended Counterclaim, and on that basis denies the allegations.

6.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 6 of the Second Amended Counterclaim, and on that basis denies the allegations.

**PARTIES**

7.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 7 of the Second Amended Counterclaim, and on that basis denies the allegations.

8.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 8 of the Second Amended Counterclaim, and on that basis denies the allegations.

9.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 9 of the Second Amended Counterclaim, and on that basis denies the allegations.

10.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 10 of the Second Amended Counterclaim, and on that basis denies the allegations.

11.   Valve admits the allegations in Paragraph 11 of the Second Amended Counterclaim.

**JURISDICTION AND VENUE**

12.   Valve admits the allegations in Paragraph 12 of the Second Amended Counterclaim.

13.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 13 of the Second Amended Counterclaim, and on that basis denies the allegations.

14.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 14 of the Second Amended Counterclaim, and on that basis denies the allegations.

15.   Valve does not contest personal jurisdiction in this action.  Valve otherwise denies the allegations in Paragraph 16 of the Second Amended Counterclaim to the extent they pertain to Valve.

16.   Valve denies the allegations in Paragraph 16 of the Second Amended Counterclaim to the extent they pertain to Valve.

17.   Valve does not contest the venue of this action.  Valve otherwise denies the allegations in Paragraph 17 of the Second Amended Counterclaim to the extent they pertain to Valve.

**INTRADISTRICT ASSIGNMENT**

18.   Valve admits the allegations in Paragraph 18 of the Second Amended Counterclaim, but denies that it engaged in any wrongdoing or unlawful conduct.

**FACTUAL BACKGROUND**

***Reiche and Ford's Creation and Development of Star Control and Star Control II***

19.   Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 19 of the Second Amended Counterclaim, and on that basis denies the allegations.

20.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 20 of the Second Amended Counterclaim, and on that basis denies the allegations.

21.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 21 of the Second Amended Counterclaim, and on that basis denies the allegations.

22.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 22 of the Second Amended Counterclaim, and on that basis denies the allegations.

23.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 23 of the Second Amended Counterclaim, and on that basis denies the allegations.

24.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 24 of the Second Amended Counterclaim, and on that basis denies the allegations.

25.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 25 of the Second Amended Counterclaim, and on that basis denies the allegations.

26.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 26 of the Second Amended Counterclaim, and on that basis denies the allegations.

27.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 27 of the Second Amended Counterclaim, and on that basis denies the allegations.

28.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 28 of the Second Amended Counterclaim, and on that basis denies the allegations.

29.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 29 of the Second Amended Counterclaim, and on that basis denies the allegations.

30.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 30 of the Second Amended Counterclaim, and on that basis denies the allegations.

31.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 31 of the Second Amended Counterclaim, and on that basis denies the allegations.

32.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 32 of the Second Amended Counterclaim, and on that basis denies the allegations.

33.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 33 of the Second Amended Counterclaim, and on that basis denies the allegations.

### *Star Control 3 and 4 and Expiration of the 1988 License Agreement*

34.     Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 34 of the Second Amended Counterclaim, and on that basis denies the allegations.

35.     Valve admits that Defendants' Second Amended Counterclaim purports to define the "Classic Star Control Games" as Star Control, Star Control II, and Star Control 3, collectively.

36.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 36 of the Second Amended Counterclaim, and on that basis denies the allegations.

37.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 37 of the Second Amended Counterclaim, and on that basis denies the allegations.

38.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 38 of the Second Amended Counterclaim, and on that basis denies the allegations.

39.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 39 of the Second Amended Counterclaim, and on that basis denies the allegations.

40.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 40 of the Second Amended Counterclaim, and on that basis denies the allegations.

41.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 41 of the Second Amended Counterclaim, and on that basis denies the allegations.

42.     Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 42 of the Second Amended Counterclaim, and on that basis denies the allegations.

43.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 43 of the Second Amended Counterclaim, and on that basis denies the allegations.

44.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 44 of the Second Amended Counterclaim, and on that basis denies the allegations.

### *Accolade's Successors' Abandonment and Fraudulent Renewal*
### *of the Registration for the Star Control Trademark*

45.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 45 of the Second Amended Counterclaim, and on that basis denies the allegations.

46.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 46 of the Second Amended Counterclaim, and on that basis denies the allegations.

47.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 47 of the Second Amended Counterclaim, and on that basis denies the allegations.

