| | |
|---|---|
| 1 | Robert A. Weikert (Bar No. 121146) |
|   | rweikert@nixonpeabody.com |
| 2 | Dawn N. Valentine (Bar No. 206486) |
|   | dvalentine@nixonpeabody.com |
| 3 | NIXON PEABODY LLP |
|   | One Embarcadero Center |
| 4 | San Francisco, California 94111-3600 |
|   | Tel: (415) 984-8200 |
| 5 | Fax: (415) 984-8300 |
| 6 | David L. May (appearance *pro hac vice*) |
|   | dmay@nixonpeabody.com |
| 7 | Jennette E. Wiser (appearance *pro hac vice*) |
|   | jwiser@nixonpeabody.com |
| 8 | NIXON PEABODY LLP |
|   | 799 9th Street NW |
| 9 | Washington, DC 20001-4501 |
|   | Tel: (202) 585-8000 |
| 10 | Fax: (202) 585-8080 |
| 11 | Deanna R. Kunze (appearance *pro hac vice*) |
|   | dkunze@nixonpeabody.com |
| 12 | Jason T. Kunze (appearance *pro hac vice*) |
|   | jkunze@nixonpeabody.com |
| 13 | NIXON PEABODY LLP |
|   | 70 West Madison Street, 35th Floor |
| 14 | Chicago, IL 60602 |
|   | Tel: (312) 977-4400 |
| 15 | Fax: (312) 977-4405 |
| 16 | *Attorneys for Stardock Systems, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Case No. 17-cv-07025-SBA

1     <u>NOTICE OF CHANGE OF ADDRESS</u>

2    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3         PLEASE TAKE NOTICE THAT NIXON PEABODY LLP, San Francisco Office, has

4    changed its address as follows:

5

6                      Current contact information:

7                Nixon Peabody LLP
                     One Embarcadero Center, 32nd Floor

8                      San Francisco, CA 94111
                     Tel: (415) 984-8200
                     Fax: (415) 984-8300

9

10    Our telephone numbers and email addresses remain the same.

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28                                  2                                 Case No. 17-cv-07025-SBA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 9, 2019 | Respectfully submitted, |
| 3 | | **NIXON PEABODY LLP** |
| 4 | | By: /s/ Robert A. Weikert |
| 5 | | Robert A. Weikert (Bar No. 121146) |
| | | rweikert@nixonpeabody.com |
| 6 | | Dawn N. Valentine (Bar No. 206486) |
| | | dvalentine@nixonpeabody.com |
| 7 | | NIXON PEABODY LLP |
| | | One Embarcadero Center, 32nd Floor |
| 8 | | San Francisco, California 94111-3600 |
| | | Tel: (415) 984-8385 |
| 9 | | Fax: (866) 294-8842 |

Dated:  January 9, 2019

Respectfully submitted,

**NIXON PEABODY LLP**

By: */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Tel: (415) 984-8385
Fax: (866) 294-8842

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8220
Fax: (202) 585-8080

Deanna R. Kunze (appearance *pro hac vice*)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*