Joseph R. Taylor (SBN 129933)
    jtaylor@fkks.com
Tricia L. Legittino (SBN 254311)
    tlegittino@fkks.com
Jessica R. Medina (SBN 302236)
    jmedina@fkks.com
FRANKFURT KURNIT KLEIN & SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone:   (310) 579-9600
Facsimile:    (310) 579-9650

Attorneys for Counter-Defendants GOG Sp. z o.o.
(incorrectly named as GOG Limited and GOG
Poland Sp. Z.o.o.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 4:17-cv-07025<br><br>**[PROPOSED] ORDER GRANTING GOG COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COUNT NINE OF SECOND AMENDED COUNTERCLAIM**<br><br>**[FED. R. CIV. P. 12(b)(6), 9(b)]**<br><br>Date:         March 13, 2019<br>Time:        2:00 p.m.<br>Courtroom: TBD<br>Judge:       Hon. Saundra Brown Armstrong |

1 | Counter-Defendant GOG Sp. z o.o.'s (incorrectly named as GOG Limited and
2 | GOG Poland Sp. Z.o.o.) Motion to Dismiss Count Nine of the Second Amended
3 | Counterclaim filed by Paul Reiche III and Robert Frederick Ford came on for
4 | hearing before this Court on March 13, 2019, at 2:00 p.m.

5 | Having considered the papers and arguments, and finding good cause, the
6 | Motion to Dismiss filed by Counter-Defendant GOG Sp. z o.o. on January 28, 2019
7 | is hereby GRANTED:

8      1.     Reiche and Ford fail to state a legally sufficient claim against GOG for
9                     Fraud;
10     2.     Count Nine of Reiche and Ford's Second Amended Counterclaim is
11                    DISMISSED with prejudice, and without leave to amend, as to GOG.

13 | IT IS SO ORDERED.

15 | Dated: _____  
                                            The Honorable Saundra Brown Armstrong  
                                            United States District Judge