Joseph R. Taylor (SBN 129933)
  jtaylor@fkks.com
Tricia L. Legittino (SBN 254311)
  tlegittino@fkks.com
Jessica R. Medina (SBN 302236)
  jmedina@fkks.com
FRANKFURT KURNIT KLEIN & SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650

Attorneys for Counter-Defendants GOG Sp. z o.o. (incorrectly named as GOG Limited and GOG Poland Sp. Z.o.o.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARDOCK SYSTEMS, INC. | Case No. 4:17-cv-07025 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | **[FED. R. CIV. P. 7.1; LOCAL RULE 3-15]** |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Counter-Defendant GOG Sp. z o.o. (incorrectly named as GOG Limited and GOG Poland Sp. Z.o.o.) states that GOG is a privately-held Polish limited liability company and a wholly-owned subsidiary of CD Projekt S.A., which is a Polish corporation, and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 3-15, the undersigned, counsel of record for GOG, certifies that as of this date, GOG is aware of no parties with a pecuniary interest in the outcome of the case, other than the named parties, and GOG's parent corporation, CD Projekt S.A.

Dated:  January 28, 2019         FRANKFURT KURNIT KLEIN & SELZ PC

By:      */s/ Jessica R. Medina*
         Tricia L. Legittino
         Jessica R. Medina
         Attorneys for Counter-Defendant
         GOG Sp. z o.o. (incorrectly named as GOG
         Limited and GOG Poland Sp. Z.o.o.)