Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice* pending)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No.: 4:17-cv-07025-SBA <br><br> **DECLARATION OF DEANNA R. KUNZE IN SUPPORT OF STARDOCK SYSTEMS AND VALVE CORPORATION'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER IN THE FORM OF A STAY OF PARTY DEPOSITIONS FOR 60 DAYS; TO MODIFY THE SCHEDULING ORDER; AND FOR A CASE MANAGEMENT CONFERENCE** |

AND RELATED COUNTERCLAIM
AND CROSS-CLAIMS

I, Deanna R. Kunze, declare:

1. I am a Partner at Nixon Peabody LLP, counsel of record for plaintiff Stardock Systems, Inc. ("Stardock") and cross-defendant Valve Corporation (collectively "Moving Parties"). I make this declaration in support of Stardock and Valve Corporation's Notice of Motion and Motion for a Protective Order in the Form of a Stay of Party Depositions for 60 Days; To Modify the Scheduling Order; and for a Status Conference. Unless otherwise noted, I have personal knowledge of the following and, if called upon to do so, would and could testify competently to the same in a court of law.

2. Depositions in this action commenced on January 8, 2019, with the depositions of Valve Corporation and Kevin Unangst in Seattle, Washington. Shortly before depositions began, however, counsel for Defendants contacted counsel for Stardock and Valve regarding alleged discovery deficiencies. In response, Stardock and Valve attempted to remedy any reasonable requests before the depositions began. However, after depositions began, it became clear that counsel for Defendants was focused on identifying alleged discovery deficiencies, instead of substantive issues related to the case.

3. Over the course of the next few weeks, three depositions were held, each of which lasted longer than the 7 hours permitted under the FRCP. In all of these depositions, counsel for Stardock and Valve attempted to resolve any reasonable request, including asking counsel for Defendants/Counter-Plaintiffs to identify potential issues before depositions commenced with counsel, per the discovery dispute process identified by this Court.

4. However, in subsequent depositions, Defendants' counsel continued to use deposition time on the record to challenge the adequacy of Stardock's production. After the deposition of Derek Paxton in Ann Arbor, Michigan on January 23, 2019, it became clear that

- 2 -
DECLARATION OF DEANNA R. KUNZE ISO
MOTION FOR A PROTECTIVE ORDER IN THE FORM OF A STAY OF PARTY DEPOSITIONS; REQUEST
FOR A MODIFIED SCHEDULING ORDER; REQUEST FOR A STATUS CONFERENCE
Case No. 17-cv-07025-SBA

Defendants/Counter-Plaintiffs sought "scorched-earth" type discovery from the opposing parties. The day after the Paxton deposition, the GOG Parties requested that other scheduled depositions be re-set for at least two (2) weeks to allow them to more meaningfully participate and all parties agreed to re-set those depositions for the week of February 11, 2019, in Ann Arbor, Michigan.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of February 2019 in Chicago, Illinois.

/s/ *Deanna R. Kunze*
Deanna R. Kunze

- 3 -
DECLARATION OF DEANNA R. KUNZE ISO
MOTION FOR A PROTECTIVE ORDER IN THE FORM OF A STAY OF PARTY DEPOSITIONS; REQUEST FOR A MODIFIED SCHEDULING ORDER; REQUEST FOR A STATUS CONFERENCE
Case No. 17-cv-07025-SBA