Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice*)
dkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT | Case No.: 17-cv-07025-SBA <br><br> **STARDOCK SYSTEMS, INC.'S AND VALVE CORPORATION'S WRITTEN REQUEST FOR AN EMERGENCY TELEPHONIC CONFERENCE** <br><br> **[DISCOVERY MATTER]** <br><br> Judge: Hon. Kandis A. Westmore |

**Written Request for an Emergency Telephonic Conference**

Yesterday, February 6, 2019, Plaintiff/Counter-Defendant Stardock Systems, Inc. ("Stardock") and Cross-Defendant Valve Corporation ("Valve") (collectively the "Moving Parties") filed their Motion for a protective order in the form of a stay of party depositions for 60 days, as well as a renewed motion for a modified Scheduling Order.  (Dkt. 106.)

In that motion, Stardock and Valve request that the Court:

(1) Issue a protective order staying party depositions until April 6, 2019;

(2) Issue a new case management order that sets the deadlines in this Action as:

    a. Party Depositions to resume—on or after April 6, 2019

    b. Fact Discovery cutoff—May 15, 2019

    c. Expert designation (party with burden)—June 7, 2019

    d. Rebuttal expert witness designation—July 21, 2019

    e. Expert discovery cutoff—August 15, 2019

    f. Dispositive motion hearing cutoff –November 7, 2019

    g. Pretrial conference—February 14, 2020

    h. Trial—March 2, 2020; and

(3) Set a status conference to discuss any other expectations regarding the administration of the Instant Action.

Depositions of Stardock party-witnesses currently are set to resume on February 11, 2019 in Ann Arbor, Michigan (Mr. Wardell is scheduled for February 11 and Mr. Shaw for February 13; additionally, non-party Mr. Perlmuter is scheduled for February 14).  In light of the impending scheduled depositions and the Motion for a Protective Order, **Counsel for the Moving Parties request an emergency phone conference with Magistrate Judge Westmore at the Court's**

1  **earliest convenience; Counsel for Moving Parties is available any time after 3:00 p.m. PST**

2  **today or any time tomorrow (February 7 or 8, 2019).**

Dated: February 7, 2019                NIXON PEABODY LLP

By:   */s/ Deanna R. Kunze*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (866) 294-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
Nixon Peabody LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (appearance *pro hac vice*)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*