Joseph R. Taylor (SBN 129933)
  jtaylor@fkks.com
Tricia L. Legittino (SBN 254311)
  tlegittino@fkks.com
Jessica R. Medina (SBN 302236)
  jmedina@fkks.com
FRANKFURT KURNIT KLEIN & SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650

Attorneys for Counter-Defendants GOG Sp. z o.o.
(incorrectly sued herein as GOG Limited and GOG
Poland Sp. Z.o.o.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC. | Case No. 4:17-cv-07025 |
| Plaintiff, | **COUNTER-DEFENDANT GOG SP. Z O.O.'S RESPONSE TO STARDOCK SYSTEMS, INC. AND VALVE CORPORATION'S REQUEST FOR EMERGENCY TELEPHONIC CONFERENCE** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | **[DISCOVERY MATTER]** |
| AND RELATED COUNTERCLAIM | Judge:  Hon. Kandis A. Westmore |

1    Counter-Defendant GOG Sp. z o.o. (incorrectly sued herein as GOG Limited
2 and GOG Poland Sp. Z.o.o.) hereby files the following response to Plaintiff
3 Stardock Systems, Inc. ("Stardock") and Counter-Defendant Valve Corporation's
4 ("Valve") Request for an Emergency Telephonic Conference (Dkt. 107) and
5 Defendants/Counter-Claimants Paul Reiche III and Robert Frederick Ford's
6 ("Reiche and Ford") response thereto (Dkt. 108).

7    GOG concurs with Stardock, Valve, and Reiche and Ford that an emergency
8 telephonic conference with Magistrate Judge Westmore is warranted so that the
9 parties can have certainty as to whether the depositions currently scheduled to begin
10 on February 11, 2019 in Michigan will go forward.  Counsel for GOG is available
11 for the remainder of the day today (February 7, 2019) or tomorrow (February 8,
12 2019).

13    GOG also concurs with Stardock and Valve that a stay of party depositions is
14 appropriate.  Reiche and Ford only recently brought GOG into this case and, indeed,
15 GOG responded to their Second Amended Counterclaim just last week by
16 challenging the sufficiency of the pleading (Dkt. 104).  GOG has not yet had an
17 opportunity to conduct its own discovery.  Moreover, GOG has only recently begun
18 to receive the documents produced in discovery prior to GOG's addition as a party.
19 In the past two weeks, GOG has received (and is undertaking to review) nearly
20 30,000 pages of documents from Stardock, nearly 9,000 pages of documents from
21 Reiche and Ford, more than 1,200 pages of documents from Valve, and nearly 300
22 pages of documents from third parties.  Stardock has also indicated that it will be
23 producing additional documents.

24    As GOG has maintained during each of the depositions that have already
25 occurred, allowing additional depositions to proceed before GOG has the
26 opportunity to meaningfully participate in discovery is patently unfair.

27    Given the recent addition of GOG and Valve as new parties, the magnitude of
28 the documents produced prior to GOG's addition to the case, and the additional

1   documents to be produced, a stay of party depositions is warranted.  GOG should

2   not have its ability to prepare for trial truncated by the other parties and a

3   Scheduling Order entered before GOG's addition to the case.  GOG intends to file a

4   joinder to Stardock and Valve's Motion for a Protective Order (Dkt. 106) to stay

5   depositions for 60 days and continue all trial deadlines and the trial itself, so that **all**

6   **parties** in this case can fully and fairly participate in discovery and adequately

7   prepare for trial.

8

9   Dated:  February 7, 2019                    FRANKFURT KURNIT KLEIN & SELZ PC

10

11                                              By:    */s/ Jessica R. Medina*
                                                       Tricia L. Legittino
12                                                     Jessica R. Medina
                                                       Attorneys for Counter-Defendant
13                                                     GOG Sp. z o.o. (incorrectly sued herein as
                                                       GOG Limited and GOG Poland Sp. Z.o.o.)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28