UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No:  C 17-07025 SBA |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND DENYING WITHOUT PREJUDICE MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | |

AND RELATED COUNTERCLAIM.

The instant action commenced on December 8, 2017.  Dkt. 1.  The Court issued an Order for Pretrial Preparation on March 22, 2018.  Dkt. 33.  On September 18, 2018, Plaintiff Stardock Systems, Inc. and Defendants Paul Reiche III and Robert Frederick Ford filed an administrative motion to modify the scheduling order, which included a request to retroactively extend the deadline to amend the pleadings.  Dkt. 65.  The Court granted the motion with modifications and extended the pretrial deadlines, including the discovery deadlines.  Dkt. 70.  The Court issued the Amended Order for Pretrial Preparation on October 3, 2018.  Dkt. 69.

The operative pleadings—the Third Amended Complaint and Second Amended Counterclaim—were timely filed on October 15, 2018.  Dkt. 71, 72.  With the addition of new parties and new claims, there are now pending two motions to dismiss, as well as a motion for leave to file a Fourth Amended Complaint.  Dkt. 76, 82, 104.  Although the fact

1    discovery cut-off passed December 21, 2018, discovery is ongoing.  There is also pending

2    an administrative motion to modify the scheduling order.  Dkt. 91.

3         In view of the foregoing, the parties shall appear for a telephonic Case Management

4    Conference on February 14, 2019, at 3:00 p.m.  By no later than February 13, 2019, the

5    parties shall meet and confer and file a Joint Case Management Conference Statement that

6    includes ONLY the following: 1) a line item specification of the discovery that has been

7    completed to date and that which remains outstanding; 2) the timeframe to complete

8    outstanding discovery; 3) proposed dates for the re-scheduling of this action; and 4) the

9    parties' respective positions regarding further settlement discussions.  In addressing the

10   purported need to extend all discovery deadlines, the parties shall discuss whether the

11   addition of new parties in this action provides good cause to extend all discovery deadlines

12   as to the original parties.

13        Plaintiffs' counsel shall be responsible for filing the Joint Case Management

14   Statement and setting up the conference call.  At the date and time indicated above,

15   Plaintiffs' counsel shall call (510) 879-3550 with all parties on the line.  No party shall

16   otherwise contact chambers directly without prior authorization of the Court.

17        On February 6, 2019, Plaintiff and Counter-Defendant Stardock Systems, Inc. and

18   Cross-Defendant Valve Corporation filed a Motion for a Protective Order in the Form of

19   Stay of Party Depositions for 60 Days; to Modify the Scheduling Order; and For a Status

20   Conference.  Dkt. 106.  Insofar as the motion seeks to modify the scheduling order, the

21   Court will rule on that request following the case management conference.  Insofar as the

22   motion seeks a protective order in the form of a 60-day stay of party depositions—a

23   discovery matter properly brought before Magistrate Judge Kandis Westmore—it is

24   DENIED without prejudice to refiling in a manner that complies with her Standing Orders

25   regarding discovery disputes.  See Dkt. 43.[1]

26

27        [1] Indeed, it appears Magistrate Judge Westmore conducted a telephonic conference
     with the parties on December 4, 2018, to discuss the scheduling of the depositions at issue.

28

1    This order terminates Docket 98 and 106.

2    IT IS SO ORDERED.

3    Dated: 2/8/2019

         *Saundra B Armstrong*

4                                        SAUNDRA BROWN ARMSTRONG
                                         Senior United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28