# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** February 8, 2019     **Time:** 56 minutes     **Judge:** KANDIS A. WESTMORE
**Case No.**: 17-cv-07025-SBA     **Case Name:**  Stardock Systems, Inc. v. Paul Reiche III, et al.

**Attorney for Plaintiff:** Dawn Noel Valentine and Deanna Rene Kunze
**Attorney for Defendant:** Jessica Medina and Tricia Legittino (GOG);
                              Stephen Steinberg (Reiche and Ford)

**Deputy Clerk:** Indira Aguilar                 **Court Reporter:** Not reported

### PROCEEDINGS

Telephonic Discovery Hearing - held. The court orders the depositions scheduled for 2/11/19,

2/13/19 and 2/14/19 to go forward in Michigan.

**Order to be prepared by:**
( )     Plaintiff                ( )     Defendant                ( )     Court