STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
SEAN R. McTIGUE (SBN 286839)
  thansen@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Mark S. Palmer (SBN 203256)
  mark@palmerlex.com
4 Meadow Drive
Mill Valley, California 94941
Telephone: (415) 336-7002
Facsimile:  (415) 634-1671

Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., | Case No. 4:17-CV-07025-SBA (JCS) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| PAUL REICHE III and ROBERT FREDERICK FORD, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to the Civil Local Rule 5-1, of the appearance of Sean R. McTigue on behalf of Defendants Paul Reiche III and Robert Frederick Ford. Counsel respectfully requests to be served with copies of all papers in the above-captioned action.

| | |
|---|---|
| DATED: February 12, 2019 | BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation |
| | By:     */s/ Sean R. McTigue*<br>Sean R. McTigue<br>Attorneys for Defendants and Counter-Claimants<br>PAUL REICHE III and ROBERT FREDERICK FORD |

# PROOF OF SERVICE

**Stardock Systems v. Paul Reiche III and Robert Frederick Ford**
U.S. District Court, Northern District of California, Case No. 4:17-CV-07025-SBA

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On February 12, 2019, I served a true copy of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 12, 2019, at San Francisco, California.

*/s/ Terry Ingroff*
Terry Ingroff

**SERVICE LIST**
**Stardock Systems v. Paul Reiche III and Robert Frederick Ford**
**U.S. District Court, Northern District of California, Case No. 4:17-CV-07025-SBA**

| | |
|---|---|
| Robert A. Weikert (Bar No. 121146) | David L. May (appearance *pro hac vice*) |
| rweikert@nixonpeabody.com | dmay@nixonpeabody.com |
| Dawn N. Valentine (Bar No. 206486) | Jennette E. Wiser (appearance *pro hac vice*) |
| dvalentine@nixonpeabody.com | jwiser@nixonpeabody.com |
| NIXON PEABODY LLP | NIXON PEABODY LLP |
| One Embarcadero Center, Suite 1800 | 799 9th Street NW |
| San Francisco, CA 94111-3600 | Washington, DC 20001-4501 |
| Tel: (415) 984-8385 | Tel: (202) 585-8200 |
| Fax: (866) 294-8842 | Fax: (202) 585-8080 |

*Attorneys for Stardock Systems, Inc.*    *Attorneys for Stardock Systems, Inc.*

| | |
|---|---|
| Jason T. Kunze (appearance *pro hac vice*) | Joseph R. Taylor |
| jkunze@nixonpeabody.com | jtaylor@fkks.com |
| Deanna R. Kunze (appearance *pro hac vice*) | Jessica R. Medina |
| dkunze@nixonpeabody.com | jmedina@fkks.com |
| NIXON PEABODY LLP | Tricia Legittino |
| 70 W. Madison St., 35th Floor | tlegittino@fkks.com |
| Chicago, IL 60602 | FRANKFURT KURNIT KLEIN & SELZ PC |
| Tel: (312) 977-4400 | 2029 Century Park East, Suite 1060 |
| | Los Angeles, CA 90067 |
| *Attorneys for Stardock Systems, Inc.* | Tel: (310) 579-9600 |
| | Fax: (310) 579-9650 |

*Attorneys for GOG Limited and GOG Poland SP. Z.O.O.*