UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: February 14, 2019     Time in Court: 30 minutes

JUDGE: SAUNDRA BROWN ARMSTRONG     Court Reporter: (unreported)

Courtroom Deputy: Doug Merry

CASE NO. 17-cv-07025-SBA

TITLE: Stardock Systems, Inc. v. Reiche, et al.

COUNSEL:
Deanna Kunze – Stardock Systems, Inc. and Valve Corporation
Stephen Steinberg, Sean McTigue, Mark Palmer – Paul Reiche III and Robert Frederick Ford
Jessica Medina, Tricia Legittino – GOG Limited and GOG Poland sp. z.o.o.

PROCEEDINGS: Telephonic Case Management Conference

RESULTS:

Court issues amended pretrial schedule, as follows:

| | |
|---|---|
| Deadline to Amend Pleadings | Closed |
| Provide Prior Written Discovery to GOG | 2/28/19 |
| Close of Written Fact Discovery | 5/29/19 |
| Close of All Fact Discovery | 7/31/19 |
| Expert Disclosure and Reports | 8/14/19 |
| Rebuttal Expert Designation | 9/11/19 |
| Close of Expert Discovery | 9/25/19 |
| Law and Motion Cut Off | 11/13/19 at 2PM |
| Jury Trial (5-6 days) | 3/23/20 at 10AM |
| Pretrial Conference | 3/11/20 at 2PM |
| | |
| Pretrial Preparation Due | 1/24/20 |
| MILS/Objections to Evidence | 2/7/20 |
| Responses to MILS/Objections to Evidence | 2/14/20 |
| Replies | 2/21/20 |
| | |
| Final MSC | 11/18/19-1/17-20 |

Court advised parties that, absent exigent and unforeseen circumstances, no further modification of the pretrial schedule will be permitted. Parties to meet and confer regarding settlement and/or mediation. Parties may file a stipulation and proposed order for referral to a magistrate judge for further settlement conference in advance of the final mandatory settlement conference; they may contact Courtroom Deputy Doug Merry for scheduling assistance.