UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No: C 17-07025 SBA <br><br> **ORDER MODIFYING PRETRIAL SCHEDULE** |
| AND RELATED COUNTERCLAIM. | |

Upon consideration of the parties' Joint Status Report (Dkt. 114) and good cause appearing, Stardock's Administrative Motion to Modify the Scheduling Order is GRANTED, as modified by the Court. The revised schedule can be found in the Second Amended Order for Pretrial Preparation. Dkt. 117.

This order terminates Docket 91.

IT IS SO ORDERED.

Dated: 2/15/2019

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge