Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (appearance *pro hac vice*)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. | Case No. 17-cv-07025-SBA <br><br> **JOINT STIPULATION AND REQUEST THAT SETTLEMENT CONFERENCE BE VACATED** <br><br> Date: April 11, 2019 <br> Time: 9:30 a.m. <br> Ctrm: G, 15th Floor |
| AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT | |

1    WHEREAS, a further settlement conference is set to take place in this action in this Court
2    on April 11, 2019 at 9:30 a.m.;
3    WHEREAS, Valve Corporation ("Valve") and GOG Sp. zo.o. ("GOG") were added as
4    counter-defendants to Paul Reiche III's and Robert Ford's Counterclaim on October 15, 2018;
5    WHEREAS, on February 15, 2019 Judge Armstrong issued a Second Amended Order for
6    Pretrial Preparation that continued the litigation deadlines in this matter (Dkt. 117);
7    WHEREAS trial has been continued to March 23, 2020 (Dkt. 117);
8    WHEREAS, fact discovery closes on July 31, 2019 and written discovery is still being
9    served by the parties, including by Valve and GOG (*Id.*);
10   WHEREAS, depositions are still being noticed and scheduled;
11   WHEREAS, Judge Armstrong has ordered that all parties participate in a mandatory
12   settlement conference between November 18, 2019 and January 17, 2020;
13   WHEREAS, all of the parties have met and conferred and agree that a settlement
14   conference would not be beneficial or helpful at this time; and
15   WHEREAS, all of the parties agree that the settlement conference set to take place on
16   April 11, 2019 should be vacated;
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

Therefore, the parties respectfully request that the Court vacate the settlement conference set for April 11, 2019 at 9:30 a.m.

Respectfully submitted,

Dated: March 18, 2019        NIXON PEABODY LLP

By: */s/ Deanna R. Kunze*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (866) 294-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice* pending)
dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
jkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

Attorneys for Defendant
*Stardock Systems, Inc.*

| | | |
|---|---|---|
| 1 | Dated: March 18, 2019 | FRANKFURT KURNIT KLEIN & SELZ PC |

By: _/s/ Tricia L. Legittino_

    Joseph R. Taylor (Bar No. 129933)
    jtaylor@fkks.com
    Tricia L. Legittino (Bar No. 254311)
    tlegittino@fkks.com
    Jessica R. Medina (Bar No. 302236)
    jmedina@fkks.com
    FRANKFURT KURNIT KLEIN & SELZ PC
    2029 Century Park East, Suite 1060
    Los Angeles, CA 90067
    Tel: (310) 579-9600
    Fax: (310) 579-0650

    Attorneys for Counter-Defendant
    *GOG Sp. z o.o.*

Dated: March 18, 2019    BARTKO ZANKEL BUNZEL & MILLER

By: _/s/ Stephen C. Steinberg_

    Stephen C. Steinberg (Bar No. 230656)
    ssteinberg@bzbm.com
    Tiffany S. Hansen (Bar No. 292850)
    thansen@bzbm.com
    BARTKO ZANKEL BUNZEL & MILLER
    One Embarcadero Center, Suite 800
    San Francisco, California 94111
    Tel: (415) 956-1900
    Fax: (415) 956-1152

    Attorneys for Defendants and
      Counter-Claimants
    *Paul Reiche III and Robert Frederick Ford*

# ECF ATTESTATION

I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND REQUEST THAT SETTLEMENT CONFERENCE BE VACATED.  In accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has been obtained from Stephen C. Steinberg, counsel for Defendants, and Tricia L. Legitto, counsel for Counter-Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  March 18, 2019          **NIXON PEABODY LLP**

By:  */s/ Robert A. Weikert*
     Robert A. Weikert

*Attorneys for Plaintiff*
Stardock Systems, Inc.