UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>PAUL REICHE III, et al.,<br><br>　　　　Defendants. | Case No.  17-cv-07025-SBA   (JCS)<br><br>**CLERK'S NOTICE RESCHEDULING SETTLEMENT CONFERENCE**<br><br>**RE: DKT. NO. 124** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for April 11, 2019 at 9:30 A.M., has been rescheduled for **August 5, 2019, at 9:30 A.M.,** in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102.

Lead trial counsel who will try the case shall appear at the Settlement Conference with the parties and with the person(s) having full authority to negotiate and to settle the case. All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

On or before **July 29, 2019**, each party shall deliver directly to Magistrate Judge Spero a Confidential Settlement Conference Statement. This Statement should **NOT** be filed with the Clerk of the Court.  Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSsettlement@cand.uscourts.gov.

The parties shall notify Magistrate Judge JOSEPH C. SPERO 's chambers immediately at (415) 522-3691 if this case settles prior to the date set for settlement conference.

Dated:  April 11, 2019　　　　　　　　　　　　　　Susan Y. Soong, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　*Karen L. Hom*

　　　　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO