STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
SEAN MCTIGUE (SBN
  smctigue@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152

Mark S. Palmer (SBN 203256)
  mark@palmerlex.com
4 Meadow Drive
Mill Valley, California 94941
Telephone: (415) 336-7002
Facsimile:  (415) 634-1671

Attorneys for Defendants and Counter-Claimants PAUL REICHE III and ROBERT FREDERICK FORD

Robert A. Weikert (SBN 121146)
  rweikert@nixonpeabody.com
Dawn N. Valentine (SBN 206486)
  dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Telephone:    (415) 984-8200
Facsimile:    (415) 984-8300

Deanna R. Kunze (appearance *pro hac vice*)
  dkunze@nixonpeabody.com
Jason T. Kunze (appearance *pro hac vice*)
  jkunze@nixonpeabody.com
NIXON PEABODY LLP
70West Madison Street, 35th Floor
Chicago, IL  60602
Telephone:    (312) 977-4400
Fax:          (312) 977-4405

Attorneys or Plaintiff and Counter-Defendant STARDOCK SYSTEMS, INC. and Counter-Defendant VALVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 4:17-CV-07025-SBA<br><br>**STIPULATION AND ORDER REGARDING CLOSE OF WRITTEN FACT DISCOVERY**<br><br>Complaint Filed:  December 8, 2017<br>Trial Date:  March 23, 2020 |

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock") and Counter-Defendant Valve Corp. ("Valve") and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively, "Reiche/Ford") hereby jointly request and stipulate as follows:

**WHEREAS**, Stardock and Reiche/Ford have engaged in direct settlement negotiations over the past two weeks and believe they are close to reaching agreement to settle this matter in its entirety.

**WHEREAS**, the deadline for Stardock and Valve to respond to requests for admission and interrogatories from Defendants is currently May 24, 2019, and the deadline for Valve to respond to requests for production from Defendants is currently May 29, 2019.

**WHEREAS**, the deadline for Reiche/Ford to respond to interrogatories, requests for admission, and requests for production from Stardock and Valve is currently May 29, 2019.

**WHEREAS**, on February 14, 2019, the Court issued an Order setting the Close of Written Fact Discovery for May 29, 2019, such that all responses to written discovery are due by that date.

**WHEREAS**, Stardock, Valve, and Reiche/Ford wish to delay the aforementioned deadlines to respond to discovery, and the May 29, 2019 Close of Written Fact Discovery, to June 3, 2019, to give the parties sufficient time to finalize a settlement agreement if possible.

**STARDOCK, VALVE, AND REICHE/FORD HEREBY STIPULATE AS FOLLOWS:**

1. Stardock's, Valve's, and Reiche/Ford's deadlines to respond to the aforementioned discovery shall be moved from May 24 and 29, 2019, to June 3, 2019.

2. The Close of Written Fact Discovery shall be moved from May 29 to June 3, 2019 to accommodate the aforementioned extension of discovery deadlines and allow for continued settlement negotiations.

DATED: May 24, 2019                     NIXON PEABODY LLP

By:     /s/ Deanna R. Kunze
        Deanna R. Kunze
        Attorneys for Plaintiff and Counter-Defendant
        STARDOCK SYSTEMS, INC. and Counter-
        Defendant VALVE CORPORATION

DATED: May 24, 2019                     BARTKO ZANKEL BUNZEL & MILLER
                                        A Professional Law Corporation


                                        By:      /s/ Stephen C. Steinberg
                                            Stephen C. Steinberg
                                            Attorneys for Defendants and Counter-Claimants
                                            PAUL REICHE III and ROBERT FREDERICK
                                            FORD


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: May 28, 2019                     *Saundra B Armstrong*
                                        HON. SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING CLOSE OF WRITTEN FACT DISCOVERY. Concurrence in and authorization of the filing of this document has been obtained from Deanna R. Kunze, counsel for Stardock and Valve, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: May 24, 2019

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:      /s/ Stephen C. Steinberg
         Stephen C. Steinberg
         Attorneys for Reiche and Ford