1  Robert A. Weikert (Bar No. 121146)
   rweikert@nixonpeabody.com
2  Dawn N. Valentine (Bar No. 206486)
   dvalentine@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  David L. May (appearance *pro hac vice*)
   dmay@nixonpeabody.com
7  Jennette E. Wiser (appearance *pro hac vice*)
   jwiser@nixonpeabody.com
8  NIXON PEABODY LLP
   799 9th Street NW
9  Washington, DC 20001-4501
   Tel: (202) 585-8000
10 Fax: (202) 585-8080

11 Deanna R. Kunze (*pro hac vice*)
   dkunze@nixonpeabody.com
12 NIXON PEABODY LLP
   70 West Madison Street, 35th Floor
13 Chicago, IL 60602
   Tel: (312) 977-4400
14 Fax: (312) 977-4405

15 *Attorneys for Stardock Systems, Inc.*

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

| | |
|---|---|
| 19  STARDOCK SYSTEMS, INC., | Case No.: 17-cv-07025-SBA |
| 20                        Plaintiff, | **STIPULATION AND [PROPOSED]ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES** |
| 21       vs. | |
| 22  PAUL REICHE III and ROBERT FREDERICK FORD, | |
| 23 | |
| 24                        Defendants. | Complaint Filed: December 8, 2017<br>Trial Date: March 23, 2020 |
| 25 | |
| 26  AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT | |
| 27 | |

28  STIPULATION AND [PROPOSED]ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A
    FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING
    AND SERVE WRITTEN DISCOVERY RESPONSES
    C17-CV-07025-SBA

4832-9656-1304.1

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), Counter-Defendant Valve Corporation ("Valve"), and Counter-Defendants GOG Limited and GOG Poland sp. z.o.o. ("GOG") on the one hand, and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively "Reiche/Ford") hereby jointly request and stipulate as follows:

**WHEREAS,** on May 14, 2019, this Court issued an "Order Granting Motion to Dismiss Counts Twelve and Thirteen of [Stardock's] Third Amended Complaint with Leave to Amend and Denying as Moot [Stardock's] Motion for Leave to File Fourth Amended Complaint" ("the Stardock Order") (Dkt. 126);

**WHEREAS,** per the Stardock Order, Stardock was required to file its Fourth Amended Complaint within 14 days of the date of the Order, which is May 28, 2019;

**WHEREAS,** on May 14, 2019, this Court issued an "Order Denying GOG's Motion to Dismiss Count Nine of the Second Amended Counterclaim." ("the GOG Order") (Dkt. 127);

**WHEREAS,** per FRCP 12(a)(4)(A), GOG's last day to file a responsive pleading to the Second Amended Counterclaim is May 28, 2019;

**WHEREAS,** the deadline for GOG to respond to requests for production of documents served on them by Reiche/Ford is May 29, 2019;

**WHEREAS,** on May 28, 2019, the Court issued an Order moving the Close of Written Fact Discovery to June 3, 2019, such that all responses to written discovery are due by that date, to allow for continued settlement negotiations (Dkt. 129, 130); and,

**WHEREAS,** Stardock, Valve, GOG, and Reiche/Ford wish to delay the aforementioned deadlines to file amended pleadings and responsive pleadings and serve discovery responses in light of the settlement process;

**STARDOCK, VALVE, GOG, AND REICHE/FORD HEREBY STIPULATE AS FOLLOWS:**

1. Stardock shall have up to and until June 3, 2019 to file a Fourth Amended Complaint.

2. GOG shall have up to and until June 3, 2019 to file a responsive pleading to Counter-Defendants' Second Amended Counterclaim, and to respond to the aforementioned discovery.

DATED: May 28, 2019            NIXON PEABODY LLP

By: _____*/s/ Deanne R. Kunze*_____
    Deanna R. Kunze
    Dawn N. Valentine
    Attorneys for Plaintiff and Counter-Defendant
    STARDOCK SYSTEMS, INC. and Counter-
    Defendant VALVE CORPORATION

DATED: May 28, 2019            BARTKO ZANKEL BUNZEL & MILLER
                                              A Professional Law Corporation

By: _____*/s/ Stephen C. Steinberg*_____
    Stephen C. Steinberg
    Attorneys for Defendants and Counter-Claimants
    PAUL REICHE III and ROBERT FREDERICK
    FORD

- 2 -
STIPULATION AND [PROPOSED]ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A
FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING
AND SERVE WRITTEN DISCOVERY RESPONSES

4832-9656-1304.1

| | | |
|---|---|---|
| 1 | DATED:  May 28, 2019 | FRANKFURT KURNIT KLEIN & SELZ PC |
| 2 | | A Professional Law Corporation |

By: _____*/s/ Jessica Medina*_____
      Jessica Medina
      Attorneys for Counter-Defendants
      GOG LIMITED and GOG POLAND SP. Z.O.O.

- 3 -

STIPULATION AND [PROPOSED]ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES

4832-9656-1304.1

## **ORDER**

PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Dated: _____          _____
                                                    Hon. Saundra Brown Armstrong
                                                    United States District Court Judge

- 4 -

STIPULATION AND [PROPOSED]ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES

4832-9656-1304.1

# ECF ATTESTATION

I, Deanna R. Kunze, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES.  In accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has been obtained from Stephen C. Steinberg, counsel for Defendants, and Jessica Medina, counsel for Counter-Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  May 28, 2019    **NIXON PEABODY LLP**

By:    */s/ Deanna R. Kunze*
    Deanna R. Kunze

*Attorneys for Plaintiff and Counter-Defendant*
Stardock Systems, Inc. and Counter-Defendant Valve Corporation