Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice*)
dkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

STARDOCK SYSTEMS, INC.,

Plaintiff,

vs.

PAUL REICHE III and ROBERT FREDERICK FORD,

Defendants.

AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT

Case No.: 17-cv-07025-SBA

**STIPULATION AND ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES**

Complaint Filed: December 8, 2017
Trial Date: March 23, 2020

STIPULATION AND ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES

C17-CV-07025-SBA

4832-9656-1304.1

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), Counter-Defendant Valve Corporation ("Valve"), and Counter-Defendants GOG Limited and GOG Poland sp. z.o.o. ("GOG") on the one hand, and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively "Reiche/Ford") hereby jointly request and stipulate as follows:

**WHEREAS,** on May 14, 2019, this Court issued an "Order Granting Motion to Dismiss Counts Twelve and Thirteen of [Stardock's] Third Amended Complaint with Leave to Amend and Denying as Moot [Stardock's] Motion for Leave to File Fourth Amended Complaint" ("the Stardock Order") (Dkt. 126);

**WHEREAS,** per the Stardock Order, Stardock was required to file its Fourth Amended Complaint within 14 days of the date of the Order, which is May 28, 2019;

**WHEREAS,** on May 14, 2019, this Court issued an "Order Denying GOG's Motion to Dismiss Count Nine of the Second Amended Counterclaim." ("the GOG Order") (Dkt. 127);

**WHEREAS,** per FRCP 12(a)(4)(A), GOG's last day to file a responsive pleading to the Second Amended Counterclaim is May 28, 2019;

**WHEREAS,** the deadline for GOG to respond to requests for production of documents served on them by Reiche/Ford is May 29, 2019;

**WHEREAS,** on May 28, 2019, the Court issued an Order moving the Close of Written Fact Discovery to June 3, 2019, such that all responses to written discovery are due by that date, to allow for continued settlement negotiations (Dkt. 129, 130); and,

**WHEREAS,** Stardock, Valve, GOG, and Reiche/Ford wish to delay the aforementioned deadlines to file amended pleadings and responsive pleadings and serve discovery responses in light of the settlement process;

**STARDOCK, VALVE, GOG, AND REICHE/FORD HEREBY STIPULATE AS FOLLOWS:**

1. Stardock shall have up to and until June 3, 2019 to file a Fourth Amended Complaint.

2. GOG shall have up to and until June 3, 2019 to file a responsive pleading to Counter-Defendants' Second Amended Counterclaim, and to respond to the aforementioned discovery.

DATED: May 28, 2019

NIXON PEABODY LLP

By: */s/ Deanne R. Kunze*
Deanna R. Kunze
Dawn N. Valentine
Attorneys for Plaintiff and Counter-Defendant STARDOCK SYSTEMS, INC. and Counter-Defendant VALVE CORPORATION

DATED: May 28, 2019

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: */s/ Stephen C. Steinberg*
Stephen C. Steinberg
Attorneys for Defendants and Counter-Claimants PAUL REICHE III and ROBERT FREDERICK FORD

- 2 -

STIPULATION AND ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES

4832-9656-1304.1

DATED: May 28, 2019

FRANKFURT KURNIT KLEIN & SELZ PC
A Professional Law Corporation

By: */s/ Jessica Medina*
Jessica Medina
Attorneys for Counter-Defendants
GOG LIMITED and GOG POLAND SP. Z.O.O.

**ORDER**

PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: May 28, 2019

Hon. Saundra Brown Armstrong
United States District Court Judge

- 3 -

STIPULATION AND ORDER CONTINUING STARDOCK'S DEADLINE TO FILE A FOURTH AMENDED COMPLAINT AND GOG'S DEADLINE TO FILE A RESPONSIVE PLEADING AND SERVE WRITTEN DISCOVERY RESPONSES

4832-9656-1304.1