| | |
|---|---|
| STEPHEN C. STEINBERG (SBN 230656)<br>  ssteinberg@bzbm.com<br>SEAN MCTIGUE (SBN<br>  smctigue@bzbm.com<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone:   (415) 956-1900<br>Facsimile:   (415) 956-1152 | Robert A. Weikert (SBN 121146)<br>  rweikert@nixonpeabody.com<br>Dawn N. Valentine (SBN 206486)<br>  dvalentine@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, California 94111-3600<br>Telephone:   (415) 984-8200<br>Facsimile:   (415) 984-8300 |
| Mark S. Palmer (SBN 203256)<br>  mark@palmerlex.com<br>4 Meadow Drive<br>Mill Valley, California 94941<br>Telephone: (415) 336-7002<br>Facsimile:  (415) 634-1671 | David L. May (appearance *pro hac vice*)<br>  dmay@nixonpeabody.com<br>Jennette E. Wiser (appearance *pro hac vice*)<br>  jwiser@nixonpeabody.com<br>NIXON PEABODY LLP<br>799 9th Street NW<br>Washington, DC 20001-4501<br>Tel: (202) 585-8000<br>Fax: (202) 585-8080 |
| Attorneys for Defendants and Counter-Claimants PAUL REICHE III and ROBERT FREDERICK FORD | |
| JOSEPH R. TAYLOR (SBN 129933)<br>  jtaylor@fkks.com<br>TRICIA LEGITTINO (SBN 254311)<br>  tlegittino@fkks.com<br>JESSSICA R. MEDINA (SBN 302236)<br>  jmedina@fkks.com<br>FRANKFURT KURNIT KLEIN & SELZ PC<br>2029 Century Park East, Suite 1060<br>Los Angeles, CA 90067<br>Telephone: (310) 579 9600<br>Facsimile: (310) 579 9650 | Deanna R. Kunze (appearance *pro hac vice*)<br>  dkunze@nixonpeabody.com<br>NIXON PEABODY LLP<br>70West Madison Street, 35th Floor<br>Chicago, IL  60602<br>Telephone:   (312) 977-4400<br>Fax:   (312) 977-4405<br><br>Attorneys for Plaintiff and Counter-Defendant STARDOCK SYSTEMS, INC. and Counter-Defendant VALVE CORPORATION |
| Attorneys for Counter-Defendants GOG LIMITED and GOG POLAND SP. Z.O.O. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>PAUL REICHE III and ROBERT FREDERICK FORD,<br><br>       Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. 4:17-CV-07025-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES**<br><br>Complaint Filed:  December 8, 2017<br>Trial Date:  March 23, 2020 |

Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), Counter-Defendant Valve Corporation ("Valve"), Counter-Defendants GOG Limited and GOG Poland sp. z.o.o. ("GOG"), and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford (collectively "Reiche/Ford") hereby jointly request and stipulate as follows:

**WHEREAS,** on May 28, 2019, the Court issued an Order moving the Close of Written Fact Discovery to June 3, 2019, such that all responses to written discovery are due by that date (Dkt. 129, 130);

**WHEREAS,** on May 28, 2019, this Court issued an Order extending the deadline for Stardock to file its Fourth Amended Complaint and GOG to file a responsive pleading to the Second Amended Counterclaim and respond to various discovery from May 29 to June 3, 2019 (Dkt. 132);

**WHEREAS,** the deadline for Stardock and Valve to respond to interrogatories and requests for admission and production of documents served on them by Reiche/Ford is June 3, 2019;

**WHEREAS,** the deadline for GOG to respond to requests for production of documents served on them by Reiche/Ford is June 3, 2019;

**WHEREAS,** the deadline for Reiche/Ford to respond to interrogatories and requests for admission and production of documents served on them by Stardock and Valve is June 3, 2019; and

**WHEREAS,** Stardock, Valve, GOG, and Reiche/Ford wish to further delay the aforementioned deadlines to file amended pleadings and responsive pleadings and serve discovery responses from June 3 to June 7, 2019, to allow for continued settlement negotiations.

**STARDOCK, VALVE, GOG, AND REICHE/FORD HEREBY STIPULATE AS FOLLOWS:**

1. Stardock shall have up to and until June 7, 2019 to file a Fourth Amended Complaint.

2. GOG shall have up to and until June 7, 2019 to file a responsive pleading to Counter-Defendants' Second Amended Counterclaim.

3. Stardock, Valve, GOG, and Reiche/Ford Valve shall have up to and until June 7, 2019 to respond to the aforementioned discovery.

4. The Close of Written Fact Discovery shall be moved from June 3 to June 7, 2019.

DATED: June 3, 2019   NIXON PEABODY LLP

By:   /s/ *Dawn N. Valentine*
Dawn N. Valentine
Attorneys for Plaintiff and Counter-Defendant
STARDOCK SYSTEMS, INC. and Counter-Defendant VALVE CORPORATION

DATED: June 3, 2019   FRANKFURT KURNIT KLEIN & SELZ PC
A Professional Law Corporation

By:   /s/ *Jessica Medina*
Jessica Medina
Attorneys for Counter-Defendants
GOG LIMITED and GOG POLAND SP. Z.O.O.

DATED: June 3, 2019   BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:   /s/ *Stephen C. Steinberg*
Stephen C. Steinberg
Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

**ORDER**

PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

DATED: _____, 2019    HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES.  Concurrence in and authorization of the filing of this document has been obtained from Dawn Valentine, counsel for Stardock and Valve and Jessica Medina, counsel for GOG, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  June 3, 2019                     BARTKO ZANKEL BUNZEL & MILLER
                                         A Professional Law Corporation


                                         By:      /s/ Stephen C. Steinberg
                                                Stephen C. Steinberg
                                                Attorneys for Reiche and Ford