1  STEPHEN C. STEINBERG (SBN 230656)
     ssteinberg@bzbm.com
2  SEAN MCTIGUE (SBN
     smctigue@bzbm.com
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone:      (415) 956-1900
   Facsimile:       (415) 956-1152
6
   Mark S. Palmer (SBN 203256)
7    mark@palmerlex.com
   4 Meadow Drive
8  Mill Valley, California 94941
   Telephone: (415) 336-7002
9  Facsimile:  (415) 634-1671
10 Attorneys for Defendants and Counter-
   Claimants PAUL REICHE III and ROBERT
11 FREDERICK FORD
12 JOSEPH R. TAYLOR (SBN 129933)
     jtaylor@fkks.com
13 TRICIA LEGITTINO (SBN 254311)
     tlegittino@fkks.com
14 JESSSICA R. MEDINA (SBN 302236)
     jmedina@fkks.com
15 FRANKFURT KURNIT KLEIN & SELZ PC
   2029 Century Park East, Suite 1060
16 Los Angeles, CA 90067
   Telephone: (310) 579 9600
17 Facsimile: (310) 579 9650
18 Attorneys for Counter-Defendants GOG
   LIMITED and GOG POLAND SP. Z.O.O.
19

Robert A. Weikert (SBN 121146)
  rweikert@nixonpeabody.com
Dawn N. Valentine (SBN 206486)
  dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Telephone:      (415) 984-8200
Facsimile:       (415) 984-8300

David L. May (appearance *pro hac vice*)
  dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
  jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (appearance *pro hac vice*)
  dkunze@nixonpeabody.com
NIXON PEABODY LLP
70West Madison Street, 35th Floor
Chicago, IL  60602
Telephone:      (312) 977-4400
Fax:               (312) 977-4405

Attorneys for Plaintiff and Counter-Defendant
STARDOCK SYSTEMS, INC. and Counter-
Defendant VALVE CORPORATION

20                       UNITED STATES DISTRICT COURT

21         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| 22  STARDOCK SYSTEMS, INC., <br><br> 23          Plaintiff, <br><br> 24       v. <br><br> 25  PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> 26          Defendants. <br><br> 27  AND RELATED COUNTER-CLAIM. <br> 28 | Case No. 4:17-CV-07025-SBA <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES** <br><br> Complaint Filed:  December 8, 2017 <br> Trial Date:  March 23, 2020 |

1    Plaintiff and Counter-Defendant Stardock Systems, Inc. ("Stardock"), Counter-Defendant

2  Valve Corporation ("Valve"), Counter-Defendants GOG Limited and GOG Poland sp. z.o.o.

3  ("GOG"), and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford

4  (collectively "Reiche/Ford") hereby jointly request and stipulate as follows:

5    **WHEREAS,** on May 28, 2019, the Court issued an Order moving the Close of Written

6  Fact Discovery to June 3, 2019, such that all responses to written discovery are due by that date

7  (Dkt. 129, 130);

8    **WHEREAS,** on May 28, 2019, this Court issued an Order extending the deadline for

9  Stardock to file its Fourth Amended Complaint and GOG to file a responsive pleading to the

10  Second Amended Counterclaim and respond to various discovery from May 29 to June 3, 2019

11  (Dkt. 132);

12    **WHEREAS,** the deadline for Stardock and Valve to respond to interrogatories and

13  requests for admission and production of documents served on them by Reiche/Ford is June 3,

14  2019;

15    **WHEREAS,** the deadline for GOG to respond to requests for production of documents

16  served on them by Reiche/Ford is June 3, 2019;

17    **WHEREAS,** the deadline for Reiche/Ford to respond to interrogatories and requests for

18  admission and production of documents served on them by Stardock and Valve is June 3, 2019;

19  and

20    **WHEREAS,** Stardock, Valve, GOG, and Reiche/Ford wish to further delay the

21  aforementioned deadlines to file amended pleadings and responsive pleadings and serve discovery

22  responses from June 3 to June 7, 2019, to allow for continued settlement negotiations.

23    **STARDOCK, VALVE, GOG, AND REICHE/FORD HEREBY STIPULATE AS**

24  **FOLLOWS:**

25    1.    Stardock shall have up to and until June 7, 2019 to file a Fourth Amended

26  Complaint.

27    2.    GOG shall have up to and until June 7, 2019 to file a responsive pleading to

28  Counter-Defendants' Second Amended Counterclaim.

1      3.     Stardock, Valve, GOG, and Reiche/Ford Valve shall have up to and until June 7,

2  2019 to respond to the aforementioned discovery.

3      4.     The Close of Written Fact Discovery shall be moved from June 3 to June 7, 2019.

5  DATED:  June 3, 2019        NIXON PEABODY LLP

7

By:      /s/ *Dawn N. Valentine*

8                         Dawn N. Valentine
                             Attorneys for Plaintiff and Counter-Defendant

9                         STARDOCK SYSTEMS, INC. and Counter-
                         Defendant VALVE CORPORATION

12  DATED:  June 3, 2019        FRANKFURT KURNIT KLEIN & SELZ PC
                         A Professional Law Corporation

15

By:      /s/ *Jessica Medina*

16                         Jessica Medina
                         Attorneys for Counter-Defendants

17                         GOG LIMITED and GOG POLAND SP. Z.O.O.

19  DATED:  June 3, 2019        BARTKO ZANKEL BUNZEL & MILLER
                         A Professional Law Corporation

By:      /s/ *Stephen C. Steinberg*

23                         Stephen C. Steinberg
                         Attorneys for Defendants and Counter-Claimants

24                         PAUL REICHE III and ROBERT FREDERICK

25                         FORD

1

**<u>ORDER</u>**

2

PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS SO ORDERED

3

4

5

DATED: _____June 3_____, 2019

6

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Stephen C. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES.  Concurrence in and authorization of the filing of this document has been obtained from Dawn Valentine, counsel for Stardock and Valve and Jessica Medina, counsel for GOG, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  June 3, 2019                     BARTKO ZANKEL BUNZEL & MILLER
                                         A Professional Law Corporation


                              By:   _____/s/ Stephen C. Steinberg_____
                                    Stephen C. Steinberg
                                    Attorneys for Reiche and Ford

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES