1 | Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
2 | Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
3 | NIXON PEABODY LLP
One Embarcadero Center
4 | San Francisco, California 94111-3600
Tel: (415) 984-8200
5 | Fax: (415) 984-8300

6 | David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
7 | Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
8 | NIXON PEABODY LLP
799 9th Street NW
9 | Washington, DC 20001-4501
Tel: (202) 585-8000
10 | Fax: (202) 585-8080

11 | Deanna R. Kunze (*pro hac vice*)
dkunze@nixonpeabody.com
12 | NIXON PEABODY LLP
70 West Madison Street, 35th Floor
13 | Chicago, IL 60602
Tel: (312) 977-4400
14 | Fax: (312) 977-4405

15 | *Attorneys for Stardock Systems, Inc.*

16 | **UNITED STATES DISTRICT COURT**

17 | **NORTHERN DISTRICT OF CALIFORNIA**

18 | **OAKLAND DIVISION**

19 | STARDOCK SYSTEMS, INC.,

| Case No.: 17-cv-07025-SBA (KAW)

20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

21 | vs.

22 | PAUL REICHE III and ROBERT FREDERICK FORD, | Federal Rule of Civil Procedure 41(a)

23 |

24 | Defendants.

25 | AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT

26 |

27 |

28 |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a

2  settlement reached by and between all of the parties to the above-entitled action, Plaintiff and

3  Counter-Defendant Stardock Systems, Inc., Counter-Defendant Valve Corporation, Counter-

4  Defendants GOG Limited and GOG Poland Sp. z o.o., and Defendants and Counter-Claimants Paul

5  Reiche III and Robert Frederick Ford, through their respective counsel of record, hereby jointly

6  stipulate and agree that the above-entitled action, including all claims and counterclaims, shall be,

7  and hereby is, DISMISSED WITH PREJUDICE in its entirety.  Each of the parties shall bear his

8  or its own attorneys' fees and costs unless otherwise specified in the terms of the parties' settlement

9  agreement and/or in other applicable agreements to which a party or the parties may be subject.

10  **IT IS SO STIPULATED.**

11

12

13  DATED:  June 7, 2019                    NIXON PEABODY LLP

14

15                                  By:      */s/ Robert A. Weikert*
                                          Robert A. Weikert
16                                          Attorneys for Plaintiff and Counter-Defendant
                                          STARDOCK SYSTEMS, INC. and Counter-
17                                          Defendant VALVE CORPORATION

18

19  DATED:  June 7, 2019                    BARTKO ZANKEL BUNZEL & MILLER
                                          A Professional Law Corporation
20

21

22                                  By:      */s/ Stephen C. Steinberg*
                                          Stephen C. Steinberg
23                                          Attorneys for Defendants and Counter-Claimants
                                          PAUL REICHE III and ROBERT FREDERICK
24                                          FORD

25

26

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

17-CV-07025-SBA

1 | DATED:  June 7, 2019

2

FRANKFURT KURNIT KLEIN & SELZ PC
A Professional Law Corporation

3

4    By:  _____/s/ Jessica Medina_____

5         Jessica Medina
         Attorneys for Counter-Defendants
6         GOG LIMITED and GOG POLAND SP. Z O.O.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1

2

## <u>ORDER</u>

3

Plaintiff and Counter-Defendant Stardock Systems, Inc., Counter-Defendant Valve

4

Corporation, Counter-Defendants GOG Limited and GOG Poland Sp. z o.o., and Defendants and

5

Counter-Claimants Paul Reiche III and Robert Frederick Ford, being all of the parties of record in

6

this action, having reached a settlement, and having stipulated by and through their respective

7

counsel of record, and the Court having accepted the stipulation of the parties,

8

IT IS HEREBY ORDERED that the above-entitled action, including all claims and

9

counterclaims, shall be, and hereby is, DISMISSED WITH PREJUDICE in its entirety.

10

IT IS FURTHER ORDERED that each of the parties shall bear his or its own attorneys'

11

fees and costs unless otherwise specified in the terms of the parties' settlement agreement and/or

12

in other applicable agreements to which a party or the parties may be subject.

13

14

IT IS SO ORDERED.

15

Dated: _____ 2019

16

_____
The Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

17-CV-07025-SBA

1

### ECF ATTESTATION

2       I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this

3  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE.    In

4  accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has

5  been obtained from Stephen C. Steinberg, counsel for Defendants, and Jessica Medina, counsel for

6  Counter-Defendants, and I shall maintain records to support this concurrence for subsequent

7  production for the Court if so ordered or for inspection upon request by a party.

8

DATED:  June 7, 2019                **NIXON PEABODY LLP**

9

10

11                                  By:    _/s/ Robert A. Weikert_
                                            Robert A. Weikert
12                                          Attorneys for Plaintiff and Counter-Defendant
                                            STARDOCK SYSTEMS, INC. and Counter-
13                                          Defendant VALVE CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
ECF ATTESTATION