Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Dawn N. Valentine (Bar No. 206486)
dvalentine@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (appearance *pro hac vice*)
dmay@nixonpeabody.com
Jennette E. Wiser (appearance *pro hac vice*)
jwiser@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

Deanna R. Kunze (*pro hac vice*)
dkunze@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison Street, 35th Floor
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

*Attorneys for Stardock Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STARDOCK SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL REICHE III and ROBERT FREDERICK FORD, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM AND CROSS-COMPLAINT | Case No.: 17-cv-07025-SBA <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Federal Rule of Civil Procedure 41(a) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement reached by and between all of the parties to the above-entitled action, Plaintiff and Counter-Defendant Stardock Systems, Inc., Counter-Defendant Valve Corporation, Counter-Defendants GOG Limited and GOG Poland Sp. z o.o., and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford, through their respective counsel of record, hereby jointly stipulate and agree that the above-entitled action, including all claims and counterclaims, shall be, and hereby is, DISMISSED WITH PREJUDICE in its entirety.  Each of the parties shall bear his or its own attorneys' fees and costs unless otherwise specified in the terms of the parties' settlement agreement and/or in other applicable agreements to which a party or the parties may be subject.

**IT IS SO STIPULATED.**

DATED:  June 7, 2019            NIXON PEABODY LLP

By:     */s/ Robert A. Weikert*
Robert A. Weikert
Attorneys for Plaintiff and Counter-Defendant
STARDOCK SYSTEMS, INC. and Counter-Defendant VALVE CORPORATION

DATED:  June 7, 2019            BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:     */s/ Stephen C. Steinberg*
Stephen C. Steinberg
Attorneys for Defendants and Counter-Claimants
PAUL REICHE III and ROBERT FREDERICK FORD

1 | DATED: June 7, 2019           FRANKFURT KURNIT KLEIN & SELZ PC
2 |                               A Professional Law Corporation

4 |                               By:      */s/ Jessica Medina*
5 |                                        Jessica Medina
  |                                        Attorneys for Counter-Defendants
6 |                                        GOG LIMITED and GOG POLAND SP. Z O.O.

28 | - 2 -
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
17-CV-07025-SBA

# ORDER

Plaintiff and Counter-Defendant Stardock Systems, Inc., Counter-Defendant Valve Corporation, Counter-Defendants GOG Limited and GOG Poland Sp. z o.o., and Defendants and Counter-Claimants Paul Reiche III and Robert Frederick Ford, being all of the parties of record in this action, having reached a settlement, and having stipulated by and through their respective counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled action, including all claims and counterclaims, shall be, and hereby is, DISMISSED WITH PREJUDICE in its entirety.

IT IS FURTHER ORDERED that each of the parties shall bear his or its own attorneys' fees and costs unless otherwise specified in the terms of the parties' settlement agreement and/or in other applicable agreements to which a party or the parties may be subject.

IT IS SO ORDERED.

Dated: June 7, 2019

_____
The Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE

## ECF ATTESTATION

I, Robert A. Weikert, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE. In accordance with Local Rule 5.1, concurrence in and authorization of the filing of this document has been obtained from Stephen C. Steinberg, counsel for Defendants, and Jessica Medina, counsel for Counter-Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED: June 7, 2019                     **NIXON PEABODY LLP**

By:     */s/ Robert A. Weikert*
        Robert A. Weikert
        Attorneys for Plaintiff and Counter-Defendant
        STARDOCK SYSTEMS, INC. and Counter-
        Defendant VALVE CORPORATION