48.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 48 of the Second Amended Counterclaim, and on that basis denies the allegations.

*Reiche and Ford's Continued Development of the Star Control Universe*

*Through The Ur-Quan Masters and Agreement with Atari to Resume Sales*

*of the Classic Star Control Games*

49.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 49 of the Second Amended Counterclaim, and on that basis denies the allegations.

50.   Valve admits that Defendants' Second Amended Counterclaim purports to define the "Reiche and Ford's Star Control Games" as Star Control, Star Control II, including The Ur-Quan Masters, and Reiche's Preexisting Characters used in Star Control 3, collectively.  Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 50 of the Second Amended Counterclaim, and on that basis denies the allegations.

51.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 51 of the Second Amended Counterclaim, and on that basis denies the allegations.

52.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 52 of the Second Amended Counterclaim, and on that basis denies the allegations.

53.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 53 of the Second Amended Counterclaim, and on that basis denies the allegations.

54.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 54 of the Second Amended Counterclaim, and on that

basis denies the allegations.

55.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 55 of the Second Amended Counterclaim, and on that basis denies the allegations.

56.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 56 of the Second Amended Counterclaim, and on that basis denies the allegations.

57.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 57 of the Second Amended Counterclaim, and on that basis denies the allegations.

58.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 58 of the Second Amended Counterclaim, and on that basis denies the allegations.

59.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 59 of the Second Amended Counterclaim, and on that basis denies the allegations.

60.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 60 of the Second Amended Counterclaim, and on that basis denies the allegations.

61.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 61 of the Second Amended Counterclaim, and on that basis denies the allegations.

62.     Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 62 of the Second Amended Counterclaim, and on that basis denies the allegations.

63.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 63 of the Second Amended Counterclaim, and on that basis denies the allegations.

64.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 64 of the Second Amended Counterclaim, and on that basis denies the allegations.

### *Stardock Purportedly Buys Star Control Trademark and Star Control 3 Copyright*

65.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 65 of the Second Amended Counterclaim, and on that basis denies the allegations.

66.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 66 of the Second Amended Counterclaim, and on that basis denies the allegations.

67.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 67 of the Second Amended Counterclaim, and on that basis denies the allegations.

68.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 68 of the Second Amended Counterclaim, and on that basis denies the allegations.

69.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 69 of the Second Amended Counterclaim, and on that

1    basis denies the allegations.

2    ***Reiche and Ford Repeatedly Reject Stardock's Requests to License Reiche***

3    ***and Ford's Star Control Games for Use in Stardock's New Game***

4    70.    Valve lacks knowledge or information sufficient to form a belief about the truth of

5    any and all allegations asserted in Paragraph 70 of the Second Amended Counterclaim, and on that

6    basis denies the allegations.

7

8    71.    Valve lacks knowledge or information sufficient to form a belief about the truth of

9    any and all allegations asserted in Paragraph 71 of the Second Amended Counterclaim, and on that

10   basis denies the allegations.

11   72.    Valve lacks knowledge or information sufficient to form a belief about the truth of

12   any and all allegations asserted in Paragraph 72 of the Second Amended Counterclaim, and on that

13   basis denies the allegations.

14

15   73.    Valve lacks knowledge or information sufficient to form a belief about the truth of

16   any and all allegations asserted in Paragraph 73 of the Second Amended Counterclaim, and on that

17   basis denies the allegations.

18   74.    Valve lacks knowledge or information sufficient to form a belief about the truth of

19   any and all allegations asserted in Paragraph 74 of the Second Amended Counterclaim, and on that

20   basis denies the allegations.

21

22   75.    Valve lacks knowledge or information sufficient to form a belief about the truth of

23   any and all allegations asserted in Paragraph 75 of the Second Amended Counterclaim, and on that

24   basis denies the allegations.

25   76.    Valve lacks knowledge or information sufficient to form a belief about the truth of

26   any and all allegations asserted in Paragraph 76 of the Second Amended Counterclaim, and on that

27

28

COUNTER-DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM

basis denies the allegations.

77.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 77 of the Second Amended Counterclaim, and on that basis denies the allegations.

78.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 78 of the Second Amended Counterclaim, and on that basis denies the allegations.

79.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 79 of the Second Amended Counterclaim, and on that basis denies the allegations.

*Stardock Begins Making False Statements About Reiche and Ford's Involvement*

*in Its New Game, and Asks Reiche and Ford Again Repeatedly to License*

*Their Star Control Games, Which They Refuse*

80.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 80 of the Second Amended Counterclaim, and on that basis denies the allegations.

81.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 81 of the Second Amended Counterclaim, and on that basis denies the allegations.

82.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 82 of the Second Amended Counterclaim, and on that basis denies the allegations.

83.     Valve lacks knowledge or information sufficient to form a belief about the truth of

1
2

any and all allegations asserted in Paragraph 83 of the Second Amended Counterclaim, and on that basis denies the allegations.

3
4
5
6

84.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 84 of the Second Amended Counterclaim, and on that basis denies the allegations.

7
8
9

85.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 85 of the Second Amended Counterclaim, and on that basis denies the allegations.

10
11
12
13

86.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 86 of the Second Amended Counterclaim, and on that basis denies the allegations.

14
15
16

87.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 87 of the Second Amended Counterclaim, and on that basis denies the allegations.

17
18
19
20

88.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 88 of the Second Amended Counterclaim, and on that basis denies the allegations.

21
22
23

89.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 89 of the Second Amended Counterclaim, and on that basis denies the allegations.

24
25
26
27

90.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 90 of the Second Amended Counterclaim, and on that basis denies the allegations.

28

91.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 91 of the Second Amended Counterclaim, and on that basis denies the allegations.

92.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 92 of the Second Amended Counterclaim, and on that basis denies the allegations.

93.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 93 of the Second Amended Counterclaim, and on that basis denies the allegations.

94.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 94 of the Second Amended Counterclaim, and on that basis denies the allegations.

95.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 95 of the Second Amended Counterclaim, and on that basis denies the allegations.

96.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 96 of the Second Amended Counterclaim, and on that basis denies the allegations.

97.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 97 of the Second Amended Counterclaim, and on that basis denies the allegations.

98.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 98 of the Second Amended Counterclaim, and on that

basis denies the allegations.

99.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 99 of the Second Amended Counterclaim, and on that basis denies the allegations.

100.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 100 of the Second Amended Counterclaim, and on that basis denies the allegations.

***Stardock's, Valve's, and GOG's Copyright and Trademark Infringement and Other Unfair Competition***

101.     Valve admits that Stardock has previously sold the Classic Star Control Games via https://store.steampowered.com/.  Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 101 of the Second Amended Counterclaim, and on that basis denies the allegations.

102.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 102 of the Second Amended Counterclaim, and on that basis denies the allegations.

103.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 103 of the Second Amended Counterclaim, and on that basis denies the allegations.

104.     Valve admits that in December 2017, Reiche and Ford sent Valve a notice of infringement and request to remove the Classic Star Control Games, that Stardock sent Valve a counter-notice and that Valve thereafter continued selling the Classic Star Control Games until Stardock requested that distribution be stopped.  Valve lacks knowledge or information sufficient

16                          CASE NO. 4:17-CV-07025-SBA

to form a belief about the truth of any and all other allegations asserted in Paragraph 104 of the Second Amended Counterclaim, and on that basis denies the allegations.

105.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 105 of the Second Amended Counterclaim, and on that basis denies the allegations.

106.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 106 of the Second Amended Counterclaim, and on that basis denies the allegations.

107.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 107 of the Second Amended Counterclaim, and on that basis denies the allegations.

108.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 108 of the Second Amended Counterclaim, and on that basis denies the allegations.

109.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 109 of the Second Amended Counterclaim, and on that basis denies the allegations.

110.     Valve admits that it previously distributed Stardock's Star Control: Origins Fleet Battles beta via https://store.steampowered.com/.  Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 110 of the Second Amended Counterclaim, and on that basis denies the allegations.

111.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 111 of the Second Amended Counterclaim, and on

that basis denies the allegations.

112.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 112 of the Second Amended Counterclaim, and on that basis denies the allegations.

113.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 113 of the Second Amended Counterclaim, and on that basis denies the allegations.

114.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 114 of the Second Amended Counterclaim, and on that basis denies the allegations.

115.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 115 of the Second Amended Counterclaim, and on that basis denies the allegations.

116.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 116 of the Second Amended Counterclaim, and on that basis denies the allegations.

117.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 117 of the Second Amended Counterclaim, and on that basis denies the allegations.

118.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 118 of the Second Amended Counterclaim, and on that basis denies the allegations.

119.    Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 119 of the Second Amended Counterclaim, and on that basis denies the allegations.

120.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 120 of the Second Amended Counterclaim, and on that basis denies the allegations.

121.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 121 of the Second Amended Counterclaim, and on that basis denies the allegations.

122.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 122 of the Second Amended Counterclaim, and on that basis denies the allegations.

123.    Valve admits that it previously distributed Stardock's Star Control: Origins – Arilou Content Pack and Star Control: Origins – Chenjesu Content Pack via https://store.steampowered.com/.  Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 123 of the Second Amended Counterclaim, and on that basis denies the allegations.

124.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 124 of the Second Amended Counterclaim, and on that basis denies the allegations.

125.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 125 of the Second Amended Counterclaim, and on that basis denies the allegations.

126.    Valve lacks knowledge or information sufficient to form a belief about the truth of

COUNTER-DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM

any and all allegations asserted in Paragraph 126 of the Second Amended Counterclaim, and on that basis denies the allegations.

127.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 127 of the Second Amended Counterclaim, and on that basis denies the allegations.

128.    Valve admits that on September 20, 2018, it began distributing and selling Stardock's Star Control: Origins game via https://store.steampowered.com/.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 128 of the Second Amended Counterclaim, and on that basis denies the allegations.

129.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 129 of the Second Amended Counterclaim, and on that basis denies the allegations.

130.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 130 of the Second Amended Counterclaim, and on that basis denies the allegations.

131.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 131 of the Second Amended Counterclaim, and on that basis denies the allegations.

132.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 132 of the Second Amended Counterclaim, and on that basis denies the allegations.

133.    Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 133 of the Second Amended Counterclaim, and on that basis denies the allegations.

134.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 134 of the Second Amended Counterclaim, and on that basis denies the allegations.

135.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 135 of the Second Amended Counterclaim, and on that basis denies the allegations.

136.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 136 of the Second Amended Counterclaim, and on that basis denies the allegations.

137.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 137 of the Second Amended Counterclaim, and on that basis denies the allegations.

138.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 138 of the Second Amended Counterclaim, and on that basis denies the allegations.

139.     Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 139 of the Second Amended Counterclaim, and on that basis denies the allegations.

***Stardock's Fraudulent Claims to Trademark Rights to Prevent Reiche and Ford from Making Their Own Derivative Work***

140.     Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 140 of the Second Amended Counterclaim, and on that basis denies the allegations.

141.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 141 of the Second Amended Counterclaim, and on that basis denies the allegations.

142.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 142 of the Second Amended Counterclaim, and on that basis denies the allegations.

143.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 143 of the Second Amended Counterclaim, and on that basis denies the allegations.

144.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 144 of the Second Amended Counterclaim, and on that basis denies the allegations.

145.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 145 of the Second Amended Counterclaim, and on that basis denies the allegations.

146.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 146 of the Second Amended Counterclaim, and on that basis denies the allegations.

147.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 147 of the Second Amended Counterclaim, and on that basis denies the allegations.

148.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 148 of the Second Amended Counterclaim, and on that basis denies the allegations.

149.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 149 of the Second Amended Counterclaim, and on that basis denies the allegations.

150.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 150 of the Second Amended Counterclaim, and on that basis denies the allegations.

151.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 151 of the Second Amended Counterclaim, and on that basis denies the allegations.

### GOG Breaches the Ford-GOG Agreement

152.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 152 of the Second Amended Counterclaim, and on that basis denies the allegations.

153.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 153 of the Second Amended Counterclaim, and on that basis denies the allegations.

154.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 154 of the Second Amended Counterclaim, and on that basis denies the allegations.

155.    Valve lacks knowledge or information sufficient to form a belief about the truth of

any and all allegations asserted in Paragraph 155 of the Second Amended Counterclaim, and on that basis denies the allegations.

156.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 156 of the Second Amended Counterclaim, and on that basis denies the allegations.

157.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 157 of the Second Amended Counterclaim, and on that basis denies the allegations.

158.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 158 of the Second Amended Counterclaim, and on that basis denies the allegations.

159.    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all allegations asserted in Paragraph 159 of the Second Amended Counterclaim, and on that basis denies the allegations.

***Reiche and Ford's Notices & Valve's & GOG's Continued Intentional & Willful Infringement***

160.    Valve admits the allegations in Paragraph 160 to the extent they pertain to Valve. Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 160 of the Second Amended Counterclaim, and on that basis denies the allegations.

161.    Valve admits that on September 20, 2018, it began distributing and selling Stardock's Star Control: Origins game via https://store.steampowered.com/.   Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other allegations asserted in Paragraph 161 of the Second Amended Counterclaim, and on that basis denies the

1    allegations.

2       162.    Valve denies the allegations in Paragraph 162 to the extent they pertain to Valve.

3    Valve lacks knowledge or information sufficient to form a belief about the truth of any and all other

4    allegations asserted in Paragraph 162 of the Second Amended Counterclaim, and on that basis

5    denies the allegations.

6

7                                    **FIRST CAUSE OF ACTION**

8       **(Copyright Infringement – 17 U.S.C. § 501 – Against All Counter-Defendants)**

9       163.    Valve realleges and incorporates herein by reference its responses to Paragraphs 1

10   through 162 above as if set forth in full.

11      164.    Valve denies the allegations in Paragraph 164 to the extent they pertain to Valve.

12   Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

13   164 of the Second Amended Counterclaim, and denies them on that basis.

14
     165.    Valve denies the allegations in Paragraph 165 to the extent they pertain to Valve.

15   Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

16   165 of the Second Amended Counterclaim, and denies them on that basis.

17
        166.    Valve denies the allegations in Paragraph 166 to the extent they pertain to Valve.

18   Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

19   166 of the Second Amended Counterclaim, and denies them on that basis.

20
        167.    Valve denies the allegations in Paragraph 167 to the extent they pertain to Valve.

21   Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

22   167 of the Second Amended Counterclaim, and denies them on that basis.

23
        168.    Valve denies the allegations in Paragraph 168 to the extent they pertain to Valve.

24   Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

25

26

27

28

168 of the Second Amended Counterclaim, and denies them on that basis.

**SECOND CAUSE OF ACTION**

**(Declaratory Judgment re: Ownership of Copyrights – Against Stardock)**

169.     Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 168 above as if set forth in full.

170.     This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 170 of the Second Amended Counterclaim, and denies them on that basis.

171.     This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 171 of the Second Amended Counterclaim, and denies them on that basis.

172.     This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 172 of the Second Amended Counterclaim, and denies them on that basis.

**THIRD CAUSE OF ACTION**

**(Unfair Competition – Lanham Act § 43(a) (15 U.S.C. § 1125(a) – Against Stardock)**

173.     Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 172 above as if set forth in full.

174.     This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient

information to admit or deny the allegations in Paragraph 174 of the Second Amended Counterclaim, and denies them on that basis.

175.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 175 of the Second Amended Counterclaim, and denies them on that basis.

176.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 176 of the Second Amended Counterclaim, and denies them on that basis.

177.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 177 of the Second Amended Counterclaim, and denies them on that basis.

178.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 178 of the Second Amended Counterclaim, and denies them on that basis.

## **FOURTH CAUSE OF ACTION**

### **(Common Law Trademark Infringement and Unfair Competition – Against Stardock)**

179.   Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 178 above as if set forth in full.

27                          CASE NO. 4:17-CV-07025-SBA

180.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 180 of the Second Amended Counterclaim, and denies them on that basis.

181.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 181 of the Second Amended Counterclaim, and denies them on that basis.

182.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 182 of the Second Amended Counterclaim, and denies them on that basis.

183.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 183 of the Second Amended Counterclaim, and denies them on that basis.

184.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 184 of the Second Amended Counterclaim, and denies them on that basis.

185.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient

information to admit or deny the allegations in Paragraph 185 of the Second Amended Counterclaim, and denies them on that basis.

186.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 186 of the Second Amended Counterclaim, and denies them on that basis.

## FIFTH CAUSE OF ACTION

### (Unfair Competition (Cal. Bus. & Prof. Code § 17200 *et seq*.) – Against Stardock)

187.    Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 186 above as if set forth in full.

188.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 188 of the Second Amended Counterclaim, and denies them on that basis.

189.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 189 of the Second Amended Counterclaim, and denies them on that basis.

190.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 190 of the Second Amended Counterclaim, and denies them on that basis.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIXTH CAUSE OF ACTION**

**(Cancellation of U.S. Trademark Registration No. 2,046,036 – Against Stardock)**

191.   Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 190 above as if set forth in full.

192.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 192 of the Second Amended Counterclaim, and denies them on that basis.

**SEVENTH CAUSE OF ACTION**

**(Conversion – Against Stardock)**

193.   Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 192 above as if set forth in full.

194.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 194 of the Second Amended Counterclaim, and denies them on that basis.

195.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 195 of the Second Amended Counterclaim, and denies them on that basis.

196.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient

information to admit or deny the allegations in Paragraph 196 of the Second Amended Counterclaim, and denies them on that basis.

197.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 197 of the Second Amended Counterclaim, and denies them on that basis.

### EIGHTH CAUSE OF ACTION

**(Declaratory Judgment re: Trademark Rights – Against Stardock)**

198.    Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 197 above as if set forth in full.

199.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 199 of the Second Amended Counterclaim, and denies them on that basis.

200.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 200 of the Second Amended Counterclaim, and denies them on that basis.

201.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 201 of the Second Amended Counterclaim, and denies them on that basis.

202.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 202 of the Second Amended Counterclaim, and denies them on that basis.

203.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 203 of the Second Amended Counterclaim, and denies them on that basis.

204.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 204 of the Second Amended Counterclaim, and denies them on that basis.

## NINTH CAUSE OF ACTION

### (Fraud – Against Stardock and GOG)

205.    Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 204 above as if set forth in full.

206.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 206 of the Second Amended Counterclaim, and denies them on that basis.

207.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient

information to admit or deny the allegations in Paragraph 207 of the Second Amended Counterclaim, and denies them on that basis.

208.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 208 of the Second Amended Counterclaim, and denies them on that basis.

209.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 209 of the Second Amended Counterclaim, and denies them on that basis.

210.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 210 of the Second Amended Counterclaim, and denies them on that basis.

211.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 211 of the Second Amended Counterclaim, and denies them on that basis.

212.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 212 of the Second Amended Counterclaim, and denies them on that basis.

213.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.   To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 213 of the Second Amended Counterclaim, and denies them on that basis.

214.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.   To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 214 of the Second Amended Counterclaim, and denies them on that basis.

<u>**TENTH CAUSE OF ACTION**</u>

**(Breach of Contract – Against GOG)**

215.   Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 214 above as if set forth in full.

216.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.   To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 216 of the Second Amended Counterclaim, and denies them on that basis.

217.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.   To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 217 of the Second Amended Counterclaim, and denies them on that basis.

218.   This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.   To the extent a response is required, Valve does not have sufficient

34                    CASE NO. 4:17-CV-07025-SBA

information to admit or deny the allegations in Paragraph 218 of the Second Amended Counterclaim, and denies them on that basis.

219.    This alleged claim for relief is not asserted against Valve, and therefore no response is required from Valve.  To the extent a response is required, Valve does not have sufficient information to admit or deny the allegations in Paragraph 219 of the Second Amended Counterclaim, and denies them on that basis.

## ELEVENTH CAUSE OF ACTION

### (Contributory Copyright Infringement – Against Valve and GOG)

220.    Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 219 above as if set forth in full.

221.    Valve denies the allegations in Paragraph 221 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 221 of the Second Amended Counterclaim, and denies them on that basis.

222.    Valve denies the allegations in Paragraph 222 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 222 of the Second Amended Counterclaim, and denies them on that basis.

223.    Valve denies the allegations in Paragraph 223 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 223 of the Second Amended Counterclaim, and denies them on that basis.

224.    Valve denies the allegations in Paragraph 224 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 224 of the Second Amended Counterclaim, and denies them on that basis.

225.    Valve denies the allegations in Paragraph 225 to the extent they pertain to Valve.

Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 225 of the Second Amended Counterclaim, and denies them on that basis.

226.     Valve denies the allegations in Paragraph 226 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 226 of the Second Amended Counterclaim, and denies them on that basis.

## TWELFTH CAUSE OF ACTION

### (Vicarious Copyright Infringement – Against Valve and GOG)

227.     Valve realleges and incorporates herein by reference its responses to Paragraphs 1 through 226 above as if set forth in full.

228.     Valve denies the allegations in Paragraph 228 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 228 of the Second Amended Counterclaim, and denies them on that basis.

229.     Valve denies the allegations in Paragraph 229 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 229 of the Second Amended Counterclaim, and denies them on that basis.

230.     Valve denies the allegations in Paragraph 230 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 230 of the Second Amended Counterclaim, and denies them on that basis.

231.     Valve denies the allegations in Paragraph 231 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 231 of the Second Amended Counterclaim, and denies them on that basis.

232.     Valve denies the allegations in Paragraph 232 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph

232 of the Second Amended Counterclaim, and denies them on that basis.

233.    Valve denies the allegations in Paragraph 233 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 233 of the Second Amended Counterclaim, and denies them on that basis.

234.    Valve denies the allegations in Paragraph 234 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 234 of the Second Amended Counterclaim, and denies them on that basis.

235.    Valve denies the allegations in Paragraph 235 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 235 of the Second Amended Counterclaim, and denies them on that basis.

236.    Valve denies the allegations in Paragraph 236 to the extent they pertain to Valve. Valve does not have sufficient information to admit or deny the remaining allegations in Paragraph 236 of the Second Amended Counterclaim, and denies them on that basis.

## RESPONSE TO PRAYER FOR RELIEF

To the extent that this section requires a response, Valve denies that Defendants are entitled to any relief whatsoever from any of the claims alleged in their purported Second Amended Counterclaim asserted against Valve, including any of the relief alleged and listed in the Second Amended Counterclaim's Prayer for Relief.

## GENERAL DENIAL

Valve further denies each and every allegation in the Second Amended Counterclaim that is not specifically admitted, denied, or otherwise responded to in this Answer.

///

///

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Defendants fail to state a claim upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE**

Defendants are not entitled to injunctive relief because, among other things, there is no risk of irreparable harm and money damages would be adequate for any harm herein alleged.

### **THIRD AFFIRMATIVE DEFENSE**

One or more of Defendants' claims are barred by preemption.

### **FOURTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred because Valve is immune from liability under one or more of the safe harbors provided under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

### **FIFTH AFFIRMATIVE DEFENSE**

Defendants' claims are barred, in whole or in part, in that Defendants authorized, consented to, and/or acquiesced in Valve's alleged actions.

### **SIXTH AFFIRMATIVE DEFENSE**

Defendants' claims are barred by the doctrine of fair use.

### **SEVENTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by the merger doctrine, and therefore Defendants cannot establish ownership of any valid and enforceable copyrights and infringement of any such alleged copyrights.

### **EIGHTH AFFIRMATIVE DEFENSE**

Defendants' copyright claims are barred by the doctrine of scènes à faire, and therefore Defendants cannot establish ownership of any valid and enforceable copyrights and infringement of any such alleged copyrights.

1

**NINTH AFFIRMATIVE DEFENSE**

2

Defendants' claims are barred, in whole or in part, by the doctrine of unclean hands.

3

**TENTH AFFIRMATIVE DEFENSE**

4

Defendants' claims are barred, in whole or in part, by the statute of limitations.

5

**ELEVENTH AFFIRMATIVE DEFENSE**

6

Defendants' claims are barred by the doctrines of estoppel, laches, release, and waiver.

7

**ADDITIONAL AFFIRMATIVE DEFENSES**

8

Valve reserves the right to supplement its affirmative defenses as discovery progresses and

9

additional information becomes available.

10

**JURY DEMAND**

11

Valve demands a trial by jury on all issues so triable.

12

13

Dated:  December 7, 2018                      Respectfully submitted,

14

                                                            **NIXON PEABODY LLP**

15

16

                                                            By:   /s/ Deanna R. Kunze

17

                                                            Robert A. Weikert (Bar No. 121146)
                                                            rweikert@nixonpeabody.com
18                                                          Dawn N. Valentine (Bar No. 206486)
                                                            dvalentine@nixonpeabody.com
19                                                          NIXON PEABODY LLP
                                                            One Embarcadero Center
20                                                          San Francisco, California 94111-3600
                                                            Tel: (415) 984-8200
21                                                          Fax: (415) 984-8300

22                                                          David L. May (appearance *pro hac vice*)
                                                            dmay@nixonpeabody.com
23                                                          Jennette E. Wiser (appearance *pro hac vice*)
                                                            jwiser@nixonpeabody.com
24                                                          NIXON PEABODY LLP
                                                            799 9th Street NW
25                                                          Washington, DC 20001-4501
                                                            Tel: (202) 585-8000
26                                                          Fax: (202) 585-8080

27

28

COUNTER-DEFENDANT VALVE CORPORATION'S ANSWER AND AFFIRMATIVE
DEFENSES TO DEFENDANTS' AND COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM

1

2

3

4

5

Deanna R. Kunze (appearance *pro hac vice*)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

6

*Attorneys for Valve Corporation*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

40                                    CASE NO. 4:17-CV-07025-SBA